UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>CHIARO TECHNOLOGY Ltd.,<br><br>Defendant. | CASE NO. 2:23-cv-00631-JHC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

The Court hereby ORDERS Plaintiff to file a supplemental brief addressing the jurisdictional argument raised in Defendant's opposition brief (Dkt. # 28 at 14–16). The brief shall be filed no later than 5 p.m. on Monday, May 15, 2023. It shall be not exceed 1,500 words in length. The brief shall address only Defendant's jurisdictional argument and may not discuss any other issue.

Dated this 12th day of May, 2023.

John H. Chun
United States District Judge

ORDER FOR SUPPLEMENTAL BRIEFING - 1