UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> CHIARO TECHNOLOGY, Ltd., <br><br> Defendant. | CASE NO. 2:23-cv-00631-JHC <br><br> ORDER SEALING MATERIALS |

Before the Court is Plaintiff's Motion to Seal. Dkt. # 16. The motion appears to be unopposed. Being fully advised, the Court GRANTS the motion.

1. Momcozy may file unredacted version of (1) its Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Motion"); (2) the Declaration of Pan Silin in Support of Plaintiffs' Motion for Temporary Restraining Order ("Pan Declaration"); and (3) Exhibits 1, 2, 6, 10-16, 18-22, and 24 to the Pan Declaration under seal ("Exhibits").

2. Momcozy must file redacted versions of the Motion and Pan Declaration publicly.

3. Pending an appropriate protective order in this matter, the unredacted version of the Motion, the Pan Declaration, and the Exhibits shall be viewed only by the Parties' outside

ORDER SEALING MATERIALS - 1

counsel and may not be viewed by any employee of Defendant, including any in-house counsel.[1]

Dated this 12th day of May, 2023.

*John H. Chun*

John H. Chun
United States District Judge

---

[1] Defendant may move to remove this provision from the order.

ORDER SEALING MATERIALS - 2