UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant | Case No.: 2:23-cv-00631-JHC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL** |

Before the Court is Plaintiff's Motion to Seal. Dkt. # 32. Being fully advised, the Court GRANTS the motion.

1. Plaintiff may file unredacted versions of (1) Plaintiff's Supplemental Brief Addressing Jurisdictional Argument Raised in Defendant's Opposition ("Brief"); (2) the Supplemental Declaration of Pan Silin in Support of Plaintiffs' Motion for Temporary Restraining Order ("Supplemental Pan Declaration"); (3) the Declaration of Gong Shaocong in Support of Plaintiff's Motion for Temporary Restraining Order ("Gong Declaration"); and (4) Exhibits 2 and 3 to the Gong Declaration ("Gong Exhibits") under seal.

2. Plaintiff must file redacted versions of the Brief, Supplemental Pan Declaration, and Gong Declaration publicly.

3. Pending an appropriate protective order in this matter, the unredacted versions of the Brief, Supplemental Pan Declaration, Gong Declaration, and Gong Exhibits shall be viewed only

by the Parties' outside counsel and may not be viewed by any employee of Defendant, including any in-house counsel.[1]

Dated this 16th day of May, 2023.

_____
The Honorable John H. Chun

---

[1] Defendant may move to remove this provision from the order.