UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SHENZHEN ROOT TECHNOLOGY Co., Ltd., | CASE NO. 2:23-cv-00631-JHC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHIARO TECHNOLOGY Ltd., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court will hold a preliminary-injunction hearing on June 6, 2023, at 4:00 p.m. in Courtroom 14A.

(2) The Court hereby sets the following preliminary-injunction briefing schedule:

| **Brief** | **Deadline and Word Limit** |
|---|---|
| Plaintiff's Opening Brief | May 24, 2023<br>4,200 words |
| Defendant's Response Brief | June 2, 2023<br>4,200 words |
| Plaintiff's Optional Reply Brief | June 5, 2023<br>2,100 words |

MINUTE ORDER - 1

(3) The parties may allocate the content of their briefs as they see fit.  But the Court would like the parties to address in their briefs the following question: In the absence of a preliminary injunction, what money damages, if any, would be available to compensate Plaintiff if it prevails on the merits at the end of litigation?

Dated this 18th day of May 2023.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2