# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SHENZHEN ROOT TECHNOLOGY CO LTD et al.,

    Plaintiff(s),

v.

CHIARO TECHNOLOGY LTD,

    Defendant(s).

CASE NO. 2:23−cv−00631−JHC

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **September 2, 2025 at 01:30 pm** |
| Length of Trial | 10 days |
| Preliminary infringement contentions and disclosure of asserted claims | June 10, 2024 |
| Deadline for joining additional parties | August 2, 2023 |
| Deadline for amending pleadings | March 6, 2025 |
| Disclosure of preliminary invalidity contentions | July 1, 2024 |
| Reports from expert witnesses regarding <u>Markman</u> issues due | July 29, 2024 |
| Rebuttal expert reports regarding <u>Markman</u> issues due | August 23, 2024 |
| Preliminary Claim Chart | September 9, 2024 |
| Joint claim chart and Prehearing Statement | October 3, 2024 |

| | |
|---|---|
| Opening claim construction briefs due (24 pages per side) | October 28, 2024 |
| Responsive claim construction briefs due (24 pages per side) | November 12, 2024 |
| <u>Markman</u> hearing at 09:00 AM on | December 16, 2024 |
| Reports from expert witnesses under FRCP 26(a)(2) due | February 3, 2025 |
| Rebuttal expert reports due | March 3, 2025 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | February 20, 2025 |
| Discovery completed by | March 24, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*See* LCR 7(d)) | April 30, 2025 |
| Settlement conference per LCR 39.1(c)(2) held no later than | June 2, 2025 |
| (*See* LCR 39.1(b)(5) if parties are interested in pro bono mediation) | |
| All motions in limine must be filed by   All motions in limine shall be filed as one motion | August 4, 2025 |
| Agreed pretrial order due | August 15, 2025 |
| Pretrial conference to be held at 01:30 PM on | August 18, 2025 |
| Trial briefs, proposed voir dire questions and jury instructions | August 26, 2025 |
| Motions raised in trial briefs will not be considered. | |

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Rules. If any of the dates identified in this order or the Local Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or the parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Ashleigh Drecktrah, Deputy Clerk, at Ashleigh_Drecktrah@wawd.uscourts.gov within 10 days of the date of this order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver.

PLEASE NOTE: The court will not rule on dispositive motions that raise issues of claim construction prior to the hearing, unless special circumstances warrant and leave of court is obtained in advance of filing.

As required by Local Rules W.D. Wash LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed. Rule Civ. P. 16(b)(3)(B)(v). Counsel are further directed to cooperate in preparing the Joint Claim Chart and final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of any exhibits to be used at the Markman hearing and/or trial are to be delivered to chambers five days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available at the Clerk's Office. The court hereby

alters the LCR 16.1 procedure for numbering exhibits: Plaintiff's exhibits shall be numbered beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah, Deputy Clerk, at Ashleigh_Drecktrah@wawd.uscourts.gov, as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED: July 5, 2023

                                           s/ Ashleigh Drecktrah
                                           Ashleigh Drecktrah, Deputy Clerk to
                                           Hon. John H. Chun, Judge
                                           (206) 370−8520