**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant. | Case No. 2:23-cv-631 <br><br> **ORDER GRANTING PARTIES' JOINT AND STIPULATED MOTION TO MODIFY DEADLINES TO JOIN PARTIES, AMEND PLEADINGS, AND ANSWER** |

The Court, having reviewed and considered Plaintiffs Shenzhen Root Technology Co. LTD., Hong Kong Lute Technology Co., Limited, and Shenzhen Conglin E-Commerce Co., Ltd. (collectively "Plaintiffs") and Defendant Chiaro Technology Ltd. ("Elvie") Joint and Stipulated Motion to Modify Deadlines to Join Parties, Amend Pleadings, and Answer and good cause appearing therefore:

It is hereby **ORDERED** –

The deadline for joining additional parties is EXTENDED from August 2, 2023 to March 6, 2024.

STIPULATED MOTION TO MODIFY DEADLINES – 4
Case No. 2:23-CV-631

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

The deadline for amending pleadings is MODIFIED from March 6, 2025 to March 6, 2024.

The deadline for Elvie to file its answer and counterclaims is EXTENDED from August 2, 2023 to August 14, 2023.

DATED this 26th day of July, 2023.

                                              BY THE COURT:

_____
HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO MODIFY DEADLINES – 5
Case No. 2:23-CV-631

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301