HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>Defendant. | Case No. 2:23-cv-631-JHC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND CASE DEADLINES** |
| CHIARO TECHNOLOGY LTD.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.,<br><br>Counterclaim Defendants. | |

STIPULATION AND PROPOSED ORDER - 1
2:23-cv-00631

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Pursuant to LCR 7(d)(l), Counterclaim Plaintiff Chiaro Technology Ltd. ("Counterclaim Plaintiff") and Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin Ecommerce Co. Ltd., Shenzhen Jinruihang Technology Co., Ltd., and Shenzhen Lutejiacheng Network Technology Co., Ltd. (collectively, "Moving Counterclaim Defendants"), through their respective undersigned counsel, hereby stipulate to extend the time for Moving Counterclaim Defendants to answer or otherwise respond to Counterclaim Plaintiff's Counterclaim (Dkt. 69). The extension would move the deadline for responding to the Counterclaim by 30 days to October 5, 2023.

Counterclaim Plaintiff and Counterclaim Plaintiff's counsel further agree and acknowledge that, other than the defense of insufficient service, this stipulation does not constitute a waiver of any defense of Moving Counterclaim Defendants, including but not limited to the defense of lack of personal jurisdiction or improper venue.

The parties respectfully submit that there is good cause for this stipulation. The extension of time is reasonable under the circumstances, as the Counterclaim was filed on August 14, 2023, comprises over 400 pages together with the Answer and exhibits, and will require counsel for Counterclaim Defendants to respond on behalf of five Moving Counterclaim Defendants, all of whom are located in China with limited English-speaking capability. The extension will not interfere with any other case deadlines, and no other deadlines need to change.

Accordingly, the parties respectfully request that the Court extend the deadline for Moving Counterclaim Defendants to answer or otherwise respond to the Counterclaim, as set forth in this stipulation.

STIPULATION AND PROPOSED ORDER - 2
2:23-cv-00631

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**IT IS SO ORDERED** this **5th** day of September, 2023.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

DATED this 1st day of September, 2023

| STERNE KESSLER GOLDSTEIN & FOX PLLC | DORSEY & WHITNEY LLP |
|---|---|
| */s/Josephine Kim* <br> Nirav Desai <br> Josephine Kim <br> Richa Patel <br> STERNE KESSLER GOLDSTEIN & FOX PLLC <br> 1100 New York Avenue, NW, Suite 600 <br> Washington, DC 20005 <br> Telephone: 202.772.8904 <br> Email: joskim@sternekessler.com <br> ndesai@sternekessler.com <br> rpatel@sternekessler.com <br><br> ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF CHIARO TECHNOLOGY, LTD. | */s/Paul T. Meiklejohn* <br> PAUL T. MEIKLEJOHN WSBA # 17477 <br> ERIN KOLTER WSBA #53365 <br> ROBERT J.M. LEE WSBA # 49971 <br> **Dorsey & Whitney LLP** <br> Columbia Center <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104 <br> (206) 903-8800 <br> Emails: meiklejohn.paul@dorsey.com <br> kolter.erin@doresy.com <br> lee.robert@dorsey.com <br><br> ATTORNEYS FOR PLAINTIFFS SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD. AND COUNTERCLAIM DEFENDANTS SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., AND SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD. |

STIPULATION AND PROPOSED ORDER - 3
2:23-cv-00631

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record via ECF Notification:

| | |
|---|---|
| Brian C. Park<br>Jacqueline Middleton<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.386.7542<br>Facsimile: 206.386.7500<br>Email:brian.park@stoel.com<br>        jacqueline.middleton@stoel.com | Mark P Walters<br>Mitchell D West<br>LOWE GRAHAM JONES PLLC<br>1325 Fourth Avenue, Suite 1130<br>Seattle, WA 98101<br>Telephone: 206.850.8088<br>Email: walters@lowegrahamjones.com<br>west@lowegrahamjones.com |
| Qianwu Yang (pro hac vice)<br>Xiaomin Cao (pro hac vice)<br>SHM LAW FIRM<br>25 F, China Resources Tower,<br>2666 Keyuan South Rd., Nanshan<br>Shenzhen, China 518052<br>Tel.: +86 139 2521 2009<br>Fax: +86 755 8326 6693<br>Email: yang@shm.law<br>        cao.xiaomin@shm.law | Josephine Kim<br>Nirav Desai<br>Richa Patel<br>STERNE KESSLER GOLDSTEIN & FOX PLLC<br>1100 New York Avenue, NW, Suite 600<br>Washington, DC 20005<br>Telephone: 202.772.8904<br>Email: joskim@sternekessler.com<br>        ndesai@sternekessler.com<br>        rpatel@sternekessler.com |
| Eric R Chad<br>MERCHANT & GOULD (MN)<br>150 S Fifth Street, Suite 2200<br>Minneapolis, MN 55402<br>Telephone: 612.332.5300<br>Email: echad@merchantgould.com<br><br>Joshua A Hartman<br>MERCHANT & GOULD (VA)<br>1900 Duke Street, Suite 600<br>Alexandria, VA 22314<br>Telephone: 703.684.2500<br>Email: jhartman@merchnatgould.com | |

Dated this 1st day of September, 2023.

STIPULATION AND PROPOSED ORDER - 4
2:23-cv-00631

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*/s/Paul T. Meiklejohn*
Paul T. Meiklejohn

STIPULATION AND PROPOSED ORDER - 5
2:23-cv-00631

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820