HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant. | Case No. 2:23-cv-00631-KKE <br><br> **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COUNTERCLAIMS** |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND - 1
2:23-cv-631-KKE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

THIS MATTER comes before the Court on the unopposed motion of Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin Ecommerce Co. Ltd., Shenzhen Jinruihang Technology Co., Ltd., and Shenzhen Lutejiacheng Network Technology Co., Ltd. (collectively, "Moving Counterclaim Defendants"), through their attorneys, Dorsey & Whitney LLP, requesting that the Court extend the deadline for Moving Counterclaim Defendants to answer or otherwise respond to the Counterclaim. Upon review of the unopposed motion, the Court GRANTS the motion.

Moving Counterclaim Defendants' deadline to respond to Counterclaim Plaintiff's Counterclaim (Dkt. 69) is extended up to and including October 26, 2023.

SO ORDERED this 2nd day of October, 2023.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

DORSEY & WHITNEY LLP


*/s/Paul T. Meiklejohn*
PAUL T. MEIKLEJOHN WSBA # 17477
ERIN KOLTER WSBA #53365
ROBERT J.M. LEE WSBA # 49971
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

ORDER GRANTING UNOPPOSED MOTION TO EXTEND  - 2
2:23-cv-631-KKE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  Emails: meiklejohn.paul@dorsey.com
2  kolter.erin@doresy.com
   lee.robert@dorsey.com

3
4  ATTORNEYS FOR PLAINTIFFS Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, and Shenzhen Conglin E-Commerce Co., Ltd. AND COUNTERCLAIM DEFENDANTS Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd., Shenzhen Jinruihang Technology Co., Ltd., AND Shenzhen Lutejiacheng Network Technology Co., Ltd.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING UNOPPOSED MOTION TO EXTEND - 3
2:23-cv-631-KKE

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820