HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY Ltd., <br><br> Defendant. | Case No. 2:23-cv-00631-KKE <br><br> **NOTICE OF APPEARANCE** |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

NOTICE OF APPEARANCE - 1
2:23-cv-00631-KKE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Connor J. Hansen of Dorsey & Whitney LLP, 701 Fifth Avenue, Suite 6100, Seattle, Washington 98104, hereby enters an appearance as counsel on behalf of Plaintiffs/Counterclaim Defendants Shenzhen Root Technology Co., Ltd. (aka Shenzhen Lutejiacheng Network Technology Co., Ltd.), Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd, and Counterclaim Defendant Shenzhen Jinruihang Technology Co, Ltd.

DATED this 2nd day of November, 2023       DORSEY & WHITNEY LLP

*/s/Connor J. Hansen*
CONNOR J. HANSEN WSBA # 55587
**Dorsey & Whitney LLP**
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800
Hansen.Connor@Dorsey.com

Attorneys for Plaintiffs Shenzhen Root Technology Co., Ltd., Shenzhen Lutejiacheng Network Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd. and Counterclaim Defendant Shenzhen Jinruihang Technology Co., Ltd.

NOTICE OF APPEARANCE - 2
2:23-cv-00631-KKE

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record via ECF Notification:

Mark P Walters
Mitchell D West
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: 206.850.8088
Email: walters@lowegrahamjones.com
          west@lowegrahamjones.com

Josephine Kim
Nirav Desai
Richa Patel
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW, Suite 600
Washington, DC 20005
Telephone: 202.772.8904
Email: joskim@sternekessler.com
          ndesai@sternekessler.com
          rpatel@sternekessler.com

Dated this 2nd day of November.

*/s/Connor J. Hansen*
Connor J. Hansen

NOTICE OF APPEARANCE - 3
2:23-cv-00631-KKE

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820