Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY Ltd., <br><br> Defendant. | Case No. 2:23-cv-631 <br><br> **JOINT STIPULATION TO DISMISS SHENZHEN JINRUIXING TECHNOLOGY CO., LTD.** |
| CHIARO TECHNOLOGY LTD., <br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Counterclaim Defendants

Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen

Conglin e-Commerce Co., Ltd., Shenzhen Lutejiacheng Network Technology Co., Ltd. and Shenzhen Jinruihang Technology Co., Ltd. (collectively, "Counterclaim Defendants") and Counterclaim Plaintiff Chiaro Technology Ltd. ("Elvie" or "Counterclaim Plaintiff") stipulate and agree as follows:

WHEREAS Elvie filed its Counterclaims on August 14, 2023, naming Plaintiffs Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, and Shenzhen Conglin e-Commerce Co., Ltd. (collectively, "Plaintiffs") as well as five additional entities, Shenzhen Lutejiacheng Network Technology Co., Ltd., Shenzhen Jinruihang Technology Co., Ltd., Shenzhen Root E-Commerce Co., Shenzhen TPH Technology Co., and Shenzhen Jinruixing Technology Co., Ltd. as entities infringing Elvie's Patents through the sale of several variations of wearable breast pumps under the tradename "Momcozy" (the "Accused Products").

WHEREAS counsel for Plaintiffs agreed to accept service for Shenzhen Lutejiacheng Network Technology Co., Ltd. and Shenzhen Jinruihang Technology Co., Ltd.

WHEREAS Pan Silin's declaration named the entity "Shenzhenshijinruixingkejiyouxiangongsi" ("Jinruixing") as a subsidiary of Shenzhen Root Technology Co., Ltd. ("Shenzhen Root") that was involved in the sale of the Accused Products through the third-party website, Amazon.com. *See* Dkt. #39 ¶ 10.

WHEREAS, upon investigation, Elvie determined through public records that the name "Shenzhenshijinruixingkejiyouxiangongsi" is tied to the corporate entity named in Elvie's Counterclaims.

WHEREAS upon receipt of Elvie's Counterclaims, counsel for Counterclaim Defendants

informed Elvie that the named entity is not the subsidiary of Shenzhen Root.

WHEREAS counsel for Counterclaim Defendants represented to Elvie that Jinruixing is not, in fact, an actual corporation and that the entity described in Pan Silin's declaration was actually Shenzhen Jinruihang Technology Co., Ltd.

WHEREAS, the Parties have agreed that Elvie may dismiss Shenzhen Jinruixing Technology Co., Ltd. from the case without prejudice. Elvie reserves the right to rename Shenzhen Jinruixing Technology Co., Ltd. if it determines that Shenzhen Jinruixing Technology Co., Ltd. is in fact Counterclaim Defendants' affiliate.[1]

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1. All claims asserted by Elvie against Shenzhen Jinruixing Technology Co., Ltd. are dismissed without prejudice.

2. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with the claims dismissed by this Order.

3. Nothing in this stipulation has any effect on any other claims in this litigation, including, without limitation, Elvie's claims with respect to the remaining Defendants named in its Counterclaims.

So stipulated and agreed this 22nd day of February 2024.

---

[1] Elvie notes that it intends to file Amended Counterclaims and does not intend to name Shenzhen Jinruixing Technology Co., Ltd. as a defendant.

1
2  Respectfully submitted,
3
4  /s/ Mark P. Walters
   Mark P. Walters, WSBA No. 30819
   Mitchell D. West, WSBA No. 53103
5  **LOWE GRAHAM JONES PLLC**
   walters@LoweGrahamJones.com
6  west@LoweGrahamJones.com
   1325 Fourth Avenue, Suite 1130
7  Seattle, WA 98101
   T: 206.381.3300
   F: 206.381.3301
8
   *Attorneys for Plaintiffs Shenzhen Root
9  Technology Co., Ltd., Hong Kong Lute
   Technology Co., Limited and Shenzhen
10 Conglin e-Commerce Co., Ltd.*
11
12 /s/ Nirav N. Desai
   Nirav N. Desai (*pro hac vice*)
   Josephine Kim (*pro hac vice*)
13 Joseph Kim (*pro hac vice*)
   Alex Alfano (*pro hac vice*)
14 Alexander Covington (*pro hac vice*)
   Michael Webb (*pro hac vice*)
15 Zachary L. Jacobs (*pro hac vice*)
   Richa Patel (*pro hac vice*)
16 Christopher Coleman (*pro hac vice*)
   **STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
17 1101 K Street, NW
   10th Floor
18 Washington, D.C. 20005
   T: 202.371.2600
19 F: 202.371.2540
20 *Attorney for Defendant Chiaro Technology, Ltd.*
21
22
23
                                                4
   STIPULATION AND ORDER OF DISMISSAL                 CASE NO. 2:23-CV-631
24
25

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant. | Case No. 2:23-cv-631 <br><br> **ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL** |

The Court, having reviewed and considered Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin e-Commerce Co., Ltd., Shenzhen Lutejiacheng Network Technology Co., Ltd. and Shenzhen Jinruihang Technology Co., Ltd. and Counterclaim Plaintiff Chiaro Technology Ltd.'s Joint Stipulation of Dismissal, it is hereby **SO ORDERED**. Shenzhen Jinruixing Technology Co., Ltd. is hereby

///

///

1  DISMISSED without prejudice and without an award of costs or fees to any party. The Clerk is

2  directed to send copies of this Order to all counsel of record.

3        DATED this 23rd day of February, 2024

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge