THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>Defendant. | Case No. 2:23-cv-631<br><br>**[PROPOSED] ORDER GRANTING CHIARO TECHNOLOGY LTD.'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS**<br><br>**NOTING DATE: MARCH 22, 2024** |
| CHIARO TECHNOLOGY LTD.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.,<br><br>Counterclaim Defendants. | |

THIS MATTER is before the Court on Defendant's motion for leave to amend its Counterclaims. The Court has considered the motion, supporting evidence, the response and its supporting evidence, and any reply.

NOW, THEREFORE, being fully advised of the matter, IT IS HEREBY ORDERED THAT: Defendant's Motion is **GRANTED.**

1. The Court hereby Orders that within fourteen (14) days of this Order, Defendant may refile its amended counterclaims and accompanying exhibits.

DATED this _____ day of March, 2024.

_____
HONORABLE JOHN H CHUN

*Presented by:*

LOWE GRAHAM JONES[PLLC]

s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
*Walters@LoweGrahamJones.com*
*West@lowegrahamjones.com*
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
T: 206.381.3300
F: 206.381.3301