The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>Defendant. | No. 2:23-cv-00631-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR MOMCOZY TO RESPOND TO ELVIE'S MOTION TO AMEND COUNTERCLAIMS**<br><br>NOTE ON MOTION CALENDAR:<br>**March 18, 2024** |
| CHIARO TECHNOLOGY LTD.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., et al.,<br><br>Counterclaim Defendants. | |

Plaintiffs and Counterclaim Defendants ("Momcozy") and Defendant and Counterclaim Plaintiff Chiaro Technology Ltd. ("Elvie") stipulate and agree as follows:

1. On March 1, 2024, Elvie filed a Motion for Leave to Amend Counterclaims. ("the Motion"). Dkt. No. 101. The Motion is noted for March 22, 2024.

STIP. MOTION AND ORDER TO EXTEND DEADLINE FOR MOMCOZY TO RESPOND TO ELVIE'S MOTION TO AMEND COUNTERCLAIMS
No. 2:23-cv-00631-KKE – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

    2.    Elvie has agreed to Momcozy's request to extend the deadline to file its Response to the Motion from March 18, 2024, to March 20, 2024.

    3.    The Motion shall remain noted for March 22, 2024, and the deadline for Elvie to file its Reply in Support of the Motion shall remain March 22, 2024.

SO STIPULATED this 18th day of March, 2024.

**LOWE GRAHAM JONES PLLC**

By: /s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301
walters@LoweGrahamJones.com
west@LoweGrahamJones.com

**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**

By: /s/ Zachary L. Jacobs
Nirav N. Desai (pro hac vice)
Josephine Kim (pro hac vice)
Joseph Kim (pro hac vice)
Alex Alfano (pro hac vice)
Alexander Covington (pro hac vice)
Paige Cloud (pro hac vice)
Michael Webb (pro hac vice)
Zachary L. Jacobs (pro hac vice)
Richa Patel (pro hac vice)
Christopher Coleman (pro hac vice)
1101 K Street, NW
10th Floor
Washington, D.C. 20005
T: 202.371.2600
F: 202.371.2540

*Attorneys for Defendant and Counterclaim Plaintiff Chiaro Technology Ltd.*

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:   (206) 428-3251
jroller@aretelaw.com

**SHM LAW FIRM**

By: /s/ Qianwu Yang
Qianwu Yang (pro hac vice)
Xiaomin Cao (pro hac vice)
3000 El Camino Real, Building 4, Suite 200
Palo Alto, California 94306
Tel.: +86 139 2521 2009
Fax: +86 755 8326 6693
yang@shm.law
cao.xiaomin@shm.law

*Attorneys for Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, and Shenzhen Conglin E-Commerce Co., Ltd*

STIP. MOTION AND ORDER TO EXTEND DEADLINE FOR MOMCOZY TO RESPOND TO ELVIE'S MOTION TO AMEND COUNTERCLAIMS
No. 2:23-cv-00631-KKE – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**ORDER**

IT IS SO ORDERED. The deadline for Momcozy to file its Response to the Motion for Leave to Amend Counterclaims (Dkt. No. 101) is extended to March 20, 2024. The Motion shall remain noted for March 22, 2024, and Elvie's Reply in Support of the Motion shall remain due March 22, 2024.

DATED this 18th day of March, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIP. MOTION AND ORDER TO EXTEND DEADLINE FOR MOMCOZY TO RESPOND TO ELVIE'S MOTION TO AMEND COUNTERCLAIMS
No. 2:23-cv-00631-KKE – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon all attorneys of record using the automatic notification generated by the CM/ECF system.

Dated this 18th day of March, 2024 in Seattle, Washington.

*/s/ Janet C. Fischer*
Janet C. Fischer
Paralegal

STIP. MOTION AND ORDER TO EXTEND DEADLINE FOR MOMCOZY TO RESPOND TO ELVIE'S MOTION TO AMEND COUNTERCLAIMS
No. 2:23-cv-00631-KKE – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250