(Rev. 10/2023)

## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Sheri Schelbert          Judicial Officer: Kymberly K. Evanson

Case No. 2:23-cv-631-KKE          Case Name: Shenzhen Root Technology Co Ltd v. Chiaro Techno[logy]

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 3/22/2024 | Discovery Hearing | |
| | | |
| | | |

For Appeal? ☑ No ☐ Yes          Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| Please choose one: | Maximum Transcript Fees – Per Page | | | Requested Delivery Date* |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $4.00 | $1.00 | $ .70 | |
| ☐ 14-Day Transcript (14 day) | $4.70 | $1.00 | $ .70 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| ☑ Expedited Transcript (7 day) | $5.35 | $1.00 | $ .70 | |
| ☐ 3-Day Transcript (3 day) | $6.00 | $1.20 | $ .85 | |
| ☐ Daily Transcript (next morning) | $6.70 | $1.35 | $1.00 | |
| ☐ Hourly Transcript (same day) | $8.00 | $1.35 | $1.00 | |
| ☐ Realtime Transcript | $3.40 | ------- | ------- | |

☑ PDF (default delivery format)

Email address for delivery of PDF transcript: ssklar@leydig.com

Additional Comments:
This request is being made by a third-party. I am not a representative of one of the parties in this action.

### Contact Information
| | |
|---|---|
| Name: | Steven H. Sklar |
| Phone: | 312-616-6517   Email: ssklar@leydig.com |
| Firm: | Leydig, Voit & Mayer, Ltd. |
| Street Address: | Two Prudential Plaza, 180 N. Stetson Ave., Suite 4900 |
| City/State/Zip: | Chicago, IL 60601 |
| Billing Reference # (if applicable): | 570478 |

Signature: /s/ Steven H. Sklar          Date: 03/25/2024

[PRINT]          [SAVE AS]          [RESET]