# Exhibit 1

U.S. Department of Health & Human Services
a A A

U.S. FOOD & DRUG ADMINISTRATION

Follow FDA | En Español
SEARCH

Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products

# Establishment Registration & Device Listing

FDA Home › Medical Devices › Databases

New Search | Back To Search Results

| | |
|---|---|
| **Proprietary Name:** | Wearable Breast Pump ( Model S18); Wearable Breast Pump (Model S10pro); Wearable Breast Pump (Model S19); Wearable Breast Pump (Model S21); Wearable Breast Pump (Model S23); Wearable Breast Pump (Model S28); Wearable Breast Pump (Model S9) |
| **Classification Name:** | PUMP, BREAST, POWERED |
| **Product Code:** | HGX |
| **Device Class:** | 2 |
| **Regulation Number:** | 884.5160 |
| **Medical Specialty:** | Obstetrics/Gynecology |
| **Registered Establishment Name:** | SHENZHEN TPH TECHNOLOGY CO., LTD. |
| **Registered Establishment Number:** | 3016975995 |
| **Premarket Submission Number:** | K220596 |
| **Owner/Operator:** | Shenzhen TPH Technology Co., Ltd. |
| **Owner/Operator Number:** | 10084349 |
| **Establishment Operations:** | Manufacturer |

Page Last Updated: 07/24/2023
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No FEAR Act | Nondiscrimination | Website Policies / Privacy

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

USA.gov

For Government | For Press

Combination Products
Advisory Committees
Science & Research
Regulatory Information
Safety
Emergency Preparedness
International Programs
News & Events
Training and Continuing Education
Inspections/Compliance
State & Local Officials
Consumers
Industry
Health Professionals
FDA Archive
Vulnerability Disclosure Policy

U.S. Department of Health & Human Services

