# Exhibit 10

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

|  | **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| **Claim 1** | | |
| 1.1 | A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy M1 is a breast pump device. The Momcozy M1 is described as a "Wearable Breast Pump." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>The Momcozy M1 is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy M1 breast pump with "Self-contained device" label pointing to the device] |

1

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

|  | **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** |
|---|---|
| **Claim Language** | **Momcozy M1** |
| | The Momcozy M1 is an in-bra wearable device.<br><br>(https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>As shown above, the Momcozy M1 fits inside a user's bra. Momcozy's Amazon listing describes the Momcozy M1 as "Momcozy Double Wearable Breast Pump M1" that is a "Portable All-in-One Breastfeeding Breast Pump." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) Momcozy's Amazon listing indicates that the Momcozy M1 includes "All-in-one Design - Electric Breast Pump M1 is completely invisible when wearing underwear." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>Momcozy further advertises that the "M1 is fit for nursing bras." (*Id.*) |

2

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | Lighter all-in-one design<br>More invisible in your bra<br><br>Momcozy M1 Video on Amazon.com (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y, at 2 seconds.) |

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| | The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>a pump powered by the battery and generating negative air pressure; | The Momcozy M1 includes a housing that includes a battery and a pump.<br><br>**Component Parts**<br><br>Housing → A<br>B<br>C<br>D<br>E<br>F<br>G<br>H<br><br>1 × 21mm Flange Insert<br>1 × 24mm Flange Insert<br><br>A  Pump Motor            E  Silicone Flange<br>B  Silicone Diaphragm     F  Valve<br>C  Milk Collector        G  Type-C Cable<br>D  Flange Insert         G  Bra Adjustment Buckle<br><br>(https://m.media-amazon.com/images/I/A19ypwxs58L.pdf.) |

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

| **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | The Momcozy M1 housing includes a battery. For example, Momcozy M1 includes a "1200mAh capacity battery, Type-C charging speed is faster, can be used about 90-150 mins / 3-5 times when fully charged." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>The Momcozy M1 housing includes a pump powered by the battery that generates negative air pressure. The Momcozy Amazon listing states that the "Momcozy wearable breast pump M1 has 3 modes and 9 suction levels." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>Momcozy M1 Housing showing battery indicator (*Id.*) |

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| 1.3 a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy M1 includes a breast shield that includes a breast flange and a nipple tunnel.<br><br>[Image of Momcozy M1 with labels: "Breast shield", "Nipple tunnel", "Breast flange"]<br><br>The Momcozy website indicates that the M1 device includes a breast shield with sizes of "21/24/27mm." (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.) |

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| | |
|---|---|
| **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
| **Claim Language** | **Momcozy M1** |
| | <br>Momcozy Breast shield images (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) |

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||| 
|---|---|---|
| **Claim Language** || **Momcozy M1** |
| 1.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy M1 includes a milk container.<br><br>*[Image: hand holding a transparent milk container pouring milk into a bottle, with an arrow labeled "Milk container"]*<br><br>The Momcozy website indicates that the M1 has a "Milk Collector (150ml)" (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.)<br><br>The Momcozy M1 milk container is configured to be attached to and removed from the housing. |

8

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
|  | Momcozy M1 Device showing milk container attached to and removed from the housing |
|  | Momcozy provides a "quick installation" guide on Amazon.com that shows how to attach the housing to the milk container (shown below). |

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | <br><br> Quick installation of the M1 device (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.) |

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| 1.5   a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing, | The Momcozy M1 includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing.<br><br>[Component Parts diagram showing: A - Housing with External surface of housing labeled; B - Diaphragm; C - Milk container; D - Flange Insert; E - Breast shield / Silicone Flange; F - Valve; G - Type-C Cable; H - Bra Adjustment Buckle; 1 × 21mm Flange Insert; 1 × 24mm Flange Insert; A Pump Motor; B Silicone Diaphragm; C Milk Collector]<br><br>(https://m.media-amazon.com/images/I/A19ypwxs58L.pdf.)<br><br>The Momcozy M1 includes a "Silicone Diaphragm," as shown above. (https://m.media-amazon.com/images/I/A19ypwxs58L.pdf.) The quick installation instructions show how to assemble the |

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| | |
|---|---|
| **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
| **Claim Language** | **Momcozy M1** |
| | diaphragm into the milk container. (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>[Figure: Step 1 diagram showing "Push the valve and diaphragm onto the connector"]<br><br>When the housing is attached onto the milk container, the diaphragm further seats against a diaphragm holder, shown below. |

**Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
|  |  |

# Exhibit 10 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| 1.6 — the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy website advertises "9 suction levels" for the Momcozy M1 device. (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.) When the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm, which causes a negative pressure in the nipple tunnel allowing for milk expression. The deformation of the membrane is illustratively shown below: |

20657233