# Exhibit 11

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| **Claim 1** ||
| 1.1 A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy M5 is a breast pump device. The Momcozy M5 is described as an "All-in-one M5 Wearable Breast Pump." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump?variant=42648706777286.)<br><br>The Momcozy M5 is a breast pump device that is configured as a self-contained device, as shown below. |

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | The Momcozy M5 is an in-bra wearable device. <br><br> *In-bra wearable device* <br><br> (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) <br><br> As shown above, the Momcozy M5 fits inside a user's bra. Momcozy's website describes the Momcozy M5 as an "All-in-one M5 Wearable Breast Pump." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) Momcozy provides a "how to use Momcozy M5 Wearable Breast Pump" video on the Momcozy website and is further provided on youtube.com, which instructs a |

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | user to "[p]ut the breast pump into your bra." (https://youtu.be/xNy5KCRf7Uo, at 64 seconds; screen shot reproduced below.) |

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

|  | |
|---|---|
| **The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** | |
| **Claim Language** | **Momcozy M5** |
| 1.2  a housing that includes:  a battery, and  a pump powered by the battery and generating negative air pressure; | The Momcozy M5 includes a housing that includes a battery and a pump.  [Image: Momcozy M5 components labeled "Housing that includes a battery and a pump" pointing to a white half-sphere, with labels "Pump", "Milk Collector", "Flange", "Diaphragm", "Duckbill Valve"]  Momcozy M5 "How to use" video (https://youtu.be/xNy5KCRf7Uo, at 32 seconds.)  The Momcozy M5 housing includes a battery. For example, the Momcozy M5 includes a USB-C port in the housing to charge the battery and gives a "charge time [of] about 2 hours, power adapter must be 5V-1A." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump) |

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | The Momcozy M5 includes a pump powered by the battery that generates negative air pressure. The Momcozy website advertises a "[p]ainless to pump like a baby mouth," with "9 adjustable suction levels." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump) Momcozy shows an illustration of the pump within the housing in the "Momcozy Muse 5" video, reproduced below.<br><br>*[Illustration: Pump generating negative air pressure]*<br><br>Illustration of Momcozy M5 pump motor (https://youtu.be/roJ3nLLVTgM, at 8 seconds.) |

5

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| 1.3    a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy M5 includes a breast shield that includes a breast flange and a nipple tunnel.<br><br>[Image showing breast shield with labels "Breast shield" and "Flange"] |

6

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | <br>(https://momcozy.com/products/m5-breast-pump-replacement-parts.) |

## Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | *[Image: Momcozy M5 breast pump cup with labeled parts: Breast shield, Nipple tunnel, Breast flange]* <br><br> The Momcozy website indicates that the M5 product includes a breast shield with "flange size: 24mm/27mm," with the website further detailing a "105° flange slope." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) |

8

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| | |
|---|---|
| **The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** | |
| **Claim Language** | **Momcozy M5** |
| 1.4 — a milk container that is configured to be attached to and removed from the housing; and | The Momcozy M5 includes a milk container.<br><br>(https://www.amazon.com/Momcozy-Wearable-Double-Sealed-Electric-Portable/dp/B0B74SJ9SB?th=1.)<br>(Videos "Momcozy M5 Wearable Breast Pump Use Guide, at 1:34).<br><br>The Momcozy website states that the M5 has a "bottle capacity : >120ml." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) |

9

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | The milk container is configured to be attached to and removed from the housing.<br><br>Momcozy M5 "How to use" video (https://youtu.be/xNy5KCRf7Uo, at 56-60 seconds.) |

10

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|---|
| **Claim Language** || **Momcozy M5** |
| | | The M5 installation guidelines and user manual also illustrates removal and assembly of the housing to the milk container. (Momcozy, M5 User Manual, pp. 9, 13; *See also* Momcozy, M5 Installation Guidelines, p. 1.)<br><br>5. Assemble the pump and milk collector. |

11

# Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

|  | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|
| **Claim Language** | **Momcozy M5** |
| 1.5 a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing, | The Momcozy M5 includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing.<br><br>[Annotated image showing Housing, Diaphragm, Recess or cavity, Diaphragm holder, Breast shield, Milk container, and a close-up of Diaphragm]<br><br>As shown below, Momcozy instructs a user to "[s]nap the diaphragm onto the milk container," referring to the identified diaphragm holder in the annotated picture above. (https://youtu.be/xNy5KCRf7Uo, at 36-42 seconds; screen shot reproduced below.) The edge of the diaphragm holder is circular and matches the size |

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | of the diaphragm. The diaphragm includes a lip around the edge that seats on the rim of the diaphragm holder. The diaphragm is supported by another holder that is attached to the nipple tunnel.<br><br>[Image: Video still captioned "Assemble Cleaned Parts for Use – Snap the diaphragm onto the milk collector", showing hands holding a clear breast pump diaphragm component; playback bar at 0:39 / 1:39.]<br><br>As shown above and below, the diaphragm holder forms a recess or cavity behind the diaphragm and between an external surface of the housing. |

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|---|
| **Claim Language** | **Momcozy M5** | |
| | As shown above, the cavity formed by the diaphragm holder includes a cylinder portion behind supporting the diaphragm and a narrow tube portion in contact with the external surface of the housing. | |

**Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product**

| | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy M5** |
| | | *[Image of Momcozy M5 housing with annotation: "Suction hole formed in housing includes exterior surfaces of the housing"]* |
| 1.6 | the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy M5 includes a diaphragm that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy website advertises "9 adjustable suction levels" for the M5 device. (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) The "Momcozy Muse 5" video, still images reproduced below, shows the deforming movement of the diaphragm that creates negative air pressure in the nipple tunnel. |

15

## Exhibit 11 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy M5 Product

| \ | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | Illustrative video of Momcozy M5 deforming diaphragm (https://youtu.be/roJ3nLLVTgM, at 2-7 seconds.) |

20657186

16