# Exhibit 12

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| **Claim 1** | |
| 1.1 — A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S12 Pro is a breast pump device. The Momcozy website states that the Momcozy S12 Pro is a "Wearable Breast Pump." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy S12 Pro is a breast pump device that is configured as a self-contained device, as shown below.<br><br> |

1

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | The Momcozy S12 Pro is an in-bra wearable device.<br><br><br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The website states that "this bra-fit wearable breast pump allows for ultimate free pumping on the go for multitasking and body motion to exercise, which is a shortcut for moms to get the balance of nursing babies and regain normal lives." (*Id.*) Additionally, the Momcozy website discloses that "[Momcozy's] hands-free breast pump is designed to be worn with your standard nursing bra." (*Id.*) |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

|  | **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** |
|---|---|---|
|  | **Claim Language** | **Momcozy S12 Pro** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>a pump powered by the battery and generating negative air pressure; | The Momcozy S12 Pro includes a housing that includes a battery and a pump.<br><br><br><br>Momcozy S12 Pro Quick guide, p. 2<br><br>The Momcozy S12 Pro housing includes a battery. For example, the Momcozy S12 Pro user guide states that "[w]hen charging, the battery indicator lights up one by one, displaying increasing battery percentage from 25%, 50%, 75%, to 100%." (Momcozy S12 Pro User Guide, p. 13.)<br><br>The Momcozy S12 Pro housing includes a pump powered by the battery that generates negative air pressure. The Momcozy S12 Pro user guide also identifies the housing has the "pump motor," stating that "[t[he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, pp. 3, 5, 7.) |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | <br>Momcozy S12 Pro internal components. |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| 1.3 | a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S12 Pro includes a breast shield made up of a breast flange and a nipple tunnel.<br><br><br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy website indicates that the S12 Pro product includes a "silicone flange (24 mm)." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446.) |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| 1.4 a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S12 Pro includes a milk container that is configured to be attached to and removed from the housing. The Momcozy website clarifies that the S12 Pro product includes a "milk collector (180ml)." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446.)  (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.) |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| |  The Momcozy S12 Pro Quick Guide and User Guide also illustrates removal and assembly of the housing to the milk container. (Momcozy, S12 Pro Quick guide, p. 1; *See also* Momcozy, S12 Pro User Manual, pp. 9, 13.) |

7

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | | |
|---|---|---|
| **Claim Language** | **Momcozy S12 Pro** | |
| | 4. Assemble the pump and milk collector. | |

8

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| 1.5    a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing, | The Momcozy S12 Pro includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing. <br><br>  <br><br> As shown below, the Momcozy S12 Pro includes a diaphragm. <br><br><br> The Momcozy website indicates that the S12 Pro product includes a "silicone diaphragm." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446) |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | As shown below, the diaphragm is configured to be seated against a diaphragm holder that forms a recess or cavity above the diaphragm and between an external surface of the housing. The S12 Pro integrates the diaphragm holder into the milk container, but for clarity, the picture below shows the diaphragm holder as a single component with the milk container removed.<br><br><br><br>([https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump](https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump).)<br><br>As shown above, the cavity formed by the diaphragm holder includes a wide portion in direct contact with the diaphragm, a narrow portion in contact with the external surface of the housing, and a channel to provide an even distribution of negative pressure to the diaphragm. The cavity, bound by the wide and narrow portions, provides an unrestricted air channel from suction source to diaphragm. |

10

## Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| |  |

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
| --- | --- |
| **Claim Language** | **Momcozy S12 Pro** |
| |  |

12

**Exhibit 12 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| 1.6 — the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S12 Pro includes the diaphragm which deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. The Momcozy S12 Pro User Guide also identifies that "[t[he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, p. 5.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the membrane to create negative pressure in the nipple tunnel.  |

20657387

13