# Exhibit 13

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

|  | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|---|
|  | **Claim Language** | **Momcozy S12** |
|  | **Claim 1** |
| 1.1 | A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S12 is a breast pump device. The Momcozy S12 is described as "9 Levels Wearable Electric Breast Pump - S12." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The Momcozy S12 is a breast pump device that is configured as a self-contained device, as shown below. |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | The Momcozy S12 is an in-bra wearable device.<br><br>*[Image: woman wearing bra with Momcozy S12 device inserted, labeled "In-bra wearable device"]*<br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The Momcozy S12 is described as a "Wearable Breast Pump." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The Momcozy S12 can "[f]it for any standard nursing bra." (*Id.*) |

**Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product**

| | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>a pump powered by the battery and generating negative air pressure; | The Momcozy S12 includes a housing that includes a battery and a pump.<br><br>The Momcozy S12 includes a housing, as shown below.<br><br>[Image showing Momcozy S12 with labels: Housing, Pump, Battery]<br><br>The Momcozy S12 pump housing includes a battery. For example, the Momcozy S12 user guide also states that "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V==1A adapter to charge the Pump Motor." (Momcozy, S12 User Manual, p. 2.) The Momcozy website states that the Momcozy S12 is "[c]hargeable." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>On information and belief, the Momcozy S12 pump housing includes a power charging circuit for controlling the charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S12 is rechargeable and it has buttons that change the operation of the pump. (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| | | |
|---|---|---|
| **The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** | | |
| **Claim Language** | | **Momcozy S12** |
| | | The Momcozy website advertises that "[t]his [S12] hands-free pump can be placed in the nursing bra so that you can pump milk anytime and anywhere. The wearable breastfeeding pump gives you the freedom to do multitasks during milk pumping." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The website also states that the S12 breast pump has "9 Adjustable **Suction** Levels." (*Id.*) |
| 1.3 | a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S12 includes a breast shield made up of a breast flange and a nipple tunnel.<br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| | **The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** | |
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| | | The Momcozy website indicates that the S12 Pro product includes a "Flange Size: 24mm." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |
| 1.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S12 includes a milk container that is configured to be attached to and removed from the housing. The Momcozy website clarifies that the S12 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>[Image: Photo of a person holding the Momcozy S12 device with a labeled arrow pointing to the "Milk container."]<br><br>(https://www.youtube.com/watch?v=gQ0N_oNCJs0 at 0:24.) |

**Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | *[Image: Two views of the Momcozy S12 breast pump. Left view labeled "Milk container attached to housing"; right view labeled "Milk container removed from housing."]* <br><br> (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The S12 user guide also illustrates removal and attachment of the housing to the milk container, as shown below. (Momcozy, S12 User Manual, p. 10.) |

## Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | ( Picture 1 )    ( Picture 2 ) |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

|  | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|
| | **Claim Language** | **Momcozy S12** |
| 1.5 | a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing,. | The Momcozy S12 includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing.<br><br>As shown below, the Momcozy S12 includes a diaphragm.<br><br>[Image: exploded view of the Momcozy S12 breast pump with labels for Housing, Diaphragm, and Diaphragm holder]<br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The Momcozy website indicates that the S12 product includes a "silicone diaphragm." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | The diaphragm extends into the diaphragm holder and forms a cavity with the housing, as shown below.<br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

# Exhibit 13 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| 1.6 the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S12 includes a diaphragm that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S12 product is advertised as having "9 adjustable suction levels and 2 modes." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm to create negative pressure in the nipple tunnel.<br><br>[Image of Momcozy S12 with annotations: "Diaphragm deformed towards housing" and "Diaphragm seated on a portion of the diaphragm holder"] |

20657264