# Exhibit 14

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| **Claim 1** ||
| 1.1 A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S9 Pro is a breast pump device. The Momcozy S9 Pro is described as the "S9 Pro Wearable Breast Pump." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>The Momcozy S9 Pro is a breast pump device that is configured as a self-contained device.<br><br>[Image of Momcozy S9 Pro with annotation "Self-contained device"] |

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | The Momcozy S9 Pro is an in-bra wearable device. The Momcozy website states that the Momcozy S9 Pro "is designed to be worn with your standard nursing bra." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) <br><br> (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

2

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

|  | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| 1.2 — a housing that includes:<br><br>a battery, and<br><br>a pump powered by the battery and generating negative air pressure; | The Momcozy S9 Pro includes a housing that includes a battery and a pump.<br><br>[Image: Components of Momcozy S9 Pro labeled Flange, Milk Collector, Pump (highlighted as "Housing that includes a battery and a pump"), Duckbill Valve, Linker, Silicone Diaphragm]<br><br>Still image from Momcozy S9 Pro video (https://www.amazon.com/Momcozy-S9-Pro-Wearable-Hands-Free/dp/B0B74TFJCF?th=1.)<br><br>The Momcozy S9 Pro housing includes a battery. For example, the Momcozy S9 Pro user guide provides details on charging the battery. (Momcozy S9 Pro User Guide, p. 13.) The Momcozy website describes the Momcozy S9 Pro as "Long Battery Life." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>The Momcozy S9 Pro housing includes a pump powered by the battery that generates negative air pressure. The Momcozy website advertises that the Momcozy S9 Pro includes a "Pump motor" and that the "S9 Pro hands-free pumps in a better efficiency with less time, saving more time for moms." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump?variant=42680176738502.) |

3

**Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| | | The Momcozy website describes the Momcozy S9 Pro as having "Hospital grade 280 ~ 300mmHg suction range." (*Id.*) The Momcozy S9 Pro pump generates negative air pressure. For example, the Momcozy website states that the Momcozy S9 Pro breast pump has "S9 Pro breast pump owns 2 modes of expression and mixed suction with 9 intensity levels for each." (*Id.*)<br><br>The Momcozy S9 Pro user guide also states that the "Momcozy pump has 9 vacuum pressure settings for each mode, giving you control over what feels comfortable and works most efficiently in both stimulation and expression modes." (Momcozy S9 Pro User Guide, p. 12.) |
| 1.3 | a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S9 Pro includes a breast shield made up of a breast flange and a nipple tunnel. |

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||| 
|---|---|---|
| **Claim Language** || **Momcozy S9 Pro** |
| | | The Momcozy website states that the Momcozy S9 Pro includes a "Default Flange Size: 24mm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)  As shown above, the breast shield includes a breast flange and a nipple tunnel. |
| 1.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S9 Pro includes a milk container. The Momcozy website states that the Momcozy S9 Pro includes a "Milk Collector (180ml)." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

5

**Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | The Momcozy S9 Pro milk container is configured to be attached to and removed from the housing. |

**Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product**

|  | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| 1.5 a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing, | The Momcozy S9 Pro includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing.<br><br>[Figure: exploded view of Momcozy S9 Pro showing Housing, Breast shield, Diaphragm, Diaphragm holder, and Milk container]<br><br>The Momcozy website indicates that the S9 Pro product includes a "Silicone Diaphragm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>As shown below, a diaphragm holder forms a recess or cavity above the diaphragm and between an external surface of the housing. |

7

**Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | *[Image of Momcozy S9 Pro with labels: Housing, Diaphragm, Diaphragm holder]* |

8

## Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| |  |

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| |  |

# Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | Suction hole formed in housing includes exterior surfaces of the housing |

## Exhibit 14 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||||
|---|---|---|
| **Claim Language** || **Momcozy S9 Pro** |
| 1.6 | the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S9 Pro includes the diaphragm that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S9 Pro user guide states that the "Momcozy pump has 9 vacuum pressure settings for each mode." (Momcozy S9 Pro User Guide, p. 12.)<br><br>As shown in the images below, the diaphragm deforms to create negative air pressure in the nipple tunnel.<br><br>(https://www.amazon.com/vdp/000d21f3cc6741eba9f74d3896d39d92?product=B0BXH2PM3Z&ref=cm_sw_em_r_ib_dt_0F7jkWeZZk35u.) |

20657263