# Exhibit 15

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||| 
|---|---|---|
| **Claim Language** || **Momcozy S9** |
| **Claim 1** |||
| 1.1 | A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S9 is a breast pump device. The Momcozy S9 is described as a "2 Mode Wearable Electric Breast Pump." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>The Momcozy S9 is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy S9 device with label "Self-contained device" pointing to it] |

1

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | The Momcozy S9 is an in-bra wearable device.<br><br>*[Image: Two photographs of women wearing the Momcozy S9, labeled "In-bra wearable device" with arrows pointing to the devices.]*<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>As shown above, the Momcozy S9 is in-bra wearable. The Momcozy website explains that the Momcozy S9 is described as "Wearable, Fit Inside Bras." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) The Momcozy S9 "pump is able to fit inside normal nursing bras for the whole day to get rid of 'finding nursing room' and 'repeated bra-offs' games." (*Id.*) |

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

|  | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|---|
|  | **Claim Language** | **Momcozy S9** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>a pump powered by the battery and generating negative air pressure; | The Momcozy S9 includes a housing that includes a battery and a pump.<br><br>[Image: Momcozy S9 device with labels "Housing that includes a battery and a pump", "Pump", and "Battery"]<br><br>The Momcozy S9 housing includes a battery. For example, the Momcozy S9 user guide states "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V==1A adapter to charge the battery." (Momcozy, S9 User Manual, p. 2.)<br><br>The Momcozy S9 housing includes a pump powered by the battery that generates negative air pressure. For example, the Momcozy website advertises that the "wearable hands-free pump can be worn inside a standard nursing bra, so you can pump completely hands-free anytime, anywhere." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

3

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | The Momcozy S9 user guide also identifies the housing as the "pump motor," as shown as item 4 in the figure below. (Momcozy, S9 User Manual, p. 1.)<br><br>**Parts list**<br>① Silicone Flange    ② Linker<br>③ Silicone Diaphragm    ④ Pump Motor<br>⑤ USB cable    ⑥ Silicone Valve<br>⑦ Milk Collector    ⑧ Bra Adjustment Buckle<br><br>The Momcozy S9 pump generates negative air pressure. For example, the Momcozy website states that the S9 breast pump has "5 Adjustable **Suction** Levels." (*Id.*, under "Feature" tab (emphasis added).) |

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

|  | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. |
|---|---|
| **Claim Language** | **Momcozy S9** |
| 1.3   a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S9 includes a breast shield that includes a breast flange and a nipple tunnel. For example, the Momcozy S9 includes a "Silicone Shield (24 mm)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>[Figure: Two views of the Momcozy S9 breast shield with labeled Breast flange, Breast shield, and Nipple tunnel.]<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

5

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | Nipple measurement / Flange:<br>11-13mm — 17mm<br>14-16mm — 19mm<br>17-19mm — 21mm<br>20-22mm — 24mm<br>23-25mm — 27mm |

6

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | Parts list<br>① Silicone Flange<br><br>Momcozy, S9 User Manual, p. 1.    Momcozy, S9 User Manual, p. 6. |

7

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| | Claim Language | Momcozy S9 |
|---|---|---|
| | **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent.** | |
| 1.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S9 includes a milk container.<br><br>[Image of Momcozy S9 with arrow labeled "Milk container"]<br><br>The Momcozy website shows that the S9 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

**Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | The Momcozy S9 milk container is configured to be attached to and removed from the housing.<br><br>*[Images showing "Milk container attached to the housing" and "Milk container removed from the housing"]*<br><br>The S9 user guide illustrates removal and attachment of the housing to the milk container, as shown below. (Momcozy, S9 User Manual, p. 10.) |

9

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | ( picture 1 )    ( picture 2 ) |

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| 1.5 — a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing, | The Momcozy S9 includes a diaphragm configured to be seated against a diaphragm holder that forms a recess or cavity at least in part with an external surface of the housing.<br><br>[Image: exploded view of Momcozy S9 with labels: Housing, Breast shield, Diaphragm, Diaphragm holder, Milk container]<br><br>The Momcozy website states that the Momcozy S9 product includes a "silicone diaphragm." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9, under "What's included" tab.) |

11

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | The diaphragm holder forms a recess or cavity at least in part with an external surface of the housing.<br><br>[Image of Momcozy S9 product with "Cavity" labeled and arrow pointing to the recess area] |

# Exhibit 15 – U.S. Patent No. 11,357,893 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '893 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| 1.6 the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S9 includes the diaphragm which deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S9 product is advertised as having "5 Adjustable Suction Levels and 2 Modes." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm to create negative pressure in the nipple tunnel.<br><br>[Image of Momcozy S9 with annotations: "Diaphragm deformed towards housing" and "Diaphragm seated on a portion of the diaphragm holder"] |

20657268