# Exhibit 16

# Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| **Claim 29** ||
| 29.P  A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy M1 is a breast pump device. The Momcozy M1 is described as a "Wearable Breast Pump." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) <br><br> The Momcozy M1 is a breast pump device that is configured as a self-contained device, as shown below. <br><br> *[Image of Momcozy M1 device with annotation "Self-contained device" pointing to the device]* |

1

# Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy M1** |
| | The Momcozy M1 is an in-bra wearable device.<br><br><br><br>(https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>As shown above, the Momcozy M1 fits inside a user's bra. Momcozy's Amazon listing describes the Momcozy M1 as "Momcozy Double Wearable Breast Pump M1" that is a "Portable All-in-One Breastfeeding Breast Pump." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) Momcozy's Amazon listing indicates that the Momcozy M1 includes "All-in-one Design - Electric Breast Pump M1 is completely invisible when wearing underwear." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>Momcozy further advertises that the "M1 is fit for nursing bras." (*Id.*) |

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| | **The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| | | Momcozy M1 Video on Amazon.com (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y, at 2 seconds.) |
| 29.1 | a self-contained, in-bra wearable device comprising: | *See* 29.P. |

## Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| | The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| 29.2 | a housing that includes:<br><br>a rechargeable battery,<br><br>a power charging circuit for controlling charging of the rechargeable battery,<br><br>control electronics powered by the rechargeable battery,<br><br>a pump powered by the rechargeable battery and configured to generate negative air pressure, and<br><br>a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; | The Momcozy M1 includes a pump housing that includes a rechargeable battery, a power charging circuit, control electronics, and a USB charging socket.<br><br>[Figure: Component Parts diagram showing Housing (A), Silicone Diaphragm (B), Milk Collector (C), Flange Insert (D), Silicone Flange (E), Valve (F), Type-C Cable (G), Bra Adjustment Buckle (H); 1 × 21mm Flange Insert, 1 × 24mm Flange Insert]<br><br>(https://m.media-amazon.com/images/I/A19ypwxs58L.pdf.) |

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | The Momcozy M1 pump housing includes a rechargeable battery. For example, Momcozy M1 includes a "1200mAh capacity battery, Type-C charging speed is faster, can be used about 90-150 mins / 3-5 times when fully charged." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>On information and belief, the Momcozy M1 pump housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy M1 is rechargeable, it has buttons that change the operation of the pump, and it is "All-in-one Design - Electric Breast Pump M1." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>The Momcozy M1 pump housing includes a pump powered by the rechargeable battery and configured to generate negative air pressure. The Momcozy Amazon listing states that the "Momcozy wearable breast pump M1 has 3 modes and 9 suction levels." (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>The Momcozy M1 pump housing includes a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery. |

### Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
|  | *[Illustration of the Momcozy M1 device showing the USB charging socket, labeled "A"]* |

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| | The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| 29.3 | a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy M1 includes a breast shield that includes a breast flange and a nipple tunnel.<br><br>The Momcozy website indicates that the Momcozy M1 device includes a breast shield with sizes of "21/24/27mm." (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.) |

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | <br>Momcozy Breast shield images (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) |

8

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| | The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy M1** |
| 29.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy M1 includes a milk container.<br><br>The Momcozy website indicates that the M1 has a "Milk Collector (150ml)" (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.)<br><br>The Momcozy M1 milk container is configured to be attached to and removed from the housing. |

# Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | Momcozy M1 Device showing milk container attached to and removed from the housing<br><br>Momcozy provides a "quick installation" guide in the images available on Amazon.com that shows how to attach the housing to the milk container (shown below). |

# Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | Assemble the motor<br><br>Quick installation of the Momcozy M1 device (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.) |

**Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product**

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| 29.5   a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, | The Momcozy M1 includes a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing.<br><br>**Component Parts**<br>A – Pump Motor<br>B – Silicone Diaphragm<br>C – Milk Collector<br>D – Flange Insert<br>E – Silicone Flange<br>F – Valve<br>G – Type-C Cable<br>G – Bra Adjustment Buckle<br><br>1 × 21mm Flange Insert<br>1 × 24mm Flange Insert<br><br>(Labels in figure: Housing, Membrane, External surface of housing, Milk container, Breast shield) |

## Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| | The Momcozy M1 includes a "Silicone Diaphragm," as shown above. (https://m.media-amazon.com/images/I/A19ypwxs58L.pdf.)  The diaphragm couples to the housing to define a pumping chamber at least in part with an external surface of the housing. (https://www.amazon.com/Momcozy-Wearable-M1-Hands-Free-Breastfeeding/dp/B09X1GGP5Y.)<br><br>When the Momcozy M1 breast pump is assembled, the open end of the silicone diaphragm is pressed against an external surface of the housing. Accordingly, a pumping chamber is defined with an external surface of the housing. |

13

# Exhibit 16 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M1 Product

| The Momcozy M1 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M1** |
| 29.6 the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy website advertises "9 suction levels" for the Momcozy M1 device. (https://www.momcozy.net/products/double-all-in-one-wearable-breast-pump-m1.) When the pump is operated in the housing, it creates a change in air pressure that deforms the membrane, so that the membrane oscillates towards and away from the nipple tunnel. The movement of the membrane causes a negative pressure in the nipple tunnel allowing for milk expression. The deformation of the membrane is illustratively shown below: [images showing "Membrane deformed towards nipple tunnel" and "Membrane deformed away from nipple tunnel"] |

20657201