# Exhibit 17

# Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| **Claim 29** ||
| 29.P  A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy M5 is a breast pump device. The Momcozy M5 is described as an "All-in-one M5 Wearable Breast Pump." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump?variant=42648706777286.)<br><br>The Momcozy M5 is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy M5 breast pump with label "Self-contained device" pointing to it] |

1

# Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

| **The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | The Momcozy M5 is an in-bra wearable device. <br><br> In-bra wearable device <br><br> (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) <br><br> As shown above, the Momcozy M5 fits inside a user's bra. Momcozy's website describes the Momcozy M5 as an "All-in-one M5 Wearable Breast Pump." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) Momcozy provides a "how to use Momcozy M5 Wearable Breast Pump" video on the Momcozy website and is further provided on youtube.com, which instructs a |

2

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

|  | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|---|
|  | **Claim Language** | **Momcozy M5** |
| | | user to "[p]ut the breast pump into your bra." (https://youtu.be/xNy5KCRf7Uo, at 64 seconds; screen shot reproduced below.) |
| 29.1 | a self-contained, in-bra wearable device comprising: | *See* 29.P. |

3

# Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

|  | **The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** |
|---|---|---|
| | **Claim Language** | **Momcozy M5** |
| 29.2 | a housing that includes:<br><br>a rechargeable battery,<br><br>a power charging circuit for controlling charging of the rechargeable battery,<br><br>control electronics powered by the rechargeable battery,<br><br>a pump powered by the rechargeable battery and configured to generate negative air pressure, and<br><br>a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; | The Momcozy M5 includes a pump housing that includes a rechargeable battery, a power charging circuit, control electronics, a pump, and a USB charging socket.<br><br>[Image: annotated photograph of Momcozy M5 components labeled "Pump", "Milk Collector", "Flange", "Diaphragm", "Duckbill Valve", with callout "Housing that includes a rechargeable battery, a power charging circuit, control electronics, a pump, a USB charging socket, and a recess or cavity defining a pumping chamber"]<br><br>Momcozy M5 "How to use" video (https://youtu.be/xNy5KCRf7Uo, at 32 seconds.)<br><br>The Momcozy M5 pump housing includes a rechargeable battery. For example, Momcozy M5 includes a USB-C port in the housing to charge the battery and gives a "charge time [of] about 2 hours, power adapter must be 5V-1A." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump) |

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| | |
|---|---|
| **The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
| **Claim Language** | **Momcozy M5** |
| | [Image: Screenshot from Momcozy M5 "How to use" video showing a hand plugging a charging cable into the white pump housing. Caption reads: "Charging with the 5V - 1A power adapter until the white light turns into a constant solid status from moving clockwise."] |
| | Momcozy M5 "How to use" video (https://youtu.be/xNy5KCRf7Uo, at 6 seconds.) |
| | On information and belief, the Momcozy M5 pump housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy M5 is rechargeable, it has buttons that change the operation of the pump, and it is an "[a]ll-in-one" device. (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) |
| | The Momcozy M5 pump housing includes a pump powered by the rechargeable battery and configured to generate negative air pressure. For example, the Momcozy website advertises a "[p]ainless to pump like a baby mouth," with "9 adjustable suction levels." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) Momcozy shows an illustration of the pump within the housing in the "Momcozy Muse 5" video, reproduced below. |

5

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | Illustration of Momcozy M5 pump motor (https://youtu.be/roJ3nLLVTgM, at 8 seconds.)<br><br>The Momcozy M5 includes a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery. For example, Momcozy M5 includes a USB port. |

6

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| 29.3 — a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy M5 includes a breast shield that includes a breast flange and a nipple tunnel. <br><br> [Image: Photograph of a clear breast shield with labels "Breast shield" and "Flange"] |

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| Claim Language | Momcozy M5 |
|---|---|
| | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
| | <br>(https://momcozy.com/products/m5-breast-pump-replacement-parts.) |

8

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | ![Momcozy M5 product with labels: Breast shield, Nipple tunnel, Breast flange] The Momcozy website indicates that the M5 product includes a breast shield with "flange size: 24mm/27mm," with the website further detailing a "105° flange slope." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) |

### Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

| | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|
| **Claim Language** | **Momcozy M5** |
| 29.4 a milk container that is configured to be attached to and removed from the housing; and | The Momcozy M5 includes a milk container.<br><br>(https://www.amazon.com/Momcozy-Wearable-Double-Sealed-Electric-Portable/dp/B0B74SJ9SB?th=1.)<br>(Videos "Momcozy M5 Wearable Breast Pump Use Guide, at 1:34).<br><br>The Momcozy website states that the M5 has a "bottle capacity : >120ml." (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) |

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | The milk container is configured to be attached to and removed from the housing.<br><br>Momcozy M5 "How to use" video (https://youtu.be/xNy5KCRf7Uo, at 56-60 seconds.) |

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | The M5 installation guidelines and user manual also illustrates removal and assembly of the housing to the milk container. (Momcozy, M5 User Manual, pp. 9, 13; *See also* Momcozy, M5 Installation Guidelines, p. 1.)<br><br>5. Assemble the pump and milk collector. |

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||| 
|---|---|---|
| **Claim Language** || **Momcozy M5** |
| 29.5 | a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, | As shown below, Momcozy instructs a user to "[s]nap the diaphragm onto the milk container," referring to the membrane in the annotated picture above. (https://youtu.be/xNy5KCRf7Uo, at 36-42 seconds; screen shot reproduced below.) The edge of the diaphragm housing is circular and matches the size of the membrane. The membrane includes a lip around the edge that seats on the rim of the diaphragm housing. The membrane is supported by another holder that is attached to the nipple tunnel. |

13

**Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product**

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| | ▶ Assemble Cleaned Parts for Use<br>Snap the diaphragm onto the milk collector<br><br>As shown above and below, the membrane defines the pumping chamber at least in part with an external surface of the housing. |

14

# Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

| \ | The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|
| **Claim Language** | **Momcozy M5** |
|  | *[Image of Momcozy M5 wearable breast pump housing, labeled "Housing" and "External surface"; markings include "Wearable Breast Pump, Model Number: M5, Rated Input: 5V⎓1A, Hong Kong Lute Technology Co., Limited, MADE IN CHINA, 2023-04", CE, UKCA, IP22, QC 03]* |

15

# Exhibit 17 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy M5 Product

| The Momcozy M5 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy M5** |
| 29.6 — the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy M5 includes the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy website advertises "9 adjustable suction levels" for the M5 device. (https://momcozy.com/products/all-in-one-m5-wearable-breast-pump-painless-to-pump.) The "Momcozy Muse 5" video, still images reproduced below, shows the deforming movement of the membrane that creates negative air pressure in the nipple tunnel.<br><br>[Two still images side-by-side: left labeled "Membrane deformed towards nipple tunnel"; right labeled "Membrane deformed away from nipple tunnel"]<br><br>Illustrative video of Momcozy M5 deforming membrane (https://youtu.be/roJ3nLLVTgM, at 2-7 seconds.) |