# Exhibit 18

# Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| **Claim 29** ||
| 29.P  A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S12 Pro is a breast pump device. The Momcozy website states that the Momcozy S12 Pro is a "Wearable Breast Pump." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy S12 Pro is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy S12 Pro breast pump with label "Self-contained device" pointing to the device.] |

1

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

|  | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
| **Claim Language** | **Momcozy S12 Pro** |
| | The Momcozy S12 Pro is an in-bra wearable device.<br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The website states that "this bra-fit wearable breast pump allows for ultimate free pumping on the go for multitasking and body motion to exercise, which is a shortcut for moms to get the balance of nursing babies and regain normal lives." (*Id.*) Additionally, the Momcozy website discloses that "[Momcozy's] hands-free breast pump is designed to be worn with your standard nursing bra." (*Id.*) |
| 29.1  a self-contained, in-bra wearable device comprising: | *See* 29.P. |

# Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product

|  | **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** |
|---|---|---|
| | **Claim Language** | **Momcozy S12 Pro** |
| 29.2 | a housing that includes:<br><br>a rechargeable battery,<br><br>a power charging circuit for controlling charging of the rechargeable battery,<br><br>control electronics powered by the rechargeable battery,<br><br>a pump powered by the rechargeable battery and configured to generate negative air pressure, and<br><br>a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; | The Momcozy S12 Pro includes a housing that includes a rechargeable battery, a power charging circuit, control electronics, and a USB charging socket.<br><br>[Figure: Momcozy S12 Pro components labeled Housing, Diaphragm, Pump Motor, Linker, Valve, Flange, Milk Collector]<br><br>Momcozy S12 Pro Quick guide, p. 2<br><br>The Momcozy S12 Pro housing includes a rechargeable battery. For example, the Momcozy S12 Pro user guide states that "[w]hen charging, the battery indicator lights up one by one, displaying increasing battery percentage from 25%, 50%, 75%, to 100%." (Momcozy S12 Pro User Guide, p. 13.)<br><br>On information and belief, the Momcozy S12 Pro housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S12 Pro is rechargeable and it has buttons that change the operation of the pump. (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy S12 Pro housing includes a pump powered by the rechargeable battery and configured to generate negative air pressure. The Momcozy S12 Pro user guide also identifies the housing has the "pump motor," and states that "[t[he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, pp. 3, 5, 7.) |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| **Claim Language** || **Momcozy S12 Pro** |
| | | Momcozy S12 Pro internal components. |
| | | The Momcozy S12 Pro housing includes a USB charging socket. As shown below, the Momcozy S12 Pro includes a socket for receiving a USB cable. The Momcozy website also states that the "[c]harging port" is "Type-C (Compatible with 5V 1A adapter)" referring to USB Type-C. (*Id.*) The charging port is shown below: |
| | | (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.) |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

|  | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| 29.3 — a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S12 Pro includes a breast shield made up of a breast flange and a nipple tunnel.<br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy website indicates that the S12 Pro product includes a "silicone flange (24 mm)." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446.) |
| 29.4 — a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S12 Pro includes a milk container that is configured to be attached to and removed from the housing. The Momcozy website clarifies that the S12 Pro product includes a "milk collector (180ml)." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446.) |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| | (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.) |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| \ | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | *[Images showing "Milk container attached to the housing" and "Milk container removed from the housing"]*<br><br>The Momcozy S12 Pro Quick Guide and User Guide also illustrates removal and assembly of the housing to the milk container. (Momcozy, S12 Pro Quick guide, p. 1; *See also* Momcozy, S12 Pro User Manual, pp. 9, 13.) |

7

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | 4. Assemble the pump and milk collector. |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||||
|---|---|---|---|
| **Claim Language** ||| **Momcozy S12 Pro** |
| 29.5 | a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, || The Momcozy S12 Pro includes a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing.<br><br>As shown below, the Momcozy S12 Pro includes a membrane.<br><br>*[Image: Exploded view of Momcozy S12 Pro with labels: Housing, Breast shield, Membrane, Pumping Chamber, Milk container]*<br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy website indicates that the S12 Pro product includes a "silicone diaphragm." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446)<br><br>As shown below, the membrane is seated on a diaphragm holder that is fixed to an external surface of the housing to define a pumping chamber. The S12 Pro integrates the pumping chamber into the milk |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | container, but for clarity, the picture below shows the structure surrounding the pumping chamber as a single component with the milk container removed.<br><br>[Image showing labeled components: Housing, Membrane, Pumping chamber, Membrane] |

## Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | *[Image: bottom of Momcozy S12 Pro wearable breast pump with labels pointing to "Housing" and "External surface"]* |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | (image of Momcozy S12 Pro with labels "Pumping chamber" and "Membrane") |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | Suction hole formed in housing includes exterior surfaces of the housing |

**Exhibit 18 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Pro Product**

|  | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| 29.6 the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S12 Pro includes the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S12 Pro User Guide also identifies that "[t[he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, p. 5.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the membrane to create negative pressure in the nipple tunnel.<br><br>[Image of Momcozy breast pump with annotations: "Membrane deformed towards housing" and "Membrane seated on diaphragm holder"] |

20657266