Exhibit 19

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| **Claim 29** | |
| 29.P<br><br>A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S12 is a breast pump device. The Momcozy S12 is described as "9 Levels Wearable Electric Breast Pump - S12." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The Momcozy S12 is a breast pump device that is configured as a self-contained device, as shown below.<br><br> |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| | The Momcozy S12 is an in-bra wearable device.<br><br><br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The Momcozy S12 is described as a "Wearable Breast Pump." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The Momcozy S12 can "[f]it for any standard nursing bra." (*Id.*) |
| 29.1   a self-contained, in-bra wearable device comprising: | *See* 29.P. |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| **29.2** a housing that includes:<br><br>a rechargeable battery,<br><br>a power charging circuit for controlling charging of the rechargeable battery,<br><br>control electronics powered by the rechargeable battery,<br><br>a pump powered by the rechargeable battery and configured to generate negative air pressure, and<br><br>a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; | The Momcozy S12 includes a housing that includes a rechargeable battery, a power charging circuit, control electronics, and a USB charging socket.<br><br>The Momcozy S12 includes a housing, as shown below.<br><br><br><br>The Momcozy S12 housing includes a rechargeable battery. For example, the Momcozy S12 user guide also states "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V==1A adapter to charge the Pump Motor." (Momcozy, S12 User Manual, p. 2.) The Momcozy website states that the Momcozy S12 is "[c]hargeable." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>On information and belief, the Momcozy S12 housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S12 is rechargeable and  has buttons that change the operation of the pump. (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| | The Momcozy S12 housing includes a pump powered by the rechargeable battery and configured to generate negative air pressure. The Momcozy website advertises that "[t]his [S12] hands-free pump can be placed in the nursing bra so that you can pump milk anytime and anywhere. The wearable breastfeeding pump gives you the freedom to do multiple tasks during milk pumping." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The website also states that the S12 breast pump has "9 Adjustable **Suction** Levels." (*Id.*)<br><br>The Momcozy S12 housing includes a USB charging socket. As shown below, the Momcozy S12 includes a socket for receiving a USB cable.<br><br><br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| 29.3 | a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S12 includes a breast shield made up of a breast flange and a nipple tunnel.<br><br><br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The Momcozy website indicates that the S12 product includes a "Flange Size: 24mm." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| 29.4 | a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S12 includes a milk container that is configured to be attached to and removed from the housing. The Momcozy website clarifies that the S12 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br><br><br>(https://www.youtube.com/watch?v=gQ0N_oNCJs0 at 0:24.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| | <br><br>([https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12](https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12).)<br><br>The Momcozy S12 user guide also illustrates removal and attachment of the housing to the milk container, as shown below. (Momcozy, S12 User Manual, p. 10.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | | |
|---|---|---|
| Claim Language | Momcozy S12 | |
| | ( Picture 1 ) | ( Picture 2 ) |

8

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
| --- | --- |
| **Claim Language** | **Momcozy S12** |
| 29.5 — a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, | The Momcozy S12 includes a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing. <br><br> As shown below, the Momcozy S12 includes a membrane. <br><br>  <br><br> (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The Momcozy website indicates that the S12 product includes a "silicone diaphragm." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
| | <br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

Pumping chamber

10

**Exhibit 19 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S12 Product**

| | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| 29.6 | the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S12 includes the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S12 product is advertised as having "9 Adjustable Suction Levels." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the membrane to create negative pressure in the nipple tunnel.<br><br> |

20657265