# Exhibit 20

# Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product

| | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| **Claim 29** ||
| 29.P — A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S9 Pro is a breast pump device. The Momcozy S9 Pro is described as the "S9 Pro Wearable Breast Pump." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>The Momcozy S9 Pro is a breast pump device that is configured as a self-contained device.<br><br>[Image of Momcozy S9 Pro with annotation "Self-contained device"] |

# Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product

| \ | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. |
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
|  | The Momcozy S9 Pro is an in-bra wearable device. The Momcozy website describes the Momcozy S9 Pro as that it "is designed to be worn with your standard nursing bra." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) <br><br> [Image: woman wearing in-bra wearable device, labeled "In-bra wearable device"] <br><br> (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

2

# Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product

| | **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| 29.1 | a self-contained, in-bra wearable device comprising: | *See* 29.P. |
| 29.2 | a housing that includes: <br><br> a rechargeable battery, <br><br> a power charging circuit for controlling charging of the rechargeable battery, <br><br> control electronics powered by the rechargeable battery, <br><br> a pump powered by the rechargeable battery and configured to generate negative air pressure, and <br><br> a Universal Serial Bus (USB) charging socket for transferring power to the power | The Momcozy S9 Pro includes a housing that includes a rechargeable battery, a power charging circuit, control electronics, a pump, and a USB charging socket. <br><br> Still image from Momcozy S9 Pro video (https://www.amazon.com/Momcozy-S9-Pro-Wearable-Hands-Free/dp/B0B74TFJCF?th=1.) <br><br> The Momcozy S9 Pro housing includes a rechargeable battery. For example, the Momcozy S9 Pro user guide provides details on charging the battery. (Momcozy S9 Pro User Guide, p. 13.) The Momcozy |

3

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| charging circuit and the rechargeable battery; | website describes the Momcozy S9 Pro as "Long Battery Life." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>On information and belief, the Momcozy S9 Pro housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S9 Pro is rechargeable and has buttons that change the operation of the pump.<br><br>The Momcozy S9 Pro housing includes a pump powered by the rechargeable battery and configured to generate negative air pressure. The Momcozy website advertises that the Momcozy S9 Pro includes a "Pump motor" and that the "S9 Pro hands-free pumps in a better efficiency with less time, saving more time for moms." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump?variant=42680176738502.)<br><br>The Momcozy website describes the Momcozy S9 Pro as having "Hospital grade 280 ~ 300mmHg suction range." (*Id.*) The Momcozy S9 Pro pump generates negative air pressure. For example, the Momcozy website states that the Momcozy S9 Pro breast pump has "S9 Pro breast pump owns 2 modes of expression and mixed suction with 9 intensity levels for each." (*Id.*)<br><br>The Momcozy S9 Pro user guide also states that the "Momcozy pump has 9 vacuum pressure settings for each mode, giving you control over what feels comfortable and works most efficiently in both stimulation and expression modes." (Momcozy S9 Pro User Guide, p. 12.)<br><br>The Momcozy S9 Pro housing includes a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery. For example, the Momcozy S9 Pro is "[e]quipped with a bigger capacity battery and fast charging Type-C charging port." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

# Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product

| \  | \ |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
|  | (image of Momcozy S9 Pro wearable breast pump with USB socket labeled) |

5

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

|  | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| 29.3 — a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S9 Pro includes a breast shield made up of a breast flange and a nipple tunnel.<br><br>[Image: annotated photos showing Breast flange, Breast shield, and Nipple tunnel on the Momcozy S9 Pro]<br><br>The Momcozy website states that the Momcozy S9 Pro includes a "Default Flange Size: 24mm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) As shown above, the breast shield includes a breast flange and a nipple tunnel. |
| 29.4 — a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S9 Pro includes a milk container. The Momcozy website states that the Momcozy S9 Pro includes a "Milk Collector (180ml)." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| \ | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| **Claim Language** || **Momcozy S9 Pro** |
| | | *[Image of Momcozy S9 Pro breast pump with arrow pointing to "Milk container"]* |

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| \  | \ |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| | The Momcozy S9 Pro milk container is configured to be attached to and removed from the housing. |

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| 29.5 | a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, | The Momcozy S9 Pro includes a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing.<br><br>As shown below, the Momcozy S9 Pro includes a membrane.<br><br>[Figure: Exploded view of Momcozy S9 Pro labeled with Housing, Membrane, Breast shield, Pumping chamber, and Milk container]<br><br>(https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.)<br><br>The Momcozy website clarifies that the Momcozy S9 Pro product includes a "Silicone Diaphragm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

9

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| \  | \ |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
|  | As shown below, the membrane is seated on a diaphragm holder that is fixed to an external surface of the housing to define a pumping chamber.<br><br>[Image: exploded view of Momcozy S9 Pro with labels "Housing", "Diaphragm", and "Pumping chamber"] |

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| \  | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S9 Pro** ||
|  | *[Image of Momcozy S9 Pro with labels "Pumping chamber" and "Membrane"]* ||

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
|  |  |

**Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product**

| \ | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| | | Suction hole formed in housing includes exterior surfaces of the housing |

13

# Exhibit 20 – U.S. Patent No. 11,413,380 – Infringement Claim Chart for Momcozy S9 Pro Product

|  | **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** |
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| 29.6 | the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S9 Pro includes the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S9 Pro user guide states that the "Momcozy pump has 9 vacuum pressure settings for each mode." (Momcozy S9 Pro User Guide, p. 12.)<br><br>As shown in the images below, the membrane deforms to create negative air pressure in the nipple tunnel.<br><br>(https://www.amazon.com/vdp/000d21f3cc6741eba9f74d3896d39d92?product=B0BXH2PM3Z&ref=cm_sw_em_r_ib_dt_0F7jkWeZZk35u.) |

20744199