# Exhibit 21

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

|  | **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** |
|---|---|---|
|  | **Claim Language** | **Momcozy S9** |
|  | **Claim 29** |
| 29.P | A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: | The Momcozy S9 is a breast pump device. The Momcozy S9 is described as a "2 Mode Wearable Electric Breast Pump." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>The Momcozy S9 is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy breast pump device with label "Self-contained device" pointing to it.] |

1

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

|  | |
|---|---|---|
| **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** || **Momcozy S9** |
| | | The Momcozy S9 is an in-bra wearable device.<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>As shown above, the Momcozy S9 is in-bra wearable. The Momcozy website explains that the Momcozy S9 is described as "Wearable, Fit Inside Bras." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) The Momcozy S9 "pump is able to fit inside normal nursing bras for the whole day to get rid of 'finding nursing room' and 'repeated bra-offs' games." (*Id.*) |
| 29.1 | a self-contained, in-bra wearable device comprising: | *See* 29.P. |

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

|  | **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** |
|---|---|---|
| | **Claim Language** | **Momcozy S9** |
| 29.2 | a housing that includes:<br><br>a rechargeable battery,<br><br>a power charging circuit for controlling charging of the rechargeable battery,<br><br>control electronics powered by the rechargeable battery,<br><br>a pump powered by the rechargeable battery and configured to generate negative air pressure, and<br><br>a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; | The Momcozy S9 includes a housing that includes a rechargeable battery, a power charging circuit, control electronics, a pump, and a USB charging socket.<br><br>[Image: photograph of the Momcozy S9 device with labels "Pump," "Battery," and "Housing that includes a battery and a pump"]<br><br>The Momcozy S9 housing includes a rechargeable battery. For example, the Momcozy S9 user guide states "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V==1A adapter to charge the battery." (Momcozy, S9 User Manual, p. 2.)<br><br>On information and belief, the Momcozy S9 housing includes a power charging circuit for controlling charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S9 is rechargeable and it has buttons that change the operation of the pump.<br><br>The Momcozy S9 housing includes a pump powered by the battery and generating negative air pressure. For example, the Momcozy website advertises that the "wearable hands-free pump can be worn inside a |

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** | |
|---|---|
| **Claim Language** | **Momcozy S9** |
| | standard nursing bra, so you can pump completely hands-free anytime, anywhere." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) <br><br>The Momcozy S9 user guide also identifies the housing as the "pump motor," as shown as item 4 in the figure below. (Momcozy, S9 User Manual, p. 1.) <br><br>The Momcozy S9 housing includes a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery. The Momcozy website explains "[o]ne charge for 3-4 using times." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) Further, the Momcozy website explains that the Momcozy S9 includes "1 USB Cable." (*Id.*) |

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | Parts list: 1 Silicone Flange, 2 Linker, 3 Silicone Diaphragm, 4 Pump Motor, 5 USB cable, 6 Silicone Valve, 7 Milk Collector, 8 Bra Adjustment Buckle |
| | The Momcozy S9 pump generates negative air pressure. For example, the Momcozy website states that the S9 breast pump has "5 Adjustable **Suction** Levels." (*Id.*, under "Feature" tab (emphasis added).) |

5

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| 29.3 — a breast shield made up of a breast flange and a nipple tunnel; | The Momcozy S9 includes a breast shield that includes a breast flange and a nipple tunnel. For example, the Momcozy S9 includes a "Silicone Shield (24 mm)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>[Image: Breast shield diagram with labeled Breast flange, Nipple tunnel, and Breast shield]<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| \ | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S9** ||
| | Nipple measurement | Flange |
| | 11-13mm | 17mm |
| | 14-16mm | 19mm |
| | 17-19mm | 21mm |
| | 20-22mm | 24mm |
| | 23-25mm | 27mm |

7

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | Parts list<br>① Silicone Flange<br><br>Momcozy, S9 User Manual, p. 1.    Momcozy, S9 User Manual, p. 6. |

8

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| 29.4 — a milk container that is configured to be attached to and removed from the housing; and | The Momcozy S9 includes a milk container.<br><br>[Image: Momcozy S9 device with arrow labeled "Milk container" pointing to the transparent container portion]<br><br>The Momcozy website shows that the S9 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

| \ | \ |
|---|---|
| **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent.** ||
| **Claim Language** | **Momcozy S9** |
|  | The Momcozy S9 milk container is configured to be attached to and removed from the housing.<br><br>[Image: Two photographs of the Momcozy S9 device. Left image labeled "Milk container attached to the housing"; right image labeled "Milk container removed from the housing".]<br><br>The S9 user guide illustrates removal and attachment of the housing to the milk container, as shown below. (Momcozy, S9 User Manual, p. 10.) |

10

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S9** ||
| | ( picture 1 ) | ( picture 2 ) |

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| 29.5 — a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing, | The Momcozy S9 includes a membrane that is configured to define a pumping chamber at least in part with an external surface of the housing.<br><br>As shown below, the Momcozy S9 includes a membrane.<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

**Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | As shown below, the membrane defines a pumping chamber at least in part with an external surface of the housing.<br><br>*[Image: Momcozy S9 breast pump with "Pumping chamber" labeled]*<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

# Exhibit 21 – U.S. Patent No. 11,357,380 – Infringement Claim Chart for Momcozy S9 Product

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 29 of the '380 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9** |
| 29.6 | the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. | The Momcozy S9 includes the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S9 product is advertised as having "5 Adjustable Suction Levels and 2 Modes." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the membrane to create negative pressure in the nipple tunnel. |

20671677