# Exhibit 27

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

|  | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. |
|---|---|
| **Claim Language** | **Momcozy S9** |
| **Claim 1** | |
| 1.P | A breast pump device comprising: | The Momcozy S9 is a breast pump device. The Momcozy S9 is described as a "2 Mode Wearable Electric Breast Pump." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

|  | |
|---|---|
| **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** | |
| **Claim Language** | **Momcozy S9** |
| 1.1 — a self-contained, in-bra wearable device comprising:<br><br>a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge; | The Momcozy S9 is a breast pump device that is configured as a self-contained device, as shown below.<br><br>[Image: Momcozy S9 breast pump with "Self-contained device" label pointing to the unit]<br><br>The Momcozy S9 is an in-bra wearable device. |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

|  | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. |
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>As shown above, the Momcozy S9 is in-bra wearable. The Momcozy website explains that the Momcozy S9 is described as "Wearable, Fit Inside Bras." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) The Momcozy S9 "pump is able to fit inside normal nursing bras for the whole day to get rid of 'finding nursing room' and 'repeated bra-offs' games." (*Id.*)<br><br>The Momcozy S9 includes a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge. The Momcozy website states that the Momcozy S9 product includes a "silicone diaphragm." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9, under "What's included" tab.) |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | The diaphragm has an outer edge that seals on a lower side to a housing adjacent to the nipple tunnel, and seals on an upper side with a diaphragm housing.<br><br>[Figure: Momcozy S9 device with labeled parts — Diaphragm, Lower diaphragm seal formed around outer edge adjacent to nipple tunnel, Nipple tunnel for milk path, Upper diaphragm seal with diaphragm housing]<br><br>When milk is expressed through the nipple tunnel, the diaphragm prevents milk from reaching the pump as shown below. |

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| |  |

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>the air pump powered by the battery and configured to generate negative air pressure by driving the diaphragm; | The Momcozy S9 includes a housing that includes a battery and an air pump powered by the battery and is configured to generate negative air pressure by driving the diaphragm.<br><br>*[Image: Momcozy S9 device exterior and interior view with labels "Pump," "Battery," and "Housing that includes a battery and a pump"]*<br><br>The Momcozy S9 housing includes a battery. For example, the Momcozy S9 user guide states that "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V⎓1A adapter to charge the battery." (Momcozy, S9 User Manual, p. 2.)<br><br>The Momcozy S9 housing includes a pump powered by the battery and generates negative air pressure. For example, the Momcozy website advertises that the "wearable hands-free pump can be worn inside a standard nursing bra, so you can pump completely hands-free anytime, anywhere." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) |

6

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S9** ||
| | The Momcozy S9 user guide also identifies the housing as the "pump motor," as shown as item 4 in the figure below. (Momcozy, S9 User Manual, p. 1.) <br><br> **Parts list** <br> ① Silicone Flange ② Linker <br> ③ Silicone Diaphragm ④ Pump Motor <br> ⑤ USB cable ⑥ Silicone Valve <br> ⑦ Milk Collector ⑧ Bra Adjustment Buckle <br><br> The Momcozy S9 pump generates negative air pressure. For example, the Momcozy website states that the S9 breast pump has "5 Adjustable *Suction* Levels." (*Id.*, under "Feature" tab (emphasis added).) <br><br> The Momcozy S9 pump drives the diaphragm to create negative air pressure. ||

7

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9** |
| | | The Momcozy S9 includes the diaphragm which deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S9 product is advertised as having "5 Adjustable Suction Levels and 2 Modes." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm to create negative pressure in the nipple tunnel. |
| 1.3 | a breast shield comprising a breast flange and a nipple | The Momcozy S9 also includes a breast shield with a breast flange and a nipple tunnel that extends from the breast flange. |

8

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S9** ||
| tunnel extending from the breast flange, the nipple tunnel comprising a closed end and a milk port intermediate to the breast flange and the closed end, and the breast shield being separate from the diaphragm; and | For example, the Momcozy S9 includes a "Silicone Shield (24 mm)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>(https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>The nipple tunnel comprises a closed end and a milk port intermediate to the breast flange and the closed end. ||

9

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | [Image: labeled photograph of Momcozy S9 breast pump component with labels "Breast shield", "Breast flange", "Closed end", "Milk port", "Nipple tunnel"] <br><br> The Momcozy S9 includes a breast shield that is separate from the diaphragm. |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

|  | |
|---|---|
| **The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S9** |
| | *[Image: exploded view of Momcozy S9 showing Housing, Diaphragm, Breast shield, and Milk container labeled]* |
| 1.4   a milk container that is configured to attach to the housing and receive expressed milk via the milk port. | The Momcozy S9 includes a milk container that is configured to attach to the housing and receive expressed milk via the milk port.<br><br>The Momcozy S9 includes a milk container. |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | *[Image of Momcozy S9 breast pump with "Milk container" label and arrow pointing to the clear container portion]*<br><br>The Momcozy website shows that the S9 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/double-electric-wearable-breast-pump-s9.)<br><br>The Momcozy S9 milk container is configured to be attached to the housing. |

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

|  | The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. |
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | [Image of Momcozy S9 breast pump with annotation "Milk container attached to housing"]<br><br>The S9 user guide illustrates attachment of the housing to the milk container, as shown below. (Momcozy, S9 User Manual, p. 10.) |

**Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product**

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | ( picture 1 )   ( picture 2 )<br><br>The Momcozy S9's milk container receives milk through the milk port that is located inside of the milk container. |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
| | *[Image: Momcozy S9 breast pump with labeled "Milk container" and "Milk port"]* <br><br> The Momcozy User Manual directs users to place the milk port into the milk container as shown below (Momcozy, S9 User Manual, p. 4.) |

# Exhibit 27 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Product

| The Momcozy S9 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9** |
|  | 3. Put the assembled linker into the Milk Collector, with the "ear" part of the Linker aligned with the internal slot of the Milk Collector and press the Linker disc part with both hands to fasten the edges firmly to ensure complete sealing. |