Exhibit 28

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||  |
|---|---|---|
| **Claim Language** || **Momcozy S9 Pro** |
| **Claim 1** |||
| 1.P | A breast pump device comprising: | The Momcozy S9 Pro is a breast pump device. The Momcozy S9 Pro is described as the "S9 Pro Wearable Breast Pump." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |
| 1.1 | a self-contained, in-bra wearable device comprising: a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge; | The Momcozy S9 Pro is a breast pump device that is configured as a self-contained device. |

1

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| | The Momcozy S9 Pro is an in-bra wearable device. The Momcozy website states that the Momcozy S9 Pro "is designed to be worn with your standard nursing bra." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) <br><br> *[Image: woman in kitchen wearing in-bra wearable device, with annotation "In-bra wearable device"]* <br><br> (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

2

# Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
|  | The Momcozy S9 Pro includes a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge. The Momcozy website indicates that the S9 Pro product includes a "Silicone Diaphragm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) <br><br> The diaphragm has an outer edge that seals on a lower side to a housing adjacent to the nipple tunnel, and seals on an upper side with a diaphragm housing. <br><br> [Annotated image showing: Diaphragm; Lower diaphragm seal formed around outer edge adjacent to nipple tunnel; Nipple tunnel for milk path; Upper diaphragm seal with diaphragm housing] <br><br> When milk is expressed through the nipple tunnel, the diaphragm prevents milk from reaching the pump as illustratively shown below. |

3

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | *[Image showing breast pump components with labels: "Pump in housing", "Diaphragm configured to prevent milk from reaching the pump", "Milk path through nipple tunnel"]*<br><br>When the pump is fully assembled, the diaphragm fits into the diaphragm holder, and the outer edge of the diaphragm creates a seal to prevent the milk from entering the air pump. |

4

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| 1.2 | a housing that includes: <br><br> a battery, and <br><br> the air pump powered by the battery and configured to generate negative air pressure by driving the diaphragm; | The Momcozy S9 Pro includes a housing that includes a battery and an air pump. <br><br> Still image from Momcozy S9 Pro video (https://www.amazon.com/Momcozy-S9-Pro-Wearable-Hands-Free/dp/B0B74TFJCF?th=1.) <br><br> The Momcozy S9 Pro housing includes a battery. For example, the Momcozy S9 Pro user guide provides details on charging the battery. (Momcozy S9 Pro User Guide, p. 13.) The Momcozy website describes the Momcozy S9 Pro as having a "Long Battery Life." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

5

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | |
|---|---|
| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. | |
| **Claim Language** | **Momcozy S9 Pro** |
| | Still image from Momcozy S9 Pro video (https://www.amazon.com/Momcozy-S9-Pro-Wearable-Hands-Free/dp/B0B74TFJCF)<br><br>The Momcozy S9 Pro housing includes an air pump powered by the battery that generates negative air pressure. The Momcozy website advertises that the Momcozy S9 Pro includes a "Pump motor" and that the "S9 Pro hands-free pumps in a better efficiency with less time, saving more time for moms." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump?variant=42680176738502.)<br><br>The Momcozy website describes the Momcozy S9 Pro as having "Hospital grade 280 ~ 300mmHg suction range." (*Id.*) The Momcozy S9 Pro pump generates negative air pressure. For example, the Momcozy website states that the Momcozy S9 Pro breast pump "owns 2 modes of expression and mixed suction with 9 intensity levels for each." (*Id.*)<br><br>The Momcozy S9 Pro user guide also states that the "Momcozy pump has 9 vacuum pressure settings for each mode, giving you control over what feels comfortable and works most efficiently in both stimulation and expression modes." (Momcozy S9 Pro User Guide, p. 12.) |

6

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| | The Momcozy S9 Pro includes the diaphragm that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel. <br><br> The Momcozy S9 Pro user guide states that the "Momcozy pump has 9 vacuum pressure settings for each mode." (Momcozy S9 Pro User Guide, p. 12.) <br><br> As shown in the images below, the diaphragm deforms to create negative air pressure in the nipple tunnel. <br><br> (https://www.youtube.com/watch?v=MUlexBZCbPU&list=TLGGGtd591n3S7cwMTAyMjAyNA&t=9s.) |

7

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| 1.3 | a breast shield comprising a breast flange and a nipple tunnel extending from the breast flange, the nipple tunnel comprising a closed end and a milk port intermediate to the breast flange and the closed end, and the breast shield being separate from the diaphragm; and | The Momcozy S9 Pro includes a breast shield made up of a breast flange and a nipple tunnel.

[Images with labels: Breast flange, Breast shield, Nipple tunnel]

The Momcozy website states that the Momcozy S9 Pro includes a "Default Flange Size: 24mm." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) As shown above, the breast shield includes a breast flange and a nipple tunnel.

The Momcozy S9 Pro's nipple tunnel is comprised of a closed end and a milk port intermediate to the breast flange and the closed end. |

8

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
| |  The Momcozy S9 Pro's breast shield is separate from the diaphragm. |

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S9 Pro** |
| | | *[Image: Exploded view of Momcozy S9 Pro with labels "Diaphragm" and "Breast shield"]* |
| 1.4 | a milk container that is configured to attach to the housing and receive expressed milk via the milk port. | The Momcozy S9 Pro includes a milk container that is configured to attach to the housing and receive expressed milk via the milk port.<br><br>The Momcozy S9 Pro includes a milk container. The Momcozy website states that the Momcozy S9 Pro includes a "Milk Collector (180ml)." (https://momcozy.com/products/momcozy-s9-pro-wearable-breast-pump.) |

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S9 Pro** |
|  | *(image of Momcozy S9 Pro with arrow labeled "Milk container")* |

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

|  |  |  |
|---|---|---|
|  |  | The Momcozy S9 Pro milk container is configured to be attached to the housing.  The Momcozy S9 Pro's milk container receives milk through the milk port which is located inside the milk container. |

**Exhibit 28 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy S9 Pro Product**

| | |
|---|---|
| **The Momcozy S9 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S9 Pro** |
| | [Image of Momcozy S9 Pro breast pump with labels pointing to "Milk port" and "Milk container"]<br><br>(https://www.youtube.com/watch?v=MUlexBZCbPU&list=TLGGGtd591n3S7cwMTAyMjAyNA&t=9s.) |

13