# Exhibit 29

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| | | |
|---|---|---|
| **The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** | | |
| **Claim Language** | | **Momcozy S12** |
| **Claim 1** | | |
| 1.P | A breast pump device comprising: | The Momcozy S12 is a breast pump device. The Momcozy S12 is described as "9 Levels Wearable Electric Breast Pump - S12." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |
| 1.1 | a self-contained, in-bra wearable device comprising: <br><br> a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge; | The Momcozy S12 is a breast pump device that is configured as a self-contained device, as shown below. |

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12** |
|  | *[Image of Momcozy S12 device with label "Self-contained device" pointing to the top unit]* <br><br> The Momcozy S12 is an in-bra wearable device. |

2

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The Momcozy S12 is described as a "Wearable Breast Pump." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The Momcozy S12 can "[f]it for any standard nursing bra." (*Id.*) <br><br> The Momcozy S12 includes a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge. The Momcozy website indicates that the S12 product includes a "silicone diaphragm." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The diaphragm has an outer edge that seals on a lower side to a housing adjacent to the nipple tunnel, and seals on an upper side with a diaphragm housing. |

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | <br><br>When milk is expressed through the nipple tunnel, the diaphragm prevents milk from reaching the pump as illustratively shown below. |

4

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| |  |

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| 1.2 | a housing that includes: <br><br> a battery, and <br><br> the air pump powered by the battery and configured to generate negative air pressure by driving the diaphragm; | The Momcozy S12 includes a housing that includes a battery and an air pump powered by the battery and is configured to generate negative air pressure by driving the diaphragm. <br><br> The Momcozy S12 includes a housing, as shown below. <br><br> *[Image: Momcozy S12 pump housing with labels indicating "Housing," "Pump," and "Battery."]* <br><br> The Momcozy S12 pump housing includes a battery. For example, the Momcozy S12 user guide also states that "[t]his product has a built-in battery," and that they "recommend that you use a certified 5V⎓1A adapter to charge the Pump Motor." (Momcozy, S12 User Manual, p. 2.) The Momcozy website states that the Momcozy S12 is "[c]hargeable." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> On information and belief, the Momcozy S12 pump housing includes a power charging circuit for controlling the charging of the rechargeable battery and control electronics powered by the rechargeable battery because the Momcozy S12 is rechargeable and has buttons that change the operation of the pump. (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | The Momcozy website advertises that "[t]his [S12] hands-free pump can be placed in the nursing bra so that you can pump milk anytime and anywhere. The wearable breastfeeding pump gives you the freedom to multitask during milk pumping." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) The website also states that the S12 breast pump has "9 Adjustable **Suction** Levels." (*Id.*)<br><br>The Momcozy S12 pump drives the diaphragm to create negative air pressure.<br><br>The Momcozy S12 includes a diaphragm that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S12 product is advertised as having "9 adjustable suction levels and 2 modes." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm to create negative pressure in the nipple tunnel. |

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
|  | *[Image: Momcozy S12 breast pump device with annotations indicating "Diaphragm deformed towards housing" and "Diaphragm seated on a portion of the diaphragm holder"]* |

8

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. | |
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| 1.3 | a breast shield comprising a breast flange and a nipple tunnel extending from the breast flange, the nipple tunnel comprising a closed end and a milk port intermediate to the breast flange and the closed end, and the breast shield being separate from the diaphragm; and | The Momcozy S12 contains a breast shield comprised of a breast flange and a nipple tunnel extending from the breast flange.<br><br>[Image showing Momcozy S12 breast pump with labeled parts: Breast flange, Breast shield, Closed end, Milk port, Nipple tunnel]<br><br>(https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.)<br><br>The nipple tunnel comprises of a closed end and a milk port intermediate to the breast flange and the closed end. |

9

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
|  | *[Image of Momcozy S12 breast pump component with labels: "Breast flange", "Closed end", "Milk port"]*<br><br>The Momcozy S12 includes a breast shield that is separate from the diaphragm. |

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| | **Claim Language** | **Momcozy S12** |
| | | *[Image: exploded view of Momcozy S12 breast pump with labels: Diaphragm, Breast shield, Breast flange, Nipple tunnel]* |
| 1.4 | a milk container that is configured to attach to the housing and receive expressed milk via the milk port. | The Momcozy S12 includes a milk container that is configured to be attached to the housing.<br><br>The Momcozy website clarifies that the S12 product includes a "milk collector (180ml/6oz)." (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) |

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | *[Image: Momcozy S12 device with "Milk container" label and arrow pointing to the container]*<br>(https://www.youtube.com/watch?v=gQ0N_oNCJs0 at 0:24.) |

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
| | *[Image: Momcozy S12 breast pump with annotation "Milk container attached to housing" pointing to the connection between the white motor housing and the clear milk container.]* <br><br> (https://momcozy.com/products/9-levels-double-wearable-breast-pump-s12.) <br><br> The S12 user guide also illustrates the attachment of the housing to the milk container, as shown below. (Momcozy, S12 User Manual, p. 10.) |

**Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product**

| \ | The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S12** ||
| | ( Picture 1 )　　　　　　　　　　　　　　　　　　( Picture 2 )  The Momcozy S12 milk container receives milk through the milk port which, when fully assembled, is located inside the milk container. ||

14

# Exhibit 29 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Product

| The Momcozy S12 includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12** |
|  |  |