# Exhibit 30

# Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| **Claim 1** ||
| 1.P — A breast pump device comprising: | The Momcozy S12 Pro is a breast pump device. The Momcozy website states that the Momcozy S12 Pro is a "Wearable Breast Pump." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.) |
| 1.1 — a self-contained, in-bra wearable device comprising: a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge; | The Momcozy S12 Pro is a breast pump device that is configured as a self-contained device, as shown below. <br><br> [Image: Momcozy S12 Pro device with annotation "Self-contained device"] |

1

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | | |
|---|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** | | |
| **Claim Language** | | **Momcozy S12 Pro** |
| | | The Momcozy S12 Pro is an in-bra wearable device.<br><br>*[Image: woman sitting on yoga mat wearing the in-bra wearable device, labeled "In-bra wearable device"]*<br><br>(htttps://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The website states that "this bra-fit wearable breast pump allows for ultimate free pumping on the go for multitasking and body motion to exercise, which is a shortcut for moms to get the balance of nursing babies and regain normal lives." (*Id*.) Additionally, the Momcozy website discloses that "[Momcozy's] hands-free breast pump is designed to be worn with your standard nursing bra." (*Id*.)<br><br>The Momcozy S12 Pro includes a diaphragm configured to prevent milk from reaching an air pump by forming a seal around its outer edge. The Momcozy website clarifies that the S12 Pro product includes a "silicone diaphragm." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446) |

2

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** | |
| **Claim Language** | **Momcozy S12 Pro** |
| | The diaphragm has an outer edge that seals on a lower side to a housing adjacent to the nipple tunnel, and seals on an upper side with a diaphragm housing.<br><br>*[Annotated image of Momcozy S12 Pro showing: Diaphragm; Lower diaphragm seal formed around outer edge adjacent to nipple tunnel; Nipple tunnel for milk path; Upper diaphragm seal with diaphragm housing]*<br><br>When milk is expressed through the nipple tunnel, the diaphragm prevents milk from reaching the pump as illustratively shown in the Momcozy advertising material below. |

3

# Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product

| | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| **Claim Language** | **Momcozy S12 Pro** ||
| | *[Image: Momcozy S12 Pro diagram with labels: "Pump in housing", "Diaphragm configured to prevent milk from reaching the pump", "Milk path through nipple tunnel", and feature icons "Better fit", "Airtight", "All-around comfort"]* ||
| | Momcozy advertising material showing diaphragm preventing milk from reaching the pump housed in the housing. ||
| | When the pump is fully assembled, the diaphragm fits into the diaphragm holder, and the outer edge of the diaphragm creates a seal to prevent the milk from entering the air pump. ||

4

# Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product

|  | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. |
|---|---|---|
| | **Claim Language** | **Momcozy S12 Pro** |
| 1.2 | a housing that includes:<br><br>a battery, and<br><br>the air pump powered by the battery and configured to generate negative air pressure by driving the diaphragm; | The Momcozy S12 Pro includes a housing that includes a battery and an air pump.<br><br>[Diagram showing Momcozy S12 Pro components with label "Housing that includes a battery and an air pump" pointing to the Pump Motor, with additional components labeled: Diaphragm, Linker, Valve, Flange, Milk Collector]<br><br>Momcozy S12 Pro Quick guide, p. 2<br><br>The Momcozy S12 Pro housing includes a battery. For example, the Momcozy S12 Pro user guide states that "[w]hen charging, the battery indicator lights up one by one, displaying increasing battery percentage from 25%, 50%, 75%, to 100%." (Momcozy S12 Pro User Guide, p. 13.)<br><br>The Momcozy S12 Pro housing includes an air pump powered by the battery that generates negative air pressure. The Momcozy S12 Pro user guide also identifies that the housing has the "pump motor," stating that "[t[he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, pp. 3, 5, 7.) |

5

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| | Momcozy S12 Pro internal components. |

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

|  | **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | The Momcozy S12 Pro includes the diaphragm, which deforms in response to changes in air pressure caused by the air pump to create negative air pressure in the nipple tunnel.<br><br>The Momcozy S12 Pro User Guide also identifies that "[t]he breast pump has 9 suction levels to choose from." (Momcozy, S12 Pro User Manual, p. 5.) On information and belief, when the pump is operated in the housing, it creates a change in air pressure that deforms the diaphragm to create negative pressure in the nipple tunnel.<br><br>[Image of Momcozy S12 Pro with annotations: "Diaphragm deformed towards housing" and "Diaphragm seated on diaphragm holder"] |

7

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|---|
| **Claim Language** || **Momcozy S12 Pro** |
| 1.3 | a breast shield comprising a breast flange and a nipple tunnel extending from the breast flange, the nipple tunnel comprising a closed end and a milk port intermediate to the breast flange and the closed end, and the breast shield being separate from the diaphragm; and | The Momcozy S12 Pro includes a breast shield comprising of a breast flange and a nipple tunnel.<br><br>(https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump.)<br><br>The Momcozy website indicates that the S12 Pro product includes a "silicone flange (24 mm)." (https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446.)<br><br>The Momcozy S12 Pro's nipple tunnel contains a closed end and a milk port intermediate between the breast flange and the closed end. |

8

# Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | *[Annotated image of the Momcozy S12 Pro showing labels: Nipple tunnel, Breast flange, Closed end, Milk port intermediate to closed end and breast flange]* <br><br> The Momcozy S12 Pro contains a breast shield that is separate from the diaphragm. |

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

|  | The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | *[Image: Exploded view of Momcozy S12 Pro showing Breast shield and Diaphragm components]* |
| 1.4  a milk container that is configured to attach to the housing and receive expressed milk via the milk port. | The Momcozy S12 Pro includes a milk container that is configured to be attached to the housing and receive expressed milk via the milk port. |

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| | *[Image: Momcozy S12 Pro with annotation "Milk container attached to the housing"]* <br><br>The Momcozy S12 Pro Quick Guide and User Guide also illustrates removal and assembly of the housing to the milk container. (Momcozy, S12 Pro Quick guide, p. 1; *See also* Momcozy, S12 Pro User Manual, pp. 9, 13.) |

11

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. ||
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
| | 4. Assemble the pump and milk collector.<br><br>The Momcozy 12 Pro's milk container is configured to receive milk through the milk port. |

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent. | |
|---|---|
| **Claim Language** | **Momcozy S12 Pro** |
|  | *[Image: Newly Double-Sealed Flange – 360° Gentle Care For A Spa-Level Pumping Experience, with labels "Milk received via milk port", "Airtight", "Milk port", "All-around comfort", "Milk container"]*<br><br>Momcozy Advertising material on Amazon.com (https://www.amazon.com/Momcozy-Wearable-Breast-Double-Levels/dp/B09VPRJ2S8?ref_=ast_sto_dp)<br><br>Multiple user posts shown on the Momcozy website show breast milk received in the milk container as shown below. |

**Exhibit 30 – U.S. Patent No. 11,813,381 – Infringement Claim Chart for Momcozy 12 Pro Product**

| | |
|---|---|
| **The Momcozy S12 Pro includes, literally or under the doctrine of equivalents, every element of claim 1 of the '381 Patent.** ||
| **Claim Language** | **Momcozy S12 Pro** |
| | https://momcozy.com/products/momcozy-s12-pro-wearable-breast-pump?variant=42641714741446 |