The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., et al.,<br>Plaintiffs,<br>v.<br>CHIARO TECHNOLOGY LTD.,<br>Defendant. | No. 2:23-cv-00631-KKE<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL DEADLINES AND STRIKE TRIAL DATE** |
| CHIARO TECHNOLOGY LTD.,<br>Counterclaim Plaintiff,<br>v.<br>SHENZHEN ROOT TECHNOLOGY CO., LTD., et al.,<br>Counterclaim Defendants. | |

THIS MATTER comes before the Court on the Motion to Continue Pre-Trial Deadlines and Strike Trial Date filed by Plaintiffs/Counterclaim Defendants Shenzhen Root Technology Co., Ltd. (aka Shenzhen Lutejiacheng Network Technology Co., Ltd.), Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd, Shenzhen Jinruihang Technoogy Co, Ltd., and Shenzhen Xitao Network Technology Co., Ltd.

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL DEADLINES AND STRIKE TRIAL DATE
No. 2:23-cv-00631-KKE – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

(collectively, "Momcozy"). Having considered Momcozy's Motion, the Response filed by Defendant/Counterclaim Plaintiff Chiaro Technology Ltd. ("Elvie"), and the Reply filed by Momcozy, the Court GRANTS Momcozy's Motion as follows:

The Court STRIKES the trial date and all post-claim construction pre-trial deadlines. The Court SETS the following pre-claim construction deadlines:

| **Pre-Claim Construction Deadline** | **Proposed Modification** |
|---|---|
| JURY TRIAL DATE | To be set by the Court |
| Preliminary Infringement Contentions and Disclosure of Asserted Claims (LPR 120) | August 1, 2024 |
| Disclosure of Preliminary Non-Infringement and Invalidity Contentions (LPR 121) | September 5, 2024 |
| Exchange of Proposed Terms and Claim Elements for Construction (LPR 130(a)) | September 26, 2024 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (LPR 131(a), LPR 131(b)) | October 25, 2024 |
| Joint Claim Construction and Prehearing Statement (LPR 132) | December 11, 2024 |
| Opening Expert Disclosures for Claim Construction (LPR 132(f)) | December 11, 2024 |
| Rebuttal Expert Disclosures for Claim Construction | January 10, 2025 |
| Completion of Claim Construction Discovery | February 6, 2025 |
| Opening Claim Construction Briefs (LPR 134(a)) | February 13, 2025 |
| Responsive Claim Construction Briefs (LPR 134(c)) | February 28, 2025 |
| Claim Construction Hearing (LPR 135) | To be set by the Court |

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Following issuance of the Court's claim construction order, the Court will re-set the trial date and all other pre-trial deadlines.

DATED this ___ day of ______________________, 2024.

______________________________
Hon. Kymberly K. Evanson
United States District Judge

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jroller@aretelaw.com

**SHM LAW FIRM**

By: */s/ Qianwu Yang*
Qianwu Yang (admitted *pro hac vice*)
Xiaomin Cao (admitted *pro hac vice*)
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Phone: +86 139 2521 2009
Fax: +86 755 8326 6693
yang@shm.law
cao.xiaomin@shm.law

*Attorneys for Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd, and Shenzhen Jinruihang Technology Co., Ltd.*

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL DEADLINES AND STRIKE TRIAL DATE
No. 2:23-cv-00631-KKE – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon all attorneys of record using the automatic notification generated by the CM/ECF system.

Dated this 4th day of June, 2024, in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenberg
Legal Assistant

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE PRE-TRIAL DEADLINES AND STRIKE TRIAL DATE
No. 2:23-cv-00631-KKE – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250