# EXHIBIT A

# Jeremy Roller

| | |
|---|---|
| **From:** | YANG Qianwu <yang@shm.law> |
| **Sent:** | Tuesday, April 9, 2024 6:13 AM |
| **To:** | Josephine Kim |
| **Cc:** | SHM Momcozy; Alex Alfano; Jeremy Roller; Walters@lowegrahamjones.com; ELVIE-MOMCOZY-DJ; 23-631-Momcozy-Elvie |
| **Subject:** | Re: Proposed modification to the current case schedule |

Hi Josephine,

Good morning.
After taking all factors into consideration, the following are our proposed modifications to the current schedule. We look forward to amicably negotiating a resolution with Elvie.

| Events Up To Claim Construction | Current Schedule | Proposed Modification (in blue) |
|---|---|---|
| **JURY TRIAL DATE** | **September 2, 2025 at 01:30 pm** | To be set by the Court |
| Length of Trial | 10 days | 10 days |
| Preliminary infringement contentions and disclosure of asserted claims | June 10, 2024 | August 1, 2024 |
| Disclosure of preliminary non-infringement and invalidity contentions | July 1, 2024 | September 5, 2024 |
| Exchange of Proposed Terms and Claim Elements for Construction | n/a | September 26, 2024 |
| ~~Preliminary Claim Chart~~Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 9, 2024 | October 25, 2024 |
| Joint claim ~~chart~~ construction and Prehearing Statement | October 3, 2024 | December 11, 2024 |
| Opening expert disclosures for claim construction | July 29, 2024 | December 11, 2024 |
| Rebuttal expert disclosures for claim construction | August 23, 2024 | January 10, 2025 |
| Completion of claim construction discovery | | February 6, 2025 |
| Opening claim construction briefs | October 28, 2024 | February 13, 2025 |
| Responsive claim construction briefs | November 12, 2024 | February 28, 2025 |
| Claim construction hearing | December 16, 2024 | To be set by the Court |
| Claim construction order | | When issued by the Court |

Best regards,

Wu

1