# EXHIBIT B

# Jeremy Roller

| | |
|---|---|
| **From:** | Josephine Kim <JOSKIM@sternekessler.com> |
| **Sent:** | Thursday, April 11, 2024 10:55 AM |
| **To:** | YANG Qianwu; Jeremy Roller |
| **Cc:** | SHM Momcozy; Alex Alfano; Walters@lowegrahamjones.com; ELVIE-MOMCOZY-DJ; 23-631-Momcozy-Elvie |
| **Subject:** | RE: Proposed modification to the current case schedule |

Hi Wu and Jeremy,

Thank you for sending Momcozy's proposed schedule. In the interest of resolving this amicably, below is our counter-proposal. We feel this should be satisfactory because it: (1) increases the time between disclosure of contentions and trial; and (2) follows the spacing between events requested by Momcozy except where mandated by the Local Rules.

We are happy to discuss these changes during our call this evening/morning.

| Event | Source | Current Schedule | Momcozy's Proposed Schedule | Elvie's Proposed Schedule |
|---|---|---|---|---|
| Preliminary Infringement Contentions | Scheduling Order | June 10 | August 1 | May 13 |
| Preliminary Non-Infringement and Invalidity Contentions | Scheduling Order | July 1 | September 5 | June 17 |
| Exchange of Proposed Terms and Claim Elements for construction | Local Patent Rule 130 (within 20 days of contentions) | July 22 | September 26 | July 3 |
| ~~Preliminary Claim Chart~~ Exchange of Preliminary Claim Constructions and Extrinsic Evidence | Scheduling Order; Local Patent Rule 131 (within 30 days of disclosing proposed terms) | Sept. 9 | October 25 | August 2 |
| Expert Reports on Claim Construction | Scheduling Order | July 29 | December 11 | Sept 18 |
| Rebuttal Expert Reports on Claim Construction | Scheduling Order | Aug. 23 | January 10 | Oct 18 |
| Joint Claim Chart and Prehearing Statement | Scheduling Order; Local Patent Rule 132 requires (within 45 days of Preliminary Claim Constructions) | Oct. 3 | December 11 | Sept 16 |
| Completion of Claim Construction Discovery | Local Patent Rule 133 (within 50 days of Joint Claim Chart and Prehearing Statement) | N/A | February 6 | Nov 5 |

1

| | | | | |
|---|---|---|---|---|
| Opening Claim Construction Briefs | Scheduling Order; Local Patent Rule 134 (within 55 days of Joint Claim Chart and Prehearing Statement) | Oct. 28 | February 13 | Nov 8 |
| Responsive Claim Construction Briefs | Scheduling Order; Local Patent Rule 134 (within 15 days of opening claim construction brief) | Nov. 12 | February 28 | Nov. 22 |
| *Markman* Hearing | Scheduling Order | Dec. 16 | To be set by the Court | Dec. 16 |
| Expert Reports | Scheduling Order | Feb. 3 | | Feb. 3 |
| Rebuttal Expert Reports | Scheduling Order | Mar. 3 | | Mar. 3 |
| Deadline for Discovery Motions | Scheduling Order | Feb. 20 | | Feb. 20 |
| Close of Discovery | Scheduling Order | Mar. 24 | | Mar. 24 |
| Dispositive Motions + Motions Challenging Expert Testimony | Scheduling Order | Apr. 30 | | Apr. 30 |
| Settlement Conference | Scheduling Order | June 2 | | June 2 |
| Motions in Limine | Scheduling Order | Aug. 4 | | Aug. 4 |
| Joint Pretrial Order | Scheduling Order | Aug. 15 | | Aug. 15 |
| Pretrial Conference | Scheduling Order | Aug. 18 | | Aug. 18 |
| Trial Briefs, Voir Dire Questions, and Jury Instructions | Scheduling Order | Aug 26. | | Aug 26. |
| Trial | Scheduling Order | Sept. 2 | | Sept. 2 |

Regards,
Josephine

**Josephine Kim**
Director
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
**Email:** joskim@sternekessler.com
**Direct:** 202.772.8896

**From:** YANG Qianwu <yang@shm.law>
**Sent:** Tuesday, April 9, 2024 9:13 AM
**To:** Josephine Kim <JOSKIM@sternekessler.com>
**Cc:** SHM Momcozy <ShmMomcozy@shm.law>; Alex Alfano <aalfano@sternekessler.com>; Jeremy Roller <jroller@aretelaw.com>; Walters@lowegrahamjones.com; ELVIE-MOMCOZY-DJ <ELVIE-MOMCOZY-DJ@sternekessler.com>; 23-631-Momcozy-Elvie <23-631-momcozy-elvie@shm.law>
**Subject:** Re: Proposed modification to the current case schedule

**EXTERNAL EMAIL:** Use caution before clicking links or attachments.

Hi Josephine,

Good morning.
After taking all factors into consideration, the following are our proposed modifications to the current schedule. We look forward to amicably negotiating a resolution with Elvie.

| Events Up To Claim Construction | Current Schedule | Proposed Modification (in blue) |
|---|---|---|
| **JURY TRIAL DATE** | **September 2, 2025 at 01:30 pm** | To be set by the Court |
| Length of Trial | 10 days | 10 days |
| Preliminary infringement contentions and disclosure of asserted claims | June 10, 2024 | August 1, 2024 |
| Disclosure of preliminary non-infringement and invalidity contentions | July 1, 2024 | September 5, 2024 |
| Exchange of Proposed Terms and Claim Elements for Construction | n/a | September 26, 2024 |
| ~~Preliminary Claim Chart~~Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 9, 2024 | October 25, 2024 |
| Joint claim ~~chart~~ construction and Prehearing Statement | October 3, 2024 | December 11, 2024 |
| Opening expert disclosures for claim construction | July 29, 2024 | December 11, 2024 |
| Rebuttal expert disclosures for claim construction | August 23, 2024 | January 10, 2025 |
| Completion of claim construction discovery | | February 6, 2025 |
| Opening claim construction briefs | October 28, 2024 | February 13, 2025 |
| Responsive claim construction briefs | November 12, 2024 | February 28, 2025 |
| Claim construction hearing | December 16, 2024 | To be set by the Court |
| Claim construction order | | When issued by the Court |

Best regards,

Wu

3