# EXHIBIT C

## Jeremy Roller

| | |
|---|---|
| **From:** | Jeremy Roller |
| **Sent:** | Friday, May 10, 2024 7:22 PM |
| **To:** | shm; JOSKIM@sternekessler.com |
| **Cc:** | Alex Alfano; chen@shm.law; ELVIE-MOMCOZY-DJ; walters@lowegrahamjones.com; YANG Qianwu; shm |
| **Subject:** | Shenzhen Root Technology Co., Ltd., et al. v. Chiaro Technology Ltd. -- Case Scheduling |

Josephine,

We are writing to follow-up on the Court's Order Granting Motion to Amend Counterclaims and modifications to the case schedule necessitated by the amendment.  We've discussed in our opposition to the motion to amend and in conferences between counsel the reasons we believe some modifications to the case schedule are necessary.  I won't repeat those here, but rather go right to our proposal.

Wu sent a proposed modified schedule to you on April 9.  In one of our conferences after that date, I suggested that we might have some flexibility on those dates.  In hopes of resolving this by agreement, Momcozy proposes moving up the deadlines by a week from what we had proposed on April 9.  Revised proposed dates are set forth below (along with the current schedule).  As discussed in our prior conference, we suggest that the trial date be set after the Court issues its claim construction order, as Judge Evanson has done in the only other patent case in which she has issued a scheduling order that we could fine (at least as of a few weeks ago).

If Elvie agrees to these schedule modifications, Momcozy will authorize us to accept service of the summons and counterclaim on behalf of the new defendant, Shenzhen Xitao Network Technology Co. Ltd.  Additionally, subject to Elvie's agreement to these schedule modifications, Momcozy will stipulate to Elvie's further amendment of its counterclaims to add Root Technology Ltd. and Momcozy will consent to us accepting service of a summons and counterclaim on behalf of Root Technology.  We further suggest that the Momcozy entities (including the existing entities and the newly added Xitao party) be permitted 60 days from our agreement to answer the counterclaims.

Here is the revised proposed schedule:

| **Events Up To Claim Construction** | **Current Schedule** | **Proposed Modification (in blue)** |
|---|---|---|
| **JURY TRIAL DATE** | **September 2, 2025, at 01:30 pm** | To be set by the Court |
| Length of Trial | 10 days | 10 days |
| Preliminary infringement contentions and disclosure of asserted claims | June 10, 2024 | July 25, 2024 |
| Disclosure of preliminary non-infringement and invalidity contentions | July 1, 2024 | August 29, 2024 |
| Exchange of Proposed Terms and Claim Elements for Construction | n/a | September 19, 2024 |
| ~~Preliminary Claim Chart~~Exchange of Preliminary Claim Constructions and Extrinsic Evidence | September 9, 2024 | October 18, 2024 |
| Joint claim ~~chart~~ construction and Prehearing Statement | October 3, 2024 | December 4, 2024 |
| Opening expert disclosures for claim construction | July 29, 2024 | December 4, 2024 |
| Rebuttal expert disclosures for claim construction | August 23, 2024 | January 3, 2025 |
| Completion of claim construction discovery | | January 30, 2025 |
| Opening claim construction briefs | October 28, 2024 | February 6, 2025 |

| | | |
|---|---|---|
| Responsive claim construction briefs | November 12, 2024 | February 21, 2025 |
| Claim construction hearing | December 16, 2024 | To be set by the Court |
| Claim construction order | | When issued by the Court |

Please let us know if this is acceptable to Elvie.  If it is, we will prepare a stipulated motion and order for your review.  Thank you.

Jeremy

**Jeremy Roller**

ARETE LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE, WA 98101
(206) 428-3250

www.aretelaw.com | direct: (206) 428-3254