# EXHIBIT E

# Jeremy Roller

| | |
|---|---|
| **From:** | YANG Qianwu <yang@shm.law> |
| **Sent:** | Tuesday, May 14, 2024 4:02 PM |
| **To:** | Joseph H. Kim |
| **Cc:** | Jeremy Roller; chen@shm.law; SHM Momcozy; ELVIE-MOMCOZY-DJ; Walters |
| **Subject:** | Re: Shenzhen Root Technology Co., Ltd., et al. v. Chiaro Technology Ltd. // Service of Amended Complaint and Summons |

Hi Joseph,

Although we do not agree with your reasoning, we have decided to accept the service to Xitao to demonstrate our good faith as we negotiate the case schedule and the ESI agreement. We anticipate a similar gesture of good faith from your side.

Best regards,

Wu

YANG Qianwu（杨乾武 律师）
He/Him/His
Admitted in California & China
Founding Managing Partner
SHM Law Firm

M: +86 139 2521 2009 (WhatsApp) | T: +86 755 8326 6693

> On May 9, 2024, at 10:00, Joseph H. Kim <JOSEPHK@sternekessler.com> wrote:
>
> Counsel,
>
> Attached are Elvie's amended counterclaims and summons signed by the clerk of court. Please confirm that Momcozy will accept service on behalf of Shenzhen Xitao Network Technology Co., Ltd. (Xitao).
>
> Given Momcozy's relations with Xitao, Elvie sees no reason why Momcozy cannot accept service on behalf of Xitao. On January 19, 2024, Momcozy admitted that Xitao "is a post-importation distributor through Alibaba.com of the S12 Pro, S12, S9 Pro, S9, M1, and M5 products." The Court acknowledged this point in its Order granting Elvie's motion to amend, additionally noting that any issues with service "is largely in Momcozy's control to remedy if it allows its current counsel to accept service for Xitao." D.I. 113. *See also Rosas v. Sarbanand Farms, LLC*, 2018 WL 1994168, *1 (W.D. Wash. Apr. 27, 2018) (granting alternative service on defendant's attorney of a complaint naming a related party having a "close relationship" with the defendant).
>
> Subsequently, Momcozy served interrogatory responses connecting Momcozy to Xitao in the sales and distribution of Momcozy's accused products. *See* Momcozy's Supplemental Responses to Elvie's Second Set of Interrogatory No. 11 (Apr. 11, 2024); Momcozy's Supplemental Responses to Elvie's First and Second Set of Interrogatory Nos. 1–3 (Apr. 29, 2024) (stating that Xitao "is a connected company of

Shenzhen Root Technology Co., Ltd."). Therefore, Momcozy should have no issues with accepting service on behalf of Xitao at this time.

Additionally, please confirm that moving forward you will accept service for all Momcozy entities accused in this case including all currently-named counterclaim defendants other than Shenzhen Root E-Commerce Co., Ltd. (Root E-Commerce) and Shenzhen TPH Technology Co., Ltd. (TPH).

To the extent that Momcozy takes the position that Root E-Commerce and TPH are not Momcozy entities and thus will not accept service on behalf of those entities, please confirm that Momcozy agrees to stipulate to that effect, like you did for Shenzhen Jinruixing Technology Co. Ltd. *See* D.I. 99.

Regards,
Joe

<image001.png>

**Joseph H. Kim**
Associate
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
1101 K Street, NW, 10th Floor, Washington, DC 20005
<image002.png>
**Email:** josephk@sternekessler.com
**Direct:** 202.772.8718
**Administrative Assistant:** Renee Moore
**Main:** 202.371.2600   **Direct:** 202.772.8820

*Notice: The information in this electronic transmission (including any attachments) may contain confidential or legally privileged information and is intended solely for the individual(s) or entity(ies) named above. If you are not an intended recipient or an authorized agent, you are hereby notified that reading, distributing, or otherwise disseminating or copying, or taking any action based on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please immediately notify the sender by return email and then destroy all copies of the transmission.*

<2024 05 01 [114] Elvie's Amended Counterclaims.pdf>
<2024 05 01 [116] Summons Electronically Issued to Shenzhen Xitao.pdf>