THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant. | CASE NO. 2:23-cv-00631 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS (SHM LAW FIRM AND MERCHANT & GOULD P.C.)** |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LTD., SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD. and SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL
(Case No. 2:23-cv-00631 )

PAGE - 1

TO:     The Clerk of the Court
AND TO:  All Counsel of Record

Pursuant to Local Civil Rule 83.2(b)(3) of the U.S. District Court for the Western District of Washington, notice is hereby provided regarding the withdrawal of all counsel at SHM LAW FIRM and MERCHANT & GOULD P.C. from this action. SHM LAW FIRM and MERCHANT & GOULD P.C. represented all Plaintiffs and Counterclaim Defendants in this action. Counsel at the ARETE LAW GROUP PLLC and FISH & RICHARDSON P.C. remain as counsel of record for all Plaintiffs and Counterclaim Defendants. This notice is effective upon filing, and all further pleadings and papers (except original process in this matter) shall be served on the attorneys who remain as counsel of record for Plaintiffs and Counterclaim Defendants, as set forth below.

DATED: August 26, 2024.

Respectfully submitted,

**SHM LAW FIRM**
(Withdrawing Counsel)

*/s/ Qianwu Yang*
Qianwu Yang (*pro hac vice*)
Xiaomin Cao (*pro hac vice*)
**SHM LAW FIRM**
25 F, China Resources Tower,
2666 Keyuan South Rd., Nanshan
Shenzhen, China 518052
Tel.: +86 139 2521 2009
Fax: +86 755 8326 6693

yang@shm.law
cao.xiaomin@shm.law

*/s/ Joshua A Hartman*
Joshua A Hartman
Eric R Chad
**MERCHANT & GOULD (VA)**
1900 DUKE ST STE 600
ALEXANDRIA, VA 22314
703-684-2500
jhartman@merchantgould.com
echad@merchantgould.com


Remaining Counsel:

*/s/ Jeremy E Roller*
Jeremy E Roller
**ARETE LAW GROUP PLLC**
1218 THIRD AVE STE 2100
SEATTLE, WA 98101
206-428-3250
206-428-3251 (fax)
jroller@aretelaw.com

*/s/ Matthew Colvin*
Matthew Colvin
Kelly Del Dotto
Carl Bruce
**FISH & RICHARDSON P.C. (DALLAS)**
1717 MAIN ST STE 5000
DALLAS, TX 75201
214-747-5070
214-747-2091 (fax)
bruce@fr.com
colvin@fr.com
allenspach.del.dotto@fr.com

*Attorneys for Plaintiffs*

NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL
(Case No. 2:23-cv-00631 )

PAGE - 3

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on the following named person(s) on the date indicated below via email.

| Matthew Colvin<br>Kelly Del Dotto<br>Carl Bruce<br>FISH & RICHARDSON P.C. (DALLAS)<br>1717 MAIN ST STE 5000<br>DALLAS, TX 75201<br>214-747-5070<br>214-747-2091 (fax)<br>bruce@fr.com<br>colvin@fr.com<br>allenspach.del.dotto@fr.com | Jeremy E Roller<br>ARETE LAW GROUP PLLC<br>1218 THIRD AVE STE 2100<br>SEATTLE, WA 98101<br>206-428-3250<br>206-428-3251 (fax)<br>jroller@aretelaw.com |
|---|---|

DATED: August 26, 2024.

*/s/ Yi Yi*
Yi Yi

NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL
(Case No. 2:23-cv-00631 )

PAGE - 4