THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant. | CASE NO. 2:23-cv-00631 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |
| CHIARO TECHNOLOGY, LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LTD., SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD. and SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:23-cv-00631

1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

| | | |
|---|---|---|
| TO: | SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, and SHENZHEN CONGLIN E-COMMERCE CO., LTD., Plaintiffs, | |
| AND TO: | SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LTD., SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD. and SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD., Counterclaim Defendants, | |
| AND TO: | JEREMY E. ROLLER and ARETE LAW GROUP PLLC | |
| AND TO: | CARL BRUCE, KELLY DEL DOTTO, MATTHEW COLVIN, and FISH & RICHARDSON PC | |

YOU AND EACH OF YOU will please take notice that the undersigned attorney Richa Patel has withdrawn as attorney of record for Defendant and Counterclaim Plaintiff Chiaro Technology, Ltd. This Notice of Withdrawal is effective immediately.

Attorneys Alex Alfano, Alexander Covington, Christopher Coleman, Joseph Kim, Josephine Kim, Michael Webb, Nicholas J. Nowak, Nirav Desai, Paige Cloud, and Zachary L. Jacobs of Sterne Kessler, and Mark P. Walters and Mitchell D. West of Lowe Graham Jones, will remain as counsel for Defendant and Counterclaim Plaintiff Chiaro Technology, Ltd.

///

///

///

///

///

///

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:23-cv-00631

2

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Date: August 27, 2024

**LOWE GRAHAM JONES PLLC**

By  /s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819

By  /s/ Mitchell D. West
Mitchell D. West, WSBA No. 53103

1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301
walters@LoweGrahamJones.com
west@LoweGrahamJones.com

**STERNE KESSLER GOLDSTEIN & FOX PLLC**

By  /s/ Alex Alfano
Alex Alfano

By  /s/ Alexander Covington
Alexander Covington

By  /s/ Christopher Coleman
Christopher Coleman

By  /s/ Joseph Kim
Joseph Kim

By  /s/ Josephine Kim
Josephine Kim

By  /s/ Michael Webb
Michael Webb

By  /s/ Nicholas J. Nowak
Nicholas J. Nowak

By  /s/ Nirav Desai
Nirav Desai

By  /s/ Paige Cloud
Paige Cloud

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:23-cv-00631

3

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

By /s/ *Zachary L. Jacobs*
Zachary L. Jacobs

1101 K St. NW
10th Floor
Washington, DC 20005
T: 202.371.2600
F: 202.371.2540
rpatel@sternekessler.com
aalfano@sternkessler.com
acovington@sternekessler.com
ccoleman@sternekessler.com
josephk@sternekessler.com
joskim@sternekessler.com
mwebb@sternekessler.com
nnowak@sternekessler.com
ndesai@sternekessler.com
pcloud@sternekessler.com
zjacobs@sternekessler.com

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:23-cv-00631

4

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301