The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant. | No. 2:23-cv-00631-KKE <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> [CLERK'S ACTION REQUIRED] |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., et al., <br><br> Counterclaim Defendants. | |

NOTICE OF CHANGE OF ADDRESS
No. 2:23-cv-00631-KKE – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

TO:	THE CLERK OF THE COURT

AND TO:	ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that effective immediately, the law office of **ARETE LAW GROUP PLLC**, attorneys for Plaintiffs/Counterclaim Defendants Shenzhen Root Technology Co., Ltd. (aka Shenzhen Lutejiacheng Network Technology Co., Ltd.), Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd, Shenzhen Jinruihang Technology Co., Ltd., and Shenzhen Xitao Network Technology Co., Ltd., has re-located to the following new address.  All other contact information remains unchanged.

**ARETE LAW GROUP PLLC**
600 University Street, Suite 2420
Seattle, WA 98101

DATED:  September 19, 2024.

**ARETE LAW GROUP PLLC**

By: */s/ Jeremy Roller*
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

*Attorneys for Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd., Shenzhen Jinruihang Technology Co., Ltd., and Shenzhen Xitao Network Technology Co., Ltd.*

NOTICE OF CHANGE OF ADDRESS
No. 2:23-cv-00631-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon all attorneys of record using the automatic notification generated by the CM/ECF system.

Dated this 19th day of September, 2024, in Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal

NOTICE OF CHANGE OF ADDRESS
No. 2:23-cv-00631-KKE – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250