The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant. | Case No. 2:23-cv-00631-KKE <br><br> **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Pursuant to Local Patent Rule 132 and the Court's Order (Dkt. 124), Plaintiffs and Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin e-Commerce Co., Ltd., Shenzhen Root E-Commerce Co., Ltd., Shenzhen Lutejiacheng Network Technology Co., Ltd., and Shenzhen Jinruihang Technology Co., Ltd. (collectively, "Momcozy") and Defendant and Counterclaim Plaintiff Chiaro Technology Ltd. ("Elvie") jointly submit this Joint Claim Construction and Prehearing Statement.

**1.      Agreed Claim Terms**

The parties met and conferred on December 9, 2024, but have not reached an agreement on construction for any claim terms.

**2.      Disputed Claim Terms**

Attached as Exhibit A1 and A2 are the Claim Charts setting forth the parties' proposed constructions for the disputed terms, along with the parties' citations to intrinsic and extrinsic evidence. With respect to intrinsic support, the parties have identified those citations and excerpts that they believe to be most relevant to the proposed constructions. However, each party reserves the right to rely upon the intrinsic and extrinsic evidence identified by the other party to support or rebut any proposed constructions, and the parties may rely upon additional portions of the intrinsic evidence on rebuttal.

   **a.      Ten Most Important Claim Terms for Construction**

| Claim Term | Patent(s), claim(s) | Momcozy's Proposed Construction | Elvie's Proposed Construction |
|---|---|---|---|
| "in-bra wearable device" | '893 Patent, claim 1<br>'380 Patent, claims 1, 26, 29, 44<br>'381 Patent, claim 1 | "device that is entirely contained within bra when worn" | Plain and ordinary meaning |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. 2:23-cv-00631-KKE

1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

| Claim Term | Patent(s), claim(s) | Momcozy's Proposed Construction | Elvie's Proposed Construction |
|---|---|---|---|
| "a pump / the pump / an air pump / the air pump" | '893 Patent, claims 1-3<br>'380 Patent, claims 1, 5, 6, 9-11, 26, 29, 44<br>'381 Patent, claims 1, 11, 26, 29 | "Piezo air pump" | Plain and ordinary meaning |
| "external surface of the housing" | '893 Patent, claim 1<br>'380 Patent, claim 29 | "surface of the pump housing that is exposed to its outside environment" | Plain and ordinary meaning |
| "attached / attach / attachable / attaches" | '893 Patent, claims 1, 17, 20<br>'380 Patent, claims 1, 9, 11, 15, 21, 29, 37<br>'381 Patent, claims 1, 14, 17 | "directly connected to / directly connect to" | Plain and ordinary meaning |
| "milk container" | '893 Patent, claims 1, 13, 16-21, 23, 26<br>'380 Patent, claims 1, 6, 8-12, 26-29, 33, 35-38, 43-46<br>'381 Patent, claims 1, 9, 13-18, 20, 21, 24 | "container collecting milk that is separate from the breast shield" | Plain and ordinary meaning |
| "close to a base of the housing" | '893 Patent, claim 3 | Indefinite | Plain and ordinary meaning |
| "substantially rigid" | '893 Patent, claims 6, 16<br>'380 Patent, claims 8, 35<br>'381 Patent, claim 13 | Indefinite | Plain and ordinary meaning |
| "configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the | '893 Patent, claim 7<br>'380 Patent, claims 2, 30<br>'381 Patent, claim 2 | Indefinite | Plain and ordinary meaning |



| Claim Term | Patent(s), claim(s) | Momcozy's Proposed Construction | Elvie's Proposed Construction |
|---|---|---|---|
| breast shield onto a breast" | | | |
| "the housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members" | '893 Patent, claim 12 '381 Patent, claim 8 | "when the breast shield has been placed onto a breast, the housing is able to slide onto the breast shield using guide members" | Plain and ordinary meaning |
| "fixed to" | '380 Patent, claim 1 | "unremovably connected to during normal operation, use, and maintenance" | Plain and ordinary meaning |

### b.  Other Disputed Claim Terms

The parties have not identified additional terms for construction.

### 3.  Proposed Order of Presentation at Hearing

The parties believe that it will be most effective to start the *Markman* hearing with the oral arguments for the disputed claim terms on a term-by-term basis based on the order of the terms listed in Section 2 above, with Momcozy presenting first for each disputed term. Each side should be allotted the same amount of total time, including live testimony (if any) and oral argument.

### 4.  Live Testimony

The parties believe that the most efficient way to present expert testimony in support of the parties' claim construction positions is through expert declarations and citations to the experts' deposition testimony. Thus, the parties consider it unnecessary and inefficient to call the parties' experts live at the *Markman* hearing.

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. 2:23-cv-00631-KKE

3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**5.    Tutorial**

Momcozy believes that a tutorial on the subject matter is not necessary given the straightforwardness of the challenged technology. Should the Court request a technology tutorial, Momcozy will be happy to provide one of similar length as Elvie's proposed tutorial.

Elvie believes that a tutorial on the subject matter of the technology would be informative and requests twenty (20) minutes to present the technology tutorial to the Court.

**6.    Independent Expert**

The parties do not believe it is necessary for the Court to appoint its own independent expert.

**7.    Prehearing Conference**

The parties do not believe it is necessary to have a prehearing conference, pursuant to Patent L.R. 132(g), prior to the *Markman* hearing.

**8.    Copies of Patents and Prosecution Histories**

Copies of the patents-in-suit and their prosecution histories are attached to this Joint Claim Construction and Prehearing Statement as Exhibits B-G:

| Patents-in-Suit | Copy of the Patent | Prosecution History |
|---|---|---|
| 11,357,893 | Ex. B | Ex. E |
| 11,413,380 | Ex. C | Ex. F |
| 11,813,381 | Ex. D | Ex. G |

To the extent that the file histories for any parents and related patents and patent applications have been included in the disclosure of intrinsic evidence, those file histories are attached to this Joint Claim Construction and Prehearing Statement as Exhibits E-G:

| Related Patent/Application | Prosecution History |
|---|---|
| 11,357,893 | Ex. E |
| 11,413,380 | Ex. F |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. 2:23-cv-00631-KKE

4


ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

| Related Patent/Application | Prosecution History |
|---|---|
| 11,813,381 | Ex. G |
| Appl. No. 17/181,057 (parent to '380 Patent) | Ex. H |
| Appl. No. 16/009,547 (grandparent to '380 Patent) | Ex. I |

Dated: December 11, 2024

ARÊTE LAW GROUP PLLC

By: /s/ Matthew A. Colvin

Jeremy E. Roller (WSBA 32021)
jroller@aretelaw.com
ARÊTE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250 | Fax: (206) 428-3251

Carl E. Bruce (*pro hac vice*)
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

Kelly Del Dotto (*pro hac vice*)
allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 | (302) 652-0607

Attorney for Plaintiffs and Counterclaim-Defendants, SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. 2:23-cv-00631-KKE — 5

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Dated: December 11, 2024                    LOWE GRAHAM JONES PLLC

By:  */s/ Nirav N. Desai*
　　　Mark P. Walters (WSBA 30819)
　　　walters@lowegrahamjones.com
　　　LOWE GRAHAM JONES PLLC
　　　1325 Fourth Avenue, Suite 1130
　　　Seattle, WA 98101
　　　Tel: (206) 381-3300 | Fax: (206) 381-3301

　　　Nirav N. Desai (*pro hac vice*)
　　　Josephine Kim (*pro hac vice*)
　　　Alexander Covington (*pro hac vice*)
　　　Alex Alfano (*pro hac vice*)
　　　Joseph Kim (*pro hac vice*)
　　　Paige Cloud (*pro hac vice*)
　　　Michael Webb (*pro hac vice*)
　　　Zachary L. Jacobs (*pro hac vice*)
　　　Christopher Coleman (*pro hac vice*)
　　　STERNE, KESSLER,
　　　　GOLDSTEIN & FOX PLLC
　　　1101 K Street NW, 10th Floor
　　　Washington, DC 20005
　　　Tel: (202) 371-2600 | Fax: (202) 371-2540

　　　Attorney for Defendant and Counterclaim-Plaintiff, CHIARO TECHNOLOGY LTD.

### CERTIFICATION OF ELECTRONIC SIGNATURE

　　　Pursuant to L.R. 11(a)(6)(B), I, Matthew A. Colvin, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　　*/s/ Matthew A. Colvin*
　　　　　　　　　　　　　　　　　　Matthew A. Colvin

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. 2:23-cv-00631-KKE　　　　　　6

