# EXHIBIT A2

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claim 1 | "in-bra wearable device" | Plain and ordinary meaning | '893 Patent at Abstract, 1:20-23, 1:57-62, 2:7-16, 3:66-4:4, 5:48-50, 5:66-6:1, 7:1-8, 7:25-29, 8:38-43, 25:33-35, 31:7-11, 35:62-64, 37:46-47, 37:63-65, 39:1-3, 39:52-60, 40:43-49, 41:43-47, 42:1-3, 42:40-41, 42:59-64, 43:65-67, 45:19-21, 46:20-22, 47:62-66, 48:13-15, 48:57-64, 50:1-2, 50:55-56, 51:42-43, 52:34-35, 53:25-26, 54:35-36, 55:26-27, 58:13-14, 59:44-45, 60:46-47, 60:64-65, 61:5-12, 62:52-62, 63:41-46, Figures 1-8 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions. <br><br> Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claims 1-3, 27 | "a pump" / "the pump" | Plain and ordinary meaning | '893 Patent at 5:57-59, 6:45-50, 9:44-47, 10:35-56, 13:46-14:20, 14:54-16:18, 17:34-39, 18:6-11, 71:51-52, Figures 7, 8, 10, 11, 13 and corresponding text.<br><br>'893 Patent File History at<br>- Non-final Office Action mailed June 24, 2021, pp. 7-10, 14.<br>- Non-final Office Action response filed September 24, 2021, pp. 6, 11.<br>- Final Office Action mailed November 4, 2021, pp. 4-5. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claim 1 | "external surface of the housing" | Plain and ordinary meaning | '893 Patent at 10:35-11:47, 14:46-60, Figures 1-6 and corresponding text.<br><br>'893 Patent file history at:<br>- Final Office Action mailed November 4, 2021, p. 16. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claims 1, 17, 20 | "attached" / "attach" / "attachable" / "attaches" | Plain and ordinary meaning | '893 Patent at 5:48-57, 6:2-14, 6:25-28, 7:5-8, 8:43-49, 8:65-9:4, 9:63-67, 12:51-62, 14:46-53, 19:10-14, 26:26-36, 35:3-6, 37:35-52, 38:55-63, 39:52-67, 40:25-29, 40:43-54, 41:31-33, 43:46-47, 48:52-53, 54:53-55, 62:1-19, 64:9-11, 67:53, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claims 1, 13, 16-23, 26-27 | "milk container" | Plain and ordinary meaning | '893 Patent at 5:50-57, 6:25-32, 6:49-55, 7:1-2, 8:38-41, 11:49-12:2, 12:12-13:17, 56:45-51, 58:1-2, 61:14-64-14, Figures 1-12, 27, 28, 30, 31 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claim 3 | "close to a base of the housing" | Plain and ordinary meaning | '893 Patent at 42:1-26, 53:49-50, 54:37-38, 55:51-52, 56:27-28, 57:17-18, 58:21-22, 59:51-52, 62:66-67, 67:11-26, Figures 7, 8, 10, 11, 12 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claims 6, 16 | "substantially rigid" | Plain and ordinary meaning | '893 Patent at 5:50-57, 11:49-64, 35:48-50, 36:46-54, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.

Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claim 7 | "configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast" | Plain and ordinary meaning | '893 Patent at 18:45-19:16, 37:1-12, Figure 2, 4, 6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.

Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '893 patent, claim 12 | "the housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members" | Plain and ordinary meaning | '893 Patent at 10:5-26, 37:11-20, 40:43-54, 64:44-48, Figures 3-6 and corresponding text.<br><br>'893 Patent file history at - Non-final Office Action mailed June 24, 2021, p. 19. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 1, 26, 29, 44 | "in-bra wearable device" | Plain and ordinary meaning | '380 Patent at Abstract, 1:20-23, 2:5-14, 3:57-62, 5:38-40, 5:56-58, 6:57-64, 7:15-19, 8:29-34, 30:58-62, 35:45-47, 37:33-34, 37:50-52, 38:54-56, 39:39-47, 40:31-38, 41:31-35, 41:56-57, 42:28-29, 42:47-52, 43:54-55, 45:5-6, 46:6-7, 47:48-52, 47:66-67, 48:43-47, 49:55-56, 50:39-40, 51:25-26, 52:18-19, 53:8-9, 54:19-20, 55:11-12, 57:64-65, 59:28-29, 60:28-29, 60:46-47, 60:51-61, 62:35-37, 63:23-25, Figures 1-8 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claim 1 | "fixed to" | Plain and ordinary meaning | '380 Patent at 10:25-11:39, 13:47-49, 14:37-51, Figures 1-6 and corresponding text.<br><br>'380 Patent File History at<br>- Non-final Office Action Response filed September 21, 2021, p. 8.<br>- Examiner Interview Summary mailed September 28, 2021, p. 1.<br>- Final Office Action mailed November 23, 2021, pp. 3-4. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

11

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 1, 9, 11, 15, 21, 29, 37 | "attached" / "attach" / "attachable" / "attaches" | Plain and ordinary meaning | '380 Patent at 5:47-55, 5:59-6:4, 6:14-17, 6:61-64, 8:34-37, 8:56-62, 9:54-58, 12:42-53, 14:37-44, 18:67-19:4, 26:16-26, 34:54-57, 37:22-38, 38:41-49, 39:39-54, 40:12-16, 40:30-41, 41:19-21, 43:34-35, 48:38-39, 54:53-55, 61:49-66, 63:55-57, 67:27, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 1, 5, 6, 9-11, 26, 29, 44 | "a pump" / "the pump" | Plain and ordinary meaning | '380 Patent at 5:47-49, 6:35-40, 9:35-38, 10:25-47, 13:37-14:11, 14:45-16:9, 17:24-29, 17:61-18:1, Figures 7, 8, 10, 11, 13 and corresponding text.<br><br>'380 Patent file history at<br>- Non-final Office Action mailed June 11, 2021, pp. 8-10, 21.<br>- Non-final Office Action response filed September 13, 2021, pp. 9, 10. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 1, 6, 8-12, 26-29, 33, 35-38, 43-46 | "milk container" | Plain and ordinary meaning | '380 Patent at 5:40-47, 6:14-21, 6:40-44, 6:57-58, 8:29-40, 11:40-60, 12:3-13:8, 56:29-35, 57:45-53, 61:33-64-7, Figures 1-12, 27, 28, 30, 31 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.

Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claim 29 | "external surface of the housing" | Plain and ordinary meaning | '380 Patent at 10:25-11:39, 14:37-51, Figures 4, 6 and corresponding text.<br><br>'380 Patent file history at<br>- Examiner Interview Summary mailed September 28, 2021, p. 1.<br>- Final Office Action mailed November 23, 2021, p. 5. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 2, 30 | "configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast" | Plain and ordinary meaning | '380 Patent at 18:35-19:6, 36:52-61, Figure 2, 4, 6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**

**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '380 patent, claims 8, 35 | "substantially rigid" | Plain and ordinary meaning | '380 Patent at 5:40-47, 11:40-55, 35:31-33, 36:30-38, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claim 1 | "in-bra wearable device" | Plain and ordinary meaning | '381 Patent at Abstract, 1:20-23, 2:7-16, 3:66-4:4, 5:48-50, 5:66-6:1, 7:1-8, 7:25-29, 8:38-43, 25:33-35, 31:7-11, 35:62-64, 37:46-47, 37:65-67, 39:3-5, 39:55-63, 40:47-53, 41:45-50, 42:1-3, 42:43-44, 42:62-67, 44:2-3, 45:23-24, 46:23-24, 48:1-5, 48:17-18, 48:63-67, 50:3-4, 50:58-59, 51:46-47, 52:38-39, 53:28-29, 54:39-40, 55:31-32, 58:21-22, 59:52-53, 60:54-55, 61:6-7, 61:15-22, 62:65-63:5, 63:54-56, Figures 1-8 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

18

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claims 1, 11, 26, 29 | "an air pump" / "the air pump" | Plain and ordinary meaning | '381 Patent at 5:57-59, 6:44-49, 9:44-47, 10:35-56, 13:46-14:20, 14:54-16:17, 17:34-39, 18:6-11, 71:45-60, 73:19-20, Figures 7, 8, 10, 11, 13 and corresponding text.<br><br>'381 Patent file history at<br>- Non-final Office Action response filed September 24, 2021, p. 6<br>- Final Office Action mailed November 23, 2021, pp. 4, 7, 11, 12<br>- Final Office Action response filed May 20, 2022, pp. 8-10.<br>- Non-final Office Action mailed July 12, 2022, pp. 4-6, 15, 16. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claims 1, 14, 17 | "attached" / "attach" / "attachable" / "attaches" | Plain and ordinary meaning | '381 Patent at 5:48-57, 6:2-14, 6:25-28, 7:5-8, 8:43-49, 8:65-9:4, 9:63-67, 12:51-62, 14:46-53, 19:10-16, 26:27-37, 35:3-6, 37:37-57, 38:57-65, 39:55-40:3, 40:29-33, 40:47-58, 41:34-42, 43:49-50, 48:55-56, 54:57-59, 62:11-29, 64:20-22, 67:60, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claims 1, 9, 13-18, 20, 21, 24 | "milk container" | Plain and ordinary meaning | '381 Patent at 5:50-57, 6:25-32, 6:49-55, 7:1-2, 8:38-41, 11:49-12:2, 12:12-13:17, 56:51-57, 58:1-9, 61:24-64:24, Figures 1-12, 27, 28, 30, 31 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claim 2 | "configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast" | Plain and ordinary meaning | '381 Patent at 18:45-19:16, 37:1-12, Figure 2, 4, 6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claim 8 | "the housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members" | Plain and ordinary meaning | '381 Patent at 10:5-26, 37:11-21, 40:47-58, 64:56-67, Figures 3-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |

**EXHIBIT A2**
**Elvie's Proposed Constructions and Identification of Evidence**

| Asserted Claims | Claim Term | Preliminary Construction | Elvie's Identification of Intrinsic Evidence | Elvie's Identification of Extrinsic Evidence |
|---|---|---|---|---|
| '381 patent, claim 13 | "substantially rigid" | Plain and ordinary meaning | '381 Patent at 5:50-57, 11:49-64, 35:48-50, 36:46-54, Figures 1-6 and corresponding text. | Elvie may provide testimony of one or more experts, including that of Mr. Timothy Fletcher that will explain the technology that underlies Elvie's inventions; the relevant state of the art; the level of ordinary skill in the art; how the patents, claims, and intrinsic or extrinsic evidence would have been understood by one of ordinary skill in the art as of the priority date of the patents; the inventions claimed in the Asserted Patents, including the scope thereof; and the meaning of the disputed claim terms, phrases, and clauses to one of ordinary skill in the art, or any other opinions or testimony useful to the Court in conducting the requisite claim construction. Mr. Fletcher and/or another expert may also rebut any extrinsic evidence offered by Momcozy, including any expert opinions.<br><br>Elvie further reserves the right to rely on any extrinsic evidence produced by Momcozy. |