# EXHIBIT F

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 17203327          Document Date: 03/16/2021

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via DAV or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  March 1, 2019

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: `78905`

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

OR

| Firm or Individual Name |  |  |  |  |  |
|---|---|---|---|---|---|
| Address |  |  |  |  |  |
| City |  | State |  | Zip |  |
| Country |  |  |  |  |  |
| Telephone |  | Email |  |  |  |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

# CHIARO TECHNOLOGY LIMITED

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *signature* | Date (Optional) | 18 JULY 2018 |
|---|---|---|---|
| Name | ANDREA ZITNA |  |  |
| Title | CHIEF REVENUE OFFICER |  |  |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] Total of  1  forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PATENT                                                    Docket No. 373499.00059

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

INVENTORS:        **Jonathan O'TOOLE et al.**         Confirmation No.
APPLICATION NO.   **TBD**
FILED:            **Herewith**                          Examiner:
CASE NO.          **373499.00059**                      Group Art Unit:
TITLE:            **BREAST PUMP SYSTEM**

## FILED ELECTRONICALLY ON March 16, 2021

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**SUBMISSION OF INFORMATION DISCLOSURE
STATEMENT UNDER 37 CFR §§1.97 AND 1.98**

Sir:

Submitted herewith for the above-identified application is an Information Disclosure Statement under 37 CFR §§1.97 and 1.98.  Pursuant to 37 CFR §1.98(d)(1), Applicant has not provided copies of the foreign patent and non-patent literature cited in the accompanying Information Disclosure Statement ("IDS"), since copies of these publications were submitted in IDS's filed on June 15, 2018; December 7, 2018; or November 3, 2020, in grandparent Application No. 16/009,547, of which the parent of the present application is a continuation.

The Examiner is requested to initial a copy of the enclosed Form PTO-1449 and return a copy to applicant.

Respectfully submitted

March 16, 2021            /Mark D. Simpson/
Date                     Mark D. Simpson, Esquire
                         Registration No. 32,942

SAUL EWING ARNSTEIN & LEHR LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102-2189
Telephone:  215 972 7880
Email:  Mark.Simpson@saul.com

38230441.1

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| U.S.PATENTS | | | | | Remove |
|---|---|---|---|---|---|

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 2849881 | A | 1958-09-02 | ANDERSON | |
| | 2 | 4390024 | A | 1983-06-28 | WILLIAMS | |
| | 3 | 4535627 | A | 1985-08-20 | PROST, et al. | |
| | 4 | 5474683 | A | 1995-12-12 | BRYANT, et al. | |
| | 5 | 5941847 | A | 1999-08-24 | HUBER, et al. | |
| | 6 | 5973770 | A | 1999-10-26 | CARTER, et al. | |
| | 7 | 6045529 | A | 2000-04-04 | NUEESCH | |
| | 8 | 6090065 | A | 2000-07-18 | GILES | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9 | 6227936 | B1 | 2001-05-08 | MENDOZA | |
| | 10 | 6328709 | B1 | 2001-12-11 | HUNG, et al. | |
| | 11 | 6358226 | B1 | 2002-03-19 | RYAN | |
| | 12 | 6383163 | B1 | 2002-05-07 | KELLY, et al. | |
| | 13 | 6440100 | B1 | 2002-08-27 | PRENTISS | |
| | 14 | 6461324 | B1 | 2002-10-08 | SCHLENSOG | |
| | 15 | 6547756 | B1 | 2003-04-15 | GRETER, et al. | |
| | 16 | 6579258 | B1 | 2003-06-17 | ATKIN, et al. | |
| | 17 | 6663587 | B2 | 2003-12-16 | SILVER, et al. | |
| | 18 | 6749582 | B2 | 2004-06-15 | BRITTO, et al. | |
| | 19 | 7048519 | B2 | 2006-05-23 | FONG, et al. | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
| --- | --- |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 20 | 7201735 | B2 | 2007-04-10 | ATKIN, et al. | |
| | 21 | D548831 | S | 2007-08-14 | CHARLEZ | |
| | 22 | 7312554 | B2 | 2007-12-25 | VOGELEY | |
| | 23 | 7314400 | B2 | 2008-01-01 | FILDAN, et al. | |
| | 24 | 7662018 | B1 | 2010-02-16 | THOMPSON | |
| | 25 | 7776008 | B2 | 2010-08-17 | RENZ, et al. | |
| | 26 | 8057425 | B1 | 2011-11-15 | MYERS, et al. | |
| | 27 | 8118772 | B2 | 2012-02-21 | DAO, et al. | |
| | 28 | 8187227 | B2 | 2012-05-29 | LUZBETAK, et al. | |
| | 29 | 8262606 | B2 | 2012-09-11 | GRETER, et al. | |
| | 30 | 8282596 | B2 | 2012-10-09 | GRETER, et al. | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | 373499.00059 |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | 8376986 | B2 | 2013-02-19 | VAN, et al. |
| | 32 | 8702646 | B2 | 2014-04-22 | GARBEZ, et al. |
| | 33 | 8801495 | B1 | 2014-08-12 | GUINDON |
| | 34 | 8876760 | B2 | 2014-11-04 | BOSMAN, et al. |
| | 35 | 8926556 | B2 | 2015-01-06 | VAN EIJKELENBORG, et al. |
| | 36 | 9033913 | B2 | 2015-05-19 | KHALIL, et al. |
| | 37 | 9173587 | B2 | 2015-11-03 | VAN SCHIJNDEL, et al. |
| | 38 | 9345274 | B1 | 2016-05-24 | PRILL |
| | 39 | 9539377 | B2 | 2017-01-10 | MAKOWER, et al. |
| | 40 | 10039871 | B2 | 2018-08-07 | POLLEN, et al. |

| | |
|---|---|
| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
| **U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number |
| | Filing Date |
| | First Named Inventor | Jonathan O'Toole |
| | Art Unit |
| | Examiner Name |
| | Attorney Docket Number | 373499.00059 |

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020193731 | A1 | 2002-12-19 | MYERS, et al. | |
| | 2 | 20040056641 | A1 | 2004-03-25 | MYERS, et al. | |
| | 3 | 20040074281 | A1 | 2004-04-22 | LOBDELL, et al. | |
| | 4 | 20040267215 | A1 | 2004-12-30 | CHARLEZ, et al. | |
| | 5 | 20050219302 | A1 | 2005-10-06 | VOGELEY, et al. | |
| | 6 | 20060122575 | A1 | 2006-06-08 | WAKABAYASHI | |
| | 7 | 20070051172 | A1 | 2007-03-08 | PERINET, et al. | |
| | 8 | 20070051727 | A1 | 2007-03-08 | HOLLEY | |
| | 9 | 20080177224 | A1 | 2008-07-24 | KELLY, et al. | |
| | 10 | 20080262420 | A1 | 2008-10-23 | DAO, et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | 11 | 20080275386 | A1 | 2008-11-06 | MYERS | |
|---|---|---|---|---|---|---|
| | 12 | 20110004154 | A1 | 2011-01-06 | VAN, et al. | |
| | 13 | 20110196291 | A1 | 2011-08-11 | VISCHER, et al. | |
| | 14 | 20110274566 | A1 | 2011-11-10 | AMIROUCHE, et al. | |
| | 15 | 20120277636 | A1 | 2012-11-01 | BLONDHEIM, et al. | |
| | 16 | 20130023821 | A1 | 2013-01-24 | KHALIL, et al. | |
| | 17 | 20140031744 | A1 | 2014-01-30 | CHEN | |
| | 18 | 20140052056 | A1 | 2014-02-20 | GARBEZ, et al. | |
| | 19 | 20140275857 | A1 | 2014-09-18 | TOTH, et al. | |
| | 20 | 20140323962 | A1 | 2014-10-30 | KOOIJKER, et al. | |
| | 21 | 20140378895 | A1 | 2014-12-25 | BARACK | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | 22 | 20150217036 | A1 | 2015-08-06 | POLLEN, et al. | |
|---|---|---|---|---|---|---|
| | 23 | 20150217037 | A1 | 2015-08-06 | POLLEN, et al. | |
| | 24 | 20150283311 | A1 | 2015-10-08 | ALVAREZ, et al. | |
| | 25 | 20160000980 | A1 | 2016-01-07 | ALVAREZ, et al. | |
| | 26 | 20160058928 | A1 | 2016-03-03 | NOWROOZI, et al. | |
| | 27 | 20160058929 | A1 | 2016-03-03 | MEDVEDEV, et al. | |
| | 28 | 20160082165 | A1 | 2016-03-24 | ALVAREZ, et al. | |
| | 29 | 20160082166 | A1 | 2016-03-24 | GUTHRIE, et al. | |
| | 30 | 20160151551 | A1 | 2016-06-02 | FELBER | |
| | 31 | 20160158424 | A1 | 2016-06-09 | CHEN, et al. | |
| | 32 | 20160166745 | A1 | 2016-06-16 | AALDERS | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | |
| Filing Date | | |
| First Named Inventor | Jonathan O'Toole | |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | 373499.00059 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 33 | 20160206794 | A1 | 2016-07-21 | MAKOWER, et al. | |
| | 34 | 20160220743 | A1 | 2016-08-04 | GUTHRIE, et al. | |
| | 35 | 20160220745 | A1 | 2016-08-04 | GUTHRIE, et al. | |
| | 36 | 20160256617 | A1 | 2016-09-08 | HANSEN | |
| | 37 | 20160271305 | A1 | 2016-09-22 | KURIHARA, et al. | |
| | 38 | 20160287767 | A1 | 2016-10-06 | SIMMONS, et al. | |
| | 39 | 20160296681 | A1 | 2016-10-13 | GASKIN, et al. | |
| | 40 | 20160310650 | A1 | 2016-10-27 | MAKOWER, et al. | |
| | 41 | 20170021068 | A1 | 2017-01-26 | GASKIN, et al. | |
| | 42 | 20170035951 | A1 | 2017-02-09 | TANAKA | |
| | 43 | 20170043065 | A1 | 2017-02-16 | TAKEUCHI | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | |
|---|---|---|
| | Filing Date | |
| | First Named Inventor | Jonathan O'Toole |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 373499.00059 |

| | 44 | 20170072117 | A1 | 2017-03-16 | KURIHARA, et al. | |
|---|---|---|---|---|---|---|
| | 45 | 20170072118 | A1 | 2017-03-16 | MAKOWER, et al. | |
| | 46 | 20170095599 | A1 | 2017-04-06 | KONDO, et al. | |
| | 47 | 20170143879 | A1 | 2017-05-25 | OKAGUCHI | |
| | 48 | 20170220753 | A1 | 2017-08-03 | GUTHRIE, et al. | |
| | 49 | 20180021490 | A1 | 2018-01-25 | CHANG, et al. | |
| | 50 | 20180110906 | A1 | 2018-04-26 | BARACK | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add

**FOREIGN PATENT DOCUMENTS** | Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 3311982 | DE | C2 | 1983-10-13 | BATTELLE MEMORIAL INSTITUTE | | |
| | 2 | 9503280 | EP | A2 | 1992-02-08 | PIERBURG GMBH | | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | 9420158 | WO | A1 | 1994-09-15 | DEKA PRODUCTS LIMITED PARTNERSHIP | | |
| 4 | 19750620 | DE | A1 | 1999-06-02 | SIEMENS AG, 80333 MUENCHEN, DE | | |
| 5 | 1586340 | EP | A2 | 2005-10-19 | SEA PROFIT (HONG KONG) LIMITED | | |
| 6 | 2005114116 | WO | A1 | 2005-12-01 | LANE, JOHN, DENNIS; ESPARZA, JOSEPH, LUIS; NICHOLS | | |
| 7 | 2005114113 | WO | A3 | 2006-03-02 | ACCU-GAUGE LIMITED | | |
| 8 | 1430918 | EP | B1 | 2008-05-14 | MEDELA HOLDING AG | | |
| 9 | 2344380 | RU | C1 | 2009-01-20 | GOSUDARSTVENNOE OBRAZOVATEL'NOE UCHREZHDENIE VYSSH | | |
| 10 | 2009134271 | WO | A1 | 2009-11-05 | UTC POWER CORPORATION | | |
| 11 | 2473022 | GB | B | 2011-12-14 | | | |
| 12 | 2441367 | RU | C2 | 2012-02-10 | OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOST'JU "NAU | | |
| 13 | 2436277 | EP | A1 | 2012-04-04 | DREW, LORNA | | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
### ( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | 373499.00059 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 2210628 | EP | B1 | 2013-02-13 | MEDELA HOLDING AG | | |
| 15 | 2499248 | GB | B | 2014-04-02 | ELIZABETH MORANA | | |
| 16 | 1404393 | EP | B1 | 2014-12-24 | MEDELA HOLDING AG | | |
| 17 | 2015081459 | WO | A1 | 2015-06-11 | CHEN, JUNBO | | |
| 18 | 2015116749 | WO | A1 | 2015-08-06 | CORNING INCORPORATED | | |
| 19 | 2015120321 | WO | A1 | 2015-08-13 | NAIA HEALTH, INC. | | |
| 20 | 2015150225 | WO | A1 | 2015-10-08 | KONINKLIJKE PHILIPS N.V. | | |
| 21 | 2015174330 | WO | A1 | 2015-11-19 | MURATA MANUFACTURING CO., LTD. | | |
| 22 | 2016002606 | WO | A1 | 2016-01-07 | MURATA MANUFACTURING CO., LTD. | | |
| 23 | 2016006494 | WO | A1 | 2016-01-14 | MURATA MANUFACTURING CO., LTD. | | |
| 24 | 2016006496 | WO | A1 | 2016-01-14 | MURATA MANUFACTURING CO., LTD. | | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 25 | 2016007560 | WO | A1 | 2016-01-14 | NAYA HEALTH, INC. | | |
| 26 | 2016010524 | JP | A | 2016-01-21 | MURATA MFG CO LTD | | |
| 27 | 2016014469 | WO | A1 | 2016-01-28 | EXPLORAMED NC7, LLC | | |
| 28 | 2016014488 | WO | A1 | 2016-01-28 | EXPLORAMED NC7, LLC | | |
| 29 | 105288759 | CN | A | 2016-02-03 | SHANGHAI NORMAL UNIVERSITY | | |
| 30 | 2016024558 | WO | A1 | 2016-02-18 | MURATA MANUFACTURING CO., LTD. | | |
| 31 | 2016039083 | WO | A1 | 2016-03-17 | MURATA MANUFACTURING CO., LTD. | | |
| 32 | 2016104673 | WO | A1 | 2016-06-30 | MURATA MANUFACTURING CO., LTD. | | |
| 33 | 2077868 | EP | B1 | 2016-07-27 | MEDELA HOLDING AG | | |
| 34 | 2016164853 | WO | A1 | 2016-10-13 | NAYA HEALTH, INC. | | |
| 35 | 1263487 | EP | B2 | 2016-11-23 | MEDELA HOLDING AG | | |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | 373499.00059 |

| | 36 | 2017061349 | WO | A1 | 2017-04-13 | MURATA MANUFACTURING CO., LTD. | | |
|---|---|---|---|---|---|---|---|---|
| | 37 | 2017108555 | WO | A1 | 2017-06-29 | KONINKLIJKE PHILIPS N.V. | | |
| | 38 | 2017139480 | WO | A1 | 2017-08-17 | EXPLORAMED NC7, INC. | | |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

**NON-PATENT LITERATURE DOCUMENTS** | Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | Whisper Wear Hands-Free Breast Pump, Model:  WWPMP01, User Guide, pps. 1-20, Distributed with product at least as early as 2007 (see https://web.archive.org/web/20070621162539/http://www.whisperwear.com/pump_single.html) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| Application Number | | |
| Filing Date | | |
| First Named Inventor | Jonathan O'Toole | |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | 373499.00059 | |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

✓ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Mark D. Simpson/ | Date (YYYY-MM-DD) | 2021-03-16 |
|---|---|---|---|
| Name/Print | Mark D Simpson | Registration Number | 32942 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Filer:** | Mark D. Simpson/Lynn White |
| **Attorney Docket Number:** | 373499.00059 |

Filed as Small Entity

**Filing Fees for   Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 80 | 80 |
| UTILITY SEARCH FEE | 2111 | 1 | 350 | 350 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 400 | 400 |
| REQUEST FOR PRIORITIZED EXAMINATION | 2817 | 1 | 2100 | 2100 |
| **Pages:** | | | | |
| UTILITY APPL SIZE FEE PER 50 SHEETS >100 | 2081 | 1 | 210 | 210 |
| **Claims:** | | | | |
| CLAIMS IN EXCESS OF 20 | 2202 | 10 | 50 | 500 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous-Filing:** | | | | |
| PUBL. FEE- EARLY, VOLUNTARY, OR NORMAL | 1504 | 1 | 0 | 0 |
| PROCESSING FEE, EXCEPT PROV. APPLS. | 2830 | 1 | 70 | 70 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **3710** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 42197736 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 78905 |
| **Filer:** | Mark D. Simpson/Lynn White |
| **Filer Authorized By:** | Mark D. Simpson |
| **Attorney Docket Number:** | 373499.00059 |
| **Receipt Date:** | 16-MAR-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 17:15:35 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $3710 |
| RAM confirmation Number | E20213FH16124115 |
| Deposit Account | 504364 |
| Authorized User | Lynn White |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | TrackOne Request | Track_1_Request.PDF | 135376 <br> 4dc822c38ffaeb7bfc628e171b59314fe44cb059 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Application Data Sheet | ADS.PDF | 1822826 <br> e8869f41884b26d1ccf1de91b0dd8285b2642754 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | | Continuation_as_filed.PDF | 439367 <br> 1d1ced0f68979bda6856d5291b7e580220d79555 | yes | 126 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 121 |
| Claims | 122 | 125 |
| Abstract | 126 | 126 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Drawings-other than black and white line drawings | Figs_as_filed.PDF | 7248994 <br> dd8a02bde993a389fd699c5d98244e20a84d91cd | no | 44 |
| **Warnings:** | | | | | |

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 5 | | Decs_and_POA.PDF | 236689<br><br>25e4ff64342b479b953e8a937054b7c94bfcda5f4 | yes | 4 |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | | **End** |
| | Oath or Declaration filed | | 1 | | 3 |
| | Power of Attorney | | 4 | | 4 |

**Warnings:**

**Information:**

| 6 | Transmittal Letter | IDS_TM.PDF | 95500<br><br>74af69a185e17b6ffb5f7f4869a03e42835a73f4 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Information Disclosure Statement (IDS) Form (SB08) | IDS.PDF | 1038668<br><br>d56ae0bb237f467a7fa4f2faf6b19730eb40a257 | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Fee Worksheet (SB06) | fee-info.pdf | 43202<br><br>769d1938a4b0d3a66b47501cbd87ada48360a6f1 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 11060622 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc Code: TRACK1.REQ
**Document Description**: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Jonathan O'TOOLE | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | BREAST PUMP SYSTEM | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

    I. ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

    i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
    ---OR---
    (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

    ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

    II. ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

    i. A request for continued examination has been filed with, or prior to, this form.
    ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
    iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
    iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
    v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Mark D. Simpson/ | Date 2021-03-16 |
|---|---|
| Name (Print/Typed) **Mark D. Simpson** | Practitioner Registration Number **32942** |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required. *

☑ *Total of ___1___ forms are submitted.

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 373499.00059 |
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

# Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

# Inventor Information:

| Inventor | 1 | | Remove |

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jonathan | | O'TOOLE | |

**Residence Information (Select One)**    US Residency    ● Non US Residency    Active US Military Service

| City | London | Country of Residence i | | GB |

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited |
| Address 2 | 63-66 Hatton Garden |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country i | GB |

| Inventor | 2 | | Remove |

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Adam | | ROLLO | |

**Residence Information (Select One)**    US Residency    ● Non US Residency    Active US Military Service

| City | London | Country of Residence i | | GB |

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited |
| Address 2 | 63-66 Hatton Garden |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country i | GB |

| Inventor | 3 | | Remove |

**Legal Name**

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | **Attorney Docket Number** | 373499.00059 |
|---|---|---|
| | **Application Number** | |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

| **Prefix** | **Given Name** | **Middle Name** | **Family Name** | **Suffix** |
|---|---|---|---|---|
| | Andrew | | CARR | |

| **Residence Information (Select One)** | US Residency | ⦿ Non US Residency | Active US Military Service |
|---|---|---|---|

| City | London | Country of Residence i | | GB |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited | | |
|---|---|---|---|
| Address 2 | 63-66 Hatton Garden | | |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country i | GB |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   [ Add ]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 78905 | | |
|---|---|---|---|
| Email Address | patents@saul.com | [ Add Email ] | [ Remove Email ] |

## Application Information:

| Title of the Invention | BREAST PUMP SYSTEM | |
|---|---|---|
| Attorney Docket Number | 373499.00059 | **Small Entity Status Claimed** ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| **Total Number of Drawing Sheets (if any)** | 44 | **Suggested Figure for Publication (if any)** 1 |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 373499.00059 |
|---|---|---|
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |

| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |
|---|---|

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 78905 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| | Continuation of | 17181057 | 2021-02-22 | |
| Prior Application Status | | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 17181057 | Continuation of | 16009547 | 2018-06-15 | |

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Foreign Priority Information:

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 373499.00059 |
|---|---|---|
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

This section allows for the applicant to claim priority to a foreign application.  Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55.  When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2).  Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 1709561.3 | GB | 2017-06-15 | 1DE1 |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 1709564.7 | GB | 2017-06-15 | B3B5 |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 1709566.2 | GB | 2017-06-15 | D6F6 |

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| 1809036.5 | GB | 2018-06-01 | D82C |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 373499.00059 |
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |
| --- | --- |

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 373499.00059 |
|---|---|---|
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Applicant | 1 | Remove |
|---|---|---|

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | ▼ |
|---|---|

| Name of the Deceased or Legally Incapacitated Inventor: | |
|---|---|

If the Applicant is an Organization check here. ☒

| Organization Name | CHIARO TECHNOLOGY LIMITED |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 53-66 Hatton Garden | | |
|---|---|---|---|
| Address 2 | | | |
| City | London | State/Province | |
| Country | GB | Postal Code | EC1N 8LE |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 373499.00059 |
|---|---|---|
| | Application Number | |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

### Assignee  1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Mark D. Simpson/ | | Date (YYYY-MM-DD) | 2021-03-16 |
|---|---|---|---|---|
| First Name | Mark D. | Last Name | Simpson | Registration Number | 32942 |

Additional Signature may be generated within this form by selecting the Add button.

Add

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 373499.00059 |
|---|---|---|
| | Application Number | |
| Title of Invention | BREAST PUMP SYSTEM | |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# BREAST PUMP SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. Application No. 17/181,057, filed on February 22, 2021,
which is a U.S. Application No. 16/009,547, filed on June 15, 2018, which is based on,
and claims priority to, GB Application No. 1709561.3, filed June 15, 2017; GB
Application No. 1709564.7, filed on June 15, 2017; GB Application No. 1709566.2, filed
on June 15, 2017; and GB Application No. 1809036.5, filed on June 1, 2018, the entire
contents of each of which being fully incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The field of the invention relates to a breast pump system; one implementation of the
system is a wearable, electrically powered breast pump system for extracting milk from a
mother.

A portion of the disclosure of this patent document contains material, which is subject to
copyright protection. The copyright owner has no objection to the facsimile
reproduction by anyone of the patent document or the patent disclosure, as it appears in
the Patent and Trademark Office patent file or records, but otherwise reserves all
copyright rights whatsoever.

### 2. Description of the Prior Art

The specification of the present disclosure is broad and deep. We will now describe the
prior art in relation to key aspects of the present disclosure.

### Prior art related to breast pump systems

A breast pump system is a mechanical or electro-mechanical device that extracts milk
from the breasts of a lactating woman.

A typical breast pump design is as shown in WO 96/25187 A1. A large suction
generating device is provided, which is freestanding. This is attached by air lines to one

38233033.1

or two breast shields which engage with the user's breasts. A pressure cycle is applied from the suction generating device, via the air lines, to the breast shields. This generates a pressure cycle on the user's breasts to simulate the suction generated by a feeding child.

5    The suction generating device is a large component that connects to mains power to operate the pumps therein. Milk collection bottles are provided to store the expressed breast milk. In the system of WO 96/36298 A1 separate bottles are provided attached to each breast shield. A single bottle with tubing connecting to each breast shield may also be used. But for a mother to use this discretely, such as in an office environment,

10    specialised bras must be used. In particular, breast-pumping bras which have a central slit, for the nipple tunnel of the breast shield to extend through, are typically used. The breast shield is held within the bra, with the suction generating device and milk bottle outside the bra.

15    The fundamental breast pump system has not significantly evolved from this approach, only minor technical improvements have been made.

However, these systems present a number of significant disadvantages. As the suction generating device is a large freestanding unit connected to mains power, the user may feel

20    tethered to the wall. The known devices typically also require a specific user posture and undressing to function normally. This is obviously difficult for a user to do discretely, such as in an office setting.  The known devices are also typically noisy, uncomfortable, and hard to clean.

25    Fully integrated wearable breast pump systems have begun to enter the market, such as described in US 2016 0206794 A1. In such pump systems, the suction source, power supply and milk container are contained in a single, wearable device; there is no need for bulky external components or connections. Such devices can be provided with a substantially breast shaped convex profile so as to fit within a user's bra for discrete

30    pumping, as well as pumping on-the-go without any tethers to electrical sockets or collection stations. The internal breast shield is naturally convex to fit over a breast.

In US 2016 0206794 A1, when viewed from the front, the breast pump device has a 'tear-drop' rounded shape, fuller at its base than at its top.  But it uses collapsible bags as

milk collection devices. As the collection bag systems are collapsible, it can be difficult for a user to extract all of their milk from the bag, due to the small cut opening that is needed and the capillary action between the bonded plastic sheets that form the bag. This waste can be disheartening for the user, as this is food for their child. The bags are also not re-usable, so the user is required to purchase and maintain a stock of these. As well as presenting a recurring cost, if the user runs out of stock they are unable to use the product until more bags are purchased.

Furthermore, as a result of the collapsible bags, a complex and somewhat noisy pumping arrangement is necessary. In particular, the breast shield connects to a tube which is provided with compression units which "step" the expressed milk through the tube to the collection bag. This uses the breast milk as a hydraulic fluid to generate suction on the breast. In order to carry this out, a complex sequenced pulsing arrangement must be implemented.

In addition to these systems being particularly complex and wasteful, only a relatively small bag can be used. In US 2016 206794, approximately 110 ml (4 fluid ounces) of milk can be collected before the bag must be changed. While this may be sufficient for some users, others may produce much more milk in a session.

A further integrated wearable breast pump system is shown in US 2013 0023821 A1. In the third embodiment in this document, the breast pump system includes a motor driven vacuum pump and power source. An annular (or punctured disc) membrane is provided, with the flow path of the milk going through the centre of the annulus. The membrane is housed in separate housing and is sealed at its inner and outer edges. The breast shield has a small protrusion to engage with these housing components. However, the design of this breast pump system results in a number of problems. The use of an annular membrane, with the fluid flow path running through the opening of the annulus is undesirable as it results in a large and bulky device. There is therefore a need for improved integrated breast pump systems.

**Prior Art related to liquid measurement systems**

In the context of breast pump systems, it is useful to measure the quantity of expressed milk. One way to do this is to have a clear container for the breast pump, through which

the level of expressed milk inside the container can be seen. However, viewing the milk bottle is not always possible, for example in a breast pump that collects milk while being worn inside a maternity bra.

5    An existing apparatus for detecting the level of liquid inside a container of a breast pump is that disclosed in US 2016/296681. In this apparatus, a sensing mechanism is provided at the top of a container, which detects droplets of liquid, specifically breast milk, entering the container. By detecting these droplets entering the container, the apparatus can determine the quantity of liquid which enters the container. In this apparatus, an

10    accurate indication of the level of liquid in the container is reliant on the sensing mechanism being able to accurately record every droplet entering the container.

Particularly at times when liquid enters the container at a high flow rate, this accuracy cannot be guaranteed, leading to significant cumulative errors. An accurate indication of

15    the level of liquid in the container in this apparatus is also reliant on the sensing mechanism always being on during the pumping process, so that power consumption of the sensing mechanism is correspondingly high.

In view of the above, there is the need for an improved way to determine the level of

20    liquid inside a container connected to a breast pump.

**Prior Art related to bra clips**

Many specialised bras (or brassieres) exist for maternity use and that facilitate nursing and/or breast pumping for milk collection, without the need to remove the bra itself. In

25    a traditional nursing bra, this is achieved with the use of an at least partially detachable cup, which can be unhooked for feeding and/or pumping.

Further specialised bras are known which are provided with cut-out portions or slits which substantially align with the wearer's areola and nipple. Traditional breast pump

30    systems comprise an elongate breast shield which extends away from the breast towards an external bottle and source of suction. The breast shield is arranged to extend through the cut-out portion or slit, with the collection bottle and pumping apparatus placed outside of the bra. These systems require the user to remove or unbutton any over-garments, and are uncomfortable when not pumping.

38233033.1

Integrated, wearable breast pump systems have begun to enter the market, such as previously noted US 2016 0206794 A1. In such pumps, the suction source, power supply and milk container are all in a single, wearable device, as noted above, without the need for bulky external components or connections. Such devices can be provided with a substantially breast shaped profile so as to fit within a user's bra for discrete pumping, as well as pumping on-the-go without any tethers to electrical sockets or collection stations.

Maternity (or nursing) bras such as disclosed in US 4,390,024 A have partially detachable cups, with several hooks provided along the bra strap for attaching the cups to the strap. The cups can then be attached to different hooks in order to adjust the bra strap length. However, these attachment points are fixed. Additionally, this bra has been designed to accommodate the change in breast size before and after the feeding/pumping process. It is not designed to accommodate a breast pump. Accordingly, there is a need for a better system to accommodate integrated wearable breast pumps.

## SUMMARY OF THE INVENTION

The invention is a wearable breast pump system including: a housing shaped at least in part to fit inside a bra; a piezo air-pump fitted in the housing and forming part of a closed loop system that drives a separate, deformable diaphragm to generate negative air pressure, that diaphragm being removably mounted on a breast shield.

**BRIEF DESCRIPTION OF THE FIGURES**

Aspects of the invention will now be described, by way of example(s), with reference to the following Figures, which each show features of various implementations of the invention including optional features that may be utilised:

| | |
|---|---|
| **Figure 1** | is a front view of an assembled breast pump system. |
| **Figure 2** | is a rear view of the assembled breast pump system of Figure 1. |
| **Figure 3** | is a front view of a partially disassembled breast pump system. |
| **Figure 4** | is a rear view of the partially disassembled breast pump system of Figure 3. |
| **Figure 5** | is a front view of a further partially disassembled breast pump system. |
| **Figure 6** | is a rear view of the further partially disassembled breast pump system of Figure 5. |
| **Figure 7** | is a front view of the breast pump system of Figure 1, with the outer shell translucent for ease of explanation. |
| **Figure 8** | is a further front view of the breast pump system of Figure 1, with the front of the outer shell removed for ease of explanation. |
| **Figure 9** | is a schematic view of a nipple tunnel for a breast shield. |
| **Figure 10** | is a schematic of a pneumatic system for a breast pump system. |
| **Figure 11** | is a schematic of an alternative pneumatic system for a breast pump system. |
| **Figure 12** | is a schematic of a further alternative pneumatic system for a breast pump system. |
| **Figure 13** | is a graph depicting measured pressure in the breast pump system of Figure 12 over time. |
| **Figure 14** | shows schematics for breast shield sizing and nipple alignment. |
| **Figure 15** | shows a screenshot of an application running on a device connected to the breast pump system. |
| **Figure 16** | shows a screenshot of an application running on a device connected to the breast pump system. |
| **Figure 17** | shows a screenshot of an application running on a device connected to the breast pump system. |
| **Figure 18** | shows a screenshot of an application running on a device connected to the breast pump system. |
| **Figure 19** | shows a screenshot of an application running on a device connected to the |

breast pump system.

**Figure 20**   shows a screenshot of an application running on a connected device.

**Figure 21**   shows a screenshot of an application running on a connected device.

**Figure 22**   shows a screenshot of an application running on a connected device.

5   **Figure 23**   shows a screenshot of an application running on a connected device.

**Figure 24**   shows a screenshot of an application running on a connected device.

**Figure 25**   shows a screenshot of an application running on a connected device.

**Figure 26**   shows a diagram of a breast pump sensor network,

**Figure 27**   shows a sectional view of a device being used to determine the level of liquid

10   in a container;

**Figure 28**   shows a sectional view of the device and the container from Figure 27 being used at a different orientation.

**Figure 29**   shows a sectional view of the device and the container from Figure 27 being used whilst undergoing acceleration.

15   **Figure 30**   shows a sectional view of the device from Figure 27 being used as part of a breast pump assembly.

**Figure 31**   shows a sectional view of a device connected between a container and its lid, and which is operable to determine the level of liquid inside the container.

**Figure 32**   depicts a prior art design for a maternity bra;

20   **Figure 33**   depicts a clip and clasp being fitted to a maternity bra.

**Figure 34**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 35**   depicts the alternative clip of Figure 34.

**Figure 36**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 37**   depicts an alternative clip for adjustment of a maternity bra.

25   **Figure 38**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 39**   depicts adjustment of the maternity bra of Figure 37.

**Figure 40**   shows a configuration with two piezo pumps mounted in series.

**Figure 41**   shows a configuration of two piezo pumps mounted in parallel.

**Figure 42**   shows a plot of the air pressure generated as a function of time by two piezo

30   pumps mounted in series and mounted in parallel respectively.

**Figure 43**   shows a plot of the air pressure generated as a function of time by two piezo pumps mounted in a dual configuration.

**Figure 44**   shows a figure of a pump including two piezo pumps in which each piezo pump is connected to a heat sink.

35

**DETAILED DESCRIPTION**

We will now describe an implementation of the invention, called the Elvie™ pump, in the following sections:

5

**Section A: The Elvie™ Breast Pump System**

**Section B: An IR System**

**Section C: A Bra Clip**

**Section D: Piezo Pumps and Wearable Devices**

10

**Section A: The Elvie<sup>TM</sup> Breast Pump System**

**1. Elvie<sup>TM</sup> Breast Pump System Overview**

5    An implementation of the invention, called the Elvie<sup>TM</sup> pump, is a breast pump system that is, at least in part, wearable inside a bra. The breast pump system comprises a breast shield for engagement with the user's breast, a housing for receiving at least a portion of the breast shield and a detachable rigid milk collection container attachable, in use, to a lower face of the housing and connected to the breast shield for collecting milk
10    expressed by the user, with a milk-flow pathway defined from an opening in the breast shield to the milk collection container. The housing inside also includes a pump for generating a negative pressure in the breast shield, as well as battery and control electronics Unlike other wearable breast pumps, the only parts of the system that come into contact with milk in normal use are the breast shield and the milk container; milk
15    only flows through the breast shield and then directly into the milk container. Milk does not flow through any parts of the housing at all, for maximum hygiene and ease of cleaning.

With reference to Figure 1 and Figure 2, the assembled breast pump system 100 includes
20    a housing 1 shaped to substantially fit inside a bra. The housing 1 includes one or more pumps and a rechargeable battery. The breast pump system includes two parts that are directly connected to the housing 1: the breast shield 7 and a milk container 3. The breast shield 7 and the milk container 3 are directly removable or attachable from the housing 1 in normal use or during normal dis-assembly (most clearly shown in Figure 5). All other
25    parts that are user-removable in normal use or during normal dis-assembly are attached to either the breast shield 7 or the milk container 3. The breast shield 7 and milk container 3 may be removed or attached for example using a one click or one press action or a push button or any other release mechanism. Audible and/or haptic feedbacks confirm that the pump is properly assembled.

30

The modularity of the breast pump allows for easy assembly, disassembly and replacement of different parts such as the breast shield and milk collection container. This also allows for different parts of the pump to be easily washed and/or sterilised. The breast shield and bottle assembly, both of which are in contact with milk during

pumping, may therefore be efficiently and easily cleaned; these are the only two items that need to be cleaned; in particular, the housing does not need to be cleaned.

The housing 1, breast shield 7 that is holding a flexible diaphragm, and milk container 3 attach together to provide a closed-loop pneumatic system powered by piezoelectric pumps located in the housing 1. This system then applies negative pressure directly to the nipple, forms an airtight seal around the areola, and provides a short path for expressed milk to collect in an ergonomically shaped milk container 3.

The different parts of the breast shield system are also configured to automatically self-seal under negative pressure for convenience of assembly and disassembly and to reduce the risk of milk spillage. Self-sealing refers to the ability of sealing itself automatically or without the application of adhesive, glue, or moisture (such as for example a self-sealing automobile tire or self-sealing envelopes). Hence once the breast pump system is assembled it self-seals under its assembled condition without the need to force seals into interference fits to create sealed chambers. A degree of interference fitting is usual however, but is not the predominating attachment mechanism. Self-sealing enables simple components to be assembled together with a light push: for example, the diaphragm just needs to be placed lightly against the diaphragm housing; it will self-seal properly and sufficiently when the air-pump applies sufficient negative air-pressure. The diaphragm itself self-seals against the housing when the breast shield is pushed into the housing. Likewise, the breast shield self-seals against the milk container when the milk container is pushed up to engage the housing. This leads to simple and fast assembly and dis-assembly, making it quick and easy to set the device up for use, and to clean the device after a session.

Self-sealing has a broad meaning and may also relate to any, wholly or partly self-energising seals. It may also cover any interference seals, such as a press seal or a friction seal, which are achieved by friction after two parts are pushed together.

Whilst one particular embodiment of the invention's design and a specific form of each of the parts of the breast pump system is detailed below, it can be appreciated that the overall description is not restrictive, but an illustration of topology and function that the design will embody, whilst not necessary employing this exact form or number of

38233033.1

discrete parts.

The breast pump system 100 comprises a housing 1 and a milk collection container (or bottle) 3. The housing 1 (including the one or more pumps and a battery) and the

5    container 3 are provided as a unit with a convex outer surface contoured to fit inside a bra. The milk collection container 3 is attached to a lower face 1A of the housing 1 and forms an integral part of the housing when connected, such that it can be held comfortably inside a bra. While the breast pump 100 may be arranged to be used with just the right or the left breast specifically, the breast pump 100 is preferably used with

10    both breasts, without modification. To this end, the outer surfaces of the breast pump 100 are preferably substantially symmetrical.

Preferably, the width of the complete breast pump device (housing 1 and milk container 3) is less than 110 mm and the height of the complete breast pump device is less than

15    180 mm.

Overall, the breast pump system 100 gives discrete and comfortable wear and use. The system weighs about 224 grams when the milk container is empty, making it relatively lighter as compared to current solutions; lightness has been a key design goal from the

20    start, and has been achieved through a lightweight piezo pump system and engineering design focussed on minimising the number of components.

The breast pump system 100 is small enough to be at least in part held within any bra without the need to use a specialized bra, such as a maternity bra or a sports bra. The rear surface of the breast pump is also concave so that it may sit comfortably against the

25    breast. The weight of the system has also been distributed to ensure that the breast pump is not top heavy, ensuring comfort and reliable suction against the breast. The centre of gravity of the pump system is, when the container is empty, substantially at or below the horizontal line that passes through the filling point on the breast shield, so that the device does not feel top-heavy to a person while using the pump.

30    Preferably, when the container is empty, the centre of gravity is substantially at or below the half-way height line of the housing so that the device does not feel top-heavy to a user using the pump.

38233033.1

The centre of gravity of the breast pump, as depicted by Figure 1, is at around 60mm high on the centreline from the base of the breast pump when the milk container is empty. During normal use, and as the milk container gradually receives milk, the centre of gravity lowers, which increases the stability of the pump inside the bra. It reduces to around 40mm high on the centreline from the base of the breast pump when the milk container is full.

The centre of gravity of the breast pump is at about 5.85mm below the centre of the nipple tunnel when the milk container is empty, and reduced to about 23.60mm below the centre of the nipple tunnel when the milk container is full. Generalising, the centre of gravity should be at least 2mm below the centre of the nipple tunnel when the container is empty.

The breast pump 100 is further provided with a user interface 5. This may take the form of a touchscreen and/or physical buttons. In particular, this may include buttons, sliders, any form of display, lights, or any other componentry necessary to control and indicate use of the breast pump 100. Such functions might include turning the breast pump 100 on or off, specifying which breast is being pumped, increasing or decreasing the peak pump pressure. Alternatively, the information provided through the user interface 5 might also be conveyed through haptic feedback, such as device vibration, driven from a miniature vibration motor within the pump housing 1.

In the particular embodiment of the Figures, the user interface 5 comprises power button 5A for turning the pump on and off. The user interface 5 further comprises pump up button 5B and pump down button 5C. These buttons adjust the pressure generated by the pump and hence the vacuum pressure applied to the user's breast. In preferable embodiments, the pump up button 5B could be physically larger than the pump down button 5C. A play/pause button 5D is provided for the user to interrupt the pumping process without turning the device off.

The user interface 5 further comprises a breast toggle button 5E for the user to toggle a display of which breast is being pumped. This may be used for data collection, e.g. via an application running on a connected smartphone; the app sends data to a remote server, where data analysis is undertaken (as discussed in more detail later), or for the user to keep track of which breast has most recently been pumped. In particular, there may be a

pair of LEDs, one to the left of the toggle button 5E and one to the right. When the user is pumping the left breast, the LED to the right of the toggle button 5E will illuminate, so that when the user looks down at the toggle it is the rightmost LED from their point of view that is illuminated. When the user then wishes to switch to the right breast, the toggle button can be pressed and the LED to the left of the toggle button 5E, when the user looks down will illuminate. The connected application can automatically track and allocate how much milk has been expressed, and when, by each breast.

The breast pump system also comprises an illuminated control panel, in which the level of illumination can be controlled at night or when stipulated by the user. A day time mode, and a less bright night time mode that are suitable to the user, are available. The control of the illumination level is either implemented in hardware within the breast pump system itself or in software within a connected device application used in combination with the breast pump system.

As depicted in Figure 1, the housing 1 and milk collection container 3 form a substantially continuous outer surface, with a generally convex shape. This shape roughly conforms with the shape of a 'tear-drop' shaped breast. This allows the breast pump 100 to substantially fit within the cup of a user's bra. The milk collection container 3 is retained in attachment with the housing 1 by means of a latch system, which is released by a one-click release mechanism such as a push button 2 or any other one-handed release mechanism. An audible and/or haptic feedback may also be used to confirm that the milk collection container 3 has been properly assembled.

The European standard EN 13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting an additional 2 cm difference. Some manufacturers do vary from these conventions in denomination, and some maternity bras are measured in sizes of S, M, L, XL, etc. In preferred embodiments, the breast pump 100 of the present invention corresponds to an increase of between 3 or 4 cup sizes of the user according to EN 13402.

A plane-to-plane depth of the breast pump can also be defined. This is defined as the distance between two parallel planes, the first of which is aligned with the innermost

point of the breast pump 100, and the second of which is aligned with the outermost point of the breast pump 100. This distance is preferably less than 100 mm.

Figure 2 is a rear view of the breast pump 100 of Figure 1. The inner surface of the housing 1 and milk collection container 3 are shown, along with a breast shield 7. The housing 1, milk collection container 3 and breast shield 7 form the three major subcomponents of the breast pump system 100. In use, these sub-components clip together to provide the functioning breast pump system 100. The breast shield 7 is designed to engage with the user's breast, and comprises a concave inner flange 7A which contacts the breast. To allow the breast pump 100 to be used on either of the user's breasts, the breast shield 7 is preferably substantially symmetrical on its inner flange 7A.

The inner flange 7A is substantially oval-shaped. While the inner flange 7A is concave, it is relatively shallow such that it substantially fits the body form of the user's breast. In particular, when measured side-on the inner-most point of the flange 7A and the outer-most point may be separated by less than 25 mm. By having a relatively shallow concave surface, the forces applied can be spread out over more surface area of the breast. The flatter form also allows easier and more accurate location of the user's nipple. In particular, the flange 7A of the breast shield 7 may extend over the majority of the inner surface of the housing 1 and milk collection container 3. Preferably, it may extend over 80% of this surface. By covering the majority of the inner surface, the breast shield is the only component which contact's the wearer's breast. This leaves fewer surfaces which require thorough cleaning as it reduces the risk of milk contacting a part of the device which cannot be easily sterilized. Additionally, this also helps to disperse the pressure applied to the user's breast across a larger area.

The breast shield 7 substantially aligns with the outer edge 1B of the housing 1. The milk collection container 3 may be provided with an arcuate groove for receiving a lower part of the breast shield 7. This is best shown in later Figures. In the assembled arrangement of Figures 1 and 2, the inner surface of the breast pump 100 is substantially continuous.

The breast shield 7 comprises a shield flange for engaging the user's breast, and an elongate nipple tunnel 9) aligned with the opening and extending away from the user's

breast. Breast shield nipple tunnel 9 extends from a curved section 7B in the breast shield 7. In preferable embodiments the nipple tunnel 9 is integral with the breast shield 7. However, it is appreciated that separate removable/interchangeable nipple tunnels may be used. Curved section 7B is positioned over the user's nipple and areola in use. The breast shield 7 forms an at least partial seal with the rest of the user's breast around this portion, under the negative air pressure created by an air-pressure pump.

This breast shield nipple tunnel 9 defines a milk-flow path from the inner surface of the breast shield 7A, through the breast shield nipple tunnel 9 and into the milk collection container 3. The breast shield nipple tunnel 9 is preferably quite short in order to minimise the length of the milk-flow path in order to minimise losses. By reducing the distance covered by the milk, the device is also reduced in size and complexity of small intermediate portions. In particular, the breast shield nipple tunnel 9 may extend less than 70 mm from its start to end, more preferably less than 50 mm. In use, the nipple tunnel 9 is substantially aligned with the user's nipple and areolae. The nipple tunnel comprises a first opening 9A for depositing milk into the collection container and a second opening 19A for transferring negative air pressure generated by the pump to the user's nipple.

The shield flange 7A and nipple tunnel 9 may be detachable from the housing 1 together. The shield flange 7A and nipple tunnel 9 being detachable together helps further simplify the design, and reduce the number of components which must be removed for cleaning and sterilization. However, preferably, the nipple tunnel 9 will be integral with the breast shield 7, in order to simplify the design and reduce the number of components which must be removed for cleaning and sterilisation.

Figures 3 and 4 are of a partially disassembled breast pump 100 of the present invention. In these Figures, the breast shield 7 has been disengaged from the housing 1 and milk collection bottle 3. As shown in Figure 4, the housing 1 comprises a region or slot 11 for receiving the breast shield nipple tunnel 9 of the breast shield 7. The breast shield is held in place thanks to a pair of channels (9B) included in the nipple tunnel 9, each channel including a small indent. When pushing the housing 1 onto the breast shield 7, which has been placed over the breast, ridges in the housing (9C) engage with the channels, guiding the housing into position; a small, spring plunger, such as ball bearing in each

ridge facilitates movement of the housing on to the nipple tunnel 9. The ball bearings locate into the indent to secure the housing on to the nipple tunnel with a light clicking sound.  In this way, the user can with one hand place and position the breast shield 7 onto her breast and with her other hand, position and secure the housing 1 on to the

5    breast shield 7.  The breast shield 7 can be readily separated from the housing 1 since the ball bearing latch only lightly secures the breast shield 7 to the housing 1.

Alternatively, the breast shield 7 may also be held in place by means of a clip engaging with a slot located on the housing. The clip may be placed at any suitable point on the

10    shield 7, with the slot in a corresponding location.

The breast shield nipple tunnel 9 of the breast shield 7 is provided with an opening 9A on its lower surface through which expressed milk flows. This opening 9A is configured to engage with the milk collection bottle 3.

15

The breast pump 100 further comprises a barrier or diaphragm for transferring the pressure from the pump to the milk-collection side of the system. In the depicted example, this includes flexible rubber diaphragm 13 seated into diaphragm housing 19A. The barrier could be any other suitable component such as a filter or an air transmissive

20    material. Diaphragm housing 19A includes a small air hole into the nipple tunnel 9 to transfer negative air pressure into nipple tunnel 9 and hence to impose a sucking action on the nipple placed in the nipple tunnel 9.

Hence, the air pump acts on one side of the barrier or diaphragm 13 to generate a

25    negative air pressure on the opposite, milk-flow side of the barrier. The barrier has an outer periphery or surface, i.e. the surface of diaphragm housing 19A that faces towards the breast, and the milk-flow pathway extends underneath the outer periphery or surface of the barrier or diaphragm housing 19A. The milk-flow path extending under the outer periphery or surface of the barrier 19A allows for a simpler and more robust design,

30    without the milk-flow pathway extending through the barrier. This provides increased interior space and functionality for the device.

As noted, the milk-flow pathway extends beneath or under the barrier 13 or surface of diaphragm housing 19A. This provides an added benefit of having gravity move the milk

35    down and away from the barrier.

38233033.1

Preferably the milk-flow pathway does not pass through the barrier 32. This results in a simpler and smaller barrier design.

5    As noted, the diaphragm 13 is mounted on diaphragm housing 19A that is integral to the breast shield. This further helps increase the ease of cleaning and sterilisation as all of the components on the "milk" flow side can be removed.

The barrier 13 may also provide a seal to isolate the air pump from the milk-flow side of
10    the barrier. This helps to avoid the milk becoming contaminated from the airflow or pumping side (i.e. the non-milk-flow side).

Alternatively, the only seal is around an outer edge of the barrier 13. This is a simple design as only a single seal needs to be formed and maintained. Having multiple seals,
15    such as for an annular membrane, introduces additional complexity and potential failure points.

As illustrated in Figures 3 and 4, the barrier may include a flexible diaphragm 13 formed by a continuous circular disc shaped membrane which is devoid of any openings or
20    holes. This provides a larger effective "working" area of the diaphragm (i.e. the area of the surface in contact with the pneumatic gasses) than an annular membrane and hence the membrane may be smaller in diameter to have the same working area.

The diaphragm 13 is arranged so that the milk-flow pathway extends below and past the
25    outer surface or periphery of the diaphragm 13. This means that the milk-flow pathway does not extend through the diaphragm 13. In particular, the milk-flow pathway is beneath the diaphragm 13. However, the diaphragm 13 may be offset in any direction with respect to the milk-flow pathway, provided that the milk-flow pathway does not extend through the diaphragm 13.

30

Preferably, the diaphragm 13 is a continuous membrane, devoid of any openings. The diaphragm 13 is held in a diaphragm housing 19, which is formed in two parts. The first half 19A of the diaphragm housing 19 is provided on the outer surface of the breast shield 7, above the breast shield nipple tunnel 9 and hence the milk-flow pathway. In

preferred embodiments, the first half 19A of the diaphragm housing 19 is integral with the breast shield. The second half 19B of the diaphragm housing is provided in a recessed portion of the housing 1. The diaphragm 13 self-seals in this diaphragm housing 19 around its outer edge, to form a watertight and airtight seal. Preferably, the self-seal around the outer edge of the diaphragm 13 is the only seal of the diaphragm 13. This is beneficial over systems with annular diaphragms which must seal at an inner edge as well. Having the diaphragm 13 mounted in the breast pump 100 in this manner ensures that it is easily accessible for cleaning and replacement. It also ensures that the breast shield 7 and diaphragm 13 are the only components which need to be removed from the pump 100 for cleaning. Because the diaphragm 13 self-seals under vacuum pressure, it is easily removed for cleaning when the device is turned off.

Figures 5 and 6 show a breast pump 100 according to the present invention in a further disassembled state. In addition to the breast shield 7 and diaphragm 13 being removed, the milk collection container 3 has been unclipped. Preferably, the milk collection container 3 is a substantially rigid component. This ensures that expressed milk does not get wasted, while also enhancing re-usability. In some embodiments, the milk collection container 3 may be formed of three sections: a front bottle potion, a rear bottle potion, and a cap. These three sections may clip together to form the milk collection container 3. This three-part system is easy to empty, easily cleanable since it can be dis-assembled, and easily re-usable. The milk collection container or milk bottle may be formed of at least two rigid sections which are connectable. This allows simple cleaning of the container for re-use. Alternatively, the container may be a single container made using a blow moulding construction, with a large opening to facilitate cleaning. This large opening is then closed with a cap with an integral spout 35 or 'sealing plate' (which is bayonet-mounted and hence more easily cleaned than a threaded mount spout). A flexible rubber valve 37 (or 'sealing plate seal') is mounted onto the cap or spout 35 and includes a rubber duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump; this ensures that negative air-pressure does not need to be applied to the milk container and hence adds to the efficiency of the system. The flexible valve 37 self-seals against opening 9A in nipple tunnel 9. Because it self-seals under vacuum pressure, it automatically releases when the system is off, making it easy to remove the milk container.

Preferably, the milk collection container resides entirely below the milk flow path defined by the breast shield when the breast pump system 100 is positioned for normal use, hence ensuring fast and reliable milk collection.

5    The milk collection container 3 has a capacity of approximately 5 fluid ounces (148 ml). Preferably, the milk collection container has a volume of greater than 120 ml. More preferably, the milk collection container has a volume of greater than 140 ml. To achieve this, the milk collection container 3 preferably has a depth in a direction extending away from the breast in use, of between 50 to 80 mm, more preferably between 60 mm to 70

10    mm, and most preferably between 65 mm to 68 mm.

The milk collection container 3 further preferably has a height, extending in the direction from the bottom of the container 3 in use to the cap or spout or sealing plate 35, of between 40 mm to 60 mm, more preferably between 45 mm to 55 mm, and most

15    preferably between 48 mm to 52 mm. The cap 35 may screw into the milk collection bottle 3. In particular, it may be provided with a threaded connection or a bayonet and slot arrangement.

Further preferably, the milk collection container has a length, extending from the

20    leftmost point to the rightmost point of the container 3 in use, of between 100 mm to 120 30 mm, more preferably between 105 mm to 115 mm, and most preferably between 107 mm to 110 mm.

This cap 35 is provided with a one-way valve 37, through which milk can flow only into

25    the bottle. This valve 37 prevents milk from spilling from the bottle once it has been collected. In addition, the valve 37 automatically seals completely unless engaged to the breast shield 7. This ensures that when the pump 100 is dismantled immediately after pumping, no milk is lost from the collection bottle 3. It can be appreciated that this one-way valve 37 might also be placed on the breast shield 7 rather than in this bottle cap 35.

30

Alternatively, the milk bottle 3 may form a single integral part with a cap 35. Cap 35 may include an integral milk pouring spout.

In certain embodiments, a teat may be provided to attach to the annular protrusion 31A

or attach to the spout that is integral with cap 35, to allow the container 3 to be used directly as a bottle. This allows the milk container to be used directly as a drinking vessel for a child. The milk collection container may also be shaped with broad shoulders such that it can be adapted as a drinking bottle that a baby can easily hold.

Alternatively, or in addition, a spout may be provided to attach to the protrusion 31A for ease of pouring. A cap may also be provided to attach to the protrusion 31A in order to seal the milk collection bottle 3 for easy storage.

The pouring spout, drinking spout, teat or cap may also be integral to the milk collection container.

Further, the removable milk collection container or bottle includes a clear or transparent wall or section to show the amount of milk collected. Additionally, measurement markings (3A) may also be present on the surface of the container. This allows the level of milk within the container to be easily observed, even while pumping. The milk collection container or bottle may for example be made using an optically clear, dishwasher safe polycarbonate material such as Tritan™.

The milk collection container or bottle may include a memory or a removable tag, such as a tag including an NFC chip, that is programmed to store the date and time it was filled with milk, using data from the breast pump system or a connected device such as a smartphone. The container therefore includes wireless connectivity and connects to a companion app. The companion app then tracks the status of multiple milk collection containers or bottles to select an appropriate container or bottle for feeding. The tag of the bottle may also be programmed to store the expiry date of the milk as well as the quantity of the milk stored.

Figures 7 and 8 show front views of a breast pump system 100. The outer-surface of the housing 1 has been drawn translucent to show the components inside. The control circuitry 71 for the breast pump 100 is shown in these figures. The control circuitry in the present embodiment comprises four separate printed circuit boards, but it is appreciated that any other suitable arrangement may be used.

The control circuitry may include sensing apparatus for determining the level of milk in the container 3. The control circuitry may further comprise a wireless transmission device for communicating over a wireless protocol (such as Bluetooth) with an external device. This may be the user's phone, and information about the pumping may be sent to this device. In embodiments where the user interface comprises a breast toggle button 5E, information on which breast has been selected by the user may also be transmitted with the pumping information. This allows the external device to separately track and record pumping and milk expression data for the left and right breasts.

There should also be a power charging means within the control circuitry 71 for charging the battery 81. While an external socket, cable or contact point may be required for charging, a form of wireless charging may instead be used such as inductive or resonance charging. In the Figures, charging port 6 is shown for charging the battery 81. This port 6 may be located anywhere appropriate on the housing 1.

Figure 8 shows the location of the battery 81 and the pumps 83A, 83B mounted in series inside the housing 1. While the depicted embodiment shows two pumps 83A, 83B it is appreciated that the present invention may have a single pump. Preferably, an air filter 86 is provided at the output to the pumps 83A, 83B. In preferable embodiments, the pumps 83A, 83B are piezoelectric air pumps (or piezo pumps), which operate nearly silently and with minimal vibrations. A suitable piezo pump is manufactured by TTP Ventus, which can deliver in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free flow. The rear side of the second half of the diaphragm housing 19B in the housing 1 is provided with a pneumatic connection spout. The pumps 83A, 83B are pneumatically connected with this connection spout.

Operation of the breast pump 100 will now be described. Once the breast pump 100 is activated and a pumping cycle is begun, the pumps 83A, 83B generates a negative air pressure which is transmitted via an air channel to a first side of the diaphragm 13 mounted on the diaphragm housing 19A. This side of the diaphragm 13 is denoted the pumping side 13B of the diaphragm 13.

The diaphragm 13 transmits this negative air pressure to its opposite side (denoted the milk-flow side 13A). This negative pressure is transferred through a small opening in the

diaphragm housing 19A to the breast shield nipple tunnel 9 and the curved opening 7B of the breast shield 7 that contacts the breast. This acts to apply the pressure cycle to the breast of the user, in order to express milk. The milk is then drawn through the nipple tunnel 9, to the one way valve 37 that remains closed whilst negative pressure is applied.

5    When the negative air pressure is released, the valve 37 opens and milk flows under gravity past the valve 37 and into milk container 3.  Negative air pressure is periodically (e.g. cyclically, every few seconds) applied to deliver pre-set pressure profiles such as profiles that imitate the sucking of a child.

10    While the depicted embodiment of the breast pump 100 is provided with two pumps, the following schematics will be described with a single pump 83. It is understood that the single pump 83 could be replaced by two separate piezo air-pumps 83A, 83B as above.

Figure 9 depicts a schematic of a further embodiment of a breast shield nipple tunnel 9

15    for a breast pump 100. The breast shield nipple tunnel 9 is provided with an antechamber 91 and a separation chamber 93. A protrusion 95 extends from the walls of the breast shield nipple tunnel 9 to provide a tortuous air-liquid labyrinth path through the breast shield nipple tunnel 9. In the separation chamber 93 there are two opening 97, 99. An air opening 97 is provided in an upper surface 93A of the separation chamber 93.

20    This upper surface 93 is provided transverse to the direction of the breast shield nipple tunnel 9. This opening 97 connects to the first side of the diaphragm housing 19A and is the source of the negative pressure. This airflow opening 97 also provides a route for air to flow as shown with arrow 96. It is appreciated that the tortuous pathway is not necessary and that a breast shield nipple tunnel 9 without such a pathway will work.

25

The other opening 99 is a milk opening 99. The milk opening 99 is provided on a lower surface 93B of the separation chamber 93 and connects in use to the container 3. After flowing through the tortuous breast shield nipple tunnel 9 pathway, the milk is encouraged to flow through this opening 99 into the container 3. This is further aided by

30    the transverse nature of the upper surface 93A. In this manner, expressed milk is kept away from the diaphragm 13. As such, the breast pump 100 can be separated into a "air" side comprising the pump 83, the connection spout 85 and the pumping side 13B of the diaphragm 13 and a "milk-flow" side comprising the breast shield 7, the milk collection container 3 and the milk-flow side 13A of the diaphragm 13. This ensures that all of the

"milk-flow" components are easily detachable for cleaning, maintenance and replacement. Additionally, the milk is kept clean by ensuring it does not contact the mechanical components. While the present embodiment discusses the generation of negative pressure with the pump 83, it will be appreciated that positive pressure may instead be generated.

While the embodiments described herein use a diaphragm 13, any suitable structure to transmit air pressure while isolating either side of the system may be used.

The breast pump may further comprise a pressure sensor in pneumatic connection with the piezo pump. This allows the output of the pump to be determined.

Figure 10 shows a schematic of a basic pneumatic system 200 for a breast pump 100. In the system 200 milk expressed into the breast shield 7 is directed through the breast shield nipple tunnel 9 through the torturous air-liquid labyrinth interface 95. The milk is directed through the non-return valve 37 to the collection container 3. This side of the system forms the "milk-flow" side 201.

The rest of the pneumatic system 200 forms the air side 202 and is separated from contact with milk. This is achieved by way of a flexible diaphragm 13 which forms a seal between the two sides of the system. The diaphragm 13 has a milk-flow side 13A and an air side or pumping side 13B.

The air side 202 of the system 200 is a closed system. This air side 202 may contain a pressure sensor 101 in pneumatic connection with the diaphragm 13 and the pump 83. Preferably, the pump 83 is a piezoelectric pump (or piezo pump). Due to their low noise, strength and compact size, piezoelectric pumps are ideally suited to the embodiment of a small, wearable breast pump. The pump 83 has an output 83A for generating pressure, and an exhaust to the atmosphere 83B. In a first phase of the expression cycle, the pump 83 gradually applies negative pressure to half of the closed system 202 behind the diaphragm 13. This causes the diaphragm 13 to extend away from the breast, and thus the diaphragm 13 conveys a decrease in pressure into the breast shield 7. The reduced pressure encourages milk expression from the breast, which is directed through the tortuous labyrinth system 95 and the one-way valve 37 to the collection bottle 3.

While in the depicted embodiment the air exhaust 83B is not used, it may be used for functions including, but not limited to, cooling of electrical components, inflation of the bottle to determine milk volume (discussed further later) or inflation of a massage

5      bladder or liner against the breast. This massage bladder may be used to help mechanically encourage milk expression. More than one massage bladder may be inflated regularly or sequentially to massage one or more parts of the breast. Alternatively, the air pump may be used to provide warm air to one or more chambers configured to apply warmth to one or more parts of the breast to encourage let-down.

10

The air side 202 further comprises a two-way solenoid valve 103 connected to a filtered air inlet 105 and the pump 83. Alternatively, the filter could be fitted on the pump line 83A. If the filter is fitted here, all intake air is filtered but the performance of the pump may drop. After the negative pressure has been applied to the user's breast, air is bled

15    into the system 202 through the valve 103 in a second phase of the expression cycle. In this embodiment, the air filter 105 is affixed to this inlet to protect the delicate components from degradation. In particular, in embodiments with piezoelectric components, these are particularly sensitive.

20    The second phase of the expression cycle and associated switching of valve 103 is actioned once a predefined pressure threshold has been reached. The pressure is detected by a pressure sensor 101.

In certain embodiments, if the elasticity and extension of the diaphragm 13 may be

25    approximated mathematically at different pressures, the pressure measured by sensor 101 can be used to infer the pressures exposed to the nipple on the opposite side of the diaphragm 13. Figure 11 shows an alternative pneumatic system 300. The core architecture of this system is the same as the system shown in Figure 10.

30    In this system 300, the closed loop 202 is restricted with an additional three way solenoid valve 111. This valve 111 allows the diaphragm 13 to be selectively isolated from the rest of the closed loop 202. This additional three way valve 111 is located between the diaphragm 13 and the pump 83. The pressure sensor 101 is on the pump 83 side of the three way valve 111. The three way valve 111 is a single pole double throw (SPDT) valve,

wherein: the pole 111A is in pneumatic connection with the pump 83 and pressure sensor; one of the throws 11 is in pneumatic connection with the diaphragm 13; and the other throw 111C is in pneumatic connection with a dead-end 113. This dead-end 113 may either be a simple closed pipe, or any component(s) that does not allow the flow of

5    air into the system 202. This could include, for example, an arrangement of one-way valves.

In this system 300, therefore, the pump 83 has the option of applying negative pressure directly to the pressure sensor 101. This allows repeated testing of the pump in order to

10    calibrate pump systems, or to diagnose issues with the pump in what is called a dead end stop test. This is achieved by throwing the valve to connect the pump 83 to the dead end 113. The pump 83 then pulls directly against the dead end 113 and the reduction of pressure within the system can be detected by the pressure sensor 101.

15    The pressure sensor detects when pressure is delivered and is then able to measure the output of the pumping mechanism. The results of the pressure sensor are then sent to an external database for analysis such as a cloud database, or are fed back to an on-board microcontroller that is located inside the housing of the breast pump system.

Based on the pressure sensor measurements, the breast pump system is able to

20    dynamically tune the operation of the pumping mechanism (i.e. the duty or pump cycle, duration of a pumping session, the voltage applied to the pumping mechanism, the peak negative air pressure) in order to ensure a consistent pressure performance across different breast pump systems.

In addition, the breast pump system, using the pressure sensor measurements, is able to

25    determine if the pump is working correctly, within tolerance levels. Material fatigue of the pump is therefore directly assessed by the breast pump system. Hence, if the output of the pumping mechanism degrades over time, the breast pump system can tune the pumping mechanism operation accordingly. As an example, the breast pump system may increase the duration of a pumping session or the voltage applied to the pumping

30    mechanism to ensure the expected pressures are met.

This ensures that the user experience is not altered, despite the changing output of the pump as it degrades over time. This is particularly relevant for piezo pumps where the output of the pump may vary significantly.

The microcontroller can also be programmed to deliver pre-set pressure profiles. The pressure profiles may correspond to, but not necessarily, any suction patterns that would mimic the sucking pattern of an infant. The patterns could mimic for example the sucking pattern of a breastfed infant during a post birth period or at a later period in lactation.

The profiles can also be manually adjusted by the user using a control interface on the housing of the breast pump system or on an application running on a connected device.

Additionally, the user is able to manually indicate the level of comfort that they are experiencing when they are using the system. This can be done using a touch or voice-based interface on the housing of the breast pump system itself or on an application running on a connected device.

The system stores the user-indicated comfort levels together with associated parameters of the pumping system. The pressure profiles may then be fine scaled in order to provide the optimum comfort level for a particular user.

The profiles or any of the pumping parameters may be calculated in order to correlate with maximum milk expression rate or quantity.

The pressure profiles or any of the pumping parameters may also be dynamically adjusted depending on the real time milk expression rate or quantity of milk collected. The pressure profiles or any of the pumping parameters may also be dynamically adjusted when the start of milk let-down has been detected.

Additionally, the system is also able to learn which parameters improve the breast pump system efficiency. The system is able to calculate or identify the parameters of the pumping mechanism that correlate with the quickest start of milk let-down or the highest volume of milk collected for a certain time period. The optimum comfort level for a particular user may also be taken into account.

Figure 12 shows a schematic for a system 400 for a breast pump 100 which can estimate the volume of milk collected in the collection container 3 from data collected on the air-side part 202 of the system 400.

38233033.1

The pump 83 is connected to the circuit via two bleed valves 126, 128. The first bleed valve 126 is arranged to function when the pump 83 applies a negative pressure. As such, this valve 126 is connected to a "bleed in" 127, for supplying atmospheric air to the

5    system 202.

The second bleed valve 128 is arranged to function when the pump 83 applies a positive pressure. As such, this valve 128 is connected to a "bleed out" 129 for bleeding air in the system 202 to the atmosphere.

10

Although Section C describes the preferred embodiment for measuring or inferring the volume of milk collected in the milk collection container using IR sensors, an alternative method for measuring or inferring the volume of milk collected in the milk collection container using pressure sensors is described also below.

15

During a milking pump cycle, the pump 83 applies negative pressure on the air side 13B of the diaphragm 13 which causes its extension towards the pump 83. This increases the volume of the space on the milk side 13B of the diaphragm 13. This conveys the decrease in pressure to the breast to encourage expression of milk. A set of three non-

20    return valves 121, 123, 125 ensure that this decrease in pressure is applied only to the breast (via the breast shield 7) and not the milk collection container 3. To measure the volume of milk collected in the container 3, the pump 83 is used instead to apply positive pressure to the diaphragm 13. The diaphragm 13 is forced to extend away from the pump 83 and conveys the pressure increase to the milk side 201 of the system 400. The

25    three non-return valves 121, 123, 125 ensure that this increase in pressure is exclusively conveyed to the milk collection container 13.

The breast pump may further comprise: a first non-return valve between the milk flow side of the diaphragm and the breast shield, configured to allow only a negative pressure

30    to be applied to the breast shield by the pump; a second non-return valve between the milk-flow side of the diaphragm and the milk collection container configured to allow only a positive pressure to be applied to the milk collection container by the pump; and a pressure sensor in pneumatic connection with the pressure-generation side of the diaphragm.

The resulting pressure increase is monitored behind the diaphragm 13 from the air-side 202 by a pressure sensor 101. Preferably, the pressure sensor 101 is a piezoelectric pressure sensor (piezo pressure sensor). The rate at which the pump 83 (at constant strength) is able to increase the pressure in the system 400 is a function of the volume of air that remains in the milk collection container 3. As air is many times more compressible than liquid, the rate at which pressure increases in the system 400 can be expressed as an approximate function of the volume of milk held in the collection container 3.

Thus by increasing the pressure in this fashion, the rate of pressure increase can be determined, from which the volume of milk held in the container 3 is calculable. Figure 13 shows repeated milking and volume measurement cycles as the collection container 3 is filled. To determine the rate of pressure increase the pump 83 was run for a fixed time. As pumping proceeds and the volume of air reduces in the system 400, the pump 83 is able to achieve a higher pressure. Each milking cycle is represented by a positive pressure spike 41. There is a clear upwards trend 43 in magnitude of positive pressures achieved as the collection container 3 is filled.

A method of estimating the pressure applied by a breast pump may comprise the steps of: selecting a pressure cycle from a pre-defined list of pressure cycles; applying pressure with the pump to stimulate milk expression; reading the output of the pressure sensor; and adjusting the applied pressure of the pump to match the pressure profile selected. This allows for repeatable application of force to the breast, even as the pump performance degrades.

Preferably the method further comprises the steps of: approximating the elasticity and extension of the diaphragm at the relevant pressure; and calculating an estimated applied pressure based upon the output of the pressure sensor and the approximated elasticity and extension of the diaphragm.

Alternatively, a method of estimating the milk collected by a breast pump may comprise the steps of: generating a positive pressure with the pump; transmitting the positive pressure via the diaphragm and second non-return valve to only the milk collection

container; measuring the increase in pressure by the pressure sensor in pneumatic connection with the diaphragm; estimating the volume of milk inside the milk collection container based upon the rate of increase of pressure. In this manner, the volume of milk can be estimated remotely.

In this manner, an estimate can be obtained for the volume of milk in the container 3 based upon the measured pressures.

Figure 13 also shows a dead end stop pump test 45 as described above. The negative spike shows the application of negative pressure directly to the pressure sensor 101.

### 2. Breast shield sizing and nipple alignment

The correct sizing of the breast shield and the alignment of the nipple in the breast shield are key for an efficient and comfortable use of the breast pump. However breast shape, size as well as nipple size and position on the breast vary from one person to another and one breast from another. In addition, women's bodies often change during the pumping life cycle and consequently breast shield sizing may also need to be changed. Therefore, a number of breast shield sizes are available. Guide lines for correct nipple alignment are also provided.

With reference to Figure 14, three breast shield sizes are shown (A1, B1, C1). The substantially clear breast shield gives an unobstructed view of the breast and allows a user to easily confirm that she has the appropriate sized shield for her breast.

In order to determine the correct breast shield size and nipple alignment, the breast shield and the diaphragm are detached from the housing and placed on the breast with the sizing symbol facing upwards (with the diaphragm positioned below the nipple) and the nipple aligned in the centre of the fit lines (as shown in A2, B2, C2). The transparent breast shield allows the user to observe the nipple while adjusting the position of the breast shield in order to align the nipple correctly near the centre of the breast shield nipple tunnel. Prior to using the pump, the nipple is aligned correctly, and the breast shield is pushed into place ensuring the seal is correctly positioned on the breast shield. The fit lines should be directly aligned with the outside of the nipple. The correct

alignment is illustrated B2.

When the nipple is correctly aligned, the user then rotates the breast shield in order for
the diaphragm to be positioned on top of the nipple. The user may then quickly assemble
5      the rest of the breast pump (i.e. the housing and the milk container) on the breast shield
via a one-click attachment mechanism confirming correct engagement, which may be
performed one-handed. Nipple alignment may therefore be easily maintained. Audio
and/or haptic feedback may also be provided to further confirm correct engagement.

10

### 3. Connected Device Application

Figures 15 to 20 show examples of screenshots of a connected device application that
may be used in conjunction with the breast pump system as described above. The
interface shown here is an example only and the same data may be presented via any
15     conceivable means including animated graphics, device notifications, audio or text
descriptions.

Figure 15 shows a homepage of the application with different functions provided to the
user which can be accessed either directly while pumping or at a later time in order for
20     example: to review pump settings or the history of previous pumping sessions.

Figure 16 shows a status page with details of remaining battery life, pumping time
elapsed and volume of milk inside the milk container.

25     Figure 17 shows screenshots of a control page, in which a user is able to control different
pump parameters for a single breast pump (A) or two breast pumps (B). The user may
press on the play button to either start, pause, or resume a pumping activity. The user
may also directly increase or decrease the rate of expression using the (+) or (-) buttons.
When only one breast is being pumped (A), the user may also indicate if it is either the
30     right or left breast that is being pumped. The user may also control the pump peak
pressure or alternatively may switch between different pre-programmed pressure profiles
such as one mimicking the sucking pattern of a baby during expression or stimulation
cycle.
Figure 18 shows a page providing a summary of the last recorded pumping session.

Figure 19 shows a page providing a history of previous pumping sessions. The user may scroll down through the page and visualize the data related to specific pumping sessions as a function of time.

5   The application is also capable of providing notifications relating to pumping. Figure 20 shows a screenshot of the application, in which a user is provided a notification when the milk collection bottle is full. Other generated notifications may include warnings about battery life, Bluetooth connection status or any other wireless communication status, status of miss-assembly, excessive movement or lack of expression.

10

Figure 21 shows a further example with a screenshot of an application running on a connected device. The page shows the pumping status when a user is using a double pump mode of operation with a pump on each breast. The user is able to manually control each pump individually and may start, stop or change a pumping cycle, increase 15   or decrease each pump peak pressure, or switch between different pre-program pressure profiles such as one mimicking the sucking pattern of a baby during an expression or stimulation cycle. The application also notifies the user when a milk collection container is nearly full as shown in Figure 22.

20   Figure 23 shows a status page with an alert notifying the user that the milk collection container of the pump on the right breast is full. A message is displayed that the pump session has paused and that the milk collection container should be changed or emptied before resuming pumping.

25   With reference to Figure 24, when the left and right pump are stopped or paused, the application displays the elapsed time since the start of each session (right and left), the total volume of milk collected in each bottle.

With reference to Figure 25, a page summarising the last session (with a double pump 30   mode) is displayed.

In addition to the data provided to the user, and their interactions with the application, the app will also hold data that the user does not interact with. For example, this may include data associated with pump diagnostics. In addition to all functions and sources of

data discussed above, the application may itself generate metadata associated with its use or inputs, notes or files uploaded by the user. All data handled within the mobile application can be periodically transferred to a cloud database for analysis. An alternative embodiment of the breast pump system may include direct contact between the database and the pump, so that pumping data may be conveyed directly, without the use of a smartphone application.

In addition to providing data to the cloud, the application may also provide a platform to receive data including for example firmware updates.

### 4. Breast pump data analysis

The discreet, wearable and fully integrated breast pump may offer live expression monitoring and intelligent feedback to the user in order to provide recommendations for improving pump efficiency or performance, user comfort or other pumping/sensing variables, and to enable the user to understand what variables correlate to good milk flow.

Examples of variables automatically collected by the device are: time of day, pump speed, pressure level setting, measured pressure, pressure cycle or duty cycle, voltage supplied to pumps, flow rate, volume of milk, tilt,, temperature, events such as when let-down happens, when a session is finished. The user can also input the following variables: what side they have pump with (left or right or both), and the comfort level.

This is in part possible because the live milk volume measurement system functions reliably (as discussed in Section B). The breast pump system includes a measurement sub system including IR sensors that measures or infers milk flow into the milk container, and that enables a data analysis system to determine patterns of usage in order to optimally control pumping parameters. The generated data may then be distributed to a connected device and/or to a cloud server for analysis in order to provide several useful functions.

Figure 26 illustrates an outline of a smart breast pump system network which includes the breast pump system (100) in communication with a peripheral mobile device and application (270) and several cloud-based databases (268, 273). The breast pump system

(100) includes several sensors (262). Sensor data refers to a broad definition including data generated from any sensor or any other analogue/digital reading directly from the motherboard or any other component. However, within the embodiment detailed, these measurements include one or more of the following, but not limited to: milk volume measurements, temperature sensor readings, skin temperature sensing, pressure sensor readings, accelerometer data and user inputs through any physical device interface.

The device also contains a number of actuators, including, but not restricted to: piezoelectric pump(s), solenoid valve(s), IREDs and an LED display. Sensors and actuators within the device are coordinated by the CPU (263). In addition, any interactions, and data from these components, may be stored in memory (264).

Further to these components, the device also contains a communication chip, such as a Bluetooth chip (265) which can be used to communicate wirelessly with connected devices such as a peripheral mobile device (270). Through this connection any sensor data (267) generated in the breast pump can be sent to the connected device. This user data, along with any other metadata generated from a connected device app, can be provided to an online database which aggregates all user data (273). In addition, the communication chip will also allow the sending of user control data / firmware updates from the connected device to the breast pump system (266).

Raw data (271) collected from the measurement sub-system including sensors (262) may be analysed on a cloud database and the analysed data may be stored on the cloud (272). Through inferences provided by the analysed data, firmware updates (269) may be developed. These can be provided for download to the pump through, for example, an online firmware repository or bundled with the companion app in the connected device app store (268).

In addition, it should be appreciated that despite the sophistication of the proposed breast pump network, the breast pump still retains complete functionality without wireless integration into this network. Relevant data may be stored in the device's memory (264) which may then be later uploaded to the peripheral portion of the system when a connection is established, the connection could be via USB cable or wireless.

The measurement sub-system may analyse one or more of the following:

- the quantity of the liquid in the container above its base;
- the height of the liquid in the container above its base;
- the angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.

Based on whether the quantity and/or the height of the liquid in the container above its base is increasing above a threshold rate of increase, a haptic and/or visual indicator indicates if the pump is operating correctly to pump milk. For example, the visual indicator is a row of LEDs that changes appearance as the quantity of liquid increases.

The visual indicator may provide:

- an estimation of the flow rate;
- an estimation of the fill rate;
- an indication of how much of the container has been filled.

As a further example, an accelerometer may infer the amount of movement or tilt angle during a pumping session. If the tilt angle excesses a threshold, the system warns or alerts the user of an imminent spillage, or provides the user with an alert to change position. Alternatively, the system may also stop pumping to prevent spillage, and once the tilt angle reduces below the threshold, pumping may resume automatically. By sensing the movement or title angle during a pumping session, the system may also derive the user's activity such as walking, standing or lying.

Many variables can affect milk expression and data analysis of these multiple variables can help mothers to achieve efficient pumping regimes and improve the overall user experience.

Therefore, the measurement sub-system measures or infers milk flow into the milk container and enables a user to understand what variables (e.g. time of day, pump setting) correlates to good milk flow. The amount of milk expressed over one or more sessions is recorded as well as additional metrics such as: time of day, pump setting, length of a single pumping session, vacuum level, cycle times, comfort, liquids consumed by the mother. Live data or feedback is then provided to the user to ensure the breast pump is

being used properly and to support the user in understanding the variables that would correspond to the specific individual optimum use of the breast pump.

Furthermore, live data can be used to automatically and intelligently affect specific pumping parameters in order to produce the most efficient pumping session. For example, if the rate of expression increases, the milking cycle might be adjusted accordingly to achieve a more efficient, or more comfortable pumping cycle.

The measurement sub-system also enables a data analysis system to determine patterns of usage in order to optimally control pumping parameters. Collected metrics are transferred through wireless connections between the pump, a connected device or app and a cloud database. Additionally, the application can also connect to other apps residing on the connected device, such as fitness app or social media app or any other apps. Further metrics may also include the behaviour or specific usage of the user associated with the connected device while using the pump (detection of vision and/or audio cues, internet usage, application usage, calls, text message).

Different aspects of pumping can be automatically changed based on dynamic sensor feedback within the breast pump device. The data analysis system is able to access real-time data of pumping sessions and may be used to perform one or more of the following functions, but not limited to:

- indicate whether the milk is flowing or not flowing,
- measure or infer the quantity and/or height of the liquid in the container above its base,
- give recommendations to the mother for optimal metrics for optimal milk flow,
- give recommendations to the mother for optimal metrics for weaning,
- give recommendations to the mother for optimal metrics for increasing milk supply (e.g. power pumping),
- give recommendations to the mother for optimal metrics if an optimal session start time or a complete session has been missed,
- automatically set metrics for the pumping mechanism, such as length of a single pumping session, vacuum level, cycle times.
- automatically stop pumping when the milk container is full,
- automatically adjust one or more pumping parameters to achieve an optimum

pumping session,

- automatically adjust one or more pumping parameters to achieve a comfortable pumping session,

- automatically change the pumping cycle from a programmed cycle to another different programmed cycle, such as from a stimulation cycle to an expression cycle.

In addition, sensor feedback might be used to improve the physical function of the breast pump system itself. For example, an array of piezoelectric pumps may be dynamically adjusted in response to their operating temperatures so as to optimise the total life of the component whist maintaining peak pressures.

Many additional embodiments may be described for these simple feedback systems, yet the premise remains: real-time sensor feedback is used to automatically and dynamically adjust actuator function. Each feedback program may feasibly include any number and combination of data sources and affect any arrangement of actuators.

The data generated can also be used to generate large datasets of pumping parameters, user metadata and associated expression rates, therefore allowing the analysis of trends and the construction of associations or correlations that can be used to improve pumping efficiency, efficacy or any function related to effective milk expression. The analysis of large user datasets may yield useful general associations between pumping parameters and expression data, which may be used to construct additional feedback systems to include on firmware updates.

Multiple data sources can be interpreted simultaneously and several different changes to pumping might be actuated to increase pumping efficiency, user experience or optimize pump performance.

Collected metrics may be anonymised and exported for sharing to other apps, community or social media platforms on the connected device, or to an external products and services, such as community or social media platform. By contrasting the performance of different users in the context of associated metadata, users may be grouped into discrete 'Pumper profiles' or communities, which may then be used to

recommend, or action the most appropriate selection of intelligent feedback systems to encourage efficient expression. For example, a higher peak pressure may be recommended for women who tend to move more whilst pumping, so as to achieve more efficient expression.

5

**SECTION B: IR SYSTEM**

This section describes the milk detecting system used in the Elvie™ pump.

5    With reference to Figures 27 and 28, there is shown a device 270 for use in detecting the level of liquid inside a container 275. The device 270 is formed of a housing 271 in which is located a sensing assembly 272 comprising a series of optical emitters 273 (an array of three optical emitters is used on one implementation) which are relative to, and each located at a distance from, an optical receiver 274. In operation of the device as will be

10    described, each optical emitter 273 is operable to emit radiation which is received by the optical receiver 274. In an embodiment of the invention, the series of optical emitters are each located equidistant from the optical receiver 274.

The optical emitters 273 and the optical receiver 274 from the sensing assembly 272 are

15    located in a portion 276 of the device 270 which faces the container 275 when the device is connected to the container 275. The portion 276 of the device 270 containing the optical emitters 273 and the optical receiver 274 comprises a window 277 of material which is transparent to optical radiation. In this way, each of the optical emitters 273 and the optical receiver 274 have a line of sight through the window 277 into the container

20    275 when the device 270 is connected thereto.

A controller 278 comprising a CPU 279 and a memory 280 is provided in the device 270 for controlling the operation of the sensing assembly 272. An accelerometer 281 is also provided in the housing 271, which is operatively connected to the controller 278.

25    Operation of the device 270 when connected to the container 275 will now be described.

In a principal mode of operation, to determine the level L of liquid inside the container 275, the controller 278 instructs the optical emitters 273 to each emit radiation towards the surface of the liquid inside the container 275 at a given intensity. The optical receiver

30    274 receives the reflected radiation from each optical emitter 273 via the surface of the liquid and each of these intensities is recorded by the controller.

For each operation of the sensing assembly 272, the controller 278 records the intensities of radiation emitted by each of the optical emitters 273 as intensities IE1; IE2…IEn

(where n is the total number of optical emitters), and records the intensities of radiation received by the optical receiver 274 from each of the optical emitters 273 as received intensities IR1; IR2…IRn.

5      By comparing the emitted radiation intensities IE1; IE2…IEn with the received radiation intensities IR1; IR2…IRn, the controller 278 calculates a series of intensity ratios IE1:IR1; IE2:IR2…IEn:IRn, which are then used to determine the level of the liquid inside the container. At the most basic level, if the intensity ratio of IE1:IR1 is the same as IE2:IR2, given the optical emitters 273 are equidistant from the optical receiver 274,

10      this indicates that the level of the liquid inside the container is parallel to the top of the bottle, as shown in Figure 27. In contrast, if these two intensity ratios are different, this indicates that the liquid level is at a different angle, such as that shown in Figure 28.

To accurately determine the level and the quantity of liquid inside the container 275, the

15      controller 278 processes the recorded intensity ratios using a database located in the memory 280. The database contains an individual record for each container which is operable to connect with the device 270. Each record from the database contains a look-up table of information, which contains expected intensity ratios (IE1:IR1 and IE2:IR2) for the container 275 when filled at different orientations, and with different quantities of

20      liquid.

By comparing the information from the look-up table with the recorded intensity ratios, the controller 278 calculates the level and quantity of liquid inside the container 275 and stores this information in the memory 280.

25

In situations where a container 275 to the device 270 contains no stored record in the database, the sensing assembly 272 can be used in a calibration mode to create a new record. In the calibration mode, the sensing assembly 272 is operated as the container is filled from empty, and as it is positioned at different orientations. At each point during

30      the calibration mode, the controller 278 calculates the recorded intensity ratios (IE1:IR1 and IE2:IR2) and stores them in the record relating to the container 275. For each set of recorded intensity ratios, the user includes information in the record relating to the orientation and fill level of liquid inside of the container 275.

To improve the accuracy of the results obtained by the device 270 during its use, the controller 278 when recording each intensity ratio also records a parameter from the accelerometer 281 relating to the acceleration experienced by the device 270. For each recorded acceleration parameter, the controller 278 determines whether the parameter 278 exceeds a predetermined threshold acceleration parameter stored in the memory 280. The predetermined threshold is indicative of an excessive acceleration, which causes sloshing of liquid inside the container 275 connected to the device 270. In the event of a recorded acceleration parameter exceeding the predetermined threshold acceleration parameter, the controller 278 flags the recorded intensity ratios associated with the recorded acceleration  parameter as being unreliable (due to sloshing).

Even without the use of the accelerometer 281, the controller 278 is nonetheless operable to determine whether a set of recorded intensity ratios occur during a period of excess acceleration. In this regard, for each set of intensity ratios recorded at a given time, the controller 278 checks whether any of these intensity ratios is of a predetermined order of magnitude different than the remaining recorded intensity ratios from the set. In the event that the controller 278 determines that this is the case, this indicates that the liquid inside the container has 'sloshed' as a result of the excess acceleration, as shown in Figure 29. In this event, the controller 278 flags the set of recorded intensity ratios as being unreliable.

It will be appreciated that instead of recording the relative intensities of radiation emitted by the optical emitters 273 with the radiation received by the optical emitter 274, the controller 278 could instead record the time taken for radiation emitted by each of the optical emitters 273 to be received by the optical receiver 274. In this arrangement, the look up table would instead contain time periods as opposed to intensity ratios.

In terms of the applications for the device 270, it will be appreciated that the device can be used in a wide variety of applications. One possible application is the use of the device 270 to determine the level of liquid located within a container 275, such as a baby bottle, used as part of a breast pump assembly. In this arrangement, the device 270 is associated with a breast pump 301 which assists with the expression of milk from a breast. The breast pump may be located in the housing 271 of the device 270 as shown in Figure 30, or it may be realisably connected to the housing 271.

Either way, the device 270 would be connectable to the container 275 such that milk expressed by the breast pump can pass from the pump via a channel 302 into the container 275.

The breast pump may be any type of breast pump system including any shapes of milk container or bottle and may comprise a pump module for pumping milk from a breast. The pump module being contained within the housing may comprise: a coupling, a container attachable to the housing via the coupling to receive milk from the pump, a sensing assembly within the housing and comprising at least one optical emitter operable to emit optical radiation towards the surface of the body of milk held in the container when the housing is connected to the container, an optical receiver for receiving the reflected radiation from the surface of the milk, and a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the level of the milk inside the container based on the reflected radiation received by the optical receiver.

By determining the level of milk inside the container based on reflected radiation from the surface of the milk in the container, there is no need to monitor the individual droplets of milk entering the container, such that the sensing assembly can avoid errors associated with measuring these droplets. For example, because we take multiple reflection-based measurements once the container is filled, we can generate an average measurement that that is more accurate than a single measurement.  But with systems that rely in counting individual droplets, that is not possible – further, systemic errors (e.g. not counting droplets below  a certain size) will accumulate over time and render the overall results unreliable. Furthermore, by not needing to measure these droplets, the sensing assembly from the breast pump need not always be on during the pumping process, which saves power.

When at least two optical emitters are used, the sensing assembly from the breast pump may determine the level of milk inside the container more accurately and irrespective of the orientation of the liquid level inside the container.

Each optical emitter may be equidistant from the optical receiver in order for the

38233033.1

controller to easily calculate the level of the milk inside the container based on the reflected radiation originating from each optical emitter. The signals from the optical receiver preferably comprise information relating to the intensity of the radiation received by the optical receiver.

5

Each optical emitter may be operable to emit radiation at a different wavelength, or at a different time, than the other optical emitters. In this way, the controller can more easily process the signals from the optical receiver, and more easily distinguish between the radiation emitted by each of the optical emitters.

10

The optical emitter may emit radiation in the visible range of wavelengths. Alternatively, it may be UV or IR light. The emitted wavelength may be for example between 10nm and 1mm.

15    The sensing assembly may also comprise at least one accelerometer electrically connected to the controller. The controller may be configured to record an accelerometer parameter from the accelerometer and determine whether the accelerometer parameter exceeds a predetermined threshold. The predetermined threshold may be indicative of an excessive acceleration, which might cause sloshing of milk inside any container connected to the
20    breast pump.

Another application for the device 270 is as a collar for detecting the level/quantity of liquid in a container 275, such as a baby bottle, via its lid 310. An example of the device 270 being used as such a collar is shown in Figure 31. In this arrangement, the device 270
25    is located between the container 275 and the lid 310, and comprises a first end 311 having a first coupling 312 for attaching the collar to the lid 310. The device comprises a second end 313 having a second coupling 314 for attaching the device 270 to the container 275. The second coupling may be a screw thread, shown in Figure 31, on the inside surface of the container 275. In this way, the distinctive bottom inside surface can
30    be used by the sensing assembly 272 to more easily calibrate itself to the container 275 on which the distinctive bottom inside surface is located. The distinctive bottom may also be used to help identify which container 275 the device is connected to, and thus which record should be used from the database when the device 270 is used.

To further improve the accuracy of the sensing assembly 272, the controller 278 may also be configured to use the recorded information from the accelerometer 281, in situations where the record acceleration is below the predetermined threshold acceleration parameter, to calculate a more accurate liquid level and/or quantity of liquid located
5    inside the container which is compensated for acceleration.

In one particular arrangement, the controller 278 may poll the accelerometer 281 prior to each operation of the sensing assembly 272 to verify that the device 270 is not currently undergoing excessive acceleration. In the event of the controller 278 determining
10    excessive acceleration in the device 270, the controller 278 would continually re-poll the accelerometer, and not operate the sensing assembly 272, until the parameter from the accelerometer is determined as being below the predetermined threshold acceleration parameter stored in the memory 280.

15    It will also be appreciated that for each container record stored in the database, the container record may comprise a plurality of look up tables, wherein each look up table is associated with a particular liquid used in the container, and wherein each look up table contains its own set of intensity ratios. In this way, the device 270 can more accurately determine the level/quantity of different liquids used in a particular container 275.

20

As described herein, the sensing assembly 272 has been described as having a plurality of optical emitters 273. It will be appreciated however that the sensing assembly could operate using a single optical emitter 273 and plurality of optical receivers 274. In this arrangement, each record from the database would contain a plurality of ratios relating to
25    the emitted radiation from the optical emitter 273 as received by each of the optical receivers 274. In use of the device 270, the controller 278 would then similarly record the emitted radiation from the optical emitter 273 as received by each of the optical receivers 274. In an alternate arrangement, there may be provided a plurality of optical emitters 273 and a plurality of optical receivers 274, wherein each optical emitter 273 is associated
30    with a respective optical receiver 274. In its simplest arrangement, the sensing assembly 272 may comprise a single optical emitter 273 and a single optical receiver 274.

In certain configurations, the optical emitters 273 may together emit radiation having the same wavelength. In other configurations, the optical emitters 273 may each emit

radiation having a different wavelength. In this latter configuration, the optical receiver 274 would then be able to determine which optical emitter 273 is associated with any given received radiation, based on the wavelength of the received radiation.

5    The optical emitters 273 may also each emit radiation at different times, such to allow the controller 278 to more easily process the signals from the optical receiver 274, and more easily distinguish between the radiation emitted by each of the optical emitters 273.

10    In relation to the electrical connection between the controller 278 and the sensing assembly 272, it will be appreciated this electrical connection may be either a wired/wireless connection as required.

Although not shown in the Figures, the device 270 herein described is preferably powered by a battery or some other power source located in the device 270. In other 15    embodiments, the device 270 may be powered using mains electricity.

In one configuration, it is also envisaged that rather than the controller 278 comparing the information from the look-up table with the recorded intensity ratios to calculate the level and quantity of liquid inside the container 275, the controller 278 could instead 20    process the recorded intensity ratios through a liquid-level equation stored in the memory 280. In this configuration, the liquid-level equation could be a generalised equation covering a family of different containers, or could be an equation specific to a container having a given shape and/or type of liquid inside.

25    It will also be appreciated that in some applications of the device 270, the device could be used to detect the level of a solid, as opposed to a liquid, in a container. As used herein, the terms 'optical emitter' and 'optical receiver' are intended to cover sensors which can emit radiation in or close to the optical wavelength. Any type of radiation at or close to the optical wavelength is suitable provided that it does not have any harmful 30    effects. The exact wavelength is not important in the context of the invention. Such sensors thus include those which can emit visible radiation (such as radiation having wavelengths in the region of 400nm-700nm), and/or those which can emit IR radiation (such as radiation having wavelengths in the region of 700nm-1mm and/or those which can emit UV radiation (such as radiation having wavelengths in the region of 10nm to

400nm).

Existing prior art for such a sensor module is the apparatus disclosed in RU2441367. In this apparatus, the container is an industrially sized milk tank, which only includes a
5    single laser mounted at the top of the tank. Whilst this apparatus is suited for large-sized containers, which do not move in use, the apparatus is less-suited for applications where the container moves in use, or where the liquid level inside the container is non perpendicular to the laser beam shone into the container. In contrast, the sensor module described above can be used in a variety of different applications, is conveniently located
10    within a housing, and which by virtue of it having at least two optical emitters, can determine the level of liquid even inside containers of irregular shapes, and which can determine the level of liquid inside a container irrespective of the orientation of the liquid level inside the container.

15    Further to the embodiments of the fluid measurement system in different contexts, it can be appreciated that different functions entirely may be possible using the same component structure. For example, it is known that certain molecules within breast milk absorb specific wavelengths of light at characteristic propensities. Whilst the proposed system uses multiplexed IREDs at the same wavelengths to perform proximity
20    measurements, the same array of IREDs may instead be used to emit several different wavelengths of light and determine their absorption upon reflection. If appropriately calibrated, the system may be able to report on the presence or concentration of specific compounds in the expressed milk, such as fat, lactose or protein content.

25    In addition to this embodiment, it is feasible that the system might be applied to monitor the change in volume of any other container of liquid, given there is sufficient reflection of IR off its surface. These embodiments might include for example: liquid vessel measurement such as for protein shakes, cement or paint, or volume measurements within a sealed beer keg.

30

35

38233033.1

**SECTION C: BRA CLIP**

This section describes a bra clip that forms an accessory to the Elvie™ pump.

5

It relates to a system allowing a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast pump. As such, the user does not need a specialised adjustable bra; instead the present system works with all conventional maternity bras. The user also does

10    not have to purchase any larger bras to wear while pumping.

As shown in Figure 32, a typical maternity bra 320 comprises a support structure made up of shoulder straps 321 which support the bra 320 on the wearer's shoulders, and a bra band 322 for extending around a user's ribcage, comprising two wings 323 and a central

15    panel or bridge 324. The straps 321 are typically provided with adjustment mechanisms 325 for varying the length of the straps 321 to fit the bra 320 to the wearer. At the outermost end of each wing, an attachment region 326 is provided. Typically, hooks 327 and loops 328 are provided for securing the bra 320 at the user's back. However, any other suitable attachment mechanism may be used. Alternatively, the attachment region

20    326 may be provided at the front of the bra 320 in the bridge region 324, with a continuous wing 323 extending continuously around the wearer's back. Typically, a number of sets of loops 328 are provided to allow for variation in the tightness of the bra 320 on the wearer. While shown as having a separation in Figure 32, the wings 323 and bridge 324 may form a single continuous piece in certain designs. Likewise, while

25    shown with a distinct separation in Figure 32, the shoulder straps 321 and the wings 323 may likewise form a single continuous piece.

The maternity bra 320 is further provided with two breast-supporting cups 329 attached to the support structure. The cups 329 define a cup size, which defines the difference in

30    protrusion of the cups 329 from the band 322. The European standard EN 13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting a 2 cm difference between the protrusion of the cups 329 from the band 322. Some manufacturers do vary from these conventions in denomination, and some maternity bras are measured in sizes

of S, M, L, XL, etc.

The cups 329 may be stitched to the bra band 321. At least one of the cups 329, is in detachable attachment with the corresponding strap 321. In particular, this is achieved at attachment point 330 where a hook 331 attached to the bra strap 321 engages with a clasp 331 attached to the cup 329. The hook 331 and the bra strap adjuster 325 are set such that in the closed position, the cup size of the bra 320 fits the wearer's breasts.

In Figure 32, the left cup 329 is shown attached to its attachment point 330, which the right cup 329 is unattached. In this manner, the wearer is able to detach the cup 329 to expose their breast for feeding or for breast pumping. Once this is completed, the cup 329 is reattached and the maternity bra 320 continues to function as a normal bra.

While in the depicted embodiments, a hook 331 is shown on the bra strap 321 and a clasp 332 is shown on the cup 329, it is appreciated that the provision of these may be reversed, or that alternative attachment mechanisms may be used.

A maternity bra therefore may comprise a support structure comprising shoulder straps and a bra band and a first and a second cup each attached to the support structure to provide a first cup size, at least one cup being at least partially detachable from the support structure at an attachment point.

In other embodiments, the detachable attachment point 330 may be provided at a different location, such as at the attachment between the bra band 322 and the cup 329. The mechanism for such an attachment point is the same as described above.

A clip has been designed such that it is configured to be attached to the support structure at a position away from the attachment point. This results in the original attachment point being usable, with the clip providing an alternative attachment point to give, in effect, an adjusted cup size.

Alternatively, the clip may also be attachable to the support structure at a plurality of non-discrete positions. This ensures essentially infinite adjustment of the clip position such that the perfect position for the user can be found.

38233033.1

The clip can also extend between an unextended and an extended state, and can attach to the support structure at the attachment point; the first cup size is providable when the at least partially detachable cup is attached to the clip when the clip is an unextended state; the second cup size is providable when the at least partially detachable cup is attached to the clip when the clip is in an extended state. An extendable clip like this allows quick switching between the two states in use.

Figure 33 depict a clip 335 according to the present invention, along with a clasp 332 shown in isolation from the bra cup 329 it is normally attached to. The clip comprises a first engagement mechanism and at least one second engagement mechanism(s). The clip is attachable in a releasable manner to the support structure at a first position via the first engagement mechanism and attachable in a releasable manner to one of the partially detachable cups via the second engagement mechanism to provide a second cup size different to the first cup size. The clip 335 is provided with a material pathway 336 which receives a portion of the bra strap 321. In the particular embodiment of these Figures, the clip 335 is substantially U-shaped, with a narrowing profile towards its open end. However, it is appreciated that any other suitable shape with a material pathway may be used, such as an S-shape or E-shape. The clip 335 is designed to be attached to the bra strap 321 in a releasable manner, with the slot 336 acting as a support engaging mechanism. The releasable manner means that the clip 335 may be simply removed from the bra 320 without causing any damage to the functioning of the bra 320. To enhance the ease of attachment, the clip 335 may be provided with outwardly extending wings 204 which help direct the bra strap 321 into the clip 335. The clip 335 is further provided with a hook 220 acting as a cup engaging mechanism which can engage with the clasp 332.

Figure 33 (c) shows the clip 335 being attached to a bra strap 321 in order to provide a second attachment point 337 for the clasp 332 to attach to, and hence to provide a second cup size for the bra 320. In this particular embodiment, the clip 335 is attached in a portion of strap 321A below the original attachment point 330 and hence the second attachment point 337 is likewise below the original attachment point. This results in a second cup size larger than the first cup size. In preferred embodiments, as shown in these Figures, the clip 335 engages with the support structure in a direction transverse to

the direction in which it engages with the cup.

Figure 33 (d) and (e) show how a wearer is able to move between the first and second cup sizes. In 33(d), the cup 329 is attached at the first attachment point 330 to provide a first cup size. The wearer then disengages the clasp 332 from the hook 331 at the hook 338 at the second engagement point 239. In this manner, the wearer is easily able to transition between the two cup sizes.

Figures 34 and 35 show an alternative design for a clip 340. This clip 340 is substantially "E-shaped", with a back portion 341 and first, second and 5 third prongs 342A, 342B, 342C extending transverse from this back portion 341. The three prongs 342A, 342B, 342C are spaced apart along the length of the back portion 341. The first and third prongs 342A, 342C are provided with attachment clips 343A, 343B.

These attachment clips 343A, 343B can engage with the clasp 332 of a bra to provide the second cup size. Depending upon the orientation of the clip 300, one or the other of the attachment clips 343A, 343B will be used to attach the clasp 332 of the bra. By providing these clips 343A, 343B on both of the first and the third prongs 342A, 342C the clip is easily reversible so it can be used on either side of the bra. Preferably the clip 340 is also symmetrical, to aid the reversibility of the clip 340.

Figure 35 shows the clip 340 attached to a bra. As can be seen, the first and third prongs 342A, 342C extend on the front side of the bra strap, with the second prong 342B extending on the rear side of the bra strap. In this manner, the clip 340 is attached to the strap. In preferable embodiments, a grip-enhancing member 344 such as a number of projections and/or roughened patches can be provided on the second prong 342B in order to strengthen this grip.

In alternative embodiments, the attachment clip could be provided on the second, centremost prong 342B. In such an arrangement, the centremost prong 342B would be on the outside of the bra, with the first and third prongs 342A, 342C on the inside.

The provision of the attachable clip allows maternity bras already owned by the wearer to be quickly transformed into bras with quick switchable double cup size options.

This allows the use of integrated wearable breast pumps which increase the user's required cup size. This allows more design freedom for the breast pump in terms of size and shape, while still allowing the user to discretely pump with the pump held within their bra. By allowing conversion of the user's existing maternity bras, they are not forced to purchase specially designed bras to wear with the pump. The bra is hence normally at the first engagement point 330 when the breast pump device is not being used. As shown in Figure 33, the clasp 332 is then engaged by the user to discretely switch between the two configurations, and the user then inserts the pump without any complex adjustment or removal of clothing.

Preferably, the clip will be relatively unobtrusive in size and shape and hence can be left in place when the bra is first put on and used when necessary. To this end, the clip is preferably machine washable without significant damage or degradation.

In some embodiments, the clip may be switchable between positions for engaging with each cup so that a single clip may be used on either side of the bra. To achieve this, the clip is preferably reversible. This may provide the user with a visual indication of which breast has produced milk most recently so switching can take place.

In a preferred embodiment, the first engagement mechanism engages with the support structure in a first direction and the second engagement mechanism engages with the cup in a second direction transverse to the first direction. This increases ease of attachment as with this structure the sideways engagement of the clip to the support structure ensures that the second attachment mechanism is correctly orientated for the cup.

The second engagement mechanism may be one or more of a hook or a snap or a clip. This ensures easy interfacing with the traditional hook and clasp systems already provided on maternity bras.

Preferably the clip further comprises two distinct second engagement mechanisms which can be used interchangeably dependent upon the orientation of the clip. This makes the clip easier to use as it can be quickly switched between each bra strap, and the user does not have to worry which way up to put the clip on.

38233033.1

Preferably, the clip comprises a material pathway with an opening for receiving a portion of the support structure as the first engagement mechanism for securing the clip to the bra. This ensures a quick and simple method for attaching the clip to the bra. In particular, the clip may substantially U-shaped, and the material pathway is between the arms of the U.

Preferably, the clip comprises three prongs extending from a central support, the three prongs arranged as a central prong and two outer prongs so as to receive the support structure on one side of the central prong and on the opposite side of each respective outer prong, at least one prong being provided with the second engagement mechanism. This ensures a strong attachment to the bra and a simple design.

Preferably, both outer prongs are each provided with a respective second engagement mechanism. This ensures that the clip is reversible for easier attachment to the bra.

A method of adjusting the cup size of a maternity bra is provided according to the present invention, comprising: providing a maternity bra comprising: a support structure comprising shoulder straps and a bra band; and a first and second cup each attached to the support structure to provide a first cup size, the at least one cup being detachable from the support structure at an attachment point, providing a clip comprising first and section engagement mechanisms, attaching the first engagement mechanism of the clip in a releasable manner to a first position of the support structure of the maternity bra, attaching one of the detachable cup to the second engagement mechanism of the clip in a releasable manner to provide a second cup size different to the first cup size.

This clip and method allow a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast pump.

Preferably, the method further comprises the step of inserting a breast pump into the detachable cup. The adjustment of the size of the bra allows the bra to support the breast pump against the user's breast for comfort and ease.

Preferably, the method further comprises the steps of: detaching the first engagement mechanism of the clip from the first position support structure of the maternity bra; attaching the first engagement mechanism of the clip in a releasable manner to a second position of the support structure of the maternity bra; and attaching the other of the

5      detachable cups to the second engagement mechanism of the clip in a releasable manner to provide a second cup size different to the first cup size. This allows the user to use a single clip on either of the cups.

An alternative embodiment may be provided, with an extendable clip 360 as shown in

10     Figure 36. In such an embodiment the clip is attached to the hook 331 on the strap 321 in a releasable manner, with the clasp 332 attached to an expandable portion of the clip. The clip is then able to expand between an unexpanded state where the clasp 332 is held in substantially the same position as the first attachment point 330 to provide the first cup size, and an expanded state, where the clasp 332 is held in a second position away

15     from the first attachment point 330 to provide the second cup size.

For example, an elongate clip with first and second opposite ends may be provided. A first attachment point for attaching to the hook 331 is provided at the first end, and a second attachment point for attaching to the clasp 332 is provided at the second end.

20     The elongate clip is hinged between the two ends, such that the clip can be folded between an elongate configuration to a closed configuration where the second end touches the first end. A clasp can be provided on the clip to hold the second end in this closed configuration. Thus, in the closed position the clasp 332 is held in substantially the same location as the first attachment point 330 to provide the first cup size, and in the

25     open position the clasp is held away from the first attachment point 330 to provide the second cup size.

Other extendable clip embodiments are also possible, for example sliding clips or elastic clips.

30

Additional embodiments of a maternity bra adjuster are provided in Figures 37 and 38. The alternative proposed solution is a small adapter device, which comprises a first portion 370 including a clasp 373 and a second portion 372 including a hook 374, in which the first and second portions are separated by a small distance 371 in order to

provide two different adjustable sizes. The first portion includes a clasp 373 that is designed to attach to the hook on the bra strap 321. It may also include a top hook 375 positioned underneath the clasp, and a clip 376 on the rear side. The second portion includes a bottom hook 372.

The clasp 332 that is present on the cup 329 of the maternity bra, may then either engage with the top hook (321) to provide a first cup size, and engage with the bottom hook (332) to provide a second cup size that is different from the first cup size, as illustrated in Figure 39. The user may then discretely switch between a non pumping position, provided by the first cup size, and a second pumping position without any complex adjustment or removal of clothing needed, while using a wearable breast pump system (100).

The first portion and second portion may be made of plastic and may be separated by a stretchy material such as elastic or elastomeric material. The first portion may also include a clip on the rear side, the purpose of which is to allow the user to leave the clip attached to the bra for an extended time period.

**Section D: Use of Piezo Pump in Wearables**

As described in Section A, the breast pump system includes a piezo air pump, resulting in a fully wearable system that delivers a quiet, comfortable and discreet operation in normal use. This section gives further information on the piezo air pump.

In comparison with other pumps of comparable strength, piezo pumps are smaller, lighter and quieter.

Each individual Piezo pump weighs approximately 6gm and may, with material and design improvements, weigh less than 6gm.

In operation, the Elvie breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise; tests indicate that it makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

Piezo pumps also have lower current draw, allowing for increased battery life. A piezo pump is therefore ideally suited for wearable devices with its low noise, high strength and compact size. Further, as shown in the breast pump system of Figures 7 and 8, more than one piezo pump may be used.

Whilst a breast pump system is largely described in previous sections, the use of piezo mounted either in series or in parallel can also be implemented in any medical wearable devices or any wearable device. The piezo pump may pump air as well as any liquid.

With reference to Figure 40, a diagram illustrating a configuration of two piezo pumps mounted in series is shown.

With reference to Figure 41, a diagram illustrating a configuration of two piezo pumps mounted in parallel is shown.

With reference to Figure 42, the air pressure generated as a function of time by two piezo pumps mounted in series and two piezo pumps mounted in parallel are compared.  In

this example, the parallel configuration produces higher flow rate and achieves - 100mmHg negative air pressure faster than the series configuration. In comparison, the series configuration produces lower flow rate and takes slightly longer to reach 100mmHg. However, the parallel configuration cannot achieve as high as a vacuum as the series configuration and plateaus at -140mmHg. In comparison, the series configuration is able to generate about -240mmHg.

A dual configuration is also implemented in which more than one piezo pump is configured such that they can easily switch between a parallel mode and a series mode. This dual configuration would suit wearable devices that would need to achieve either lower or higher pressure faster.

Figure 43 shows a plot of the air pressure generated as a function of time by two piezo pumps mounted in a dual configuration. In this dual configuration, the piezo pumps first start with a parallel mode in order to benefit from faster flow rate, and then switch to a series mode (as indicated by the switch-over point) when stronger vacuums are required, enabling to save up to 500ms on cycle time with elastic loads.

Additionally, a piezo pump may be used in combination with a heat sink in order to efficiently manage the heat produced by the wearable pump. This configuration may be used to ensure that the wearable device can be worn comfortably. The heat sink or heat sinks are configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin (especially prolonged contact for greater than 1 minute) are no more than 48°C and preferably no more than 43°C.

The heat sink may store the heat produced by a piezo pump in order to help diverting the heat produced to another location. This not only ensures that the wearable system can be worn comfortably, but also increases the lifetime of a piezo pump.

Figure 44 shows a picture of a wearable breast pump housing including multiple piezo pumps (440). The breast pump system is wearable and the housing is shaped at least in part to fit inside a bra. By applying a voltage to the piezo pumps, the pressure provided by the pumps increase. The generation of higher pressure by the piezo pumps also means higher heat produced that needs to be managed. Each piezo pump is therefore

connected to a heat sink (441), such as a thin sheet of copper. The heat sink has a long thermal path length that diverts the heat away from the piezo pump.

5    The use of a heat sink in combination with a piezo pump is particularly relevant when the wearable device is worn directly or near the body, and where the management of heat induced by the piezo pump is crucial.

A wearable device including a piezo pump may therefore include a thermal cut out, and may allow for excess heat to be diverted to a specific location. The heat sink may be

10    connected to an air exhaust so that air warmed by the piezo pumps vents to the atmosphere. For example, the wearable system is a breast pump system and the heat sink stores heat, which can then be diverted to warm the breast shield of the breast pump system.

15    Use cases application include but are not limited to:

- Wound therapy;
- High degree burns;
- Sleep apnoea;
- Deep vein thrombosis;

20    - Sports injury.

## APPENDIX: SUMMARY OF KEY FEATURES

In this section, we summarise the various features implemented in the Elvie™ pump system.   We organize these features into six broad categories:

5    **A.**    **Elvie Breast Pump: General Usability Feature Cluster**

**B.**    **Elvie Piezo Air Pump Feature Cluster**

**C.**    **Elvie Milk Container Feature Cluster**

**D.**    **Elvie IR System Feature Cluster**

**E.**    **Elvie Bra Clip Feature Cluster**

10    **F.**    **Other Features, outside the breast pump context**


Drilling down, we now list the features for each category:

**A.**    **Elvie Breast Pump: General Usability Feature Cluster**

Feature 1    Elvie is wearable and includes only two parts that are removable from the
15    pump main housing in normal use.

Feature 2    Elvie is wearable and includes a clear breast shield giving an unobstructed
view of the breast for easy nipple alignment.

Feature 3    Elvie is wearable and includes a clear breast shield with nipple guides for
easy breast shield sizing.

20    Feature 4    Elvie is wearable and includes a breast shield that audibly attaches to the
housing.

Feature 5    Elvie is wearable and includes a breast shield that attaches to the housing
with a single push.

Feature 6    Elvie is wearable and not top heavy, to ensure comfort and reliable
25    suction against the breast.

Feature 7    Elvie is wearable and has a Night Mode for convenience.

38233033.1

Feature 8        Elvie is wearable and includes a haptic or visual indicator showing when milk is flowing or not flowing well.

Feature 9        Elvie is wearable and collects data to enable the mother to understand what variables (e.g. time of day, pump speed etc.) correlate to good milk-flow.

Feature 10        Elvie is wearable and collects data that can be exported to social media.

Feature 11        Elvie is wearable and has a smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.

Feature 12        A smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.

Feature 13        Elvie is wearable and includes a sensor to infer the amount of movement or tilt angle during normal use.

Feature 14        Elvie includes a control to toggle between expressing milk from the left breast and the right breast.

Feature 15        Elvie includes a pressure sensor.

Feature 16        Elvie includes a microcontroller to enable fine tuning between pre-set pressure profiles.

Feature 17        Elvie enables a user to set the comfort level they are experiencing.

Feature 18        Elvie includes a microcontroller to dynamically and automatically alter pump operational parameters.

Feature 19        Elvie automatically learns the optimal conditions for let-down.

### B.        Elvie Piezo Air Pump Feature Cluster

Feature 20        Elvie is wearable and has a piezo air-pump for quiet operation.

Feature 21        Elvie has a piezo air-pump and self-sealing diaphragm

Feature 22        Elvie uses more than one piezo air pump in series.

Feature 23    Elvie is wearable and has a piezo air-pump, a breast shield and a diaphragm that fits directly onto the breast shield.

Feature 24    Elvie is wearable and has a piezo air-pump for quiet operation and a re-useable, rigid milk container for convenience.

Feature 25    Elvie has a piezo-pump for quiet operation and is a connected device.

Feature 26    Elvie uses a piezo in combination with a heat sink that manages the heat produced by the pump.

Feature 27    Elvie is wearable and gently massages a mother's breast using small bladders inflated by air from its negative pressure air-pump.

Feature 28    Elvie is wearable and gently warms a mother's breast using small chambers inflated by warm air from its negative pressure air-pump.

## C.    Elvie Milk Container Feature Cluster

Feature 29    Elvie is wearable and includes a re-useable, rigid milk container that forms the lower part of the pump, to fit inside a bra comfortably.

Feature 30    Elvie is wearable and includes a milk container that latches to the housing with a simple push to latch action.

Feature 31    Elvie is wearable and includes a removable milk container with an integral milk pouring spout for convenience.

Feature 32    Elvie is wearable and includes a removable milk container below the milk flow path defined by a breast shield for fast and reliable milk collection.

Feature 33    Elvie is wearable and includes a breast shield and removable milk container of optically clear, dishwasher safe plastic for ease of use and cleaning.

Feature 34    Elvie is wearable and includes various components that self-seal under negative air pressure, for convenience of assembly and disassembly.

38233033.1

Feature 35    Elvie is wearable and includes a spout at the front edge of the milk container for easy pouring.

Feature 36    Elvie is wearable and includes a milk container that is shaped with broad shoulders and that can be adapted as a drinking bottle that baby can easily hold.

### D.    Elvie IR System Feature Cluster

Feature 37    Elvie is wearable and includes a light-based system that measures the quantity of milk in the container for fast and reliable feedback.

Feature 38    The separate IR puck for liquid quantity measurement.

Feature 39    The separate IR puck combined with liquid tilt angle measurement.

### E.    Bra Clip Feature

Feature 40    Bra Adjuster.

### F.    Other Features that can sit outside the breast pump context

Feature 41    Wearable device using more than one piezo pump connected in series or in parallel.

Feature 42    Wearable medical device using a piezo pump and a heat sink attached together.

We define these features in terms of the device; methods or process steps which correspond to these features or implement the functional requirements of a feature are also covered.

38233033.1

We'll now explore each feature 1 – 42 in depth.  Note that each feature can be combined with any other feature; any sub-features described as 'optional' can be combined with any other feature or sub-feature.

5    **A.    Elvie Breast Pump: General Usability Feature Cluster**

**Feature 1    Elvie is wearable and includes only two parts that are removable from the pump main housing in normal use**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping
10    mechanism;

(b)    a breast shield;

(c)    a rigid or non-collapsible milk container;

and in which the breast pump system includes only two parts that are directly removable from the housing in normal use or normal dis-assembly: the breast shield and the rigid,
15    non-collapsible milk container.

Optional:

- The only parts of the system that come into contact with milk in normal use are the breast shield and the milk container.
- Milk only flows through the breast shield and then directly into the milk
20    container.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
25    - The two removable parts are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings, in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- No other parts are removable from the breast shield, apart from the flexible diaphragm.
- The milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.
- The milk container mechanically or magnetically latches to the housing.
- The milk container is released by the user pressing a button on the housing.
- The milk container includes a removable cap and a removable valve that is seated on the lid.
- In normal use, the milk container is positioned entirely within a bra.

- No other parts are removable from the milk container, apart from the cap and the valve.
- All parts that are user-removable in normal use are attached to either the breast shield or the milk container.
- Audible or haptic feedback confirms the pump system is properly assembled for normal use with the milk container locked to the housing and the breast shield locked to the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

### Feature 2      Elvie is wearable and includes a clear breast shield giving an unobstructed view of the breast for easy nipple alignment

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)      and a breast shield including a substantially transparent nipple tunnel, shaped to receive a nipple, providing to the mother placing the breast shield onto her breast a clear and unobstructed view of the nipple when positioned inside the nipple tunnel, to facilitate correct nipple alignment.

Optional:

- The breast shield is configured to provide to the mother a clear and unobstructed view of the nipple when the breast shield is completely out, of or separated from, the housing.
- The breast shield is configured to provide to the mother a clear and unobstructed view of the nipple when the breast shield is partially out of, or partially separated from, the housing.
- Entire breast shield is substantially transparent.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.

38233033.1

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- A milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.
- The milk container mechanically or magnetically latches to the housing.
- The milk container is released by the user pressing a button on the housing.

- The milk container includes a removable cap and a removable valve that is seated on the lid.
- In normal use, the milk container is positioned entirely within a bra.

5

**Feature 3    Elvie is wearable and includes a clear breast shield with nipple guides for easy breast shield sizing**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10

(b)    and a breast shield including a substantially transparent nipple tunnel shaped to receive a nipple, the nipple tunnel including guide lines that define the correct spacing of the nipple from the side walls of the nipple tunnel.

Optional:

15
- The guide lines run generally parallel to the sides of the nipple placed within the nipple tunnel.
- Breast shield is selected by the user from a set of different sizes of breast shield to give the correct spacing.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.

20
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around the nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.

25
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers in the housing locate into small indents in the breast shield.

30

38233033.1

- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 4        Elvie is wearable and includes a breast shield that audibly attaches to the housing.**

A wearable breast pump system including:

(a)        a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)        and a breast shield that is attachable to the housing with a mechanism that latches with an audible click when the breast shield is slid on to or against the housing with sufficient force.

Optional:

- The breast shield is configured to slide onto or against the housing in a direction parallel to the long dimension of a nipple tunnel in the breast shield.

38233033.1

- Breast shield is removable from the housing with an audible click when the breast shield is pulled away from the housing with sufficient force.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around the nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- The edge of the flexible diaphragm seals, self-seals, self-energising seals, or interference fit seals against the housing when the breast shield attaches to the housing.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

5    **Feature 5    Elvie is wearable and includes a breast shield that attaches to the housing with a single push**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10    (b)    and a breast shield configured to attach to the housing with a single, sliding push action.

Optional:

- The breast shield is configured to slide onto or against the housing in a direction parallel to the long dimension of a nipple tunnel in the breast shield.
15    - The single push action overcomes a latching resistance.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
20    - Breast shield is configured to be rotated smoothly around a nipple inserted into a nipple tunnel in the breast shield to position a diaphragm housing portion of the breast shield at the top of the breast.
- Housing is configured to slide onto the breast shield when the breast shield has been placed onto a breast using guide members.
25    - Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when
30    negative air pressure is applied to it by an air pump system in the housing, and (b)

transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.

- The edge of the flexible diaphragm seals, self-seals, self-energising seals, or interference fit seals against the housing when the breast shield attaches to the housing.

- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.

- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

- A milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.

- The milk container mechanically or magnetically latches to the housing.

- The milk container is released by the user pressing a button on the housing.

- The milk container includes a removable cap and a removable valve that is seated on the lid.

- In normal use, the milk container is positioned entirely within a bra.

**Feature 6        Elvie is wearable and not top heavy, to ensure comfort and reliable suction against the breast**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism

38233033.1

(b)    and a breast shield;

(c)    a milk container;

and in which the centre of gravity of the pump system is, when the milk container is empty, substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through a nipple tunnel or filling point on a breast shield, so that the device is not top-heavy for a woman using the pump.

Optional:

- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.

- In which the centre of gravity only moves lower during use as the milk container gradually receives milk, which increases the stability of the pump inside the bra.

- In which milk only passes downwards when moving to the milk container, passing through the nipple tunnel and then through an opening in the lower surface of the nipple tunnel directly into the milk container, or components that are attached to the milk container.

- System is configured so that its centre of gravity is no more than 60mm up from the base of the milk container also below the top of the user's bra cup.

- In which the pumping mechanism and the power supply for that mechanism are positioned within the housing to provide a sufficiently low centre of gravity.

- In which the pumping mechanism is one or more piezo air pumps, and the low weight of the piezo air pumps enables the centre of gravity to be substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.

- In which the pumping mechanism is one or more piezo air pumps, and the small size of the piezo air pumps enables the components in the housing to be arranged so that the centre of gravity is substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.

- In which the pumping mechanism is one or more piezo air pumps, and the low weight of the battery or batteries needed to power that piezo air pumps enables the centre of gravity to be substantially at or below (i) the half-way height line of

the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

### Feature 7    Elvie is wearable and has a Night Mode for convenience

A breast pump system including:

(a)    a housing including a pumping mechanism;

(b)    an illuminated control panel;

(c)    a control system that reduces or adjusts the level or colour of illumination of the control panel at night or when stipulated by the user.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Control system is implemented in hardware in the pump itself using a 'night mode' button.
- Control system is implemented in software within a connected device app running on the user's smartphone.
- Control system is linked to the illumination level on a connected device app., so that when the connected app is in 'night mode', the illuminated control panel is also in 'night mode', with a lower level of illumination, and when the illuminated control panel on the housing is in 'night mode', then the connected app is also in 'night mode'.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast. The pumping mechanism is one or more piezo air pumps, selected for quiet operation.

38233033.1

**Feature 8      Elvie is wearable and includes a haptic or visual indicator showing when milk is flowing or not flowing well**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)      a milk container that is configured to be concealed within a bra and is hence not visible to the mother in normal use;

(c)      a visual and/or haptic indicator that indicates whether milk is flowing or not flowing into the milk container.

Optional:

- A haptic and/or visual indicator indicates if the pump is operating correctly to pump milk, based on whether the quantity and/or the height of the liquid in the container above its base is increasing above a threshold rate of increase

- The visual indicator is a row of LEDs that changes appearance as the quantity of liquid increases.

- The haptic and/or visual indicator provides an indication of an estimation of the flow rate.

- The visual indicator provides a colour-coded indication of an estimation of the flow rate.

- The visual indicator provides an indication of how much of the container has been filled.

- The visual indicator is part of a user interface in a connected, companion application, running on a smartphone or other personal device, such as a smart watch or smart ring.

- The haptic indicator is part of a user interface in a connected, companion application, running on a smartphone or other personal device, such as a smart watch or smart ring.

- A sub-system measures or infers the quantity and/or the height of the liquid in the container.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect

light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.

- Sub-system includes or communicates with an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

- A sub-system measures or infers the angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.

- A haptic and/or visual indicator indicates if the amount of milk in the milk container has reached a preset quantity or level.

- A haptic and/or visual indicator indicates if there is too much movement of the breast pump system for viable operation.

- Milk container is attached to the lower part of the housing and forms the base of the breast pump system.

- Milk container is made of transparent material.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.


**Feature 9    Elvie is wearable and collects data to enable the mother to understand what variables (e.g. time of day, pump speed etc.) correlate to good milk-flow**

A breast pump system including:

(a)    a housing including a pumping mechanism;

(b)    a milk container;

(c)    a measurement sub-system that measures or infers milk flow into the milk container;

and in which the measurement sub-system provides data to a data analysis system that determines metrics that correlate with user-defined requirements for milk-flow rate or milk expression.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- User-defined requirement is to enhance or increase milk-flow.
- User-defined requirement is to reduce milk-flow.
- The data analysis system analyses data such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.
- The data analysis system determines metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level, peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.
- The data analysis system determines metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.
- Data analysis system is local to the breast pump system, or runs on a connected device, such as a smartphone, or is on a remote server or is on the cloud, or is any combination of these.
- measurement sub-system measures or infers the quantity and/or the height of the liquid in the container above its base.
- Measurement sub-system measures or infers angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.
- Data analysis system gives recommended metrics for improving milk flow
- Data analysis system gives recommended metrics for weaning.
- Data analysis system gives recommended metrics for increasing milk supply (e.g. power pumping).
- Data analysis system gives recommended metrics if an optimal session start time or a complete session has been missed.

- Data analysis system leads to automatic setting of metrics for the pumping mechanism, such as pump speed, length of a single pumping session, vacuum level, cycle times, changing profile of pump speed over a single pumping session.

5
- Data analysis system enables  sharing across large numbers of connected devices or apps information that in turn optimizes the milk pumping or milk weaning efficacy of the breast pump.

- Metrics include the specific usage of the connected device by a woman while using the pump (for example by the detection of vision and/or audio cues).

10
- The measurement sub-system measures or infers the quantity and/or the height of the liquid in the container.

- The measurement sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the
15
liquid, and measuring the intensity of that reflected light.

- The measurement sub-system includes or communicates with an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the measurement sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

20
- Milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding  a woman's breast to pump milk form that breast.

25

**Feature 10     Elvie is wearable and collects data that can be exported to social media.**

A breast pump system including:

(a)     a housing including a pumping mechanism;

30      (b)     a milk container;

38233033.1

(c)    a data sub-system that collects and provides data to a connected device or remote application or remote server;

(d)    and in which the collected data, in whole or in part, is used by a data analysis system that provides inputs to a social media or community function or platform.

5    Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.

- The data analysis system analyses metrics such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.

- The data analysis system analyses metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level, peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.

- The data analysis system analyses metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.

- Data analysis system is local to the breast pump system, or runs on a connected device, such as a smartphone, or is on a remote server or is on the cloud, or is any combination of these.

- The social media or community function or platform organizes the collected data into different profiles.

- The social media or community function or platform enables a user to select a matching profile from a set of potential profiles.

- each profile is associated with a specific kind of milk expression profile, and provides information or advice that is specifically relevant to each milk expression profile.

- Information or advice includes advice on how to increase milk expression by varying parameters, such as time of milk expression, frequency of a milk

expression session, pump speed, length of a single pumping session, vacuum level, cycle times, changing profile of pump speed over a single pumping session and any other parameter that can be varied by a mother to help her achieve her milk expression goals.

- The application is connected to other applications residing on the connected device, such as a fitness app.
- The collected data includes data received from other connected apps.
- The collected data is anonymised before it is shared.
- The sub-system includes a wi-fi connectivity component for direct connectivity to a remote server.
- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.


### Feature 11 Elvie is wearable and has a smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh

A breast pump system including a pumping mechanism and a milk container and including:

(a)    a housing including the pumping mechanism;

(b)    a milk container;

(c)    and in which the milk container or any associated part, such as a lid, includes a memory or tag that is automatically programmed to store the time and/or date it was filled with milk.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Memory or tag is programmed to store the quantity of milk in the milk container.
- Memory or tag stores the milk expiry date.

38233033.1

- Memory or tag stores a record of the temperature of the milk or the ambient temperature around the milk, and calculates an expiry date using that temperature record.
- System includes a clock and writes the time and/or date the milk container was filled with milk to the memory or tag on the milk container.
- Clock is in the housing.
- Clock is in the milk container.
- Milk container includes a display that shows the time and/or date it was filled with milk.
- Milk container includes a display that shows the quantity of milk that it was last filled with milk.
- Milk container includes a display that shows whether the left or right breast was used to fill the milk container.
- Memory or tag is connected to a data communications sub-system.
- Memory or tag is a remotely readable memory or tag, such as a NFC tag, enabling a user to scan the milk container with a reader device, such as a smartphone, and have the time and/or date that container was filled with milk, displayed on the reader device.
- Reader device shows the time and/or date a specific milk container was filled with milk.
- Reader device shows the quantity of milk that a specific milk container was last filled with.
- Reader device shows the time and/or date and/or quantity that each of several different milk containers were filled with.
- Reader device shows whether the left or right breast was used to fill the milk contained in a specific milk container.
- A sub-system measures or infers milk flow into the milk container.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.

- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/Tr the height of the liquid in the container.
- The sub-system is in the housing.
- Milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

## Feature 12    A smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.

A smart bottle or container that includes or is associated with a memory or a tag that is programmed to store the date and time it is filled using data from a pump or a connected device, such as a smartphone.

Optional:

- The container includes wireless connectivity and connects to a companion app.
- The memory or tag includes an NFC chip and is read using a NFC reader.
- The memory or tag stores also an expiry date.
- Memory or tag stores a record of the temperature of the milk or the ambient temperature around the milk, and calculates an expiry date using that temperature record.
- The memory or tag stores also the quantity of milk stored.
- System includes a clock and writes the time and/or date the milk container was filled with milk to the memory or tag on the milk container.
- Clock is in the housing.
- Clock is in the container.
- Milk container includes a display that shows the time and/or date it was filled with milk.
- Milk container includes a display that shows the quantity of milk that it was last filled with milk.

38233033.1

- Milk container includes a display that shows whether the left or right breast was used to fill the milk contained.
- Milk container includes a display that shows the expiry date.
- memory or tag is connected to a data communications sub-system.
- Memory or tag is a remotely readable memory or tag, such as a NFC tag, enabling a user to scan the milk container with a reader device, such as a smartphone.
- Reader device shows the time and/or date a specific milk container was filled with milk.
- Reader device shows the quantity of milk that a specific milk container was last filled with.
- Reader device shows the time and/or date and/or quantity that each of several different containers were filled with.
- Reader device shows whether the left or right breast was used to fill the milk contained in a specific milk container.
- Reader device shows the expiry date.
- Container includes  wireless connectivity and connects to a companion application.
- An application tracks status of one or more smart containers and enables a user to select an appropriate smart container for a feeding session.
- The pump is wearable.
- The pump is in a housing shaped to fit inside a bra and the container is a milk container that is connected to the housing and is positioned to form the base of the housing.
- Container is used for liquids other than milk.

**Feature 13   Elvie is wearable and includes a sensor to infer the amount of movement or tilt angle during normal use.**

A breast pump system including:

(a)      a housing;

(b)      a milk container;

38233033.1

(c)    the housing including a sensor, such as an accelerometer, that measures or determines the movement and/or tilt angle of the housing, during a pumping session and automatically affects or adjusts the operation of the system depending on the output of the sensor.

5    Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- If the tilt angle of the housing exceeds a threshold, then the system automatically affects the operation of the system by warning or alerting the mother of a potential imminent spillage (e.g. from milk flowing back out of a breast shield) using an audio, or visual or haptic alert, or a combination of audio, haptic and visual alerts.
- If the tilt angle of the housing exceeds a threshold, then the system automatically adjusts the operation of the system by stopping the pump to prevent spillage.
- When the tilt angle of the housing reduces below the threshold, the system automatically adjusts the operation of the system by causing pumping to resume automatically.
- If the tilt angle of the housing exceeds a threshold, then the system automatically affects the operation of the system by providing the mother with an alert to change position.
- The container includes an optically clear region.
- There are one or more light emitters and detectors positioned in the base of the housing, the light emitters and receivers operating as part of a sub-system that measures or infers the tilt angle of the milk in the container.
- The sub-system measures the quantity of liquid in the milk container and also takes the measured tilt angle of the housing into account.
- If the tilt angle is above a certain threshold, the system ignores the quantity of liquid measured.
- The sub-system derives or infers the mother's activity, such as walking, standing or lying activities, from the sensor.
- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.

- Sub-system stores a time-stamped record of movement and/or tilt angles of the housing in association with milk flow data.
- System includes a breast shield that attaches to the housing.
- System includes a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 14     Elvie includes a control to toggle between recording whether milk is being expressed from the left breast and the right breast.**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra;

(b)      a control interface that the user can select to indicate or record if milk is being expressed from the left or the right breast.

Optional:

- Control interface is a physical interface on the housing.
- Control interface is a single button on the housing.
- Control interface is from an application running on a device, such as a smartphone or smart ring.
- Visual indicators on the housing indicate whether the breast pump system is being set up the left or the right breast.
- The visual indicator for the left breast is on the right-hand side of the housing, when viewed from the front; and the visual indicator for the right breast is on the left-hand side of the housing, when viewed from the front.
- The housing includes a button labeled to indicate the left breast and a button labeled to indicate the right breast, that are respectively illuminated to indicate from which breast the milk is being expressed.
- Breast pump system is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Attorney Docket No. 373499.00059**

**Feature 15      Elvie includes a pressure sensor.**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) an air pressure sensor configured to measure the negative pressure delivered by the negative air-pressure mechanism and (iii) a measurement sub-system that measures or infers milk flow or milk volume.

Optional:

- The system also includes a control sub-system that combines or relates the air-pressure measurements with the milk flow or milk volume measurements
- The control sub-system automatically adjusts the negative air-pressure to give the optimal milk flow or milk volume.
- The control sub-system automatically adjusts the negative air-pressure during a pumping session to give the optimal milk flow or milk volume within comfort constraints defined by the user.
- The air pressure sensor detects pressure created by the pumping mechanism.
- Sensor is a piezo air pressure sensor
- Air pressure sensor measures the negative air pressure during a normal milk expression session.
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to vary the operation of the pumping mechanism so that it deliver consistent performance over time.
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to vary the operation of the pumping mechanism so that different pumping mechanisms in different breast pump systems all deliver consistent performance
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to determine if the pumping mechanism is working correctly, within tolerance levels.
- The operation of the pumping mechanism is varied by altering the duty or pump cycle.
- The operation of the pumping mechanism is varied by altering the voltage applied to the pumping mechanism.
- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

## Feature 16    Elvie includes a microcontroller to enable fine tuning between pre-set pressure profiles

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to cause the pumping mechanism to deliver various pre-set pressure profiles and to permit the user to manually vary the pressure to a value or values that are in-between the values available from a pre-set pressure profile.

Optional:

- The user manually varies the pressure using a control interface on a housing of the breast pump system
- The user manually varies the pressure using a control interface on an application running on a wireless device such as a smartphone that is wirelessly connected to the breast pump system.
- The user manually varies the pressure by altering a control parameter of the pumping mechanism.
- The user manually varies the pressure by altering the duty cycle or timing of the

pumping mechanism.

- The user manually varies the pressure by altering the voltage applied to the pumping mechanism.
- The system includes an air pressure sensor configured to measure the negative air pressure delivered by the pumping mechanism.
- The air pressure sensor is a piezo air pressure sensor.
- Pumping mechanism is a piezo air pump.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Pressure profile defines one or more maximum negative air pressure levels.
- Pressure profile defines one or more maximum negative air pressure levels, each for a pre-set time.
- Pressure profile defines one or more cycle time.
- Pressure profile defines peak flow rate.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 17    Elvie enables a user to set the comfort level they are experiencing**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to control the pumping mechanism and to permit the user to manually indicate the level of comfort that they are experiencing when the system is in use.

Optional:

- The user manually indicates the level of comfort that they are experiencing using a touch or voice-based interface on a housing of the breast pump system

- The user manually indicate the level of comfort that they are experiencing using a touch or voice-based interface on an application running on a wireless device, such as a smartphone, that is wirelessly connected to the breast pump system.

- The system stores user-indicated comfort levels together with associated parameters of the pumping system.

- The system is a connected device and a remote server stores user-indicated comfort levels together with associated parameters of the pumping system.

- The parameters of the pumping system include one or more of: pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing cycle of the pumping mechanism.

- System automatically varies parameters of the pumping system and then enables the user to indicate which parameters are acceptable.

- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.

- The air pressure sensor is a piezo air pressure sensor.

- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.

- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.

- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.

- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the

intensity of the light from the emitters that has been reflected from the surface of the milk.

5    **Feature 18    Elvie includes a microcontroller to dynamically and automatically alter pump operational parameters**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to automatically change one or more parameters of the pumping mechanism, and to automatically measure or relate milk
10    expression data as a function of different values of one or more of these parameters.

Optional:

- The milk expression data includes one or more of the following: milk expression rate or quantity; comfort; optimal pumping mode; optimal pumping mode given
15    remaining battery power.
- The system automatically calculates or identifies the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity and uses that set of parameters.
- The system automatically calculates or identifies the parameters of the pumping
20    mechanism that correlate with maximum milk expression rate or quantity and uses that set of parameters if the comfort experienced by the user when those parameters are used is above a threshold.
- The system displays the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity to the user.
25    - The system displays the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity to the user and enables the user to manually select those parameters if they are acceptable.
- Parameters of the pumping mechanism includes pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing
30    cycle of the pumping mechanism.
- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.
- The air pressure sensor is a piezo air pressure sensor.

38233033.1

- Pumping mechanism is a piezo air pump.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 19 Elvie automatically learns the optimal conditions for let-down**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to dynamically change one or more parameters of the pumping mechanism, and to automatically detect the start of milk let-down.

Optional:

- The microcontroller is programmed to dynamically change one or more parameters of the pumping mechanism, to enable it to learn or optimize the parameters relating to milk let-down.
- The system automatically calculates or identifies or learns the parameters of the pumping mechanism that correlate with the quickest start of milk let-down.
- The system automatically calculates or identifies or learns the parameters of the pumping mechanism that correlate with the quickest start of milk let-down and uses that set of parameters if the comfort experienced by the user when those

parameters are used is above a threshold or are otherwise acceptable to the user.

- The system displays the parameters of the pumping mechanism that correlate with the quickest start of milk let-down to the user.

- The system displays the parameters of the pumping mechanism that correlate with the quickest start of milk let-down and enables the user to manually select those parameters if they are acceptable.

- parameters of the pumping mechanism includes pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing cycle of the pumping mechanism.

- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.

- The air pressure sensor is a piezo air pressure sensor.

- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.

- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.

- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.

- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**B.    Elvie Piezo Air Pump Feature Cluster**

**Feature 20    Elvie is wearable and has a piezo air-pump for quiet operation**

A wearable breast pump system including:

38233033.1

(a)      a housing shaped at least in part to fit inside a bra;

(b)      a piezo air-pump in the housing that is part of a closed loop system that drives, a separate, deformable diaphragm to generate negative air pressure.

Optional:

5
- The deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
10
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The closed system is separated from a 'milk' side by a flexible diaphragm.
- Deformable diaphragm is removably mounted against a part of a breast shield.
- Deformable diaphragm is a unitary or one-piece object that is removably mounted against a part of a breast shield.
15
- Deformable diaphragm is not physically connected to the piezo air-pump.
- Piezo air-pump is a closed loop air-pump that drives a physically separate and remote deformable diaphragm that removably fits directly onto the breast shield
- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
20
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
25
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
30
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

- The piezo pump is fed by air that passes through an air filter.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

5

## Feature 21    Elvie has a piezo air-pump and self-sealing diaphragm

A breast pump system including:

(a)    a housing;

(b)    a piezo air-pump in the housing that is part of a closed loop system that drives, a physically separate, deformable, self-sealing diaphragm, to generate negative air pressure.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement .
- The closed system is separated from a 'milk' side by the flexible diaphragm.
- Deformable diaphragm is removably mounted against a part of a breast shield.
- Deformable diaphragm is a unitary or one-piece object that is removably mounted against a part of a breast shield.
- Deformable diaphragm is not physically connected to the piezo air-pump.
- Piezo air-pump is a closed loop air-pump that drives a physically separate and remote deformable diaphragm that removably fits directly onto the breast shield.
- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing,

and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.

- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.

- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.

- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

- The piezo pump is fed by air that passes through an air filter.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

## Feature 22    Elvie uses more than one piezo air pump in series

A breast pump system including:

(a)    a housing;

(b)    multiple piezo air-pumps in the housing that drives a deformable diaphragm inside the housing to generate negative air pressure; in which the multiple piezo air-pumps can be operated at different times in series-connected and in parallel-connected modes.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.

- Parallel connected mode is used during a first part of a pumping cycle to reach a defined negative air pressure more quickly than series connected mode would, and then the system switches to a series connected mode to reach a greater negative air pressure than series connected mode can reach.

- An actuator switches the system from parallel-connected piezo pump mode to series-connected piezo pump mode.

38233033.1

- Each piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- Each piezo air pump weighs less than 10 gm, and may weigh less than 6gm..
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- Each piezo pump is fed by air that passes through an air filter.
- Each piezo air pump forms part of a closed or closed loop system.
- Each piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- The piezo-air pumps are a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.

### Feature 23      Elvie is wearable and has a piezo air-pump, a breast shield and a diaphragm that fits directly onto the breast shield

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra;

(b)      a breast shield that attaches to the housing;

(b)      a piezo air-pump in the housing that drives a deformable diaphragm that fits directly onto the breast shield.

Optional:

- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- Deformable diaphragm is removable from the diaphragm housing for cleaning.

38233033.1

- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- Piezo air pump is position at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum. power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.The piezo pump is fed by air that passes through an air filter.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.

**Feature 24    Elvie is wearable and has a piezo air-pump for quiet operation and a re-useable, rigid milk container for convenience**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra;

(b)    a piezo air-pump in the housing;

(c)    and a re-useable, rigid or non-collapsible milk container that when connected to the housing forms an integral part of the housing and that is also removable from the housing.

Optional:

- Piezo air pump forms part of a closed or closed loop system.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The closed system is separated from a 'milk' side by a flexible diaphragm.

38233033.1

- A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- The deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- The milk container forms the base of the system.
- The milk container has a flat base so that it can rest stably on a surface.
- The milk container is removable from the housing.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.
- The milk container obviates the need for consumable or replaceable milk pouches.

**Feature 25    Elvie has a piezo-pump for quiet operation and is a connected device**

A breast pump system including

(a)    a housing;

5    (b)    a piezo air-pump in the housing;

(c)    a milk container;

(d)    a data connectivity module that enables data collection relating to the operation of the piezo air-pump and transmission of that data to a data analysis system.

Optional:

10    - The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Transmission is to an application running on a connected device such as a smartphone, or a server, or the cloud.
- The data collection and transmission relates to any other operational data of the 15    system.
- Piezo air pump forms part of a closed or closed loop system.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
20    - There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding  a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a 25    physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- The closed system is separated from a 'milk' side by a flexible diaphragm.
- A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.

- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- Deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- A sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with the data connectivity module.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.
- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.
- The data analysis system analyses metrics such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.
- The data analysis system analyses metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level,

peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.

- The data analysis system analyses metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.

**Feature 26    Elvie uses a piezo in combination with a heat sink that manages the heat produced by the pump.**

A breast pump system including:

(a)    a housing;

(b)    a piezo air-pump in the housing that drives a deformable diaphragm inside the housing to generate negative air pressure;

(c)    a heat sink to manage the heat produced by the piezo-air pump to ensure it can be worn comfortably.

Optional:

- The heat sink is configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin, especially prolonged contact for greater than 1 minute, are no more than 48°C and preferably no more than 43°C.
- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Heat sink is connected to an air exhaust so that air warmed by the piezo pumps vents to the atmosphere.
- Heat sink warms a breast shield.
- Piezo air pump forms part of a closed or closed loop system.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.

- There are two or more piezo air pumps, each connected to its own or a shared heat sink.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- The closed system is separated from a 'milk' side by a flexible diaphragm.
- A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- The deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

**Feature 27    Elvie is wearable and gently massages a mother's breast using small bladders inflated by air from its negative pressure air-pump**

A breast pump system including:

(a)    a housing;

5    (b)    an air-pump in the housing that drives a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast;

(c)    in which the air pump also provides air to regularly or sequentially inflate one or more air bladders or liners that are configured to massage one or more parts of the 10    breast.

Optional:

- Air-pump is a piezo pump.
- Breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.
15    • Bladders or liners are formed in a breast shield that attaches to the housing.

**Feature 28    Elvie is wearable and gently warms a mother's breast using small chambers inflated by warm air from its negative pressure air-pump**

A breast pump system including:

20    (a)    a housing;

(b)    an air-pump, such as a piezo pump, in the housing that drive a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast;

(c)    in which the air pump also provides warm air to regularly or sequentially inflate 25    one or more air chambers that are configured to apply warmth to one or more parts of the breast.

Optional:

38233033.1

- Breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.
- The air chamber is a deformable diaphragm positioned on a breast shield that attaches to the housing.

## C.    Elvie Milk Container Feature Cluster

### Feature 29    Elvie is wearable and includes a re-useable, rigid milk container that forms the lower part of the pump, to fit inside a bra comfortably

A wearable breast pump system configured including:

(a)      a housing shaped at least in part with a curved surface to fit inside a bra and including a pumping mechanism;

(b)      and a re-useable rigid or non-collapsible milk container that when connected to the housing forms an integral, lower part of the housing, with a surface shaped to continue the curved shape of the housing, so that the pump system can be held comfortably inside the bra.

Optional:

- The milk container forms the base of the system.
- The milk container has a flat base so that it can rest stably on a surface.
- The milk container is attached to the housing with a push action.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.
- The milk container obviates the need for consumable or replaceable milk pouches.
- The milk container includes an aperture, spout or lid that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container.
- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a

breast shield, and milk flows under gravity through the opening into the milk container.

- The milk container is made using a blow moulding construction.
- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.
- The large opening is closed with a bayonet-mounted cap with an integral spout.
- A flexible rubber or elastomeric valve is mounted onto the cap or spout  and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump mechanism to ensure that negative air-pressure is not applied to the milk container.
- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 30    Elvie is wearable and includes a milk container that latches to the housing with a simple push to latch action**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    and a milk container that is attachable to the housing with a mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action.

Optional:

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.
- Milk container, when connected to the housing, forms an integral, lower part of the housing and that is removable from the housing with a release mechanism that can be operated with one hand.

- Mechanism that releasably attaches or latches is a mechanical or magnetic mechanism.

- Mechanical mechanism includes flanges on the top of the milk container, or the sealing plate that seals the opening to the milk contained, that engage with and move past a surface to occupy a latched position over that surface when the milk container is pressed against the housing to lock into the housing.

- The housing includes a button that when pressed releases the milk container from the housing by flexing the surface away from the flanges so that the flanges no longer engage with and latch against the surface.

- Mechanism that attaches or latches the milk container into position does so with an audible click.

- The milk container forms the base of the system.

- The milk container has a flat base so that it can rest stably on a surface.

- The milk container is removable from the housing by releasing the latch and moving the housing off the milk container.

- The milk container includes a clear or transparent wall or section to show the amount of milk collected.

- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.

- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container.

- The milk container is made using a blow moulding construction.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

- A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.

38233033.1

- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

5    **Feature 31      Elvie is wearable and includes a removable milk container with an integral milk pouring spout for convenience**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10    (b)    and a re-useable milk container that is connected to the housing with a surface shaped to continue the curved or breast-like shape of the pump, so that the pump can be held comfortably inside a bra and where the milk container includes a pouring spout for pouring milk.

Optional:

15    - Spout is integral to the milk container.
- Spout is integral to a removable lid to the milk container.
- Spout is positioned at or close to the front edge of the milk container.
- Spout is removable from the container, such as by clipping off the container.
- A teat is attachable to the spout.
20    - A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.
- The milk container forms the base of the system.
25    - The milk container has a flat base so that it can rest stably on a surface.
- The milk container is removable from the housing.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.
- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.
- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.
- The milk container is made using a blow moulding construction.
- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.
- The large opening is closed with a bayonet-mounted cap with an integral spout.
- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 32    Elvie is wearable and includes a removable milk container below the milk flow path defined by a breast shield for fast and reliable milk collection**

A wearable breast pump system including:

(a)    a housing including a pumping mechanism, the housing being shaped at least in part to fit inside a bra;

(b)    and a breast shield including a nipple tunnel shaped to receive a nipple, and including an opening that defines the start of a milk flow path;

(c)    a re-useable milk container that when connected to the housing is positioned entirely below the opening or the milk flow path, when the breast pump is positioned or oriented for normal use.

Optional:

- The milk container includes an aperture that sits directly underneath the opening in the nipple tunnel in the breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.

5
- Milk flows from the opening directly into the milk container.

- Milk flows from the opening directly into the milk container.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against the opening in the breast shield, and milk flows under gravity through the opening into the milk

10 container.

- Milk flows from the opening directly onto a valve that is attached to the milk container, the valve closing whilst there is sufficient negative air pressure in the volume of air between the valve and the breast shield opening, and then opening to release the milk into the container when the air pressure rises sufficiently.

15
- Milk flows from the opening directly onto a valve that is attached to a spout, that is in turn attached to the milk container.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

20
- A flexible rubber or elastomeric valve is mounted onto the milk container cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container, and milk flows towards and is retained by the duck bill valve whilst the valve is closed, and flows past the

25 valve into the milk container when the negative air pressure is released and the valve opens.

- The breast shield and milk container are each pressed or pushed into engagement with the housing.

- The breast shield and milk container are each pressed or pushed into a latched

30 engagement with the housing.

- The two removable parts are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.

- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

**Feature 33      Elvie is wearable and includes a breast shield and removable milk container of optically clear, dishwasher safe plastic for ease of use and cleaning**

A breast pump system including:

(a)      a housing including a pumping mechanism;

(b)      and a breast shield defining a region shaped to receive a nipple, the region defining the start of a milk flow path;

(c)      a re-useable, rigid or non-collapsible milk container that when connected to the housing is positioned to form the base of the housing;

and in which the breast shield and the milk container are made substantially of an optically clear, dishwasher safe material.

Optional:

- The material is a polycarbonate material, such as Tritan™.

38233033.1

- breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield operates with a flexible diaphragm that flexes when negative air pressure is applied to it by an air pump system in the housing, and transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

**Feature 34    Elvie is wearable and includes various components that self-seal under negative air pressure, for convenience of assembly and disassembly**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including an air pumping mechanism;

(b)    a breast shield;

(c)    a diaphragm that flexes in response to changes in air pressure caused by the air pumping mechanism and that seals to the breast shield;

(d)    a re-useable milk container that seals to the breast shield;

and in which either or both of the diaphragm and the re-useable milk container substantially self-seal under the negative air pressure provided by the pumping mechanism.

Optional:

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a

breast shield, and milk flows under gravity through the opening into the milk container.

- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals against the conduit under the negative air pressure provided by the pumping mechanism.

- The 1 way valve is attached to the milk container, or a lid or spout of the milk container with an interference fit and is readily removed in normal use for separate cleaning.

- The diaphragm partly or wholly self-seals to the breast shield under the negative air pressure provided by the pumping mechanism.

- The diaphragm partly or wholly self-seals to the housing under the negative air pressure provided by the pumping mechanism.

- The diaphragm is attached to the diaphragm housing using elastomeric or rubber latches and is readily removed in normal use for separate cleaning.

- The breast shield and milk container are each pressed or pushed into engagement with the housing.

- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.

- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.

- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel  to position a diaphragm housing portion of the breast shield at the top of the breast.

- Breast shield slides into the housing using guide members.

- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.

- Breast shield latches into position against the housing.

38233033.1

- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

5    **Feature 35    Elvie is wearable and includes a spout at the front edge of the milk container for easy pouring**

A wearable breast pump system configured as a single unit and including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10    (b)    and a milk container that forms an integral part of the housing;

(c)    a re-useable pouring spout that is positioned at or close to the front edge of the milk container.

Optional:

- Milk container is a multifunctional bottle, operating as both a storage container
15    to contain milk that is being expressed, as well as a refrigeratable and freezable storage bottle for that milk, as well as a bottle from which that milk can be drunk by a baby.
- Spout is integral to a removable lid to the milk container.
- Spout is removable from the container, such as by clipping off the container.
20    - A teat is attachable to the spout.
- By placing the spout at or close to the front edge of the milk container, the milk container fully empties more readily than where the spout is placed in the middle of the lid of a milk container.
- The spout sits generally under an opening in the breast shield spout or nipple
25    tunnel through which expressed milk flows.
- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals against the conduit under the negative air pressure provided by the pumping
30    mechanism.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.

5

### Feature 36    Elvie is wearable and includes a milk container that is shaped with broad shoulders and that can be adapted as a drinking bottle that baby can easily hold

A wearable breast pump system configured as a single unit and including:

10    (a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    a breast shield;

(c)    a milk container that is removable from the housing and is shaped or configured to also serve as a drinking bottle that is readily held by a baby because it is wider than it is

15    tall.

Optional:

- Teat is attachable directly to the milk container.
- Pouring or drinking spout is integral to the milk container.
- The shoulders are at least 2cm in width, and the neck is no more than 1 cm in

20    height, to enable a baby to readily grip and hold the container when feeding from the milk in the container.

- Spout/teat/straw resides near the edge of the container's rim.
- Milk container is a multifunctional bottle, operating as both a storage container to contain milk that is being expressed, as well as a refrigertable and freezable

25    storage bottle for that milk, as well as a bottle from which that milk can be drunk by a baby.

- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals

against the conduit under the negative air pressure provided by the pumping mechanism.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.

- Spout is integral to the milk container.

- Spout is integral to a removable lid to the milk container.

- Spout is positioned at or close to the front edge of the milk container.

- Spout is removable from the container, such as by clipping off the container.

- A teat is attachable to the spout.

- A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.

- The milk container forms the base of the system.

- The milk container has a flat base so that it can rest stably on a surface.

- The milk container is removable from the housing.

- The milk container includes a clear or transparent wall or section to show the amount of milk collected.

- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.

- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.

- The milk container is made using a blow moulding construction.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

### D.    Elvie IR System Feature Cluster

**Feature 37    Elvie is wearable and includes a light-based system that measures the quantity of milk in the container for fast and reliable feedback**

A system for milk volume determination, for use as part of a breast pump, or breast milk collecting device, including:

    (a)  a re-useable rigid or non-collapsible milk container;

    (b)  at least one light emitter, configured to direct radiation towards the surface of the milk;

    (c)  at least one light detector, configured to detect reflected radiation from the surface of the milk;

wherein the light emitters and detectors operate as part of a sub-system that measures the height of, or infers the quantity of, the milk in the container.

Optional:

The wearable breast pump system includes:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    and a breast shield;

(c)    a re-useable rigid or non-collapsible milk container that when connected to the housing is positioned to form the base of the housing;

and in which the top of the container includes an optically clear region that is aligned below one or more light emitters positioned in the base of the housing.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.
- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

38233033.1

- The sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with a data connectivity module.
- Where the quantity or level exceeds a threshold, then the pumping mechanism automatically changes mode, e.g. from a stimulation mode to an expression mode.
- Where the quantity or level exceeds a threshold, then the pumping mechanism automatically stops.
- Milk-flow data is captured and stored.
- If milk-flow falls below a threshold, then a notification is provided to the mother.

**Feature 38    The separate IR puck for liquid quantity measurement**

A liquid-level measuring system for measuring the quantity of liquid in a container for a breast pump; the system including:

(a)    one or more light emitters directing light at the surface of the liquid in the container;

(b)    one or more light receivers configured to detect light from the light emitters that has been reflected from the liquid;

(c)    a sub-system that infers, measures or calculates the quantity in the liquid using measured properties of the detected light;

(d)    a collar or other fixing system that positions the system over the container.

Optional:

- The quantity of milk is measured as milk enters the container or as milk is removed from the container.
- Measured property includes the reflected light intensity

**Feature 39    The separate IR puck combined with liquid tilt angle measurement**

A liquid-level measuring system for measuring the tilt angle of liquid in a container; the system including:

38233033.1

(a)    one or more light emitters directing light at the surface of the liquid in the container;

(b)    one or more light receivers configured to measure properties of the light reflected from the liquid;

(c)    a sub-system including an accelerometer that infers, measures or calculates the tilt angle of the liquid using measured properties of the detected light;

(d)    a collar or other fixing system that positions the system over the container.

Optional:

- Measured property includes the reflected light intensity
- The quantity of liquid is measured as liquid enters the container or as liquid is removed from the container.
- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with a data connectivity module.


**Generally applicable optional features**

- Weight of the entire unit, unfilled, is under 250g and preferably 214g.
- Silver based bactericide is used on all parts that are not steam or heat sterilized in normal cleaning.
- Housing includes a rechargeable battery.
- System is self-contained.
- System is a closed loop system.
- Breast pump system is a self-contained, wearable device that includes an integral rechargeable battery, control electronics, and one or more air pumps operating as a closed system, driving a flexible diaphragm that in turn delivers negative air-pressure to the breast, to cause milk to be expressed.
- Housing has a generally rounded or convex front surface and has a generally tear-drop shape when seen from the front.

38233033.1

### E.        Bra Clip Feature Cluster

**Feature 40        Bra Adjuster**

A bra adjuster for a nursing or maternity bra, the nursing or maternity bra including a bra cup with a flap that can be undone to expose the nipple, and the flap attaching to the shoulder strap using a clasp, hook or other fastener attached to the flap, and a corresponding fastener attached to the shoulder strap;

and in which the bra adjuster is attachable at one end to the fastener attached to the flap, and at its other end to the fastener attached to the shoulder strap, and hence increases the effective bra cup size sufficiently to accommodate a wearable breast pump, and is also detachable from the flap and shoulder strap.

Optional:

- Bra adjuster is retained in position on the bra during normal wearing of the bra, even when the flap is attached directly to the shoulder strap, and is used to increases the effective bra cup size only when the wearable breast pump is used.
- Bra adjuster is extensible or elastic.
- Bra adjuster is of a fixed length.
- Bra adjuster includes a clip that the user can slide onto the bra strap to secure the bra adjuster in position.
- Bra adjuster is machine-washing washable.

### F.        Other Features that can sit outside the breast pump context

**Feature 41        Wearable device using more than one piezo pump connected in series or in parallel**

A wearable device including multiple piezo pumps mounted together either in series or in parallel.

Optional:

- The wearable device is a medical wearable device.
- The piezo pumps air or any liquid etc.
- The system can switch between a parallel mode and a series mode to arrive to lower or higher pressure quicker.

5

### Feature 42    Wearable medical device using a piezo pump and a heat sink attached together.

A wearable medical device including a piezo pump and a heat sink attached together.

Optional

10
- The wearable device uses more than one piezo pump connected in series.
- The wearable device uses more than one piezo pump connected in parallel.
- Each piezo pump is connected to its own heat sink, or to a common heat sink.
- The or each heat sink is configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin, especially prolonged contact for greater than 1 minute, are no more than 48°C and preferably no more than 43°C

15

- The wearable device includes a thermal cut out.
- Excess heat is diverted to a specific location on the device that is selected to not be in prolonged contact with the skin of the user, in normal use.

20
- Use cases application:
  - Wound therapy
  - High degree burns
  - Sleep apnea
  - Deep vein thrombosis

25
  - Sports injury.
- Wearable medical device is powered/charged via USB.

### Note

It is to be understood that the above-referenced arrangements are only illustrative of the

30    application for the principles of the present invention. Numerous modifications and alternative arrangements can be devised without departing from the spirit and scope of

the present invention. While the present invention has been shown in the drawings and fully described above with particularity and detail in connection with what is presently deemed to be the most practical and preferred example(s) of the invention, it will be apparent to those of ordinary skill in the art that numerous modifications can be made

5    without departing from the principles and concepts of the invention as set forth herein.

**CLAIMS**

1.    A breast pump device that is configured as a self-contained, in-bra wearable device and that includes:

(i) a housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling the charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and generating negative air pressure; (e) a wireless data communications system powered by the rechargeable battery; (f) a USB charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the housing.

2.    The breast pump device of Claim 1, in which the breast shield is substantially rigid.

3.    The breast pump device of Claim 1, in which the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto the breast.

4.    The breast pump device of Claim 1, in which the breast shield is a one piece item that in use presents a single continuous surface to the nipple and breast.

5.    The breast pump device of Claim 1, in which the breast shield integrates the breast flange and nipple tunnel as a one-piece item.

6.    The breast pump device of Claim 1, in which the breast flange and the nipple tunnel are a single, integral item with no joining stubs.

7.    The breast pump device of Claim 1, in which the breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

8.    The breast pump device of Claim 1, in which the breast shield is configured to slide in and out from the housing, together with the diaphragm that prevents milk from reaching the pump, on guide members in the breast shield.

9.    The breast pump device of Claim 1, in which the housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.

10.    The breast pump device of Claim 1, in which the breast pump device includes only two parts that are directly removable from the housing in normal use or normal dis-assembly: the breast shield and the milk container.

11.    The breast pump device of Claim 1, in which the breast pump device includes a diaphragm that prevents milk from reaching the pump.

12.    The breast pump device of Claim 1, in which the diaphragm is substantially circular and is configured to self-seal under the negative air pressure to a substantially circular diaphragm holder that is part of the housing.

13.    The breast pump device of Claim 1, in which the diaphragm is a membrane that is seated against a diaphragm holder that is formed as the recess in the rear surface of the housing, the diaphragm deforming in response to changes in air pressure caused by the air pump to create negative air pressure in the nipple tunnel.

14.    The breast pump device of Claim 1, in which the diaphragm is removable from a diaphragm holder that sits above the breast flange and the nipple tunnel portion.

15.    The breast pump device of Claim 1, in which the milk container is substantially rigid.

16.    The breast pump device of Claim 1, in which the milk container is configured to attach to a lower part of the housing and to form a flat bottomed base for the device.

17.    The breast pump device of Claim 1, in which the milk container has a surface shaped to continue a curved shape of the housing, so that the entire device can be held comfortably inside the bra.

18.    The breast pump device of Claim 1, in which the milk container includes a flexible valve that self-seals under negative air pressure against a milk opening in the nipple tunnel and that permits milk to flow into the milk container.

19.    The breast pump device of Claim 1, in which the milk container is attachable to the housing with a mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action.

20.    The breast pump device of Claim 1, in which the milk container includes a cap that is removable from the milk container and a removable valve that enables milk to pass into the milk container in one direction.

21.    The breast pump device of Claim 1, in which the top of the container includes an optically clear region that is aligned below one or more light emitters positioned in the base of the housing.

22.    The breast pump device of Claim 1, in which the milk container is shaped or configured to also serve as a drinking bottle that is readily held by a baby because it is wider than it is tall.

23.    The breast pump device of Claim 1, in which the nipple tunnel includes on its lower surface an opening through which expressed milk flows under gravity into the milk container.

24.    The breast pump device of Claim 1, in which the housing includes a wireless data communications system powered by the rechargeable battery.

25.    The breast pump device of Claim 1, in which the housing has a front surface that is configured to fit inside a bra and to contact an inner surface of the bra, and a rear surface that is shaped to contact, at least in part, the breast shield.

26.    The breast pump device of Claim 1, in which the housing includes a visual and/or haptic indicator that indicates whether milk is flowing or not flowing into the milk container.

27.    The breast pump device of Claim 1, in which the housing includes a visual and/or haptic indicator that indicates if the pump is operating correctly to pump milk, based on whether the quantity and/or the height of the liquid in the milk container above its base is increasing above a threshold rate of increase.

28.    The breast pump device of Claim 1, in which the pump comprises a piezo air pump system.

29.    The breast pump device of Claim 1, in which the pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow and is a lightweight air pump that enables the total mass of the breast pump system, unfilled with milk, to be less than 250gm.

30.    The breast pump device of Claim 1, in which the breast pump device makes less than 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.

**ABSTRACT**

The invention is a wearable breast pump system including a housing shaped at least in part to fit inside a bra and a piezo air-pump. The piezo air-pump is fitted in the housing and forms part of a closed loop system that drives a separate, deformable diaphragm to generate negative air pressure. The diaphragm is removably mounted on a breast shield.



FIGURE 1

FIGURE 2



FIGURE 3



FIGURE 4



FIGURE 5



FIGURE 6



**FIGURE 7**



83A
83B

1

3

# FIGURE 8

9/44



FIGURE 9

10/44



FIGURE 10

11/44



FIGURE 11

FIGURE 12



13/44

# FIGURE 13

14/44



FIGURE 14



Today
10:20 pm
21 min

L
120

Looki

Home

Control

Status

History

Account

Help

Elvie info

15/44

FIGURE 15



**FIGURE 16**

FIGURE 17

A

B

17/44

FIGURE 18



**FIGURE 19**

19/44



FIGURE 20



21/44

# FIGURE 21



**FIGURE 22**

22/44



FIGURE 23



FIGURE 24





**LAST SESSION**

Start time: 3.50pm today
Total volume: 125ml

**LEFT**          **RIGHT**
20mins 18s    18mins 10s
60ml            65ml

Full history >

**NEW SESSION**

Start ▶

25/44

FIGURE 25



FIGURE 26

FIGURE 27

28/44



FIGURE 28



29/44

FIGURE 29



301

302

270

277

275

30/44

**FIGURE 30**



LIQUID IN

310
312
311
315
270
313
314
275
L

31/44

FIGURE 31



FIGURE 32



FIGURE 33



FIGURE 34



35/44

**FIGURE 35**

36/44



FIGURE 36

370

373

371

374

372

37/44

FIGURE 37



FIGURE 38



FIGURE 39



Series Configuration

FIGURE 40

41/44



FIGURE 41



42/44

FIGURE 42



43/44

FIGURE 43

44/44



441

440

FIGURE 44



PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

**Title of Invention:** BREAST PUMP SYSTEM

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number 16/009,547 filed on 15 June 2018

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Jonathan O'TOOLE            Date (Optional): _____

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number **16/009,547**
filed on **15 June 2018**

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: **Adam ROLLO**                                    Date (Optional) : _____

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.



PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☑ United States application or PCT international application number 16/009,547 filed on 15 June 2018.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Andrew CARR    Date (Optional): _____

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | 3783 | 1540 | 373499.00059 | 30 | 1 |

**CONFIRMATION NO. 8801**

78905
Saul Ewing Arnstein & Lehr LLP (Philadelphia)
Attn: Patent Docket Clerk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

**FILING RECEIPT**


OC000000124388119

Date Mailed: 03/29/2021

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Jonathan O'TOOLE, London, UNITED KINGDOM;
Adam ROLLO, London, UNITED KINGDOM;
Andrew CARR, London, UNITED KINGDOM;

**Applicant(s)**

CHIARO TECHNOLOGY LIMITED, London, UNITED KINGDOM;

**Power of Attorney:** The patent practitioners associated with Customer Number 78905

**Domestic Priority data as claimed by applicant**

This application is a CON of 17/181,057 02/22/2021
which is a CON of 16/009,547 06/15/2018 PAT 10926011

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)
UNITED KINGDOM 1709561.3 06/15/2017 Access Code Provided
UNITED KINGDOM 1709564.7 06/15/2017 Access Code Provided
UNITED KINGDOM 1709566.2 06/15/2017 Access Code Provided
UNITED KINGDOM 1809036.5 06/01/2018 Access Code Provided

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

page 1 of 4

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

Request to Retrieve - This application either claims priority to one or more applications filed in an intellectual property Office that participates in the Priority Document Exchange (PDX) program or contains a proper **Request to Retrieve Electronic Priority Application(s)** (PTO/SB/38 or its equivalent). Consequently, the USPTO will attempt to electronically retrieve these priority documents.

**If Required, Foreign Filing License Granted:** 03/25/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/203,327**

**Projected Publication Date:** 07/08/2021

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

      BREAST PUMP SYSTEM

**Preliminary Class**

      604

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign

patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number |
| --- |
| 17/203,327 |

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 80 | | N/A | |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 350 | | N/A | |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 400 | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 30 minus 20 = | * 10 | x 50 = | 500 | OR | | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | * | x 240 = | 0.00 | | | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | 210 | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | 0.00 | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 1540 | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



**Digital Access Service
(DAS)**

**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

## CERTIFICATE OF AVAILABILITY OF A CERTIFIED PATENT DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the patent application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the patent application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:    Country/Office:   GB

Filing date:   15 Jun 2017 (15.06.2017)

Application number:   1709566.2

Date of availability of document:     27 Jul 2017 (27.07.2017)

The following Offices can retrieve this document by using the access code:
   AR, AT, AU, BE, BR, CA, CL, CN, CO, DK, EA, EE, EP, ES, FI, GB, GE, IB, IL, IN, JP, KR, MA, MX, NL, NO, NZ, SE, US

Date of issue of this certificate:     29 Mar 2021 (29.03.2021)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

## Certified Office Copy

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with patent application GB1709566.2 filed on 15th June 2017.and as stored electronically on the Patents Electronic Case file System.

The Patents Electronic Case-file System is compliant with British Standard BS10008 - Evidential weight and legal admissibility of information stored electronically and ISO15801 - Electronic imaging – information stored electronically, recommendations for trustworthiness and reliability.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.

Signed   A HAYES

Dated   19 June 2017



1200242974
1017015616 D02882
15/06/2017 150.00 DepositAccount

Intellectual
Property
Office

**Patents Form 1**
Patents Act 1977 *(Rule 12)*

## Request for grant of a patent

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

*Application number*    GB 1709566.2

| | | |
|---|---|---|
| 1. | Your reference | **MJD/P153992GB00** |
| 2. | Full name, address and postcode of the applicant or of each applicant | **CHIARO TECHNOLOGY LIMITED**<br>**Second Floor 63-66 Hatton Garden**<br>**London EC1N 8LE**<br>**Greater London**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **11287869002** |
| 3. | Title of the invention | **BREAST PUMP** |
| 4. | Name of your agent *(if you have one)* | **Boult Wade Tennant** |
| | "Address for service" to which all correspondence should be sent. This may be in the European Economic area or Channel Islands (see warning note below) *(including the postcode)* | **Boult Wade Tennant**<br>**Verulam Gardens**<br>**70, Gray's Inn Road**<br>**London WC1X 8BT**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **42001** |

5. Priority declaration: Are you claiming priority from one or more earlier-filed patent applications? If so, please give details of the application(s)

| Country | Application number | Date of filing | PDAS Access Code |
|---|---|---|---|

6. Divisionals etc: Is this application a divisional application, or being made following resolution of an entitlement dispute about an earlier application. If so, please give the application number and filing date of the earlier application

Number of earlier UK application

Date of filing *(day / month / year)*

7. Inventorship: (Inventors must be individuals not companies)

Are all the applicants named above also inventors?    **No**

8. Are you paying the application fee with this form?    **Yes**

**Patents Form 1**

---

9.  Accompanying documents: please enter the number of
    pages of each item accompanying this form.

    Continuation sheets of this form

|  | | |
|---|---|---|
| Description: | **20** | |
| Claim(s): | **6** | |
| Abstract: | **n/a** | |
| Drawing(s): | **13** | |

If you are <u>not</u> filing a description, please give details of
the previous application you are going to rely upon

| Country | Application number | Date of filing | PDAS Access Code |
|---|---|---|---|

---

10. If you are also filing any of the following, state how many
    against each item.

| | |
|---|---|
| Priority documents: | **0** |
| Statement of inventorship and right to grant of a patent (Patents Form 7): | **1** |
| Request for search (Patents Form 9A): | **1** |
| Request for a substantive examination (Patents Form 10): | **0** |
| Any other documents (please specify): | **PDAS Registration Form** |

---

11. I/We request the grant of a patent on the basis of this application.

| Signature: | **/DRAPER, Martyn John/** | Date: | **15 Jun 2017** |
|---|---|---|---|

| 12. Name, e-mail address, telephone, fax and/or mobile number, if any, of a contact point for the applicant | **DRAPER, Mr Martyn**<br>**Email: boult@boult.com**<br>**Telephone: 020 7430 7500**<br>**Fax: 020 7430 7600** |
|---|---|

---

Warning

After an application for a patent has been filed, the Comptroller will consider whether publication or communication of the invention should be prohibited or restricted under section 22 of the Patents Act 1977. You will be informed if it is necessary to prohibit or restrict your invention in this way. Furthermore, if you are resident in the United Kingdom and your application contains information which relates to military technology, or would be prejudicial to national security or the safety of the public, section 23 of the Patents Act 1977 prohibits you from applying for a patent abroad without first getting written permission from the Office unless an application has been filed at least 6 weeks beforehand in the United Kingdom for a patent for the same invention and either no direction prohibiting publication or communication has been given, or any such direction has been revoked. Until such time or until the revocation of any direction, for any such application the address for service referred to at part 4 above must be in the United Kingdom.

Although you may have an address for service in the Channel Islands, any agent instructed to act for you must reside or have a place of business in the European Economic Area or Isle of Man.

P153992GB00

- 1 -

# BREAST PUMP

<u>BACKGROUND</u>

A breast pump is a mechanical device that extracts milk from the breasts of a lactating woman.

5

The typical breast pump design is as shown in WO 96/25187 A1. A large suction generating device is provided, which is freestanding. This is attached by air lines to one or two breast shields which engage with the user's breasts. A pressure cycle is applied from the suction generating device, via the air lines, to the breast shields. This generates a pressure cycle on the user's breasts to simulate the suction generated by a feeding child. The suction generating device is a large component that connects to mains power to operate the pumps therein.

Milk collection bottles are provided to store the expressed breast milk. In the system of WO 96/36298 A1 separate bottles are provided attached to each breast shield. However, in alternative embodiments there may be a single bottle with tubing connecting the breast shields thereto. For a mother to use this somewhat discretely, such as in an office environment, specialised bras must be used. In particular, breast-pumping bras which have a central slit, for the spout of the breast shield to extend through are typically used. The breast shield is held within the bra, with the suction generating device and milk bottle outside the bra.

The fundamental breast pump system has not been significantly altered from this, with minor technical improvements being the main developments.

25

However, these systems present a number of significant disadvantages. As the suction generating device is a large freestanding unit connected to the mains power, the user may feel tethered to the wall. The devices also require a specific user posture and undressing to function normally. This is obviously difficult for a user to do discretely, such as in an office setting.

Fully integrated wearable breast pumps have begun to enter the market, such as US 2016 206794 A1. In such pumps, the suction source, power supply and milk container are locally provided, without the need for bulky external components or connections. Such devices can be provided with a substantially breast shaped profile so as to fit within a

P153992GB00

- 2 -

user's bra for discrete pumping, as well as pumping on-the-go without any tethers to electrical sockets or collection stations.

In US 2016 206794 A1, the breast pump has an offset shape favouring the lower half of the pump, and requires complex collapsible bag systems as milk collection devices. This is to force the pump to fit within the user's existing bras.

As the collection bag systems are collapsible, it will be very difficult for a user to extract all of their milk from the bag due to the small cut opening and capillary action between the bonded plastic sheets. This waste can be disheartening for the user as this is food for their child. The bags are also not re-usable, so the user is required to purchase and maintain a stock of these. As well as presenting a recurring cost, if the user runs out of stock they are unable to use the product until more bags are purchased.

Furthermore, as a result of the collapsible bags, a complex pumping arrangement is necessary. In particular, the breast shield connects to a tube which is provided with a plurality of compression units which "step" the expressed milk through the tube to the collection bag. This uses the breast milk as a hydraulic fluid to generate suction on the breast. In order to carry this out, a complex sequenced pulsing arrangement must be implemented.

In addition to these systems being particularly complex and wasteful, a relatively small bag must be used. In US 2016 206794, approximately 110 ml (4 fluid ounces) of milk can be collected before the bag must be changed. While this may be sufficient for some users, others may produce much more milk in a session.

A further integrated wearable breast pump is shown in US 2013 0023821 A1. In the third embodiment in this document, an integral breast pump is provided including a motor driven vacuum pump and power source. An annular (or punctured disc) membrane is provided, with the flow path of the milk going through the centre of the annulus. The membrane is housed in separate housing components and is sealed at its inner and outer edges. The breast shield has a small protrusion to engage with these housing components. However, the design of this breast pump results in a number of problems. The use of an annular membrane, with the fluid flow path running through the opening of the annulus is undesirable as it results in a large and bulky device.

7468571; JCP2; JCP2

P153992GB00

- 3 -

There is therefore a need for improved integrated breast pump systems.

SUMMARY OF THE INVENTION

A breast pump according to a first embodiment of the present invention is provided
according to claim 1. This breast pump is for wearing inside a bra, and comprises: a breast
shield for engagement with the user's breast; a housing for receiving at least a portion of
the breast shield; a pump inside the housing for generating a negative pressure in the
breast shield; a battery inside the housing for powering the pump; a detachable rigid milk
collection container attachable, in use, to a lower face of the housing and being in
connected to the breast shield for collecting milk expressed by the user, with a milk-flow
pathway defined from an opening in the breast shield to the milk collection container; and a
barrier, the pump acting on one side of the barrier to generate a pressure on the opposite,
milk-flow side of the barrier, the barrier having an outer periphery, wherein: the shield,
housing, pump, battery and container are provided as a unit with a convex outer surface
contoured to fit in a bra; and the milk-flow pathway extends past the outer periphery of the
barrier.

This breast pump allows discrete wearing and use, which can fit within a user's bra.
The milk-flow path extending past the outer periphery of the barrier allows for a simpler and
more robust design, without the milk-flow pathway extending through the barrier. This
provides increased interior space and functionality of the device.

A breast pump according to a second embodiment of the present invention is provided
according to claim 2. The breast pump is for wearing inside a bra, the breast pump
comprising: a breast shield for engagement with the user's breast; a housing for receiving
at least a portion of the breast shield; a pump inside the housing for generating a negative
pressure in the breast shield; a battery inside the housing for powering the pump; a
detachable rigid milk collection container attachable, in use, to a lower face of the housing
and connected to the breast shield for collecting milk expressed by the user with a milk-flow
pathway defined from an opening in the breast shield to the milk collection container,
wherein: the shield, housing, pump, battery and container are provided as a unit with a
convex outer surface contoured to fit in a bra; and the breast shield comprises a shield
flange for engaging the user's breast, and an elongate spout aligned with the opening and
extending away from the user's breast, the spout being substantially aligned, in use, with
the user's nipple and areolae; the spout comprising a first opening for depositing milk into

7468571; JCP2; JCP2

P153992GB00

- 4 -

the collection container and a second opening for transferring pressure generated by the pump to the user's nipple, the shield flange and spout being detachable from the housing together.

5    This breast pump allows discrete wearing and use, which can fit within a user's bra. The shield flange and spout being detachable together helps further simplify the design, and reduce the number of components which must be removed for cleaning and sterilisation.

10    A breast pump according to a third embodiment of the present invention is provided according to claim 3. This breast pump is for wearing inside a bra, and comprises: a breast shield for engagement with the user's breast; a housing for receiving at least a portion of the breast shield; a piezo pump inside the housing for generating a negative pressure in the breast shield; a battery inside the housing for powering the pump; a detachable milk

15    collection container attachable, in use, to a lower face of the housing and connected to the breast shield for collecting milk expressed by the user with a milk-flow pathway defined from an opening in the breast shield to the milk collection container, wherein the shield, housing, pump, battery and container are provided as a unit with a convex outer surface contoured to fit in a bra.

20

This breast pump allows discrete wearing and use, which can fit within a user's bra. The piezo pump is ideally suited for this environment as it is low noise and high strength with a compact size.

25    The breast shield of embodiments 1 or 3 may further comprise a shield flange for engaging the user's breast, and an elongate spout aligned with the opening and extending away from the user's breast, the spout being substantially aligned, in use, with the user's nipple and areolae; the spout comprising a first opening for depositing milk into the collection container and a second opening for transferring pressure generated by the pump

30    to the user's nipple.

The shield flange and spout may be detachable from the housing together. Preferably, the spout will be integral with the breast shield. This helps to simplify the design and reduce the number of components which must be removed for cleaning and

35    sterilisation.

7468571; JCP2; JCP2

P153992GB00

- 5 -

The breast shield cup may extend over a majority of the inner surface of the unit, preferably the breast shield extends over 80% of the inner surface of the unit. This reduces the risk of milk contacting a part of the device which cannot be easily sterilised. This also helps to disperse the pressure applied to the user's breast across a larger area. Additionally, by covering the majority of the inner surface, the breast shield is the only component which contact's the wearer's breast. This leaves fewer surfaces which require thorough cleaning.

The spout may connect directly to the container. By reducing the distance covered by the milk, the device is reduced in size and complexity of small intermediate portions.

The spout may comprise an opening directly above the milk collection container. By reducing the distance covered by the milk, the device is reduced in size and complexity of small intermediate portions.

The breast pump of the second or third embodiments may further comprise a barrier mounted in the breast pump, the pump acting on one side of the barrier to generate a pressure on the opposite, milk-flow, side of the barrier.

Preferably, the barrier has an outer periphery and the milk-flow pathway extends past the outer periphery of the barrier. This allows for a simpler and more robust design, without the milk-flow pathway extending through the barrier.

Preferably the milk-flow pathway extends beneath the barrier. This provides an added benefit of having gravity tend the milk away from the barrier.

Preferably the milk-flow pathway does not pass through the barrier. This results in a simpler and smaller barrier design.

Preferably, the barrier is mounted on a housing on the breast shield. More preferably, the housing is integral with the breast shield. This further helps increase the ease of cleaning and sterilisation as all of the components on the "dirty" side can be removed.

7468571; JCP2; JCP2

P153992GB00

- 6 -

Preferably, the barrier is not an annulus.

The barrier may provide a seal to isolate the pump from the milk-flow side of the barrier. This helps to avoid the milk becoming contaminated from the "dirty" airflow side.

Preferably, the only seal is around an outer edge of the barrier. This is a simple design as only a single seal needs to be formed and maintained. Having multiple seals, such as for an annular membrane, introduces additional complexity and potential failure points.

Preferably, the barrier is a diaphragm.

Preferably, the diaphragm is a continuous membrane which is devoid of any openings or holes. This provides a larger effective "working" area of the diaphragm (i.e. the area of the surface in contact with the pneumatic gasses) than an annular membrane and hence the membrane may be smaller to have the same working area.

The breast pump may further comprise a pressure sensor in pneumatic connection with the piezo pump. This allows the output of the pump to be determined.

Preferably, the width of the breast pump is less than 110 mm.

Preferably, the height of the breast pump is less than 180 mm.

Preferably, the plane to plane depth of the breast pump less than 100 mm.

Preferably, in use, the breast pump extends from the user's breasts by between 3 to 4 cup sizes as per the European standard EN 13402.

Preferably, the milk container has a volume of greater than 120 ml. More preferably, the milk container has a volume of greater than 140 ml.

Preferably, the milk container has a volume of less than 150 ml.

7468571; JCP2; JCP2

P153992GB00

- 7 -

The milk container and housing may form a substantially continuous outer surface of the breast pump. This helps ensure that the breast pump in use fits within a conventional bra system discretely.

5          The milk container may be at least partially transparent on the outer surface of the breast pump. This allows the level of milk within the container to be easily observed even while pumping.

The milk container may be provided with a spout. This makes it easier for the end 10      user to pour the collected milk into other containers for use or storage.

The milk container may be provided with attachment means for attaching a teat to the container. This allows the milk container to be used directly as a drinking vessel for a child.

15

The breast shield may be removable. This allows the shield to be easily washed and sterilised.

The milk collection container may be formed of at least two rigid sections which are 20      connectable. This allows simple cleaning of the container for re-use.

The breast pump may further comprise a one-way valve between an inner surface of the breast shield, for engaging with the breast in use, and the milk container.

25          The one-way valve may be located in an opening to the container.

The pump of the first or second embodiments may be a piezo pump.

The breast shield may be detachable from the breast pump.

30

The breast pump of the may further comprise a single pole, double throw pneumatic valve, wherein: the pole is in pneumatic connection with the pump and pressure sensor; one of the throws is in pneumatic connection with the diaphragm; and the other throw is in pneumatic connection with a dead-end.

35

7468571; JCP2; JCP2

P153992GB00

- 8 -

5 The breast pump may further comprise: a first non-return valve between the milk-flow side of the diaphragm and the breast shield, configured to allow only a negative pressure to be applied to the breast shield by the pump; a second non-return valve between the milk-flow side of the diaphragm and the milk collection container configured to allow only a positive pressure to be applied to the milk collection container by the pump; and a pressure sensor in pneumatic connection with the pressure-generation side of the diaphragm.

10 A method of estimating the pressure applied by a breast pump according to an aspect of the present invention is provided according to claim 42, comprising the steps of: providing a breast pump according to the third embodiment; selecting a pressure cycle from a pre-defined list of pressure cycles; applying pressure with the pump to stimulate milk expression; reading the output of the pressure sensor; and adjusting the applied pressure of the pump to match the pressure profile selected. This allows for repeatable application of
15 force to the breast, even as the pump performance degrades.

 Preferably the method further comprises the steps of: approximating the elasticity and extension of the diaphragm at the relevant pressure; and calculating an estimated applied pressure based upon the output of the pressure sensor and the approximated
20 elasticity and extension of the diaphragm.

 A method of estimating the milk collected by a breast pump according to an aspect of the present invention is provided according to claim 44, comprising the steps of: providing a breast pump according to claim 33; generating a positive pressure with the
25 pump; transmitting the positive pressure via the diaphragm and second non-return valve to only the milk collection container; measuring the increase in pressure by the pressure sensor in pneumatic connection with the diaphragm; estimating the volume of milk inside the milk collection container based upon the rate of increase of pressure. In this manner, the volume of milk can be estimated remotely.

30

DESCRIPTION OF THE FIGURES

The invention will now be described with respect to the Figures in which:

  Figure 1 is a front view of an assembled breast pump;

  Figure 2 is a rear view of the assembled breast pump of Figure 1;

35  Figure 3 is a front view of a partially disassembled breast pump;

7468571; JCP2; JCP2

P153992GB00

- 9 -

Figure 4 is a rear view of the partially disassembled breast pump of Figure 3;

Figure 5 is a front view of a further partially disassembled breast pump;

Figure 6 is a rear view of the further partially disassembled breast pump of Figure 5;

Figure 7 is a front view of the breast pump of Figure 1, with the outer shell

5    translucent for ease of explanation;

Figure 8 is a further front view of the breast pump of Figure 1, with the front of the outer shell removed for ease of explanation;

Figure 9 is a schematic view of a spout for a breast shield;

Figure 10 is a schematic of a pneumatic system for a breast pump;

10    Figure 11 is a schematic of an alternative pneumatic system for a breast pump;

Figure 12 is a schematic of a further alternative pneumatic system for a breast pump; and

Figure 13 is a graph depicting measured pressure in the breast pump system of Figure 12 over time.

15

DETAILED DESCRIPTION

Figure 1 is a front view of a breast pump 100 according to the present invention. The breast pump 100 comprises a housing 1 and a milk collection container (or bottle) 3. The milk collection container 3 is attached to a lower face 1A of the housing 1. While the

20    breast pump 100 may be arranged to be used with one of the right or the left breast specifically, it is preferred the breast pump 100 can be used with either breast without modification. To this end, the outer surfaces of the breast pump 100 are preferably substantially symmetrical

25    The breast pump 100 is further provided with a user interface 5. This may take the form of a touchscreen and/or physical buttons. In particular, this may include buttons, sliders, any form of display, lights, or any other componentry necessary to control and indicate use of the breast pump 100. Such functions might include turning the breast pump 100 on, specifying which breast is being pumped, or increasing the peak pump pressure.

30    Alternatively, the information provided through the user interface 5 might also be conveyed through haptic feedback, such as device vibration, driven from a miniature vibration motor within the pump housing 1.

In the particular embodiment of the Figures, the user interface 5 comprises power

35    button 5A for turning the pump on and off. The user interface 5 further comprises pump up

7468571; JCP2; JCP2

P153992GB00

- 10 -

button 5B and pump down button 5C. These buttons adjust the pressure generated by the pump and hence applied to the user's breast. In preferable embodiments, the pump up button 5B is physically larger than the pump down button 5C. A play/pause button 5D is provided for the user to interrupt the pumping process without turning the device on and off.

5

The user interface 5 further comprises a breast toggle button 5E for the user to toggle a display of which breast is being pumped. This may be used for data collection, which is discussed in more detail later, or for the user to keep track of which breast has most recently been pumped. In particular, there may be a pair of LEDs, one to the left of the

10    toggle button 5E and one to the right. When the user is pumping the left breast, the LED to the right of the toggle button 5E will illuminate, so that when the user looks down at the toggle it is the leftmost LED from their point of view that is illuminated. When the user then wishes to switch to the right breast, the toggle button can be pressed and the LED to the left of the toggle button 5E will illuminate.

15

As depicted in Figure 1, the housing 1 and milk collection container 3 form a substantially continuous outer surface, with a generally convex shape. This shape roughly conforms with the shape of a breast. This allows the breast pump 100 to fit within the cup of a user's bra. The milk collection container 3 is retained in attachment with the housing 3

20    by means of a latch system, which is released by button 2.

The European standard EN 13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting an additional 2 cm difference. Some manufacturers do vary from these

25    conventions in denomination, and some maternity bras are measured in sizes of S, M, L, XL, etc. In preferred embodiments, the breast pump 100 of the present invention corresponds to an increase of between 3 or 4 cup sizes of the user according to EN 13402.

A plane-to-plane depth of the breast pump can also be defined. This is defined as

30    the distance between two parallel planes, the first of which is aligned with the innermost point of the breast pump 100, and the second of which is aligned with the outermost point of the breast pump 100. This distance is preferably less than 100 mm.

Figure 2 is a rear view of the breast pump 100 of Figure 1. The inner surface of the

35    housing 1 and milk collection container 3 are shown, along with a breast shield 7. The

7468571; JCP2; JCP2

P153992GB00

- 11 -

housing 1, milk collection container 3 and breast shield 7 form the three major sub-components of the breast pump 100. In use, these sub-components clip together to provide the functioning breast pump 100. The breast shield 7 is designed to engage with the user's breast, and comprises a concave inner flange 7A which contacts the breast. To allow the

5  breast pump 100 to be used on either of the user's breasts, the breast shield 7 is preferably substantially symmetrical on its inner flange 7A.

The inner flange 7A is substantially oval-shaped. While the inner flange 7A is concave, it is relatively shallow such that it substantially fits the body form of the user's

10  breast. In particular, when measured side-on the inner-most point of the flange 7A and the outer-most point may be separated by less than 25 mm. By having a relatively shallow concave surface, the forces applied can be spread out over more surface area of the breast. The flatter form also allows easier and more accurate location of the user's nipple. In particular, the flange 7A of the breast shield 7 may extend over the majority of the inner

15  surface of the housing 1 and milk collection container 3. Preferably, it may extend over 80% of this surface.

The breast shield 7 substantially aligns with the outer edge 1B of the housing 1. The milk collection container 3 may be provided with an arcuate groove for receiving a lower

20  part of the breast shield 7. This is best shown in later Figures. In the assembled arrangement of Figures 1 and 2, the inner surface of the breast pump 100 is substantially continuous.

The breast shield 7 further comprises a spout 9 extending from an opening 7B in

25  the breast shield 7. In preferable embodiments the spout 9 is integral with the breast shield 7. However, it is appreciated that separate removable/interchangeable spouts may be used. The opening 7B is aligned with the user's nipple and areola in use. The breast shield 7 forms an at least partial seal with the rest of the user's breast around this portion. This spout 9 defines a milk-flow path from the inner surface of the breast shield 7A, through the

30  spout 9 and into the milk collection container 3. The spout 9 is preferably quite short in order to minimise the length of the milk-flow path in order to minimise losses. In particular, the spout 9 may extend less than 70 mm from its start to end, more preferably less than 50 mm,

P153992GB00

- 12 -

Figures 3 and 4 are of a partially disassembled breast pump 100 of the present invention. In these Figures, the breast shield 7 has been disengaged from the housing 1 and milk collection bottle 3. As shown in Figure 4, the housing 1 comprises a slot 11 for receiving the spout 9 of the breast shield 7. The breast shield 7 is held in place by means of a clip 15 engaging with a slot 17 in the housing 1. While this clip 15 is shown at the top of the breast shield 7, it may be placed at any suitable point on the shield 7, with the slot 17 in a corresponding location. The spout 9 of the breast shield 7, is provided with a protrusion 9A on its lower surface. This protrusion 9A is configured to engage with the milk collection bottle 3.

5

10

The breast pump 100 further comprises a barrier for transferring the pressure from the pump to the milk-collection side of the system. In the depicted example, this is flexible diaphragm 13. However, it is appreciated that the barrier could be any other suitable component such as a filter or an air transmissive material.

15

The diaphragm 13 is arranged so that the milk-flow pathway extends past the outer periphery of the diaphragm 13. This means that the milk-flow pathway does not extend through the diaphragm 13. In particular, the milk-flow pathway is beneath the diaphragm 13. However, is appreciated that the diaphragm 13 may be offset in any direction with respect to the milk-flow pathway provided that the milk-flow pathway does not extend through the diaphragm 13.

20

Preferably, the diaphragm 13 is a continuous membrane, devoid of any openings.

25

The diaphragm 13 is held in a diaphragm housing 19, which is formed in two parts. The first half 19A of the diaphragm housing 19 is provided on the outer surface of the breast shield 7, above the spout 9 and hence the milk-flow pathway. In preferred embodiments, the first half 19A of the diaphragm housing 19 is integral with the breast shield. The second half 19B of the diaphragm housing is provided in a recessed portion of the housing 1. The diaphragm 13 seals in this diaphragm housing 19 around its outer edge, to form a watertight and airtight seal. Preferably, the seal around the outer edge of the diaphragm 13 is the only seal of the diaphragm 13. This is beneficial over systems with annular diaphragms which must seal at an inner edge as well. Having the diaphragm 13 mounted in the breast pump 100 in this manner ensures that it is easily accessible for

30

P153992GB00

- 13 -

cleaning and replacement. It also ensures that the breast shield 7 and diaphragm 13 are the only components which need to be removed from the pump 100 for cleaning.

Figures 5 and 6 show a breast pump 100 according to the present invention in a further disassembled state. In addition to the breast shield 7 and diaphragm 13 being removed, the milk collection container 3 has been unclipped.

Preferably, the milk collection container 3 is a substantially rigid component. This ensures that expressed milk does not get wasted therein, while also enhancing re-usability. In some embodiments, the milk collection container 3 may be formed of three sections: a front bottle potion, a rear bottle potion, and a cap. These three sections may clip together to form the milk collection container 3. This three part system is easy to empty, easily cleanable, and easily re-usable.

However, in the preferred embodiments the milk bottle 3 is a single integral part with a cap 35. The milk collection container 3 has a capacity of approximately 5 fluid ounces (148 ml).

To achieve this, the milk collection container 3 preferably has a depth in a direction extending away from the breast in use, of between 50 to 80 mm, more preferably between 60 mm to 70 mm, and most preferably between 65 mm to 68 mm.

The milk collection container 3 further preferably has a height, extending in the direction from the bottom of the container 3 in use to the cap 35, of between 40 mm to 60 mm, more preferably between 45 mm to 55 mm, and most preferably between 48 mm to 52 mm.

Further preferably, the milk collection container has a length, extending from the leftmost point to the rightmost point of the container 3 in use, of between 100 mm to 120 mm, more preferably between 105 mm to 115 mm, and most preferably between 107 mm to 110 mm.

This cap 35 is provided with a one-way valve 37, through which milk can flow. This valve 37 prevents milk from spilling from the bottle once it has been collected. In addition, the valve 37 automatically seals completely unless engaged to the breast shield 7. This

P153992GB00

- 14 -

ensures that when the pump 100 is dismantled immediately after pumping, no milk is lost from the collection bottle 3. It can be appreciated that this one-way valve 37 might also be placed on the breast shield 7 rather than in this bottle cap 35. The cap 35 may screw into the milk collection bottle 3. In particular, it may be provided with a threaded connection or a
5    bayonet and slot arrangement.

In certain embodiments, a teat may be provided to attach to the annular protrusion 31A to allow the container 3 to be used directly as a bottle. Alternatively, or in addition, a spout may be provided to attach to the protrusion 31A for ease of pouring.
10

Figures 7 and 8 show front views of a breast pump 100 according to the present invention. The outer-surface of the housing 1 has been drawn translucent to show the components inside. The control circuitry 71 for the breast pump 100 is shown in these figures. The control circuitry in the present embodiment comprises four separate printed
15    circuit boards, but it is appreciated that any other suitable arrangement may be used.

The control circuitry may include sensing apparatus for determining the level of milk in the container 3. The control circuitry may further comprise a wireless transmission device for communicating over a wireless protocol (such as Bluetooth) with an external device.
20    This may be the user's phone, and information about the pumping may be sent to this device. In embodiments where the user interface 5 comprises a breast toggle button 5E, information on which breast has been selected by the user may also be transmitted with the pumping information. This allows the external device to separate pumping data for the left and right breasts.
25

There should also be charging means within the control circuitry 71 for charging the battery 81. While an external socket, cable or contact point may be required for charging, a form of wireless charging may instead be used such as inductive or resonance charging. In the Figures, charging port 6 is shown for charging the battery 81. This port 6 may be
30    located anywhere appropriate on the housing 1.

Figure 8 shows the location of the battery 81 and the pumps 83A, 83B mounted in series inside the housing 1. While the depicted embodiment shows two pumps 83A, 83B it is appreciated that the present invention may have a single pump.
35

P153992GB00

- 15 -

Preferably, an air filter 86 is provided at the output to the pumps 83A, 83B. In preferable embodiments, the pumps 83A, 83B are piezoelectric pumps (or piezo pump). A suitable piezo pump is manufactured by TTP Ventus, which can deliver in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free flow.

5

The rear side of the second half of the diaphragm housing 19B in the housing 1 is provided with a pneumatic connection spout. The pumps 83A, 83B are pneumatically connected with this connection spout.

10    Operation of the breast pump 100 will not be described. Once the breast pump 100 is activated and a pumping cycle is begun, the pumps 83A, 83B generates a negative pressure which is transmitted via the connection spout 85 to a first side of the diaphragm 13 in the diaphragm housing 19. This side of the diaphragm 13 is denoted the pumping side 13B of the diaphragm 13.

15

The diaphragm 13 transmits this negative pressure to its opposite side (denoted the milk-flow side 13A). This negative pressure is transferred from the first side of the diaphragm housing 19A to the opening 7B of the breast shield 7 via the spout 9. This acts to apply the pressure cycle to the breast of the user, in order to express milk. The milk is

20    then drawn through the spout 9, through the one way valve 37 and into the milk collection container 3. The negative pressure is then released, and periodically reapplied in a manner to imitate the sucking of a child.

While the depicted embodiment of the breast pump 100 is provided with two pumps,

25    the following schematics will be described with a single pump 83. It is understood that the single pump 83 could be replaced by two separate pumps 83A, 83B as above.

Figure 9 depicts a schematic of a further embodiment of a spout 9 for a breast pump 100. The spout 9 is provided with an antechamber 91 and a separation chamber 93.

30    A protrusion 95 extends from the walls of the spout 9 to provide a tortuous air-liquid labyrinth path through the spout 9. In the separation chamber 93 there are two opening 97, 99. An air opening 97 is provided in an upper surface 93A of the separation chamber 93. This upper surface 93 is provided transverse to the direction of the spout 9. This opening 97 connects to the first side of the diaphragm housing 19A and is the source of the

35    negative pressure. This airflow opening 97 also provides a route for air to flow as shown

P153992GB00

- 16 -

with arrow 96. It is appreciated that the tortuous pathway is not necessary and that a spout 9 without such a pathway will work.

The other opening 99 is a milk opening 99. The milk opening 99 is provided on a
5    lower surface 93B of the separation chamber 93 and connects in use to the container 3.
After flowing through the tortuous spout 9 pathway, the milk is encouraged to flow through this opening 99 into the container 3. This is further aided by the transverse nature of the upper surface 93A.

10    In this manner, expressed milk is kept away from the diaphragm 13. As such, the breast pump 100 can be separated into a "clean" air-flow side comprising the pump 83, the connection spout 85 and the pumping side 13B of the diaphragm 13 and a "dirty" milk-flow side comprising the breast shield 7, the milk collection container 3 and the milk-flow side 13A of the diaphragm 13. This ensures that all of the "dirty" components are easily
15    detachable for cleaning, maintenance and replacement. Additionally, the milk is kept "clean" by ensuring it does not contact the mechanical components.

While the present embodiment discusses the generation of negative pressure with the pump 83, it will be appreciated that positive pressure may instead be generated.
20

While the embodiments described herein use a diaphragm 13, any suitable structure to transmit pressure while isolating either side of the system may be used.

Figure 10 shows a schematic of a basic pneumatic system 200 for a breast pump
25    100. In the system 200 milk expressed into the breast shield 7 is directed through the breast shield spout 9 through the torturous air-liquid labyrinth interface 95. The milk is directed through the non-return valve 37 to the collection container 3. This side of the system forms the "dirty" side 201.

30    The rest of the pneumatic system 200 forms the "clean" side 202 and is separated from contact with milk. This is achieved by way of a flexible diaphragm 13 which forms a seal between the two sides of the system. The diaphragm 13 has a milk-flow side 13A and an air-flow side 13B.

P153992GB00

- 17 -

The "clean" side 202 of the system 200 is a closed system. This side 202 may contain a pressure sensor 101 in pneumatic connection with the diaphragm 13 and the pump 83. Preferably, the pump 83 is a piezoelectric pump (or piezo pump). Due to their low noise, strength and compact size, piezoelectric pumps are ideally suited to the embodiment of a small, wearable breast pump. The pump 83 has an output 83A for generating pressure, and an exhaust to the atmosphere 83B. In a first phase of the expression cycle, the pump 83 gradually applies negative pressure to clean half of the closed system 202 behind the diaphragm 13. This causes the diaphragm 13 to extend away from the breast, and thus the diaphragm 13 conveys a decrease in pressure into the breast shield 7. The reduced pressure encourages milk expression from the breast, which is directed through the tortuous labyrinth system 95 and the one-way valve 37 to the collection bottle 3.

While in the depicted embodiment the exhaust 83B is not used, it may be used for functions including, but not limited to, cooling of electrical components, inflation of the bottle to determine milk volume (discussed further later) or inflation of a massage bladder against the breast. This massage bladder may be used to help mechanically encourage milk expression.

The "clean" side 202 further comprises a two-way solenoid valve 103 connected to a filtered air inlet 105 and the pump 83. Alternatively, the filter could be fitted on the pump line 83A. If the filter is fitted here, all intake air is filtered but the performance of the pump may drop. After the negative pressure has been applied to the user's breast, air is bled into the system 202 through the valve 103 in a second phase of the expression cycle. In this embodiment, the air filter 105 is affixed to this inlet to protect the delicate components from degradation. In particular, in embodiments with piezoelectric components these are particularly sensitive.

The second phase of the expression cycle and associated switching of valve 103 is actioned once a predefined pressure threshold has been reached. The pressure is detected by a pressure sensor 101.

In certain embodiments, if the elasticity and extension of the diaphragm 13 may be approximated mathematically at different pressures, the pressure measured by sensor 101 can be used to infer the pressures exposed to the nipple on the opposite side of the diaphragm 13.

7468571; JCP2; JCP2

P153992GB00

- 18 -

Figure 11 shows an alternative pneumatic system 300. The core architecture of this system is the same as the system shown in Figure 10.

5      In this system 300, the closed loop 202 is restricted with an additional three way solenoidal valve 111. This valve 111 allows the diaphragm 13 to be selectively isolated from the rest of the closed loop 202. This additional three way valve 111 is located between the diaphragm 13 and the pump 83. The pressure sensor 101 is on the pump 83 side of the three way valve 111. The three way valve 111 is a single pole double throw (SPDT) valve,

10     with the diaphragm 13 connected to one of the throws 111B. The pump 83 is connected to the pole 111A. The final throw 111C is connected to a dead-end 113. This dead-end 113 may either be a simple closed pipe, or any component(s) that does not allow the flow of air into the system 202. This could include, for example, an arrangement of one-way valves.

15     In this system 300, therefore, the pump 83 has the option of applying negative pressure directly to the pressure sensor 101. This allows repeated testing of the pump in order to calibrate pump systems, or to diagnose issues with the pump in what is called a dead end stop test. This is achieved by throwing the valve to connect the pump 83 to the dead end 113. The pump 83 then pulls directly against the dead end 113 and the reduction

20     of pressure within the system can be detected by the pressure sensor 101.

Using this function, material fatigue of the pump 83 can be assessed directly. Principally, this knowledge can be used to ensure user experience is not altered, despite the changing output of the pump 83 as it degrades over time. For example, the pump cycle

25     may be changed to drive longer or operate under increased voltage to ensure the same pressures are met. This is particularly relevant for piezo pumps where the output may vary significantly.

Figure 12 shows a schematic for a system 400 for a breast pump 100 which can

30     estimate the volume of milk collected in the collection container 3 from data collected on the "clean" airflow part 202 of the system 400.

The pump 83 is connected to the circuit via two bleed valves 126, 128. The first bleed valve 126 is arranged to function when the pump 83 applies a negative pressure. As

P153992GB00

- 19 -

such, this valve 126 is connected to a "bleed in" 127, for supplying atmospheric air to the system 202.

The second bleed valve 128 is arranged to function when the pump 83 applies a
5    positive pressure. As such, this valve 128 is connected to a "bleed out" 129 for bleeding air in the system 202 to the atmosphere.

During a milking pump cycle, the pump 83 applies negative pressure on the "clean" side 13B of the diaphragm 13 which causes its extension towards the pump 83. This
10   increases the volume of the space on the "dirty" side 13B of the diaphragm 13. This conveys the decrease in pressure to the breast to encourage expression of milk. A set of three non-return valves 121, 123, 125 ensure that this decrease in pressure is applied only to the breast (via the breast shield 7) and not the milk collection container 3.

15   To measure the volume of milk collected in the container 3, the pump 83 is used instead to apply positive pressure to the diaphragm 13. The diaphragm 13 is forced to extend away from the pump 83 and conveys the pressure increase to the "dirty side" 201 of the system 400. The three non-return valves 121, 123, 125 ensure that this increase in pressure is exclusively conveyed to the milk collection container 13.
20

The resulting pressure increase is monitored behind the diaphragm 13 from the "clean" side 202 by a pressure sensor 101. Preferably, the pressure sensor 101 is a piezoelectric pressure sensor (piezo pressure sensor). The rate at which the pump 83 (at constant strength) is able to increase the pressure in the system 400 is a function of the
25   volume of air that remains in the milk collection container 3. As air is many times more compressible than liquid, the rate at which pressure increases in the system 400 can be expressed as an approximate function of the volume of milk held in the collection container 3.

30   Thus by increasing the pressure in this fashion, the rate of pressure increase can be determined, from which the volume of milk held in the container 3 is calculable.

The inventor has proved this method for estimating milk volume. Figure 13 shows repeated milking and volume measurement cycles as the collection container 3 is filled. To
35   determine the rate of pressure increase the pump 83 was run for a fixed time. As pumping

7468571; JCP2; JCP2

P153992GB00

- 20 -

proceeds and the volume of air reduces in the system 400, the pump 83 is able to achieve a higher pressure. Each milking cycle is represented by a positive pressure spike 41. There is a clear upwards trend 43 in magnitude of positive pressures achieved as the collection container 3 is filled.

5

In this manner, an estimate can be obtained for the volume of milk in the container 3 based upon the measured pressures.

Figure 13 also shows a dead end stop pump test 45 as described above. The

10 negative spike 45 shows the application of negative pressure directly to the pressure sensor 101.

P153992GB00

- 21 -

CLAIMS:

1.      A breast pump for wearing inside a bra, the breast pump comprising:

a breast shield for engagement with the user's breast;

a housing for receiving at least a portion of the breast shield;

5       a pump inside the housing for generating a negative pressure in the breast shield;

a battery inside the housing for powering the pump;

a detachable rigid milk collection container attachable, in use, to a lower face of the housing and connected to the breast shield for collecting milk expressed by the user with a milk-flow pathway defined from an opening in the breast shield to the milk collection

10      container; and

a barrier, the pump acting on one side of the barrier to generate a pressure on the opposite, milk-flow, side of the barrier, the barrier having an outer periphery, wherein:

the shield, housing, pump, battery and container are provided as a unit with a

15      convex outer surface contoured to fit in a bra; and

the milk-flow pathway extends past the outer periphery of the barrier.


2.      A breast pump for wearing inside a bra, the breast pump comprising:

a breast shield for engagement with the user's breast;

20      a housing for receiving at least a portion of the breast shield;

a pump inside the housing for generating a negative pressure in the breast shield;

a battery inside the housing for powering the pump;

a detachable rigid milk collection container attachable, in use, to a lower face of the housing and connected to the breast shield for collecting milk expressed by the user with a

25      milk-flow pathway defined from an opening in the breast shield to the milk collection container,

wherein:

the shield, housing, pump, battery and container are provided as a unit with a convex outer surface contoured to fit in a bra; and

30      the breast shield comprises a shield flange for engaging the user's breast, and an elongate spout aligned with the opening and extending away from the user's breast, the spout being substantially aligned, in use, with the user's nipple and areolae; the spout comprising a first opening for depositing milk into the collection container and a second opening for transferring pressure generated by the pump to the user's nipple, the shield

35      flange and spout being detachable from the housing together.

P153992GB00

- 22 -

3.    A breast pump for wearing inside a bra, the breast pump comprising:

a breast shield for engagement with the user's breast;

5    a housing for receiving at least a portion of the breast shield;

a piezo pump inside the housing for generating a negative pressure in the breast shield;

a battery inside the housing for powering the pump;

a detachable milk collection container attachable, in use, to a lower face of the

10    housing and connected to the breast shield for collecting milk expressed by the user with a milk-flow pathway defined from an opening in the breast shield to the milk collection container,

wherein the shield, housing, pump, battery and container are provided as a unit with a convex outer surface contoured to fit in a bra.

15

4.    The breast pump according to claim 1 or 3 wherein the breast shield comprises a shield flange for engaging the user's breast, and an elongate spout aligned with the opneing extending away from the user's breast, the spout being substantially aligned, in use, with the user's nipple and areolae; the spout comprising a first opening for depositing

20    milk into the collection container and a second opening for transferring pressure generated by the pump to the user's nipple.

5.    The breast pump of claim 4, wherein the shield flange and spout are detachable from the housing together

25

6.    The breast pump of claim 2, 4 or 5, wherein the spout is integral with the breast shield.

7.    The breast pump according to claim 2 or 4 to 6, wherein the breast shield cup

30    extends over a majority of the inner surface of the unit.

8.    The breast pump of claim 7, wherein the breast shield extends over 80% of the inner surface of the unit.

7468571; JCP2; JCP2

P153992GB00

- 23 -

9.      The breast pump of any of claims 2 or 4 to 8, wherein the spout connects directly to the container.

10.     The breast pump of any of claims 2 or 4 to 9, wherein the spout comprises an outflow opening for depositing milk directly above the milk collection container.

11.     The breast pump of any of claims 2 or 3, and claims 4 to 10 when dependent upon claims 2 or 3, further comprising a barrier, the pump acting on one side of the barrier to generate a pressure on the opposite, milk-flow, side of the barrier.

12.     The breast pump of claim 10, wherein the barrier has an outer periphery and the milk-flow pathway extends past the outer periphery of the barrier.

13.     The breast pump of any of claims 2, 11 or 12, wherein the milk-flow pathway is beneath the barrier.

14.     The breast pump of any of claims 2 or 11 to 13, wherein the milk-flow pathway does not pass through the barrier.

15.     The breast pump of any of claims 2 or 11 to 14, wherein the barrier is mounted in a housing on the breast shield.

16.     The breast pump of claim 15, wherein the housing is integral with the breast shield.

17.     The breast pump of any of claims 2 or 11 to 16, wherein the barrier is not an annulus.

18.     The breast pump of any of claims 2 or 11 to 17, wherein the barrier provides a seal to isolate the pump from the milk-flow side of the barrier.

19.     The breast pump of claim 18, wherein the only seal is around an outer edge of the barrier.

20.     The breast pump of any of claims 2 or 11 to 19, wherein the barrier is a diaphragm.

P153992GB00

- 24 -

21.    The breast pump of claim 20, wherein the diaphragm is a continuous membrane which is devoid of any openings or holes.

22.    The breast pump according to any preceding claim, further comprising a pressure sensor in pneumatic connection with the pump.

23.    The breast pump of any preceding claim, wherein the width of the breast pump is less than 110 mm.

24.    The breast pump of any preceding claim, wherein the height of the breast pump is less than 180 mm.

25.    The breast pump of any preceding claim, wherein the plane to plane depth of the breast pump is less than 100 mm.

26.    The breast pump of any preceding claim, wherein, in use, the breast pump extends from the user's breasts by 3 to 4 cup sizes as per the European standard EN 13402.

27.    The breast pump of any preceding claim, wherein the milk container has a volume of greater than 120 ml.

28.    The breast pump of claim 27, wherein the milk container has a volume of greater than 140 ml.

29.    The breast pump of claim 27 or 28, wherein the milk container has a volume of less than 150 ml.

30.    The breast pump of any preceding claim, wherein the milk container and housing form a substantially continuous outer surface of the breast pump.

31.    The breast pump of any preceding claim, wherein the milk container is at least partially transparent on the outer surface of the breast pump.

32.    The breast pump of any preceding claim, wherein the milk container is provided with a spout.

P153992GB00

- 25 -

33.    The breast pump of any preceding claim, wherein the milk container is provided with attachment means for attaching a teat to the container.

5    34.    The breast pump of any preceding claim, wherein the breast shield is removable.

35.    The breast pump of any preceding claim, wherein the milk collection container is formed of at least two rigid sections which are connectable.

10    36.    The breast pump of any preceding claim, further comprising a one-way    valve between an inner surface of the breast shield, for engaging with the breast in use, and the milk container.

37.    The breast pump of claim 36, wherein the one-way valve is located in an opening to 15    the container.

38.    The breast pump of claim 1 or 2, wherein the pump is a piezo pump.

39.     The breast pump of any of any preceding claim, wherein the breast shield is 20    detachable from the breast pump.

40.    The breast pump of any of claims 22 or 23 to 39 when dependent upon claim 22, further comprising a single pole, double throw pneumatic valve, wherein:
        the pole is in pneumatic connection with the pump and pressure sensor;
25        one of the throws is in pneumatic connection with the diaphragm; and
        the other throw is in pneumatic connection with a dead-end.

41.    The breast pump of any of claim22 or 23 to 40 when dependent upon claim 22, further comprising:
30        a first non-return valve between the milk-flow side of the diaphragm and the breast shield, configured to allow only a negative pressure to be applied to the breast shield by the pump;
        a second non-return valve between the milk-flow side of the diaphragm and the milk collection container configured to allow only a positive pressure to be applied to the milk 35    collection container by the pump; and

7468571; JCP2; JCP2

P153992GB00

- 26 -

a pressure sensor in pneumatic connection with the pressure-generation side of the diaphragm.

42.    A method of estimating the pressure applied by a breast pump according to claim
5    40, comprising the steps of:

providing a breast pump according to claim 40;

selecting a pressure cycle from a pre-defined list of pressure cycles;

applying pressure with the pump to stimulate milk expression;

reading the output of the pressure sensor;
10    adjusting the applied pressure of the pump to match the pressure profile selected

by the user.

43.    The method of claim 42, further comprising:

approximating the elasticity and extension of the diaphragm at the relevant
15    pressure; and

calculating an estimated applied pressure based upon the output of the pressure sensor and the approximated elasticity and extension of the diaphragm.

44.    A method of estimating the milk collected by a breast pump according to claim 41,
20    comprising the steps of:

providing a breast pump according to claim 41;

generating a positive pressure with the pump;

transmitting the positive pressure via the diaphragm and second non-return valve to only the milk collection container;
25    measuring the increase in pressure by the pressure sensor in pneumatic connection

with the diaphragm;

estimating the volume of milk inside the milk collection container based upon the rate of increase of pressure.

P153992GB00



7397102; JCP2; JCP2

P153992GB00

Fig 2



P153992GB00

Fig. 3



4/13

P153992GB00

Fig 4



7397102; JCP2; JCP2

5/13

P153992GB00

Fig. 5

100



6/13

P153992GB00

Fig 6



7397102; JCP2; JCP2

P153992GB00



Fig 7

7397102; JCP2; JCP2

P153992GB00

Fig. 8

100



9/13

P153992GB00

Fig. 9



10/13

P153992GB00

Fig. 10



7397102, JCP2, JCP2

11/13

P153992GB00



Fig 11

300

201

202

7    95    9    13    111B  111A    133    101    105

111C

111

103

83A

83

3    37

83B

12/13

P153992GB00

Fig. 12

400



P153992GB00

Fig 13



7397102; JCP2; JCP2



**Digital Access Service
(DAS)**

**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

---

# CERTIFICATE OF AVAILABILITY OF A CERTIFIED PATENT DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the patent application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the patent application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:    Country/Office:  GB

Filing date:  15 Jun 2017 (15.06.2017)

Application number:  1709561.3

Date of availability of document:    27 Jul 2017 (27.07.2017)

The following Offices can retrieve this document by using the access code:
AR, AT, AU, BE, BR, CA, CL, CN, CO, DK, EA, EE, EP, ES, FI, GB, GE, IB, IL, IN, JP, KR, MA, MX, NL, NO, NZ, SE, US

Date of issue of this certificate:    29 Mar 2021 (29.03.2021)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

# Certified Office Copy

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with patent application GB1709561.3 filed on 15th June 2017.and as stored electronically on the Patents Electronic Case file System.

The Patents Electronic Case-file System is compliant with British Standard BS10008 - Evidential weight and legal admissibility of information stored electronically and ISO15801 - Electronic imaging – information stored electronically, recommendations for trustworthiness and reliability.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.

Signed   A HAYES

Dated    19 June 2017

1200242967
1017015610 D02882
15/06/2017 150.00 DepositAccount



**Intellectual
Property
Office**

**Patents Form 1**
Patents Act 1977 *(Rule 12)*

## Request for grant of a patent

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

*Application number*    GB 1709561.3

| | | |
|---|---|---|
| 1. | Your reference | **MJD/P153994GB00** |
| 2. | Full name, address and postcode of the applicant or of each applicant | **CHIARO TECHNOLOGY LIMITED**<br>**Second Floor 63-66 Hatton Garden**<br>**London EC1N 8LE**<br>**Greater London**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **11287869002** |
| 3. | Title of the invention | **BRA CLIP** |
| 4. | Name of your agent *(if you have one)* | **Boult Wade Tennant** |
| | "Address for service" to which all correspondence should be sent. This may be in the European Economic area or Channel Islands (see warning note below) *(including the postcode)* | **Boult Wade Tennant**<br>**Verulam Gardens**<br>**70, Gray's Inn Road**<br>**London WC1X 8BT**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **42001** |

5. Priority declaration: Are you claiming priority from one or more earlier-filed patent applications? If so, please give details of the application(s)

| Country | Application number | Date of filing | PDAS Access Code |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | Divisionals etc: Is this application a divisional application, or being made following resolution of an entitlement dispute about an earlier application. If so, please give the application number and filing date of the earlier application | Number of earlier UK application | Date of filing *(day / month / year)* |

| | | |
|---|---|---|
| 7. | Inventorship: (Inventors must be individuals not companies) | |
| | Are all the applicants named above also inventors? | **No** |
| 8. | Are you paying the application fee with this form? | **Yes** |

**Patents Form 1**

---

9.  Accompanying documents: please enter the number of
    pages of each item accompanying this form.

    Continuation sheets of this form

    |  | |
    |---|---|
    | Description: | **9** |
    | Claim(s): | **3** |
    | Abstract: | **n/a** |
    | Drawing(s): | **7** |

    If you are <u>not</u> filing a description, please give details of
    the previous application you are going to rely upon

    | Country | Application number | Date of filing | PDAS Access Code |
    |---|---|---|---|
    | | | | |

---

10. If you are also filing any of the following, state how many
    against each item.

    | | |
    |---|---|
    | Priority documents: | **0** |
    | Statement of inventorship and right to grant of a patent (Patents Form 7): | **1** |
    | Request for search (Patents Form 9A): | **1** |
    | Request for a substantive examination (Patents Form 10): | **0** |
    | Any other documents (please specify): | **PDAS Registration Form** |

---

11. I/We request the grant of a patent on the basis of this application.

| Signature: | **/DRAPER, Martyn John/** | Date: | **15 Jun 2017** |
|---|---|---|---|

| 12. Name, e-mail address, telephone, fax and/or mobile number, if any, of a contact point for the applicant | **DRAPER, Mr Martyn**<br>**Email: boult@boult.com**<br>**Telephone: 020 7430 7500**<br>**Fax: 020 7430 7600** |
|---|---|

---

Warning

After an application for a patent has been filed, the Comptroller will consider whether publication or communication of the invention should be prohibited or restricted under section 22 of the Patents Act 1977. You will be informed if it is necessary to prohibit or restrict your invention in this way. Furthermore, if you are resident in the United Kingdom and your application contains information which relates to military technology, or would be prejudicial to national security or the safety of the public, section 23 of the Patents Act 1977 prohibits you from applying for a patent abroad without first getting written permission from the Office unless an application has been filed at least 6 weeks beforehand in the United Kingdom for a patent for the same invention and either no direction prohibiting publication or communication has been given, or any such direction has been revoked. Until such time or until the revocation of any direction, for any such application the address for service referred to at part 4 above must be in the United Kingdom.

Although you may have an address for service in the Channel Islands, any agent instructed to act for you must reside or have a place of business in the European Economic Area or Isle of Man.

---

**Patents Form 1(e)**

P153994GB00

- 1 -

**BRA CLIP**

BACKGROUND

      Many specialised bras (or brassieres) exist for maternity that facilitate nursing and/or breast pumping for milk collection without the need to remove the bra itself. In a
5    traditional nursing bra, this is achieved with the use of an at least partially detachable cup, which can be unhooked for feeding and/or pumping.

      Further specialised bras are known which are provided with cut-out portions or slits which substantially align with the wearer's areola and nipple. Traditional breast pumps
10    comprise an elongate breast shield which extends away from the breast towards an external bottle and source of suction. The breast shield is arranged to extend through the cut-out portion or slit, with the collection bottle and pumping apparatus connected thereto outside of the bra. These require the user to remove or unbutton any over-garments, and are uncomfortable for use when not pumping.

15

      Integrated wearable breast pumps have begun to enter the market, such as US 2016 206794 A1. In such pumps, the suction source, power supply and milk container are locally provided, without the need for bulky external components or connections. Such devices can be provided with a substantially breast shaped profile so as to fit within a
20    user's bra for discrete pumping, as well as pumping on-the-go without any tethers to electrical sockets or collection stations.

      In US 2016 206794 A1, the applicant has appreciated that the added size of the breast pump means that the combination of the user's breast and the breast pump may no
25    longer fit within the user's regular bra. This is particularly relevant as over-compression of the user's breast will result in the closing of the user's milk ducts and hence reduced expression. To address this, the breast pump of US 2016 206794 A1 has an offset shape favouring the lower half of the pump, and requires complex collapsible bag systems as milk collection devices. This is to force the pump to fit within the user's existing bras. This works
30    by breast milk leaving the breast and enters the bag, and the breast shrinking in a corresponding volume to the expansion of the bag. The inventors consider that this is unlikely to be a perfect 1 to 1 transfer of volume, and hence the compression on the breast may increase as the collapsible bags fill.

7369953; JCP2; JCP2

In addition to these systems being particularly complex and wasteful, a relatively smaller bag must be used. In US 2016 206794, approximately 110 ml (4 fluid ounces) of milk can be collected before the bag must be changed. While this may be sufficient for some users, others may produce much more milk in a session. Additionally, even this small
5    increase in cup size may make bras less comfortable for the user.

It is our understanding that in the product which has been brought to market based on the disclosure of US 2016 206794 does increase the effective cup size of the wearer by around 2 cup sizes based upon European standard EN 13402 which is discussed later.

10

Maternity (or nursing) bras such as disclosed in US 4,390,024 A have partially detachable cups, with a plurality of attaching means provided along the bra strap for attaching the cups to the strap. The cup can then be attached to different points in order to adjust the support provided. However, these attachment points are fixed. Additionally, this
15    bra has been designed to accommodate the change in breast size before and after the feeding/pumping process. It is not designed to accommodate a breast pump.

Accordingly, there is a need for a better system to accommodate integrated wearable breast pumps.

20

SUMMARY OF THE INVENTION

A maternity bra system is provided according to the present invention comprising: a maternity bra comprising: a support structure comprising shoulder straps and a bra band; and a first and a second cup each attached to the support structure to provide a first cup
25    size, at least one cup being at least partially detachable from the support structure at an attachment point, the system further comprising: a clip comprising a first engagement mechanism and at least one second engagement mechanism(s), the clip being attachable in a releasable manner to the support structure at a first position via the first engagement mechanism and attachable in a releasable manner to one of the partially detachable cups
30    via the second engagement mechanism to provide a second cup size different to the first cup size.

This system allows a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast
35    pump. As such, the user does not need a specialised adjustable bra; instead the present

P153994GB00

- 3 -

system works with all conventional maternity bras. The user also does not have to purchase any larger bras to wear while pumping.

5      The clip may be configured to be attached to the support structure at a position away from the attachment point. This results in the original attachment point being usable, with the clip providing an alternative attachment point for the adjusted cup size.

The clip may be attachable to the support structure at a plurality of non-discrete positions. This ensures essentially infinite adjustment of the clip position such that the
10     perfect position for the user can be found.

The clip may be extendable between an unextended and an extended state, and attaches to the support structure at the attachment point; the first cup size is providable when the at least partially detachable cup is attached to the clip when the clip is an
15     unextended state; the second cup size is providable when the at least partially detachable cup is attached to the clip when the clip is in an extended state.

An extendable clip like this allows quick switching between the two states in use.

20     Preferably, the attachment point is on at least one of the shoulder straps. Again this matches the standard system used in most maternity bras.

A clip is provided for use in the system described above according to the present invention. The clip comprising first and section engagement mechanisms and being
25     releasably attachable to a support structure of a maternity bra with the first engagement mechanism and an at least partially detachable cup of a maternity bra with the second engagement mechanism to provide a second cup size which is different to a first cup size providable when the cup is attached to the support structure of the bra at an attachment point.
30

In a preferred embodiment, the first engagement mechanism engages with the support structure in a first direction and the second engagement mechanism engages with the cup in a second direction transverse to the first direction. This increases ease of attachment as with this structure the sideways engagement of the clip to the support

7369953; JCP2; JCP2

P153994GB00

- 4 -

structure ensures that the second attachment mechanism is correctly orientated for the cup.

The second engagement mechanism may be one or more of a hook or a snap or a clip. This ensures easy interfacing with the traditional hook and clasp systems already provided on maternity bras.

Preferably the clip further comprises two distinct second engagement mechanisms which can be used interchangeably dependent upon the orientation of the clip. This makes the clip easier to use as it can be quickly switched between each bra strap, and the user does not have to worry which way up to put the clip on.

Preferably, the clip comprises a material pathway with an opening for receiving a portion of the support structure as the first engagement mechanism for securing the clip to the bra. This ensures a quick and simple method for attaching the clip to the bra. In particular, the clip may substantially U-shaped, and the material pathway is between the arms of the U.

Preferably, the clip comprises three prongs extending from a central support, the three prongs arranged as a central prong and two outer prongs so as to receive the support structure on one side of the central prong and on the opposite side of each respective outer prong, at least one prong being provided with the second engagement mechanism. This ensures a strong attachment to the bra and a simple design.

Preferably, both outer prongs are each provided with a respective second engagement mechanism. This ensures that the clip is reversible for easier attachment to the bra.

A method of adjusting the cup size of a maternity bra is provided according to the present invention, comprising: providing a maternity bra comprising: a support structure comprising shoulder straps and a bra band; and a first and second cup each attached to the support structure to provide a first cup size, the at least one cup being detachable from the support structure at an attachment point, providing a clip comprising first and section engagement mechanisms, attaching the first engagement mechanism of the clip in a releasable manner to a first position of the support structure of the maternity bra, attaching one of the detachable cup to the second engagement mechanism of the clip in a releasable manner to provide a second cup size different to the first cup size.

7369953; JCP2; JCP2

P153994GB00

- 5 -

This clip and method allow a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast pump.

5

Preferably, the method further comprises the step of inserting a breast pump into the detachable cup. The adjustment of the size of the bra allows the bra to support the breast pump against the user's breast for comfort and ease.

10    Preferably, the method further comprises the steps of: detaching the first engagement mechanism of the clip from the first position support structure of the maternity bra; attaching the first engagement mechanism of the clip in a releasable manner to a second position of the support structure of the maternity bra; and attaching the other of the detachable cups to the second engagement mechanism of the clip in a releasable manner 15    to provide a second cup size different to the first cup size. This allows the user to use a single clip on either of the cups.

DESCRIPTION OF THE FIGURES
The following invention will be described with reference to the following Figures in which:
20    Figure 1 depicts a prior art design for a maternity bra;
Figures 2A and 2B depict a clip and clasp according to the present invention;
Figures 3A, 3B and 3C depict the clip of Figures 2A and 2B being fitted to a maternity bra according to the present invention;
Figures 4A and 4B depict adjustment of the maternity bra of Figures 3A, 3B and 3C 25    according to the present invention;
Figure 5 depicts an alternative clip for adjustment of a maternity bra according to the present invention;
Figure 6 depicts the alternative clip of Figure 5; and
Figure 7 depicts an alternative clip for adjustment of a maternity bra according to 30    the present invention.

DETAILED DESCRIPTION
As shown in Figure 1, a typical maternity bra 100 comprises a support structure made up of shoulder straps 102 which support the bra 100 on the wearer's shoulders, and 35    a bra band 104 for extending around a user's ribcage, comprising two wings 106 and a

7369953; JCP2; JCP2

P153994GB00

- 6 -

central panel or bridge 108. The straps 102 are typically provided with adjustment mechanisms 103 for varying the length of the straps 102 to fit the bra 100 to the wearer.

At the outermost end of each wing, an attachment region 110 is provided. Typically,
5    hooks 112 and loops 114 are provided for securing the bra 100 at the user's back.
However, any other suitable attachment mechanism may be used. Alternatively, the attachment region 110 may be provided at the front of the bra 100 in the bridge region 108, with a continuous wing 106 extending continuously around the wearer's back. Typically, a number of sets of loops 114 are provided to allow for variation in the tightness of the bra
10    100 on the wearer.

While shown as having a separation in Figure 1, the wings 106 and bridge 108 may form a single continuous piece in certain designs. Likewise, while shown with a distinct separation in Figure 1, the shoulder straps 102 and the wings 106 may likewise form a
15    single continuous piece.

The maternity bra 100 is further provided with two breast-supporting cups 116 attached to the support structure. The cups 116 define a cup size, which defines the difference in protrusion of the cups 116 from the band 104. The European standard EN
20    13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting a 2 cm difference between the protrusion of the cups 116 from the band 104. Some manufacturers do vary from these conventions in denomination, and some maternity bras are measured in sizes of S, M, L, XL, etc.
25

The cups 116 may be stitched to the bra band 102. At least one of the cups 116, is in detachable attachment with the corresponding strap 102. In particular, this is achieved at attachment point 118 where a hook 120 attached to the bra strap 102 engages with a clasp 122 attached to the cup 116. The hook 120 and the bra strap adjuster 103 are set such that
30    in the closed position, the cup size of the bra 100 fits the wearer's breasts. In Figure 1, the left cup 116 is shown attached to its attachment point 118, which the right cup 116 is unattached. In this manner, the wearer is able to detach the cup 116 to expose their breast for feeding or for breast pumping. Once this is completed, the cup 116 is reattached and the maternity bra 100 continues to function as a normal bra.
35

7369953; JCP2; JCP2

P153994GB00

- 7 -

While in the depicted embodiments, a hook 120 is shown on the bra strap 102 and a clasp 122 is shown on the cup 116, it is appreciated that the provision of these may be reversed, or that alternative attachment mechanisms may be used.

5      In other embodiments, the detachable attachment point 118 may be provided at a different location, such as at the attachment between the bra band 104 and the cup 116. The mechanism for such an attachment point is the same as described above.

Figure 2A and 2B depict a clip 200 according to the present invention, along with a clasp 122 shown in isolation from the bra cup 116 it is normally attached to. The clip 200 is provided with a material pathway 203 which receives a portion of the bra strap 102. In the particular embodiment of these Figures, the clip 200 is substantially U-shaped, with a narrowing profile towards its open end 202. However, it is appreciated that any other suitable shape with a material pathway may be used, such as an S-shape or E-shape. The clip 200 is designed to be attached to the bra strap 102 in a releasable manner, with the slot 203 acting as a support engaging mechanism. The releasable manner means that the clip 200 may be simply removed from the bra 100 without causing any damage to the functioning of the bra 100. To enhance the ease of attachment, the clip 200 may be provided with outwardly extending wings 204 which help direct the bra strap 102 into the clip 200. The clip 200 is further provided with a hook 220 acting as a cup engaging mechanism which can engage with the clasp 122.

Figures 3A, 3B and 3C show the clip 200 being attached to a bra strap 102 in order to provide a second attachment point 228 for the clasp 122 to attach to, and hence to provide a second cup size for the bra 100. In this particular embodiment, the clip 200 is attached in a portion of strap 102A below the original attachment point 118 and hence the second attachment point 228 is likewise below the original attachment point. This results in a second cup size larger than the first cup size. In preferred embodiments, as shown in these Figures, the clip 200 engages with the support structure in a direction transverse to the direction in which it engages with the cup.

Figures 4A and 4B show how a wearer is able to move between the first and second cup sizes. In Figure 4A, the cup 116 is attached at the first attachment point 118 to provide a first cup size. The wearer then disengages the clasp 122 from the hook 120 at the first engagement point 118. As shown in Figure 4B, the clasp 122 is then engaged with

7369953; JCP2; JCP2

- 8 -

the hook 220 at the second engagement point 218. In this manner, the wearer is easily able to transition between the two cup sizes.

5 Figures 5 and 6 show an alternative design for a clip 300. This clip 300 is substantially "E-shaped", with a back portion 301 and first, second and third prongs 303A, 303B, 303C extending transverse from this back portion 301. The three prongs 303A, 303B, 303C are spaced apart along the length of the back portion 301. The first and third prongs 303A, 303C are provided with attachment clips 305A, 305B.

10 These attachment clips 305A, 305B are engageable with the clasp 122 of a bra to provide the second cup size. Depending upon the orientation of the clip 300, one or the other of the attachment clips 305A, 305B will be used to attach the clasp 122 of the bra. By providing these clips 305A, 305B on both of the first and the third prongs 303A, 303C the clip is easily reversible so it can be used on either side of the bra. Preferably the clip 300 is 15 also symmetrical, to aid the reversibility of the clip 300.

Figure 6 shows the clip 300 attached to a bra. As can be seen, the first and third prongs 303A, 303C extend on the front side of the bra strap, with the second prong 303B extending on the rear side of the bra strap. In this manner, the clip 300 is attached to the 20 strap. In preferably embodiments, a grip-enhancing member 307 such as a number of projections and/or roughened patches can be provided on the second prong 303B in order to strengthen this grip.

In alternative embodiments, the attachment clip could be provided on the second, 25 centremost prong 303B. In such an arrangement, the centremost prong 303B would be on the outside of the bra, with the first and third prongs 303A, 303C on the inside.

The provision of the attachable clip allows maternity bras already owned by the wearer to be quickly transformed into bras with quick switchable double cup size options. 30 This allows the use of integrated wearable breast pumps which increase the user's cup size. This allows more design freedom for the breast pump in terms of size and shape, while still allowing the user to discretely pump with the pump held within their bra. By allowing conversion of the user's existing maternity bras, they are not forced to purchase specially designed bras to wear with the pump. As such, the present invention allows a

P153994GB00

- 9 -

user to discretely switch between the two configurations, and insert the pump without any complex adjustment or removal of clothing.

Preferably, the clip will be relatively unobtrusive in size and shape and hence can
5    be left in place when the bra is first put on and used when necessary. To this end, the clip is preferably machine washable without significant damage or degradation.

In some embodiments, the clip may be switchable between positions for engaging with each cup so that a single clip may be used on either side of the bra. To achieve this,
10   the clip is preferably reversible. This may provide the user with a visual indication of which breast has produced milk most recently so switching can take place.

An alternative embodiment may be provided, with an extendable clip as shown in Figure 7. In such an embodiment the clip is attached to the hook 120 on the strap 102 in a
15   releasable manner, with the clasp 122 attached to an expandable portion of the clip. The clip is then able to expand between an unexpanded state where the clasp 122 is held in substantially the same position as the first attachment point 118 to provide the first cup size, and an expanded state, where the clasp 122 is held in a second position away from the first attachment point 118 to provide the second cup size.

20

For example, an elongate clip with first and second opposite ends may be provided. A first attachment point for attaching to the hook 120 is provided at the first end, and a second attachment point for attaching to the clasp 122 is provided at the second end. The elongate clip is hinged between the two ends, such that the clip can be folded between an
25   elongate configuration to a closed configuration where the second end touches the first end. A clasp can be provided on the clip to hold the second end in this closed configuration. Thus, in the closed position the clasp 122 is held in substantially the same location as the first attachment point 118 to provide the first cup size, and in the open position the clasp is held away from the first attachment point 118 to provide the second
30   cup size.

Other extendable clip embodiments are also possible, for example sliding clips or elastic clips.

7369953; JCP2; JCP2

P153994GB00

- 10 -

CLAIMS:

1.    A maternity bra system comprising:

a maternity bra comprising:

a support structure comprising shoulder straps and a bra band; and

5       a first and a second cup each attached to the support structure to provide a first cup size, at least one cup being detachable from the support structure at an attachment point,

the system further comprising:

a clip comprising a first engagement mechanism and at least one second

10   engagement mechanism(s), the clip being attachable in a releasable manner to the support structure at a first position via the first engagement mechanism and attachable in a releasable manner to one of the detachable cups via the second engagement mechanism to provide a second cup size different to the first cup size.

15   2.    The maternity bra system of claim 1, wherein the clip is configured to be attached to the support structure at a position away from the attachment point.

3.    The maternity bra system of claim 2, wherein the clip is attachable to the support structure at a plurality of non-discrete positions.

20

4.    The maternity bra system of claim 1, wherein:

the clip is extendable between an unextended and an extended state, and attaches to the support structure at the attachment point;

the first cup size is providable when the at least partially detachable cup is attached

25   to the clip when the clip is an unextended state;

the second cup size is providable when the at least partially detachable cup is attached to the clip when the clip is in an extended state.

5.    The maternity bra system of any preceding claim, wherein the attachment point is

30   on at least one of the shoulder straps.

6.    The maternity bra system of any preceding claim, wherein the second cup size is larger than the first cup size.

7369953; JCP2; JCP2

P153994GB00

- 11 -

7.      A clip for use in a system according to any preceding claim, the clip comprising first and section engagement mechanisms and being attachable in a releasable manner to a support structure of a maternity bra with the first engagement mechanism and an at least partially detachable cup of a maternity bra with the second engagement mechanism to

5      provide a second cup size which is different to a first cup size providable when the cup is attached to the support structure of the bra at an attachment point.

8.      The maternity bra system or clip of any preceding claim, wherein the first engagement mechanism engages with the support structure in a first direction and the

10     second engagement mechanism engages with the cup in a second direction transverse to the first direction.

9.      The maternity bra system of clip of any preceding claim, wherein the second engagement mechanism is one or more of a hook or a snap or a clip.

15

10.     The maternity bra system or clip of any preceding claim, wherein the clip further comprises two distinct second engagement mechanisms which can be used interchangeably dependent upon the orientation of the clip.

20     11.     The maternity bra system or clip of any preceding claim, wherein the clip comprises a material pathway with an opening for receiving a portion of the support structure as the first engagement mechanism for securing the clip to the bra.

12.     The maternity bra system or clip of claim 11, wherein the clip is substantially U-

25     shaped, and the material pathway is between the arms of the U.

13.     The maternity bra system or clip of any of claims 1 to 11, wherein the clip comprises three prongs extending from a central support, the three prongs arranged as a central prong and two outer prongs so as to receive the support structure on one side of the

30     central prong and on the opposite side of each respective outer prong, at least one prong being provided with the second engagement mechanism.

14.     The maternity bra system or clip of claim 13, wherein both outer prongs are each provided with a respective second engagement mechanism.

35

7369953; JCP2; JCP2

P153994GB00

- 12 -

15.     A method of adjusting the cup size of a maternity bra, comprising:

providing a maternity bra comprising:

a support structure comprising shoulder straps and a bra band; and

a first and second cup each attached to the support structure to provide a

5      first cup size, at least one cup being detachable from the support structure at an

attachment point,

providing a clip comprising first and section engagement mechanisms;

attaching the first engagement mechanism of the clip in a releasable manner to a

first position of the support structure of the maternity bra;

10     attaching one of the detachable cups to the second engagement mechanism of the

clip in a releasable manner to provide a second cup size different to the first cup size.

16.     The method of claim 15, further comprising the step of inserting a breast pump into

the one of the detachable cup.

15

17.     The method of claim 15 or 16, further comprising the steps of:

detaching the first engagement mechanism of the clip from the first position support

structure of the maternity bra;

attaching the first engagement mechanism of the clip in a releasable manner to a

20     second position of the support structure of the maternity bra; and

attaching the other of the detachable cups to the second engagement mechanism

of the clip in a releasable manner to provide a second cup size different to the first cup

size.

Fig. 1

PRIOR ART

2/7



Fig. 2B



Fig. 2A



3/7

Fig. 3A

Fig. 3B

Fig. 3C



Fig. 4A

Fig. 4B



5/7

Fig. 5



Fig 6

6/7



Fig. 7



**Digital Access Service
(DAS)**

**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

---

# CERTIFICATE OF AVAILABILITY OF A CERTIFIED PATENT DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the patent application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the patent application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:    Country/Office:  **GB**

Filing date:  **01 Jun 2018 (01.06.2018)**

Application number:  **1809036.5**

Date of availability of document:    **13 Jul 2018 (13.07.2018)**

The following Offices can retrieve this document by using the access code:
AR, AT, AU, BE, BR, CA, CL, CN, CO, DK, EA, EE, EP, ES, FI, GB, GE, IB, IL, IN, JP, KR, MA, MX, NL, NO, NZ, SE, US

Date of issue of this certificate:    **29 Mar 2021 (29.03.2021)**

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

# Certified Office Copy

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with patent application GB1809036.5 filed on 01 June 2018, and as stored electronically on the Patents Electronic Case file System.

The Patents Electronic Case-file System is compliant with British Standard BS10008 - Evidential weight and legal admissibility of information stored electronically and ISO15801 - Electronic imaging – information stored electronically, recommendations for trustworthiness and reliability.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.

Signed   A HAYES

Dated   07 June 2018



2018013286

01/06/2018 0.00 NONE

# Intellectual Property Office

**Patents Form 1**

Patents Act 1977 *(Rule 12)*

## Request for grant of a patent

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

### *Application number*  GB1809036.5

| | | |
|---|---|---|
| 1. | Your reference | **Elvie Pump (UK)** |
| 2. | Full name, address and postcode of the applicant or of each applicant | **CHIARO TECHNOLOGY LIMITED**<br>**63 - 66 Hatton Garden**<br>**London EC1N 8LE**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | 11287869002 |
| 3. | Title of the invention | **Breast pump system** |
| 4. | Name of your agent *(if you have one)* | |
| | "Address for service" to which all correspondence should be sent. This may be in the European Economic area or Channel Islands (see warning note below) *(including the postcode)* | **Langley, Mr Peter**<br>**Origin Limited**<br>**Twisden Works**<br>**Twisden Road**<br>**London NW5 1DN**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | ~~09541046001~~  11436136001 |

| | | | | |
|---|---|---|---|---|
| 5. | Priority declaration: Are you claiming priority from one or more earlier-filed patent applications? If so, please give details of the application(s) | | | |
| | Country | Application number | Date of filing | PDAS Access Code |
| 6. | Divisionals etc: Is this application a divisional application, or being made following resolution of an entitlement dispute about an earlier application. If so, please give the application number and filing date of the earlier application | | Number of earlier UK application | Date of filing *(day / month / year)* |
| 7. | Inventorship: (Inventors must be individuals not companies) | | | |
| | Are all the applicants named above also inventors? | **No** | | |
| 8. | Are you paying the application fee with this form? | **No** | | |

**Patents Form 1**

---

9.  Accompanying documents: please enter the number of
    pages of each item accompanying this form.

    Continuation sheets of this form

    |                          |       |
    |-------------------------:|-------|
    | Description:             | **121** |
    | Claim(s):                | **n/a** |
    | Abstract:                | **n/a** |
    | Drawing(s):              | **44**  |

    If you are <u>not</u> filing a description, please give details of
    the previous application you are going to rely upon

| Country | Application number | Date of filing | PDAS Access Code |
|---------|-------------------|----------------|------------------|

---

10. If you are also filing any of the following, state how many
    against each item.

    |                                                                        |     |
    |-----------------------------------------------------------------------:|-----|
    | Priority documents:                                                    | **0** |
    | Statement of inventorship and right to grant of a patent (Patents Form 7): | **0** |
    | Request for search (Patents Form 9A):                                  | **0** |
    | Request for substantive examination (Patents Form 10):                 | **0** |
    | Any other documents (please specify):                                  | **PDAS Registration Form** |

---

11. I/We request the grant of a patent on the basis of this application.

|          |                    |
|---------:|--------------------|
| Date:    | **01 Jun 2018**    |

| 12. Name, e-mail address, telephone, fax and/or mobile number, if any, of a contact point for the applicant | **Langley, Mr Peter**<br>**Email: roland@origin.co.uk**<br>**Telephone: 02074241952**<br>**Fax: 02072090643** |
|---|---|

---

Warning

After an application for a patent has been filed, the Comptroller will consider whether publication or communication of the invention should be prohibited or restricted under section 22 of the Patents Act 1977. You will be informed if it is necessary to prohibit or restrict your invention in this way. Furthermore, if you are resident in the United Kingdom and your application contains information which relates to military technology, or would be prejudicial to national security or the safety of the public, section 23 of the Patents Act 1977 prohibits you from applying for a patent abroad without first getting written permission from the Office unless an application has been filed at least 6 weeks beforehand in the United Kingdom for a patent for the same invention and either no direction prohibiting publication or communication has been given, or any such direction has been revoked. Until such time or until the revocation of any direction, for any such application the address for service referred to at part 4 above must be in the United Kingdom.

Although you may have an address for service in the Channel Islands, any agent instructed to act for you must reside or have a place of business in the European Economic Area or Isle of Man.

---

**(REV DEC07)**                                                    **Patents Form 1(e)**

# BREAST PUMP SYSTEM

## BACKGROUND OF THE INVENTION

5

### 1. Field of the Invention

The field of the invention relates to a breast pump system; one implementation of the system is a wearable, electrically powered breast pump system for extracting milk from a
10    mother.

A portion of the disclosure of this patent document contains material, which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all
15    copyright rights whatsoever.

### 2. Description of the Prior Art

The specification of the present disclosure is broad and deep. We will now describe the prior art in relation to key aspects of the present disclosure.

20

### Prior art related to breast pump systems
A breast pump system is a mechanical or electro-mechanical device that extracts milk from the breasts of a lactating woman.

25    A typical breast pump design is as shown in WO 96/25187 A1. A large suction generating device is provided, which is freestanding. This is attached by air lines to one or two breast shields which engage with the user's breasts. A pressure cycle is applied from the suction generating device, via the air lines, to the breast shields. This generates a pressure cycle on the user's breasts to simulate the suction generated by a feeding child.

30

The suction generating device is a large component that connects to mains power to operate the pumps therein. Milk collection bottles are provided to store the expressed

breast milk. In the system of WO 96/36298 A1 separate bottles are provided attached to each breast shield. A single bottle with tubing connecting to each breast shield may also be used. But for a mother to use this discretely, such as in an office environment, specialised bras must be used. In particular, breast-pumping bras which have a central slit, for the nipple tunnel of the breast shield to extend through, are typically used. The breast shield is held within the bra, with the suction generating device and milk bottle outside the bra.

The fundamental breast pump system has not significantly evolved from this approach, only minor technical improvements have been made.

However, these systems present a number of significant disadvantages. As the suction generating device is a large freestanding unit connected to mains power, the user may feel tethered to the wall. The known devices typically also require a specific user posture and undressing to function normally. This is obviously difficult for a user to do discretely, such as in an office setting. The known devices are also typically noisy, uncomfortable, and hard to clean.

Fully integrated wearable breast pump systems have begun to enter the market, such as described in US 2016 0206794 A1. In such pump systems, the suction source, power supply and milk container are contained in a single, wearable device; there is no need for bulky external components or connections. Such devices can be provided with a substantially breast shaped convex profile so as to fit within a user's bra for discrete pumping, as well as pumping on-the-go without any tethers to electrical sockets or collection stations. The internal breast shield is naturally convex to fit over a breast.

In US 2016 0206794 A1, when viewed from the front, the breast pump device has a 'tear-drop' rounded shape, fuller at its base than at its top. But it uses collapsible bags as milk collection devices. As the collection bag systems are collapsible, it can be difficult for a user to extract all of their milk from the bag, due to the small cut opening that is needed and the capillary action between the bonded plastic sheets that form the bag. This waste can be disheartening for the user, as this is food for their child. The bags are also not re-usable, so the user is required to purchase and maintain a stock of these. As well as presenting a recurring cost, if the user runs out of stock they are unable to use the

product until more bags are purchased.

Furthermore, as a result of the collapsible bags, a complex and somewhat noisy pumping arrangement is necessary. In particular, the breast shield connects to a tube which is provided with compression units which "step" the expressed milk through the tube to the collection bag. This uses the breast milk as a hydraulic fluid to generate suction on the breast. In order to carry this out, a complex sequenced pulsing arrangement must be implemented.

In addition to these systems being particularly complex and wasteful, only a relatively small bag can be used. In US 2016 206794, approximately 110 ml (4 fluid ounces) of milk can be collected before the bag must be changed. While this may be sufficient for some users, others may produce much more milk in a session.

A further integrated wearable breast pump system is shown in US 2013 0023821 A1. In the third embodiment in this document, the breast pump system includes a motor driven vacuum pump and power source. An annular (or punctured disc) membrane is provided, with the flow path of the milk going through the centre of the annulus. The membrane is housed in separate housing and is sealed at its inner and outer edges. The breast shield has a small protrusion to engage with these housing components. However, the design of this breast pump system results in a number of problems. The use of an annular membrane, with the fluid flow path running through the opening of the annulus is undesirable as it results in a large and bulky device. There is therefore a need for improved integrated breast pump systems.

**Prior Art related to liquid measurement systems**

In the context of breast pump systems, it is useful to measure the quantity of expressed milk. One way to do this is to have a clear container for the breast pump, through which the level of expressed milk inside the container can be seen. However, viewing the milk bottle is not always possible, for example in a breast pump that collects milk while being worn inside a maternity bra.

An existing apparatus for detecting the level of liquid inside a container of a breast pump is that disclosed in US 2016/296681. In this apparatus, a sensing mechanism is provided

at the top of a container, which detects droplets of liquid, specifically breast milk, entering the container. By detecting these droplets entering the container, the apparatus can determine the quantity of liquid which enters the container. In this apparatus, an accurate indication of the level of liquid in the container is reliant on the sensing
5   mechanism being able to accurately record every droplet entering the container.

Particularly at times when liquid enters the container at a high flow rate, this accuracy cannot be guaranteed, leading to significant cumulative errors. An accurate indication of the level of liquid in the container in this apparatus is also reliant on the sensing
10   mechanism always being on during the pumping process, so that power consumption of the sensing mechanism is correspondingly high.

In view of the above, there is the need for an improved way to determine the level of liquid inside a container connected to a breast pump.

15

**Prior Art related to bra clips**
Many specialised bras (or brassieres) exist for maternity use and that facilitate nursing and/or breast pumping for milk collection, without the need to remove the bra itself. In a traditional nursing bra, this is achieved with the use of an at least partially detachable
20   cup, which can be unhooked for feeding and/or pumping.

Further specialised bras are known which are provided with cut-out portions or slits which substantially align with the wearer's areola and nipple. Traditional breast pump systems comprise an elongate breast shield which extends away from the breast towards
25   an external bottle and source of suction. The breast shield is arranged to extend through the cut-out portion or slit, with the collection bottle and pumping apparatus placed outside of the bra. These systems require the user to remove or unbutton any over-garments, and are uncomfortable when not pumping.

30   Integrated, wearable breast pump systems have begun to enter the market, such as previously noted US 2016 0206794 A1. In such pumps, the suction source, power supply and milk container are all in a single, wearable device, as noted above, without the need for bulky external components or connections. Such devices can be provided with a substantially breast shaped profile so as to fit within a user's bra for discrete pumping, as

5

well as pumping on-the-go without any tethers to electrical sockets or collection stations.

Maternity (or nursing) bras such as disclosed in US 4,390,024 A have partially detachable cups, with several hooks provided along the bra strap for attaching the cups to the strap.

5    The cups can then be attached to different hooks in order to adjust the bra strap length. However, these attachment points are fixed. Additionally, this bra has been designed to accommodate the change in breast size before and after the feeding/pumping process. It is not designed to accommodate a breast pump. Accordingly, there is a need for a better system to accommodate integrated wearable breast pumps.

10

15

6

**SUMMARY OF THE INVENTION**

The invention is a wearable breast pump system including: a housing shaped at least in part to fit inside a bra and including a pumping mechanism; a breast shield; a rigid or

5     non-collapsible milk container; and in which the breast pump system includes only two parts that are directly removable from the housing in normal use or normal dis-assembly: the breast shield and the rigid, non-collapsible milk container.

10

**BRIEF DESCRIPTION OF THE FIGURES**

Aspects of the invention will now be described, by way of example(s), with reference to the following Figures, which each show features of various implementations of the invention including optional features that may be utilised:

**Figure 1**   is a front view of an assembled breast pump system.

**Figure 2**   is a rear view of the assembled breast pump system of Figure 1.

**Figure 3**   is a front view of a partially disassembled breast pump system.

**Figure 4**   is a rear view of the partially disassembled breast pump system of Figure 3.

**Figure 5**   is a front view of a further partially disassembled breast pump system.

**Figure 6**   is a rear view of the further partially disassembled breast pump system of Figure 5.

**Figure 7**   is a front view of the breast pump system of Figure 1, with the outer shell translucent for ease of explanation.

**Figure 8**   is a further front view of the breast pump system of Figure 1, with the front of the outer shell removed for ease of explanation.

**Figure 9**   is a schematic view of a nipple tunnel for a breast shield.

**Figure 10**   is a schematic of a pneumatic system for a breast pump system.

**Figure 11**   is a schematic of an alternative pneumatic system for a breast pump system.

**Figure 12**   is a schematic of a further alternative pneumatic system for a breast pump system.

**Figure 13**   is a graph depicting measured pressure in the breast pump system of Figure 12 over time.

**Figure 14**   shows schematics for breast shield sizing and nipple alignment.

**Figure 15**   shows a screenshot of an application running on a device connected to the breast pump system.

**Figure 16**   shows a screenshot of an application running on a device connected to the breast pump system.

**Figure 17**   shows a screenshot of an application running on a device connected to the breast pump system.

**Figure 18**   shows a screenshot of an application running on a device connected to the breast pump system.

**Figure 19**   shows a screenshot of an application running on a device connected to the

breast pump system.

**Figure 20**   shows a screenshot of an application running on a connected device.

**Figure 21**   shows a screenshot of an application running on a connected device.

**Figure 22**   shows a screenshot of an application running on a connected device.

**Figure 23**   shows a screenshot of an application running on a connected device.

**Figure 24**   shows a screenshot of an application running on a connected device.

**Figure 25**   shows a screenshot of an application running on a connected device.

**Figure 26**   shows a diagram of a breast pump sensor network,

**Figure 27**   shows a sectional view of a device being used to determine the level of liquid in a container;

**Figure 28**   shows a sectional view of the device and the container from Figure 27 being used at a different orientation.

**Figure 29**   shows a sectional view of the device and the container from Figure 27 being used whilst undergoing acceleration.

**Figure 30**   shows a sectional view of the device from Figure 27 being used as part of a breast pump assembly.

**Figure 31**   shows a sectional view of a device connected between a container and its lid, and which is operable to determine the level of liquid inside the container.

**Figure 32**   depicts a prior art design for a maternity bra;

**Figure 33**   depicts a clip and clasp being fitted to a maternity bra.

**Figure 34**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 35**   depicts the alternative clip of Figure 34.

**Figure 36**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 37**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 38**   depicts an alternative clip for adjustment of a maternity bra.

**Figure 39**   depicts adjustment of the maternity bra of Figure 37.

**Figure 40**   shows a configuration with two piezo pumps mounted in series.

**Figure 41**   shows a configuration of two piezo pumps mounted in parallel.

**Figure 42**   shows a plot of the air pressure generated as a function of time by two piezo pumps mounted in series and mounted in parallel respectively.

**Figure 43**   shows a plot of the air pressure generated as a function of time by two piezo pumps mounted in a dual configuration.

**Figure 44**   shows a figure of a pump including two piezo pumps in which each piezo pump is connected to a heat sink.

## DETAILED DESCRIPTION

We will now describe an implementation of the invention, called the Elvie[TM] pump, in the following sections:

5

**Section A: The Elvie[TM] Breast Pump System**

**Section B: An IR System**

**Section C: A Bra Clip**

**Section D: Piezo Pumps and Wearable Devices**

10

**Section A: The Elvie™ Breast Pump System**

**1. Elvie™ Breast Pump System Overview**

5     An implementation of the invention, called the Elvie™ pump, is a breast pump system that is, at least in part, wearable inside a bra. The breast pump system comprises a breast shield for engagement with the user's breast, a housing for receiving at least a portion of the breast shield and a detachable rigid milk collection container attachable, in use, to a lower face of the housing and connected to the breast shield for collecting milk

10    expressed by the user, with a milk-flow pathway defined from an opening in the breast shield to the milk collection container. The housing inside also includes a pump for generating a negative pressure in the breast shield, as well as battery and control electronics Unlike other wearable breast pumps, the only parts of the system that come into contact with milk in normal use are the breast shield and the milk container; milk

15    only flows through the breast shield and then directly into the milk container. Milk does not flow through any parts of the housing at all, for maximum hygiene and ease of cleaning.

      With reference to Figure 1 and Figure 2, the assembled breast pump system 100 includes

20    a housing 1 shaped to substantially fit inside a bra. The housing 1 includes one or more pumps and a rechargeable battery. The breast pump system includes two parts that are directly connected to the housing 1: the breast shield 7 and a milk container 3. The breast shield 7 and the milk container 3 are directly removable or attachable from the housing 1 in normal use or during normal dis-assembly (most clearly shown in Figure 5). All other

25    parts that are user-removable in normal use or during normal dis-assembly are attached to either the breast shield 7 or the milk container 3. The breast shield 7 and milk container 3 may be removed or attached for example using a one click or one press action or a push button or any other release mechanism. Audible and/or haptic feedbacks confirm that the pump is properly assembled.

30

      The modularity of the breast pump allows for easy assembly, disassembly and replacement of different parts such as the breast shield and milk collection container. This also allows for different parts of the pump to be easily washed and/or sterilised. The breast shield and bottle assembly, both of which are in contact with milk during

pumping, may therefore be efficiently and easily cleaned; these are the only two items that need to be cleaned; in particular, the housing does not need to be cleaned.

The housing 1, breast shield 7 that is holding a flexible diaphragm, and milk container 3 attach together to provide a closed-loop pneumatic system powered by piezoelectric pumps located in the housing 1. This system then applies negative pressure directly to the nipple, forms an airtight seal around the areola, and provides a short path for expressed milk to collect in an ergonomically shaped milk container 3.

The different parts of the breast shield system are also configured to automatically self-seal under negative pressure for convenience of assembly and disassembly and to reduce the risk of milk spillage. Self-sealing refers to the ability of sealing itself automatically or without the application of adhesive, glue, or moisture (such as for example a self-sealing automobile tire or self-sealing envelopes). Hence once the breast pump system is assembled it self-seals under its assembled condition without the need to force seals into interference fits to create sealed chambers. A degree of interference fitting is usual however, but is not the predominating attachment mechanism. Self-sealing enables simple components to be assembled together with a light push: for example, the diaphragm just needs to be placed lightly against the diaphragm housing; it will self-seal properly and sufficiently when the air-pump applies sufficient negative air-pressure. The diaphragm itself self-seals against the housing when the breast shield is pushed into the housing. Likewise, the breast shield self-seals against the milk container when the milk container is pushed up to engage the housing. This leads to simple and fast assembly and dis-assembly, making it quick and easy to set the device up for use, and to clean the device after a session.

Self-sealing has a broad meaning and may also relate to any, wholly or partly self-energising seals. It may also cover any interference seals, such as a press seal or a friction seal, which are achieved by friction after two parts are pushed together.

Whilst one particular embodiment of the invention's design and a specific form of each of the parts of the breast pump system is detailed below, it can be appreciated that the overall description is not restrictive, but an illustration of topology and function that the design will embody, whilst not necessary employing this exact form or number of

discrete parts.

The breast pump system 100 comprises a housing 1 and a milk collection container (or bottle) 3. The housing 1 (including the one or more pumps and a battery) and the container 3 are provided as a unit with a convex outer surface contoured to fit inside a bra. The milk collection container 3 is attached to a lower face 1A of the housing 1 and forms an integral part of the housing when connected, such that it can be held comfortably inside a bra. While the breast pump 100 may be arranged to be used with just the right or the left breast specifically, the breast pump 100 is preferably used with both breasts, without modification. To this end, the outer surfaces of the breast pump 100 are preferably substantially symmetrical.

Preferably, the width of the complete breast pump device (housing 1 and milk container 3) is less than 110 mm and the height of the complete breast pump device is less than 180 mm.

Overall, the breast pump system 100 gives discrete and comfortable wear and use. The system weighs about 224 grams when the milk container is empty, making it relatively lighter as compared to current solutions; lightness has been a key design goal from the start, and has been achieved through a lightweight piezo pump system and engineering design focussed on minimising the number of components.

The breast pump system 100 is small enough to be at least in part held within any bra without the need to use a specialized bra, such as a maternity bra or a sports bra.  The rear surface of the breast pump is also concave so that it may sit comfortably against the breast. The weight of the system has also been distributed to ensure that the breast pump is not top heavy, ensuring comfort and reliable suction against the breast.  The centre of gravity of the pump system is, when the container is empty, substantially at or below the horizontal line that passes through the filling point on the breast shield, so that the device does not feel top-heavy to a person while using the pump.

Preferably, when the container is empty, the centre of gravity is substantially at or below the half-way height line of the housing so that the device does not feel top-heavy to a user using the pump.

The centre of gravity of the breast pump, as depicted by Figure 1, is at around 60mm high on the centreline from the base of the breast pump when the milk container is empty. During normal use, and as the milk container gradually receives milk, the centre of gravity lowers, which increases the stability of the pump inside the bra. It reduces to around 40mm high on the centreline from the base of the breast pump when the milk container is full.

The centre of gravity of the breast pump is at about 5.85mm below the centre of the nipple tunnel when the milk container is empty, and reduced to about 23.60mm below the centre of the nipple tunnel when the milk container is full. Generalising, the centre of gravity should be at least 2mm below the centre of the nipple tunnel when the container is empty.

The breast pump 100 is further provided with a user interface 5. This may take the form of a touchscreen and/or physical buttons. In particular, this may include buttons, sliders, any form of display, lights, or any other componentry necessary to control and indicate use of the breast pump 100. Such functions might include turning the breast pump 100 on or off, specifying which breast is being pumped, increasing or decreasing the peak pump pressure. Alternatively, the information provided through the user interface 5 might also be conveyed through haptic feedback, such as device vibration, driven from a miniature vibration motor within the pump housing 1.

In the particular embodiment of the Figures, the user interface 5 comprises power button 5A for turning the pump on and off. The user interface 5 further comprises pump up button 5B and pump down button 5C. These buttons adjust the pressure generated by the pump and hence the vacuum pressure applied to the user's breast. In preferable embodiments, the pump up button 5B could be physically larger than the pump down button 5C. A play/pause button 5D is provided for the user to interrupt the pumping process without turning the device off.

The user interface 5 further comprises a breast toggle button 5E for the user to toggle a display of which breast is being pumped. This may be used for data collection, e.g. via an application running on a connected smartphone; the app sends data to a remote server, where data analysis is undertaken (as discussed in more detail later), or for the user to keep track of which breast has most recently been pumped. In particular, there may be a

pair of LEDs, one to the left of the toggle button 5E and one to the right. When the user is pumping the left breast, the LED to the right of the toggle button 5E will illuminate, so that when the user looks down at the toggle it is the rightmost LED from their point of view that is illuminated. When the user then wishes to switch to the right breast, the toggle button can be pressed and the LED to the left of the toggle button 5E, when the user looks down will illuminate. The connected application can automatically track and allocate how much milk has been expressed, and when, by each breast.

The breast pump system also comprises an illuminated control panel, in which the level of illumination can be controlled at night or when stipulated by the user. A day time mode, and a less bright night time mode that are suitable to the user, are available. The control of the illumination level is either implemented in hardware within the breast pump system itself or in software within a connected device application used in combination with the breast pump system.

As depicted in Figure 1, the housing 1 and milk collection container 3 form a substantially continuous outer surface, with a generally convex shape. This shape roughly conforms with the shape of a 'tear-drop' shaped breast. This allows the breast pump 100 to substantially fit within the cup of a user's bra. The milk collection container 3 is retained in attachment with the housing 1 by means of a latch system, which is released by a one-click release mechanism such as a push button 2 or any other one-handed release mechanism. An audible and/or haptic feedback may also be used to confirm that the milk collection container 3 has been properly assembled.

The European standard EN 13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting an additional 2 cm difference. Some manufacturers do vary from these conventions in denomination, and some maternity bras are measured in sizes of S, M, L, XL, etc. In preferred embodiments, the breast pump 100 of the present invention corresponds to an increase of between 3 or 4 cup sizes of the user according to EN 13402.

A plane-to-plane depth of the breast pump can also be defined. This is defined as the distance between two parallel planes, the first of which is aligned with the innermost

point of the breast pump 100, and the second of which is aligned with the outermost point of the breast pump 100. This distance is preferably less than 100 mm.

Figure 2 is a rear view of the breast pump 100 of Figure 1. The inner surface of the housing 1 and milk collection container 3 are shown, along with a breast shield 7. The housing 1, milk collection container 3 and breast shield 7 form the three major subcomponents of the breast pump system 100. In use, these sub-components clip together to provide the functioning breast pump system 100. The breast shield 7 is designed to engage with the user's breast, and comprises a concave inner flange 7A which contacts the breast. To allow the breast pump 100 to be used on either of the user's breasts, the breast shield 7 is preferably substantially symmetrical on its inner flange 7A.

The inner flange 7A is substantially oval-shaped. While the inner flange 7A is concave, it is relatively shallow such that it substantially fits the body form of the user's breast. In particular, when measured side-on the inner-most point of the flange 7A and the outer-most point may be separated by less than 25 mm. By having a relatively shallow concave surface, the forces applied can be spread out over more surface area of the breast. The flatter form also allows easier and more accurate location of the user's nipple. In particular, the flange 7A of the breast shield 7 may extend over the majority of the inner surface of the housing 1 and milk collection container 3. Preferably, it may extend over 80% of this surface. By covering the majority of the inner surface, the breast shield is the only component which contact's the wearer's breast. This leaves fewer surfaces which require thorough cleaning as it reduces the risk of milk contacting a part of the device which cannot be easily sterilized. Additionally, this also helps to disperse the pressure applied to the user's breast across a larger area.

The breast shield 7 substantially aligns with the outer edge 1B of the housing 1. The milk collection container 3 may be provided with an arcuate groove for receiving a lower part of the breast shield 7. This is best shown in later Figures. In the assembled arrangement of Figures 1 and 2, the inner surface of the breast pump 100 is substantially continuous.

The breast shield 7 comprises a shield flange for engaging the user's breast, and an elongate nipple tunnel 9) aligned with the opening and extending away from the user's

breast. Breast shield nipple tunnel 9 extends from a curved section 7B in the breast shield 7. In preferable embodiments the nipple tunnel 9 is integral with the breast shield 7. However, it is appreciated that separate removable/interchangeable nipple tunnels may be used. Curved section 7B is positioned over the user's nipple and areola in use. The breast shield 7 forms an at least partial seal with the rest of the user's breast around this portion, under the negative air pressure created by an air-pressure pump.

This breast shield nipple tunnel 9 defines a milk-flow path from the inner surface of the breast shield 7A, through the breast shield nipple tunnel 9 and into the milk collection container 3. The breast shield nipple tunnel 9 is preferably quite short in order to minimise the length of the milk-flow path in order to minimise losses. By reducing the distance covered by the milk, the device is also reduced in size and complexity of small intermediate portions. In particular, the breast shield nipple tunnel 9 may extend less than 70 mm from its start to end, more preferably less than 50 mm. In use, the nipple tunnel 9 is substantially aligned with the user's nipple and areolae. The nipple tunnel comprises a first opening 9A for depositing milk into the collection container and a second opening 19A for transferring negative air pressure generated by the pump to the user's nipple.

The shield flange 7A and nipple tunnel 9 may be detachable from the housing 1 together. The shield flange 7A and nipple tunnel 9 being detachable together helps further simplify the design, and reduce the number of components which must be removed for cleaning and sterilization. However, preferably, the nipple tunnel 9 will be integral with the breast shield 7, in order to simplify the design and reduce the number of components which must be removed for cleaning and sterilisation.

Figures 3 and 4 are of a partially disassembled breast pump 100 of the present invention. In these Figures, the breast shield 7 has been disengaged from the housing 1 and milk collection bottle 3. As shown in Figure 4, the housing 1 comprises a region or slot 11 for receiving the breast shield nipple tunnel 9 of the breast shield 7. The breast shield is held in place thanks to a pair of channels (9B) included in the nipple tunnel 9, each channel including a small indent.  When pushing the housing 1 onto the breast shield 7, which has been placed over the breast, ridges in the housing (9C) engage with the channels, guiding the housing into position; a small, spring plunger, such as ball bearing in each

17

ridge facilitates movement of the housing on to the nipple tunnel 9. The ball bearings locate into the indent to secure the housing on to the nipple tunnel with a light clicking sound.  In this way, the user can with one hand place and position the breast shield 7 onto her breast and with her other hand, position and secure the housing 1 on to the breast shield 7.  The breast shield 7 can be readily separated from the housing 1 since the ball bearing latch only lightly secures the breast shield 7 to the housing 1.

Alternatively, the breast shield 7 may also be held in place by means of a clip engaging with a slot located on the housing. The clip may be placed at any suitable point on the shield 7, with the slot in a corresponding location.

The breast shield nipple tunnel 9 of the breast shield 7 is provided with an opening 9A on its lower surface through which expressed milk flows. This opening 9A is configured to engage with the milk collection bottle 3.

The breast pump 100 further comprises a barrier or diaphragm for transferring the pressure from the pump to the milk-collection side of the system. In the depicted example, this includes flexible rubber diaphragm 13 seated into diaphragm housing 19A. The barrier could be any other suitable component such as a filter or an air transmissive material. Diaphragm housing 19A includes a small air hole into the nipple tunnel 9 to transfer negative air pressure into nipple tunnel 9 and hence to impose a sucking action on the nipple placed in the nipple tunnel 9.

Hence, the air pump acts on one side of the barrier or diaphragm 13 to generate a negative air pressure on the opposite, milk-flow side of the barrier. The barrier has an outer periphery or surface, i.e. the surface of diaphragm housing 19A that faces towards the breast, and the milk-flow pathway extends underneath the outer periphery or surface of the barrier or diaphragm housing 19A. The milk-flow path extending under the outer periphery or surface of the barrier 19A allows for a simpler and more robust design, without the milk-flow pathway extending through the barrier. This provides increased interior space and functionality for the device.

As noted, the milk-flow pathway extends beneath or under the barrier 13 or surface of diaphragm housing 19A. This provides an added benefit of having gravity move the milk down and away from the barrier.

Preferably the milk-flow pathway does not pass through the barrier 32. This results in a simpler and smaller barrier design.

5    As noted, the diaphragm 13 is mounted on diaphragm housing 19A that is integral to the breast shield. This further helps increase the ease of cleaning and sterilisation as all of the components on the "milk" flow side can be removed.

The barrier 13 may also provide a seal to isolate the air pump from the milk-flow side of
10   the barrier. This helps to avoid the milk becoming contaminated from the airflow or pumping side (i.e. the non-milk-flow side).

Alternatively, the only seal is around an outer edge of the barrier 13. This is a simple design as only a single seal needs to be formed and maintained. Having multiple seals,
15   such as for an annular membrane, introduces additional complexity and potential failure points.

As illustrated in Figures 3 and 4, the barrier may include a flexible diaphragm 13 formed by a continuous circular disc shaped membrane which is devoid of any openings or
20   holes. This provides a larger effective "working" area of the diaphragm (i.e. the area of the surface in contact with the pneumatic gasses) than an annular membrane and hence the membrane may be smaller in diameter to have the same working area.

The diaphragm 13 is arranged so that the milk-flow pathway extends below and past the
25   outer surface or periphery of the diaphragm 13. This means that the milk-flow pathway does not extend through the diaphragm 13. In particular, the milk-flow pathway is beneath the diaphragm 13. However, the diaphragm 13 may be offset in any direction with respect to the milk-flow pathway, provided that the milk-flow pathway does not extend through the diaphragm 13.

30

Preferably, the diaphragm 13 is a continuous membrane, devoid of any openings. The diaphragm 13 is held in a diaphragm housing 19, which is formed in two parts. The first half 19A of the diaphragm housing 19 is provided on the outer surface of the breast shield 7, above the breast shield nipple tunnel 9 and hence the milk-flow pathway. In

preferred embodiments, the first half 19A of the diaphragm housing 19 is integral with the breast shield. The second half 19B of the diaphragm housing is provided in a recessed portion of the housing 1. The diaphragm 13 self-seals in this diaphragm housing 19 around its outer edge, to form a watertight and airtight seal. Preferably, the self-seal around the outer edge of the diaphragm 13 is the only seal of the diaphragm 13. This is beneficial over systems with annular diaphragms which must seal at an inner edge as well. Having the diaphragm 13 mounted in the breast pump 100 in this manner ensures that it is easily accessible for cleaning and replacement. It also ensures that the breast shield 7 and diaphragm 13 are the only components which need to be removed from the pump 100 for cleaning. Because the diaphragm 13 self-seals under vacuum pressure, it is easily removed for cleaning when the device is turned off.

Figures 5 and 6 show a breast pump 100 according to the present invention in a further disassembled state. In addition to the breast shield 7 and diaphragm 13 being removed, the milk collection container 3 has been unclipped. Preferably, the milk collection container 3 is a substantially rigid component. This ensures that expressed milk does not get wasted, while also enhancing re-usability. In some embodiments, the milk collection container 3 may be formed of three sections: a front bottle potion, a rear bottle potion, and a cap. These three sections may clip together to form the milk collection container 3. This three-part system is easy to empty, easily cleanable since it can be dis-assembled, and easily re-usable. The milk collection container or milk bottle may be formed of at least two rigid sections which are connectable. This allows simple cleaning of the container for re-use. Alternatively, the container may be a single container made using a blow moulding construction, with a large opening to facilitate cleaning. This large opening is then closed with a cap with an integral spout 35 or 'sealing plate' (which is bayonet-mounted and hence more easily cleaned than a threaded mount spout). A flexible rubber valve 37 (or 'sealing plate seal') is mounted onto the cap or spout 35 and includes a rubber duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump; this ensures that negative air-pressure does not need to be applied to the milk container and hence adds to the efficiency of the system. The flexible valve 37 self-seals against opening 9A in nipple tunnel 9. Because it self-seals under vacuum pressure, it automatically releases when the system is off, making it easy to remove the milk container.

Preferably, the milk collection container resides entirely below the milk flow path defined by the breast shield when the breast pump system 100 is positioned for normal use, hence ensuring fast and reliable milk collection.

5    The milk collection container 3 has a capacity of approximately 5 fluid ounces (148 ml). Preferably, the milk collection container has a volume of greater than 120 ml. More preferably, the milk collection container has a volume of greater than 140 ml. To achieve this, the milk collection container 3 preferably has a depth in a direction extending away from the breast in use, of between 50 to 80 mm, more preferably between 60 mm to 70 10    mm, and most preferably between 65 mm to 68 mm.

The milk collection container 3 further preferably has a height, extending in the direction from the bottom of the container 3 in use to the cap or spout or sealing plate 35, of between 40 mm to 60 mm, more preferably between 45 mm to 55 mm, and most 15    preferably between 48 mm to 52 mm. The cap 35 may screw into the milk collection bottle 3. In particular, it may be provided with a threaded connection or a bayonet and slot arrangement.

Further preferably, the milk collection container has a length, extending from the 20    leftmost point to the rightmost point of the container 3 in use, of between 100 mm to 120 30 mm, more preferably between 105 mm to 115 mm, and most preferably between 107 mm to 110 mm.

This cap 35 is provided with a one-way valve 37, through which milk can flow only into 25    the bottle. This valve 37 prevents milk from spilling from the bottle once it has been collected. In addition, the valve 37 automatically seals completely unless engaged to the breast shield 7. This ensures that when the pump 100 is dismantled immediately after pumping, no milk is lost from the collection bottle 3. It can be appreciated that this one-way valve 37 might also be placed on the breast shield 7 rather than in this bottle cap 35.

30

Alternatively, the milk bottle 3 may form a single integral part with a cap 35. Cap 35 may include an integral milk pouring spout.

In certain embodiments, a teat may be provided to attach to the annular protrusion 31A

or attach to the spout that is integral with cap 35, to allow the container 3 to be used directly as a bottle. This allows the milk container to be used directly as a drinking vessel for a child. The milk collection container may also be shaped with broad shoulders such that it can be adapted as a drinking bottle that a baby can easily hold.

5

Alternatively, or in addition, a spout may be provided to attach to the protrusion 31A for ease of pouring. A cap may also be provided to attach to the protrusion 31A in order to seal the milk collection bottle 3 for easy storage.

10    The pouring spout, drinking spout, teat or cap may also be integral to the milk collection container.

Further, the removable milk collection container or bottle includes a clear or transparent wall or section to show the amount of milk collected. Additionally, measurement markings (3A) may also be present on the surface of the container. This allows the level of milk within the container to be easily observed, even while pumping. The milk collection container or bottle may for example be made using an optically clear, dishwasher safe polycarbonate material such as Tritan™.

20    The milk collection container or bottle may include a memory or a removable tag, such as a tag including an NFC chip, that is programmed to store the date and time it was filled with milk, using data from the breast pump system or a connected device such as a smartphone. The container therefore includes wireless connectivity and connects to a companion app. The companion app then tracks the status of multiple milk collection containers or bottles to select an appropriate container or bottle for feeding. The tag of the bottle may also be programmed to store the expiry date of the milk as well as the quantity of the milk stored.

Figures 7 and 8 show front views of a breast pump system 100. The outer-surface of the housing 1 has been drawn translucent to show the components inside. The control circuitry 71 for the breast pump 100 is shown in these figures. The control circuitry in the present embodiment comprises four separate printed circuit boards, but it is appreciated that any other suitable arrangement may be used.

The control circuitry may include sensing apparatus for determining the level of milk in the container 3. The control circuitry may further comprise a wireless transmission device for communicating over a wireless protocol (such as Bluetooth) with an external device. This may be the user's phone, and information about the pumping may be sent to this device. In embodiments where the user interface comprises a breast toggle button 5E, information on which breast has been selected by the user may also be transmitted with the pumping information. This allows the external device to separately track and record pumping and milk expression data for the left and right breasts.

There should also be a power charging means within the control circuitry 71 for charging the battery 81. While an external socket, cable or contact point may be required for charging, a form of wireless charging may instead be used such as inductive or resonance charging. In the Figures, charging port 6 is shown for charging the battery 81. This port 6 may be located anywhere appropriate on the housing 1.

Figure 8 shows the location of the battery 81 and the pumps 83A, 83B mounted in series inside the housing 1. While the depicted embodiment shows two pumps 83A, 83B it is appreciated that the present invention may have a single pump. Preferably, an air filter 86 is provided at the output to the pumps 83A, 83B. In preferable embodiments, the pumps 83A, 83B are piezoelectric air pumps (or piezo pumps), which operate nearly silently and with minimal vibrations. A suitable piezo pump is manufactured by TTP Ventus, which can deliver in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free flow. The rear side of the second half of the diaphragm housing 19B in the housing 1 is provided with a pneumatic connection spout. The pumps 83A, 83B are pneumatically connected with this connection spout.

Operation of the breast pump 100 will now be described. Once the breast pump 100 is activated and a pumping cycle is begun, the pumps 83A, 83B generates a negative air pressure which is transmitted via an air channel to a first side of the diaphragm 13 mounted on the diaphragm housing 19A. This side of the diaphragm 13 is denoted the pumping side 13B of the diaphragm 13.

The diaphragm 13 transmits this negative air pressure to its opposite side (denoted the milk-flow side 13A). This negative pressure is transferred through a small opening in the

diaphragm housing 19A to the breast shield nipple tunnel 9 and the curved opening 7B of the breast shield 7 that contacts the breast. This acts to apply the pressure cycle to the breast of the user, in order to express milk. The milk is then drawn through the nipple tunnel 9, to the one way valve 37 that remains closed whilst negative pressure is applied. When the negative air pressure is released, the valve 37 opens and milk flows under gravity past the valve 37 and into milk container 3. Negative air pressure is periodically (e.g. cyclically, every few seconds) applied to deliver pre-set pressure profiles such as profiles that imitate the sucking of a child.

While the depicted embodiment of the breast pump 100 is provided with two pumps, the following schematics will be described with a single pump 83. It is understood that the single pump 83 could be replaced by two separate piezo air-pumps 83A, 83B as above.

Figure 9 depicts a schematic of a further embodiment of a breast shield nipple tunnel 9 for a breast pump 100. The breast shield nipple tunnel 9 is provided with an antechamber 91 and a separation chamber 93. A protrusion 95 extends from the walls of the breast shield nipple tunnel 9 to provide a tortuous air-liquid labyrinth path through the breast shield nipple tunnel 9. In the separation chamber 93 there are two opening 97, 99. An air opening 97 is provided in an upper surface 93A of the separation chamber 93. This upper surface 93 is provided transverse to the direction of the breast shield nipple tunnel 9. This opening 97 connects to the first side of the diaphragm housing 19A and is the source of the negative pressure. This airflow opening 97 also provides a route for air to flow as shown with arrow 96. It is appreciated that the tortuous pathway is not necessary and that a breast shield nipple tunnel 9 without such a pathway will work.

The other opening 99 is a milk opening 99. The milk opening 99 is provided on a lower surface 93B of the separation chamber 93 and connects in use to the container 3. After flowing through the tortuous breast shield nipple tunnel 9 pathway, the milk is encouraged to flow through this opening 99 into the container 3. This is further aided by the transverse nature of the upper surface 93A. In this manner, expressed milk is kept away from the diaphragm 13. As such, the breast pump 100 can be separated into a "air" side comprising the pump 83, the connection spout 85 and the pumping side 13B of the diaphragm 13 and a "milk-flow" side comprising the breast shield 7, the milk collection container 3 and the milk-flow side 13A of the diaphragm 13. This ensures that all of the

"milk-flow" components are easily detachable for cleaning, maintenance and replacement. Additionally, the milk is kept clean by ensuring it does not contact the mechanical components. While the present embodiment discusses the generation of negative pressure with the pump 83, it will be appreciated that positive pressure may instead be generated.

While the embodiments described herein use a diaphragm 13, any suitable structure to transmit air pressure while isolating either side of the system may be used.

The breast pump may further comprise a pressure sensor in pneumatic connection with the piezo pump. This allows the output of the pump to be determined.

Figure 10 shows a schematic of a basic pneumatic system 200 for a breast pump 100. In the system 200 milk expressed into the breast shield 7 is directed through the breast shield nipple tunnel 9 through the torturous air-liquid labyrinth interface 95. The milk is directed through the non-return valve 37 to the collection container 3. This side of the system forms the "milk-flow" side 201.

The rest of the pneumatic system 200 forms the air side 202 and is separated from contact with milk. This is achieved by way of a flexible diaphragm 13 which forms a seal between the two sides of the system. The diaphragm 13 has a milk-flow side 13A and an air side or pumping side 13B.

The air side 202 of the system 200 is a closed system. This air side 202 may contain a pressure sensor 101 in pneumatic connection with the diaphragm 13 and the pump 83. Preferably, the pump 83 is a piezoelectric pump (or piezo pump). Due to their low noise, strength and compact size, piezoelectric pumps are ideally suited to the embodiment of a small, wearable breast pump. The pump 83 has an output 83A for generating pressure, and an exhaust to the atmosphere 83B. In a first phase of the expression cycle, the pump 83 gradually applies negative pressure to half of the closed system 202 behind the diaphragm 13. This causes the diaphragm 13 to extend away from the breast, and thus the diaphragm 13 conveys a decrease in pressure into the breast shield 7. The reduced pressure encourages milk expression from the breast, which is directed through the tortuous labyrinth system 95 and the one-way valve 37 to the collection bottle 3.

While in the depicted embodiment the air exhaust 83B is not used, it may be used for functions including, but not limited to, cooling of electrical components, inflation of the bottle to determine milk volume (discussed further later) or inflation of a massage bladder or liner against the breast. This massage bladder may be used to help mechanically encourage milk expression. More than one massage bladder may be inflated regularly or sequentially to massage one or more parts of the breast. Alternatively, the air pump may be used to provide warm air to one or more chambers configured to apply warmth to one or more parts of the breast to encourage let-down.

The air side 202 further comprises a two-way solenoid valve 103 connected to a filtered air inlet 105 and the pump 83. Alternatively, the filter could be fitted on the pump line 83A. If the filter is fitted here, all intake air is filtered but the performance of the pump may drop. After the negative pressure has been applied to the user's breast, air is bled into the system 202 through the valve 103 in a second phase of the expression cycle. In this embodiment, the air filter 105 is affixed to this inlet to protect the delicate components from degradation. In particular, in embodiments with piezoelectric components, these are particularly sensitive.

The second phase of the expression cycle and associated switching of valve 103 is actioned once a predefined pressure threshold has been reached. The pressure is detected by a pressure sensor 101.

In certain embodiments, if the elasticity and extension of the diaphragm 13 may be approximated mathematically at different pressures, the pressure measured by sensor 101 can be used to infer the pressures exposed to the nipple on the opposite side of the diaphragm 13. Figure 11 shows an alternative pneumatic system 300. The core architecture of this system is the same as the system shown in Figure 10.

In this system 300, the closed loop 202 is restricted with an additional three way solenoid valve 111. This valve 111 allows the diaphragm 13 to be selectively isolated from the rest of the closed loop 202. This additional three way valve 111 is located between the diaphragm 13 and the pump 83. The pressure sensor 101 is on the pump 83 side of the three way valve 111. The three way valve 111 is a single pole double throw (SPDT) valve,

wherein: the pole 111A is in pneumatic connection with the pump 83 and pressure sensor; one of the throws 11 is in pneumatic connection with the diaphragm 13; and the other throw 111C is in pneumatic connection with a dead-end 113. This dead-end 113 may either be a simple closed pipe, or any component(s) that does not allow the flow of air into the system 202. This could include, for example, an arrangement of one-way valves.

In this system 300, therefore, the pump 83 has the option of applying negative pressure directly to the pressure sensor 101. This allows repeated testing of the pump in order to calibrate pump systems, or to diagnose issues with the pump in what is called a dead end stop test. This is achieved by throwing the valve to connect the pump 83 to the dead end 113. The pump 83 then pulls directly against the dead end 113 and the reduction of pressure within the system can be detected by the pressure sensor 101.

The pressure sensor detects when pressure is delivered and is then able to measure the output of the pumping mechanism. The results of the pressure sensor are then sent to an external database for analysis such as a cloud database, or are fed back to an on-board microcontroller that is located inside the housing of the breast pump system.

Based on the pressure sensor measurements, the breast pump system is able to dynamically tune the operation of the pumping mechanism (i.e. the duty or pump cycle, duration of a pumping session, the voltage applied to the pumping mechanism, the peak negative air pressure) in order to ensure a consistent pressure performance across different breast pump systems.

In addition, the breast pump system, using the pressure sensor measurements, is able to determine if the pump is working correctly, within tolerance levels. Material fatigue of the pump is therefore directly assessed by the breast pump system. Hence, if the output of the pumping mechanism degrades over time, the breast pump system can tune the pumping mechanism operation accordingly. As an example, the breast pump system may increase the duration of a pumping session or the voltage applied to the pumping mechanism to ensure the expected pressures are met.

This ensures that the user experience is not altered, despite the changing output of the pump as it degrades over time. This is particularly relevant for piezo pumps where the output of the pump may vary significantly.

The microcontroller can also be programmed to deliver pre-set pressure profiles. The pressure profiles may correspond to, but not necessarily, any suction patterns that would mimic the sucking pattern of an infant. The patterns could mimic for example the sucking pattern of a breastfed infant during a post birth period or at a later period in lactation.

The profiles can also be manually adjusted by the user using a control interface on the housing of the breast pump system or on an application running on a connected device.

Additionally, the user is able to manually indicate the level of comfort that they are experiencing when they are using the system. This can be done using a touch or voice-based interface on the housing of the breast pump system itself or on an application running on a connected device.

The system stores the user-indicated comfort levels together with associated parameters of the pumping system. The pressure profiles may then be fine scaled in order to provide the optimum comfort level for a particular user.

The profiles or any of the pumping parameters may be calculated in order to correlate with maximum milk expression rate or quantity.

The pressure profiles or any of the pumping parameters may also be dynamically adjusted depending on the real time milk expression rate or quantity of milk collected. The pressure profiles or any of the pumping parameters may also be dynamically adjusted when the start of milk let-down has been detected.

Additionally, the system is also able to learn which parameters improve the breast pump system efficiency. The system is able to calculate or identify the parameters of the pumping mechanism that correlate with the quickest start of milk let-down or the highest volume of milk collected for a certain time period. The optimum comfort level for a particular user may also be taken into account.

Figure 12 shows a schematic for a system 400 for a breast pump 100 which can estimate the volume of milk collected in the collection container 3 from data collected on the air-side part 202 of the system 400.

The pump 83 is connected to the circuit via two bleed valves 126, 128. The first bleed valve 126 is arranged to function when the pump 83 applies a negative pressure. As such, this valve 126 is connected to a "bleed in" 127, for supplying atmospheric air to the system 202.

The second bleed valve 128 is arranged to function when the pump 83 applies a positive pressure. As such, this valve 128 is connected to a "bleed out" 129 for bleeding air in the system 202 to the atmosphere.

Although Section C describes the preferred embodiment for measuring or inferring the volume of milk collected in the milk collection container using IR sensors, an alternative method for measuring or inferring the volume of milk collected in the milk collection container using pressure sensors is described also below.

During a milking pump cycle, the pump 83 applies negative pressure on the air side 13B of the diaphragm 13 which causes its extension towards the pump 83. This increases the volume of the space on the milk side 13B of the diaphragm 13. This conveys the decrease in pressure to the breast to encourage expression of milk. A set of three non-return valves 121, 123, 125 ensure that this decrease in pressure is applied only to the breast (via the breast shield 7) and not the milk collection container 3. To measure the volume of milk collected in the container 3, the pump 83 is used instead to apply positive pressure to the diaphragm 13. The diaphragm 13 is forced to extend away from the pump 83 and conveys the pressure increase to the milk side 201 of the system 400. The three non-return valves 121, 123, 125 ensure that this increase in pressure is exclusively conveyed to the milk collection container 13.

The breast pump may further comprise: a first non-return valve between the milk flow side of the diaphragm and the breast shield, configured to allow only a negative pressure to be applied to the breast shield by the pump; a second non-return valve between the milk-flow side of the diaphragm and the milk collection container configured to allow only a positive pressure to be applied to the milk collection container by the pump; and a pressure sensor in pneumatic connection with the pressure-generation side of the diaphragm.

The resulting pressure increase is monitored behind the diaphragm 13 from the air-side 202 by a pressure sensor 101. Preferably, the pressure sensor 101 is a piezoelectric pressure sensor (piezo pressure sensor). The rate at which the pump 83 (at constant strength) is able to increase the pressure in the system 400 is a function of the volume of air that remains in the milk collection container 3. As air is many times more compressible than liquid, the rate at which pressure increases in the system 400 can be expressed as an approximate function of the volume of milk held in the collection container 3.

Thus by increasing the pressure in this fashion, the rate of pressure increase can be determined, from which the volume of milk held in the container 3 is calculable. Figure 13 shows repeated milking and volume measurement cycles as the collection container 3 is filled. To determine the rate of pressure increase the pump 83 was run for a fixed time. As pumping proceeds and the volume of air reduces in the system 400, the pump 83 is able to achieve a higher pressure. Each milking cycle is represented by a positive pressure spike 41. There is a clear upwards trend 43 in magnitude of positive pressures achieved as the collection container 3 is filled.

A method of estimating the pressure applied by a breast pump may comprise the steps of: selecting a pressure cycle from a pre-defined list of pressure cycles; applying pressure with the pump to stimulate milk expression; reading the output of the pressure sensor; and adjusting the applied pressure of the pump to match the pressure profile selected. This allows for repeatable application of force to the breast, even as the pump performance degrades.

Preferably the method further comprises the steps of: approximating the elasticity and extension of the diaphragm at the relevant pressure; and calculating an estimated applied pressure based upon the output of the pressure sensor and the approximated elasticity and extension of the diaphragm.

Alternatively, a method of estimating the milk collected by a breast pump may comprise the steps of: generating a positive pressure with the pump; transmitting the positive pressure via the diaphragm and second non-return valve to only the milk collection

container; measuring the increase in pressure by the pressure sensor in pneumatic connection with the diaphragm; estimating the volume of milk inside the milk collection container based upon the rate of increase of pressure. In this manner, the volume of milk can be estimated remotely.

5

In this manner, an estimate can be obtained for the volume of milk in the container 3 based upon the measured pressures.

Figure 13 also shows a dead end stop pump test 45 as described above. The negative
10    spike shows the application of negative pressure directly to the pressure sensor 101.


## 2. Breast shield sizing and nipple alignment

The correct sizing of the breast shield and the alignment of the nipple in the breast shield
15    are key for an efficient and comfortable use of the breast pump. However breast shape, size as well as nipple size and position on the breast vary from one person to another and one breast from another. In addition, women's bodies often change during the pumping life cycle and consequently breast shield sizing may also need to be changed. Therefore, a number of breast shield sizes are available. Guide lines for correct nipple alignment are
20    also provided.

With reference to Figure 14, three breast shield sizes are shown (A1, B1, C1). The substantially clear breast shield gives an unobstructed view of the breast and allows a user to easily confirm that she has the appropriate sized shield for her breast.

25

In order to determine the correct breast shield size and nipple alignment, the breast shield and the diaphragm are detached from the housing and placed on the breast with the sizing symbol facing upwards (with the diaphragm positioned below the nipple) and the nipple aligned in the centre of the fit lines (as shown in A2, B2, C2). The transparent
30    breast shield allows the user to observe the nipple while adjusting the position of the breast shield in order to align the nipple correctly near the centre of the breast shield nipple tunnel. Prior to using the pump, the nipple is aligned correctly, and the breast shield is pushed into place ensuring the seal is correctly positioned on the breast shield. The fit lines should be directly aligned with the outside of the nipple. The correct

alignment is illustrated B2.

When the nipple is correctly aligned, the user then rotates the breast shield in order for the diaphragm to be positioned on top of the nipple. The user may then quickly assemble
5    the rest of the breast pump (i.e. the housing and the milk container) on the breast shield via a one-click attachment mechanism confirming correct engagement, which may be performed one-handed. Nipple alignment may therefore be easily maintained. Audio and/or haptic feedback may also be provided to further confirm correct engagement.

10

### 3. Connected Device Application

Figures 15 to 20 show examples of screenshots of a connected device application that may be used in conjunction with the breast pump system as described above. The interface shown here is an example only and the same data may be presented via any
15    conceivable means including animated graphics, device notifications, audio or text descriptions.

Figure 15 shows a homepage of the application with different functions provided to the user which can be accessed either directly while pumping or at a later time in order for
20    example: to review pump settings or the history of previous pumping sessions.

Figure 16 shows a status page with details of remaining battery life, pumping time elapsed and volume of milk inside the milk container.

25    Figure 17 shows screenshots of a control page, in which a user is able to control different pump parameters for a single breast pump (A) or two breast pumps (B). The user may press on the play button to either start, pause, or resume a pumping activity. The user may also directly increase or decrease the rate of expression using the (+) or (-) buttons. When only one breast is being pumped (A), the user may also indicate if it is either the
30    right or left breast that is being pumped. The user may also control the pump peak pressure or alternatively may switch between different pre-programmed pressure profiles such as one mimicking the sucking pattern of a baby during expression or stimulation cycle.
Figure 18 shows a page providing a summary of the last recorded pumping session.

32

Figure 19 shows a page providing a history of previous pumping sessions. The user may scroll down through the page and visualize the data related to specific pumping sessions as a function of time.

5    The application is also capable of providing notifications relating to pumping. Figure 20 shows a screenshot of the application, in which a user is provided a notification when the milk collection bottle is full. Other generated notifications may include warnings about battery life, Bluetooth connection status or any other wireless communication status, status of miss-assembly, excessive movement or lack of expression.

10

Figure 21 shows a further example with a screenshot of an application running on a connected device. The page shows the pumping status when a user is using a double pump mode of operation with a pump on each breast. The user is able to manually control each pump individually and may start, stop or change a pumping cycle, increase

15    or decrease each pump peak pressure, or switch between different pre-program pressure profiles such as one mimicking the sucking pattern of a baby during an expression or stimulation cycle. The application also notifies the user when a milk collection container is nearly full as shown in Figure 22.

20    Figure 23 shows a status page with an alert notifying the user that the milk collection container of the pump on the right breast is full. A message is displayed that the pump session has paused and that the milk collection container should be changed or emptied before resuming pumping.

25    With reference to Figure 24, when the left and right pump are stopped or paused, the application displays the elapsed time since the start of each session (right and left), the total volume of milk collected in each bottle.

With reference to Figure 25, a page summarising the last session (with a double pump
30    mode) is displayed.

In addition to the data provided to the user, and their interactions with the application, the app will also hold data that the user does not interact with. For example, this may include data associated with pump diagnostics. In addition to all functions and sources of

data discussed above, the application may itself generate metadata associated with its use or inputs, notes or files uploaded by the user. All data handled within the mobile application can be periodically transferred to a cloud database for analysis. An alternative embodiment of the breast pump system may include direct contact between the database and the pump, so that pumping data may be conveyed directly, without the use of a smartphone application.

In addition to providing data to the cloud, the application may also provide a platform to receive data including for example firmware updates.

**4. Breast pump data analysis**

The discreet, wearable and fully integrated breast pump may offer live expression monitoring and intelligent feedback to the user in order to provide recommendations for improving pump efficiency or performance, user comfort or other pumping/sensing variables, and to enable the user to understand what variables correlate to good milk flow.

Examples of variables automatically collected by the device are: time of day, pump speed, pressure level setting, measured pressure, pressure cycle or duty cycle, voltage supplied to pumps, flow rate, volume of milk, tilt,, temperature, events such as when let-down happens, when a session is finished. The user can also input the following variables: what side they have pump with (left or right or both), and the comfort level.

This is in part possible because the live milk volume measurement system functions reliably (as discussed in Section B). The breast pump system includes a measurement sub system including IR sensors that measures or infers milk flow into the milk container, and that enables a data analysis system to determine patterns of usage in order to optimally control pumping parameters. The generated data may then be distributed to a connected device and/or to a cloud server for analysis in order to provide several useful functions.

Figure 26 illustrates an outline of a smart breast pump system network which includes the breast pump system (100) in communication with a peripheral mobile device and application (270) and several cloud-based databases (268, 273). The breast pump system

(100) includes several sensors (262). Sensor data refers to a broad definition including data generated from any sensor or any other analogue/digital reading directly from the motherboard or any other component. However, within the embodiment detailed, these measurements include one or more of the following, but not limited to: milk volume
5    measurements, temperature sensor readings, skin temperature sensing, pressure sensor readings, accelerometer data and user inputs through any physical device interface.

The device also contains a number of actuators, including, but not restricted to: piezoelectric pump(s), solenoid valve(s), IREDs and an LED display.  Sensors and
10   actuators within the device are coordinated by the CPU (263). In addition, any interactions, and data from these components, may be stored in memory (264).

Further to these components, the device also contains a communication chip, such as a Bluetooth chip (265) which can be used to communicate wirelessly with connected
15   devices such as a peripheral mobile device (270). Through this connection any sensor data (267) generated in the breast pump can be sent to the connected device. This user data, along with any other metadata generated from a connected device app, can be provided to an online database which aggregates all user data (273). In addition, the communication chip will also allow the sending of user control data / firmware updates
20   from the connected device to the breast pump system (266).

Raw data (271) collected from the measurement sub-system including sensors (262) may be analysed on a cloud database and the analysed data may be stored on the cloud (272). Through inferences provided by the analysed data, firmware updates (269) may be
25   developed. These can be provided for download to the pump through, for example, an online firmware repository or bundled with the companion app in the connected device app store (268).

In addition, it should be appreciated that despite the sophistication of the proposed
30   breast pump network, the breast pump still retains complete functionality without wireless integration into this network. Relevant data may be stored in the device's memory (264) which may then be later uploaded to the peripheral portion of the system when a connection is established, the connection could be via USB cable or wireless.

The measurement sub-system may analyse one or more of the following:

- the quantity of the liquid in the container above its base;
- the height of the liquid in the container above its base;
- the angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.

Based on whether the quantity and/or the height of the liquid in the container above its base is increasing above a threshold rate of increase, a haptic and/or visual indicator indicates if the pump is operating correctly to pump milk. For example, the visual indicator is a row of LEDs that changes appearance as the quantity of liquid increases.

The visual indicator may provide:

- an estimation of the flow rate;
- an estimation of the fill rate;
- an indication of how much of the container has been filled.

As a further example, an accelerometer may infer the amount of movement or tilt angle during a pumping session. If the tilt angle excesses a threshold, the system warns or alerts the user of an imminent spillage, or provides the user with an alert to change position. Alternatively, the system may also stop pumping to prevent spillage, and once the tilt angle reduces below the threshold, pumping may resume automatically. By sensing the movement or title angle during a pumping session, the system may also derive the user's activity such as walking, standing or lying.

Many variables can affect milk expression and data analysis of these multiple variables can help mothers to achieve efficient pumping regimes and improve the overall user experience.

Therefore, the measurement sub-system measures or infers milk flow into the milk container and enables a user to understand what variables (e.g. time of day, pump setting) correlates to good milk flow. The amount of milk expressed over one or more sessions is recorded as well as additional metrics such as: time of day, pump setting, length of a single pumping session, vacuum level, cycle times, comfort, liquids consumed by the mother. Live data or feedback is then provided to the user to ensure the breast pump is

being used properly and to support the user in understanding the variables that would correspond to the specific individual optimum use of the breast pump.

Furthermore, live data can be used to automatically and intelligently affect specific pumping parameters in order to produce the most efficient pumping session. For example, if the rate of expression increases, the milking cycle might be adjusted accordingly to achieve a more efficient, or more comfortable pumping cycle.

The measurement sub-system also enables a data analysis system to determine patterns of usage in order to optimally control pumping parameters. Collected metrics are transferred through wireless connections between the pump, a connected device or app and a cloud database. Additionally, the application can also connect to other apps residing on the connected device, such as fitness app or social media app or any other apps. Further metrics may also include the behaviour or specific usage of the user associated with the connected device while using the pump (detection of vision and/or audio cues, internet usage, application usage, calls, text message).

Different aspects of pumping can be automatically changed based on dynamic sensor feedback within the breast pump device. The data analysis system is able to access real-time data of pumping sessions and may be used to perform one or more of the following functions, but not limited to:

- indicate whether the milk is flowing or not flowing,
- measure or infer the quantity and/or height of the liquid in the container above its base,
- give recommendations to the mother for optimal metrics for optimal milk flow,
- give recommendations to the mother for optimal metrics for weaning,
- give recommendations to the mother for optimal metrics for increasing milk supply (e.g. power pumping),
- give recommendations to the mother for optimal metrics if an optimal session start time or a complete session has been missed,
- automatically set metrics for the pumping mechanism, such as length of a single pumping session, vacuum level, cycle times.
- automatically stop pumping when the milk container is full,
- automatically adjust one or more pumping parameters to achieve an optimum

pumping session,

- automatically adjust one or more pumping parameters to achieve a comfortable pumping session,

- automatically change the pumping cycle from a programmed cycle to another different programmed cycle, such as from a stimulation cycle to an expression cycle.

In addition, sensor feedback might be used to improve the physical function of the breast pump system itself. For example, an array of piezoelectric pumps may be dynamically adjusted in response to their operating temperatures so as to optimise the total life of the component whist maintaining peak pressures.

Many additional embodiments may be described for these simple feedback systems, yet the premise remains: real-time sensor feedback is used to automatically and dynamically adjust actuator function. Each feedback program may feasibly include any number and combination of data sources and affect any arrangement of actuators.

The data generated can also be used to generate large datasets of pumping parameters, user metadata and associated expression rates, therefore allowing the analysis of trends and the construction of associations or correlations that can be used to improve pumping efficiency, efficacy or any function related to effective milk expression. The analysis of large user datasets may yield useful general associations between pumping parameters and expression data, which may be used to construct additional feedback systems to include on firmware updates.

Multiple data sources can be interpreted simultaneously and several different changes to pumping might be actuated to increase pumping efficiency, user experience or optimize pump performance.

Collected metrics may be anonymised and exported for sharing to other apps, community or social media platforms on the connected device, or to an external products and services, such as community or social media platform. By contrasting the performance of different users in the context of associated metadata, users may be grouped into discrete 'Pumper profiles' or communities, which may then be used to

recommend, or action the most appropriate selection of intelligent feedback systems to encourage efficient expression. For example, a higher peak pressure may be recommended for women who tend to move more whilst pumping, so as to achieve more efficient expression.

5

**SECTION B: IR SYSTEM**

This section describes the milk detecting system used in the Elvie™ pump.

5    With reference to Figures 27 and 28, there is shown a device 270 for use in detecting the level of liquid inside a container 275. The device 270 is formed of a housing 271 in which is located a sensing assembly 272 comprising a series of optical emitters 273 (an array of three optical emitters is used on one implementation) which are relative to, and each located at a distance from, an optical receiver 274. In operation of the device as will be

10    described, each optical emitter 273 is operable to emit radiation which is received by the optical receiver 274. In an embodiment of the invention, the series of optical emitters are each located equidistant from the optical receiver 274.

The optical emitters 273 and the optical receiver 274 from the sensing assembly 272 are

15    located in a portion 276 of the device 270 which faces the container 275 when the device is connected to the container 275. The portion 276 of the device 270 containing the optical emitters 273 and the optical receiver 274 comprises a window 277 of material which is transparent to optical radiation. In this way, each of the optical emitters 273 and the optical receiver 274 have a line of sight through the window 277 into the container

20    275 when the device 270 is connected thereto.

A controller 278 comprising a CPU 279 and a memory 280 is provided in the device 270 for controlling the operation of the sensing assembly 272. An accelerometer 281 is also provided in the housing 271, which is operatively connected to the controller 278.

25    Operation of the device 270 when connected to the container 275 will now be described.

In a principal mode of operation, to determine the level L of liquid inside the container 275, the controller 278 instructs the optical emitters 273 to each emit radiation towards the surface of the liquid inside the container 275 at a given intensity. The optical receiver

30    274 receives the reflected radiation from each optical emitter 273 via the surface of the liquid and each of these intensities is recorded by the controller.

For each operation of the sensing assembly 272, the controller 278 records the intensities of radiation emitted by each of the optical emitters 273 as intensities IE1; IE2…IEn

(where n is the total number of optical emitters), and records the intensities of radiation received by the optical receiver 274 from each of the optical emitters 273 as received intensities IR1; IR2…IRn.

5      By comparing the emitted radiation intensities IE1; IE2…IEn with the received radiation intensities IR1; IR2…IRn, the controller 278 calculates a series of intensity ratios IE1:IR1; IE2:IR2…IEn:IRn, which are then used to determine the level of the liquid inside the container. At the most basic level, if the intensity ratio of IE1:IR1 is the same as IE2:IR2, given the optical emitters 273 are equidistant from the optical receiver 274,

10     this indicates that the level of the liquid inside the container is parallel to the top of the bottle, as shown in Figure 27. In contrast, if these two intensity ratios are different, this indicates that the liquid level is at a different angle, such as that shown in Figure 28.

       To accurately determine the level and the quantity of liquid inside the container 275, the

15     controller 278 processes the recorded intensity ratios using a database located in the memory 280. The database contains an individual record for each container which is operable to connect with the device 270. Each record from the database contains a look-up table of information, which contains expected intensity ratios (IE1:IR1 and IE2:IR2) for the container 275 when filled at different orientations, and with different quantities of

20     liquid.

       By comparing the information from the look-up table with the recorded intensity ratios, the controller 278 calculates the level and quantity of liquid inside the container 275 and stores this information in the memory 280.

25

       In situations where a container 275 to the device 270 contains no stored record in the database, the sensing assembly 272 can be used in a calibration mode to create a new record. In the calibration mode, the sensing assembly 272 is operated as the container is filled from empty, and as it is positioned at different orientations. At each point during

30     the calibration mode, the controller 278 calculates the recorded intensity ratios (IE1:IR1 and IE2:IR2) and stores them in the record relating to the container 275. For each set of recorded intensity ratios, the user includes information in the record relating to the orientation and fill level of liquid inside of the container 275.

To improve the accuracy of the results obtained by the device 270 during its use, the controller 278 when recording each intensity ratio also records a parameter from the accelerometer 281 relating to the acceleration experienced by the device 270. For each recorded acceleration parameter, the controller 278 determines whether the parameter 278 exceeds a predetermined threshold acceleration parameter stored in the memory 280. The predetermined threshold is indicative of an excessive acceleration, which causes sloshing of liquid inside the container 275 connected to the device 270. In the event of a recorded acceleration parameter exceeding the predetermined threshold acceleration parameter, the controller 278 flags the recorded intensity ratios associated with the recorded acceleration parameter as being unreliable (due to sloshing).

Even without the use of the accelerometer 281, the controller 278 is nonetheless operable to determine whether a set of recorded intensity ratios occur during a period of excess acceleration. In this regard, for each set of intensity ratios recorded at a given time, the controller 278 checks whether any of these intensity ratios is of a predetermined order of magnitude different than the remaining recorded intensity ratios from the set. In the event that the controller 278 determines that this is the case, this indicates that the liquid inside the container has 'sloshed' as a result of the excess acceleration, as shown in Figure 29. In this event, the controller 278 flags the set of recorded intensity ratios as being unreliable.

It will be appreciated that instead of recording the relative intensities of radiation emitted by the optical emitters 273 with the radiation received by the optical emitter 274, the controller 278 could instead record the time taken for radiation emitted by each of the optical emitters 273 to be received by the optical receiver 274. In this arrangement, the look up table would instead contain time periods as opposed to intensity ratios.

In terms of the applications for the device 270, it will be appreciated that the device can be used in a wide variety of applications. One possible application is the use of the device 270 to determine the level of liquid located within a container 275, such as a baby bottle, used as part of a breast pump assembly. In this arrangement, the device 270 is associated with a breast pump 301 which assists with the expression of milk from a breast. The breast pump may be located in the housing 271 of the device 270 as shown in Figure 30, or it may be realisably connected to the housing 271.

Either way, the device 270 would be connectable to the container 275 such that milk expressed by the breast pump can pass from the pump via a channel 302 into the container 275.

5

The breast pump may be any type of breast pump system including any shapes of milk container or bottle and may comprise a pump module for pumping milk from a breast. The pump module being contained within the housing may comprise: a coupling, a container attachable to the housing via the coupling to receive milk from the pump, a

10 sensing assembly within the housing and comprising at least one optical emitter operable to emit optical radiation towards the surface of the body of milk held in the container when the housing is connected to the container, an optical receiver for receiving the reflected radiation from the surface of the milk, and a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the

15 level of the milk inside the container based on the reflected radiation received by the optical receiver.

By determining the level of milk inside the container based on reflected radiation from the surface of the milk in the container, there is no need to monitor the individual

20 droplets of milk entering the container, such that the sensing assembly can avoid errors associated with measuring these droplets. For example, because we take multiple reflection-based measurements once the container is filled, we can generate an average measurement that that is more accurate than a single measurement. But with systems that rely in counting individual droplets, that is not possible – further, systemic errors

25 (e.g. not counting droplets below a certain size) will accumulate over time and render the overall results unreliable. Furthermore, by not needing to measure these droplets, the sensing assembly from the breast pump need not always be on during the pumping process, which saves power.

30 When at least two optical emitters are used, the sensing assembly from the breast pump may determine the level of milk inside the container more accurately and irrespective of the orientation of the liquid level inside the container.

Each optical emitter may be equidistant from the optical receiver in order for the

controller to easily calculate the level of the milk inside the container based on the reflected radiation originating from each optical emitter. The signals from the optical receiver preferably comprise information relating to the intensity of the radiation received by the optical receiver.

5

Each optical emitter may be operable to emit radiation at a different wavelength, or at a different time, than the other optical emitters. In this way, the controller can more easily process the signals from the optical receiver, and more easily distinguish between the radiation emitted by each of the optical emitters.

10

The optical emitter may emit radiation in the visible range of wavelengths. Alternatively, it may be UV or IR light. The emitted wavelength may be for example between 10nm and 1mm.

15    The sensing assembly may also comprise at least one accelerometer electrically connected to the controller. The controller may be configured to record an accelerometer parameter from the accelerometer and determine whether the accelerometer parameter exceeds a predetermined threshold. The predetermined threshold may be indicative of an excessive acceleration, which might cause sloshing of milk inside any container connected to the

20    breast pump.

Another application for the device 270 is as a collar for detecting the level/quantity of liquid in a container 275, such as a baby bottle, via its lid 310. An example of the device 270 being used as such a collar is shown in Figure 31. In this arrangement, the device 270

25    is located between the container 275 and the lid 310, and comprises a first end 311 having a first coupling 312 for attaching the collar to the lid 310. The device comprises a second end 313 having a second coupling 314 for attaching the device 270 to the container 275. The second coupling may be a screw thread, shown in Figure 31, on the inside surface of the container 275. In this way, the distinctive bottom inside surface can

30    be used by the sensing assembly 272 to more easily calibrate itself to the container 275 on which the distinctive bottom inside surface is located. The distinctive bottom may also be used to help identify which container 275 the device is connected to, and thus which record should be used from the database when the device 270 is used.

44

To further improve the accuracy of the sensing assembly 272, the controller 278 may also be configured to use the recorded information from the accelerometer 281, in situations where the record acceleration is below the predetermined threshold acceleration parameter, to calculate a more accurate liquid level and/or quantity of liquid located inside the container which is compensated for acceleration.

In one particular arrangement, the controller 278 may poll the accelerometer 281 prior to each operation of the sensing assembly 272 to verify that the device 270 is not currently undergoing excessive acceleration. In the event of the controller 278 determining excessive acceleration in the device 270, the controller 278 would continually re-poll the accelerometer, and not operate the sensing assembly 272, until the parameter from the accelerometer is determined as being below the predetermined threshold acceleration parameter stored in the memory 280.

It will also be appreciated that for each container record stored in the database, the container record may comprise a plurality of look up tables, wherein each look up table is associated with a particular liquid used in the container, and wherein each look up table contains its own set of intensity ratios. In this way, the device 270 can more accurately determine the level/quantity of different liquids used in a particular container 275.

As described herein, the sensing assembly 272 has been described as having a plurality of optical emitters 273. It will be appreciated however that the sensing assembly could operate using a single optical emitter 273 and plurality of optical receivers 274. In this arrangement, each record from the database would contain a plurality of ratios relating to the emitted radiation from the optical emitter 273 as received by each of the optical receivers 274. In use of the device 270, the controller 278 would then similarly record the emitted radiation from the optical emitter 273 as received by each of the optical receivers 274. In an alternate arrangement, there may be provided a plurality of optical emitters 273 and a plurality of optical receivers 274, wherein each optical emitter 273 is associated with a respective optical receiver 274. In its simplest arrangement, the sensing assembly 272 may comprise a single optical emitter 273 and a single optical receiver 274.

In certain configurations, the optical emitters 273 may together emit radiation having the same wavelength. In other configurations, the optical emitters 273 may each emit

radiation having a different wavelength. In this latter configuration, the optical receiver 274 would then be able to determine which optical emitter 273 is associated with any given received radiation, based on the wavelength of the received radiation.

5    The optical emitters 273 may also each emit radiation at different times, such to allow the controller 278 to more easily process the signals from the optical receiver 274, and more easily distinguish between the radiation emitted by each of the optical emitters 273.

10    In relation to the electrical connection between the controller 278 and the sensing assembly 272, it will be appreciated this electrical connection may be either a wired/wireless connection as required.

    Although not shown in the Figures, the device 270 herein described is preferably powered by a battery or some other power source located in the device 270. In other 15    embodiments, the device 270 may be powered using mains electricity.

    In one configuration, it is also envisaged that rather than the controller 278 comparing the information from the look-up table with the recorded intensity ratios to calculate the level and quantity of liquid inside the container 275, the controller 278 could instead 20    process the recorded intensity ratios through a liquid-level equation stored in the memory 280. In this configuration, the liquid-level equation could be a generalised equation covering a family of different containers, or could be an equation specific to a container having a given shape and/or type of liquid inside.

25    It will also be appreciated that in some applications of the device 270, the device could be used to detect the level of a solid, as opposed to a liquid, in a container. As used herein, the terms 'optical emitter' and 'optical receiver' are intended to cover sensors which can emit radiation in or close to the optical wavelength. Any type of radiation at or close to the optical wavelength is suitable provided that it does not have any harmful 30    effects. The exact wavelength is not important in the context of the invention. Such sensors thus include those which can emit visible radiation (such as radiation having wavelengths in the region of 400nm-700nm), and/or those which can emit IR radiation (such as radiation having wavelengths in the region of 700nm-1mm and/or those which can emit UV radiation (such as radiation having wavelengths in the region of 10nm to

400nm).

Existing prior art for such a sensor module is the apparatus disclosed in RU2441367. In this apparatus, the container is an industrially sized milk tank, which only includes a

5    single laser mounted at the top of the tank. Whilst this apparatus is suited for large-sized containers, which do not move in use, the apparatus is less-suited for applications where the container moves in use, or where the liquid level inside the container is non perpendicular to the laser beam shone into the container. In contrast, the sensor module described above can be used in a variety of different applications, is conveniently located

10    within a housing, and which by virtue of it having at least two optical emitters, can determine the level of liquid even inside containers of irregular shapes, and which can determine the level of liquid inside a container irrespective of the orientation of the liquid level inside the container.

15    Further to the embodiments of the fluid measurement system in different contexts, it can be appreciated that different functions entirely may be possible using the same component structure. For example, it is known that certain molecules within breast milk absorb specific wavelengths of light at characteristic propensities. Whilst the proposed system uses multiplexed IREDs at the same wavelengths to perform proximity

20    measurements, the same array of IREDs may instead be used to emit several different wavelengths of light and determine their absorption upon reflection. If appropriately calibrated, the system may be able to report on the presence or concentration of specific compounds in the expressed milk, such as fat, lactose or protein content.

25    In addition to this embodiment, it is feasible that the system might be applied to monitor the change in volume of any other container of liquid, given there is sufficient reflection of IR off its surface. These embodiments might include for example: liquid vessel measurement such as for protein shakes, cement or paint, or volume measurements within a sealed beer keg.

30

35

**SECTION C: BRA CLIP**

This section describes a bra clip that forms an accessory to the Elvie[TM] pump.

5

It relates to a system allowing a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast pump. As such, the user does not need a specialised adjustable bra; instead the present system works with all conventional maternity bras. The user also does

10    not have to purchase any larger bras to wear while pumping.

As shown in Figure 32, a typical maternity bra 320 comprises a support structure made up of shoulder straps 321 which support the bra 320 on the wearer's shoulders, and a bra band 322 for extending around a user's ribcage, comprising two wings 323 and a central

15    panel or bridge 324. The straps 321 are typically provided with adjustment mechanisms 325 for varying the length of the straps 321 to fit the bra 320 to the wearer. At the outermost end of each wing, an attachment region 326 is provided. Typically, hooks 327 and loops 328 are provided for securing the bra 320 at the user's back. However, any other suitable attachment mechanism may be used. Alternatively, the attachment region

20    326 may be provided at the front of the bra 320 in the bridge region 324, with a continuous wing 323 extending continuously around the wearer's back. Typically, a number of sets of loops 328 are provided to allow for variation in the tightness of the bra 320 on the wearer. While shown as having a separation in Figure 32, the wings 323 and bridge 324 may form a single continuous piece in certain designs. Likewise, while

25    shown with a distinct separation in Figure 32, the shoulder straps 321 and the wings 323 may likewise form a single continuous piece.

The maternity bra 320 is further provided with two breast-supporting cups 329 attached to the support structure. The cups 329 define a cup size, which defines the difference in

30    protrusion of the cups 329 from the band 322. The European standard EN 13402 for Cup Sizing defines cup sizes based upon the bust girth and the underbust girth of the wearer and ranges from AA to Z, with each letter increment denoting a 2 cm difference between the protrusion of the cups 329 from the band 322. Some manufacturers do vary from these conventions in denomination, and some maternity bras are measured in sizes

of S, M, L, XL, etc.

The cups 329 may be stitched to the bra band 321. At least one of the cups 329, is in detachable attachment with the corresponding strap 321. In particular, this is achieved at attachment point 330 where a hook 331 attached to the bra strap 321 engages with a clasp 331 attached to the cup 329. The hook 331 and the bra strap adjuster 325 are set such that in the closed position, the cup size of the bra 320 fits the wearer's breasts.

In Figure 32, the left cup 329 is shown attached to its attachment point 330, which the right cup 329 is unattached. In this manner, the wearer is able to detach the cup 329 to expose their breast for feeding or for breast pumping. Once this is completed, the cup 329 is reattached and the maternity bra 320 continues to function as a normal bra.

While in the depicted embodiments, a hook 331 is shown on the bra strap 321 and a clasp 332 is shown on the cup 329, it is appreciated that the provision of these may be reversed, or that alternative attachment mechanisms may be used.

A maternity bra therefore may comprise a support structure comprising shoulder straps and a bra band and a first and a second cup each attached to the support structure to provide a first cup size, at least one cup being at least partially detachable from the support structure at an attachment point.

In other embodiments, the detachable attachment point 330 may be provided at a different location, such as at the attachment between the bra band 322 and the cup 329. The mechanism for such an attachment point is the same as described above.

A clip has been designed such that it is configured to be attached to the support structure at a position away from the attachment point. This results in the original attachment point being usable, with the clip providing an alternative attachment point to give, in effect, an adjusted cup size.

Alternatively, the clip may also be attachable to the support structure at a plurality of non-discrete positions. This ensures essentially infinite adjustment of the clip position such that the perfect position for the user can be found.

The clip can also extend between an unextended and an extended state, and can attach to the support structure at the attachment point; the first cup size is providable when the at least partially detachable cup is attached to the clip when the clip is an unextended state; the second cup size is providable when the at least partially detachable cup is attached to the clip when the clip is in an extended state. An extendable clip like this allows quick switching between the two states in use.

Figure 33 depict a clip 335 according to the present invention, along with a clasp 332 shown in isolation from the bra cup 329 it is normally attached to. The clip comprises a first engagement mechanism and at least one second engagement mechanism(s). The clip is attachable in a releasable manner to the support structure at a first position via the first engagement mechanism and attachable in a releasable manner to one of the partially detachable cups via the second engagement mechanism to provide a second cup size different to the first cup size. The clip 335 is provided with a material pathway 336 which receives a portion of the bra strap 321. In the particular embodiment of these Figures, the clip 335 is substantially U-shaped, with a narrowing profile towards its open end. However, it is appreciated that any other suitable shape with a material pathway may be used, such as an S-shape or E-shape. The clip 335 is designed to be attached to the bra strap 321 in a releasable manner, with the slot 336 acting as a support engaging mechanism. The releasable manner means that the clip 335 may be simply removed from the bra 320 without causing any damage to the functioning of the bra 320. To enhance the ease of attachment, the clip 335 may be provided with outwardly extending wings 204 which help direct the bra strap 321 into the clip 335. The clip 335 is further provided with a hook 220 acting as a cup engaging mechanism which can engage with the clasp 332.

Figure 33 (c) shows the clip 335 being attached to a bra strap 321 in order to provide a second attachment point 337 for the clasp 332 to attach to, and hence to provide a second cup size for the bra 320. In this particular embodiment, the clip 335 is attached in a portion of strap 321A below the original attachment point 330 and hence the second attachment point 337 is likewise below the original attachment point. This results in a second cup size larger than the first cup size. In preferred embodiments, as shown in these Figures, the clip 335 engages with the support structure in a direction transverse to

the direction in which it engages with the cup.

Figure 33 (d) and (e) show how a wearer is able to move between the first and second cup sizes. In 33(d), the cup 329 is attached at the first attachment point 330 to provide a

5   first cup size. The wearer then disengages the clasp 332 from the hook 331 at the hook 338 at the second engagement point 239. In this manner, the wearer is easily able to transition between the two cup sizes.

Figures 34 and 35 show an alternative design for a clip 340. This clip 340 is substantially

10   "E-shaped", with a back portion 341 and first, second and 5 third prongs 342A, 342B, 342C extending transverse from this back portion 341. The three prongs 342A, 342B, 342C are spaced apart along the length of the back portion 341. The first and third prongs 342A, 342C are provided with attachment clips 343A, 343B.

15   These attachment clips 343A, 343B can engage with the clasp 332 of a bra to provide the second cup size. Depending upon the orientation of the clip 300, one or the other of the attachment clips 343A, 343B will be used to attach the clasp 332 of the bra. By providing these clips 343A, 343B on both of the first and the third prongs 342A, 342C the clip is easily reversible so it can be used on either side of the bra. Preferably the clip 340 is also

20   symmetrical, to aid the reversibility of the clip 340.

Figure 35 shows the clip 340 attached to a bra. As can be seen, the first and third prongs 342A, 342C extend on the front side of the bra strap, with the second prong 342B extending on the rear side of the bra strap. In this manner, the clip 340 is attached to the

25   strap. In preferable embodiments, a grip-enhancing member 344 such as a number of projections and/or roughened patches can be provided on the second prong 342B in order to strengthen this grip.

In alternative embodiments, the attachment clip could be provided on the second,

30   centremost prong 342B. In such an arrangement, the centremost prong 342B would be on the outside of the bra, with the first and third prongs 342A, 342C on the inside.

The provision of the attachable clip allows maternity bras already owned by the wearer to be quickly transformed into bras with quick switchable double cup size options.

This allows the use of integrated wearable breast pumps which increase the user's required cup size. This allows more design freedom for the breast pump in terms of size and shape, while still allowing the user to discretely pump with the pump held within

5   their bra. By allowing conversion of the user's existing maternity bras, they are not forced to purchase specially designed bras to wear with the pump. The bra is hence normally at the first engagement point 330 when the breast pump device is not being used. As shown in Figure 33, the clasp 332 is then engaged by the user to discretely switch between the two configurations, and the user then inserts the pump without any complex adjustment

10  or removal of clothing.

Preferably, the clip will be relatively unobtrusive in size and shape and hence can be left in place when the bra is first put on and used when necessary. To this end, the clip is preferably machine washable without significant damage or degradation.

15

In some embodiments, the clip may be switchable between positions for engaging with each cup so that a single clip may be used on either side of the bra. To achieve this, the clip is preferably reversible. This may provide the user with a visual indication of which breast has produced milk most recently so switching can take place.

20

In a preferred embodiment, the first engagement mechanism engages with the support structure in a first direction and the second engagement mechanism engages with the cup in a second direction transverse to the first direction. This increases ease of attachment as with this structure the sideways engagement of the clip to the support structure

25  ensures that the second attachment mechanism is correctly orientated for the cup.

The second engagement mechanism may be one or more of a hook or a snap or a clip. This ensures easy interfacing with the traditional hook and clasp systems already provided on maternity bras.

30

Preferably the clip further comprises two distinct second engagement mechanisms which can be used interchangeably dependent upon the orientation of the clip. This makes the clip easier to use as it can be quickly switched between each bra strap, and the user does not have to worry which way up to put the clip on.

Preferably, the clip comprises a material pathway with an opening for receiving a portion of the support structure as the first engagement mechanism for securing the clip to the bra. This ensures a quick and simple method for attaching the clip to the bra. In particular, the clip may substantially U-shaped, and the material pathway is between the arms of the U.

Preferably, the clip comprises three prongs extending from a central support, the three prongs arranged as a central prong and two outer prongs so as to receive the support structure on one side of the central prong and on the opposite side of each respective outer prong, at least one prong being provided with the second engagement mechanism. This ensures a strong attachment to the bra and a simple design.

Preferably, both outer prongs are each provided with a respective second engagement mechanism. This ensures that the clip is reversible for easier attachment to the bra.

A method of adjusting the cup size of a maternity bra is provided according to the present invention, comprising: providing a maternity bra comprising: a support structure comprising shoulder straps and a bra band; and a first and second cup each attached to the support structure to provide a first cup size, the at least one cup being detachable from the support structure at an attachment point, providing a clip comprising first and section engagement mechanisms, attaching the first engagement mechanism of the clip in a releasable manner to a first position of the support structure of the maternity bra, attaching one of the detachable cup to the second engagement mechanism of the clip in a releasable manner to provide a second cup size different to the first cup size.

This clip and method allow a user to quickly and simply adjust the cup size of a maternity bra to allow discrete and comfortable insertion and use of an integrated wearable breast pump.

Preferably, the method further comprises the step of inserting a breast pump into the detachable cup. The adjustment of the size of the bra allows the bra to support the breast pump against the user's breast for comfort and ease.

Preferably, the method further comprises the steps of: detaching the first engagement mechanism of the clip from the first position support structure of the maternity bra; attaching the first engagement mechanism of the clip in a releasable manner to a second position of the support structure of the maternity bra; and attaching the other of the detachable cups to the second engagement mechanism of the clip in a releasable manner to provide a second cup size different to the first cup size. This allows the user to use a single clip on either of the cups.

An alternative embodiment may be provided, with an extendable clip 360 as shown in Figure 36. In such an embodiment the clip is attached to the hook 331 on the strap 321 in a releasable manner, with the clasp 332 attached to an expandable portion of the clip. The clip is then able to expand between an unexpanded state where the clasp 332 is held in substantially the same position as the first attachment point 330 to provide the first cup size, and an expanded state, where the clasp 332 is held in a second position away from the first attachment point 330 to provide the second cup size.

For example, an elongate clip with first and second opposite ends may be provided. A first attachment point for attaching to the hook 331 is provided at the first end, and a second attachment point for attaching to the clasp 332 is provided at the second end. The elongate clip is hinged between the two ends, such that the clip can be folded between an elongate configuration to a closed configuration where the second end touches the first end. A clasp can be provided on the clip to hold the second end in this closed configuration. Thus, in the closed position the clasp 332 is held in substantially the same location as the first attachment point 330 to provide the first cup size, and in the open position the clasp is held away from the first attachment point 330 to provide the second cup size.

Other extendable clip embodiments are also possible, for example sliding clips or elastic clips.

Additional embodiments of a maternity bra adjuster are provided in Figures 37 and 38. The alternative proposed solution is a small adapter device, which comprises a first portion 370 including a clasp 373 and a second portion 372 including a hook 374, in which the first and second portions are separated by a small distance 371 in order to

provide two different adjustable sizes. The first portion includes a clasp 373 that is designed to attach to the hook on the bra strap 321. It may also include a top hook 375 positioned underneath the clasp, and a clip 376 on the rear side. The second portion includes a bottom hook 372.

5

The clasp 332 that is present on the cup 329 of the maternity bra, may then either engage with the top hook (321) to provide a first cup size, and engage with the bottom hook (332) to provide a second cup size that is different from the first cup size, as illustrated in Figure 39. The user may then discretely switch between a non pumping position, provided by the first cup size, and a second pumping position without any complex adjustment or removal of clothing needed, while using a wearable breast pump system (100).

The first portion and second portion may be made of plastic and may be separated by a stretchy material such as elastic or elastomeric material. The first portion may also include a clip on the rear side, the purpose of which is to allow the user to leave the clip attached to the bra for an extended time period.

**Section D: Use of Piezo Pump in Wearables**

As described in Section A, the breast pump system includes a piezo air pump, resulting in a fully wearable system that delivers a quiet, comfortable and discreet operation in normal use. This section gives further information on the piezo air pump.

In comparison with other pumps of comparable strength, piezo pumps are smaller, lighter and quieter.  In operation, the Elvie breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise; tests indicate that it makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

Piezo pumps also have lower current draw, allowing for increased battery life. A piezo pump is therefore ideally suited for wearable devices with its low noise, high strength and compact size. Further, as shown in the breast pump system of Figures 7 and 8, more than one piezo pump may be used.

Whilst a breast pump system is largely described in previous sections, the use of piezo mounted either in series or in parallel can also be implemented in any medical wearable devices or any wearable device. The piezo pump may pump air as well as any liquid.

With reference to Figure 40, a diagram illustrating a configuration of two piezo pumps mounted in series is shown.

With reference to Figure 41, a diagram illustrating a configuration of two piezo pumps mounted in parallel is shown.

With reference to Figure 42, the air pressure generated as a function of time by two piezo pumps mounted in series and two piezo pumps mounted in parallel are compared.  In this example, the parallel configuration produces higher flow rate and achieves -100mmHg negative air pressure faster than the series configuration. In comparison, the series configuration produces lower flow rate and takes slightly longer to reach 100mmHg. However, the parallel configuration cannot achieve as high as a vacuum as the series configuration and plateaus at -140mmHg. In comparison, the series

configuration is able to generate about -240mmHg.

A dual configuration is also implemented in which more than one piezo pump is configured such that they can easily switch between a parallel mode and a series mode. This dual configuration would suit wearable devices that would need to achieve either lower or higher pressure faster.

Figure 43 shows a plot of the air pressure generated as a function of time by two piezo pumps mounted in a dual configuration. In this dual configuration, the piezo pumps first start with a parallel mode in order to benefit from faster flow rate, and then switch to a series mode (as indicated by the switch-over point) when stronger vacuums are required, enabling to save up to 500ms on cycle time with elastic loads.

Additionally, a piezo pump may be used in combination with a heat sink in order to efficiently manage the heat produced by the wearable pump. This configuration may be used to ensure that the wearable device can be worn comfortably. The heat sink or heat sinks are configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin (especially prolonged contact for greater than 1 minute) are no more than 48°C and preferably no more than 43°C.

The heat sink may store the heat produced by a piezo pump in order to help diverting the heat produced to another location. This not only ensures that the wearable system can be worn comfortably, but also increases the lifetime of a piezo pump.

Figure 44 shows a picture of a wearable breast pump housing including multiple piezo pumps (440). The breast pump system is wearable and the housing is shaped at least in part to fit inside a bra. By applying a voltage to the piezo pumps, the pressure provided by the pumps increase. The generation of higher pressure by the piezo pumps also means higher heat produced that needs to be managed. Each piezo pump is therefore connected to a heat sink (441), such as a thin sheet of copper. The heat sink has a long thermal path length that diverts the heat away from the piezo pump.

The use of a heat sink in combination with a piezo pump is particularly relevant when the wearable device is worn directly or near the body, and where the management of heat induced by the piezo pump is crucial.

A wearable device including a piezo pump may therefore include a thermal cut out, and may allow for excess heat to be diverted to a specific location. The heat sink may be connected to an air exhaust so that air warmed by the piezo pumps vents to the atmosphere. For example, the wearable system is a breast pump system and the heat sink stores heat, which can then be diverted to warm the breast shield of the breast pump system.

Use cases application include but are not limited to:

- Wound therapy;
- High degree burns;
- Sleep apnoea;
- Deep vein thrombosis;
- Sports injury.

**APPENDIX: SUMMARY OF KEY FEATURES**

In this section, we summarise the various features implemented in the Elvie™ pump system.  We organize these features into six broad categories:

5   **A.**      **Elvie Breast Pump: General Usability Feature Cluster**

**B.**      **Elvie Piezo Air Pump Feature Cluster**

**C.**      **Elvie Milk Container Feature Cluster**

**D.**      **Elvie IR System Feature Cluster**

**E.**      **Elvie Bra Clip Feature Cluster**

10  **F.**      **Other Features, outside the breast pump context**

Drilling down, we now list the features for each category:

**A.**      **Elvie Breast Pump: General Usability Feature Cluster**

Feature 1      Elvie is wearable and includes only two parts that are removable from the
15              pump main housing in normal use.

Feature 2      Elvie is wearable and includes a clear breast shield giving an unobstructed
                view of the breast for easy nipple alignment.

Feature 3      Elvie is wearable and includes a clear breast shield with nipple guides for
                easy breast shield sizing.

20  Feature 4      Elvie is wearable and includes a breast shield that audibly attaches to the
                housing.

Feature 5      Elvie is wearable and includes a breast shield that attaches to the housing
                with a single push.

Feature 6      Elvie is wearable and not top heavy, to ensure comfort and reliable
25              suction against the breast.

Feature 7      Elvie is wearable and has a Night Mode for convenience.

Feature 8        Elvie is wearable and includes a haptic or visual indicator showing when milk is flowing or not flowing well.

Feature 9        Elvie is wearable and collects data to enable the mother to understand what variables (e.g. time of day, pump speed etc.) correlate to good milk-flow.

Feature 10       Elvie is wearable and collects data that can be exported to social media.

Feature 11       Elvie is wearable and has a smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.

Feature 12       A smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.

Feature 13       Elvie is wearable and includes a sensor to infer the amount of movement or tilt angle during normal use.

Feature 14       Elvie includes a control to toggle between expressing milk from the left breast and the right breast.

Feature 15       Elvie includes a pressure sensor.

Feature 16       Elvie includes a microcontroller to enable fine tuning between pre-set pressure profiles.

Feature 17       Elvie enables a user to set the comfort level they are experiencing.

Feature 18       Elvie includes a microcontroller to dynamically and automatically alter pump operational parameters.

Feature 19       Elvie automatically learns the optimal conditions for let-down.


**B.       Elvie Piezo Air Pump Feature Cluster**

Feature 20       Elvie is wearable and has a piezo air-pump for quiet operation.

Feature 21       Elvie has a piezo air-pump and self-sealing diaphragm

Feature 22       Elvie uses more than one piezo air pump in series.

Feature 23    Elvie is wearable and has a piezo air-pump, a breast shield and a diaphragm that fits directly onto the breast shield.

Feature 24    Elvie is wearable and has a piezo air-pump for quiet operation and a re-useable, rigid milk container for convenience.

5    Feature 25    Elvie has a piezo-pump for quiet operation and is a connected device.

Feature 26    Elvie uses a piezo in combination with a heat sink that manages the heat produced by the pump.

Feature 27    Elvie is wearable and gently massages a mother's breast using small bladders inflated by air from its negative pressure air-pump.

10    Feature 28    Elvie is wearable and gently warms a mother's breast using small chambers inflated by warm air from its negative pressure air-pump.


### C.    Elvie Milk Container Feature Cluster

Feature 29    Elvie is wearable and includes a re-useable, rigid milk container that forms the lower part of the pump, to fit inside a bra comfortably.

15

Feature 30    Elvie is wearable and includes a milk container that latches to the housing with a simple push to latch action.

Feature 31    Elvie is wearable and includes a removable milk container with an integral milk pouring spout for convenience.

20    Feature 32    Elvie is wearable and includes a removable milk container below the milk flow path defined by a breast shield for fast and reliable milk collection.

Feature 33    Elvie is wearable and includes a breast shield and removable milk container of optically clear, dishwasher safe plastic for ease of use and cleaning.

25    Feature 34    Elvie is wearable and includes various components that self-seal under negative air pressure, for convenience of assembly and disassembly.

Feature 35    Elvie is wearable and includes a spout at the front edge of the milk container for easy pouring.

Feature 36    Elvie is wearable and includes a milk container that is shaped with broad shoulders and that can be adapted as a drinking bottle that baby can easily hold.

### D.    Elvie IR System Feature Cluster

Feature 37    Elvie is wearable and includes a light-based system that measures the quantity of milk in the container for fast and reliable feedback.

Feature 38    The separate IR puck for liquid quantity measurement.

Feature 39    The separate IR puck combined with liquid tilt angle measurement.

### E.    Bra Clip Feature

Feature 40    Bra Adjuster.

### F.    Other Features that can sit outside the breast pump context

Feature 41    Wearable device using more than one piezo pump connected in series or in parallel.

Feature 42    Wearable medical device using a piezo pump and a heat sink attached together.

We define these features in terms of the device; methods or process steps which correspond to these features or implement the functional requirements of a feature are also covered.

We'll now explore each feature 1 – 41 in depth.  Note that each feature can be combined with any other feature; any sub-features described as 'optional' can be combined with any other feature or sub-feature.

## A.    Elvie Breast Pump: General Usability Feature Cluster

**Feature 1    Elvie is wearable and includes only two parts that are removable from the pump main housing in normal use**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    a breast shield;

(c)    a rigid or non-collapsible milk container;

and in which the breast pump system includes only two parts that are directly removable from the housing in normal use or normal dis-assembly: the breast shield and the rigid, non-collapsible milk container.

Optional:

- The only parts of the system that come into contact with milk in normal use are the breast shield and the milk container.
- Milk only flows through the breast shield and then directly into the milk container.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The two removable parts are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings, in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- No other parts are removable from the breast shield, apart from the flexible diaphragm.
- The milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.
- The milk container mechanically or magnetically latches to the housing.
- The milk container is released by the user pressing a button on the housing.
- The milk container includes a removable cap and a removable valve that is seated on the lid.
- In normal use, the milk container is positioned entirely within a bra.

- No other parts are removable from the milk container, apart from the cap and the valve.
- All parts that are user-removable in normal use are attached to either the breast shield or the milk container.
- Audible or haptic feedback confirms the pump system is properly assembled for normal use with the milk container locked to the housing and the breast shield locked to the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 2    Elvie is wearable and includes a clear breast shield giving an unobstructed view of the breast for easy nipple alignment**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    and a breast shield including a substantially transparent nipple tunnel, shaped to receive a nipple, providing to the mother placing the breast shield onto her breast a clear and unobstructed view of the nipple when positioned inside the nipple tunnel, to facilitate correct nipple alignment.

Optional:

- The breast shield is configured to provide to the mother a clear and unobstructed view of the nipple when the breast shield is completely out, of or separated from, the housing.
- The breast shield is configured to provide to the mother a clear and unobstructed view of the nipple when the breast shield is partially out of, or partially separated from, the housing.
- Entire breast shield is substantially transparent.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- A milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.
- The milk container mechanically or magnetically latches to the housing.
- The milk container is released by the user pressing a button on the housing.

- The milk container includes a removable cap and a removable valve that is seated on the lid.
- In normal use, the milk container is positioned entirely within a bra.

5

**Feature 3     Elvie is wearable and includes a clear breast shield with nipple guides for easy breast shield sizing**

A wearable breast pump system including:

(a)     a housing shaped at least in part to fit inside a bra and including a pumping
10     mechanism;

(b)     and a breast shield including a substantially transparent nipple tunnel shaped to receive a nipple, the nipple tunnel including guide lines that define the correct spacing of the nipple from the side walls of the nipple tunnel.

Optional:

15     - The guide lines run generally parallel to the sides of the nipple placed within the nipple tunnel.
- Breast shield is selected by the user from a set of different sizes of breast shield to give the correct spacing.
- Breast shield is a one-piece item including a generally convex surface shaped to
20     fit over a breast.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around the nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at
25     the top of the breast.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers in
30     the housing locate into small indents in the breast shield.

- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

### Feature 4       Elvie is wearable and includes a breast shield that audibly attaches to the housing.

A wearable breast pump system including:

(a)        a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)        and a breast shield that is attachable to the housing with a mechanism that latches with an audible click when the breast shield is slid on to or against the housing with sufficient force.

Optional:

- The breast shield is configured to slide onto or against the housing in a direction parallel to the long dimension of a nipple tunnel in the breast shield.

- Breast shield is removable from the housing with an audible click when the breast shield is pulled away from the housing with sufficient force.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.

5
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around the nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.

10
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.

15
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when negative air pressure is applied to it by an air pump system in the housing, and (b) transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.

20
- The edge of the flexible diaphragm seals, self-seals, self-energising seals, or interference fit seals against the housing when the breast shield attaches to the housing.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.

25
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

30
- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

5    **Feature 5      Elvie is wearable and includes a breast shield that attaches to the housing with a single push**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10    (b)      and a breast shield configured to attach to the housing with a single, sliding push action.

Optional:

- The breast shield is configured to slide onto or against the housing in a direction parallel to the long dimension of a nipple tunnel in the breast shield.
15    - The single push action overcomes a latching resistance.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
20    - Breast shield is configured to be rotated smoothly around a nipple inserted into a nipple tunnel in the breast shield to position a diaphragm housing portion of the breast shield at the top of the breast.
- Housing is configured to slide onto the breast shield when the breast shield has been placed onto a breast using guide members.
25    - Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.
- Breast shield includes or operates with a flexible diaphragm that (a) flexes when
30    negative air pressure is applied to it by an air pump system in the housing, and (b)

transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.

- The edge of the flexible diaphragm seals, self-seals, self-energising seals, or interference fit seals against the housing when the breast shield attaches to the housing.

- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.

- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

- Nipple tunnel includes on its lower surface an opening through which expressed milk flows.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding  a woman's breast to pump milk form that breast.

- A milk container attaches to a lower surface of the housing and forms the base of the breast pump system in use.

- The milk container mechanically or magnetically latches to the housing.

- The milk container is released by the user pressing a button on the housing.

- The milk container includes a removable cap and a removable valve that is seated on the lid.

- In normal use, the milk container is positioned entirely within a bra.

**Feature 6    Elvie is wearable and not top heavy, to ensure comfort and reliable suction against the breast**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism

(b)      and a breast shield;

(c)      a milk container;

and in which the centre of gravity of the pump system is, when the milk container is empty, substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through a nipple tunnel or filling point on a breast shield, so that the device is not top-heavy for a woman using the pump.

Optional:

- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.
- In which the centre of gravity only moves lower during use as the milk container gradually receives milk, which increases the stability of the pump inside the bra.
- In which milk only passes downwards when moving to the milk container, passing through the nipple tunnel and then through an opening in the lower surface of the nipple tunnel directly into the milk container, or components that are attached to the milk container.
- System is configured so that its centre of gravity is no more than 60mm up from the base of the milk container also below the top of the user's bra cup.
- In which the pumping mechanism and the power supply for that mechanism are positioned within the housing to provide a sufficiently low centre of gravity.
- In which the pumping mechanism is one or more piezo air pumps, and the low weight of the piezo air pumps enables the centre of gravity to be substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.
- In which the pumping mechanism is one or more piezo air pumps, and the small size of the piezo air pumps enables the components in the housing to be arranged so that the centre of gravity is substantially at or below (i) the half-way height line of the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.
- In which the pumping mechanism is one or more piezo air pumps, and the low weight of the battery or batteries needed to power that piezo air pumps enables the centre of gravity to be substantially at or below (i) the half-way height line of

the housing or (ii) the horizontal line that passes through the nipple tunnel or filling point on the breast shield.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 7        Elvie is wearable and has a Night Mode for convenience**

A breast pump system including:

(a)        a housing including a pumping mechanism;

(b)        an illuminated control panel;

(c)        a control system that reduces or adjusts the level or colour of illumination of the control panel at night or when stipulated by the user.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Control system is implemented in hardware in the pump itself using a 'night mode' button.
- Control system is implemented in software within a connected device app running on the user's smartphone.
- Control system is linked to the illumination level on a connected device app., so that when the connected app is in 'night mode', the illuminated control panel is also in 'night mode', with a lower level of illumination, and when the illuminated control panel on the housing is in 'night mode', then the connected app is also in 'night mode'.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast. The pumping mechanism is one or more piezo air pumps, selected for quiet operation.

**Feature 8      Elvie is wearable and includes a haptic or visual indicator showing when milk is flowing or not flowing well**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)      a milk container that is configured to be concealed within a bra and is hence not visible to the mother in normal use;

(c)      a visual and/or haptic indicator that indicates whether milk is flowing or not flowing into the milk container.

Optional:

- A haptic and/or visual indicator indicates if the pump is operating correctly to pump milk, based on whether the quantity and/or the height of the liquid in the container above its base is increasing above a threshold rate of increase
- The visual indicator is a row of LEDs that changes appearance as the quantity of liquid increases.
- The haptic and/or visual indicator provides an indication of an estimation of the flow rate.
- The visual indicator provides a colour-coded indication of an estimation of the flow rate.
- The visual indicator provides an indication of how much of the container has been filled.
- The visual indicator is part of a user interface in a connected, companion application, running on a smartphone or other personal device, such as a smart watch or smart ring.
- The haptic indicator is part of a user interface in a connected, companion application, running on a smartphone or other personal device, such as a smart watch or smart ring.
- A sub-system measures or infers the quantity and/or the height of the liquid in the container.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect

light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.

- Sub-system includes or communicates with an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

- A sub-system measures or infers the angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.

- A haptic and/or visual indicator indicates if the amount of milk in the milk container has reached a preset quantity or level.

- A haptic and/or visual indicator indicates if there is too much movement of the breast pump system for viable operation.

- Milk container is attached to the lower part of the housing and forms the base of the breast pump system.

- Milk container is made of transparent material.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.


**Feature 9    Elvie is wearable and collects data to enable the mother to understand what variables (e.g. time of day, pump speed etc.) correlate to good milk-flow**

A breast pump system including:

(a)    a housing including a pumping mechanism;

(b)    a milk container;

(c)    a measurement sub-system that measures or infers milk flow into the milk container;

and in which the measurement sub-system provides data to a data analysis system that determines metrics that correlate with user-defined requirements for milk-flow rate or milk expression.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- User-defined requirement is to enhance or increase milk-flow.
- User-defined requirement is to reduce milk-flow.
- The data analysis system analyses data such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.
- The data analysis system determines metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level, peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.
- The data analysis system determines metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.
- Data analysis system is local to the breast pump system, or runs on a connected device, such as a smartphone, or is on a remote server or is on the cloud, or is any combination of these.
- measurement sub-system measures or infers the quantity and/or the height of the liquid in the container above its base.
- Measurement sub-system measures or infers angle the top surface of the liquid in the container makes with respect to a baseline, such as the horizontal.
- Data analysis system gives recommended metrics for improving milk flow
- Data analysis system gives recommended metrics for weaning.
- Data analysis system gives recommended metrics for increasing milk supply (e.g. power pumping).
- Data analysis system gives recommended metrics if an optimal session start time or a complete session has been missed.

- Data analysis system leads to automatic setting of metrics for the pumping mechanism, such as pump speed, length of a single pumping session, vacuum level, cycle times, changing profile of pump speed over a single pumping session.

5
- Data analysis system enables sharing across large numbers of connected devices or apps information that in turn optimizes the milk pumping or milk weaning efficacy of the breast pump.

- Metrics include the specific usage of the connected device by a woman while using the pump (for example by the detection of vision and/or audio cues).

10
- The measurement sub-system measures or infers the quantity and/or the height of the liquid in the container.

- The measurement sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the

15
liquid, and measuring the intensity of that reflected light.

- The measurement sub-system includes or communicates with an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the measurement sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

20
- Milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.

- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

25

**Feature 10    Elvie is wearable and collects data that can be exported to social media.**

A breast pump system including:

(a)    a housing including a pumping mechanism;

30    (b)    a milk container;

(c)    a data sub-system that collects and provides data to a connected device or remote application or remote server;

(d)    and in which the collected data, in whole or in part, is used by a data analysis system that provides inputs to a social media or community function or platform.

5    Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.

- The data analysis system analyses metrics such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.

- The data analysis system analyses metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level, peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.

- The data analysis system analyses metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.

- Data analysis system is local to the breast pump system, or runs on a connected device, such as a smartphone, or is on a remote server or is on the cloud, or is any combination of these.

- The social media or community function or platform organizes the collected data into different profiles.

- The social media or community function or platform enables a user to select a matching profile from a set of potential profiles.

- each profile is associated with a specific kind of milk expression profile, and provides information or advice that is specifically relevant to each milk expression profile.

- Information or advice includes advice on how to increase milk expression by varying parameters, such as time of milk expression, frequency of a milk

expression session, pump speed, length of a single pumping session, vacuum level, cycle times, changing profile of pump speed over a single pumping session and any other parameter that can be varied by a mother to help her achieve her milk expression goals.

- The application is connected to other applications residing on the connected device, such as a fitness app.
- The collected data includes data received from other connected apps.
- The collected data is anonymised before it is shared.
- The sub-system includes a wi-fi connectivity component for direct connectivity to a remote server.
- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

### Feature 11 Elvie is wearable and has a smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh

A breast pump system including a pumping mechanism and a milk container and including:

(a)    a housing including the pumping mechanism;

(b)    a milk container;

(c)    and in which the milk container or any associated part, such as a lid, includes a memory or tag that is automatically programmed to store the time and/or date it was filled with milk.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Memory or tag is programmed to store the quantity of milk in the milk container.
- Memory or tag stores the milk expiry date.

- Memory or tag stores a record of the temperature of the milk or the ambient temperature around the milk, and calculates an expiry date using that temperature record.

- System includes a clock and writes the time and/or date the milk container was filled with milk to the memory or tag on the milk container.

- Clock is in the housing.

- Clock is in the milk container.

- Milk container includes a display that shows the time and/or date it was filled with milk.

- Milk container includes a display that shows the quantity of milk that it was last filled with milk.

- Milk container includes a display that shows whether the left or right breast was used to fill the milk container.

- Memory or tag is connected to a data communications sub-system.

- Memory or tag is a remotely readable memory or tag, such as a NFC tag, enabling a user to scan the milk container with a reader device, such as a smartphone, and have the time and/or date that container was filled with milk, displayed on the reader device.

- Reader device shows the time and/or date a specific milk container was filled with milk.

- Reader device shows the quantity of milk that a specific milk container was last filled with.

- Reader device shows the time and/or date and/or quantity that each of several different milk containers were filled with.

- Reader device shows whether the left or right breast was used to fill the milk contained in a specific milk container.

- A sub-system measures or infers milk flow into the milk container.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.

- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/Tr the height of the liquid in the container.
- The sub-system is in the housing.
- Milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.
- Pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 12    A smart bottle that stores the time and/or date of pumping to ensure the milk is used when fresh.**

A smart bottle or container that includes or is associated with a memory or a tag that is programmed to store the date and time it is filled using data from a pump or a connected device, such as a smartphone.

Optional:

- The container includes wireless connectivity and connects to a companion app.
- The memory or tag includes an NFC chip and is read using a NFC reader.
- The memory or tag stores also an expiry date.
- Memory or tag stores a record of the temperature of the milk or the ambient temperature around the milk, and calculates an expiry date using that temperature record.
- The memory or tag stores also the quantity of milk stored.
- System includes a clock and writes the time and/or date the milk container was filled with milk to the memory or tag on the milk container.
- Clock is in the housing.
- Clock is in the container.
- Milk container includes a display that shows the time and/or date it was filled with milk.
- Milk container includes a display that shows the quantity of milk that it was last filled with milk.

- Milk container includes a display that shows whether the left or right breast was used to fill the milk contained.
- Milk container includes a display that shows the expiry date.
- memory or tag is connected to a data communications sub-system.
- Memory or tag is a remotely readable memory or tag, such as a NFC tag, enabling a user to scan the milk container with a reader device, such as a smartphone.
- Reader device shows the time and/or date a specific milk container was filled with milk.
- Reader device shows the quantity of milk that a specific milk container was last filled with.
- Reader device shows the time and/or date and/or quantity that each of several different containers were filled with.
- Reader device shows whether the left or right breast was used to fill the milk contained in a specific milk container.
- Reader device shows the expiry date.
- Container includes  wireless connectivity and connects to a companion application.
- An application tracks status of one or more smart containers and enables a user to select an appropriate smart container for a feeding session.
- The pump is wearable.
- The pump is in a housing shaped to fit inside a bra and the container is a milk container that is connected to the housing and is positioned to form the base of the housing.
- Container is used for liquids other than milk.

**Feature 13   Elvie is wearable and includes a sensor to infer the amount of movement or tilt angle during normal use.**

A breast pump system including:

(a)      a housing;

(b)      a milk container;

(c)    the housing including a sensor, such as an accelerometer, that measures or determines the movement and/or tilt angle of the housing, during a pumping session and automatically affects or adjusts the operation of the system depending on the output of the sensor.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.

- If the tilt angle of the housing exceeds a threshold, then the system automatically affects the operation of the system by warning or alerting the mother of a potential imminent spillage (e.g. from milk flowing back out of a breast shield) using an audio, or visual or haptic alert, or a combination of audio, haptic and visual alerts.

- If the tilt angle of the housing exceeds a threshold, then the system automatically adjusts the operation of the system by stopping the pump to prevent spillage.

- When the tilt angle of the housing reduces below the threshold, the system automatically adjusts the operation of the system by causing pumping to resume automatically.

- If the tilt angle of the housing exceeds a threshold, then the system automatically affects the operation of the system by providing the mother with an alert to change position.

- The container includes an optically clear region.

- There are one or more light emitters and detectors positioned in the base of the housing, the light emitters and receivers operating as part of a sub-system that measures or infers the tilt angle of the milk in the container.

- The sub-system measures the quantity of liquid in the milk container and also takes the measured tilt angle of the housing into account.

- If the tilt angle is above a certain threshold, the system ignores the quantity of liquid measured.

- The sub-system derives or infers the mother's activity, such as walking, standing or lying activities, from the sensor.

- The milk container is a re-useable milk container that when connected to the housing is positioned to form the base of the housing.

- Sub-system stores a time-stamped record of movement and/or tilt angles of the housing in association with milk flow data.
- System includes a breast shield that attaches to the housing.
- System includes a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 14     Elvie includes a control to toggle between recording whether milk is being expressed from the left breast and the right breast.**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra;

(b)      a control interface that the user can select to indicate or record if milk is being expressed from the left or the right breast.

Optional:

- Control interface is a physical interface on the housing.
- Control interface is a single button on the housing.
- Control interface is from an application running on a device, such as a smartphone or smart ring.
- Visual indicators on the housing indicate whether the breast pump system is being set up the left or the right breast.
- The visual indicator for the left breast is on the right-hand side of the housing, when viewed from the front; and the visual indicator for the right breast is on the left-hand side of the housing, when viewed from the front.
- The housing includes a button labeled to indicate the left breast and a button labeled to indicate the right breast, that are respectively illuminated to indicate from which breast the milk is being expressed.
- Breast pump system is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 15      Elvie includes a pressure sensor.**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) an air pressure sensor configured to measure the negative pressure delivered by the negative air-pressure mechanism and (iii) a measurement sub-system that measures or infers milk flow or milk volume.

Optional:

- The system also includes  a control sub-system that combines or relates the air-pressure measurements with the milk flow or milk volume measurements
- The control sub-system automatically adjusts the negative air-pressure to give the optimal milk flow or milk volume.
- The control sub-system automatically adjusts the negative air-pressure during a pumping session to give the optimal milk flow or milk volume within comfort constraints defined by the user.
- The air pressure sensor detects pressure created by the pumping mechanism.
- Sensor is a piezo air pressure sensor
- Air pressure sensor measures the negative air pressure during a normal milk expression session.
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to vary the operation of the pumping mechanism so that it deliver consistent performance over time.
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to vary the operation of the pumping mechanism so that different pumping mechanisms in different breast pump systems all deliver consistent performance
- Air pressure sensor measures the negative air pressure during a calibration session, and the system uses the results to determine if the pumping mechanism is working correctly, within tolerance levels.
- The operation of the pumping mechanism is varied by altering the duty or pump cycle.
- The operation of the pumping mechanism is varied by altering the voltage applied to the pumping mechanism.
- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 16      Elvie includes a microcontroller to enable fine tuning between pre-set pressure profiles**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to cause the pumping mechanism to deliver various pre-set pressure profiles and to permit the user to manually vary the pressure to a value or values that are in-between the values available from a pre-set pressure profile.

Optional:

- The user manually varies the pressure using a control interface on a housing of the breast pump system
- The user manually varies the pressure using a control interface on an application running on a wireless device such as a smartphone that is wirelessly connected to the breast pump system.
- The user manually varies the pressure by altering a control parameter of the pumping mechanism.
- The user manually varies the pressure by altering the duty cycle or timing of the

pumping mechanism.

- The user manually varies the pressure by altering the voltage applied to the pumping mechanism.
- The system includes an air pressure sensor configured to measure the negative air pressure delivered by the pumping mechanism.
- The air pressure sensor is a piezo air pressure sensor.
- Pumping mechanism is a piezo air pump.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Pressure profile defines one or more maximum negative air pressure levels.
- Pressure profile defines one or more maximum negative air pressure levels, each for a pre-set time.
- Pressure profile defines one or more cycle time.
- Pressure profile defines peak flow rate.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 17    Elvie enables a user to set the comfort level they are experiencing**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to control the pumping mechanism and to permit the user to manually indicate the level of comfort that they are experiencing when the system is in use.

Optional:

- The user manually indicates the level of comfort that they are experiencing using a touch or voice-based interface on a housing of the breast pump system

- The user manually indicate the level of comfort that they are experiencing using a touch or voice-based interface on an application running on a wireless device, such as a smartphone, that is wirelessly connected to the breast pump system.

- The system stores user-indicated comfort levels together with associated parameters of the pumping system.

- The system is a connected device and a remote server stores user-indicated comfort levels together with associated parameters of the pumping system.

- The parameters of the pumping system include one or more of: pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing cycle of the pumping mechanism.

- System automatically varies parameters of the pumping system and then enables the user to indicate which parameters are acceptable.

- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.

- The air pressure sensor is a piezo air pressure sensor.

- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.

- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.

- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.

- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the

intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 18    Elvie includes a microcontroller to dynamically and automatically alter pump operational parameters**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to automatically change one or more parameters of the pumping mechanism, and to automatically measure or relate milk expression data as a function of different values of one or more of these parameters.

Optional:

- The milk expression data includes one or more of the following: milk expression rate or quantity; comfort; optimal pumping mode; optimal pumping mode given remaining battery power.
- The system automatically calculates or identifies the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity and uses that set of parameters.
- The system automatically calculates or identifies the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity and uses that set of parameters if the comfort experienced by the user when those parameters are used is above a threshold.
- The system displays the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity to the user.
- The system displays the parameters of the pumping mechanism that correlate with maximum milk expression rate or quantity to the user and enables the user to manually select those parameters if they are acceptable.
- Parameters of the pumping mechanism includes pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing cycle of the pumping mechanism.
- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.
- The air pressure sensor is a piezo air pressure sensor.

- Pumping mechanism is a piezo air pump.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.
- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.
- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.
- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.

**Feature 19 Elvie automatically learns the optimal conditions for let-down**

A breast pump system including (i) a pumping mechanism that applies negative air-pressure and (ii) a microcontroller programmed to dynamically change one or more parameters of the pumping mechanism, and to automatically detect the start of milk let-down.

Optional:

- The microcontroller is programmed to dynamically change one or more parameters of the pumping mechanism, to enable it to learn or optimize the parameters relating to milk let-down.
- The system automatically calculates or identifies or learns the parameters of the pumping mechanism that correlate with the quickest start of milk let-down.
- The system automatically calculates or identifies or learns the parameters of the pumping mechanism that correlate with the quickest start of milk let-down and uses that set of parameters if the comfort experienced by the user when those

parameters are used is above a threshold or are otherwise acceptable to the user.

- The system displays the parameters of the pumping mechanism that correlate with the quickest start of milk let-down to the user.

- The system displays the parameters of the pumping mechanism that correlate with the quickest start of milk let-down and enables the user to manually select those parameters if they are acceptable.

- parameters of the pumping mechanism includes pumping strength, peak negative air pressure; flow rate; voltage applied to the pumping mechanism; duty or timing cycle of the pumping mechanism.

- System includes an air pressure sensor that measures the negative air pressure delivered by the pumping mechanism.

- The air pressure sensor is a piezo air pressure sensor.

- Pumping mechanism is a piezo air pump.

- Piezo air pump forms part of a closed or closed loop system.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a flexible diaphragm that seals, self-seals, self-energising seals or interference fit seals against a diaphragm housing that forms part of a breast shield.

- Breast pump system is wearable and includes a housing that is shaped at least in part to fit inside a bra.

- Breast pump system includes a milk container and a measurement sub-system that automatically measures the quantity of milk in the milk container.

- The measurement sub-system includes one or more light emitters and one or more light detectors, operating as part of a sub-system that measures or infers the quantity of the milk in the container and/or the height of the milk in the container above its base, and in which the light detectors detect and measure the intensity of the light from the emitters that has been reflected from the surface of the milk.


**B.     Elvie Piezo Air Pump Feature Cluster**

**Feature 20     Elvie is wearable and has a piezo air-pump for quiet operation**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra;

(b)    a piezo air-pump in the housing that is part of a closed loop system that drives, a separate, deformable diaphragm to generate negative air pressure.

Optional:

5
- The deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.

10
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The closed system is separated from a 'milk' side by a flexible diaphragm.
- Deformable diaphragm is removably mounted against a part of a breast shield.
- Deformable diaphragm is a unitary or one-piece object that is removably mounted against a part of a breast shield.

15
- Deformable diaphragm is not physically connected to the piezo air-pump.
- Piezo air-pump is a closed loop air-pump that drives a physically separate and remote deformable diaphragm that removably fits directly onto the breast shield
- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.

20
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

25
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 25gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.

- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise. The piezo pump is fed by air that passes through an air filter.

- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 21      Elvie has a piezo air-pump and self-sealing diaphragm**

A breast pump system including:

(a)      a housing;

(b)      a piezo air-pump in the housing that is part of a closed loop system that drives, a physically separate, deformable, self-sealing diaphragm, to generate negative air pressure.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.

- Piezo air pump is positioned at or close to the base of the housing.

- There are two or more piezo air pumps.

- There are two or more piezo air pumps mounted in a series arrangement.

- There are two or more piezo air pumps mounted in a parallel arrangement .

- The closed system is separated from a 'milk' side by the flexible diaphragm.

- Deformable diaphragm is removably mounted against a part of a breast shield.

- Deformable diaphragm is a unitary or one-piece object that is removably mounted against a part of a breast shield.

- Deformable diaphragm is not physically connected to the piezo air-pump.

- Piezo air-pump is a closed loop air-pump that drives a physically separate and remote deformable diaphragm that removably fits directly onto the breast shield.

- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.

- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the

diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.

- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- The piezo pump is fed by air that passes through an air filter.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 22    Elvie uses more than one piezo air pump in series**

A breast pump system including:

(a)      a housing;

(b)      multiple piezo air-pumps in the housing that drives a deformable diaphragm inside the housing to generate negative air pressure; in which the multiple piezo air-pumps can be operated at different times in series-connected and in parallel-connected modes.

Optional:

- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Parallel connected mode is used during a first part of a pumping cycle to reach a defined negative air pressure more quickly than series connected mode would, and then the system switches to a series connected mode to reach a greater negative air pressure than series connected mode can reach.
- An actuator switches the system from parallel-connected piezo pump mode to series-connected piezo pump mode.

- Each piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- Each piezo air pump weighs less than 10 gm, and may weigh less than 6gm..
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- Each piezo pump is fed by air that passes through an air filter.
- Each piezo air pump forms part of a closed or closed loop system.
- Each piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- The piezo-air pumps are a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.

**Feature 23    Elvie is wearable and has a piezo air-pump, a breast shield and a diaphragm that fits directly onto the breast shield**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra;

(b)    a breast shield that attaches to the housing;

(b)    a piezo air-pump in the housing that drives a deformable diaphragm that fits directly onto the breast shield.

Optional:

- Deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- Deformable diaphragm is removable from the diaphragm housing for cleaning.

- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Piezo air pump forms part of a closed or closed loop system.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- Piezo air pump is position at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum. power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.The piezo pump is fed by air that passes through an air filter.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.

### Feature 24    Elvie is wearable and has a piezo air-pump for quiet operation and a re-useable, rigid milk container for convenience

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra;

(b)    a piezo air-pump in the housing;

(c)    and a re-useable, rigid or non-collapsible milk container that when connected to the housing forms an integral part of the housing and that is also removable from the housing.

Optional:

- Piezo air pump forms part of a closed or closed loop system.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The closed system is separated from a 'milk' side by a flexible diaphragm.

- A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- The deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- The milk container forms the base of the system.
- The milk container has a flat base so that it can rest stably on a surface.
- The milk container is removable from the housing.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.
- The milk container obviates the need for consumable or replaceable milk pouches.

**Feature 25    Elvie has a piezo-pump for quiet operation and is a connected device**

A breast pump system including

(a)    a housing;

5    (b)    a piezo air-pump in the housing;

(c)    a milk container;

(d)    a data connectivity module that enables data collection relating to the operation of the piezo air-pump and transmission of that data to a data analysis system.

Optional:

10    • The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
    • Transmission is to an application running on a connected device such as a smartphone, or a server, or the cloud.
    • The data collection and transmission relates to any other operational data of the
15    system.
    • Piezo air pump forms part of a closed or closed loop system.
    • Piezo air pump is positioned at or close to the base of the housing.
    • There are two or more piezo air pumps.
    • There are two or more piezo air pumps mounted in a series arrangement.
20    • There are two or more piezo air pumps mounted in a parallel arrangement.
    • The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
    • The piezo air-pump is a closed loop negative air-pressure system that drives a
25    physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
    • The closed system is separated from a 'milk' side by a flexible diaphragm.
    • A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.

- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- Deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 10 gm, and may weigh less than 6gm.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.
- A sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with the data connectivity module.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.
- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.
- The data analysis system analyses metrics such as any of the following: amount of milk expressed over one or more sessions, rate at which milk is expressed over one or more sessions, profile of the rate at which milk is expressed over one or more sessions.
- The data analysis system analyses metrics such as any of the following: pump speed, length of a single pumping session, negative air pressure or vacuum level,

peak negative air pressure or vacuum level, pump cycle time or frequency, changing profile of pump speed over a single pumping session time of day.

- The data analysis system analyses metrics such as any of the following: amount and type of liquids consumed by the mother, state of relaxation of the mother before or during a session, state of quiet experienced by the mother before or during a session, what overall milk expression profile the mother most closely matches.

**Feature 26     Elvie uses a piezo in combination with a heat sink that manages the heat produced by the pump.**

A breast pump system including:

(a)      a housing;

(b)      a piezo air-pump in the housing that drives a deformable diaphragm inside the housing to generate negative air pressure;

(c)      a heat sink to manage the heat produced by the piezo-air pump to ensure it can be worn comfortably.

Optional:

- The heat sink is configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin, especially prolonged contact for greater than 1 minute, are no more than 48°C and preferably no more than 43°C.
- The breast pump is wearable and the housing is shaped at least in part to fit inside a bra.
- Heat sink is connected to an air exhaust so that air warmed by the piezo pumps vents to the atmosphere.
- Heat sink warms a breast shield.
- Piezo air pump forms part of a closed or closed loop system.
- Piezo air pump is positioned at or close to the base of the housing.
- There are two or more piezo air pumps.

- There are two or more piezo air pumps, each connected to its own or a shared heat sink.
- There are two or more piezo air pumps mounted in a series arrangement.
- There are two or more piezo air pumps mounted in a parallel arrangement.
- The piezo-air pump is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.
- The piezo air-pump is a closed loop negative air-pressure system that drives a physically separate and remote deformable, self-sealing diaphragm that removably fits directly onto the breast shield.
- The closed system is separated from a 'milk' side by a flexible diaphragm.
- A deformable diaphragm inside the housing is driven by negative air pressure generated by the piezo pump.
- The deformable diaphragm is a flexible generally circular diaphragm that sits over a diaphragm housing that is an integral part of a breast shield.
- The deformable diaphragm is removable from the diaphragm housing for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- Nipple tunnel in the breast shield includes an opening on its lower surface that is positioned through which expressed milk flows directly into the milk container.
- The piezo pump delivers in excess of 400mBar (40 kPa) stall pressure and 1.5 litres per minute free air flow.
- The piezo air pump weighs less than 25g.
- In operation, the breast pump system makes less then 30dB noise at maximum power and less than 25dB at normal power, against a 20dB ambient noise.
- In operation, the breast pump system makes approximately 24dB noise at maximum power and 22dB at normal power, against a 20dB ambient noise.

**Feature 27    Elvie is wearable and gently massages a mother's breast using small bladders inflated by air from its negative pressure air-pump**

A breast pump system including:

(a)    a housing;

5    (b)    an air-pump in the housing that drives a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast;

(c)    in which the air pump also provides air to regularly or sequentially inflate one or more air bladders or liners that are configured to massage one or more parts of the

10    breast.

Optional:

- Air-pump is a piezo pump.
- Breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.

15    - Bladders or liners are formed in a breast shield that attaches to the housing.

**Feature 28    Elvie is wearable and gently warms a mother's breast using small chambers inflated by warm air from its negative pressure air-pump**

A breast pump system including:

20    (a)    a housing;

(b)    an air-pump, such as a piezo pump, in the housing that drive a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast;

(c)    in which the air pump also provides warm air to regularly or sequentially inflate

25    one or more air chambers that are configured to apply warmth to one or more parts of the breast.

Optional:

- Breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.
- The air chamber is a deformable diaphragm positioned on a breast shield that attaches to the housing.

5

## C.    Elvie Milk Container Feature Cluster

### Feature 29    Elvie is wearable and includes a re-useable, rigid milk container that forms the lower part of the pump, to fit inside a bra comfortably

10    A wearable breast pump system configured including:

(a)    a housing shaped at least in part with a curved surface to fit inside a bra and including a pumping mechanism;

(b)    and a re-useable rigid or non-collapsible milk container that when connected to the housing forms an integral, lower part of the housing, with a surface shaped to

15    continue the curved shape of the housing, so that the pump system can be held comfortably inside the bra.

Optional:

- The milk container forms the base of the system.
- The milk container has a flat base so that it can rest stably on a surface.

20    - The milk container is attached to the housing with a push action.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.
- The milk container obviates the need for consumable or replaceable milk

25    pouches.
- The milk container includes an aperture, spout or lid that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container.
- The milk container includes an aperture, spout or lid that self-seals under the

30    negative air-pressure from the pumping mechanism against an opening in a

breast shield, and milk flows under gravity through the opening into the milk container.

- The milk container is made using a blow moulding construction.
- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.
- The large opening is closed with a bayonet-mounted cap with an integral spout.
- A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump mechanism to ensure that negative air-pressure is not applied to the milk container.
- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 30    Elvie is wearable and includes a milk container that latches to the housing with a simple push to latch action**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    and a milk container that is attachable to the housing with a mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action.

Optional:

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.
- Milk container, when connected to the housing, forms an integral, lower part of the housing and that is removable from the housing with a release mechanism that can be operated with one hand.

- Mechanism that releasably attaches or latches is a mechanical or magnetic mechanism.

- Mechanical mechanism includes flanges on the top of the milk container, or the sealing plate that seals the opening to the milk contained, that engage with and move past a surface to occupy a latched position over that surface when the milk container is pressed against the housing to lock into the housing.

- The housing includes a button that when pressed releases the milk container from the housing by flexing the surface away from the flanges so that the flanges no longer engage with and latch against the surface.

- Mechanism that attaches or latches the milk container into position does so with an audible click.

- The milk container forms the base of the system.

- The milk container has a flat base so that it can rest stably on a surface.

- The milk container is removable from the housing by releasing the latch and moving the housing off the milk container.

- The milk container includes a clear or transparent wall or section to show the amount of milk collected.

- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.

- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container.

- The milk container is made using a blow moulding construction.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

- A flexible rubber or elastomeric valve is mounted onto the cap or spout  and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.

- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

5 **Feature 31    Elvie is wearable and includes a removable milk container with an integral milk pouring spout for convenience**

A wearable breast pump system including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10 (b)    and a re-useable milk container that is connected to the housing with a surface shaped to continue the curved or breast-like shape of the pump, so that the pump can be held comfortably inside a bra and where the milk container includes a pouring spout for pouring milk.

Optional:

15
- Spout is integral to the milk container.
- Spout is integral to a removable lid to the milk container.
- Spout is positioned at or close to the front edge of the milk container.
- Spout is removable from the container, such as by clipping off the container.
- A teat is attachable to the spout.
20
- A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.
- The milk container forms the base of the system.
25
- The milk container has a flat base so that it can rest stably on a surface.
- The milk container is removable from the housing.
- The milk container includes a clear or transparent wall or section to show the amount of milk collected.
- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.

- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.

- The milk container is made using a blow moulding construction.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

- The pumping mechanism is a closed loop negative air-pressure system that applies negative pressure to a region surrounding a woman's breast to pump milk form that breast.

**Feature 32   Elvie is wearable and includes a removable milk container below the milk flow path defined by a breast shield for fast and reliable milk collection**

A wearable breast pump system including:

(a)    a housing including a pumping mechanism, the housing being shaped at least in part to fit inside a bra;

(b)    and a breast shield including a nipple tunnel shaped to receive a nipple, and including an opening that defines the start of a milk flow path;

(c)    a re-useable milk container that when connected to the housing is positioned entirely below the opening or the milk flow path, when the breast pump is positioned or oriented for normal use.

Optional:

- The milk container includes an aperture that sits directly underneath the opening in the nipple tunnel in the breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.
- Milk flows from the opening directly into the milk container.
- Milk flows from the opening directly into the milk container.
- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against the opening in the breast shield, and milk flows under gravity through the opening into the milk container.
- Milk flows from the opening directly onto a valve that is attached to the milk container, the valve closing whilst there is sufficient negative air pressure in the volume of air between the valve and the breast shield opening, and then opening to release the milk into the container when the air pressure rises sufficiently.
- Milk flows from the opening directly onto a valve that is attached to a spout, that is in turn attached to the milk container.
- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.
- The large opening is closed with a bayonet-mounted cap with an integral spout.
- A flexible rubber or elastomeric valve is mounted onto the milk container cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container, and milk flows towards and is retained by the duck bill valve whilst the valve is closed, and flows past the valve into the milk container when the negative air pressure is released and the valve opens.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The two removable parts are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.

- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

**Feature 33    Elvie is wearable and includes a breast shield and removable milk container of optically clear, dishwasher safe plastic for ease of use and cleaning**

A breast pump system including:

(a)    a housing including a pumping mechanism;

(b)    and a breast shield defining a region shaped to receive a nipple, the region defining the start of a milk flow path;

(c)    a re-useable, rigid or non-collapsible milk container that when connected to the housing is positioned to form the base of the housing;

and in which the breast shield and the milk container are made substantially of an optically clear, dishwasher safe material.

Optional:

- The material is a polycarbonate material, such as Tritan™.

- breast pump system is wearable and the housing is shaped at least in part to fit inside a bra.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.
- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield operates with a flexible diaphragm that flexes when negative air pressure is applied to it by an air pump system in the housing, and transfers that negative air-pressure to pull the breast and/or nipple against the breast shield to cause milk to be expressed.
- Flexible diaphragm is removable from a diaphragm housing portion of the breast shield for cleaning.
- Diaphragm housing includes an air hole that transfers negative air pressure to a nipple tunnel in the breast shield, the negative air pressure arising when the diaphragm moves away from the diaphragm housing and towards the housing, and the negative air pressure in the nipple tunnel pulling the breast and/or nipple against the breast shield to cause milk to be expressed.
- The breast shield and milk container are each pressed or pushed into engagement with the housing.
- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.
- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.
- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.
- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.
- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.
- Breast shield slides into the housing using guide members.
- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.
- Breast shield latches into position against the housing.
- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

**Feature 34    Elvie is wearable and includes various components that self-seal under negative air pressure, for convenience of assembly and disassembly**

A wearable breast pump system including:

(a)      a housing shaped at least in part to fit inside a bra and including an air pumping mechanism;

(b)      a breast shield;

(c)      a diaphragm that flexes in response to changes in air pressure caused by the air pumping mechanism and that seals to the breast shield;

(d)      a re-useable milk container that seals to the breast shield;

and in which either or both of the diaphragm and the re-useable milk container substantially self-seal under the negative air pressure provided by the pumping mechanism.

Optional:

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a

breast shield, and milk flows under gravity through the opening into the milk container.

- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals against the conduit under the negative air pressure provided by the pumping mechanism.

- The 1 way valve is attached to the milk container, or a lid or spout of the milk container with an interference fit and is readily removed in normal use for separate cleaning.

- The diaphragm partly or wholly self-seals to the breast shield under the negative air pressure provided by the pumping mechanism.

- The diaphragm partly or wholly self-seals to the housing under the negative air pressure provided by the pumping mechanism.

- The diaphragm is attached to the diaphragm housing using elastomeric or rubber latches and is readily removed in normal use for separate cleaning.

- The breast shield and milk container are each pressed or pushed into engagement with the housing.

- The breast shield and milk container are each pressed or pushed into a latched engagement with the housing.

- The breast shield and milk container are each insertable into and removable from the housing using an action confirmed with an audible sound, such as a click.

- Breast shield is a one-piece item including a generally convex surface shaped to fit over a breast and a nipple tunnel shaped to receive a nipple.

- Breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

- Breast shield is configured to be rotated smoothly around a nipple inserted into the nipple tunnel to position a diaphragm housing portion of the breast shield at the top of the breast.

- Breast shield slides into the housing using guide members.

- Housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.

- Breast shield latches into position against the housing.

- Breast shield latches into position against the housing when spring plungers, such as ball bearings in the housing locate into small indents in the breast shield.
- Breast shield latches into position against the housing using magnets.

5    **Feature 35    Elvie is wearable and includes a spout at the front edge of the milk container for easy pouring**

A wearable breast pump system configured as a single unit and including:

(a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

10    (b)    and a milk container that forms an integral part of the housing;

(c)    a re-useable pouring spout that is positioned at or close to the front edge of the milk container.

Optional:

- Milk container is a multifunctional bottle, operating as both a storage container
15    to contain milk that is being expressed, as well as a refrigeratable and freezable storage bottle for that milk, as well as a bottle from which that milk can be drunk by a baby.
- Spout is integral to a removable lid to the milk container.
- Spout is removable from the container, such as by clipping off the container.
20    - A teat is attachable to the spout.
- By placing the spout at or close to the front edge of the milk container, the milk container fully empties more readily than where the spout is placed in the middle of the lid of a milk container.
- The spout sits generally under an opening in the breast shield spout or nipple
25    tunnel through which expressed milk flows.
- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals against the conduit under the negative air pressure provided by the pumping
30    mechanism.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.

5

### Feature 36    Elvie is wearable and includes a milk container that is shaped with broad shoulders and that can be adapted as a drinking bottle that baby can easily hold

A wearable breast pump system configured as a single unit and including:

10    (a)    a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)    a breast shield;

(c)    a milk container that is removable from the housing and is shaped or configured to also serve as a drinking bottle that is readily held by a baby because it is wider than it is

15    tall.

Optional:

- Teat is attachable directly to the milk container.
- Pouring or drinking spout is integral to the milk container.
- The shoulders are at least 2cm in width, and the neck is no more than 1 cm in
20    height, to enable a baby to readily grip and hold the container when feeding from the milk in the container.
- Spout/teat/straw resides near the edge of the container's rim.
- Milk container is a multifunctional bottle, operating as both a storage container to contain milk that is being expressed, as well as a refrigertable and freezable
25    storage bottle for that milk, as well as a bottle from which that milk can be drunk by a baby.
- The re-useable milk container includes a 1 way valve that self-seals against a conduit from the breast shield and allows milk to pass into the container but not spill out, and in which the valve (a) closes and (b) partly or wholly self-seals

against the conduit under the negative air pressure provided by the pumping mechanism.

- The milk container includes an aperture, spout or lid that self-seals under the negative air-pressure from the pumping mechanism against an opening in a breast shield, and milk flows under gravity through the opening into the milk container.

- Spout is integral to the milk container.

- Spout is integral to a removable lid to the milk container.

- Spout is positioned at or close to the front edge of the milk container.

- Spout is removable from the container, such as by clipping off the container.

- A teat is attachable to the spout.

- A flexible rubber or elastomeric valve is mounted onto the cap or spout and includes a rubber or elastomeric duck-bill valve that stays sealed when there is negative air-pressure being applied by the air pump to ensure that negative air-pressure is not applied to the milk container.

- The milk container forms the base of the system.

- The milk container has a flat base so that it can rest stably on a surface.

- The milk container is removable from the housing.

- The milk container includes a clear or transparent wall or section to show the amount of milk collected.

- The milk container is sealable for storage.

- The milk container obviates the need for consumable or replaceable milk pouches.

- The milk container includes an aperture that sits directly underneath an opening in a nipple tunnel of a breast shield, and expressed milk flows under gravity through the opening in the nipple tunnel and into the milk container through the pouring spout in the milk container.

- The milk container is made using a blow moulding construction.

- The milk container has a large diameter opening to facilitate cleaning that is at least 3cm in diameter.

- The large opening is closed with a bayonet-mounted cap with an integral spout.

**D.      Elvie IR System Feature Cluster**

**Feature 37      Elvie is wearable and includes a light-based system that measures the quantity of milk in the container for fast and reliable feedback**

A system for milk volume determination, for use as part of a breast pump, or breast milk collecting device, including:

5

(a)  a re-useable rigid or non-collapsible milk container;

(b)  at least one light emitter, configured to direct radiation towards the surface of the milk;

(c)  at least one light detector, configured to detect reflected radiation from the surface of the milk;

10

wherein the light emitters and detectors operate as part of a sub-system that measures the height of, or infers the quantity of, the milk in the container.

Optional:

The wearable breast pump system includes:

15  (a)      a housing shaped at least in part to fit inside a bra and including a pumping mechanism;

(b)      and a breast shield;

(c)      a re-useable rigid or non-collapsible milk container that when connected to the housing is positioned to form the base of the housing;

20        and in which the top of the container includes an optically clear region that is aligned below one or more light emitters positioned in the base of the housing.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container by using one or more light emitters and light detectors to detect light from the emitters that has been reflected by the liquid, and measuring the intensity of that reflected light.

25

- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.

- The sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with a data connectivity module.
- Where the quantity or level exceeds a threshold, then the pumping mechanism automatically changes mode, e.g. from a stimulation mode to an expression mode.
- Where the quantity or level exceeds a threshold, then the pumping mechanism automatically stops.
- Milk-flow data is captured and stored.
- If milk-flow falls below a threshold, then a notification is provided to the mother.

**Feature 38    The separate IR puck for liquid quantity measurement**

A liquid-level measuring system for measuring the quantity of liquid in a container for a breast pump; the system including:

(a)    one or more light emitters directing light at the surface of the liquid in the container;

(b)    one or more light receivers configured to detect light from the light emitters that has been reflected from the liquid;

(c)    a sub-system that infers, measures or calculates the quantity in the liquid using measured properties of the detected light;

(d)    a collar or other fixing system that positions the system over the container.

Optional:

- The quantity of milk is measured as milk enters the container or as milk is removed from the container.
- Measured property includes the reflected light intensity

**Feature 39    The separate IR puck combined with liquid tilt angle measurement**

A liquid-level measuring system for measuring the tilt angle of liquid in a container; the system including:

(a)      one or more light emitters directing light at the surface of the liquid in the container;

(b)      one or more light receivers configured to measure properties of the light reflected from the liquid;

(c)      a sub-system including an accelerometer that infers, measures or calculates the tilt angle of the liquid using measured properties of the detected light;

(d)      a collar or other fixing system that positions the system over the container.

Optional:

- Measured property includes the reflected light intensity
- The quantity of liquid is measured as liquid enters the container or as liquid is removed from the container.
- Sub-system includes an accelerometer and uses a signal from the accelerometer to determine if the liquid is sufficiently still to permit the sub-system to accurately measure or infer the quantity and/or the height of the liquid in the container.
- The sub-system measures or infers the quantity and/or the height of the liquid in the container and shares that data with a data connectivity module.

**Generally applicable optional features**

- Weight of the entire unit, unfilled, is under 250g and preferably 214g.
- Silver based bactericide is used on all parts that are not steam or heat sterilized in normal cleaning.
- Housing includes a rechargeable battery.
- System is self-contained.
- System is a closed loop system.
- Breast pump system is a self-contained, wearable device that includes an integral rechargeable battery, control electronics, and one or more air pumps operating as a closed system, driving a flexible diaphragm that in turn delivers negative air-pressure to the breast, to cause milk to be expressed.
- Housing has a generally rounded or convex front surface and has a generally tear-drop shape when seen from the front.

### E.    Bra Clip Feature Cluster

**Feature 40    Bra Adjuster**

A bra adjuster for a nursing or maternity bra, the nursing or maternity bra including a bra cup with a flap that can be undone to expose the nipple, and the flap attaching to the shoulder strap using a clasp, hook or other fastener attached to the flap, and a corresponding fastener attached to the shoulder strap;

and in which the bra adjuster is attachable at one end to the fastener attached to the flap, and at its other end to the fastener attached to the shoulder strap, and hence increases the effective bra cup size sufficiently to accommodate a wearable breast pump, and is also detachable from the flap and shoulder strap.

Optional:

- Bra adjuster is retained in position on the bra during normal wearing of the bra, even when the flap is attached directly to the shoulder strap, and is used to increases the effective bra cup size only when the wearable breast pump is  used.
- Bra adjuster is extensible or elastic.
- Bra adjuster is of a fixed length.
- Bra adjuster includes a clip that the user can slide onto the bra strap to secure the bra adjuster in position.
- Bra adjuster is machine-washing washable.

### F.    Other Features that can sit outside the breast pump context

**Feature 41    Wearable device using more than one piezo pump connected in series or in parallel**

A wearable device including multiple piezo pumps mounted together either in series or in parallel.

Optional:

- The wearable device is a medical wearable device.
- The piezo pumps air or any liquid etc.
- The system can switch between a parallel mode and a series mode to arrive to lower or higher pressure quicker.

**Feature 42     Wearable medical device using a piezo pump and a heat sink attached together.**

A wearable medical device including a piezo pump and a heat sink attached together.

Optional

- The wearable device uses more than one piezo pump connected in series.
- The wearable device uses more than one piezo pump connected in parallel.
- Each piezo pump is connected to its own heat sink, or to a common heat sink.
- The or each heat sink is configured to ensure that the maximum temperature of any parts of the breast pump system that might come into contact with the skin, especially prolonged contact for greater than 1 minute, are no more than 48°C and preferably no more than 43°C
- The wearable device includes a thermal cut out.
- Excess heat is diverted to a specific location on the device that is selected to not be in prolonged contact with the skin of the user, in normal use.
- Use cases application:
  - Wound therapy
  - High degree burns
  - Sleep apnea
  - Deep vein thrombosis
  - Sports injury.
- Wearable medical device is powered/charged via USB.

**Note**

It is to be understood that the above-referenced arrangements are only illustrative of the application for the principles of the present invention. Numerous modifications and alternative arrangements can be devised without departing from the spirit and scope of

the present invention. While the present invention has been shown in the drawings and fully described above with particularity and detail in connection with what is presently deemed to be the most practical and preferred example(s) of the invention, it will be apparent to those of ordinary skill in the art that numerous modifications can be made

5    without departing from the principles and concepts of the invention as set forth herein.



FIGURE 1



2/44

FIGURE 2



FIGURE 3



**FIGURE 4**



FIGURE 5



6/44

FIGURE 6



FIGURE 7



FIGURE 8



FIGURE 9



**FIGURE 10**



11/44

FIGURE 11



FIGURE 12



Closed System; Positive Pressure Volume Check

**FIGURE 13**

13/44



A1

B1

C1

A2

B2

C2

FIGURE 14



15/44

**FIGURE 15**



**FIGURE 16**

FIGURE 17

A

B



FIGURE 18



19/44

FIGURE 19



FIGURE 20



FIGURE 21



FIGURE 22



23/44

FIGURE 23



FIGURE 24

24/44





# FIGURE 25



FIGURE 26

27/44

FIGURE 27

28/44



FIGURE 28



FIGURE 29



301

270

302

277

275

30/44

FIGURE 30



LIQUID IN

310

312

311

315

270

314

313

275

L

FIGURE 31



FIGURE 32



33/44

FIGURE 33



FIGURE 34



35/44

**FIGURE 35**



36/44

FIGURE 36

370

373

371

372

374

37/44

FIGURE 37



FIGURE 38



39/44

**FIGURE 39**



Series Configuration

40/44

FIGURE 40



41/44

FIGURE 41



FIGURE 42



FIGURE 43



441

440

44/44

FIGURE 44



**WIPO**
WORLD
INTELLECTUAL PROPERTY
ORGANIZATION

Digital Access Service
(DAS)

# CERTIFICATE OF AVAILABILITY OF A CERTIFIED PATENT DOCUMENT IN A DIGITAL LIBRARY

The International Bureau certifies that a copy of the patent application indicated below has been available to the WIPO Digital Access Service since the date of availability indicated, and that the patent application has been available to the indicated Office(s) as of the date specified following the relevant Office code:

Document details:    Country/Office: **GB**

Filing date: 15 Jun 2017 (15.06.2017)

Application number: 1709564.7

Date of availability of document:    27 Jul 2017 (27.07.2017)

The following Offices can retrieve this document by using the access code:
AR, AT, AU, BE, BR, CA, CL, CN, CO, DK, EA, EE, EP, ES, FI, GB, GE, IB, IL, IN, JP, KR, MA, MX, NL, NO, NZ, SE, US

Date of issue of this certificate:    29 Mar 2021 (29.03.2021)

34, chemin des Colombettes
1211 Geneva 20, Switzerland
www.wipo.int

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

# Certified Office Copy

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with patent application GB1709564.7 filed on 15th June 2017.and as stored electronically on the Patents Electronic Case file System.

The Patents Electronic Case-file System is compliant with British Standard BS10008 - Evidential weight and legal admissibility of information stored electronically and ISO15801 - Electronic imaging – information stored electronically, recommendations for trustworthiness and reliability.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

Re-registration under the Companies Act does not constitute a new legal entity but merely subjects the company to certain additional company law rules.

Signed   A HAYES

Dated   19 June 2017

1200242970
1017015613 D02882
15/06/2017 150.00 DepositAccount



Intellectual
Property
Office

**Patents Form 1**
Patents Act 1977 *(Rule 12)*

### Request for grant of a patent

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

*Application number*    GB 1709564.7

| | | |
|---|---|---|
| 1. | Your reference | **MJD/P153993GB00** |
| 2. | Full name, address and postcode of the applicant or of each applicant | **CHIARO TECHNOLOGY LIMITED**<br>**Second Floor 63-66 Hatton Garden**<br>**London EC1N 8LE**<br>**Greater London**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **11287869002** |
| 3. | Title of the invention | **A LIQUID LEVEL MEASUREMENT SYSTEM** |
| 4. | Name of your agent *(if you have one)* | **Boult Wade Tennant** |
| | "Address for service" to which all correspondence should be sent. This may be in the European Economic area or Channel Islands (see warning note below) *(including the postcode)* | **Boult Wade Tennant**<br>**Verulam Gardens**<br>**70, Gray's Inn Road**<br>**London WC1X 8BT**<br>**United Kingdom** |
| | Patents ADP number *(if you know it)* | **42001** |

5. Priority declaration: Are you claiming priority from one or more earlier-filed patent applications? If so, please give details of the application(s)

| Country | Application number | Date of filing | PDAS Access Code |
|---|---|---|---|

| | | |
|---|---|---|
| 6. | Divisionals etc: Is this application a divisional application, or being made following resolution of an entitlement dispute about an earlier application. If so, please give the application number and filing date of the earlier application | Number of earlier UK application        Date of filing *(day / month / year)* |

| | | |
|---|---|---|
| 7. | Inventorship: (Inventors must be individuals not companies) | |
| | Are all the applicants named above also inventors? | **No** |
| 8. | Are you paying the application fee with this form? | **Yes** |

**Patents Form 1**

---

9.  Accompanying documents: please enter the number of
    pages of each item accompanying this form.

    Continuation sheets of this form

    |  |  |
    |---|---|
    | Description: | **12** |
    | Claim*(s)*: | **3** |
    | Abstract: | **n/a** |
    | Drawing*(s)*: | **4** |

    If you are <u>not</u> filing a description, please give details of
    the previous application you are going to rely upon

    | Country | Application number | Date of filing | PDAS Access Code |
    |---|---|---|---|
    | | | | |

---

10. If you are also filing any of the following, state how many
    against each item.

    | | |
    |---|---|
    | Priority documents: | **0** |
    | Statement of inventorship and right to grant of a patent (Patents Form 7): | **1** |
    | Request for search (Patents Form 9A): | **1** |
    | Request for a substantive examination (Patents Form 10): | **0** |
    | Any other documents (please specify): | **PDAS Registration Form** |

---

11. I/We request the grant of a patent on the basis of this application.

    | Signature: | **/DRAPER, Martyn John/** | Date: | **15 Jun 2017** |
    |---|---|---|---|

    | 12. Name, e-mail address, telephone, fax and/or mobile number, if any, of a contact point for the applicant | **DRAPER, Mr Martyn**<br>**Email: boult@boult.com**<br>**Telephone: 020 7430 7500**<br>**Fax: 020 7430 7600** |
    |---|---|

---

Warning

After an application for a patent has been filed, the Comptroller will consider whether publication or communication of the invention should be prohibited or restricted under section 22 of the Patents Act 1977. You will be informed if it is necessary to prohibit or restrict your invention in this way. Furthermore, if you are resident in the United Kingdom and your application contains information which relates to military technology, or would be prejudicial to national security or the safety of the public, section 23 of the Patents Act 1977 prohibits you from applying for a patent abroad without first getting written permission from the Office unless an application has been filed at least 6 weeks beforehand in the United Kingdom for a patent for the same invention and either no direction prohibiting publication or communication has been given, or any such direction has been revoked. Until such time or until the revocation of any direction, for any such application the address for service referred to at part 4 above must be in the United Kingdom.

Although you may have an address for service in the Channel Islands, any agent instructed to act for you must reside or have a place of business in the European Economic Area or Isle of Man.

P153993GB00

- 1 -

# A LIQUID LEVEL MEASUREMENT SYSTEM

BACKGROUND

5

The present invention relates to a sensing mechanism for detecting the level of liquid in a container. In a particular arrangement, the present invention relates to such a sensing mechanism when used along with a breast pump.

10

In the context of breast pumps, it is useful to measure the quantity of expressed milk. One way to do this is to have a clear container affixed to the breast pump, through which the level of expressed milk inside the container can be visibly determined. However, such visual determinations are not always possible, for example in a breast pump that collects milk while being worn inside a maternity bra.

15

20

25

An existing apparatus for detecting the level of liquid inside a container of a breast pump is that disclosed in US 2016/296681. In this apparatus, a sensing mechanism is provided at the top of a container, which measures droplets of liquid, specifically breast milk, entering the container. By measuring the properties of these droplets entering the container, the apparatus can determine the quantity of liquid which enters the container. In this apparatus, an accurate indication of the level of liquid in the container is reliant on the sensing mechanism being able to accurately record every droplet entering the container. Particularly at times when large flow rates of liquid enter the container, this accuracy cannot be guaranteed leading to significant cumulative errors. An accurate indication of the level of liquid in the container in this apparatus is also reliant on the sensing mechanism always being on during the pumping process, so that power consumption of the sensing mechanism is correspondingly high.

In view of the above, there is the need for an improved way to determine the level of liquid inside a container connected to a breast pump.

30

SUMMARY OF THE INVENTION

According to a first aspect of the present invention, there is provided a breast pump comprising:

a pump module for pumping milk from a breast, the pump module being contained within a housing comprising a coupling;

7439310; MJD; VMM

P153993GB00

- 2 -

a container attachable to the housing via the coupling to receive milk from the pump;

a sensing assembly within the housing and comprising at least one optical emitter operable to emit optical radiation towards the surface of the body of milk  held in the container when the housing is connected to the container, and an optical receiver for receiving the reflected radiation from the surface of the milk; and

a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the level of the milk inside the container based on the reflected radiation received by the optical receiver.

By determining the level of milk inside the container based on reflected radiation from the surface of the milk in the container, there is no need to monitor the individual droplets of milk entering the container, such that the sensing assembly can avoid errors associated with measuring these droplets. Furthermore, by not needing to measure these droplets, the sensing assembly from the breast pump need not always be on during the pumping process.

Preferably, the at least one optical emitter comprises at least two optical emitters. In this way, the sensing assembly from the breast pump can determine the level of milk inside the container more accurately and irrespective of the orientation of the liquid level inside the container.

Preferably, each optical emitter is equidistant from the optical receiver. In this way, the controller can more easily calculate the level of the milk inside the container based on the reflected radiation originating from each optical emitter.

Each optical emitter may be operable to emit radiation at a different wavelength, or at a different time, than the other optical emitters. In this way, the controller can more easily process the signals from the optical receiver, and more easily distinguish between the radiation emitted by each of the optical emitters.

Preferably, the optical emitter may emit radiation in the visible range of wavelengths. Alternatively it may be UV or IR light. The emitted wavelength is preferably between 10nm and 1mm.

7439310; MJD; VMM

P153993GB00

- 3 -

The signals from the optical receiver preferably comprise information relating to the intensity of the radiation received by the optical receiver.

Preferably, the sensing assembly comprises at least one accelerometer electrically
5   connected to the controller. In one embodiment, the controller may be configured to record an accelerometer parameter from the accelerometer, and determine whether the accelerometer parameter exceeds a predetermined threshold. The predetermined threshold may be indicative of an excessive acceleration, which might cause sloshing of milk inside any container connected to the breast pump.
10

In some cases, the coupling may be a screw thread.

Preferably, the breast pump is sized to be similar to that of a female breast. On this basis, the breast pump is preferably no longer than 20cm in any given linear direction; more
15   preferably no longer than 18cm in any given linear direction; and even more preferably no longer than 15cm in any given linear direction.

The breast pump may contain any suitable power source, such as a battery. The power source is preferably located in the housing.
20   In some cases, the container may comprise a window through which optical radiation can pass, wherein when the container is connected to the housing, radiation is operable to pass between the optical emitters/receiver and the inside of the container via the window. In other cases, the container may be made entirely of a material through which the optical radiation can pass.
25

When the container is connected to the housing, each optical emitter and the optical receiver are preferably located adjacent to the container, to ensure reliable transmission of radiation between the device and the container.

30   In this case, the portion of the container adjacent to each optical emitter and the optical receiver preferably comprises a surface inside the container which comprises at least one channel and/or feature for directing milk away from each optical emitter and/or the optical receiver. In this way the formation of milk on this surface, which would cause erroneous signals from the optical receiver, can be inhibited.
35

7439310; MJD; VMM

P153993GB00

- 4 -

To further inhibit the formation of milk in the vicinity of each optical emitter/receiver, the portion of the container adjacent to each optical emitter and the optical receiver may comprise a surface inside the container which comprises an oleophobic and/or hydrophobic coating.

5

Preferably, the container has a volumetric capacity of no more than 200ml. These volumetric capacities are particularly relevant when the container is a baby bottle.

It will be appreciated that the sensing assembly from the above breast pump has applications in other fields. Thus according to a second aspect of the present invention, there is provided a sensor module operable to be connected with a container for holding liquid, and suitable for use in detecting the level of liquid inside the container, the sensor module comprising:

10

a housing having a coupling for attachment to the top of the container;

15

a sensing assembly within the housing and comprising at least two optical emitters operable to emit optical radiation towards the surface of the body of liquid held in the container when the housing is connected to the container, and an optical receiver for receiving the reflected radiation from the surface of the liquid; and

a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the level of the liquid inside the container based on the reflected radiation received by the optical receiver.

20

Existing prior art for such a sensor module is the apparatus disclosed in RU2441367. In this apparatus, the container is an industrially sized milk tank, which only includes a single laser mounted at the top of the tank. Whilst this apparatus is suited for large-sized containers, which do not move in use, the apparatus is less-suited for applications where the container moves in use, or where the liquid level inside the container is non-perpendicular to the laser beam shone into the container. In contrast, the sensor module described above can be used in a variety of different applications, is conveniently located within a housing, and which by virtue of it having at least two optical emitters, can determine the level of liquid even inside containers of irregular shapes, and which can determine the level of liquid inside a container irrespective of the orientation of the liquid level inside the container.

25

30

P153993GB00

- 5 -

Although not fully recited herein, it will be appreciated that the sensor module according to the second aspect of the invention may include any or all of the optional features described in relation to the breast pump from the first aspect of the present invention.

5      According to a third aspect of the present invention, there is provided a collar incorporating the sensor module according to the second aspect of the invention, wherein the collar comprises a first end having the coupling, and a second end having a second coupling for attaching the collar to a lid of the container.

10     In the above case, the second coupling may be a screw thread.

According to fourth aspect of the present invention, there is provided a lid attachable to a container, wherein the lid comprises the sensor module according to the second aspect of the invention.

15

DESCRIPTION OF THE FIGURES

Figure 1A shows a sectional view of a device being used to determine the level of liquid in a container; and

Figure 1B shows a sectional view of the device and the container from Figure 1A being

20     used at a different orientation.

Figure 2 shows a sectional view of the device and the container from Figure 1A being used whilst undergoing acceleration.

25     Figure 3 shows a sectional view of the device from Figure 1A being used as part of a breast pump assembly.

Figure 4 shows a sectional view of a device connected between a container and its lid, and which is operable to determine the level of liquid inside the container.

30

DETAILED DESCRIPTION

With reference to Figures 1A and 1B, there is shown a device 10 for use in detecting the level of liquid inside a container 100.

7439310; MJD; VMM

P153993GB00

- 6 -

The device 10 is formed of a housing 12 in which is located a sensing assembly 14 comprising a series of optical emitters 16 which are angled relative to, and each located equidistant from, an optical receiver 18. In operation of the device as will be described, each optical emitter 16 is operable to emit radiation which is received by the optical
5    receiver 18.

The optical emitters 16 and the optical receiver 18 from the sensing assembly 14 are located in a portion 20 of the device 10 which faces the container 100 when the device 10 is connected to the container 100. The portion 20 of the device 10 containing the optical
10   emitters 16 and the optical receiver 18 comprises a window 22 of material which is transparent to optical radiation. In this way, each of the optical emitters 16 and the optical receiver 18 have a line of sight through the window 22 into the container 100 when the device 10 is connected thereto.

15   A controller 30 comprising a CPU 32 and a memory 34 is provided in the device 10 for controlling the operation of the sensing assembly 14. An accelerometer 36 is also provided in the housing 10, which is operatively connected to the controller 30.

Operation of the device 10 when connected to the container 100 will now be described.
20

In a principal mode of operation, to determine the level L of liquid inside the container 100, the controller 30 instructs the optical emitters 16 to each emit radiation towards the surface of the liquid inside the container 100 at a given intensity. The optical receiver 18 receives the reflected radiation from each optical emitter 16 via the surface of the liquid and each of
25   these intensities is recorded by the controller.

For each operation of the sensing assembly 14, the controller 30 records the intensities of radiation emitted by each of the optical emitters 16 as intensities $IE_1$; $IE_{2...}IE_n$ (where n is the total number of optical emitters), and records the intensities of radiation received by the
30   optical receiver 18 from each of the optical emitters 16 as received intensities $IR_1$; $IR_{2...}IR_n$.

By comparing the emitted radiation intensities $IE_1$; $IE_{2...}IE_n$ with the received radiation intensities $IR_1$; $IR_{2...}IR_n$, the controller 30 calculates a series of intensity ratios $IE_1:IR_1$; $IE_2:IR_2...IE_n:IR_n$ which are then used to determine the level of the liquid inside the
35   container. At the most basic level, if the intensity ratio of $IE_1:IR_1$ is the same as $IE_2:IR_2$,

P153993GB00

- 7 -

given the optical emitters 16 are equidistant from the optical receiver 18, this indicates that the level of the liquid inside the container is parallel to the top of the bottle, as shown in Figure 1A. In contrast, if these two intensity ratios are different, this indicates that the liquid level is at a different angle, such as that shown in Figure 1B.

5

To accurately determine the level and the quantity of liquid inside the container 100, the controller 30 processes the recorded intensity ratios using a database located in the memory 34. The database contains an individual record for each container which is operable to connect with the device 10. Each record from the database contains a look-up

10   table of information, which contains expected intensity ratios ($IE_1:IR_1$ and $IE_2:IR_2$) for the container 100 when filled at different orientations, and with different quantities of liquid.

By comparing the information from the look-up table with the recorded intensity ratios, the controller 30 calculates the level and quantity of liquid inside the container 100 and stores

15   this information in the memory 34.

In situations where a container 100 to the device 10 contains no stored record in the database, the sensing assembly 14 can be used in a calibration mode to create a new record. In the calibration mode, the sensing assembly 14 is operated as the container is filled, and as it is located at different orientations. At each point during the calibration mode,

20   the controller 30 calculates the recorded intensity ratios ($IE_1:IR_1$ and $IE_2:IR_2$) and stores them in the record relating to the container 100. For each set of recorded intensity ratios, the user includes information in the record relating to the orientation and fill level of liquid inside of the container 100.

25

To improve the accuracy of the results obtained by the device 10 during its use, the controller 30 when recording each intensity ratio also records a parameter from the accelerometer 36 relating to the acceleration experienced by the device 10. For each recorded acceleration parameter, the controller 30 determines whether the parameter

30   exceeds a predetermined threshold acceleration parameter stored in the memory 34. The predetermined threshold is indicative of an excessive acceleration, which causes sloshing of liquid inside the container 100 connected to the device 10. In the event of a recorded acceleration parameter exceeding the predetermined threshold acceleration parameter, the controller 30 flags the recorded intensity ratios associated with the recorded acceleration

35   parameter as being unreliable (due to sloshing).

P153993GB00

- 8 -

Even without the use of the accelerometer 36, the controller 30 is nonetheless operable to determine whether a set of recorded intensity ratios occur during a period of excess acceleration. In this regard, for each set of intensity ratios recorded at a given time, the
5   controller 30 checks whether any of these intensity ratios is of a predetermined order of magnitude different than the remaining recorded intensity ratios from the set. In the event that the controller 30 determines that this is the case, this indicates that the liquid inside the container has 'sloshed' as a result of the excess acceleration, as shown in Figure 2. In this event, the controller 30 flags the set of recorded intensity ratios as being unreliable.

10
It will be appreciated that instead of recording the relative intensities of radiation emitted by the optical emitters 16 with the radiation received by the optical emitter 18, the controller 30 could instead record the time taken for radiation emitted by each of the optical emitters 16 to be received by the optical receiver 18. In this arrangement, the look up table would
15   instead contain time periods as opposed to intensity ratios.

In terms of the applications for the device 10, it will be appreciated that the device can be used in a wide variety of applications.

20   One possible application is the use of the device 10 to determine the level of liquid located within a container 100, such as a baby bottle, used as part of a breast pump assembly. In this arrangement, the device 10 is associated with a breast pump 200 which assists with the expression of milk from a breast. The breast pump may be located in the housing 12 of the device 10 as shown in Figure 3, or it may be realisably connected to the housing 12.
25   Either way, the device 10 would be connectable to the container 100 such that milk expressed by the breast pump can pass from the pump via a channel 202 into the container 100.

Another application for the device 10 is as a collar for detecting the level/quantity of liquid in
30   a container 100, such as a baby bottle, via its lid 102. An example of the device 10 being used as such a collar is shown in Figure 4. In this arrangement, the device 10 is located between the container 100 and the lid 102, and comprises a first end 42 having a first coupling 44 for attaching the collar to the lid 102. The device comprises a second end 46 having a second coupling 48 for attaching the device 10 to the container 100. In Figure 4,

P153993GB00

- 9 -

the first and second couplings are shown as screw threads which engage with respective screw heads on the lid 102 and the container 100.

To allow the device 10 to pass liquid from the lid 102 to the container 100, the device comprises a channel 50 passing from the first end 42 to the second end 46.

In a further application, the device 10 may be integrated into the lid 102 of a container 100. In this application, the device 10 has a similar configuration to that shown in Figure 4, except that the first end 42 is covered and has no coupling 44.

It will be appreciated the device may be connected to a wide variety of different containers 100. In some applications, the container 100 may be a baby bottle, or a drinks bottle.

In certain applications, the container 100 connected to the device 10 may have a volumetric capacity of no more than 500ml, less than 400ml, less than 300ml, and/or less than 200ml. These volumetric capacities are particularly relevant when the container is a baby bottle/drink bottle.

It will also be appreciated that the container 100 connected to the device 10 may comprise an inside surface which comprises an oleophobic and/or hydrophobic coating. In this way, the container 100 is easy to clean between uses. When such a coating is applied to the portion of the container 100 which is adjacent to the optical emitters 16 and the optical receiver 18 from the device 10, this coating also helps prevent liquid from forming in front of these emitters/receiver, which might cause erroneous signals to be recorded by the optical receiver 18 from the sensing assembly 14.

To further reduce such erroneous signals, the portion of the container adjacent to the optical emitters and the optical receiver may comprise a surface inside the container having at least one channel and/or feature for directing liquid away from the optical emitters and/or the optical receiver.

To improve the accuracy of the sensing assembly 14, the container 100 may be made opaque to prevent ambient radiation outside the container 100 from reaching the optical receiver 18. Other possibilities to improve the accuracy to the accuracy of the sensing assembly 14 include the provision of a distinctive pattern/colour/texture on the bottom

P153993GB00

- 10 -

inside surface of the container 100. In this way, the distinctive bottom inside surface can be used by the sensing assembly 14 to more easily calibrate itself to the container 100 on which the distinctive bottom inside surface is located. The distinctive bottom may also be used to help identify which container 100 the device is connected to, and thus which record

5    should be used from the database when the device 10 is used.

To further improve the accuracy of the sensing assembly 14, the controller 30 may also be configured to use the recorded information from the accelerometer 36, in situations where the record acceleration is below the predetermined threshold acceleration parameter, to

10   calculate a more accurate liquid level and/or quantity of liquid located inside the container which is compensated for acceleration.

In one particular arrangement, the controller 30 may poll the accelerometer 36 prior to each operation of the sensing assembly 14 to verify that the device 10 is not currently

15   undergoing excessive acceleration. In the event of the controller 30 determining excessive acceleration in the device 10, the controller 30 would continually re-poll the accelerometer, and not operate the sensing assembly 14, until the parameter from the accelerometer is determined as being below the predetermined threshold acceleration parameter stored in the memory 34.

20

It will also be appreciated that for each container record stored in the database, the container record may comprise a plurality of look up tables, wherein each look up table is associated with a particular liquid used in the container, and wherein each look up table contains its own set of intensity ratios. In this way, the device 10 can more accurately

25   determine the level/quantity of different liquids used in a particular container 100.

As described herein, the sensing assembly 14 has been described as having a plurality of optical emitters 16. It will be appreciated however that the sensing assembly could operate using a single optical emitter 16 and plurality of optical receivers 18. In this arrangement,

30   each record from the database would contain a plurality of ratios relating to the emitted radiation from the optical emitter 16 as received by each of the optical receivers 18. In use of the device 10, the controller 30 would then similarly record the emitted radiation from the optical emitter 16 as received by each of the optical receivers 18. In an alternate arrangement, there may be provided a plurality of optical emitters 16 and a plurality of

35   optical receivers 18, wherein each optical emitter 16 is associated with a respective optical

7439310; MJD; VMM

P153993GB00

- 11 -

receiver 18. In its simplest arrangement, the sensing assembly 14 may comprise a single optical emitter 16 and a single optical receiver 18.

In certain configurations, the optical emitters 16 may together emit radiation having the
5    same wavelength.  In other configurations, the optical emitters 16 may each emit radiation having a different wavelength. In this latter configuration, the optical receiver 18 would then be able to determine which optical emitter 16 is associated with any given received radiation, based on the wavelength of the received radiation.

10   The optical emitters 16 may also each emit radiation at different times, such to allow the controller 30 to more easily process the signals from the optical receiver 18, and more easily distinguish between the radiation emitted by each of the optical emitters 16.

In relation to the electrical connection between the controller 30 and the sensing assembly
15   14, it will be appreciated this electrical connection may be either a wired/wireless connection as required.

Although not shown in the Figures, the device 10 herein described is preferably powered by a battery or some other power source located in the device 10. In other embodiments,
20   the device 10 may be powered using mains electricity.

In one configuration, it is also envisaged that rather than the controller 30 comparing the information from the look-up table with the recorded intensity ratios to calculate the level and quantity of liquid inside the container 100, the controller 30 could instead process the
25   recorded intensity ratios through a liquid-level equation stored in the memory 34. In this configuration, the liquid-level equation could be a generalised equation covering a family of different containers, or could be an equation specific to a container having a given shape and/or type of liquid inside.

30   It will also be appreciated that in some applications of the device 10, the device could be used to detect the level of a solid, as opposed to a liquid, in a container.

As used herein, the terms 'optical emitter' and 'optical receiver' are intended to cover sensors which can emit radiation in or close to the optical wavelength. Any type of radiation
35   at or close to the optical wavelength is suitable provided that it does not have any harmful

P153993GB00

- 12 -

effects. The exact wavelength is not important in the context of the invention. Such sensors thus include those which can emit visible radiation (such as radiation having wavelengths in the region of 400nm-700nm), and/or those which can emit IR radiation (such as radiation having wavelengths in the region of 700nm-1mm and/or those which can emit UV radiation

5    (such as radiation having wavelengths in the region of 10nm to 400nm).

P153993GB00

- 13 -

CLAIMS:

1.    A breast pump comprising:
a pump module for pumping milk from a breast, the pump module being contained within a housing comprising a coupling;
a container attachable to the housing via the coupling to receive milk from the pump;
a sensing assembly within the housing and comprising at least one optical emitter operable to emit optical radiation towards the surface of the body of milk held in the container when the housing is connected to the container, and an optical receiver for receiving the reflected radiation from the surface of the milk; and
a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the level of the milk inside the container based on the reflected radiation received by the optical receiver.

2.    A breast pump according to claim 1, wherein the at least one optical emitter comprises at least two optical emitters.

3.    A breast pump according to claim 2, wherein each optical emitter is equidistant from the optical receiver.

4.    A breast pump according to claim 2 or 3, wherein each optical emitter is operable to emit radiation at a different wavelength, or at a different time, than the other optical emitters.

5.    A breast pump according to any preceding claim, wherein each optical emitter is an IR optical emitter, and the optical receiver is an IR optical receiver.

6.    A breast pump according to any preceding claim, wherein the signals from the optical receiver comprise information relating to the intensity of the radiation received by the optical receiver.

7.    A breast pump according to any preceding claim, wherein the sensing assembly comprises at least one accelerometer electrically connected to the controller.

7439310; MJD; VMM

P153993GB00

- 14 -

8.      A breast pump according to any preceding claim, wherein the coupling is a screw thread.

9.      A breast pump according to any preceding claim, wherein the breast pump is no longer than 20cm in any given linear direction.

10.      A breast pump according to any preceding claim, wherein the breast pump contains a power source.

11.      A breast pump according to any preceding claim, wherein the container comprises a window through which optical radiation can pass, wherein when the container is connected to the housing, radiation is operable to pass between each optical emitter/receiver and the inside of the container via the window.

12.      A breast pump according to any preceding claim, wherein when the container is connected to the housing, each optical emitter and the optical receiver are located adjacent to the container.

13.      A breast pump according to claim 12, wherein the portion of the container adjacent to each optical emitter and the optical receiver comprises a surface inside the container which comprises at least one channel and/or feature for directing milk away from each optical emitter and/or the optical receiver.

14.      A breast pump according to claim 12 or 13, wherein the portion of the container adjacent to each optical emitter and the optical receiver comprises a surface inside the container which comprises an oleophobic and/or hydrophobic coating.

15.      A breast pump according to any preceding claim, wherein the container has a volumetric capacity of no more than 200ml.

16.      A sensor module operable to be connected with a container for holding liquid, and suitable for use in detecting the level of liquid inside the container, the sensor module comprising:

a housing having a coupling for attachment to the top of the container;

P153993GB00

- 15 -

a sensing assembly within the housing and comprising at least two optical emitters operable to emit optical radiation towards the surface of the body of liquid held in the container when the housing is connected to the container, and an optical receiver for receiving the reflected radiation from the surface of the liquid; and

5    a controller electrically connected to the sensing assembly for receiving signals from the optical receiver and calculating the level of the liquid inside the container based on the reflected radiation received by the optical receiver.

17.    A collar incorporating the sensor module according to claim 16, wherein the collar

10    comprises a first end having the coupling, and a second end having a second coupling for attaching the collar to a lid of the container.

18.    A collar according to claim 17, wherein the second coupling is a screw thread.

15    19.    A lid attachable to a container, wherein the lid comprises the sensor module according to claim 16.

7439310; MJD; VMM





FIG 2



FIG 3

LIQUID IN



102
44
42
50
10
48
46
100
L

FIG 4.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 | 8801 |

78905        7590        05/03/2021

Saul Ewing Arnstein & Lehr LLP (Philadelphia)
Attn: Patent Docket Clerk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/03/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patents@saul.com

PTOL-90A (Rev. 04/07)

| *Decision Granting Request for Prioritized Examination (Track I)* | Application No.<br>17/203,327 | Applicant(s)<br>O'TOOLE et al. | |
|---|---|---|---|
| | Examiner<br>KIMBERLY A INABINET | Art Unit<br>OPET | AIA (FITF) Status<br>Yes |

1. THE REQUEST FILED <u>16 March 2021</u> IS **GRANTED** .

    The above-identified application has met the requirements for prioritized examination
    A.    ☑ for an original nonprovisional application (Track I).
    B.    ☐ for an application undergoing continued examination (RCE).

2. **The above-identified application will undergo prioritized examination**. The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

    A.    filing a **petition for extension of time** to extend the time period for filing a reply;

    B.    filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims** , or a multiple dependent claim;

    C.    filing a **request for continued examination** ;

    D.    filing a notice of appeal;

    E.    filing a request for suspension of action;

    F.    mailing of a notice of allowance;

    G.     mailing of a final Office action;

    H.     completion of examination as defined in 37 CFR 41.102; or

    I.    abandonment of the application.

    Telephone inquiries with regard to this decision should be directed to KIMBERLY INABINET at (571) 272-4618. In his/her absence, calls may be directed to Petition Help Desk at (571) 272-3282.

| /KIMBERLY A INABINET/<br>Paralegal Specialist, OPET | |
|---|---|

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 | 8801 |

78905          7590          06/11/2021
Saul Ewing Arnstein & Lehr LLP (Philadelphia)
Attn: Patent Docket Clerk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

| EXAMINER |
|---|
| FREDRICKSON, COURTNEY B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/11/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

patents@saul.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>17/203,327 | Applicant(s)<br>O'TOOLE et al. | |
|---|---|---|---|
| | Examiner<br>COURTNEY FREDRICKSON | Art Unit<br>3783 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>16March2021</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL.**    2b) ☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)  ☑  Claim(s)  <u>1-30</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)  ☐  Claim(s) _____ is/are allowed.
7)  ☑  Claim(s) <u>1-30</u> is/are rejected.
8)  ☐  Claim(s) _____ is/are objected to.
9)  ☐  Claim(s) _____ are subject to restriction and/or election requirement
\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☑ The drawing(s) filed on <u>16March2021</u> is/are:  a)☑  accepted or  b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☑ All    b)☐ Some**    c)☐ None of the:
        1.☑  Certified copies of the priority documents have been received.
        2.☐  Certified copies of the priority documents have been received in Application No. _____.
        3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

| | |
|---|---|
| 1) ☑ Notice of References Cited (PTO-892) | 3) ☐ Interview Summary (PTO-413)<br>    Paper No(s)/Mail Date _____. |
| 2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)<br>    Paper No(s)/Mail Date _____. | 4) ☐ Other: _____. |

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined

under the first inventor to file provisions of the AIA.

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted is in compliance with the

provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being

considered by the examiner.

### *Claim Objections*

**Claim 14** is objected to because of the following informalities: the claim should

be amended to "the nipple tunnel [[portion]]" to keep claim language consistent.

Appropriate correction is required.


### *Claim Interpretation*

The following is a quotation of 35 U.S.C. 112(f):

(f) Element in Claim for a Combination. – An element in a claim for a combination may be
expressed as a means or step for performing a specified function without the recital of
structure, material, or acts in support thereof, and such claim shall be construed to cover the
corresponding structure, material, or acts described in the specification and equivalents
thereof.


The following is a quotation of pre-AIA 35 U.S.C. 112, sixth paragraph:

An element in a claim for a combination may be expressed as a means or step for performing
a specified function without the recital of structure, material, or acts in support thereof, and
such claim shall be construed to cover the corresponding structure, material, or acts
described in the specification and equivalents thereof.


The claims in this application are given their broadest reasonable interpretation

using the plain meaning of the claim language in light of the specification as it would be

understood by one of ordinary skill in the art.  The broadest reasonable interpretation of

a claim element (also commonly referred to as a claim limitation) is limited by the

description in the specification when 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth

paragraph, is invoked.

As explained in MPEP § 2181, subsection I, claim limitations that meet the

following three-prong test will be interpreted under 35 U.S.C. 112(f) or pre-AIA 35

U.S.C. 112, sixth paragraph:

(A)     the claim limitation uses the term "means" or "step" or a term used as a substitute

        for "means" that is a generic placeholder (also called a nonce term or a non-

        structural term having no specific structural meaning) for performing the claimed

        function;

(B)     the term "means" or "step" or the generic placeholder is modified by functional

        language, typically, but not always linked by the transition word "for" (e.g.,

        "means for") or another linking word or phrase, such as "configured to" or "so

        that"; and

(C)     the term "means" or "step" or the generic placeholder is not modified by sufficient

        structure, material, or acts for performing the claimed function.

Use of the word "means" (or "step") in a claim with functional language creates a

rebuttable presumption that the claim limitation is to be treated in accordance with 35

U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph. The presumption that the claim

limitation is interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth

paragraph, is rebutted when the claim limitation recites sufficient structure, material, or

acts to entirely perform the recited function.

Absence of the word "means" (or "step") in a claim creates a rebuttable presumption that the claim limitation is not to be treated in accordance with 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph. The presumption that the claim limitation is not interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, is rebutted when the claim limitation recites function without reciting sufficient structure, material or acts to entirely perform the recited function.

Claim limitations in this application that use the word "means" (or "step") are being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, except as otherwise indicated in an Office action. Conversely, claim limitations in this application that do not use the word "means" (or "step") are not being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, except as otherwise indicated in an Office action.

This application includes one or more claim limitations that do not use the word "means," but are nonetheless being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, because the claim limitation(s) uses a generic placeholder that is coupled with functional language without reciting sufficient structure to perform the recited function and the generic placeholder is not preceded by a structural modifier. Such claim limitation(s) is/are: "**mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action**" in **claim 19**.  The examiner note that this limitation will be interpreted to mean "a mechanical or magnetic mechanism" as set forth on pg. 105, lines 1-2, and functional equivalents thereof.

Application/Control Number: 17/203,327                                    Page 5
Art Unit: 3783

Because this/these claim limitation(s) is/are being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, it/they is/are being interpreted to cover the corresponding structure described in the specification as performing the claimed function, and equivalents thereof.

If applicant does not intend to have this/these limitation(s) interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph, applicant may:  (1) amend the claim limitation(s) to avoid it/them being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph (e.g., by reciting sufficient structure to perform the claimed function); or (2) present a sufficient showing that the claim limitation(s) recite(s) sufficient structure to perform the claimed function so as to avoid it/them being interpreted under 35 U.S.C. 112(f) or pre-AIA 35 U.S.C. 112, sixth paragraph.

### Claim Rejections - 35 USC § 112

The following is a quotation of 35 U.S.C. 112(b):
(b)  CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the inventor or a joint inventor regards as the invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

**Claims 3, 7, 8, 13, 14, 21, and 27** are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which the inventor or a joint inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as the invention.

**Claim 3** recites the limitation "the breast" in line 3.  There is insufficient antecedent basis for this limitation in the claim.

Claim 7 recites the limitations "the top" and "the bottom" in line 1.  There is insufficient antecedent basis for this limitation in the claim.

Claim 8 recites the limitation "the diaphragm" in line 2.  There is insufficient antecedent basis for this limitation in the claim.

Claim 13 recites the limitations "the diaphragm", "the recess", "the rear surface", and "the air pump".  There is insufficient antecedent basis for this limitation in the claim.

Claim 14 recites the limitations "the diaphragm" in line 1.  There is insufficient antecedent basis for this limitation in the claim.

Claim 21 recites the limitation "the top" and "the base" in lines 1 and 3, respectively.  There is insufficient antecedent basis for this limitation in the claim.

Claim 27 recites the limitations "the quantity", "the height", and "the liquid" in line 3.  There is insufficient antecedent basis for this limitation in the claim.

The following is a quotation of 35 U.S.C. 112(d):

(d) REFERENCE IN DEPENDENT FORMS.—Subject to subsection (e), a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form shall be construed to incorporate by reference all the limitations of the claim to which it refers.

The following is a quotation of pre-AIA 35 U.S.C. 112, fourth paragraph:

Subject to the following paragraph [i.e., the fifth paragraph of pre-AIA 35 U.S.C. 112], a claim in dependent form shall contain a reference to a claim previously set forth and then specify a further limitation of the subject matter claimed. A claim in dependent form shall be construed to incorporate by reference all the limitations of the claim to which it refers.

Claim 24 is rejected under 35 U.S.C. 112(d) or pre-AIA 35 U.S.C. 112, 4th paragraph, as being of improper dependent form for failing to further limit the subject matter of the claim upon which it depends, or for failing to include all the limitations of the claim upon which it depends.  The claim recites subject matter already in independent claim 1, as such, the claim fails to further limit the independent claim from

which it depends.  Applicant may cancel the claim(s), amend the claim(s) to place the

claim(s) in proper dependent form, rewrite the claim(s) in independent form, or present

a sufficient showing that the dependent claim(s) complies with the statutory

requirements.

### *Claim Rejections - 35 USC § 103*

In the event the determination of the status of the application as subject to AIA 35

U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any

correction of the statutory basis for the rejection will not be considered a new ground of

rejection if the prior art relied upon, and the rationale supporting the rejection, would be

the same under either status.

The following is a quotation of 35 U.S.C. 103 which forms the basis for all

obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

The factual inquiries for establishing a background for determining obviousness

under 35 U.S.C. 103 are summarized as follows:

1. Determining the scope and contents of the prior art.

2. Ascertaining the differences between the prior art and the claims at issue.

3. Resolving the level of ordinary skill in the pertinent art.

4. Considering objective evidence present in the application indicating

obviousness or nonobviousness.

Claims 1, 4-7, 11, 12, 14, and 17-20 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil (US 20130023821) in view of Makower (US 20170072118) and in further view of Yodfat (US 20110009824).

Regarding claim 1, Khalil discloses a breast pump device that is configured as a self-contained, in-bra wearable device (the device of fig. 9 is shown to be a self-contained device which is capable of being worn in a bra) and that includes:

a housing ( shell ring and cover 6' and 6" in fig. 9 form a housing) that includes a power source (paragraph 51 discloses a power source can be integrated into the housing); control electronics ("control system" in paragraph 68); a pump generating negative air pressure (vacuum pump 81 in fig. 10);

(ii) a breast shield (breast interface 1 in fig. 7) made up of a breast flange (base part 12 in fig. 7) and a nipple tunnel (stub 10 in fig. 4);

(iii) a milk container that is configured to be attached to and removed from the housing (milk collection container 7' in fig. 9; paragraph 69 discloses that the container is releasable).

However, Khalil does not teach the power source being a rechargeable battery and a power charging circuit for controlling the charging of the rechargeable battery; control electronics and pump powered by the rechargeable battery, a wireless data communications system powered by the rechargeable battery; a USB charging socket for transferring power to the power charging circuit and the rechargeable battery.

Makower is directed towards a substantially similar breast pump device (fig. 1b) which has a housing (main body 34 in fig. 1a) that includes a battery (battery 48 in fig. 14a) capable of being recharged (paragraph 151 teaches that the battery can be

Application/Control Number: 17/203,327                                          Page 9
Art Unit: 3783

recharged) and operable to power the control electronics (controller 52 in fig. 14a;

paragraph 12 teaches the battery is electrically connected to the controller) and the

pump (drivers 46 and 44 in fig. 14a; paragraph 12 teaches the battery is electrically

connected to the pump). Makower further teaches the device comprises a wireless data

communications system (paragraph 11 discloses that the controller comprises a

wireless transceiver to receive/send signals to an external device) which is powered by

the battery (since the wireless system is disclosed to be a part of the controller in

paragraph 11 and paragraph 12 discloses that the battery powers the controller, the

battery must power the wireless system).

Therefore, it would have been obvious to one of ordinary skill before the effective

filing date of the claimed invention to have modified the power source of Khalil to be a

rechargeable battery which powers the control electronics and pump and to have

modified the control systems of Khalil to incorporate a wireless data communications

systems, as taught by Makower. The modification of the rechargeable battery coupled

to the pump and control electronics would provide the added benefit of enabling the

system to be used without being plugged into an AC source and would allow the battery

to be reused. The modification of the wireless data communications system would

provide the added advantage of enabling data transmission relating to pumping

parameters which can assist a user in keeping track of the volume of milk extracted and

track efficiency over time, as taught by Makower (paragraph 11).

Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9).

Yodfat further teaches that the pump comprises a housing (housing of 10 in fig. 9) which

includes a rechargeable battery (240 in fig. 10; paragraph 116 discloses the energy

storage can be a rechargeable battery); a power charging circuit for controlling the

charging of the rechargeable battery ("recharging module" 170 in fig. 10; paragraph 125

discloses the module directs charging current to the rechargeable battery).  Yodfat

further teaches a USB charging socket (1716 in fig. 9) for transferring power to the

power charging circuit and the rechargeable battery (paragraph 136 and fig. 10 shows

the electrical coupling connectors coupled to the recharging modules).

Therefore, it would have been obvious to one of ordinary skill before the effective

filing date of the claimed invention to have modified the device of modified Khalil to have

the power charging circuit for controlling the charging of the rechargeable battery and

the USB charging socket for transferring power to the power charging circuit and the

rechargeable battery, as taught by Yodfat, for the purpose of enabling charging of the

rechargeable battery while the battery is housed in the housing (paragraph 125).

**Regarding claim 4**, in the modified system of Khalil, Khalil discloses the breast

shield is a one piece item that in use presents a single continuous surface to the nipple

and breast (fig. 11 shows the breast shield 1 as a one piece item).

**Regarding claim 5**, in the modified system of Khalil, Khalil discloses the breast

shield integrates the breast flange and nipple tunnel as a one-piece item (fig. 11 shows

the breast shield 1 as a one piece item).

**Regarding claim 6**, in the modified system of Khalil, Khalil discloses the breast

flange and the nipple tunnel are a single, integral item with no joining stubs (paragraph

60 discloses that the breast shield comprises the base part and stub integrally formed;

fig. 11 shows that the shield comprises the breast flange and the nipple tunnel and no

other stubs are joined).

Regarding claim 7, in the modified system of Khalil, Khalil discloses the breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use (figs. 4 and 11 shows the shield being symmetrical).

Regarding claim 11, in the modified system of Khalil, Khalil discloses the breast pump device includes a diaphragm that prevents milk from reaching the pump (3 in fig. 11).

Regarding claim 12, in the modified system of Khalil, Khalil discloses the diaphragm is substantially circular (fig. 11 shows the diaphragm 3 as circular) and is configured to self-seal under the negative air pressure to a substantially circular diaphragm holder that is part of the housing (fig. 5 shows the membrane sealing to holder 2).

Regarding claim 14, in the modified system of Khalil, Khalil discloses the diaphragm is removable from a diaphragm holder (4 in fig. 3; the examiner notes that the claim does not define when the diaphragm is removed from the holder, paragraph 55 and figs. 3 and 4 shows the diaphragm concentric with stub 44 indicating that he diaphragm is capable of being removed from the stub after being mounted) that sits above the breast flange and the nipple tunnel portion (fig. 4).

Regarding claim 17, in the modified system of Khalil, Khalil discloses the milk container has a surface shaped to continue a curved shape of the housing (fig. 9), so that the entire device can be held comfortably inside the bra (fig. 9 shows that the entire device is capable of being held in a bra).

**Regarding claim 18**, in the modified system of Khalil, Khalil discloses the milk container includes a flexible valve that self-seals under negative air pressure against a milk opening in the nipple tunnel and that permits milk to flow into the milk container (non-return valve 5 in figs. 4 and 5; paragraph 69 discloses that the valve is incorporated into the milk collection container 7').

**Regarding claim 19**, in the modified system of Khalil, Khalil discloses the milk container is attachable to the housing with a mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action (the examiner notes that this limitation is being interpreted to mean a "mechanical or magnetic mechanism" as set forth on pg. 105, lines 1-2 of applicant's specification; locking lug 71 in fig. 11 is a mechanical mechanism and is disclosed to engage a recess in paragraph 69 indicating that it is capable of engaging the recess with single push action since this push action is not further defined).

**Regarding claim 20**, in the modified system of Khalil, Khalil discloses the milk container includes a cap that is removable from the milk container (coupling part 72 in fig. 11; paragraph 69 discloses that the part includes a non-return valve indicating that the part would necessarily have be removable in order to access the milk after collection) and a removable valve that enables milk to pass into the milk container in one direction ("integrated valve" in paragraph 69; the valve would necessarily have to be removable since the valve is a non-return valve and would have to be removed in order to access the milk after collection).

**Regarding claim 22**, in the modified system of Khalil, Khalil discloses the milk container is shaped or configured to also serve as a drinking bottle that is readily held

Application/Control Number: 17/203,327                                    Page 13
Art Unit: 3783

by a baby because it is wider than it is tall (fig. 11 shows the container is capable of

being used as a drinking bottle since it is shown to be wider than tall).

 **Regarding claim 23**, in the modified system of Khalil, Khalil discloses the nipple

tunnel includes on its lower surface an opening through which expressed milk flows

under gravity into the milk container (fig. 5, see below; the examiner notes that the term

"lower" is a relative direction, the opening designated below is interpreted to be the

lower surface).



 **Regarding claim 24**, in the modified system of Khalil, Makower discloses the

housing includes a wireless data communications system powered by the rechargeable

battery (paragraphs 11 and 12 disclose that the controller includes a wireless

transceiver and that the rechargeable battery powers the controller).

 **Regarding claim 25**, in the modified system of Khalil, Khalil discloses the

housing has a front surface that is configured to fit inside a bra and to contact an inner

surface of the bra (6" in fig. 9), and a rear surface that is shaped to contact, at least in

part, the breast shield (6' in fig. 9).

Application/Control Number: 17/203,327                                    Page 14
Art Unit: 3783

**Claim 2 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower and in further view of Yodfat, as applied to claim 1 above, and further in view of Vogelin (US 20070179439).**

**Regarding claim 2**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above, but does not teach or disclose the breast shield is substantially rigid.

Vogelin is directed towards a breast pump system (fig. 1) having a breast shield (3 in fig. 1) which is made from a polypropylene, which is a known rigid material (paragraph 62). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the breast shield of modified Khalil to be made from polypropylene for the purpose of enabling the shield to be sterilized (paragraph 62).

**Claim 3 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above, and further in view of Rigert (US 20180028733).**

**Regarding claim 3**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above. Further, the breast shield of Khalil appears capable of rotating smoothly around a nipple inserted into the nipple tunnel since the claim does not require the shield to be fully attached during rotation; however, modified Khalil does not explicitly teach or disclose the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto the breast.

Rigert teaches a breast shield system (1 in fig. 1) for a breast pump which comprises a shield (10 in fig. 2).  Rigert further teaches that the shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto the breast (paragraph 15 discloses that the shield can be rotated to determine the optimal level of comfort for a user depending on breast size and shape; the examiner notes that the shield of Rigert is capable of rotating smoothly since fig. 2 shows the interior of the shield is smooth).  Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the shield of modified Khalil to be configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto the breast for the purpose of finding the optimal position for the user's breast shape and size.

**Claim 9 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above, and further in view of Guthrie (US 20160220745).**

**Regarding claim 9**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above.  Khalil further discloses that the housing is configured to couple to the breast shield via securing lip and flange arrangement (paragraph 48).  However, modified Khalil does not explicitly teach or disclose the housing is configured to slide onto the breast shield, when the breast shield has been placed onto a breast, using guide members.

Guthrie is directed to a breast pump system (fig. 2A) having a breast shield (201 in fig. 2A) coupled to a housing (204 in fig. 2A) via a variety of detachable mechanisms

including a threaded attachment (paragraph 39). The examiner notes that this threaded

attachment would enable the breast shield to attach to the housing in a sliding manner

since the term "sliding" is interpreted to mean "to move smoothly along a surface" using

the threads as guide members. Accordingly, the prior art references teach that it is

known that securing lip/flange and threads are elements that are functional equivalents

for providing for a detachable connection. Therefore, it would have been obvious to one

of ordinary skill in the art at the time the invention was filed to have substituted a

securing lip/flange for threads. The substitution would have resulted in an equivalent

breast shield functionally capable of being engaging and disengaging from the housing.

   **Claim 10 is/are rejected under 35 U.S.C. 103 as being unpatentable over**

**Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above,**

**and further in view of Miller (US 20160325031).**

   **Regarding claim 10**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above. Further Khalil appears capable of only having the

breast shield and milk container be removed during normal use or normal disassembly

(paragraphs 48 and 49 disclose that the shield is made from an elastic material which

can be manipulated to remove the securing lip from the housing; paragraph 69

discloses the milk collection container is releasably connected to the housing).

However, modified Khalil does not explicitly teach or disclose the breast pump device

includes only two parts that are directly removable from the housing in normal use or

normal dis-assembly: the breast shield and the milk container.

   Miller teaches a breast pump system (fig. 3A) in which the breast shield and milk

container are capable of being disconnected from the rest of the system (paragraph 29).

Since Miller teaches that only these components need cleaning (paragraph 29), it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of Khalil to include only two parts that are directly removable from the housing in normal use or normal dis-assembly: the breast shield and the milk container, for the purpose of enabling easy cleaning on the shield and container.

**Claim 15 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower and in further view of Yodfat, as applied to claim 1 above, and further in view of Phillips (US 20160296682).**

**Regarding claim 15**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above. Although it appears based on fig. 11 of Khalil that the container would be rigid, modified Khalil does not explicitly teach or disclose this limitation.

Phillips teaches a breast pump system (fig. 1) comprising a milk collection container ("collection container" 120 in fig. 1) which is substantially rigid (paragraph 57 discloses the container being made from Tritan; pg. 21 of Applicant's specification discloses that Tritan is a polycarbonate material, which is a known rigid material). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the container of modified Khalil to be made Tritan for the purpose of rendering the container reusable and cleanable, as taught by Phillips (paragraph 60).

**Claim 16 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower and in further view of Yodfat, as applied to claim 1 above, and further in view of Thompson (US 7662018).**

**Regarding claim 16**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above.  Khalil further discloses that the milk container is configured to attach to a lower part of the housing (fig. 9).  Khalil further appears to disclose the milk container forms a flat bottomed base for the device (figs. 9-11); however, modified Khalil does not explicitly teach this limitation.

Thompson teaches a system (fig. 4) having a milk container (30 in fig. 4) which has a lower surface which is flat (38 in fig. 5) and provides a base that enables the entire system to stand upright (fig. 5; 5:28-34). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the container of modified Khalil to have a lower surface that is flat and provides a base that enables the entire system to stand upright since Thompson teaches that this arrangement is advantageous as it allows the system to be placed on a table (5:28-34).

**Claim 21 is/are rejected under 35 U.S.C. 103 as being unpatentable over Khalil in view of Makower in further view of Yodfat and in further view of Phillips, as applied to claim 1 above, and further in view of Guthrie (US 20160220743), hereinafter referred to as "Guthrie '743".**

**Regarding claim 21**, modified Khalil teaches all of the claimed limitations set forth in claim 1, as discussed above. Khalil further discloses the top of the container includes an optically clear region (paragraph 69 discloses the container is transparent in

its entirety).  However, modified Khalil does not teach or disclose the top is aligned

below one or more light emitters positioned in the base of the housing.

Guthrie '743 teaches a breast pump system (fig. 8) having a milk collection

container (fig. 8) and a housing (808 in fig. 8).  Guthrie '743 further teaches that the

system can include a system subsystem comprising at least one light emitter (603 in fig.

6a) to emit a light to at least one light detector (604 in fig. 6a; paragraph 63) for the

purpose of calculating milk volume (paragraph 63).  Guthrie '743 further teaches that

this sensor subsystem may be placed in the base of the housing so it is aligned with the

top of the milk container (fig. 8).  Therefore, it would have been obvious to one of

ordinary skill before the effective filing date of the claimed invention to have modified the

housing of modified Khalil to include the light emitter and light detector in the base of the

housing, as taught by Guthrie '743, for the purpose of calculating expressed milk

volume.

**Claims 26 and 27 is/are rejected under 35 U.S.C. 103 as being unpatentable**

**over Khalil in view of Makower in further view of Yodfat, as applied to claim 1**

**above, and further in view of Makower (US 20160206794), hereinafter referred to**

**as "Makower '794".**

**Regarding claim 26**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above, but does not teach or disclose the housing

includes a visual and/or haptic indicator that indicates whether milk is flowing or not

flowing into the milk container.

Makower '794 teaches a similar breast pump system (100 in fig. 1) having a

visual indicator that indicates whether milk is flowing or not flowing into the milk

container (250 in fig. 1; paragraph 163 discloses that the display indicates the volume

and flow rate of the milk being expressed which is indicative of whether milk is flowing

or not flowing).  Therefore, it would have been obvious to one of ordinary skill before the

effective filing date of the claimed invention to have modified the display of modified

Khalil to be capable of displaying volume and flow rate, as taught by Makower '794.

This modification would enable a user to keep track of milk expression data to monitor

pumping efficiency over time.

      **Regarding claim 27**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above, but does not teach or disclose the housing

includes a visual and/or haptic indicator that indicates if the pump is operating correctly

to pump milk, based on whether the quantity and/or the height of the liquid in the milk

container above its base is increasing above a threshold rate of increase.

      Makower '794 teaches a similar breast pump system (100 in fig. 1) having a

visual indicator that indicates if the pumping mechanism is operating correctly to pump

milk, based on whether the quantity and/or the height of the liquid in the container

above its base is increasing above a threshold rate of increase (the examiner notes the

threshold rate of increase has not been defined; as such, paragraph 163 discloses that

the display displays a quantity of liquid in the container, i.e. volume of milk volume

having been expressed, and paragraph 247 discloses that the display displays this

information in real-time - indicating that the display is functionally capable of indicating if

the pump is operating correctly based on the quantity of liquid if the container is

increasing above a threshold rate of increase). Therefore, it would have been obvious to

one of ordinary skill before the effective filing date of the claimed invention to have

Application/Control Number: 17/203,327                                    Page 21
Art Unit: 3783

modified the display of modified Khalil to be capable of displaying volume and flow rate,

as taught by Makower '794.  This modification would enable a user to keep track of milk

expression data to monitor pumping efficiency over time.

**Claim 28 is/are rejected under 35 U.S.C. 103 as being unpatentable over**

**Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above,**

**and further in view of Takeuchi (US 20170043065).**

**Regarding claim 28**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above, but does not teach or disclose the pump comprises

a piezo air pump system.

Takeuchi teaches a device (101) for suctioning bodily fluids from the body

(paragraph 3) comprising a piezo air pump (104; paragraph 8, lines 8-10) mounted in

a housing (fig. 6) further comprising a piezoelectric element (106) attached to

a diaphragm (105). Therefore, it would have been obvious to one of ordinary skill

before the effective filing date of the claimed invention to have modified the air pump of

Khalil to be a piezo air pump and to have attached the piezoelectric element onto

the diaphragm of Khalil. This modification would provide the added advantage of

reducing motor sound and vibration typically caused by electric motors, as taught by

Takeuchi (paragraph 7).

**Claim 29 is/are rejected under 35 U.S.C. 103 as being unpatentable over**

**Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above, in**

**further view of Makower '794 in further view of Chen (US 20140031744) and in**

**further view of Mendoza (US 6227936).**

**Regarding claim 29**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above, but does not teach or disclose the pump delivers in

excess of 400mlBar (40 kPa) stall pressure and 1.5 litres per minute free air flow and is

a lightweight air pump that enables the total mass of the breast pump system, unfilled

with milk, to be less than 250gm.

Makower '794 is directed towards a breast pump system which delivers in excess

stall pressure of 40 kPa (paragraph 149 discloses a maximum pressure of 450 mmHg,

or 60 kPa).  Therefore, it would have been obvious to one of ordinary skill before the

effective filing date of the claimed invention to have modified the device of modified

Khalil to be configured to deliver a stall pressure in excess of 40 kPa since Makower

'794 teaches that this pressure is effective in use of a breast pump for expression of

milk.

Chen also teaches a breast pump system (fig. 1; 30) which produces at least 9

L/min of free air flow (paragraph 39). Therefore, it would have been obvious to one of

ordinary skill before the effective filing date of the claimed invention to have modified the

breast pump system of modified Khalil to have an air flow rate of not less than 9 L/min

for the purpose of establishing an effective suckling frequency, as taught by Chen

(paragraph 39).

Finally, Mendoza teaches a bra which is designed to support a breast pump to

allow the mother's hands to remain free (1:8-12). Mendoza further discloses that the bra

must be able to support up to 8 ounces when the pump is full (1:58-62). Therefore, it

would have been obvious to one of ordinary skill before the effective filing date of the

claimed invention to have modified the system of modified Khalil to be a lightweight air

pump that enables the total weight of the system, unfilled with milk, to be less than

250gm, as taught by Mendoza since Mendoza teaches that a lightweight system is

crucial for enabling the system to be supported by a bra.


**Claim 30 is/are rejected under 35 U.S.C. 103 as being unpatentable over**

**Khalil in view of Makower in further view of Yodfat, as applied to claim 1 above, in**

**further view of Baker (US 20090281485).**

**Regarding claim 31**, modified Khalil teaches all of the claimed limitations set

forth in claim 1, as discussed above, but does not teach or disclose the breast pump

device makes less than 30dB noise at maximum power and less than 25dB at normal

power, against a 20dB ambient noise.

Baker is directed towards a device for removing fluid from a body (fig. 6) using a

vacuum pump embodied as a motor (motor 9 in fig. 6; paragraph 243). Baker further

teaches that the device makes less than 20 decibel of noise at full power (paragraph

121) by sound proofing the walls of the housing and by adding a counter balance to the

motor (paragraph 144). Therefore, it would have been obvious to one of ordinary skill

before the effective filing date of the claimed invention to have modified the device of

modified Khalil to have the device make less than 20 dB of noise during maximum

power for the purpose of making the device for discrete and comfortable for the user

and others around the user.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees. A nonstatutory double

patenting rejection is appropriate where the conflicting claims are not identical, but at

least one examined application claim is not patentably distinct from the reference

claim(s) because the examined application claim is either anticipated by, or would have

been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46

USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.

Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*,

686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on nonstatutory

double patenting provided the reference application or patent either is shown to be

commonly owned with the examined application, or claims an invention made as a

result of activities undertaken within the scope of a joint research agreement. See

MPEP § 717.02 for applications subject to examination under the first inventor to file

provisions of the AIA as explained in MPEP § 2159. See MPEP § 2146 *et seq.* for

applications not subject to examination under the first inventor to file provisions of the

AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be

used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application

in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26,

PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may

be filled out completely online using web-screens. An eTerminal Disclaimer that meets

all requirements is auto-processed and approved immediately upon submission. For

more information about eTerminal Disclaimers, refer to

www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.\

    **Claims 1-7 and 9-31 are rejected on the ground of nonstatutory double**

**patenting as being unpatentable over claims 1-35 of U.S. Patent No. 10,926,011 in**

**view of Khalil, Makower, and Yodat, and the teachings discussed in the table**

**below.**

    Claim 1 of the issued patent discloses all of the claimed limitations of claim 1 of

the application except a rechargeable battery; a power charging circuit for controlling

the charging of the rechargeable battery; control electronics powered by the

rechargeable battery; a wireless data communications system powered by the

rechargeable battery; a USB charging socket for transferring power to the power

charging circuit and the rechargeable battery; the breast shield having a breast flange

and nipple tunnel.

    Additionally, claim 1 of the issued patent includes additional features not recited

in the application claims, thus the patent claim is more specific.  It has been held that

the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d

2010 (Fed. Cir. 1993).

    Khalil teaches a breast pump system (fig. 10) having a breast shield (1 in fig. 11)

with a flange (12 in fig. 7) and a nipple tunnel (13 in fig. 7).  Khalil further teaches the

housing (6" in fig. 10) has control electronics (84 in fig. 9).  Therefore, it would have

been obvious to one of ordinary skill before the effective filing date of the claimed

invention to have modified the breast shield and housing of claim 1 of the patent to have

a flange/nipple tunnel and control electronics, respectively.  This configuration of the

breast shield is known in the art and provides for a surface for contacting the breast and

receiving the nipple.  The modification of the control electronics would provide for user

input to enable a user to active the pump (paragraph 68).

 Makower is directed towards a substantially similar breast pump device (fig. 1b)

which has a housing (main body 34 in fig. 1a) that includes a battery (battery 48 in fig.

14a) capable of being recharged (paragraph 151 teaches that the battery can be

recharged) and operable to power the control electronics (controller 52 in fig. 14a;

paragraph 12 teaches the battery is electrically connected to the controller) and the

pump (drivers 46 and 44 in fig. 14a; paragraph 12 teaches the battery is electrically

connected to the pump).  Makower further teaches the device comprises a wireless data

communications system (paragraph 11 discloses that the controller comprises a

wireless transceiver to receive/send signals to an external device) which is powered by

the battery (since the wireless system is disclosed to be a part of the controller in

paragraph 11 and paragraph 12 discloses that the battery powers the controller, the

battery must power the wireless system).

Therefore, it would have been obvious to one of ordinary skill before the effective

filing date of the claimed invention to have modified claim 1 of the patent to have a

rechargeable battery which powers the control electronics and pump and to have

modified the control systems of claim 1 of the patent to incorporate a wireless data

communications systems, as taught by Makower.  The modification of the rechargeable

battery coupled to the pump and control electronics would provide the added benefit of

enabling the system to be used without being plugged into an AC source and would

allow the battery to be reused.  The modification of the wireless data communications

system would provide the added advantage of enabling data transmission relating to

pumping parameters which can assist a user in keeping track of the volume of milk

extracted and track efficiency over time, as taught by Makower (paragraph 11).

Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9).

Yodfat further teaches that the pump comprises a housing (housing of 10 in fig. 9) which

includes a rechargeable battery (240 in fig. 10; paragraph 116 discloses the energy

storage can be a rechargeable battery); a power charging circuit for controlling the

charging of the rechargeable battery ("recharging module" 170 in fig. 10; paragraph 125

discloses the module directs charging current to the rechargeable battery).  Yodfat

further teaches a USB charging socket (1716 in fig. 9) for transferring power to the

power charging circuit and the rechargeable battery (paragraph 136 and fig. 10 shows

the electrical coupling connectors coupled to the recharging modules).

Therefore, it would have been obvious to one of ordinary skill before the effective

filing date of the claimed invention to have modified the device of claim 1 of the patent

to have the power charging circuit for controlling the charging of the rechargeable

battery and the USB charging socket for transferring power to the power charging circuit

and the rechargeable battery, as taught by Yodfat, for the purpose of enabling charging

of the rechargeable battery while the battery is housed in the housing (paragraph 125).

| '327 Claims | '011 Claims | Teaching |
|---|---|---|
| 1 | 1 | Khalil, Makower, and Yodfat teachings discussed above. |

Application/Control Number: 17/203,327                                    Page 28
Art Unit: 3783

| | | |
|---|---|---|
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14. It would have been obvious to have modified the claim of '011 for the same reason as given. |
| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14. It would have been obvious to have modified the claim of '011 for the same reason as given. |
| 4 | | Khalil teaches the claimed matter of claim 4, as discussed on pg. 10. It would have been obvious to have modified the claim of '011 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 5 | 30 | |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10. It would have been obvious to have modified the claim of '011 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11. It would have been obvious to have modified the claim of '011 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | 14 | |
| 10 | 13 | |
| 11 | 1 | |
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11. It would have been obvious to have modified the claim of '011 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |
| 13 | 32 | |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12. It would have been obvious to have modified the claim of '011 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |

Application/Control Number: 17/203,327                                        Page 29
Art Unit: 3783

| 15 | 13 | |
|---|---|---|
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18. It would have been obvious to have modified the claim of '011 for the same reason as previously given. |
| 17 | 24 | |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12. It would have been obvious to have modified the claim of '011 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | 25 | |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12. It would have been obvious to have modified the claim of '011 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | 19 | |
| 22 | 27 | |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '011 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | 21 | |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '011 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | 15 | |
| 27 | | |
| 28 | 1 | |
| 29 | 28 | Makower '794 and Chen teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '011 for the same reason as previously given. |
| 30 | 10 | Baker teaches the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '011 for the same reason as previously given. |

**Claims 1-7 and 9-30 are rejected on the ground of nonstatutory double
patenting as being unpatentable over claims 1-28 of U.S. Patent No. 10,881,766 in
view of Khalil and Yodfat.**

Claim 1 of the issued patent discloses all of the claimed limitations of claims 1
and 13 except that the breast pump is a self-contained, in-bra device; a power charging
circuit for controlling the charging of the rechargeable battery; control electronics
powered by the rechargeable battery; a wireless data communication system powered
by the rechargeable battery, and a USB charging socket for transferring power to the
power charging circuit and the rechargeable battery.

Khalil teaches a breast pump which is a self-contained, in bra device (fig. 9)
which comprises control electronics (84 in fig. 9; paragraph 68).  Therefore, it would
have been obvious to one of ordinary skill before the effective filing date of the claimed
invention to have modified the claim 1 of the '766 patent to be a self-contained, in-bra
device with control electronics.  This modification would render the device an integrated
system which would be easier to store.  The modification of the control electronics
would enable a user to activate the pump and enter user commands (paragraph 68).

Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9).
Yodfat further teaches that the pump comprises a housing (housing of 10 in fig. 9) which
includes a rechargeable battery (240 in fig. 10; paragraph 116 discloses the energy
storage can be a rechargeable battery); a wireless data communications system
powered by the rechargeable battery (260 in fig. 10); and a power charging circuit for
controlling the charging of the rechargeable battery ("recharging module" 170 in fig. 10;

paragraph 125 discloses the module directs charging current to the rechargeable battery). Yodfat further teaches a USB charging socket (1716 in fig. 9) for transferring power to the power charging circuit and the rechargeable battery (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules).

Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified claim 1 of the '766 patent to have the power charging circuit, the wireless data communications system, and the USB charging socket, as taught by Yodfat, for the purpose of enabling charging of the rechargeable battery while the battery is housed in the housing (paragraph 125) and enabling transfer of data to a remote device (paragraph 140).

| '327 Claims | '766 Claims | Teaching |
|---|---|---|
| 1 | 1 | Khalil and Yodfat teaching as discussed above. |
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14. It would have been obvious to have modified the claim of '766 for the same reason as given. |
| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14. It would have been obvious to have modified the claim of '766 for the same reason as given. |
| 4 | 7 | |
| 5 | 27 | |
| 6 | 27 | |

Application/Control Number: 17/203,327    Page 32
Art Unit: 3783

| | | |
|---|---|---|
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11. It would have been obvious to have modified the claim of '766 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | 9 | |
| 10 | 11 | |
| 11 | 1 | |
| 12 | 13 | |
| 13 | 1 | |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12.  It would have been obvious to have modified the claim of '766 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | 1 | |
| 16 | 6 | |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11. It would have been obvious to have modified the claim of '766 for the purpose optimizing the size of the breast pump system. |
| 18 | 5 | |
| 19 | 2 | |

Application/Control Number: 17/203,327                                    Page 33
Art Unit: 3783

| 20 | 5 | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12. It would have been obvious to have modified the claim of '766 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | 21 | |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '766 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '766 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '766 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '766 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | 22 | |
| 27 | 22 | |
| 28 | 18 | |
| 29 | 21 | Makower '794 and Chen teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '766 for the same reason as previously given. |
| 30 | 31 | Baker teaches the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '766 for the same reason as previously given. |

**Claims 1-12 and 14-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1 and 20 of copending Application No. 17/181,057 in view of Yodfat.**

Application 17/181,057 claims all of the claimed limitations in claim 1 of the instant application except in that Application 17/181,057 does not claim a power charging circuit for controlling the charging of the rechargeable battery and the control electronics and pump being powered by the rechargeable battery; a wireless data communications system powered by the rechargeable battery; a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '057 includes additional features not recited in the application claims, thus the '057 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

Makower is directed towards a substantially similar breast pump device (fig. 1b) which has a housing (main body 34 in fig. 1a) that includes a battery (battery 48 in fig. 14a) capable of being recharged (paragraph 151 teaches that the battery can be recharged) and operable to power the control electronics (controller 52 in fig. 14a; paragraph 12 teaches the battery is electrically connected to the controller) and the pump (drivers 46 and 44 in fig. 14a; paragraph 12 teaches the battery is electrically connected to the pump).  Makower further teaches the device comprises a wireless data communications system (paragraph 11 discloses that the controller comprises a wireless transceiver to receive/send signals to an external device) which is powered by the battery (since the wireless system is disclosed to be a part of the controller in paragraph 11 and paragraph 12 discloses that the battery powers the controller, the battery must power the wireless system).

Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified claim 1 of the '057 application to

have the rechargeable battery which powers the control electronics and pump and to

have modified the control electronics of claim 1 of the '057 application to incorporate a

wireless data communications systems, as taught by Makower.  The modification of the

rechargeable battery coupled to the pump and control electronics would provide the

added benefit of enabling the system to be used without being plugged into an AC

source and would allow the battery to be reused.  The modification of the wireless data

communications system would provide the added advantage of enabling data

transmission relating to pumping parameters which can assist a user in keeping track of

the volume of milk extracted and track efficiency over time, as taught by Makower

(paragraph 11).

Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9).

Yodfat further teaches that the pump comprises a housing (housing of 10 in fig. 9) which

includes a rechargeable battery (240 in fig. 10; paragraph 116 discloses the energy

storage can be a rechargeable battery); a power charging circuit for controlling the

charging of the rechargeable battery ("recharging module" 170 in fig. 10; paragraph 125

discloses the module directs charging current to the rechargeable battery).  Yodfat

further teaches a USB charging socket (1716 in fig. 9) for transferring power to the

power charging circuit and the rechargeable battery (paragraph 136 and fig. 10 shows

the electrical coupling connectors coupled to the recharging modules).

Therefore, it would have been obvious to one of ordinary skill before the effective

filing date of the claimed invention to have modified the device of claim 1 of the '057

application to have the power charging circuit for controlling the charging of the

rechargeable battery and the USB charging socket for transferring power to the power

charging circuit and the rechargeable battery, as taught by Yodfat, for the purpose of

enabling charging of the rechargeable battery while the battery is housed in the housing

(paragraph 125).

| 327 Claims | '057 Claims | Teaching |
|---|---|---|
| 1 | 1 | Makower and Yodfat teachings as discussed above |
| 2 | 3 | |
| 3 | 6 | |
| 4 | 7 | |
| 5 | 8 | |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10.  It would have been obvious to have modified the claim of '057 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | 9 | |
| 8 | 11 | |
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15.  It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16.  It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 11 | 11 | |

Application/Control Number: 17/203,327    Page 37
Art Unit: 3783

| | | |
|---|---|---|
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11. It would have been obvious to have modified the claim of '057 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12. It would have been obvious to have modified the claim of '057 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | 12 | |
| 16 | 14 | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11. It would have been obvious to have modified the claim of '057 for the purpose optimizing the size of the breast pump system. |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12. It would have been obvious to have modified the claim of '057 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | 15 | |
| 20 | | |
| 21 | | Guthrie '743 teaches the claimed matter of claim 21, as discussed on pg. 18. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '057 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '057 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |

Application/Control Number: 17/203,327                                    Page 38
Art Unit: 3783

| | | |
|---|---|---|
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '057 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 27, as discussed on pg. 20. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 28 | 19 | |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |
| 30 | 28 | Baker teaches the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '057 for the same reason as previously given. |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-31 of copending Application No. 17/203,397 in view of Yodfat.**

Application 17/203,397 claims all of the claimed limitations in claims 1-30 of the instant application except in that Application 17/203,397 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '397 includes additional features not recited in the application claims, thus the '397 claim is more specific. It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,397 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '397 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | 2 | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |
| 8 | 8 | |
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |

| 20 | 20 | |
|----|----|--|
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 30 | |
| 30 | 31 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-7, 9-12 and 14-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1 and 9 of copending Application No. 17/203,384 in view of Yodfat.**

Application 17/203,384 claims all of the claimed limitations in claims 1 and 21 of the instant application except in that Application 17/203,384 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '384 includes additional features not recited in the application claims, thus the '384 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical

Application/Control Number: 17/203,327                                    Page 41
Art Unit: 3783

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of claim 1 of Application 17/203,384 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| '327 Claims | '384 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14.  It would have been obvious to have modified the claim of '384 for the same reason as given. |
| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14.  It would have been obvious to have modified the claim of '384 for the same reason as given. |
| 4 | | Khalil teaches the claimed matter of claim 4, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 5 | | Khalil teaches the claimed matter of claim 5, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |

Application/Control Number: 17/203,327                                          Page 42
Art Unit: 3783

| | | |
|---|---|---|
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 11 | | Khalil teaches the claimed matter of claim 11, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 for the purpose of transmitting suction to the nipple for milk expression (paragraph 63 of Khalil). |
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12.  It would have been obvious to have modified the claim of '384 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | | Phillips teaches the claimed matter of claim 15, as discussed on pg. 17.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 for the purpose optimizing the size of the breast pump system. |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12.  It would have been obvious to have modified the claim of '384 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | | Khalil teaches the claimed matter of claim 19, as discussed on pg. 12.  It would have been obvious to have modified the claim of '384 for the purpose of providing a releasable connection between the pump and the container, as taught by Khalil (paragraph 69). |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12.  It would have been obvious to have modified the claim of '384 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | 9 | |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12.  It would have been obvious to have modified the claim of '384 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |

| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '384 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '384 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 20. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 28 | | Takeuchi teaches the claimed matter of claim 28, as discussed on pg. 21. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 30 | | Baker teaches the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-31 of copending Application No. 17/203,355 in view of Yodfat.**

Application/Control Number: 17/203,327                                    Page 44
Art Unit: 3783

Application 17/203,355 claims all of the claimed limitations in claims 1 and 21 of the instant application except in that Application 17/203,355 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '355 includes additional features not recited in the application claims, thus the '355 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,355 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '355 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 2 | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |

Application/Control Number: 17/203,327                                            Page 45
Art Unit: 3783

| 8 | 8 | |
|----|----|---|
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 30 | |
| 30 | 31 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-31 of copending Application No. 17/203,418 in view of Yodfat.**

Application 17/203,418 claims all of the claimed limitations in claims 1-30 of the instant application except in that Application 17/203,418 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '418 includes additional features not recited in the application

claims, thus the '418 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of application 17/203,418 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '418 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 2 | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |
| 8 | 8 | |
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |

| 17 | 17 | |
|----|----|--|
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 29 | |
| 30 | 30 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1, 14, 16-29 of copending Application No. 17/203,313 in view of Yodfat.**

Application 17/203,313 claims all of the claimed limitations in claims 1-19 and 30 of the instant application except in that Application 17/203,313 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '313 includes additional features not recited in the application claims, thus the '313 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and

the other components of the housing (paragraph 136 and fig. 10 shows the electrical

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of claim 1 of Application 17/203,313 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| '418 Claims | '313 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 16 | |
| 3 | 17 | |
| 4 | 18 | |
| 5 | 18 | |
| 6 | 18 | |
| 7 | 19 | |
| 8 | 20 | |

| | | |
|---|---|---|
| 9 | 21 | |
| 10 | 22 | |
| 11 | 23 | |
| 12 | 24 | |
| 13 | 25 | |
| 14 | 26 | |
| 15 | 27 | |
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18.  It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11.  It would have been obvious to have modified the claim of '313 for the purpose optimizing the size of the breast pump system. |
| 18 | 28 | |
| 19 | 29 | |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12.  It would have been obvious to have modified the claim of '313 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | | Guthrie '743 teaches the claimed matter of claim 21, as discussed on pg. 18.  It would have been obvious to have modified the claim of '313 for the same reason as previously given. |

Application/Control Number: 17/203,327                                          Page 50
Art Unit: 3783

| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '313 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '313 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '313 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19. It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 27, as discussed on pg. 20. It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 28 | | Takeuchi teaches the claimed matter of claim 28, as discussed on pg. 21. It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '313 for the same reason as previously given. |
| 30 | 15 | |

This is a provisional nonstatutory double patenting rejection.

Application/Control Number: 17/203,327                                    Page 51
Art Unit: 3783

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-30 of copending Application No. 17/203,292 in view of Yodfat.**

Application 17/203,292 claims all of the claimed limitations in claims 1-30 of the instant application except in that Application 17/203,292 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '292 includes additional features not recited in the application claims, thus the '292 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,292 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '292 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 2 | |

| 3 | 3 | |
|---|---|---|
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |
| 8 | 8 | |
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 29 | |
| 30 | 30 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-7, 8-12, and 14-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1, 15, 18, 19, and 21-30 of copending Application No. 17/203,259 in view of Yodfat.**

Application 17/203,259 claims all of the claimed limitations in claims 1, 15-21, 24, 26-28, and 30 of the instant application except in that Application 17/203,259 does not claim a wireless data communications system powered by the rechargeable battery and

Application/Control Number: 17/203,327                                    Page 53
Art Unit: 3783

a USB charging socket for transferring power to the power charging circuit and the

rechargeable battery.  Additionally, claim 1 of '259 includes additional features not

recited in the application claims, thus the '259 claim is more specific.  It has been held

that the specific invention anticipates the generic invention. See *In re Goodman*,

USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in

fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data

communications system powered by a rechargeable battery (260 in fig. 10) and a USB

charging socket (1716 in fig. 9) for transferring power to a power charging circuit and

the other components of the housing (paragraph 136 and fig. 10 shows the electrical

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of claim 1 of Application 17/203,259 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| '327 Claims | '259 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14.  It would have been obvious to have modified the claim of '384 for the same reason as given. |
| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14.  It would have been obvious to have modified the claim of '384 for the same reason as given. |
| 4 | | Khalil teaches the claimed matter of claim 4, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |

Application/Control Number: 17/203,327                                      Page 54
Art Unit: 3783

| 5 | | Khalil teaches the claimed matter of claim 5, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10.  It would have been obvious to have modified the claim of '384 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16.  It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 11 | | Khalil teaches the claimed matter of claim 11, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 for the purpose of transmitting suction to the nipple for milk expression (paragraph 63 of Khalil). |
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11.  It would have been obvious to have modified the claim of '384 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12.  It would have been obvious to have modified the claim of '384 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | 22 | |
| 16 | 23 | |
| 17 | 24 | |

Application/Control Number: 17/203,327                                    Page 55
Art Unit: 3783

| | | |
|---|---|---|
| 18 | 25 | |
| 19 | 26 | |
| 20 | 27 | |
| 21 | 15 | |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 13.  It would have been obvious to have modified the claim of '384 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13.  It would have been obvious to have modified the claim of '384 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '384 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13.  It would have been obvious to have modified the claim of '384 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | 18 | |
| 27 | 19 | |
| 28 | 28 | |

| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '384 for the same reason as previously given on pg. 23. |
|---|---|---|
| 30 | 30 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-6, 7-12, and 14-31 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1 and 6 of copending Application No. 17/203,216 in view of Yodfat.**

Application 17/203,216 claims all of the claimed limitations in claims 1 and 21 of the instant application except in that Application 17/203,216 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '216 includes additional features not recited in the application claims, thus the '216 claim is more specific. It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,216 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| 327 Claims | '216 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14.  It would have been obvious to have modified the claim of '216 for the same reason as given. |
| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14.  It would have been obvious to have modified the claim of '216 for the same reason as given. |
| 4 | | Khalil teaches the claimed matter of claim 4, as discussed on pg. 10.  It would have been obvious to have modified the claim of '216 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 5 | | Khalil teaches the claimed matter of claim 5, as discussed on pg. 10.  It would have been obvious to have modified the claim of '216 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10.  It would have been obvious to have modified the claim of '216 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11.  It would have been obvious to have modified the claim of '216 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 11 | | Khalil teaches the claimed matter of claim 11, as discussed on pg. 11.  It would have been obvious to have modified the claim of '216 for the purpose of transmitting suction to the nipple for milk expression (paragraph 63 of Khalil). |

| | | |
|---|---|---|
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11. It would have been obvious to have modified the claim of '216 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |
| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12. It would have been obvious to have modified the claim of '216 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | | Phillips teaches the claimed matter of claim 15, as discussed on pg. 17. It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18. It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11. It would have been obvious to have modified the claim of '216 for the purpose optimizing the size of the breast pump system. |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12. It would have been obvious to have modified the claim of '216 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | | Khalil teaches the claimed matter of claim 19, as discussed on pg. 12. It would have been obvious to have modified the claim of '216 for the purpose of providing a releasable connection between the pump and the container, as taught by Khalil (paragraph 69). |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12. It would have been obvious to have modified the claim of '216 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | 6 | Guthrie '743 teaches the claimed matter of claim 21, as discussed on pg. 18. It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '216 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |

| | | |
|---|---|---|
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13.  It would have been obvious to have modified the claim of '216 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13.  It would have been obvious to have modified the claim of '216 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 27, as discussed on pg. 20.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 28 | | Takeuchi teaches the claimed matter of claim 28, as discussed on pg. 21.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |
| 30 | | Baker teaches the claimed matter of claim 30, as discussed on pg. 23.  It would have been obvious to have modified the claim of '216 for the same reason as previously given. |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-30 of copending Application No. 17/203,179 in view of Yodfat.**

Application 17/203,179 claims all of the claimed limitations in claims 1-30 of the instant application except in that Application 17/203,179 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '179 includes additional features not recited in the application claims, thus the '179 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,179 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '179 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 2 | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |

| | | |
|---|---|---|
| 8 | 8 | |
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 29 | |
| 30 | 30 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-30 of copending Application No. 17/203,150 in view of Yodfat.**

Application 17/203,150 claims all of the claimed limitations in claims 1-30 of the instant application except in that Application 17/203,150 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '150 includes additional features not recited in the application

claims, thus the '150 claim is more specific.  It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB charging socket (1716 in fig. 9) for transferring power to a power charging circuit and the other components of the housing (paragraph 136 and fig. 10 shows the electrical coupling connectors coupled to the recharging modules). Therefore, it would have been obvious to one of ordinary skill before the effective filing date of the claimed invention to have modified the device of claim 1 of Application 17/203,150 to have the wireless data communications system and USB socket, as taught Yodfat, for the purpose of enabling data transfer between the device and a remote unit and to enable charging of the rechargeable battery.

| '327 Claims | '150 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above. |
| 2 | 2 | |
| 3 | 3 | |
| 4 | 4 | |
| 5 | 5 | |
| 6 | 6 | |
| 7 | 7 | |
| 8 | 8 | |
| 9 | 9 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |

| 17 | 17 | |
|----|----|---|
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |
| 26 | 26 | |
| 27 | 27 | |
| 28 | 28 | |
| 29 | 29 | |
| 30 | 30 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1 and 19-30 of copending Application No. 17/203,109 in view of Yodfat.**

Application 17/203,109 claims all of the claimed limitations in claims 1-8, 11-15, 19, and 30 of the instant application except in that Application 17/203,109 does not claim a wireless data communications system powered by the rechargeable battery and a USB charging socket for transferring power to the power charging circuit and the rechargeable battery. Additionally, claim 1 of '109 includes additional features not recited in the application claims, thus the '109 claim is more specific. It has been held that the specific invention anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data communications system powered by a rechargeable battery (260 in fig. 10) and a USB

charging socket (1716 in fig. 9) for transferring power to a power charging circuit and

the other components of the housing (paragraph 136 and fig. 10 shows the electrical

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of Application 17/203,109 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

This is a provisional nonstatutory double patenting rejection.

**Claims 1-30** are provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-30 of copending Application No.

17/203,050 in view of Yodfat.

Application 17/203,050 claims all of the claimed limitations in claims 1-30 of the

instant application except in that Application 17/203,050 does not claim a wireless data

communications system powered by the rechargeable battery and a USB charging

socket for transferring power to the power charging circuit and the rechargeable battery.

Additionally, claim 1 of '050 includes additional features not recited in the application

claims, thus the '050 claim is more specific.  It has been held that the specific invention

anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in

fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data

communications system powered by a rechargeable battery (260 in fig. 10) and a USB

charging socket (1716 in fig. 9) for transferring power to a power charging circuit and

the other components of the housing (paragraph 136 and fig. 10 shows the electrical

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of claim 1 of Application 17/203,050 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| 327 Claims | '109 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | 20 | |
| 3 | 21 | |
| 4 | 22 | |
| 5 | 22 | |
| 6 | 22 | |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11.  It would have been obvious to have modified the claim of '109 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 8 | 23 | |

Application/Control Number: 17/203,327                                    Page 66
Art Unit: 3783

| | | |
|---|---|---|
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15.  It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16.  It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 11 | 25 | |
| 12 | 26 | |
| 13 | 27 | |
| 14 | 28 | |
| 15 | 29 | |
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18.  It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11.  It would have been obvious to have modified the claim of '109 for the purpose optimizing the size of the breast pump system. |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12.  It would have been obvious to have modified the claim of '109 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | 30 | |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12.  It would have been obvious to have modified the claim of '109 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | | Guthrie '743 teaches the claimed matter of claim 21, as discussed on pg. 18.  It would have been obvious to have modified the claim of '109 for the same reason as previously given. |

| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '109 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |
| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '109 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '109 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19. It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 27, as discussed on pg. 20. It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 28 | | Takeuchi teaches the claimed matter of claim 28, as discussed on pg. 21. It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '109 for the same reason as previously given. |
| 30 | 19 | |

This is a provisional nonstatutory double patenting rejection.

**Claims 1-7, 9-12, and 14-31** are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1 and 11 of copending Application No. 17/203,079 in view of Yodfat.

Application 17/203,079 claims all of the claimed limitations in claims 1 and 21 of

the instant application except in that Application 17/203,079 does not claim a wireless

data communications system powered by the rechargeable battery and a USB charging

socket for transferring power to the power charging circuit and the rechargeable battery.

Additionally, claim 1 of '079 includes additional features not recited in the application

claims, thus the '079 claim is more specific.  It has been held that the specific invention

anticipates the generic invention. See *In re Goodman*, USPQ2d 2010 (Fed. Cir. 1993).

However, Yodfat teaches a wearable pump for transferring fluid to a body (10 in

fig. 9) which comprises a housing (10 in fig. 9) which comprises a wireless data

communications system powered by a rechargeable battery (260 in fig. 10) and a USB

charging socket (1716 in fig. 9) for transferring power to a power charging circuit and

the other components of the housing (paragraph 136 and fig. 10 shows the electrical

coupling connectors coupled to the recharging modules). Therefore, it would have been

obvious to one of ordinary skill before the effective filing date of the claimed invention to

have modified the device of claim 1 of Application 17/203,079 to have the wireless data

communications system and USB socket, as taught Yodfat, for the purpose of enabling

data transfer between the device and a remote unit and to enable charging of the

rechargeable battery.

| '329 Claims | '079 Claims | Teaching |
|---|---|---|
| 1 | 1 | Yodfat teaching as discussed above |
| 2 | | Vogelin teaches the claim matter of claim 2, as discussed on pg. 14.  It would have been obvious to have modified the claim of '079 for the same reason as given. |

Application/Control Number: 17/203,327                                      Page 69
Art Unit: 3783

| 3 | | Rigert teaches the claimed matter of claim 3, as discussed on pg. 14. It would have been obvious to have modified the claim of '079 for the same reason as given. |
| 4 | | Khalil teaches the claimed matter of claim 4, as discussed on pg. 10. It would have been obvious to have modified the claim of '079 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 5 | | Khalil teaches the claimed matter of claim 5, as discussed on pg. 10. It would have been obvious to have modified the claim of '079 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 6 | | Khalil teaches the claimed matter of claim 6, as discussed on pg. 10. It would have been obvious to have modified the claim of '079 for the purpose of obviating the need for separate pieces which would increase the risk of leakage. |
| 7 | | Khalil teaches the claimed matter of claim 7, as discussed on pg. 11. It would have been obvious to have modified the claim of '079 for the purpose of enabling a user to place the shield on the breast without concern of proper orientation. |
| 9 | | Guthrie teaches the claimed matter of claim 9, as discussed on pg. 15. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 10 | | Miller teaches the claimed matter of claim 10, as discussed on pg. 16. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 11 | | Khalil teaches the claimed matter of claim 11, as discussed on pg. 11. It would have been obvious to have modified the claim of '079 for the purpose of transmitting suction to the nipple for milk expression (paragraph 63 of Khalil). |
| 12 | | Khalil teaches the claimed matter of claim 12, as discussed on pg. 11. It would have been obvious to have modified the claim of '079 since Khalil teaches that this shape is sufficient to transfer suction to the nipple. |

Application/Control Number: 17/203,327                                    Page 70
Art Unit: 3783

| 14 | | Khalil teaches the claimed matter of claim 14, as discussed on pgs. 11 and 12. It would have been obvious to have modified the claim of '079 for the purpose of enabling the diaphragm to be replaced and/or cleaned. |
| 15 | | Phillips teaches the claimed matter of claim 15, as discussed on pg. 17. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 16 | | Thompson teaches the claimed matter of claim 16, as discussed on pg. 18. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 17 | | Khalil teaches the claimed matter of claim 17, as discussed on pg. 11. It would have been obvious to have modified the claim of '079 for the purpose optimizing the size of the breast pump system. |
| 18 | | Khalil teaches the claimed matter of claim 18, as discussed on pg. 12. It would have been obvious to have modified the claim of '079 for the purpose of providing a non-return valve which prevents milk from exiting the container. |
| 19 | | Khalil teaches the claimed matter of claim 19, as discussed on pg. 12. It would have been obvious to have modified the claim of '079 for the purpose of providing a releasable connection between the pump and the container, as taught by Khalil (paragraph 69). |
| 20 | | Khalil teaches the claimed matter of claim 20, as discussed on pg. 12. It would have been obvious to have modified the claim of '079 for enabling a user to access the milk after collection and for preventing milk from getting suctioned back into the pump. |
| 21 | 11 | |
| 22 | | Khalil teaches the claimed matter of claim 22, as discussed on pg. 12. It would have been obvious to have modified the claim of '079 since Khalil teaches that these relative dimensions help optimize the size of the breast pump. |

| 23 | | Khalil teaches the claimed matter of claim 23, as discussed on pg. 13. It would have been obvious to have modified the claim of '079 for the purpose of enabling milk to be expressed from the nipple tunnel to the milk container. |
|----|---|---|
| 24 | | Makower teaches the claimed matter of claim 24, as discussed on pg. 13. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 25 | | Khalil teaches the claimed matter of claim 25, as discussed on pg. 13. It would have been obvious to have modified the claim of '079 for the purpose of providing a complete breast pump unit which is optimized in size. |
| 26 | | Makower '794 teaches the claimed matter of claim 26, as discussed on pg. 19. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 27 | | Makower '794 teaches the claimed matter of claim 27, as discussed on pg. 20. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 28 | | Takeuchi teaches the claimed matter of claim 28, as discussed on pg. 21. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 29 | | Makower '794, Chen, and Mendoza teach the claimed matter of claim 29, as discussed on pg. 22. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |
| 30 | | Baker teaches the claimed matter of claim 30, as discussed on pg. 23. It would have been obvious to have modified the claim of '079 for the same reason as previously given. |

This is a provisional nonstatutory double patenting rejection.

### *Allowable Subject Matter*

Excepting the double patenting rejections above and the 112(b) rejection above, **claim 8** is allowable over the prior art.  The following is a statement of reasons for the indication of allowable subject matter:  Khalil fails to teach or disclose the breast shield configured to slide in and out from the housing, together with a diaphragm, on guide members in the breast shield.

Excepting the double patenting rejections above and the 112(b) rejection above, **claim 13** is allowable over the prior art.  The following is a statement of reasons for the indication of allowable subject matter:  Khalil fails to teach or disclose the diaphragm is a membrane that is seated against a diaphragm holder that is formed as the recess in the rear surface of the housing, the diaphragm deforming in response to changes in air pressure caused by the air pump to create negative air pressure in the nipple tunnel.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to COURTNEY FREDRICKSON whose telephone number is (571)270-7481.  The examiner can normally be reached on Monday-Friday (9 AM - 5 PM EST).

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

Application/Control Number: 17/203,327                                    Page 73
Art Unit: 3783

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, NATHAN PRICE can be reached on 571-270-5421.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see https://ppair-

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

If you would like assistance from a USPTO Customer Service Representative or access

to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-

272-1000.


/COURTNEY B FREDRICKSON/
Examiner, Art Unit 3783

/LAURA A BOUCHELLE/
Primary Examiner, Art Unit 3783

| | | | |
|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No.<br>17/203,327 | Applicant(s)/Patent Under Reexamination<br>O'TOOLE et al. | |
| | Examiner<br>COURTNEY FREDRICKSON | Art Unit<br>3783 | Page 1 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20090281482-A1 | 11-2009 | Baker; Peter Christensen | A61M1/0058 | 604/28 |
| * | B | US-20140031744-A1 | 01-2014 | CHEN; CHEAN-SHUI | A61M1/066 | 604/74 |
| * | C | US-20160220743-A1 | 08-2016 | Guthrie; Gabrielle V. | G16H40/63 | 1/1 |
| * | D | US-20160220745-A1 | 08-2016 | Guthrie; Gabrielle V. | A61M1/06 | 1/1 |
| * | E | US-20130023821-A1 | 01-2013 | KHALIL; Gamal | A61M1/82 | 604/74 |
| * | F | US-20170072118-A1 | 03-2017 | Makower; Joshua | A61M1/062 | 1/1 |
| * | G | US-20160206794-A1 | 07-2016 | MAKOWER; JOSHUA | A61M1/064 | 1/1 |
| * | H | US-6227936-B1 | 05-2001 | Mendoza; Amelia | A41C3/04 | 2/104 |
| * | I | US-20160325031-A1 | 11-2016 | Miller; Jared | A61M39/24 | 1/1 |
| * | J | US-20160296682-A1 | 10-2016 | Phillips; Andrew Luke | A61J13/00 | 1/1 |
| * | K | US-20180028733-A1 | 02-2018 | Rigert; Mario | A61M1/064 | 1/1 |
| * | L | US-20170043065-A1 | 02-2017 | TAKEUCHI; Susumu | A61M1/80 | 1/1 |
| * | M | US-7662018-B1 | 02-2010 | Thompson; Pamela J. | A61J13/00 | 450/37 |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20210520

| *Notice of References Cited* | Application/Control No. 17/203,327 | | Applicant(s)/Patent Under Reexamination O'TOOLE et al. | |
|---|---|---|---|---|
| | Examiner COURTNEY FREDRICKSON | | Art Unit 3783 | Page 2 of 2 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20070179439-A1 | 08-2007 | Vogelin; Stefan | F16K15/144 | 604/74 |
| * | B | US-20110009824-A1 | 01-2011 | Yodfat; Ofer | A61M5/1723 | 604/151 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20210520

| *Index of Claims* | Application/Control No.<br>17/203,327 | Applicant(s)/Patent Under Reexamination<br>O'TOOLE et al. |
|---|---|---|
| | Examiner<br>COURTNEY FREDRICKSON | Art Unit<br>3783 |

| ✔ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| CLAIMS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/20/2021 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |
| | 21 | ✓ | | | | | | | |
| | 22 | ✓ | | | | | | | |
| | 23 | ✓ | | | | | | | |
| | 24 | ✓ | | | | | | | |
| | 25 | ✓ | | | | | | | |
| | 26 | ✓ | | | | | | | |
| | 27 | ✓ | | | | | | | |
| | 28 | ✓ | | | | | | | |
| | 29 | ✓ | | | | | | | |
| | 30 | ✓ | | | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | Examiner | Art Unit |
| | COURTNEY FREDRICKSON | 3783 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| a61m1/062, 1/066, 1/06; a61j13/00; a41c4/04 | 05/20/2021 | cbf |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| see SEARCH history | 05/20/2021 | cbf |
| Consulted parent history | 05/20/2021 | cbf |
| searched Inventors in PALM and SEARCH | 05/20/2021 | cbf |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| | | | |

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | |
|---|---|
| | |

## PE2E SEARCH - Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 268 | a61m1/$.cpc. AND ((breast milk) WITH pump$4) AND ((power$4 battery) WITH (charg$4 recharg$4)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/12 04:05 PM |
| L2 | 65 | ("20020193731"\|"20040056641"\|"20040074281"\|"20040267215"\|"20050219302"\|"20060122575"\|"20070051172"\|"20070051727"\|"20080262420"\|"20120277636"\|"20140052056"\|"20150217036"\|"20150217037"\|"20150283311"\|"20160000980"\|"20160058929"\|"20160082165"\|"20160082166"\|"20160151551"\|"20160158424"\|"20160206794"\|"20160220743"\|"20160220745"\|"20160287767"\|"20160296681"\|"20160310650"\|"20170021068"\|"20170035951"\|"20170143879"\|"20170220753"\|"20180021490"\|"2849881"\|"4390024"\|"5474683"\|"5941847"\|"5973770"\|"6045529"\|"6090065"\|"6383163"\|"6440100"\|"6461324"\|"6547756"\|"6579258"\|"6663587"\|"6749582"\|"7048519"\|"7201735"\|"7312554"\|"7314400"\|"7776008"\|"8057425"\|"8118772"\|"8187227"\|"8262606"\|"8282596"\|"8376986"\|"8702646"\|"8801495"\|"8876760"\|"8926556"\|"9033913"\|"9173587"\|"9345274"\|"9539377"\|"D548831").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/07 01:17 PM |
| L3 | 214 | (jonathan near3 o'toole).inv. (adam near3 rollo).inv. (andrew near3 carr).inv. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 01:42 PM |
| L4 | 63 | (a61m1/062 a61m1/066 a61m1/06).cpc. and | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2018/08/07 01:45 PM |

| | | piezo$9 | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L5 | 19 | ("20040122358" \| "20060226108" \| "20080077042" \| "20080167579" \| "20120004603" \| "3895533" \| "4024856" \| "4338953" \| "5347656" \| "5666104" \| "5827191" \| "7316653" \| "7621797" \| "7794425" \| "8308648" \| "8777864" \| "8801658" \| "8827911").PN. OR ("8992445").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:50 PM |
| L6 | 7 | ("5730139" \| "6423010" \| "6602199" \| "7479154" \| "8206414" \| "8425426" \| "8992445").PN. OR ("9192325").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:59 PM |
| L7 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:16 PM |
| L8 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L9 | 2787 | (a61m1/062 a61m1/066 a61m1/06).cpc. not L7 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L10 | 45 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 02:59 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$).did. or (WO-2015174330-$ or WO-2016024558-$).did. | | | | | |
| L11 | 14 | L10 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:59 PM |
| L12 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 03:04 PM |
| L13 | 143 | a61j13/00.cpc. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L14 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L15 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:43 AM |
| L16 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L17 | 0 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L15) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L18 | 2665 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L14) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L19 | 71 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 11:47 AM |

| | | US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$).did. | | | | |

| L20 | 37 | L19 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:48 AM |
|---|---|---|---|---|---|---|---|
| L21 | 4 | L19 and ((air with pump$4) same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:50 AM |
| L22 | 16 | L19 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:15 PM |
| L23 | 1 | L19 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:40 PM |
| L24 | 0 | a61m1/1058.cpc. and breast and diaphragm | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:42 PM |
| L25 | 5 | breast same pump$4 same piezo$8 same air | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:43 PM |
| L26 | 1 | ("9884172").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/10 01:58 PM |
| L27 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:40 AM |
| L28 | 2 | "59563385".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L29 | 1 | "59563425".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L30 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:26 AM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | | |
| L31 | 44 | L30 and (air with | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pump$4) | USOCR; FPRS; EPO; JPO) | | | | 10:26 AM |
| L32 | 17 | L30 and (pump$4 with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 10:27 AM |
| L33 | 51 | L27 and "air pump" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 11:07 AM |
| L34 | 4 | "47900902".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:13 AM |
| L35 | 10 | ("20030212374" \| "20050251089" \| "20050283900" \| "20070135778" \| "20110054389" \| "3084691" \| "4229029" \| "5295957" \| "6070659").PN. OR ("9511176").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/24 11:16 AM |
| L36 | 2 | "51149640".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:17 AM |
| L37 | 271 | L27 and (control$4 same select$4 left same right same breast) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 12:50 PM |
| L38 | 3 | L30 and (recharg$4 with battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 01:04 PM |
| L39 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L40 | 9 | L39 and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L41 | 11 | L39 and (light with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:48 PM |
| L42 | 0 | L39 and (radiation with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L43 | 2 | L39 and (radiation same milk same (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L44 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L45 | 10 | L44 and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L46 | 1 | a61m1/1058 and | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | (suction$4 vacuum$4 aspirat$4) | USOCR; FPRS; EPO; JPO) | | | | 07:23 PM |
|---|---|---|---|---|---|---|---|
| L47 | 27 | a61m1/1058.cpc. and (suction$4 vacuum$4 aspirat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:23 PM |
| L48 | 23 | L44 and (indicator same milk same (express$4 flow$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:26 PM |
| L49 | 51 | L44 and (air same pressure same sens$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:30 PM |
| L50 | 19 | L44 and ((indicat$4 record$4) same (right and left)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:38 PM |
| L51 | 56 | L44 and (pump$4 with series) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:42 PM |
| L52 | 77 | L44 and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:47 PM |
| L53 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| | | 20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L54 | 44 | L53 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |
| L55 | 5 | L54 and (air with filter$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| L56 | 3 | L44 and (pump$4 with (db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L57 | 6 | L44 and ((db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L58 | 26 | L44 and (sens$4 with (orientation angle tilt placement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:16 PM |
| L59 | 9 | L44 and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:31 PM |
| L60 | 484 | a61m$/.cpc. and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:32 PM |
| L61 | 1 | L44 and "social media" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:52 PM |
| L62 | 408 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:13 PM |
| L63 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:18 PM |
| L64 | 359 | a61m$/$.cpc. and ((pump$4 with weigh$4) same (portable lightweight carry$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:30 PM |
| L65 | 1 | ("20160166745").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:16 PM |
| L66 | 1 | ("20160058928").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:23 PM |
| L67 | 1 | ("20110004154").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/26 10:55 AM |
| L68 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 11:09 AM |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US- | | | | |

| | | 8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
|------|------|------|------|------|------|------|------|
| L69 | 2 | L69 and (radiation same (height quantity amount volume)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 11:09 AM |
| L70 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 12:24 PM |

| | | 20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP- | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
| L71 | 3 | L71 and ((diaphragm membrane) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 12:24 PM |
| L72 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L73 | 137 | L73 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L74 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L75 | 9 | L75 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L76 | 19 | L75 and (shield with snap$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:16 PM |
| L77 | 1 | ("20110152855").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 01:20 PM |
| L78 | 32 | L75 and (flow with rate with air) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:33 PM |
| L79 | 3 | L75 and (stall with pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:56 PM |
| L80 | 98 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 01:56 PM |

| | | US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or | | | | | |

| | | WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L81 | 17 | L81 and (pressure same (mmhg kpa mbar pa bar)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:57 PM |
| L82 | 18 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or ("8821134") or ("9051931") or ("9127665") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L83 | 0 | L83 and breast | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L84 | 10 | L83 and (lactat$3 milk) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L85 | 14 | L81 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:10 PM |
| L86 | 5 | L75 and ((piezo piezoelectric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:47 PM |
| L87 | 230 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:48 PM |
| L88 | 6 | L88 and (breast milk lactat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:53 PM |

| L89 | 161 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:11 PM |
|---|---|---|---|---|---|---|---|
| L90 | 0 | (2017/0072118).CCLS. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L91 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L92 | 40 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:22 PM |
| L93 | 3 | "45513973".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 03:23 PM |
| L94 | 364 | (((piezo piezoelectric) with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:32 PM |
| L95 | 3 | "20170035951" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:33 PM |
| L96 | 1 | L96 and (suction$4 with piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:34 PM |
| L97 | 1 | ("20130064683").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:38 PM |
| L98 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:39 PM |
| L99 | 1 | (US-20170172485-$).did. | (US-PGPUB) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L100 | 0 | L100 and "function of" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L101 | 100 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/28 05:19 PM |

| | | US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US- | | | | |

| | | 7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L102 | 0 | L102 and ((meaur$4 with milk) same rate) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:20 PM |
| L103 | 0 | L102 and ((meaur$4 with milk) same (frequency speed)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:20 PM |
| L104 | 16 | L102 and ((measur$4 with milk) same (frequency speed rate)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:21 PM |
| L105 | 0 | L102 and ((measur$4 with milk) with "function of") | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:23 PM |
| L106 | 6 | L102 and (decrease with (rate speed frequency strong)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:10 PM |
| L107 | 2 | L102 and (latch$4 with adjust$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:22 PM |
| L108 | 50 | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:24 PM |
| L109 | 0 | (a61m$/$).cpc. and (wear$4 with pump$4) and (((center centre) with gravity) same comfort$5) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:25 PM |
| L110 | 83 | (a61m$/$).cpc. and (((center centre) with gravity) same | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:26 PM |

| | | comfort$5) | | | | | |
|---|---|---|---|---|---|---|---|
| L111 | 101 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 09:43 AM |

| | | US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L112 | 3 | L112 and (shield with (diapragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:43 AM |
| L113 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:47 AM |
| L114 | 86 | L114 and ((diapragm housing) with (housing case mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:53 AM |
| L115 | 9 | L114 and ((diapragm membrane) with (housing case mount$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:54 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | with shield) | | | | | |
| L116 | 34 | L112 and (diaphragm membrane) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:07 AM |
| L117 | 28 | L114 and (diaphragm membrane) and (shield with dispos$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:10 AM |
| L118 | 28 | L114 and ((diaphragm membrane) with (coupl$4 attach$4 mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:23 AM |
| L119 | 0 | a61j16/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:41 AM |
| L120 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:42 AM |
| L121 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:23 PM |
| L122 | 23 | L122 and (sens$4 same (orient$4 plac$4 situat$4) same (nipple shield)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:23 PM |
| L123 | 11 | L122 and ((sens$4 accelerometer) with breast with (move moved moving movement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:32 PM |
| L124 | 10 | L122 and accelerometer | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:33 PM |
| L125 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 02:27 PM |
| L126 | 259 | L122 and ((lower$4 decrea$4) with (suction$4 intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 02:51 PM |
| L127 | 45 | L122 and ((lower$4 decrea$4) with (intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 02:59 PM |
| L128 | 11 | (a61m$/$.cpc.) and ((miniature compact small) same (piezoelectric piezo-electric piezo) same pump$4 same (suction$4 vacuum$4) same (diaphragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 03:40 PM |
| L129 | 127 | L122 and ((pressure | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/29 |

| | | suction$4) with (mmhg kpa mbar pa bar)) | USOCR; FPRS; EPO; JPO) | | | | 05:16 PM |
|---|---|---|---|---|---|---|---|
| L130 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:29 PM |
| L131 | 106 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:31 PM |

| | | 20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
| L132 | 104 | L132 and @ad<="20170615" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 05:32 PM |
| L133 | 14 | (US-20160166745-$ or | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20150283311-$ or US-20180110906-$ or US-20140378895-$ or US-20140031744-$ or US-20160220743-$ or US-20160256617-$ or US-20080177224-$ or US-20130023821-$ or US-20160058928-$ or US-20170043065-$ or US-20110004154-$).did. or (US-10039871-$ or US-6358226-$).did. | | | | | 06:08 PM |
| L134 | 1 | "52574056".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 06:46 PM |
| L135 | 0 | ("2009024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L136 | 1 | ("20090024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L137 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L138 | 203 | L138 and ((shield nipple) with (remov$4 replac$4 clean$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L139 | 1 | ("4535627").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2019/01/08 12:52 PM |
| L140 | 74 | (("20180361040") or ("20180236147") or ("20120277728") or ("7785305") or ("20080208116") or ("7223255") or ("7789865") or ("8118772") or ("20080275385") or ("9956331") or ("8057425") or ("20070219486") or ("20020193731") or ("10046097") or ("20140378946") or ("20180326130") or ("20120316493") or ("8568350") or ("20030191427") or ("8070716") or ("9539377") or ("20160303298") or ("20160206794") or ("9539376") or ("20160310649") or ("20160287769") or ("20160310650") or ("20180001002") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/01/08 12:54 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ("20090099511") or ("7776008") or ("20090062731") or ("20160296682") or ("20050154349") or ("20030191433") or ("5749850") or ("20100292636") or ("7559915") or ("20080262420") or ("20160325031") or ("20170173232") or ("7749188") or ("6887217") or ("6139521") or ("20180021490") or ("20150065994") or ("20180028732") or ("20150196460") or ("9636282") or ("7758540") or ("8945046") or ("20080243059") or ("20110251552") or ("20170119942") or ("20130023821") or ("6997897") or ("9033913") or ("20150157776") or ("20090254028") or ("5514166") or ("20010038799") or ("20070161947") or ("20130046234") or ("8926556") or ("7255681") or ("7008400") or ("6257847") or ("20100145264") or ("20170151380") or ("20070078383") or ("5542921") or ("20180333523") or ("8075516") or ("20180369464") or ("20110071466")).PN. | | | | | |
| L141 | 111 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/01/08 01:02 PM |

| | | US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or | | | | | |

| | | US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L142 | 35 | L142 and (heavy weight "center of gravity" "centre of gravity" mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:03 PM |
| L143 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L144 | 284 | L144 and (heavy weight "center of gravity" "centre of gravity") | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L145 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 04:06 PM |
| L146 | 18 | L146 and (weight with distribut$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2019/01/08 04:06 PM |

| | | | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L147 | 1 | ("4535627").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/03/14 02:19 PM |
| L148 | 112 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/04/16 03:00 PM |

| | | (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | |

| L149 | 21 | L149 and (pump$4 with (lightweight mass weight heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:00 PM |
| L150 | 94 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (weight lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:14 PM |
| L151 | 47 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L152 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) not L151 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L153 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/04/19 01:51 PM |
| L154 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/09 12:52 PM |
| L155 | 57 | (breast with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:04 AM |
| L156 | 1 | (16/009547).APP. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L157 | 1 | L157 and (pressure same noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L158 | 635 | ((piezo piezoelectric) with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:10 AM |
| L159 | 1 | L157 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:16 AM |
| L160 | 26 | (breast with pump) and (mmhg and noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:24 AM |
| L161 | 1 | L157 and (liter litre) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:30 AM |
| L162 | 1 | ((piezo piezoelectric) with pump) and "YIP Ventus" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:33 AM |
| L163 | 19 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:36 AM |

| | | ("8821134") or ("9051931") or ("9127665") or ("9234518") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | | | | | |
|---|---|---|---|---|---|---|---|
| L164 | 5 | L164 and (mmhg mbar kpa) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:36 AM |
| L165 | 0 | L164 and (litre liter) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L166 | 2 | L164 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L167 | 17 | L164 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L168 | 1 | L164 and (piezo piezoelectric) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:38 AM |
| L169 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L170 | 1 | L170 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L171 | 1 | L170 and (gravity same nipple) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:51 AM |
| L172 | 61 | (breast with pump$4) and ((centre center) with container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L173 | 1 | L170 and (gravity same container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L174 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L175 | 1 | L176 and (high height) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L176 | 25 | (breast with pump$4) and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 12:55 PM |
| L177 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/09 03:02 PM |

| | | US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or | | | | |

| | | US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L178 | 30 | L179 and noise | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 03:02 PM |
| L179 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2020/01/13 01:45 PM |

| | | | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L180 | 1 | L181 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:45 PM |
| L181 | 1 | L181 and length | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:46 PM |
| L182 | 1 | L181 and height | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:48 PM |
| L183 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L184 | 1 | L185 and "half-way" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L185 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/14 02:36 PM |

| | | 20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or | | | | |

| | | WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L186 | 3 | L187 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L187 | 2 | L187 and (top with heavy) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L188 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L189 | 1 | L190 and (weight mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L190 | 1 | L190 and (housing same battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:07 AM |
| L191 | 1 | L190 and (shield same (mold$4 mould$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:08 AM |
| L192 | 1 | L190 and (diaphragm same seal$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:09 AM |
| L193 | 0 | L190 and (diaphragm same tunnel same flange) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L194 | 0 | L190 and (diaphragm same spaced) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L195 | 0 | L190 and (diaphragm same surround) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L196 | 1 | verhoef.inv. and dog and figure | (US-PGPUB) | OR | OFF | OFF | 2020/01/15 01:27 PM |
| L197 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |
| L198 | 1 | L199 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L199 | 67 | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L200 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L201 | 1 | L202 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L202 | 1 | L202 and (shield with piece) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:33 PM |
| L203 | 0 | L202 and ((housing diagraphm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:18 PM |
| L204 | 1 | L202 and (shield with housing with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:19 PM |
| L205 | 1 | L202 and ((housing diaphragm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:19 PM |
| L206 | 143 | (breast with pump) and (piezo piezoelectric) and (membrane diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 11:42 AM |
| L207 | 78 | ("20030191433" \| "20040024351" \| "20040101414" \| "20050059928" \| "20050131332" \| "20050234370" \| "20060106334" \| "20080045888" \| "20080177224" \| "20080243059" \| "20090024080" \| "20100010682" \| "20100106082" \| "20100217148" \| "20110071466" \| "20110196291" \| "20110245763" \| "20110270162" \| "20120101575" \| "20120277728" \| "20130023821" \| "20130123688" \| "20130131588" \| "20130177455" \| "20140066734" \| "20140378895" \| "20140378946" \| "20150065994" \| "20150100016" \| | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2020/09/28 12:42 PM |

| | | "20150148709" \| "20150196247" \| "20150292500" \| "20160015876" \| "20160256618" \| "20160287769" \| "20170072118" \| "20170080134" \| "20170173232" \| "4263912" \| "4311141" \| "4768547" \| "4821580" \| "5542921" \| "5634468" \| "5658133" \| "5810772" \| "5827191" \| "6273868" \| "6287252" \| "6328082" \| "6440100" \| "6547756" \| "6579258" \| "6712785" \| "6840918" \| "7201735" \| "7223255" \| "7621797" \| "7824363" \| "7972297" \| "7988661" \| "8057425" \| "8070715" \| "8070716" \| "8262606" \| "8282596" \| "8353865" \| "8357116" \| "8376986" \| "8671701" \| "8684961" \| "8801495" \| "9050404" \| "9162016" \| "9173587" \| "9199017" \| "9278167" \| "D459233").PN. OR ("10625005").URPN. | | | | | |
|---|---|---|---|---|---|---|---|
| L208 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L209 | 1 | L210 and 19a | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L210 | 132289 | "201" and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L211 | 0 | L210 and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L212 | 645454 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L213 | 574 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L214 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/29 09:51 AM |
| L215 | 1 | L216 and flat | (US-PGPUB; USPAT; | OR | OFF | OFF | 2020/09/29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO) | | | | 09:51 AM |
| L216 | 57377 | breast.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L217 | 398558 | pump$4.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L218 | 92405 | (piezo piezoelectric).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L219 | 72010 | diaphragm.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L220 | 26553 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L221 | 27368 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L222 | 2 | L218 and L219 and L220 and L221 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L223 | 2 | L218 and L219 and L220 and L224 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L226 | 32 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((usb "universal serial bus") WITH (charg$4 recharg$4 power$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 12:16 PM |
| L227 | 0 | 214 AND (usb SAME socket) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L228 | 2 | 214 AND socket | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L229 | 2 | "61007742".fmid. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; JPO) | OR | ON | ON | 2021/05/18 12:34 PM |

| L230 | 7 | "2015069095".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:38 PM |
|------|-----|------------------|---------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|-----|---------------------|
| L231 | 122 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US- | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/18 01:00 PM |

| | | 20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
| L232 | 18 | 231 AND recharg$5 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:00 PM |
| L233 | 2 | 214 AND (rigid SAME | (US-PGPUB; USPAT; | OR | ON | ON | 2021/05/18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | shield) | USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 01:05 PM |
| L234 | 27173 | a61m5/14244,14248.cpc. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L235 | 555 | 234 AND ((power$4 batter$4) WITH (charg$5 recharg$5) WITH (usb "universal serial bus")) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L236 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 battery) | (US-PGPUB; USPAT; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L237 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 batter$4) | (US-PGPUB; USPAT; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L238 | 14 | 231 AND ((charg$5 recharg$5) WITH (power$4 batter$4)) AND wireless$4 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 03:59 PM |
| L239 | 2 | "20140275857".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 04:48 PM |
| L240 | 12 | 231 AND (rigid WITH (bottle container)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, | OR | ON | ON | 2021/05/18 04:52 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L241 | 2 | 214 AND (shield WITH (flexible silicon$4 material soft rubber)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:35 PM |
| L242 | 2 | 231 AND (rigid WITH shield) | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:38 PM |

## PE2E SEARCH – Search History (Interference)

There are no Interference searches to show.

# Bibliographic Data

Application No:    17/203,327

Foreign Priority claimed:    ● Yes    ○ No

35 USC 119 (a-d) conditions met:    ☑ Yes    ☐ No    ☐ Met After Allowance

Verified and Acknowledged:

| /COURTNEY B FREDRICKSON/ | |
|---|---|
| Examiner's Signature | Initials |

Title:    BREAST PUMP SYSTEM

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 03/16/2021 RULE | 604 | 3783 | 373499.00059 |

**APPLICANTS**

CHIARO TECHNOLOGY LIMITED, London, UNITED KINGDOM

**INVENTORS**

Jonathan O'TOOLE, London, UNITED KINGDOM

Adam ROLLO, London, UNITED KINGDOM

Andrew CARR, London, UNITED KINGDOM

**CONTINUING DATA**

This application is a CON of 17181057 02/22/2021

17181057 is a CON of 16009547 06/15/2018 PAT 10926011

**FOREIGN APPLICATIONS**

UNITED KINGDOM GB1709564.7 06/15/2017

UNITED KINGDOM GB1709561.3 06/15/2017

UNITED KINGDOM GB1709566.2 06/15/2017

UNITED KINGDOM GB1809036.5 06/01/2018

**IF REQUIRED, FOREIGN LICENSE GRANTED**

03/25/2021

**** SMALL ENTITY ****

**STATE OR COUNTRY**

UNITED KINGDOM

**ADDRESS**

Saul Ewing Arnstein & Lehr LLP (Philadelphia)

Attn: Patent Docket Clerk

Centre Square West

1500 Market Street, 38th Floor

Philadelphia, PA 19102-2186
UNITED STATES

**FILING FEE RECEIVED**

$3,710

Doc code: IDS                                                                                      PTO/SB/08a (02-18)
Doc description: Information Disclosure Statement (IDS) Filed                                      Approved for use through 11/30/2020. OMB 0651-0031
                                                                                                  U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | |
| | Filing Date | |
| | First Named Inventor | Jonathan O'Toole |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 373499.00059 |

| | | | U.S.PATENTS | | | Remove |
|---|---|---|---|---|---|---|

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 2849881 | A | 1958-09-02 | ANDERSON | |
| | 2 | 4390024 | A | 1983-06-28 | WILLIAMS | |
| | 3 | 4535627 | A | 1985-08-20 | PROST, et al. | |
| | 4 | 5474683 | A | 1995-12-12 | BRYANT, et al. | |
| | 5 | 5941847 | A | 1999-08-24 | HUBER, et al. | |
| | 6 | 5973770 | A | 1999-10-26 | CARTER, et al. | |
| | 7 | 6045529 | A | 2000-04-04 | NUEESCH | |
| | 8 | 6090065 | A | 2000-07-18 | GILES | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | 9 | 6227936 | B1 | 2001-05-08 | MENDOZA | |
|---|---|---|---|---|---|---|
| | 10 | 6328709 | B1 | 2001-12-11 | HUNG, et al. | |
| | 11 | 6358226 | B1 | 2002-03-19 | RYAN | |
| | 12 | 6383163 | B1 | 2002-05-07 | KELLY, et al. | |
| | 13 | 6440100 | B1 | 2002-08-27 | PRENTISS | |
| | 14 | 6461324 | B1 | 2002-10-08 | SCHLENSOG | |
| | 15 | 6547756 | B1 | 2003-04-15 | GRETER, et al. | |
| | 16 | 6579258 | B1 | 2003-06-17 | ATKIN, et al. | |
| | 17 | 6663587 | B2 | 2003-12-16 | SILVER, et al. | |
| | 18 | 6749582 | B2 | 2004-06-15 | BRITTO, et al. | |
| | 19 | 7048519 | B2 | 2006-05-23 | FONG, et al. | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | |
|---|---|---|---|---|
| Application Number | | | | |
| Filing Date | | | | |
| First Named Inventor | Jonathan O'Toole | | | |
| Art Unit | | | | |
| Examiner Name | | | | |
| Attorney Docket Number | 373499.00059 | | | |

| | 20 | 7201735 | B2 | 2007-04-10 | ATKIN, et al. | |
|---|---|---|---|---|---|---|
| | 21 | D548831 | S | 2007-08-14 | CHARLEZ | |
| | 22 | 7312554 | B2 | 2007-12-25 | VOGELEY | |
| | 23 | 7314400 | B2 | 2008-01-01 | FILDAN, et al. | |
| | 24 | 7662018 | B1 | 2010-02-16 | THOMPSON | |
| | 25 | 7776008 | B2 | 2010-08-17 | RENZ, et al. | |
| | 26 | 8057425 | B1 | 2011-11-15 | MYERS, et al. | |
| | 27 | 8118772 | B2 | 2012-02-21 | DAO, et al. | |
| | 28 | 8187227 | B2 | 2012-05-29 | LUZBETAK, et al. | |
| | 29 | 8262606 | B2 | 2012-09-11 | GRETER, et al. | |
| | 30 | 8282596 | B2 | 2012-10-09 | GRETER, et al. | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | |
|---|---|---|---|
| | | Filing Date | |
| | | First Named Inventor | Jonathan O'Toole |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 373499.00059 |

| | 31 | 8376986 | B2 | 2013-02-19 | VAN, et al. | |
|---|---|---|---|---|---|---|
| | 32 | 8702646 | B2 | 2014-04-22 | GARBEZ, et al. | |
| | 33 | 8801495 | B1 | 2014-08-12 | GUINDON | |
| | 34 | 8876760 | B2 | 2014-11-04 | BOSMAN, et al. | |
| | 35 | 8926556 | B2 | 2015-01-06 | VAN EIJKELENBORG, et al. | |
| | 36 | 9033913 | B2 | 2015-05-19 | KHALIL, et al. | |
| | 37 | 9173587 | B2 | 2015-11-03 | VAN SCHIJNDEL, et al. | |
| | 38 | 9345274 | B1 | 2016-05-24 | PRILL | |
| | 39 | 9539377 | B2 | 2017-01-10 | MAKOWER, et al. | |
| | 40 | 10039871 | B2 | 2018-08-07 | POLLEN, et al. | |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|
| **U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20020193731 | A1 | 2002-12-19 | MYERS, et al. | |
| | 2 | 20040056641 | A1 | 2004-03-25 | MYERS, et al. | |
| | 3 | 20040074281 | A1 | 2004-04-22 | LOBDELL, et al. | |
| | 4 | 20040267215 | A1 | 2004-12-30 | CHARLEZ, et al. | |
| | 5 | 20050219302 | A1 | 2005-10-06 | VOGELEY, et al. | |
| | 6 | 20060122575 | A1 | 2006-06-08 | WAKABAYASHI | |
| | 7 | 20070051172 | A1 | 2007-03-08 | PERINET, et al. | |
| | 8 | 20070051727 | A1 | 2007-03-08 | HOLLEY | |
| | 9 | 20080177224 | A1 | 2008-07-24 | KELLY, et al. | |
| | 10 | 20080262420 | A1 | 2008-10-23 | DAO, et al. | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | |
|---|---|---|---|
| | | Filing Date | |
| | | First Named Inventor | Jonathan O'Toole |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 373499.00059 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11 | 20080275386 | A1 | 2008-11-06 | MYERS | |
| | 12 | 20110004154 | A1 | 2011-01-06 | VAN, et al. | |
| | 13 | 20110196291 | A1 | 2011-08-11 | VISCHER, et al. | |
| | 14 | 20110274566 | A1 | 2011-11-10 | AMIROUCHE, et al. | |
| | 15 | 20120277636 | A1 | 2012-11-01 | BLONDHEIM, et al. | |
| | 16 | 20130023821 | A1 | 2013-01-24 | KHALIL, et al. | |
| | 17 | 20140031744 | A1 | 2014-01-30 | CHEN | |
| | 18 | 20140052056 | A1 | 2014-02-20 | GARBEZ, et al. | |
| | 19 | 20140275857 | A1 | 2014-09-18 | TOTH, et al. | |
| | 20 | 20140323962 | A1 | 2014-10-30 | KOOIJKER, et al. | |
| | 21 | 20140378895 | A1 | 2014-12-25 | BARACK | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

Case 2:23-cv-00631-KKE    Document 136-7    Filed 12/11/24    Page 606 of 1155

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99** ) | Application Number | | | | |
| | Filing Date | | | | |
| | First Named Inventor | Jonathan O'Toole | | | |
| | Art Unit | | | | |
| | Examiner Name | | | | |
| | Attorney Docket Number | 373499.00059 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 22 | 20150217036 | A1 | 2015-08-06 | POLLEN, et al. | |
| | 23 | 20150217037 | A1 | 2015-08-06 | POLLEN, et al. | |
| | 24 | 20150283311 | A1 | 2015-10-08 | ALVAREZ, et al. | |
| | 25 | 20160000980 | A1 | 2016-01-07 | ALVAREZ, et al. | |
| | 26 | 20160058928 | A1 | 2016-03-03 | NOWROOZI, et al. | |
| | 27 | 20160058929 | A1 | 2016-03-03 | MEDVEDEV, et al. | |
| | 28 | 20160082165 | A1 | 2016-03-24 | ALVAREZ, et al. | |
| | 29 | 20160082166 | A1 | 2016-03-24 | GUTHRIE, et al. | |
| | 30 | 20160151551 | A1 | 2016-06-02 | FELBER | |
| | 31 | 20160158424 | A1 | 2016-06-09 | CHEN, et al. | |
| | 32 | 20160166745 | A1 | 2016-06-16 | AALDERS | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| | | | | | | |
|---|---|---|---|---|---|---|

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 33 | 20160206794 | A1 | 2016-07-21 | MAKOWER, et al. | |
| | 34 | 20160220743 | A1 | 2016-08-04 | GUTHRIE, et al. | |
| | 35 | 20160220745 | A1 | 2016-08-04 | GUTHRIE, et al. | |
| | 36 | 20160256617 | A1 | 2016-09-08 | HANSEN | |
| | 37 | 20160271305 | A1 | 2016-09-22 | KURIHARA, et al. | |
| | 38 | 20160287767 | A1 | 2016-10-06 | SIMMONS, et al. | |
| | 39 | 20160296681 | A1 | 2016-10-13 | GASKIN, et al. | |
| | 40 | 20160310650 | A1 | 2016-10-27 | MAKOWER, et al. | |
| | 41 | 20170021068 | A1 | 2017-01-26 | GASKIN, et al. | |
| | 42 | 20170035951 | A1 | 2017-02-09 | TANAKA | |
| | 43 | 20170043065 | A1 | 2017-02-16 | TAKEUCHI | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | 44 | 20170072117 | A1 | 2017-03-16 | KURIHARA, et al. | |
|---|---|---|---|---|---|---|
| | 45 | 20170072118 | A1 | 2017-03-16 | MAKOWER, et al. | |
| | 46 | 20170095599 | A1 | 2017-04-06 | KONDO, et al. | |
| | 47 | 20170143879 | A1 | 2017-05-25 | OKAGUCHI | |
| | 48 | 20170220753 | A1 | 2017-08-03 | GUTHRIE, et al. | |
| | 49 | 20180021490 | A1 | 2018-01-25 | CHANG, et al. | |
| | 50 | 20180110906 | A1 | 2018-04-26 | BARACK | |

| If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |
|---|---|

**FOREIGN PATENT DOCUMENTS**       Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 3311982 | DE | C2 | 1983-10-13 | BATTELLE MEMORIAL INSTITUTE | | |
| | 2 | 9503280 | EP | A2 | 1992-02-08 | PIERBURG GMBH | | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | | | | |
| | | | Filing Date | | | | | |
| | | | First Named Inventor | Jonathan O'Toole | | | | |
| | | | Art Unit | | | | | |
| | | | Examiner Name | | | | | |
| | | | Attorney Docket Number | 373499.00059 | | | | |

| | 3 | 9420158 | WO | A1 | 1994-09-15 | DEKA PRODUCTS LIMITED PARTNERSHIP | | |
|---|---|---|---|---|---|---|---|---|
| | 4 | 19750620 | DE | A1 | 1999-06-02 | SIEMENS AG, 80333 MUENCHEN, DE | | |
| | 5 | 1586340 | EP | A2 | 2005-10-19 | SEA PROFIT (HONG KONG) LIMITED | | |
| | 6 | 2005114116 | WO | A1 | 2005-12-01 | LANE, JOHN, DENNIS; ESPARZA, JOSEPH, LUIS; NICHOLS | | |
| | 7 | 2005114113 | WO | A3 | 2006-03-02 | ACCU-GAUGE LIMITED | | |
| | 8 | 1430918 | EP | B1 | 2008-05-14 | MEDELA HOLDING AG | | |
| | 9 | 2344380 | RU | C1 | 2009-01-20 | GOSUDARSTVENNOE OBRAZOVATEL'NOE UCHREZHDENIE VYSSH | | |
| | 10 | 2009134271 | WO | A1 | 2009-11-05 | UTC POWER CORPORATION | | |
| | 11 | 2473022 | GB | B | 2011-12-14 | | | |
| | 12 | 2441367 | RU | C2 | 2012-02-10 | OBSHCHESTVO S OGRANICHENNOJ OTVETSTVENNOST'JU "NAU | | |
| | 13 | 2436277 | EP | A1 | 2012-04-04 | DREW, LORNA | | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

<table>
<tr><td rowspan="6">
**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)
</td><td>Application Number</td><td></td></tr>
<tr><td>Filing Date</td><td></td></tr>
<tr><td>First Named Inventor</td><td>Jonathan O'Toole</td></tr>
<tr><td>Art Unit</td><td></td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket Number</td><td>373499.00059</td></tr>
</table>

| | 14 | 2210628 | EP | B1 | 2013-02-13 | MEDELA HOLDING AG | | |
| | 15 | 2499248 | GB | B | 2014-04-02 | ELIZABETH MORANA | | |
| | 16 | 1404393 | EP | B1 | 2014-12-24 | MEDELA HOLDING AG | | |
| | 17 | 2015081459 | WO | A1 | 2015-06-11 | CHEN, JUNBO | | |
| | 18 | 2015116749 | WO | A1 | 2015-08-06 | CORNING INCORPORATED | | |
| | 19 | 2015120321 | WO | A1 | 2015-08-13 | NAIA HEALTH, INC. | | |
| | 20 | 2015150225 | WO | A1 | 2015-10-08 | KONINKLIJKE PHILIPS N.V. | | |
| | 21 | 2015174330 | WO | A1 | 2015-11-19 | MURATA MANUFACTURING CO., LTD. | | |
| | 22 | 2016002606 | WO | A1 | 2016-01-07 | MURATA MANUFACTURING CO., LTD. | | |
| | 23 | 2016006494 | WO | A1 | 2016-01-14 | MURATA MANUFACTURING CO., LTD. | | |
| | 24 | 2016006496 | WO | A1 | 2016-01-14 | MURATA MANUFACTURING CO., LTD. | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

Case 2:23-cv-00631-KKE    Document 136-7    Filed 12/11/24    Page 611 of 1155

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | |
|---|---|---|---|---|

| Application Number | |
|---|---|
| Filing Date | |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 373499.00059 |

| | 25 | 2016007560 | WO | A1 | 2016-01-14 | NAYA HEALTH, INC. | | |
|---|---|---|---|---|---|---|---|---|
| | 26 | 2016010524 | JP | A | 2016-01-21 | MURATA MFG CO LTD | | |
| | 27 | 2016014469 | WO | A1 | 2016-01-28 | EXPLORAMED NC7, LLC | | |
| | 28 | 2016014488 | WO | A1 | 2016-01-28 | EXPLORAMED NC7, LLC | | |
| | 29 | 105288759 | CN | A | 2016-02-03 | SHANGHAI NORMAL UNIVERSITY | | |
| | 30 | 2016024558 | WO | A1 | 2016-02-18 | MURATA MANUFACTURING CO., LTD. | | |
| | 31 | 2016039083 | WO | A1 | 2016-03-17 | MURATA MANUFACTURING CO., LTD. | | |
| | 32 | 2016104673 | WO | A1 | 2016-06-30 | MURATA MANUFACTURING CO., LTD. | | |
| | 33 | 2077868 | EP | B1 | 2016-07-27 | MEDELA HOLDING AG | | |
| | 34 | 2016164853 | WO | A1 | 2016-10-13 | NAYA HEALTH, INC. | | |
| | 35 | 1263487 | EP | B2 | 2016-11-23 | MEDELA HOLDING AG | | |

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | |
| --- | --- | --- | --- | --- |
| | | | Filing Date | |
| | | | First Named Inventor | Jonathan O'Toole |
| | | | Art Unit | |
| | | | Examiner Name | |
| | | | Attorney Docket Number | 373499.00059 |

| | 36 | 2017061349 | WO | A1 | 2017-04-13 | MURATA MANUFACTURING CO., LTD. | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 37 | 2017108555 | WO | A1 | 2017-06-29 | KONINKLIJKE PHILIPS N.V. | | |
| | 38 | 2017139480 | WO | A1 | 2017-08-17 | EXPLORAMED NC7, INC. | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
| --- | --- | --- | --- |
| | 1 | Whisper Wear Hands-Free Breast Pump, Model: WWPMP01, User Guide, pps. 1-20, Distributed with product at least as early as 2007 (see https://web.archive.org/web/20070621162539/http://www.whisperwear.com/pump_single.html) | |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

**EXAMINER SIGNATURE**

| Examiner Signature | /COURTNEY B FREDRICKSON/ | Date Considered | 05/22/2021 |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | |
|---|---|---|
| Application Number | | |
| Filing Date | | |
| First Named Inventor | Jonathan O'Toole | |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | 373499.00059 | |

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

✓ A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Mark D. Simpson/ | Date (YYYY-MM-DD) | 2021-03-16 |
|---|---|---|---|
| Name/Print | Mark D Simpson | Registration Number | 32942 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 |

**CONFIRMATION NO. 8801**

78905
Saul Ewing Arnstein & Lehr LLP (Philadelphia)
Attn: Patent Docket Clerk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

**PUBLICATION NOTICE**


*OC000000126826487*

**Title:** BREAST PUMP SYSTEM

**Publication No.** US-2021-0205516-A1
**Publication Date:** 07/08/2021

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| Application Number | 17203327 |
|---|---|
| Filing Date | 2021-03-16 |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | 3783 |
| Examiner Name | C. Fredrickson |
| Attorney Docket Number | 373499.00059 |

### U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5542921 | A | 1996-08-06 | MEYERS, et al. | |
| | 2 | 7833190 | B1 | 2010-11-16 | HALL | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

### U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20070135761 | A1 | 2007-06-14 | CHENG, et al. | |
| | 2 | 20170112983 | A1 | 2017-04-27 | THORNE, et al. | |
| | 3 | 20180333523 | A1 | 2018-11-22 | CHANG, et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

### FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

EFS Web 2.1.18

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 17203327 |
| Filing Date | | 2021-03-16 |
| First Named Inventor | | Jonathan O'Toole |
| Art Unit | | 3783 |
| Examiner Name | | C. Fredrickson |
| Attorney Docket Number | | 373499.00059 |

| | 1 | | | | | | |
|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button  [Add]

## NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button  [Add]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number 17203327 |
| | Filing Date 2021-03-16 |
| | First Named Inventor Jonathan O'Toole |
| | Art Unit 3783 |
| | Examiner Name C. Fredrickson |
| | Attorney Docket Number 373499.00059 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

✓ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

✓ See attached certification statement.

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Mark D. Simpson/ | Date (YYYY-MM-DD) | 2021-09-05 |
|---|---|---|---|
| Name/Print | Mark D. Simpson | Registration Number | 32942 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43688930 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 78905 |
| **Filer:** | Mark D. Simpson/Lynn White |
| **Filer Authorized By:** | Mark D. Simpson |
| **Attorney Docket Number:** | 373499.00059 |
| **Receipt Date:** | 05-SEP-2021 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 19:59:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 38945193_1.PDF | 1036985 <br> b95e06f961a7707355a4569740724478835 42e83 | no | 4 |

**Warnings:**

| Information: | |
|---|---|
| **Total Files Size (in bytes):** | 1036985 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | March 16, 2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Title | BREAST PUMP SYSTEM |
| Art Unit | 3783 |
| Examiner Name | Courtney B. Fredrickson |
| Attorney Docket Number | 373499-00059 |

### SIGNATURE of Applicant or Patent Practitioner

| | | | |
|---|---|---|---|
| Signature | /Kassity L. Mai/ | Date (Optional) | |
| Name | Kassity L. Mai | Registration Number | 68,774 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[X] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

**OR**

| 58249 |
|---|

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our agent(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

**Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:**

[X] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number: [                    ]

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |

| City | | State | | Zip | |
|---|---|---|---|---|---|
| Country | | | | | |
| Telephone | | Email | | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

| Chiaro Technology Limited |
|---|

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[X] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Hannah Brunskill* | Date (Optional) | September 13, 2021 |
|---|---|---|---|
| Name | Hannah Brunskill | | |
| Title | Head of Legal | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[X] Total of    1    forms are submitted.

Docket No.: 373499-00059
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| First Inventor: | Jonathan O'Toole | Confirmation No.: | 8801 |
| Application No.: | 17/203,327 | Group Art Unit: | 3783 |
| Filed: | March 16, 2021 | Examiner: | Courtney B. Fredrickson |
| For: | BREAST PUMP SYSTEM | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT/RESPONSE TO OFFICE ACTION UNDER 37 C.F.R. 1.111

In response to the non-final Office Action dated June 11, 2021, to which the deadline for responding is September 13, 2021 (September 11, 2021 being a Saturday), Applicant submits the following Amendments and Remarks, and respectfully requests reconsideration of the application in view thereof.

Any extensions of time necessary to prevent abandonment of this application are hereby petitioned for under 37 C.F.R. §1.136(a), and any additional fees required (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 50-1283.

**Amendments to the Claims** are reflected in the listing of the claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

Application No.: 17/203,327                                    Docket No.: 373499-00059

**IN THE CLAIMS:**

*Set forth below in ascending order, with status identifiers, is a complete listing of all claims currently under examination. Changes to any amended claims are indicated by [[double brackets]], ~~strikethrough~~ and/or <u>underlining</u>. This listing also reflects any cancellation and/or addition of claims.*

1.    (Currently Amended) A breast pump device that is configured as a self-contained, in-bra wearable device<u>, the breast pump device comprising</u>: ~~and that includes~~:

(i) a <u>pump</u> housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling ~~the~~ charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and <u>configured to generate</u> ~~generating~~ negative air pressure; ~~(e) a wireless data communications system powered by the rechargeable battery;~~ ([[f]]<u>e</u>) a <u>Universal Serial Bus</u> (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery<u>; and (f) a recess or cavity that defines an air pumping chamber</u>;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the <u>pump</u> housing<u>; and</u>

<u>(iv) a diaphragm that is configured to prevent milk from reaching the pump,</u>

<u>the diaphragm being seated against a diaphragm housing that is formed around an edge of the recess or cavity in the pump housing, the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel</u>.

2.    (Canceled)

3.    (Currently Amended) The breast pump device of Claim 1, in which the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto ~~the~~ <u>a</u> breast.

2

Application No.: 17/203,327                    Docket No.: 373499-00059

4.        (Currently Amended) The breast pump device of Claim 1, in which the breast shield is a one piece item that in use presents a single continuous surface to ~~the~~ a nipple and a breast.

5.-6.    (Canceled)

7.        (Currently Amended) The breast pump device of Claim 1, in which the breast shield has a top and bottom when positioned upright for normal use, and in which the breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

8.        (Currently Amended) The breast pump device of Claim 1, in which the breast shield is configured to slide in and out from the pump housing, together with the diaphragm that prevents milk from reaching the pump, on guide members in the breast shield.

9.        (Canceled)

10.      (Currently Amended) The breast pump device of Claim 1, in which the breast pump device includes only the breast shield and the milk container ~~two parts~~ that are directly removable from the pump housing in normal use or normal dis-assembly~~: the breast shield and the milk container~~.

11.      (Canceled)

12.      (Currently Amended) The breast pump device of Claim 1, in which the diaphragm is substantially circular and the diaphragm housing is substantially circular, and the diaphragm is configured to self-seal under the negative air pressure generated by the pump to the ~~a substantially circular~~ diaphragm housing~~holder that is part of the housing~~.

13.-14. (Canceled)

3

15.     (Previously Presented) The breast pump device of Claim 1, in which the milk container is substantially rigid.

16.     (Currently Amended) The breast pump device of Claim 1, in which the milk container is configured to attach to a lower part of the <u>pump</u> housing and to form a flat bottomed base for the <u>breast pump</u> device.

17.     (Currently Amended) The breast pump device of Claim 1, in which the milk container has a surface shaped to continue a curved shape of the <u>pump</u> housing, so that the <u>breast pump</u> ~~entire~~ device can be held comfortably inside <u>a</u> ~~the~~ bra.

18.     (Canceled)

19.     (Currently Amended) The breast pump device of Claim 1, in which the milk container is attachable to the <u>pump</u> housing with a <u>mechanical or magnetic</u> mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the <u>pump</u> housing with a single push action.

20.-22. (Canceled)

23.     (Currently Amended) The breast pump device of Claim 1, in which the nipple tunnel includes on [[its]]<u>a</u> lower surface <u>of the nipple tunnel</u> an opening through which expressed milk flows under gravity into the milk container.

24.-30. (Canceled)

31.     (New) The breast pump device of Claim 1, in which the diaphragm defines a milk-flow side chamber on one side of the diaphragm and an air-side chamber on the other side of the diaphragm.

4

32.    (New)  The breast pump device of Claim 1, in which the diaphragm is configured to self-seal under negative pressure around its outer edge, to form a watertight and airtight seal around the recess or cavity in the pump housing.

33.    (New)  The breast pump device of Claim 1, wherein the diaphragm housing is a first diaphragm housing, and the breast pump device further comprises a second diaphragm housing attached to the nipple tunnel and configured to define a milk-flow side chamber, the diaphragm being configured to be positioned between the <u>first</u> diaphragm housing  and the second diaphragm housing.

34.    (New)  The breast pump device of Claim 33, in which the diaphragm is configured to be releasably secured around an edge of the second diaphragm housing.

35.    (New)  The breast pump device of Claim 33, in which the second diaphragm housing is positioned, when the breast pump device is upright, over a top surface of the nipple tunnel.

36.    (New)  The breast pump device of Claim 33, in which the second diaphragm housing includes an air hole to transfer negative air pressure to the nipple tunnel.

37.    (New)  The breast pump device of Claim 33, in which the diaphragm is a flexible and generally circular diaphragm and the second diaphragm housing has a corresponding generally circular shape.

38.    (New)  The breast pump device of Claim 33, in which the second diaphragm housing is an integral part of the breast shield.

39.    (New)  The breast pump device of Claim 33, in which the diaphragm is configured to be attached around an edge of the second diaphragm housing.

40.    (New)  The breast pump device of Claim 33, in which the diaphragm is configured to seal, self-seal, self-energising seal or interference fit seal against the first diaphragm housing.

41.    (New)  The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm.

42.    (New)  The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm that, in a relaxed state, includes an inner raised area and a concentric outer raised area.

43.    (New)  The breast pump device of Claim 1, in which the milk container is configured to be pressed or pushed into engagement with the pump housing.

44.    (New)  The breast pump device of Claim 1, configured so that expressed milk flows under gravity through an opening in the nipple tunnel and into the milk container through a duck-bill valve that stays sealed when there is negative air pressure being applied by the pump to ensure that negative air pressure is not applied to the milk container.

45.    (New)  The breast pump device of Claim 1, in which the milk container comprises a curved surface that includes a flat area that serves as a base for the milk container.

46.    (New)  The breast pump device of Claim 1, in which the milk container has a curved surface configured to enable the breast pump device to be held comfortably in a bra.

47.    (New)  A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate

negative air pressure; and (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the housing; and

(iv) a membrane that is configured to define an air pumping chamber with a surface of the housing, the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

48.    (New)  A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a pump housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; and (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the pump housing; and

(iv) a diaphragm that is a membrane that forms an air pumping chamber with a diaphragm housing that is formed around a surface of the pump housing, the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

Application No.: 17/203,327                                  Docket No.: 373499-00059

## REMARKS

Upon entry to these amendments, claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-48 are pending in the present application.  In this response, claims 1, 3, 4, 7, 8, 10, 12, 16, 17, 19,  and 23 have been amended, and claims 2, 5, 6, 9, 11, 13, 14, 18, 20-22, and 24-30 have been cancelled, without prejudice or disclaimer. New claims 31-48 have been added. Applicant respectfully submits that these amendments and new claims introduce no new matter.  Based on the above Amendments and the following Remarks, Applicant respectfully requests that the Examiner reconsider and withdraw all outstanding rejections.

### Request for Interview

Applicant would appreciate the opportunity to discuss the present application in an interview with the Examiner following submission of these Amendments and Remarks and prior to the issuance of another action. Applicant's representative Kassity L. Mai can be reached at (202) 842-7853 to schedule an interview.

### Allowable Subject Matter

Applicant appreciates the Examiner's indication that previously presented claims 8 and 13 contain allowable subject matter.

### Claim Objection

The objection of claim 14 is moot in view of the cancelation of claim 14.

### Claim Interpretation – 35 USC § 112(f)

The Office Action states that the previous wording of claim 19 invoked 35 U.S.C. 112(f). While Applicant disagrees, Applicant has amended claim 19 to recite "a mechanical or magnetic mechanism" and respectfully submits that the amended claim does not invoke 35 U.S.C. 112(f).

### Claim Rejections – 35 USC § 112(b) and (d)

Claims 3, 7-8, 13-14, 21, and 27 stand rejected under 35 U.S.C. 112(b), as being indefinite. Claim 24 stands rejected under 35 U.S.C. 112(d), fourth paragraph, as being improper. In response,

8

Applicant has amended claims 3 and 7 to address the concerns raised in the Office Action. Applicant has not amended dependent claim 8, but nonetheless note that the antecedent basis for the term "diaphragm" is now provided in amended independent claim 1. Applicant has canceled the remaining claims, and therefore the rejections of those claims are now moot.

      For at least the foregoing reasons, Applicant submits that the claims are not indefinite or improper and respectfully requests withdrawal of the rejections under 35 U.S.C. 112.

### *Claim Rejections – 35 USC § 103*

      Claims 1, 4-7, 11-12, 14, and 17-20 stand rejected under 35 U.S.C. 103 as allegedly being unpatentable over U.S. Publication No. 2013/0023821 to Khalil (*Khalil*) in view of U.S. Publication No. 2017/0072118 to Makower (*Makower*) further in view of U.S. Publication No. 2011/0009824 to Yodfat (*Yodfat*). Claim 2 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2007/0179439 to Vogelin (*Vogelin*). Claim 3 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2018/0028733 to Rigert (*Rigert*). Claim 9 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2016/0220745 to Guthrie (*Guthrie*). Claim 10 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2016/0325031 to Miller (*Miller*). Claim 15 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2016/0296682 to Phillips (*Phillips*). Claim 16 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Patent No. 7,662,018 to Thompson (*Thompson*). Claim 21 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of *Phillips* and further in view of U.S. Publication No. 2016/0220743 to Guthrie (*Guthrie '743*). Claims 26 and 27 stand rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2016/0206794 to Makower (*Makower '794*). Claim 28 stands rejected under 35

**Application No.:** 17/203,327                                    **Docket No.:** 373499-00059

U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2017/0043065 to Takeuchi (*Takeuchi*). Claim 29 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of *Makower '794* in further view of U.S. Publication No. 2014/0031744 to Chen (*Chen*) and in view of U.S. Patent No. 6,227,936 to Mendoza (*Mendoza*). Claim 30 stands rejected under 35 U.S.C. 103 as allegedly being unpatentable over *Khalil* in view of *Makower* further in view of *Yodfat* in further view of U.S. Publication No. 2009/0281485 to Baker (*Baker*).

Without acquiescing to the rejection of claim 1, Applicant has amended claim 1. Specifically, Applicant has amended independent claim 1 to recite, in part: "A breast pump device … comprising: … a diaphragm that is configured to prevent milk from reaching the pump, the diaphragm being seated against a diaphragm housing that is formed around an edge of the recess or cavity in the pump housing [that defines an air pumping chamber], the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." *Khalil* in view of *Makower* and *Yodfat* fail to disclose or suggest at least a diaphragm that is configured to prevent milk from reaching a pump where the diaphragm is seated against a diaphragm housing that is formed around an edge of a recess or cavity in the pump housing that defines an air pumping chamber. For at least these reasons, Applicant respectfully requests that the rejections of independent claim 1 and its dependent claims (including new dependent claims 31-46) be withdrawn.

### *Double Patenting Rejections*

Claims 1-7 and 9-31 stand rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-35 of U.S. Patent No. 10,926,011 in view of *Khalil*, *Makower* and *Yodfat*. Claims 1-7 and 9-30 stand rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-28 of U.S. Patent No. 10,881,766 in view of *Khalil* and *Yodfat*. Claims 1-12 and 14-30 stand rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1 and 20 of co-pending U.S. Application No. 17/181,057 in view of *Yodfat*.

10

Application No.: 17/203,327                              Docket No.: 373499-00059

Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-31 of co-pending U.S. Application No. 17/203,397 in view of *Yodfat*. Claims 1-7, 9-12 and 14-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1 and 9 of co-pending U.S. Application No. 17/203,384 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-31 of co-pending U.S. Application No. 17/203,355 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-31 of co-pending U.S. Application No. 17/203,418 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1, 14 and 16-29 of co-pending U.S. Application No. 17/203,313 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-30 of co-pending U.S. Application No. 17/203,292 in view of *Yodfat*. Claims 1-7, 8-12 and 14-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1, 15, 18-19 and 21-30 of co-pending U.S. Application No. 17/203,259 in view of *Yodfat*. Claims 1-6, 7-12 and 14-31 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1 and 6 of co-pending U.S. Application No. 17/203,216 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-30 of co-pending U.S. Application No. 17/203,179 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-30 of co-pending U.S. Application No. 17/203,150 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1 and 19-30 of co-pending U.S. Application No. 17/203,109 in view of *Yodfat*. Claims 1-30 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1-30 of co-pending U.S. Application No. 17/203,050 in view of *Yodfat*. Claims 1-7, 9-12 and 14-31 are provisionally rejected on the ground of nonstatutory double patenting as allegedly being unpatentable over claims 1 and 11 of co-pending U.S. Application No. 17/203,079 in view of *Yodfat*.

In response, Applicant indicates that the nonstatutory double patenting rejections will be addressed and Applicant will consider filing a terminal disclaimer once all the claims are indicated to be allowable.

### *New Claims 47 and 48*

New independent claims 47 and 48 have been added. While the Examiner has yet to have the opportunity to examine these claims, Applicant respectfully submits that these independent claims are also patentable over *Khalil* in view of *Makower* and *Yodfat* applied against independent claim 1. In particular, independent claim 47 recites, in part, "A breast pump device … comprising: … a membrane that is configured to define an air pumping chamber with a surface of the housing, the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." Independent claim 48 recites, in part, "A breast pump device … comprising: … a diaphragm that is a membrane that forms an air pumping chamber with a diaphragm housing that is formed around a surface of the pump housing, the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." *Khalil* in view of *Makower* and *Yodfat* fail to disclose or suggest at least these recitations of independent claims 47 and 48. Accordingly, for at least this reason, Applicant respectfully submits that new independent claims 47 and 48 are allowable.

**Application No.:** 17/203,327                                   **Docket No.:** 373499-00059

## CONCLUSION

In view of the foregoing, Applicant respectfully submits that no further impediments exist to the allowance of this application and, therefore, requests an indication of allowability. However, the Examiner is requested to call the undersigned if any questions or comments arise.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§1.16, 1.17, and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 50-1283.

Dated:  September 13, 2021                              Respectfully submitted,
                                                        COOLEY LLP

**USPTO CUSTOMER NO. 58249**
                                          By:    /Kassity L. Mai/
COOLEY LLP                                       Kassity L Mai
ATTN: IP Docketing Department                    Reg. No. 68,774
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

Tel: (202) 842-7853
Fax: (202) 842-7899

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43751421 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 78905 |
| **Filer:** | Kassity L. Mai/Jennifer Scott |
| **Filer Authorized By:** | Kassity L. Mai |
| **Attorney Docket Number:** | 373499.00059 |
| **Receipt Date:** | 13-SEP-2021 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 17:27:21 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | Chiaro_82A.pdf | 195832<br>c9e5aae381c5d01ce16517d3d397350a912da05f | no | 1 |

**Warnings:**

**Information:**

| 2 | Power of Attorney | Chiaro_82B.PDF | 207550<br><br>748729d67a900cc5147ab7257013ab83357a51f6 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

The PDF file has been signed with a digital signature and the legal effect of the document will be based on the contents of the file not the digital signature.

**Information:**

| 3 | | 373499_00059_Amendment.PDF | 196022<br><br>f585ea1961a5c88e9da5022306db5067f2a674f6 | yes | 13 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 13 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 599404 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 17/203,327 | Filing Date 03/16/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☑ SMALL   ☐ MICRO

### APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | x  $50  = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | x  $240  = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 09/13/2021 | | | | | | |
| | Total (37 CFR 1.16(i)) | * 30 | Minus | ** 30 | = 0 | x  $50  = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x  $240  = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x  $0  = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x  $0  = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| | |
|---|---|
| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ZETA T ADAMS/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

 Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 |

**CONFIRMATION NO. 8801**

58249
COOLEY LLP
ATTN: IP Docketing Department
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

**POA ACCEPTANCE LETTER**



Date Mailed: 09/17/2021

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/13/2021.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ylueng/
_____

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 |

**CONFIRMATION NO. 8801**
**POWER OF ATTORNEY NOTICE**

78905
Saul Ewing Arnstein & Lehr LLP (Philadelphia)
Attn: Patent Docket Clerk
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186


*OC000000128417710*

Date Mailed: 09/17/2021

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/13/2021.

- The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ylueng/

_____

Docket No.: 373499-00059
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| First Inventor: | Jonathan O'Toole | Confirmation No.: | 8801 |
| --- | --- | --- | --- |
| Application No.: | 17/203,327 | Group Art Unit: | 3783 |
| Filed: | March 16, 2021 | Examiner: | Courtney B. Fredrickson |
| For: | BREAST PUMP SYSTEM | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### SUPPLEMENTAL RESPONSE

In response to the non-final Office Action dated June 11, 2021, and in addition to the Amendment filed on September 13, 2021, Applicant submits the following supplemental Amendments and Remarks, and respectfully requests reconsideration of the application in view thereof.

Any extensions of time necessary to prevent abandonment of this application are hereby petitioned for under 37 C.F.R. §1.136(a), and any additional fees required (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 50-1283.

**Amendments to the Claims** are reflected in the listing of the claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

Error! Unknown document property name.

**Application No.:** 17/203,327                    **Docket No.:** 373499-00059

**IN THE CLAIMS:**

*Set forth below in ascending order, with status identifiers, is a complete listing of all claims currently under examination. This listing shows changes against the claims as presented in the Amendments filed September 13, 2021. Changes to any amended claims are indicated by [[double brackets]], ~~strikethrough~~ and/or underlining. This listing also reflects any cancellation and/or addition of claims.*

1.    (Currently Amended) A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a pump housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; and (f) a recess or cavity that defines an air pumping chamber;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the pump housing; and

(iv) a diaphragm that is configured to prevent milk from reaching the pump,

the diaphragm being seated against a diaphragm housing that is <u>fixably coupled to</u> ~~formed around an edge of the recess or cavity in~~ the pump housing, the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

2.    (Canceled)

3.    (Previously Presented) The breast pump device of Claim 1, in which the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast.

**Application No.:** 17/203,327                    **Docket No.:** 373499-00059

4.      (Previously Presented) The breast pump device of Claim 1, in which the breast shield is a one piece item that in use presents a single continuous surface to a nipple and a breast.

5.-6.    (Canceled)

7.      (Previously Presented) The breast pump device of Claim 1, in which the breast shield has a top and bottom when positioned upright for normal use, and in which the breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

8.      (Previously Presented) The breast pump device of Claim 1, in which the breast shield is configured to slide in and out from the pump housing, together with the diaphragm that prevents milk from reaching the pump, on guide members in the breast shield.

9.      (Canceled)

10.      (Previously Presented) The breast pump device of Claim 1, in which the breast pump device includes only the breast shield and the milk container that are directly removable from the pump housing in normal use or normal dis-assembly.

11.      (Canceled)

12.      (Previously Presented) The breast pump device of Claim 1, in which the diaphragm is substantially circular and the diaphragm housing is substantially circular, and the diaphragm is configured to self-seal under the negative air pressure generated by the pump to the diaphragm housing.

13.-14. (Canceled)

**Application No.:** 17/203,327                                    **Docket No.:** 373499-00059

15.     (Previously Presented) The breast pump device of Claim 1, in which the milk container is substantially rigid.

16.     (Previously Presented) The breast pump device of Claim 1, in which the milk container is configured to attach to a lower part of the pump housing and to form a flat bottomed base for the breast pump device.

17.     (Previously Presented) The breast pump device of Claim 1, in which the milk container has a surface shaped to continue a curved shape of the pump housing, so that the breast pump device can be held comfortably inside a bra.

18.     (Canceled)

19.     (Previously Presented) The breast pump device of Claim 1, in which the milk container is attachable to the pump housing with a mechanical or magnetic mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the pump housing with a single push action.

20.-22. (Canceled)

23.     (Previously Presented) The breast pump device of Claim 1, in which the nipple tunnel includes on a lower surface of the nipple tunnel an opening through which expressed milk flows under gravity into the milk container.

24.-30. (Canceled)

31.     (Previously Presented)      The breast pump device of Claim 1, in which the diaphragm defines a milk-flow side chamber on one side of the diaphragm and an air-side chamber on the other side of the diaphragm.

**Application No.:** 17/203,327                                    **Docket No.:** 373499-00059

32.    (Previously Presented)    The breast pump device of Claim 1, in which the diaphragm is configured to self-seal under negative pressure around its outer edge, to form a watertight and airtight seal around the recess or cavity in the pump housing.

33.    (Previously Presented)    The breast pump device of Claim 1, wherein the diaphragm housing is a first diaphragm housing, and the breast pump device further comprises a second diaphragm housing attached to the nipple tunnel and configured to define a milk-flow side chamber, the diaphragm being configured to be positioned between the first diaphragm housing and the second diaphragm housing.

34.    (Previously Presented)    The breast pump device of Claim 33, in which the diaphragm is configured to be releasably secured around an edge of the second diaphragm housing.

35.    (Previously Presented)    The breast pump device of Claim 33, in which the second diaphragm housing is positioned, when the breast pump device is upright, over a top surface of the nipple tunnel.

36.    (Previously Presented)    The breast pump device of Claim 33, in which the second diaphragm housing includes an air hole to transfer negative air pressure to the nipple tunnel.

37.    (Previously Presented) The breast pump device of Claim 33, in which the diaphragm is a flexible and generally circular diaphragm and the second diaphragm housing has a corresponding generally circular shape.

38.    (Previously Presented) The breast pump device of Claim 33, in which the second diaphragm housing is an integral part of the breast shield.

39.    (Previously Presented) The breast pump device of Claim 33, in which the diaphragm is configured to be attached around an edge of the second diaphragm housing.

**Application No.:** 17/203,327                    **Docket No.:** 373499-00059

40.    (Previously Presented)    The breast pump device of Claim 33, in which the diaphragm is configured to seal, self-seal, self-energising seal or interference fit seal against the first diaphragm housing.

41.    (Previously Presented)    The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm.

42.    (Previously Presented)    The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm that, in a relaxed state, includes an inner raised area and a concentric outer raised area.

43.    (Previously Presented) The breast pump device of Claim 1, in which the milk container is configured to be pressed or pushed into engagement with the pump housing.

44.    (Previously Presented)    The breast pump device of Claim 1, configured so that expressed milk flows under gravity through an opening in the nipple tunnel and into the milk container through a duck-bill valve that stays sealed when there is negative air pressure being applied by the pump to ensure that negative air pressure is not applied to the milk container.

45.    (Previously Presented)    The breast pump device of Claim 1, in which the milk container comprises a curved surface that includes a flat area that serves as a base for the milk container.

46.    (Previously Presented)    The breast pump device of Claim 1, in which the milk container has a curved surface configured to enable the breast pump device to be held comfortably in a bra.

47.    (Currently Amended) A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

6

**Application No.:** 17/203,327                    **Docket No.:** 373499-00059

(i) a housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; and (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the housing; and

(iv) a membrane that is configured to define an air pumping chamber <u>at least in part</u> with [[a]]<u>an external</u> surface of the housing, the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

48.    (Currently Amended) A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a pump housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; and (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the pump housing; and

(iv) a diaphragm that is a membrane that forms an air pumping chamber <u>at least in part</u> with ~~a diaphragm housing that is formed around a~~ <u>an external</u> surface of the pump housing, the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

7

**Application No.:** 17/203,327                                    **Docket No.:** 373499-00059

## REMARKS

Upon entry to these amendments, claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-48 are pending in the present application. In this response, independent claims 1, 47, and 48 have been amended. In the Amendments filed September 13, 2021, claims 1, 3, 4, 7, 8, 10, 12, 16, 17, 19, and 23 were amended; claims 2, 5, 6, 9, 11, 13, 14, 18, 20-22, and 24-30 were cancelled, without prejudice or disclaimer; and claims 31-48 were added. Applicant respectfully submits that these amendments introduce no new matter. Based on the above Amendments and the following Remarks, Applicant respectfully requests that the Examiner reconsider and withdraw all outstanding rejections.

### *Examiner Interview*

The undersigned thanks Examiner Courtney B. Fredrickson for conducting a telephonic interview with Applicant's representatives Kassity L. Mai and C. Scott Talbot on September 23, 2021. During the interview, Applicant's representatives and Examiner Fredrickson discussed potential amendments to the claims, as reflected in the claim amendments presented herein. Specifically, Applicant's representatives and Examiner Fredrickson discussed and agreed that U.S. Publication No. 2013/0023821 to Khalil (*Khalil*) does not disclose at least a diaphragm that is seated against a diaphragm housing that is fixably coupled to the pump housing nor a diaphragm or membrane that is configured to define an air pumping chamber at least in part with an external surface of the housing. As such, Examiner Fredrickson agreed that such amendments should overcome the current obviousness rejections of record.

### *Claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-48 are Allowable over Khalil in view of Makower and Yodfat*

Independent claim 1 has been amended to recite, in part: "A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: … (iv) a diaphragm that is configured to prevent milk from reaching the pump, the diaphragm being seated against a diaphragm housing that is fixably coupled to the pump housing, the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." Independent claim 47 has been amended to recite, in

**Application No.:** 17/203,327                               **Docket No.:** 373499-00059

part: "A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: ... a membrane that is configured to define an air pumping chamber at least in part with an external surface of the housing, the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." And independent claim 48 has been amended to recite, in part: "A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising: ... a diaphragm that is a membrane that forms an air pumping chamber at least in part with an external surface of the pump housing, the diaphragm deforming in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel." For at least the reasons discussed during the interview with Examiner Fredrickson, Applicant respectfully submits that independent claims 1, 47, and 48 (and dependent claims 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-46 dependent on independent claim 1) are allowable over *Khalil* in view of U.S. Publication No. 2017/0072118 to Makower (*Makower*) and U.S. Publication No. 2011/0009824 to Yodfat (*Yodfat*).

**Application No.:** 17/203,327                                    **Docket No.:** 373499-00059

### CONCLUSION

In view of the foregoing, Applicant respectfully submits that no further impediments exist to the allowance of this application and, therefore, requests an indication of allowability. However, the Examiner is requested to call the undersigned if any questions or comments arise.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§1.16, 1.17, and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 50-1283.


Dated:  September 27, 2021                         Respectfully submitted,
                                                   COOLEY LLP

**USPTO CUSTOMER NO. 58249**
                                        By:    /Kassity L. Mai/
COOLEY LLP                                     Kassity L Mai
ATTN: IP Docketing Department                  Reg. No. 68,774
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

Tel: (202) 842-7853
Fax: (202) 842-7899

10

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43874449 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Customer Number:** | 58249 |
| **Filer:** | Kassity L. Mai/Julie Chandler |
| **Filer Authorized By:** | Kassity L. Mai |
| **Attorney Docket Number:** | 373499.00059 |
| **Receipt Date:** | 27-SEP-2021 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 16:26:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | ELVI_002_16US_Supplemental _Amendment.pdf | 192623 <br> f919e430f9502ddc844336283d6fa283642f 779c | yes | 10 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Supplemental Response or Supplemental Amendment | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 10 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 192623 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** Substitute for Form PTO-875 | Application or Docket Number 17/203,327 | Filing Date 03/16/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☑ SMALL   ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | | RATE ($) | FEE ($) |
|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | | x  $50 = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | | x  $240 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| AMENDMENT | 09/27/2021 | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 30 | Minus | ** 30 | = 0 | x  $50 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x  $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x  $0 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x  $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | SLIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /MONIQUE BENJAMIN/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 373499.00059 | 8801 |

58249          7590          09/28/2021
COOLEY LLP
ATTN: IP Docketing Department
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

| EXAMINER |
|---|
| FREDRICKSON, COURTNEY B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/28/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

zIPPatentDocketingMailboxUS@cooley.com

PTOL-90A (Rev. 04/07)

| ***Applicant-Initiated Interview Summary*** | Application No.<br>17/203,327 | Applicant(s)<br>O'TOOLE et al. | | |
|---|---|---|---|---|
| | Examiner<br>COURTNEY<br>FREDRICKSON | Art<br>Unit<br>3783 | AIA (First Inventor<br>to File) Status<br>Yes | Page<br>1 of 2 |

| **All Participants** (applicant, applicants representative, PTO personnel) | **Title** | **Type** |
|---|---|---|
| COURTNEY FREDRICKSON | Examiner | Telephonic |
| Kassity Mai | Attorney | |
| Scott Talbot | Attorney | |

**Date of Interview:** 23 September 2021

**Issues Discussed:**

**Other**

The amendment filed on 9/13/2021 was discussed. The examiner indicated that the amendment to claim 1 appeared to raise both 112(a) and (b) issues due to the "formed around an edge of the recess or cavity in the pump housing" language. The examiner indicated it wasn't understood what "formed around " means and, depending on the interpretation, Khalil appears to still be capable of being used as a teaching reference. The examiner indicated that the configuration of the diaphragm housing 19B in fig. 4 of the drawings which is a recess in the rear surface of the housing was unique relative to the prior art. The examiner asked if the diaphragm holder 19B is fixed to the housing and cannot be removed which applicant confirmed. The examiner indicated that an amendment indicating that the diaphragm housing is fixed to a surface of the pump housing would be sufficient to distinguish the claims over Khalil. With respect to claim 47, the examiner indicated that the claim was not sufficient to differentiate over Khalil and recommended further defining "a surface of the housing". It was recommended to clarify that the surface is an exterior surface of the housing. With respect to claim 48, the examiner indicated that the claim language did not appear sufficient to overcome Khalil for similar reasons as discussed with respect to claim 1. Applicant indicated they would confer with the inventor and file a supplemental amendment shortly.

☑ Attachment

| /COURTNEY B FREDRICKSON/<br>Examiner, Art Unit 3783 | /NATHAN R PRICE/<br>Supervisory Patent Examiner, Art Unit 3783 |
|---|---|

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

| *Applicant-Initiated Interview Summary* | Application No. 17/203,327 | Applicant(s) O'TOOLE et al. | | |
|---|---|---|---|---|
| | Examiner COURTNEY FREDRICKSON | Art Unit 3783 | AIA (First Inventor to File) Status Yes | Page 2 of 2 |

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

**Agenda for Telephone Interview**
**September 23, 2021; 10:00 AM ET**
**By e-mail – courtney.fredrickson@uspto.gov**

I.    PTO Representative – Examiner Courtney Fredrickson

II.   Applicants' Representatives: Kassity Mai (Reg. No. 68,774), Scott Talbot (Reg. No. 34,262)

III.  Discussion of following patent applications:

a.    U.S. Patent Application No. 17/203,050 (Attorney Docket No. ELVI-002/07US)

b.    U.S. Patent Application No. 17/203,327 (Attorney Docket No. ELVI-002/16US)

c.    U.S. Patent Application No. 17,203/109 (Attorney Docket No. ELVI-002/09US)

d.    U.S. Patent Application No. 17/203,292 (Attorney Docket No. ELVI-002/14US)

e.    U.S. Patent Application No. 17/203,313 (Attorney Docket No. ELVI-002/15US)

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| Complete if Known | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | March 16, 2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | Courtney B. FREDRICKSON |
| Attorney Docket Number | ELVI-002/16US |

| Sheet | | 1 | of | | 3 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-7666162 | 02-23-2010 | RENZ; Charles J. et al. | |
| | 002 | US-8608685 | 12-17-2013 | TASHIRO; Mitsuo et al. | |
| | 003 | US-10881766 | 01-05-2021 | O'TOOLE; Jonathan et al. | |
| | 004 | US-10926011 | 02-23-2021 | O'TOOLE; Jonathan et al. | |
| | 005 | US-20040087898 | 05-06-2004 | WENIGER; Gotthilf | |
| | 006 | US-20090281485 | 11-12-2009 | BAKER; Peter Christensen et al. | |
| | 007 | US-20100292636 | 11-18-2010 | RENZ; Charles J. et al. | |
| | 008 | US-20120165729 | 06-28-2012 | CUDWORTH; Nicholas | |
| | 009 | US-20140263611 | 09-18-2014 | BAUER; Ryan | |
| | 010 | US-20160228625 | 08-11-2016 | HOLTZ; Raymond et al. | |
| | 011 | US-20180110900 | 04-26-2018 | KORENFELD; Michael S. | |
| | 012 | US-20210170080 | 06-10-2021 | O'TOOLE; Jonathan et al. | |
| | 013 | US-20210196873 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 014 | US-20210196874 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 015 | US-20210196875 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 016 | US-20210196876 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 017 | US-20210205511 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 018 | US-20210205512 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 019 | US-20210205513 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 020 | US-20210205514 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 021 | US-20210205515 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 022 | US-20210205517 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 023 | US-20210205518 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 024 | US-20210228789 | 07-29-2021 | O'TOOLE; Jonathan et al. | |
| | 025 | US-20210268158 | 09-02-2021 | O'TOOLE; Jonathan et al. | |

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | March 16, 2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet    2    of    3 | Attorney Docket Number | ELVI-002/16US |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | 026 | CN-101549180-A | 10-07-2009 | PIGEON CORP [JP] | Corresponds to US8608685 | ☒ |
| | 027 | EP-0503280-A2 | 09-16-1992 | PIERBURG GMBH [DE] | | ☒ |
| | 028 | GB-2435617-B | 03-05-2008 | PLAYTEX PRODUCTS INC [US] | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | March 16, 2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet    3    of    3 | Attorney Docket Number | ELVI-002/16US |

| NON-PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
| | 029 | GB Search Report, dated 15 November 2017, issued in priority GB Application No. GB1709561.3. | ☐ |
| | 030 | GB Search Report, dated 28 November 2017, issued in priority GB Application No. GB1709566.2. | ☐ |
| | 031 | GB Search Report, dated 29 November 2017, issued in priority GB Application No. GB1709564.7. | ☐ |
| | 032 | International Search Report issued in PCT/GB2018/051659 dated December 4, 2018, 9 pages. | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

# Bibliographic data

| | |
|---|---|
| **Title:** | Breast pump |
| **Pub/Pat no:** | CN101549180A |
| **Pub/Issue Date:** | 2009-10-07 |
| **Inventor(s):** | MITSUO TASHIRO[JP]| SHINICHI KATAOKA[JP]|TASHIRO MITSUO |KATAOKA SHINICHI |
| **Applicant(s):** | PIGEON CORP[JP] |
| **Classification:** | A61M1/06AI |
| **Application number:** | CN200910134014 2009-04-03 |
| **Priority number:** | JP20080098492 2008-04-04; |

### Abstract of CN101549180A

A breast pump can be configured to be capable of easily attaching/detaching a primary side serving as a sealed space which is in communication with a milking space and allows the passage of breast milk, with a secondary side in which a case is connected with a pressure changing apparatus 51. The breast pump can include a breast pump main body 21 connected to the pressure changing apparatus by a conduit, wherein a milking part is disposed so as to liquid-tightly separate a sealed space (or a space that is in fluid communication with the sealed space), and the pressure changing apparatus from each other. A pressure transmission part 30 for transmitting pressure changed by the pressure changing apparatus can be provided. The pressure transmission part can include a deformable part 32 where a volume in the sealed space can be deformed by a pressure fluctuation generated by the pressure changing apparatus. A case 31 can accommodate the deformable part and be connected with the pressure changing apparatus at one end, and the other end of the case can include attachment structure 33 for communicably attaching/detaching the case with the portion of the milking part that forms the sealed space.

[19] 中华人民共和国国家知识产权局

[51] Int. Cl.

A61M 1/06 (2006.01)



[12] 发明专利申请公布说明书

[21] 申请号 200910134014.1

[43] 公开日 2009 年 10 月 7 日

[11] 公开号 CN 101549180A

[22] 申请日 2009.4.3
[21] 申请号 200910134014.1
[30] 优先权
　　[32] 2008. 4. 4　[33] JP　[31] 2008 - 098492
[71] 申请人　贝亲株式会社
　　地址　日本东京都
[72] 发明人　田代光雄　片冈信一

[74] 专利代理机构　北京市金杜律师事务所
　　代理人　陈　伟

权利要求书 2 页　说明书 16 页　附图 9 页

[54] 发明名称
　　吸奶器

[57] 摘要

　　本发明提供一种吸奶器，能够容易地对与吸奶空间连通的母乳所通过的密闭空间即一次侧和与压力改变机构连接的壳体所存在的一侧即二次侧进行装拆。吸奶器具有吸奶器主体(21)和压力改变机构(51)，吸奶部具有用于传递通过所述压力改变机构被改变的压力的压力传递部(30)，该压力传递部将密闭空间或与其连通的空间和所述压力改变机构液密地分离。所述压力传递部具有：变形部(32)，该变形部使所述密闭空间或与该密闭空间连通的空间内所占的体积或容积因所述压力改变机构所产生的压力变化而变形；壳体(31)，用于收容该变形部，并且一端与所述压力改变机构侧连接，在该壳体的另一端，具有用于以能够连通的方式对该壳体内和所述密闭空间进行装拆的装拆机构(33)。



权 利 要 求 书

1. 一种吸奶器，具有：与使用者的乳房抵接的大致圆锥状的吸奶部；包含所述吸奶部、以连通的方式与瓶进行装拆的吸奶器主体；与所述吸奶部连接，交替地产生负压状态以及比该负压状态压力高的至少大气压状态的压力改变机构，其特征在于，

具有用于传递通过所述压力改变机构被改变的压力的压力传递部，该压力传递部被配置成，当所述吸奶部进行吸奶时，将因抵接使用者的乳房而形成的密闭空间或与该密闭空间连通的空间和所述压力改变机构液密地分离，

所述压力传递部具有：变形部，该变形部使所述密闭空间或与该密闭空间连通的空间内所占的体积或容积因所述压力改变机构所产生的压力变化而变形；壳体，用于收容该变形部，并且一端与所述压力改变机构侧连接，

在该壳体的另一端，具有用于以能够连通的方式对该壳体内和所述密闭空间进行装拆的装拆机构。

2. 如权利要求1所述的吸奶器，其特征在于，所述壳体是在内部收容了所述变形部的筒状体，在该筒状体上具有作为所述装拆机构的、从与所述另一端对应的端部突出的管状突出部，而在所述密闭空间中，具有在该空间内延伸的筒状连接部，使所述筒状连接部的内径比所述壳体侧的所述管状突出部的外径稍大，由此，将所述管状突出部插入所述筒状连接部，成为所述壳体和所述密闭空间被气密接合的结构。

3. 如权利要求2所述的吸奶器，其特征在于，所述壳体的所述管状突出部的周边为平坦的底部，在所述吸奶器主体的所述筒状连接部的开口周边形成有平坦的接触面部，将所述管状突出部插入所述筒状连接部，将所述壳体的所述平坦的底部推入至与所述平坦的接触面部抵接的位置，由此，成为所述壳体和所述密闭空间气密接合的结构。

4. 如权利要求 3 所述的吸奶器，其特征在于，所述筒状连接部以在将所述吸奶器主体载置在所述瓶上的状态下、向瓶下方大致垂直延伸的方式形成，并且，所述管状突出部向前端逐渐变细。

5. 如权利要求 1～4 的任一项所述的吸奶器，其特征在于，具有盖部件，该盖部件将收纳所述变形部的所述壳体的一端侧覆盖，并且，与作为所述压力改变机构的负压形成机构连接的管相对于该盖部件装拆，所述盖部件具有卡定机构，在所述壳体和所述密闭空间被接合的状态下，所述卡定机构用于在将所述盖部件安装在所述壳体的一端侧的位置上，将该盖部件相对于所述吸奶器主体的所述密闭空间侧进行卡定。

6. 如权利要求 5 所述的吸奶器，其特征在于，所述卡定机构设置在所述盖部件的周缘部，该卡定机构相对于从所述吸奶器主体侧向上方突出的支承机构被卡定。

7. 如权利要求 5 所述的吸奶器，其特征在于，使从所述盖部件的周缘部延伸的卡定机构相对于在所述吸奶器主体的所述筒状连接部的开口周边所设置的接触面部的周缘部进行卡定。

吸奶器

技术领域

本发明涉及用于吸取母乳的吸奶器的改进。

背景技术

供母亲等吸取母乳使用的吸奶器，例如具有用于与乳房抵接的喇叭部、和用于在因乳房抵接该喇叭部而形成的空间中产生负压的泵等的负压形成机构。被吸引到负压空间的母乳流入瓶中而被贮存，负压形成空间和所述泵通过连接机构连接（参照专利文献1）。

在这样的吸奶器中，被收容在设置于所述连接机构的外壳中的阀体根据母乳液面的上升而可动，从而阻塞向负压形成机构即所述泵侧的开口。由此，能够防止母乳回流到负压形成机构即泵侧，并能够防止机械结构生锈及被污染。另外，即使在负压形成机构不是由泵等的机械构造构成、而是由杆等的手动机构构成的情况下，也能够避免因母乳回流到该杆等而沾污使用者的手等不良情况。

但是，在这样的吸奶器中，设置在所述连接机构上的、将所述负压空间和所述泵侧连通的开口，是会因阀体的动作而被阻塞的构造。

因此，负压空间和泵侧无法成为始终完全地液密分离的构造，即使阀体将所述开口阻塞，也存在着母乳本身以及随负压成为雾状的母乳等从微小的间隙回流到泵侧的危险。

因此，可能会造成泵的机械部分污损、杂菌繁殖，在手动的负压形成机构中也同样存在着污损和不卫生的问题。

因此，本申请中提出了专利文献2所示的吸奶器。

该吸奶器中具有压力传递部，该压力传递部被配置成，当吸奶部进行吸奶时，能够将因与使用者的乳房抵接而形成的密闭空间、

4

或与该密闭空间连通的空间和所述压力改变机构液密地分离，该压力传递部用于传递被所述压力改变机构改变了的压力，所述压力传递部具有变形部，该变形部在所述密闭空间或与该密闭空间连通的空间内所占的体积或容积因所述压力改变机构的动作而变化。

因此，由于压力传递部将形成于所述吸奶部的所述密闭空间和泵等的压力改变机构完全液密分离，因而能够有效地防止吸取出的母乳从所述密闭空间侧回流到所述压力改变机构。其结果是，能够有效地防止压力改变机构侧接触母乳而产生腐蚀和破损，或是被污染成为不卫生的状态。

专利文献1：日本特开平 11-226117

专利文献2：日本特开 2006-102220

但是，在专利文献 2 的吸奶器中，虽然能够实现将与吸奶空间连通的母乳所通过的密闭空间即一次侧和与压力改变机构连接的壳体所存在的一侧即二次侧液密分离的结构，但它们在构造上是相互结合的构造。

因此，在搬运时、收纳时等，一次侧的构造和二次侧的构造是结合的，因而产生了操作、清洁时等不方便的另外的问题。

## 发明内容

因此，本发明的目的在于提供一种吸奶器，能够容易地对与吸奶空间连通的母乳所通过的密闭空间即一次侧和与压力改变机构连接的壳体所存在的一侧即二次侧进行装拆，并能够使清洁等的操作变得极其容易。

上述目的在第一发明中是通过如下所述的吸奶器实现的，吸奶器具有：与使用者的乳房抵接的大致圆锥状的吸奶部；包含所述吸奶部、以连通的方式与瓶进行装拆的吸奶器主体；与所述吸奶部连接，交替地产生负压状态以及比该负压状态压力高的至少大气压状态的压力改变机构，其中，具有用于传递通过所述压力改变机构被改变的压力的压力传递部，该压力传递部被配置成，当所述吸奶部

进行吸奶时，将因抵接使用者的乳房而形成的密闭空间或与该密闭空间连通的空间和所述压力改变机构液密地分离，所述压力传递部具有：变形部，该变形部使所述密闭空间或与该密闭空间连通的空间内所占的体积或容积因所述压力改变机构所产生的压力变化而变形；壳体，用于收容该变形部，并且一端与所述压力改变机构侧连接，在该壳体的另一端，具有用于以能够连通的方式对该壳体内和所述密闭空间进行装拆的装拆机构。

根据第一发明的结构，所述压力传递机构通过壳体内收容的所述变形部的体积变化使所述密闭空间的内压变化，由此，改变对抵接于所述吸奶部的乳房的吸引压。

而且，因此，由于所述压力传递部将形成于所述吸奶部的所述密闭空间和泵等的压力改变机构完全地分离，因而能够有效地防止吸取出的母乳从所述密闭空间侧回流到所述压力改变机构。因此，能够有效地防止压力改变机构侧与母乳接触发生腐蚀、破损而被污染成为不卫生的状态。

而且，所述压力传递部具有一端与所述压力改变机构侧连接的壳体，在该壳体的另一端具有用于将该壳体内和所述密闭空间以能够连通的方式进行装拆的装拆机构。因此，例如，能够容易地将收容有变形部的壳体装拆，与密闭空间侧分离，不仅便于携带、移动，尤其在清洗时等，能够容易地仅对需要频繁清洗的一次侧即密闭空间侧进行分离、清洗。

第二发明在第一发明的结构的基础上，所述壳体是在内部收容了所述变形部的筒状体，在该筒状体上具有作为所述装拆机构的、从与所述另一端对应的端部突出的管状突出部，而在所述密闭空间中，具有在该空间内延伸的筒状连接部，使所述筒状连接部的内径比所述壳体侧的所述管状突出部的外径稍大，由此，将所述管状突出部插入所述筒状连接部，成为所述壳体和所述密闭空间被气密接合的结构。

根据第二发明的结构，在所述密闭空间中设置有筒状连接部，

200910134014. 1                                              说　明　书　第4/16页

由于该筒状连接部具有比壳体侧的管状突出部的外径稍大的内径，所以通过仅将该管状突出部插入筒状连接部这一简单的操作，就能够将压力改变机构侧和密闭空间侧连接。

　　第三发明在第二发明的结构的基础上，所述壳体的所述管状突出部的周边为平坦的底部，在所述吸奶器主体的所述筒状连接部的开口周边形成有平坦的接触面部，将所述管状突出部插入所述筒状连接部，将所述壳体的所述平坦的底部推入至与所述平坦的接触面部抵接的位置，由此，成为所述壳体和所述密闭空间气密接合的结构。

　　根据第三发明的结构，所述壳体的所述管状突出部的周边为平坦的底部，在所述吸奶器主体的所述筒状连接部的开口周边形成有平坦的接触面部，只要将所述管状突出部插入所述筒状连接部、将所述壳体的所述平坦的底部压入到与所述平坦的接触面部抵接的位置，便能够极其容易地将所述壳体和所述密闭空间接合。

　　第四发明在第三发明的结构的基础上，所述筒状连接部以在将所述吸奶器主体载置在所述瓶上的状态下、向瓶下方大致垂直延伸的方式形成，并且，所述管状突出部向前端逐渐变细。

　　根据第四发明的结构，只要将管状突出部向下插入筒状连接部，由于前端细而插入容易，并且当插入得较深时，随着该管状突出部的外径扩大，该管状突出部能够与筒状连接部的内表面紧密地接触、实现嵌合，能够极其容易地接合。

　　第五发明在第一～第四任意一个发明的结构的基础上，具有盖部件，该盖部件将收纳所述变形部的所述壳体的一端侧覆盖，并且，与作为所述压力改变机构的负压形成机构连接的管相对于该盖部件装拆，所述盖部件具有卡定机构，在所述壳体和所述密闭空间被接合的状态下，所述卡定机构用于在将所述盖部件安装在所述壳体的一端侧的位置上，将该盖部件相对于所述吸奶器主体的所述密闭空间侧进行卡定。

　　根据第五发明的结构，所述盖部件具有所述卡定机构，由此，

能够使壳体相对于密闭空间侧的接合状态不会轻易脱落。

　　第六发明在第五发明的结构的基础上，所述卡定机构设置在所述盖部件的周缘部，该卡定机构相对于从所述吸奶器主体侧向上方突出的支承机构被卡定。

　　根据第六发明的结构，卡定机构设置在所述盖部件的周缘部，由于该卡定机构是相对于从所述吸奶器主体侧向上方突出的支承机构被卡定的结构，因此，在与所述管状突出部和筒状连接部的接合位置不同的位置进行所述卡定机构的卡定，能够更稳定地维持接合状态。

　　第七发明在第五发明的结构的基础上，使从所述盖部件的周缘部延伸的卡定机构相对于在所述吸奶器主体的所述筒状连接部的开口周边所设置的接触面部的周缘部进行卡定。

　　根据第七发明的结构，由于能够利用在吸奶器主体的所述筒状连接部的开口周边所设置的接触面部来卡定盖部件，因而不需要在吸奶器主体侧形成用于卡定的特别的机构，另外，还能够相应地谋求小型化。

　　（发明的效果）

　　如上所述，根据本发明，能够提供一种吸奶器，能够容易地对与吸奶空间连通的母乳所通过的密闭空间即一次侧和与压力改变机构连接的壳体所存在的一侧即二次侧进行装拆，并能够使清洁等的操作变得极其容易。


<u>附图说明</u>

　　图1是本发明的第一实施方式的吸奶器的概略立体图。

　　图2是图1的吸奶器的吸奶单元的概略剖视图。

　　图3是图1的吸奶器的盖部件的概略立体图。

　　图4是图1的吸奶器的电机部的分解立体图。

　　图5是图1的吸奶器的活塞部的分解立体图。

　　图6是图1的吸奶器的压力调整部的分解立体图。

图 7 是图 1 的吸奶器的变形例一的说明图。

图 8 是图 1 的吸奶器的变形例二的说明图。

图 9 是本发明的第二实施方式的吸奶器的主要部位的图。

（附图标记的说明）

15…支承机构，20…吸奶器，21…（吸奶器）主体，22…吸奶部，23…通气路，28…筒状连接部，29…密闭空间，30…压力传递部，31…壳体，32…变形部（件），33…（装拆机构）管状突出部，35…盖部件，50…吸奶单元，51…泵单元

## 具体实施方式

以下，参照附图详细说明本发明的优选实施方式。

另外，由于以下所述的实施方式是本发明的优选具体例，因而在技术方面附加了优选的各种限定，但只要在以下的说明中没有特别限定本发明的主旨的记载，本发明的范围就不限于这些实施方式。

图 1 是表示本发明的实施方式的吸奶器的结构的概略立体图。

图 1 表示吸奶器 20 的整体，在图中，吸奶器 20 具有吸奶单元 50 和通过管 43 与该吸奶单元 50 连接的作为压力改变机构的泵单元 51。

首先，对吸奶单元 50 进行说明。

图 2 是吸奶单元 50 的概略剖视图，在图 1 以及图 2 中，吸奶单元 50 具有吸奶器主体 21（以下称为"主体"），该吸奶器主体 21 能够相对于用于贮存吸取出的母乳的容器即瓶 47 装拆。

主体 21 例如其整体由较轻的、牢固的合成树脂材料成形，例如，由聚碳酸酯、聚环烯烃、聚醚砜、聚酰胺、聚丙烯等形成。

如图 2 所示，主体 21 具有与用于贮存吸取出的母乳的瓶 47 进行装拆的装拆部 25。装拆部 25 是例如扁平的筒状部分，在内侧具有内螺纹部 25a，该内螺纹部 25a 与形成在瓶 47 的瓶口周围的外螺纹部螺合。此外，瓶 47 可以是吸奶器 20 的专用品，也可以使用能与装拆部 25 配合的哺乳瓶等瓶体。此外，瓶 47 被载置在支承台 48 上。

9

　　在图 2 中，在主体 21 的装拆部 25 的上部，设置有以斜向倾斜的状态向外敞开的圆锥状或喇叭状的吸奶部 22。

　　该吸奶部 22 具有：构成通气路 23 的稍微扩开的开放通路 11；一体设置在开放通路 11 的前端侧的、大幅扩开成喇叭状的开放前端部 12。它们由与主体 21 相同的材料成形，具有较高的刚性，不易变形。

　　另外，在开放前端部 12 的内侧，设置有形状与开放前端部 12 大致相同的筒状的吸奶口变形部件 13。吸奶口变形部件 13 能够相对于开放前端部 12 装拆。该吸奶口变形部件 13 由硅橡胶、人造橡胶、天然橡胶等弹性体形成。

　　另外，在吸奶口变形部件 13 的开放前端部 12，以覆盖其全周的方式设有凸状刺激部 14。

　　在密闭空间的负压升高时，凸状刺激部 14 与乳房抵接、提高乳房与密闭空间的密闭性，并且，推压乳房、随着吸奶的进行给予良性刺激，发挥按摩的效果。

　　吸奶部 22 的通气路 23 作为通气以及吸取出的母乳的通路，是向斜上方逐渐扩大的筒状，其下端侧向下方弯折并朝向瓶 47 侧。

　　另外，吸奶部 22 的通气路 23 的开口 M1 位于主体 21 与瓶 47 之间的装拆部 25 的内侧，并安装有小室阀 26。与通气路 23 邻接地设置有另一个通气路 27。

　　通气路 27 的下端开口 M2 如图所示地在小室阀 26 中与通气路 23 连通，通气路 27 的上端向上方延伸并与压力传递部 30 的壳体 31 下端连通。

　　因此，由吸奶部 22 的内侧和通气路 23、通气路 27 形成在吸奶时形成吸引母乳的负压的密闭空间 29。

　　如图 2 所示，上述小室阀 26 是整体由硅橡胶、人造橡胶、天然橡胶等弹性体形成的帽状的形态，图 2 的两侧壁 26b、26c 是向下端幅宽逐渐相互接近地形成的弹性体的倾斜壁。在两侧壁 26b、26c 的接近的下端，设置有狭缝 26d，吸取的母乳在小室 26a 中贮存到规定

量时，伴随其重量和如下所述的负压解除时的压力的变化，两侧壁26b、26c 的前端侧打开，狭缝 26d 开放，母乳流入瓶 47 内。另外，通过在倾斜壁的下端形成狭缝 26d，能够发挥防止负压时瓶 47 内的空气进入小室 26a 的空气阀的功能。

主体 21 的通气路 27 的上部与后述的筒状连接部 28 一体形成，在其上部，沿着该筒状连接部 28 的开口的周边部形成有接触面部18。该接触面部 18 是当装拆后述的壳体 31 时进行抵接、配置的部分，是呈适于容纳该壳体 31 的底面的形态的平坦或略呈凹状的皿状的部分，在其外缘形成有凸缘部 19。

而且，在与主体 21 的吸奶部 22 外伸的部位相反的一侧，形成有向上方突出的支承机构 15。在本实施方式中，支承机构 15 是例如从上述接触面部 18 的侧方的位置向上方延伸的部分，是以支柱状或臂状起立的突出体。支承机构 15 的上端到达图 2 的壳体 31 的上端附近。相对于该支承机构 15，通过如下述那样支承壳体 31 的盖部件35，从而经由该盖部件 35 稳定地支承壳体 31。

图 3 是表示壳体 31 的从下方观察的概略立体图，图 3（a）是将盖部件 35 安装在壳体 31 上的状态，图 3（b）是分解立体图。

压力传递部 30 的壳体 31 在该情况下例如是纵向长的圆筒体，其内部空间也是纵向长的空间，并收容有变形部。变形部在本实施方式中是与壳体 31 分体的独立部件，作为能够相对于壳体 31 装拆的变形部件 32 而构成。

变形部件 32 由不透气的薄材料形成，具有柔软的性质，能够容易地变形。

尤其，在本实施方式中，如图 2 以及图 3 所示，变形部件 32 是以与由硬质的合成树脂的成形品等形成的圆筒壳体即壳体 31 的内侧空间内接的形状形成的、一端开口而另一端被封闭的有底圆筒形的变形部件，例如是由硅橡胶、人造橡胶、天然橡胶等的弹性体、以极其柔软、不会因反复伸缩的变形而产生断裂等情况的材料形成的。

如图 2 以及图 3 所示，变形部件 32 在其上端的开口周缘部一体

地具有凸缘部 32a，该凸缘部 32a 载置、抵接在壳体 31 的上端开口的周缘部上。

在壳体 31 的上端开口的外缘部，形成有外螺纹部等的装拆机构 34，通过螺纹旋入盖部件 35 的下侧内周 35a 等方法，盖部件 35 能够相对于壳体 31 装拆（参照图 2）。

在盖部件 35 的内侧，在其下端设置有较低地向下方突出的肋 37。

由此，在盖部件 35 通过螺纹旋入而相对于壳体 31 完成安装的图 2 的状态下，由于该变形部件 32 的凸缘部 32a 以紧密接触的方式被夹在壳体 31 的开口周缘部的上表面与盖部件 35 的下表面之间，因而变形部件 32 的内侧成为气密的状态。

而且，在盖部件 35 的上端，在本实施方式的情况下，具有向横向略微突出的安装部 38，通过将其插入图 1 所示的可挠性的管 43 的端部，能够与该管 43 实现装拆，在图 2 的状态下，管 43 经由盖部件 35 与变形部件 32 的内侧空间连通。因此，该空间经由管 43 成为与后述的压力改变机构连通的二次侧的空间。

该二次侧的空间通过变形部件 32 与一次侧的空间即密闭空间 29 液密地分离，该一次侧的空间包括经由从图 2 的吸奶部 22 的通气路 23 连续的小室 26a 而连通的通气路 27、以及经由后述的装拆机构 33 连接的壳体 31 的内部。也就是说，以气体或液体都完全不会漏出的方式气密且液密地实现密封。

而且，如图 2 以及图 3 所示，在壳体 31 的下端，平坦的底部 39 的中央部较细地向下方垂直突出，形成有内部为空洞的筒状的作为上述装拆机构的管状突出部 33。该管状突出部 33 优选随着趋向前端其外径逐渐变细。

与此相应地，在图 2 所说明的主体 21 的接触面部 18 的中心附近，形成有筒状连接部 28。如图所示，该筒状连接部 28 向瓶 47 垂直地延伸并与小室 26a 连通。而且，通过使筒状连接部 28 的内径比壳体 31 的管状突出部 33 的外径略大，当该管状突出部 33 被插入时，

筒状连接部 28 的内径与其以紧密接触的方式外接，在该状态下能够保持气密状态。

图 2 表示了如上述这样、将管状突出部 33 嵌入筒状连接部 28 中的状态，另外，在盖部件 35 被安装到壳体 31 上的状态下，盖部件 35 的卡定机构 36 卡定于支承机构 15，从而稳定地维持壳体 31 的安装状态。

即，盖部件 35 的外周缘部横向延长，形成由收容支承机构 15 的上端的凹部等构成的卡定机构 36。

由此，在通过螺纹旋入等方法将盖部件 35 安装在收容了变形部件 32 的壳体 31 的上端的状态下，与将该壳体 31 的管状突出部 33 嵌入筒状连接部 28 同时地，通过使支承机构 15 的前端收容到盖部件 35 的卡定机构 36 中，由此，不但能够简单地进行安装，还能够通过安装部和卡定部这两点进行支承，从而稳定地保持安装状态。

以下说明作为压力改变机构的泵单元 51。

图 1 中表示了泵单元 51 的概略立体图。

如图 1 所说明的那样，泵单元 51 通过可挠性的管 43 与吸奶单元 50 连接。泵单元 51 作为真空泵，当后述的开关被打开时，能够将吸奶单元 50 的二次侧的空间即压力传递部 30 的壳体 31 内以及与其连通的空间吸成负压。在此情况下，根据后述的构造，能够以脉动状态实现负压形成。即，能够进行如下的脉动压力变动：使压力变动而连续地进行从负压状态至少到大气压状态的变动。

在图 1 中，在泵单元 51 的箱体 52 上露出有：将泵单元 51 的驱动打开、关闭的开关（按钮）54；用于调整负压形成过程中的脉动的周期的循环按钮 55；用于调整负压压力的旋钮 53。另外，在泵单元 52 上还安装有可挠性的管 43。

参照图 4 至图 6。

在泵单元 51 的箱体 52 的内侧，收容有电机部 70、气缸部 60、压力调整部 90 等。

电机部 70 具有电机 72 和该电机 72 的电机轴结合于其上的齿轮

单元 73。电机 72 在本实施方式中使用直流电机。

齿轮单元 73 中，延伸有使电机轴的旋转适当减速而进行传递的驱动轴 74，该驱动轴 74 与偏心凸轮 63 连接。偏心凸轮 63 的凸轮轴与气缸部 60 的活塞杆连接，驱动轴 74 的旋转运动被转换成活塞杆的往复运动。

即，气缸部 60 具有气缸 62，在该气缸 62 内，以能够进退的方式插入活塞杆 67。在活塞杆 67 的活塞头上安装有其间夹有垫片 66 的两个活塞环 64a、64b，利用固定板 65 将其用螺丝固定。

在气缸 62 内部，连通有吸引管 85、排气管 86、压力调整管 87。由此，通过活塞杆 67 进行往复运动，借助规定的阀驱动，在气缸 62 内形成负压，该负压经由吸引管 85 进行传递。

在此，通过适当地选择活塞环 64a、64b 的材质，能够降低活塞杆 67 在气缸 62 内的滑动阻力，减少电力损耗，能够谋求节能化，并能够提高密封性。

因此，这些活塞环 64a、64b 优选由特氟隆（注册商标）、尼龙、聚甲醛等耐热性较好且滑动阻力低的材料形成，具有比气缸内径稍大的外径，并形成有活塞鳍片，随着活塞杆 67 的往复运动，该活塞鳍片与气缸 62 的内壁接触的凸缘状的外缘部能够变形。

为了谋求活塞杆 67 在气缸 62 内的滑动阻力的降低、并使密封性良好，作为活塞环 64a、64b 的材质，可以选择特氟隆（注册商标）。

但是，由于特氟隆（注册商标）无法在模具内成形，因而存在着制造成本升高的缺点。

因此，在本实施方式中，以聚甲醛的成形品来形成这些活塞环 64a、64b。由此，能够降低活塞杆 67 在气缸 62 内的滑动阻力，减少电力损耗，能够谋求节能化并且能够提高密封性，还能够实现制造成本的降低。

排气管 86 与排气阀连接。吸引管 85 经由管安装口如图 1 所示从箱体 52 露出，与可挠性的管 43 连接，从而与吸奶单元 50 的盖部件 35 连接。压力调整管 87 与压力调整部 90 连接。

在箱体 52 内收纳有控制电路基板，该控制电路基板例如被固定支承在收纳单元中，该控制电路基板控制泵单元 51 的驱动，并连接有泵单元 51 的打开关闭开关（按钮）54 和用于调整负压形成中的脉动周期的循环按钮 55 等。

压力调整部 90 与气缸部 60 的气缸 62 连通，具有零件的收纳壳体 91。在该收纳壳体 91 内具有板 92，为了调整气缸 62 内的负压，该板 92 具有直径大的负压调整用孔和直径小的负压调整用孔。通过使该板 92 旋转来进行板 92 的这些孔的切换。板 92 通过衬垫 93 和垫块 94 被固定在按钮 53 上。

本实施方式的吸奶器 20 如上所述地构成，在图 1 中，操作泵单元 51 打开关闭开关按钮 54，起动该泵单元 51 时，电机 72 旋转，驱动轴 74 经由齿轮单元 73 旋转，该旋转运动经由偏心凸轮 63 被转换成气缸 62 内的活塞杆 67 的往复运动。通过活塞杆的往复运动，气缸 62 内形成的负压脉动变化，经由吸引管 85 以及可挠性的管 43 被传递到图示的吸奶单元 50 的压力传递部 30。

由此，在图 2 中，壳体 31 内的变形部件 32 内部的气压降低。因此，在壳体 31 内，由于与变形部件 32 的外侧的空间之间的气压差，变形部件 32 的内部空间以被压溃的方式变形，其底部上升、接近盖部件 35 侧。即，由于变形部 32 在壳体 31 内大幅度地减小体积，所以与变形部件 32 的外侧的壳体 31 的空间连通的密闭空间 29 内，气压大幅度地减小。

即，由于在密闭空间 29 内负压增大，因而母乳被从乳房吸引，被吸取出的母乳通过通气路 23 内，流入小室 26a。而且，此时，伴随着压力差，吸奶口变形部件 13 的凸状刺激部 14 向乳房侧变形，推压乳房进行刺激，因而能够进一步促进母乳的分泌。

接着，当基于泵单元 51 的气缸杆 67 的往复动作，负压状态被解除时，再次如图 2 所示地，变形部件 32 以恢复其形态的方式变位。由此，在壳体 31 内，当由于变形部件 32 使体积增大而使密闭空间内的气压升高时，母乳的吸引压降低。

　　通过重复进行以上动作，作为压力改变机构的泵单元51的动作通过压力传递部30的变形部件32的动作被传递至密闭空间29，从而密闭空间29的负压被增减，由此，实现与婴儿的哺乳动作接近的状态，能够使吸取出的母乳贮存在瓶47中。

　　另外，在此，在上述动作中，当经由管43作用负压时，变形部件32以向盖部件35侧贴靠的方式收缩变形。此时，虽然收缩变形了的变形部件32欲贴靠盖部件35侧，但由于肋37的存在，能够阻止其完全地贴靠。

　　而且，压力传递部30具有上端经由盖部件35与泵单元51连接的壳体31，在该壳体31的下端具有装拆机构33，该装拆机构33用于将该壳体31内和密闭空间29以能够连通的方式装拆。由此，例如，能够容易地对收容有变形部件32的壳体31进行装拆，并能够使其与密闭空间29侧分离，不仅便于携带、移动，尤其在清洗时等，能够容易地仅对需要频繁清洗的一次侧即密闭空间29侧进行分离、清洗。

　　这样，能够容易地对与吸奶空间连通的母乳所通过的密闭空间29即一次侧和与压力改变机构即泵单元51侧连接的壳体31的侧即二次侧进行装拆，能够使清扫等的操作变得极其容易。

　　另外，由于压力传递部30将形成于吸奶部22的密闭空间和泵等的压力改变机构完全液密且气密地分离，所以能够有效地防止滞留在密闭空间侧即小室26a等的母乳或成为雾状的母乳回流到泵单元51。因此，能够有效地防止泵单元51等的压力改变机构侧接触到母乳而发生腐蚀、破损以及被污染成为不卫生的状态。

　　另外，在本实施方式中，壳体31是内部收容有变形部件32的筒状体，在该筒状体上具有作为装拆机构的管状突出部33。

　　而且，在密闭空间29中，具有在该密闭空间29内延伸的筒状连接部28，通过使筒状连接部28的内径比管状突出部33的外径稍大，从而成为将管状突出部33插入筒状连接部28、壳体31和密闭空间29气密地接合的结构。

　　由此，通过仅将管状突出部 33 插入筒状连接部 28 这一简单的操作，就能够将泵单元 51 侧和密闭空间 29 侧连接。

　　而且，如上所述，壳体 31 的管状突出部 33 的周边为平坦的底部，在主体 21 的筒状连接部 28 的开口周边形成有平坦的接触面部 18。因此，只要将管状突出部 33 插入筒状连接部 28、将壳体 31 的平坦的底部压入到与平坦的接触面部 18 抵接的位置，便能够极其容易地以气密状态将壳体 31 和密闭空间 29 接合。

　　而且，上述筒状连接部 28 是如图 2 所示、在载置瓶 47 的状态下向瓶 47 下方大致垂直延伸而形成的，管状突出部 33 以向前端逐渐变细的方式形成。

　　因此，只通过将管状突出部 33 向下插入筒状连接部 28，由于前端细而插入容易，并且当插入得较深时，随着该管状突出部 33 的外径扩大，该管状突出部 33 能够与筒状连接部 28 的内表面紧密地接触、实现嵌合，能够极其容易地接合。

　　而且，在本实施方式中，具有盖部件 35，该盖部件 35 覆盖收纳变形部 32 的壳体 31 的上端侧，并且，与作为压力改变机构的负压形成机构即管单元 51 连接的管 43 能够相对于该盖部件 35 装拆。

　　而且，在壳体 31 和密闭空间 29 被接合的状态下，在将盖部件 35 安装到壳体 31 的上端侧的位置上，具有用于将盖部件 35 相对于主体 21 的密闭空间 29 侧进行卡定的卡定机构 36，因此，壳体 31 的相对于密闭空间 29 侧的接合状态被稳定地支承，不会轻易脱落。

　　而且，在本实施方式中，图 3 的卡定机构 36 设置在盖部件 35 的周缘部上。该卡定机构 36 是如图 2 所说明的那样、相对于从主体 21 侧向上方突出的支承机构 15 被卡定的结构。

　　由此，在与管状突出部 33 和筒状连接部 28 的接合位置不同的位置进行该卡定，能够更稳定地维持接合状态。

　　图 7 及图 8 表示设置在盖部件上的卡定机构的变形例。

　　图 7 表示第一变形例，盖部件的结构与图 3 的情况稍有不同。

　　在该例中，盖部件 35-1 的外缘具有向下方延长的一对脚片 36-1、

36-1，该脚片 36-1、36-1 能够根据规定的弹性向相互接近、远离的方向变形。在各脚片 36-1、36-1 的下端附近形成有钩状的卡定部45、45。

因此，如图 7 的下部所示，当使盖部件 35-1 相对于壳体 31 从上方下降进行覆盖时，各脚片 36-1、36-1 与接触面部 18 的凸缘部 19 接触，通过略微打开各脚片 36-1、36-1 便能够越过凸缘部 19 的外缘，该凸缘部 19 进入各脚片 36-1、36-1 的卡定部 45、45 而被卡定。

图 8 表示第二变形例，盖部件的结构与图 3 的情况稍有不同。

在该例中，在盖部件 35-2 上不仅形成有与图 3 的盖部件 35 相同的卡定机构 36，而且其相反侧的端部外缘向下方延长，形成有脚片 36-2。在该脚片 36-2 的下端部形成有钩状的卡定部 46。

由此，盖部件 35-2 通过卡定部 46 在卡定在凸缘部 19 上的同时，相对于支承机构 15 也被卡定。

这样，根据各变形例，在与管状突出部和筒状连接部的接合位置不同的位置，通过卡定机构实现卡定，能够更稳定地维持接合状态。不仅如此，由于能够利用主体 21 的筒状连接部的开口周边所设置的接触面部 18 卡定盖部件，因而不需要在主体 21 侧形成用于卡定的特别的机构，另外，还能够相应地谋求小型化。

图 9 表示第二实施方式的主要部位，图示的结构以外的结构与第一实施方式相同，因此以下以不同点为中心进行说明。

在图 9（a）中，壳体 31 能够相对于吸奶单元 50-1 的主体 21 装拆。该壳体 31 的下端部如图 9（b）所示，成为在径向上鼓出的凸缘状的卡定机构 41。

即，该卡定机构 41 具有鼓出成凸缘状的周缘向下方弯折且其前端趋向内侧的阶梯部 41b，接触面部 18 的凸缘部 19 的前端能够卡定在该阶梯部上。

如图 9（a）所示，在卡定机构 41 上，沿其圆周方向形成有多个狭缝 41a，由此，该卡定机构 41 能够弹性变形，通过如图 9（b）所示那样嵌入接触面部 18 的凸缘部 19，能够容易地变形、装拆。

本实施方式如上所述地构成，不仅能够发挥与第一实施方式相同的作用效果，即使不使用图2那样的支承机构15，也能够形成用于维持壳体31的接合状态的卡定机构。

因此，即使省略图2那样的支承机构15，也能够得到与第一实施方式同等的接合稳定性。

此外，本发明不限于上述实施方式。

例如，壳体31中收容的变形部件可以与壳体一体地构成，成为作为其一部分的"变形部"。

变形部不仅可以是有底圆筒体，也可以使用折皱构造等各种形态。

装拆机构即管状突出部33可以适当地改变成与实施方式不同的形状、构造。

此外，上述各实施方式、变形例的个别结构可以根据需要省略，或与未说明的其他结构进行组合。

2009101340141.1

说 明 书 附 图



图 1



图 2



(a)



(b)

图 3



图 4



图 5



图 6

200910134014.1    说　明　书　附　图　第7/9页



图 7



图 8

(a)



(b)



**图 9**

(12) **UK Patent**    (19) **GB**    (11) **2 435 617**    (13) **B**

(45) Date of publication:    **05.03.2008**

(54)  Title of the invention: **Breast pump**

(51)  INT CL:    *A61M 1/06* (2006.01)

(21)  Application No:    0710532.3

(22)  Date of Filing:    05.08.2004

Date Lodged:    01.06.2007

(30)  Priority Data:
(31) **10637979**    (32) **08.08.2003**    (33)  **US**

(62)  Divided from Application No
**0602539.9** under Section 15(4) of the Patents Act 1977

(43)  Date A Publication:    05.09.2007

(52)  UK CL (Edition X ):
**N0T** CLASSIFIED

(56)  Documents Cited:
**GB 2418865 A**        **US 6109100 A**
**US 20050043677 A1**

(58)  Field of Search:
As for published application 2435617 A *viz*:
UK CL (Edition X ) **A5R**
INT CL **A61M**
**Other**
**ONLINE: WPI, EPODOC**
updated as appropriate

Additional Fields
UK CL (Edition X ) **A5R**
INT CL **A61M**
**Other**
**ONLINE: WPI, EPODOC**

(72)  Inventor(s):
**Christopher Kampf**
**Aidan Petrie**
**Michael Pereira**
**Charles J Renz**
**David Robson**
**Marco Wo**

(73)  Proprietor(s):
**Playtex Products, Inc**
**(Incorporated in USA - Delaware)**
**300 Nyala Farms Road, Westport,**
**Connecticut 06880,**
**United States of America**

(74)  Agent and/or Address for Service:
**Keltie**
**Fleet Place House, 2 Fleet Place, LONDON,**
**EC4M 7ET, United Kingdom**





Fig. 1



**Fig. 2**

3/29



Fig. 3



**Fig. 4**

4/29

5/29



**Fig. 5**



**Fig. 6**



**Fig. 7**

Fig. 8



8/29

Fig. 9

9/29



Fig. 10



Fig. 11



Fig. 12

12/29



Fig. 13



Fig. 14

14/29



Fig. 15



Fig. 16

15/29



Fig. 17



Fig. 18



Fig. 19



Fig. 20

17/29



Fig. 21



Fig. 22

18/29



**Fig. 23**



**Fig. 24**

19/29



Fig. 25



Fig. 26



Fig. 27



400

510

685

735

3   4

Fig. 28



Fig. 29



Fig. 30
(Prior Art)



24/29

Fig. 31
(Prior Art)



2050

2000

2010

2100

2105

2201

2235

2211

2221

2230

Fig. 32

113



76

77

75

Fig. 33



**Fig. 34**



**Fig. 35**

27/29



**Fig. 36**



**Fig. 37**

28/29



Fig. 38

Fig. 39

29/29

# BREAST PUMP

## BACKGROUND OF THE INVENTION

5

The present invention relates to apparatus and methods for obtaining breast milk. More particularly, the present invention relates to a breast pump that can apply a variable pressure to a breast to express breast milk and to a method effecting the same.

10 Breast pump systems for obtaining breast milk, both manually and automatically, are known in the art. Conventional systems use a vacuum source to generate a negative pressure or vacuum that is transmitted through tubing to a breast hood or cup that is placed on the breast. This conventional device and method uses a negative pressure on the breast to express the breast milk.

15

Such systems suffer from the drawback of applying only a vacuum source as negative pressure to the breast to induce the expression of breast milk. Moreover, such conventional systems suffer from the drawback of applying the negative pressure or force axially to the nipple, resulting in elongation and distention of the nipple in an axial

20 direction that is both uncomfortable and inefficient for the expression of breast milk.

## SUMMARY OF THE INVENTION

It is an object of the present invention to substantially monitor and control the



25 pressure source of a breast pump in real-time.

It is an object of the present invention to provide a breast pump system for expressing milk that can apply a positive pressure or a negative pressure to a breast to express the milk.

1

It is another object of the present invention to provide such a system that supplies the positive and negative pressure from a single source.

5        It is still another object of the present invention to provide such a system that facilitates control of the positive and negative pressure applied to the breast.

It is yet another object of the present invention to provide such a system that widens the nipple to express milk.

10       It is a further object of the present invention to provide such a system that reduces axial elongation or distention of the nipple.

It is another further object of the present invention to apply a negative force or 15   negative pressure gradient to the nipple that has a greater lateral component than axial component.

It is yet a further object of the present invention to accommodate breasts of differing size and/or shape by providing a kit with interchangeable breast hoods of 20   differing size and/or shape.

These and other objects and advantages are provided by a breast cup having a hood for receiving the breast and in fluid communication with a pressure source. The hood creates a negative force on the nipple during a negative pressure stroke. The 25   negative force has a lateral component and an axial component. The lateral component is greater than the axial component.

The present invention includes a breast pump for expressing breast milk from a breast, the pump comprising a pressure source with a movable structure for generating

2

pressure during a pressure stroke. The movable structure has a variable pressure volume or variable cycle time. The pump also has a controller operably connected to the pressure source. The controller regulates the pressure volume based upon a distance traveled by the movable structure and regulates the variable cycle time based upon a speed of the

5     movable structure. The controller provides substantially real-time monitoring of the distance traveled and the speed.

Preferably, the controller regulates the pressure cycle based on a non-sinusoidal wave signal of the pressure versus variable cycle time.

10

A method of expressing breast milk from a breast is described having the steps of applying a pressure to the breast; and performing substantially real-time monitoring and controlling of the pressure with a controller. Said pressure may be controlled in part based on a variable pressure volume of a movable structure or a variable cycle time of said

15    movable structure. As before, the controller regulates the pressure volume based upon a distance traveled by the movable structure or regulates the variable cycle time based upon a speed of the movable structure and the controller provides substantially real-time monitoring of the distance traveled or the speed.

20    Preferably, the controller regulates the pressure cycle based on a non-sinusoidal wave signal of the pressure versus a cycle time.

There is disclosed a breast cup having a breast receiving member in fluid communication with a vacuum source. The breast receiving member applies a negative

25    pressure to the nipple during a negative pressure stroke causing the nipple to widen along a lateral direction.

Described is a breast pump system having a pressure source and a breast cup for receiving the breast. The breast cup is in fluid communication with the pressure source.

3

The breast cup creates a negative force on the nipple during a negative pressure stroke. The negative force has a lateral component and an axial component. The lateral component is greater than the axial component.

5          A breast pump system is also disclosed having a vacuum source and a breast receiving member that is in fluid communication with the vacuum source. The breast receiving member applies a negative pressure to the nipple during a negative pressure stroke causing the nipple to widen along a lateral direction.

10          Additionally disclosed is a breast pump kit having a holder and a plurality of hoods for receiving the breast. Each of the plurality of hoods are selectively engageable to the holder and a pressure source for expressing the breast milk from the breast. At least one of the plurality of hoods has a different size or a different shape than another of the plurality of hoods.

15

There is described a breast pump system having a pump generating pressure and a plurality of hoods for receiving the breast. Each of the plurality of hoods are selectively fluidly connectable to the pump for expressing the breast milk from the breast. At least one of the plurality of hoods has a different size or a different shape than another of the plurality of hoods.

20

A breast pump system is disclosed having a pressure source with an evacuation volume for generating a pressure and an air hole. The system also has a breast cup for receiving the breast and in fluid communication with the pressure source for applying the pressure to the breast. The air hole has a diameter and is in fluid communication with the atmosphere and the evacuation volume. The diameter of the air hole is between about 0.15 mm to 0.75 mm.

25

4

A method describes expressing breast milk from a breast having the steps of applying a negative pressure to the breast from a pressure source during a vacuum stroke; applying a positive pressure to the breast from the pressure source during a massage stroke; and providing air from the atmosphere to the pressure source during the vacuum

5    stroke.

There is also a method disclosing the expression of breast milk from a breast having the step of applying a negative pressure on at least a portion of the nipple causing the nipple to widen along a lateral direction.

10

A pump for providing pressure is described which has a housing, an actuator and an insert. The housing defines a volume and has a pressure exhaust. The actuator is operably connected to the housing for producing the pressure in the volume. The insert is connected to the housing. The insert has a hole disposed therethrough. The hole

15    provides fluid communication between the volume and atmosphere.

A breast cup is disclosed for placing a breast in fluid communication with a first container and a second container that have openings with different diameters. The breast cup has a funnel for receiving the breast and a housing connected to the funnel. The

20    funnel has a base. The base has a circumferential wall, a flange extending inwardly from the circumferential wall to define an opening, first threads, and second threads. The first threads have a first diameter and a first pitch. The first diameter and the first pitch allow for selective engagement with the first container. The second threads have a second diameter and a second pitch. The second diameter and the second pitch allow for

25    selective engagement with the second container. The first threads and the second threads are concentrically disposed along the base.

There is also described a nipple ring for engaging a nipple with a first container and a second container that have openings with different diameters. The nipple ring has a

5

body having a circumferential wall, a flange extending inwardly from the circumferential wall to define an opening, first threads, and second threads. The first threads have a first diameter and a first pitch. The first diameter and the first pitch allow for selective engagement with the first container. The second threads have a second diameter and a

5      second pitch. The second diameter and the second pitch allow for selective engagement with the second container. The first threads and the second threads are concentrically disposed along the body.

       Also disclosed is a cap for engaging with a first container and a second container

10     that have openings with different diameters. The cap has a body with a circumferential wall, a top wall connected to the circumferential wall, first threads, and second threads. The first threads have a first diameter and a first pitch. The first diameter and the first pitch allow for selective engagement with the first container. The second threads have a second diameter and a second pitch. The second diameter and the second pitch allow for

15     selective engagement with the second container. The first threads and the second threads are concentrically disposed along the body.

       The first pitch can be equal to the second pitch. The first threads can extend from the flange. The second threads can be disposed on the circumferential wall. The funnel

20     can be selectively removable from the housing.

       The housing can be a first material and the insert can be a second material. The housing can be plastic and the insert can be metal. The housing can be a cylinder and the actuator can be a piston. The cylinder can be an orifice and the insert can be disposed in

25     the orifice. The insert can be press fit into the orifice. The insert can be a plurality of inserts, and each of the plurality of inserts can be selectively engageable with the cylinder.

       The breast cup can also have a barrier member operably connected to the hood, wherein the barrier member reduces the axial component of the negative force during the

6

negative pressure stroke. The hood can have a housing, a flexible insert sealingly secured to the housing, and a displacement volume formed between the housing and the flexible insert, wherein the displacement volume is in fluid communication with the pressure source. The displacement volume can substantially surround the nipple when the breast

5 is received in the hood. The flexible insert can have a bladder in fluid communication with the pressure source with the displacement volume being defined at least partially by the bladder. The bladder and the displacement volume can contract to form the negative force on the nipple during the negative pressure stroke.

10 The breast cup can also have a barrier member disposed substantially adjacent to the bladder, thereby preventing the breast from contacting the bladder. The flexible insert can define an inner volume for receiving the breast, and the barrier member can have a cylindrical shape and be disposed in the inner volume. The flexible insert can have a funnel shape with a massaging projection formed thereon. The massaging projection can

15 have a star-like shape.

The negative pressure created at the breast cup can cause the nipple to widen along a lateral direction more than the nipple elongates along an axial direction. The negative pressure can have an average lateral component and an average axial component,

20 wherein during the negative pressure stroke the average lateral component is greater than the average axial component. The barrier member can be operably connected to the breast receiving member, and can reduce elongation of the nipple along the axial direction during the negative pressure stroke. The breast receiving member can have a housing, a flexible insert sealingly secured to the housing, and a displacement volume

25 formed between the housing and the flexible insert, wherein the displacement volume is in fluid communication with the vacuum source.

The vacuum or pressure source can be a piston movably disposed in a cylinder. The system can have a reversible motor operably connected to the piston. The system can

7

also have a rack having first teeth and a gear having second teeth. The rack can be connected to the piston and the gear can be operably connected to the reversible motor. The first teeth can engage with the second teeth to reciprocally move the piston in the cylinder. The cylinder can have a first diameter and an air hole. The air hole can have a

5  second diameter and be in fluid communication with the atmosphere. The first diameter of the cylinder can be significantly larger than the second diameter of the air hole.

The system can have a controller operably connected to the reversible motor. The controller can determine a distance that the piston has traveled relative to the cylinder.

10  The controller can reverse the motor based at least in part upon that distance. The system can also have a motor with variable speed. The controller can adjust the speed based upon a desired cycle time for applying the negative pressure to the breast. The controller can regulate the pressure cycle based on a non-sinusoidal wave signal of pressure versus variable cycle time.

15

Each of the plurality of hoods of the kit can have a housing, a flexible insert sealingly secured to the housing, and a displacement volume formed between the housing and the flexible insert and in fluid communication with the pressure source. The housing and/or the flexible insert of the at least one of the plurality of hoods can have a different

20  size or a different shape than the housing and/or the flexible insert of the another of the plurality of hoods. The kit can also have a container, wherein the holder is selectively engageable with the container. The holder can have a plurality of engagement structures for selectively engaging a plurality of different sized containers. The flexible insert of the at least one of the plurality of hoods can have a first massaging projection, and the

25  flexible insert of the another of the plurality of hoods can have a second massaging projection. The first and second massaging projections can have a different size or a different shape.

8

BRIEF DESCRIPTION OF THE DRAWINGS

Other and further objects, advantages and features of the present invention will be understood by reference to the following:

5

Fig. 1 is a front perspective view of a breast pump of the breast pump system of the present invention;

Fig. 2 is a front perspective view of the breast pump of Fig. 1 in an opened

10    position;

Fig. 3 is an exploded perspective view of the breast pump of Fig. 1;

Fig. 4 is a top view of the breast pump of Fig. 1 without the cover;

15

Fig. 5 is an exploded perspective view of a piston and cylinder of the present invention;

Fig. 6 is an exploded side view of a portion of the piston and cylinder of Fig. 5;

20

Fig. 7 is a front perspective view of the piston of Fig. 5;

Fig. 8 is an exploded perspective view of an alternative embodiment of the piston;

25    Fig. 9 is an exploded perspective view of a pressure relief valve of the system of Fig. 1;

Fig. 10 is a cross-sectional plan view of the cylinder of Fig. 5;




9

Fig. 11 is a front perspective view of a breast cup;

Fig. 12 is a side cross-sectional view of the breast cup of Fig. 11;

5        Fig. 13 is a rear perspective view of a T-connector;

Fig. 14 is a flow chart depicting a method for pumping a breast according to the system of Figs. 1 and 11;

10       Fig. 15 is a top perspective view of a preferred embodiment of breast pump for the breast pump system of the present invention;

Fig. 16 is a top view of the breast pump of Fig. 15;

15       Fig. 17 is a top perspective view of the drive system of the breast pump of Fig. 15;

Fig. 18 is a side perspective view of the drive system of Fig. 17;

Fig. 19 is a top perspective view of a portion of the gear reduction system of the
20       drive system of Fig. 15, partially assembled;

Fig. 20 is a top perspective view of an alternative embodiment of breast pump for the breast pump system of the present invention;

25       Fig. 21 is a top view of the breast pump of Fig. 20;

Fig. 22 is a top perspective view of the drive system of the breast pump of Fig. 20;

Fig. 23 is a side perspective view of the drive system of Fig. 20;

10

Fig. 24 is a top perspective view of the motor of the drive system of Fig. 20;

Fig. 25 is a top perspective view of a portion of the gear reduction system of the

5    drive system of Fig. 20, partially assembled;

Fig. 26 is a top perspective view of the gear reduction system of the drive system of Fig. 20, partially assembled;

10    Fig. 27 is a partial cross-sectional side view of the breast cup of Fig. 11 with a breast;

Fig. 28 is a partial cross-sectional side view of the breast cup of Fig. 27 applied to the breast prior to the negative pressure stroke;

15    Fig. 29 is an exploded cross-sectional view of the breast cup and breast of Fig. 27 during the negative pressure stroke showing a representation of the negative pressure gradient or force on the breast;

20    Fig. 30 is a cross-sectional side view of a prior art breast cup applied to a breast prior to the negative pressure stroke;

Fig. 31 is an exploded cross-sectional view of the prior art breast cup and breast of Fig. 30 during the negative pressure stroke showing a representation of the

25    negative pressure gradient or force on the breast;

Fig. 32 is an exploded perspective view of the pressure relief valve of Fig. 9 with another embodiment of a relief assembly;

11

Fig. 33 is a perspective view of the cylinder of Fig. 5 with another embodiment of the pressure differential hole;

Fig. 34 is an alternative embodiment of a breast cup;

5

Fig. 35 is another alternative embodiment of a breast cup;

Fig. 36 is a bottom perspective view of a nipple ring with a nipple;

10        Fig. 37 is a side cross-sectional view of the nipple ring and nipple of Fig. 36;

Fig. 38 is a bottom perspective view of a cap; and

Fig. 39 is a side cross-sectional view of the cap of Fig. 38.

15

DESCRIPTION OF THE INVENTION

Referring to the drawings and, in particular, Figs. 1 and 2, there is shown a breast pump of the present invention generally represented by reference numeral 100. Breast

20     pump 100, along with breast cup 400 shown in Fig. 11, form the major components of the breast pump system of the present invention. Breast pump 100 has a top housing 102 and a bottom housing 103 that are adapted to form an assembled unit.

Referring to Figs. 1 through 3, top housing 102 has a substantially ellipsoidal

25     shape with a flat front face 200 and a storage compartment 210 having a compartment door 104. Preferably, door 104 is hingedly connected to top housing 102 to form a selectively sealable storage compartment 210 for storing air tubing or conduit 350 that connects breast pump 100 to the other components of the system, which will be discussed later in greater detail.



12

Face 200 can receive a button pad 105 having an LED cover 106. Pad 105 is used by the consumer to control breast pump 100. Bottom housing 103 can securely house the various components of the breast pump, which include a rack gear 109, a pinion gear 110

5    that can engage the rack gear, a piston 112, a cylinder 113 that can receive the piston, and a motor 125 having a shaft 126 upon which the pinion gear is mounted. Due in part to this design, breast pump 100 provides pumping with low noise. Breast pump 100 can be made of any rigid material, such as, for example, plastic.

10    Referring to Figs. 3 through 7, breast pump 100 utilizes piston 112 and cylinder 113 to create both a positive pressure and a negative pressure for obtaining breast milk. Piston 112 is driven by rack gear 109, which is affixed thereto. Piston 112 has a substantially cylindrical-shape with a first head 3000 and a second head 3100. First and second heads 3000, 3100 preferably have annular channels 3020, 3120 formed therein,

15    respectively. Channels 3020, 3120 are disposed along the outer circumference of first and second heads 3000, 3100, respectively. Preferably, channels 3020, 3120 are centrally located along the outer circumference of first head 3000 and second head 3100. Seated in channels 3020, 3120 are sealing members 3050, 3150, respectively. Preferably, sealing members 3050, 3150 are o-ring gaskets. Sealing members 3050, 3150 have a diameter or

20    width that is larger than the depth or height of channel 3020 and channel 3120. Sealing members 3050, 3150 extend beyond the outer circumference of first head 3000 and second head 3100 forming a sealing engagement with an inner surface 1130 of cylinder 113 as piston 112 is driven back and forth in the cylinder.

25    The use of multiple sealing members, i.e., o-ring gasket 3050 and o-ring gasket 3150 on piston 112, provide a double sealing to increase the efficiency of creating the positive pressure and negative pressure. While this embodiment uses two sealing members to create two separate sealing surfaces, any number of sealing members can be used to create any number of sealing surfaces for sealing piston 112 with cylinder 113.

13

Additionally, while this embodiment uses piston 112 having o-ring sealing gaskets 3050, 3150, alternative sealing structures can be used between the piston and cylinder 113.

5    Rack gear 109 has teeth 1090 that engage with pinion gear 110 having teeth 1100. Pinion gear 110 is operatively connected to motor 125, preferably via shaft 126. When motor 125 is activated, shaft 126 and pinion gear 110 rotate. Teeth 1090 on rack 109 and teeth 1100 on pinion 110 mesh and translate the reciprocal rotational motion of motor 125 and shaft 126 into a reciprocal longitudinal motion along a single axis in both directions.

10

Preferably, rack gear 109 has a first end 1095 that engages with a recess 3200 formed in piston 112. Recess 3200 is preferably centrally located in piston 112. First end 1095 of rack gear 109 preferably has a snap fit or friction fit engagement with recess 3200 of piston 112. Preferably, there are detent structures 1096, 3296 formed on first end 1095

15    and recess 3200, respectively. This facilitates production of these components and also provides for any slight pivotal movement that may be required of piston 112 with respect to rack gear 109.

An alternative embodiment of a piston is shown in Fig. 8 and generally

20    represented by reference numeral 8112. Piston 8112 has a substantially V-shape with a leading edge 8120 and a trailing edge 8121. Leading edge 8120 and trailing edge 8121 sealingly engage an inner surface 1130 of cylinder 113 as piston 8112 is driven back and forth in the cylinder. The use of multiple edges, i.e., leading edge 8120 and following edge 8121, on piston 8112 that sealingly engage inner surface 1130 of cylinder 113,

25    provide a double sealing to increase the efficiency of creating the positive pressure and negative pressure.

Referring to Figs. 3 through 7, motor 125 is preferably variable speed. This allows a user to control and vary the cycle time of the pumping of the breast. Breast





14

pump 100 further has a motor cover 107 and a bearing 108 to reduce vibration and to secure motor 125 to bottom housing 103.

5      The positive and negative pressures can be varied by changing the displacement of air volume in cylinder 113. In this embodiment, this is done by use of a photoelectric or photo-sensor system. The photo-sensor system has two or more photo-sensors 121 and a position switch 124. The photo-sensors 121 count the number of openings 50 on rack gear 109, as the rack gear moves back and forth. Thus, a user can control the distance that rack gear 109 travels and correspondingly control the air volume displacement in

10     cylinder 113. Alternative displacement or distance monitors can also be used, such as, for example a coded wheel for counting the slots on the wheel; counting of the belt teeth; rotary encoder which counts its own revolutions; or a hall effect sensor.

15     To ensure that piston 112 is properly moving to the front of cylinder 113, the photo-sensor system further includes position switch 124, preferably located at the front of the cylinder, which acts as a starter for the counter. Alternatively, the position switch can be an opening 50 having a different size or shape that is detectable by photo-sensor 121.

20     Rack gear 109 can also have a safety mechanism attached thereto. Photo-sensor 121 will be reading openings 50 as rack gear 109 moves backwards. If for some reason rack gear 109 misses its target and moves too far, the safety will trigger the position switch. When the position switch is triggered while rack gear 109 is moving backwards, the software can trigger the system to move forward again and return to the position

25     position.

Breast pump 100 has a guide cover 111 positioned over rack gear 109. Guide cover 111 provides added stability to the breast pump by guiding and vibration dampening the reciprocal movement of rack gear 109. Guide cover 111 also provides

15

accuracy to the photo-sensor system by reducing the risk of misalignment of photo-sensors 121 and openings 50.

5    The photo-sensor system and motor 125 are preferably connected to a PC or circuit board 120. Thus, the distance piston 112 travels, which translates to the amount of positive and negative pressure, and the piston speed, which translates to the cycle time, are electronically controlled.

10    Referring to Figs. 15 through 19, a preferred embodiment of a drive system is shown and generally represented by reference numeral 1500. Drive system 1500 is usable with breast pump 100 of Figs. 1 through 7 to provide the linear reciprocal movement of piston 112 with cylinder 113.

15    Drive system 1500 is a belt drive system for a rack and pinion drive having gear reduction incorporated therein. Drive system 1500 has a first drive wheel or pulley 1510; a second gear, drive wheel or pulley 1520 secured to the first drive wheel 1510; a third gear, drive wheel or pulley 4530; and a pinion gear 1540 secured to the third gear.

20    First drive wheel 1510 is operably connected to motor drive shaft 126 by a first belt 1550. In the preferred embodiment, first belt 1550 is a non-toothed belt. More preferably, first belt 1550 has resiliency or flexibility. The use of flexible or resilient belt 1550 provides a secure connection between drive shaft 126 and first drive wheel 1510 and also reduces noise and vibration. Drive shaft 126 and first drive wheel 1510 have smooth outer surfaces upon which the first belt 1550 is secured.

25

First drive wheel 1510 is operably connected to second gear 1520 by a first co-axial shaft 1515. In the preferred embodiment, first shaft 1515 is rotatably mounted between opposing first bearings 1517. However, alternative rotatable mounting arrangements or securing structures could also be used. To reduce noise and vibration,

16

motor shaft 126 and first drive wheel 1510 are made of metal. First drive wheel 1510 and second gear 1520 have different diameters that partially provide for gear reduction between motor shaft 126 and pinion gear 1540.

5    Second gear 1520 is operably connected to third gear 1530 by a second belt 1570. Preferably, second belt 1570 has teeth 1575 that mesh with teeth 1580 formed along the circumference of second gear 1520 and third gear 1530. Second and third gears 1520, 1530 have different diameters that partially provide for gear reduction between motor shaft 126 and pinion gear 1540. Drive system 1500 can also have a tension pulley 1580 10    that provides tension to second belt 1570.

Third gear 1530 is operably connected to pinion gear 1540 by a second co-axial shaft 1535. In the preferred embodiment, second shaft 1535 is rotatably mounted between opposing second bearings 1537. However, alternative rotatable mounting 15    arrangements or securing structures could also be used. Preferably, third gear 1530 is integrally molded with pinion gear 1540 along second shaft 1535.

Pinion gear 1540 has teeth 1545 that engage with teeth 1090 of rack gear 109. When motor 125 is activated, the rotational motion of shaft 126 is translated into a 20    reciprocal longitudinal motion along a single axis of rack gear 109 in both directions. Drive system 1500, through use of first and second belts 1550, 1570 and first, second and third drive wheels or gears 1510, 1520, 1530, is able to provide a desired ratio of movement between motor shaft 126 and pinion gear 1540, i.e., gear reduction.

25    The use of a combination of the non-toothed belt 1550 and the toothed belt 1570 reduces noise and vibration, while maintaining a secure, sturdy drive system 1500 that is able to provide the necessary back and forth linear motion at the desired speeds and pressure for breast pump 100.

17

Referring to Figs. 20 through 26, an alternative embodiment of a drive system is shown and generally represented by reference numeral 4500. Drive system 4500 is also usable with breast pump 100 of Figs. 1 through 7 to provide the linear reciprocal movement of piston 112 with cylinder 113.

5

Drive system 4500 is a belt drive system having gear reduction incorporated therein. Drive system 4500 has a first gear, drive wheel or pulley 4510; a second gear, drive wheel or pulley 4520 secured to the first gear; a third gear, drive wheel or pulley 4530; and a pinion gear 4540 secured to the third gear.

10

First gear 4510 is operably connected to motor drive shaft 126 by a first belt 4550. In the preferred embodiment, first belt 4550 is a plurality of belts, and more preferably, three belts. First belts 4550 are preferably non-toothed belts. More preferably, first belts 4550 are o-rings having resiliency or flexibility. The use of flexible or resilient belts

15   4550, such as, for example, o-rings, provides a secure connection between drive shaft 126 and first gear 4510, and also reduces noise and vibration. Drive shaft 126 and first gear 4510 have annular channels 4555, 4560, formed therein, respectively. Annular channels 4555, 4560 are guides that assist in holding first belts 4550 in place and facilitate assembly of drive system 4500.

20

First gear 4510 is operably connected to second gear 4520 by a first co-axial shaft 4515. In this alternative embodiment, first shaft 4515 is rotatably mounted between opposing first bearings 4517. However, alternative rotatable mounting arrangements or securing structures could also be used. To reduce noise and vibration, motor shaft 126

25   and first gear 4510 are made of metal. First and second gears 4510, 4520 have different diameters that partially provide for gear reduction between motor shaft 126 and pinion gear 4540.



18

Second gear 4520 is operably connected to third gear 4530 by a second belt 4570. Preferably, second belt 4570 has teeth 4575 that mesh with teeth 4580 formed along the circumference of second gear 4520 and third gear 4530. Second and third gears 4520, 4530 have different diameters that partially provide for gear reduction between motor

5    shaft 126 and pinion gear 4540. Drive system 4500 can also have a tension pulley 4580 that provides tension to second belt 4570.

Third gear 4530 is operably connected to pinion gear 4540 by a second co-axial shaft 4535. In this alternative embodiment, second shaft 4535 is rotatably mounted

10    between opposing second bearings 4537. However, alternative rotatable mounting arrangements or securing structures could also be used. Preferably, third gear 4530 is integrally molded with pinion gear 4540 along second shaft 4535.

Pinion gear 4540 has teeth 4545 that engage with teeth 1090 of rack gear 109.

15    When motor 125 is activated, the rotational motion of shaft 126 is translated into a reciprocal longitudinal motion along a single axis of rack gear 109 in both directions. Drive system 4500, through use of first and second belts 4550, 4570 and first, second and third gears 4510, 4520, 4530, is able to provide a desired ratio of movement between motor shaft 126 and pinion gear 4540, i.e., gear reduction.

20

The use of a combination of the non-toothed o-ring belts 4550 and the toothed belt 4570 reduces noise and vibration, while maintaining a secure, sturdy drive system 4500 that is able to provide the necessary back and forth linear motion at the desired speeds and pressure for breast pump 100.

25

The embodiments of the drive systems 1500 and 4500 described above utilize belts for gear reduction. However, alternative embodiments can use a gear-box that reduces the gearing to the desired ratio that is transferred to the rack and pinion gearing that drives breast pump 100.

19

Referring back to Figs. 3 through 9, cylinder 113 has a supply tube 116 that is
secured to a supply connector 115 for supplying the positive and negative pressure to
breast cup 400. Preferably, supply connector has an outlet 215 disposed in storage

5      compartment 210. Air tubing 350 can be secured to outlet 215 and also secured to breast
cup 400. Storage compartment 210 can be opened or closed during the pumping
operation. Cylinder 113 is in fluid communication with a pressure relief valve 2000
(shown in Fig. 9) that is preferably set at about 1.5 in. Hg.

10     Pressure relief valve 2000 has an intake 2010 and an exhaust 2050. Intake 2010 is
in fluid communication with cylinder 113 and exhaust 2050 is in fluid communication
with breast cup 400, by tubing 350. Pressure relief valve 2000 has a relief exhaust 2100
that is in fluid communication with intake 2010 and exhaust 2050. Relief exhaust 2100 is
substantially tubular and is secured to a relief assembly 2200.

15

Relief assembly 2200 has a flexible insert 2210, a biasing member 2220 and a
retaining member 2230. Flexible insert 2210 sealing engages with the inner surface of
relief exhaust 2100 to prevent air from exiting through the relief exhaust. Insert 2210 has
a securing member 2215 that mates with biasing member 2200. In this embodiment,

20     securing member 2215 is a cross-shaped structure that is received in the inner volume of
biasing member 2200. Preferably, biasing member 2220 is a spring. More preferably,
biasing member 2220 is a coil spring. Retaining member 2230 is a cap-like structure
having opposing retaining arms 2235 that engage with a corresponding pair of engaging
protrusions 2105 positioned on the outer surface of relief exhaust 2100. Insert 2210 and

25     spring 2220 are held in the inner volume of relief exhaust 2100 by cap 2230.

Spring 2220 has a biasing strength or resistance that is equal to the relief pressure
of relief pressure valve 2000. When a positive pressure exceeds the relief pressure, which
in this embodiment is preferably set at about 1.5 in. Hg, the force created on the inner

20

surface of insert 2210 overcomes the biasing force of spring 2220 and the insert moves toward cap 2230 and outside of the inner volume of relief exhaust 2100. Air exits pressure relief valve 2000 through relief exhaust 2100 until the positive pressure in the pressure relief valve decreases below the biasing strength of spring 2220, at which time

5    insert 2210 moves back in the inner volume of the relief exhaust, sealingly engaging the inner surfaces of the relief exhaust.

Referring also to Fig. 32, pressure relief valve 2000 is shown with a preferred relief assembly 2201 that includes an insert 2211 and a biasing member 2221. Relief

10    assembly 2201 functions similarly to the insert 2210 and the spring 2220 of relief assembly 2200, as described above. Insert 2211 is a ball and biasing member 2221 is foam having a cylindrical shape. Relief assembly 2201 is advantageous because the ball 2211 is more easily assembled in relief exhaust 2100. Additionally, the foam cylinder 2221 is more consistent because it easily mates with the ball 2211 and provides a

15    consistent spring actuation force. Additionally, alternative pressure relief valves can be used which are adjustable so that the "massage strength", i.e., the amount of positive pressure on the user's breast, can be controlled.

Circuit board 120, shown in Fig. 3, allows a user to program several levels of

20    speed and several levels of suction. In this embodiment, the speed (cycle time) ranges from about 45 cycles/minute (cpm) to about 75 cpm. The embodiment provides for pre-set programming of a number of speed levels within the speed range. Preferably, the number of levels can be from about two to about eight levels. More preferably, the user can program five levels of speeds within the speed range. The embodiment also

25    envisions programming of the speed levels by the user.

The suction range for use with a single breast cup 400 and the preferred drive system 1500 shown in Figs. 15 through 21, is from about 3 in. Hg to about 10 in. Hg, and from about 3 in. Hg to about 8 in. Hg for two breast cups. The suction range for use with

21

a single breast cup 400 and the gear box system shown in Figs. 3 and 4 is from about 3 in. Hg to about 9 in. Hg, and from about 3 in. Hg to about 8 in. Hg for two breast cups. The embodiment provides for pre-set programming of a number of suction levels within the suction range. Preferably, the number of levels can be from about two to about eight

5      levels. More preferably, the user can program five levels of suction within the suction range. The present invention also envisions programming of the suction levels by the user.

Computer software can also be used to control the amount of positive and

10    negative pressure. This allows the amounts of positive and negative pressure to be personalized for the user and also varied over the duration of the pumping process to maximize efficiency.

Breast pump 100 is preferably controlled by a software-driven circuit board 120,

15    along with a gear motor 125, a rack and pinion set 109, 110, and a piston system 112, 113. The software and system are designed to provide maximum flexibility and to facilitate changing of the pressure curve or "wave." This is feasible because the software controls the speed of motor 120 and the distance that piston 112 will travel in cylinder 113. The distance piston 112 travels relates to the pressure levels. By controlling speed

20    and pressure levels with software, the pressure curve or "wave" can be controlled.

Once a determination is made that there is a specific "wave" or pressure curve that is similar to the sucking of an infant or most comfortable to the mother, then the desired wave can be obtained by changing the timing (motor speed and piston distance). Through

25    use of software, a user has the ability to apply memory to a particular pressure curve and the variation of that pressure curve over time so as to maximize the comfort for the user.

In this embodiment, a sine wave is used for the control of breast pump 100. This is based on the assumption that the most comfortable pressure curve would be one that

22

increases and decreases in pressure gradually, similar to a sine wave, without sharp

pressure peaks and valleys providing a pinching feeling on the user.  The back and forth

motion of piston 112 approximates the desired sine wave.  However, to avoid sharp

pressure peaks, the timing of piston 112 is slowed down at these peaks, and the pressure

5    is held constant for a duration of time at the maximum and minimum suction points on

the wave.  This results in a pressure curve having a steady sine wave that is more

comfortable to the user.

Alternative waves can also be used for the pressure curve, if such a wave is

10    determined to be desirable by the mother.  For example, if a mother prefers a "saw tooth"

pressure curve with sharp peaks, the timing of piston 112 can be changed to simply cycle

back and forth, minimizing the pause when piston 112 changes direction.  Also, for

example, if a mother prefers a "square curve", the timing of piston 112 can be changed to

hold the piston position when the piston is ready to change direction, and then quickly

15    ramp down and hold its position again before it ramps back up.  This will create a "square

curve" wave.

Use of software control provides for numerous choices of waves or pressure

curves.  This further allows the flexibility to change or offer greater choice with one

20    breast pump 100.  In contrast, contemporary pumps have the drawback of not allowing

the flexibility of changing pressure curve waves.  Breast Pump 100 allows for inter-cycle

control of the pressure and speed.  In the preferred embodiment, this is done through use

of a reversible, variable speed motor 125 operably connected to a linear system

incorporating piston 112 and cylinder 113.  Thus, contemporary devices could seemingly

25    use a particular sinusoidal pressure curve repeatedly, while the breast pump 100 has the

ability to use any type of wave and to change the wave during the cycle.

The control system and software provide for a closed-loop control system or inter-

cycle real-time adjustment.  Thus, real-time monitoring of the control variables occurs,

23

such as piston distance traveled and speed. As the motor and other components age and wear, the closed-loop control system accounts for such detrimental changes to provide accurate cycle time and pressure sought by the user. The real-time monitoring and control provides effectively equal speed levels for both single and double cup pumping

5    even with the changes in torque.

Cylinder 113 has a pressure differential hole 75. Preferably, pressure differential hole 75 is located along bottom face 80 of cylinder 113. Pressure differential hole 75 is substantially smaller than exhaust hole 1013 and supply tube 116 through which the air

10   flows for generating the positive and negative pressure. Pressure differential hole 75 provides a variance in the amount of positive pressure as compared to the amount of negative pressure. Pressure differential hole 75 is effective for the higher ranges of vacuum to provide the "lost" air at the end of the vacuum stroke. On the positive pressure stroke, a small amount of air will be released through pressure differential hole 75 but the

15   air will be reintroduced during the negative pressure stroke when the level of pressure is higher.

Referring to Fig. 33, cylinder 113 is shown with a preferred embodiment of a pressure differential insert 76. Pressure differential hole 75 is disposed through pressure

20   differential insert 76. Insert 76 is then connected to cylinder 113 through a cylinder hole 77 disposed through the wall of the cylinder. Insert 76 is preferably press fit into cylinder hole 77. However, alternative connection methods can also be used, such as, for example, threads or adhesive. Pressure differential insert 76 is a machined metal piece that allows for the machining of pressure differential hole 75 with a precise diameter

25   within very small tolerances.

The use of insert 76 is advantageous over disposing pressure differential hole 75 directly through the wall of cylinder 113 because of the significant lack of precision in either molding the hole or drilling the hole through a plastic part. Additionally, pressure

24

differential insert 76 can be selectively inserted through cylinder hole 77 so that a plurality of inserts having a plurality of differently sized pressure differential holes 75 can be used. By providing for different diameters for pressure differential hole 75, the suction levels produced by the pump can be altered.

5

Pressure differential hole 75 allows for reclaiming of the air during the negative pressure stroke that is lost over time during use of breast pump 100 so that the positive pressure can be accurately maintained over time. During testing of breast pump 100, unexpected and significant results occurred from the use of differently sized diameters of
10   pressure differential hole 75. It was discovered that a pressure differential hole 75 having a diameter of between about 0.15 mm to about 0.75 mm maintained an accurate positive pressure over time while providing the desired negative pressure. The volume of cylinder 113 was 126 cm$^3$. Preferably, pressure differential hole 75 has a diameter of between about 0.25 mm to about 0.5 mm, and most preferably the diameter is about 0.3 mm.

15

Referring to Fig. 10, cylinder 113 is formed as a zero- draft cylinder. The outer diameter of piston 112 creates a seal with the inner diameter d of cylinder 113 to move the volume of air inside the cylinder, creating vacuum and pressure on the breast. Breast pump 100 requires a cylinder 113 that has a consistent inner diameter d through the entire
20   length of the cylinder to create an appropriate seal while minimizing interference or resistance to piston 112. Typical injection molded parts require a draft angle that would create a non-uniform inner diameter d of cylinder 113.

Cylinder 113 is preferably molded as a zero-draft cylinder that provides a uniform
25   inner diameter d and more preferably, molded in a single piece. As shown in Fig. 10, cylinder 113 is a one piece, plastic injection molded part. A two-part cylinder or a machined-cylinder have drawbacks which the single piece, zero draft cylinder 113 overcomes. The two-part cylinder requires an extruded tube attached to an end cap, with the two parts joined using a weld or using an adhesive. The machined part is typically a



25

metal tube. One of the advantages to the zero-draft, one-piece cylinder 113 is that it is injection moldable.

Referring to Figs. 3 through 10, button pad 105 is the user interface or control
5    mechanism for breast pump 100. Button pad 105 has a pair of positive and negative keys for increasing or decreasing the level of suction and speed. Pad 105 further includes an on/off switch.

Due to the reciprocal back and forth motion of piston 112 in cylinder 113, breast
10   pump 100 supplies both a positive pressure and a negative pressure to a woman's breast through a single hose or tubing 350. While this embodiment uses a piston/cylinder mechanism to create positive and negative pressure, alternative expandable volumes or pressure sources can also be used. Such alternative embodiments include a bellows mechanism or a diaphragm that would require fewer parts.
15

Referring to Figs. 11 and 12, breast Cup, hood, or breast receiving member 400 is shown. Breast cup 400 has a housing 500 having an air orifice 560, a flexible insert 600, and a holder 700. Housing 500 is a rigid structure and flexible insert 600 is a flexible structure. Housing 500 is adapted for sealing engagement with insert 600 to form a
20   displacement volume 510 between the housing and the insert. The funnel-like shape of insert 600 provides for an inner volume 655 for receiving of the breast. Air orifice 560 is in fluid communication with displacement volume 510.

Breast pump 100 is placed in fluid communication with breast cup 400 via air
25   tubing 350 that is connected to air orifice 560 and in fluid communication with cylinder 113. Breast pump supplies both a positive and negative pressure to breast cup 400. The positive and negative pressure created by breast pump 100 causes air to flow through air orifice 560 into and out of displacement volume 510. The positive and negative pressure supplied to breast cup 400 causes flexible insert 600 and, in particular, displacement

26

volume 510 to expand and contract to apply reciprocating positive and negative forces on the user's breast.

Due to the negative pressure being created by evacuation of displacement volume
5   510 and the substantial collapsing of insert 600 upon housing 500, breast cup 400 has a maximum suction level inherently incorporated therein. Unlike contemporary devices that provide vacuum directly to the nipple from the vacuum source and are thus vulnerable to over-sucking, breast cup 400 can only provide a maximum negative pressure based upon the displacement volume 510. Once all of the air is evacuated from
10   displacement volume 510, breast cup 400 preferably no longer increases the negative pressure or force applied to the breast. Breast pump 100 and breast cup 400 are able to apply both a positive and a negative pressure to a user's breast through a single air tubing 350, which is connected to air orifice 560.

15   The volume disposed in displacement volume 510 is preferably between 22 to 52 cubic centimeters, and more preferably between 32 to 42 cubic centimeters. The expandable and contractible displacement volume 510 provides an upper limit to the amount of negative pressure that can be applied to a user's breast, which can further serve as a safety feature in use of breast pump 100. Additionally, the sealing engagement of
20   insert 600 and housing 500 provides a barrier between the user's breast and breast pump 100 to prevent any breast milk from entering air tubing 350 or the breast pump. Insert 600 can also include a massaging member 634. Massaging member 634 has a star-like shape, which provides additional massaging action to the breast. Alternative shapes can also be used for massaging member 634.

25

Referring to Figs. 27 through 29, breast cup 400 is shown in partial cross-section with a breast 1. The breast 1 has a nipple 2 with an areola 3, and milk lakes or ducts 4, which are supplied by milk glands 5. Breast cup 400 has bladders 685 on insert 600 and tubular member 735 on holder 700. Bladders 685 partially define displacement volume

27

510. When air is evacuated from the bladders 685 and the displacement volume 510 such that insert 600 is pulled toward and against housing 500, then the negative pressure, vacuum or negative force is applied to breast 1.

5        Tubular member 735 is disposed substantially adjacent to bladders 685 and extends partially through insert 600. Tubular member 735 is a rigid barrier between the breast 1 and bladders 685 to prevent the breast from making contact with and impinging the bladders, which would reduce the amount of their inflation and deflation, and thus reduce the reciprocating pressure applied to the breast.

10

        Positioning of the breast cup 400 on the breast 1, results in the nipple 2, areola 3 and milk ducts 4 being substantially surrounded by displacement volume 510. Nipple 2 being substantially surrounded by the displacement volume and the use of tubular member 735 to create a rigid barrier in front of areola 3 and adjacent to bladders 685,

15    results in a negative pressure gradient, vacuum or negative force 10 being applied to nipple 2 upon evacuation of the air in displacement volume 510 during the negative pressure stroke or cycle, as represented in Fig. 29. The negative pressure gradient or force 10 has a lateral component or direction L that is greater than an axial component or direction A. The negative pressure gradient or force 10 and the larger lateral component

20    L causes the nipple 2 to be pulled or sucked laterally more than axially, which has been shown to be significantly more efficient at causing expression of breast milk from the milk ducts 4. The negative pressure gradient or force 10 has also been shown to be more comfortable for the user and more like the sucking of a baby during breast-feeding, due in part to the widening of the nipple 2 as opposed to axially elongating or distending the



25    nipple along axial direction A.

        Displacement volume 510 extends almost to the leading edge of housing 500 where the housing is secured to insert 600, which assists in creating the negative pressure gradient or force 10 during the negative pressure stroke or cycle that causes lateral

28

sucking and lateral movement of the nipple 2 along the lateral component L. As shown in Fig. 29, the negative pressure gradient, vacuum or force 10 extends beyond the outer circumference of the areola 3 and is substantially laterally applied thereto during the negative pressure stroke or cycle, which further assists in creating a force on the nipple 2

5     with a greater lateral component L than axial component A and thus a widening of the nipple.

The positioning of tubular member 735 helps reduce the negative pressure gradient or force 10 axially from or in front of, the nipple 2 during the negative pressure

10     stroke or cycle, which reduces discomfort associated with axial distention of the nipple. Tubular member 735 has an opening (not shown) formed along the tubular member wall. For softer breasts 1, which are pulled into the tubular member 735 during the negative pressure stroke, the opening allows application of the negative pressure or vacuum to the distal end of the nipple 2.

15

Referring to Figs. 30 through 31, a contemporary breast cup 20 is shown which is connected to a vacuum source through a vacuum line 21. The contemporary breast cup 20 has a hood 22 that can engage the breast 1 and a cylindrical extension 23 attached to the hood. The cylindrical extension 23 is in fluid communication with the vacuum line

20     21 and a collection member 24. The vacuum or negative pressure is supplied from the vacuum line through the cylindrical extension 23 and to the areola 2. A separation wall 27 seemingly prevents the breast milk from entering the vacuum line 21. The evacuation of the air in cylindrical extension 23 creates a negative pressure gradient or force 30 during the negative pressure stroke, as represented in Fig. 31.

25

The negative pressure gradient or force 30 has a greater axial component A than lateral component L during the negative pressure stroke, causing the nipple 2 to be pulled or sucked axially more than laterally, which has been shown to be significantly less efficient at causing expression of breast milk from the milk ducts. The negative pressure

29

gradient or force 30 having a greater axial component A than lateral component L during
the negative pressure stroke, has also been shown to be uncomfortable for the user. The
vacuum or negative pressure is supplied axially from or in front of, nipple 2 during the
negative pressure stroke or cycle, which causes discomfort associated with axial

5    elongation and distention of the nipple.

While breast cup 400 uses a flexible insert 600 partially defining a displacement
volume 510 that applies the negative pressure gradient, vacuum or force 10 to the nipple
2 during the negative pressure stroke or cycle, the embodiment contemplates the use of

10   other designs and arrangements that create the negative pressure gradient, vacuum or
force 10. Alternative designs for breast cup 400 that cause greater widening of the nipple
along the lateral component L as opposed to elongation or distention of the nipple along
the axial component A during the negative pressure stroke or cycle are contemplated.
Also, alternative designs for breast cup 400 that apply a negative force to nipple 2 during

15   the negative pressure stroke having an average lateral component L that is greater than the
average axial component A are contemplated. Further, alternative designs for breast cup
400 that apply a negative pressure gradient or vacuum to nipple 2 during the negative
pressure stroke having an average lateral component L that is greater than the average
axial component A are contemplated.

20

While the preferred embodiment describes the use of a motorized pump 100 that
supplies the pressure to breast cup 400, the use of manual pumps for use with breast cup
400 is contemplated, including pumping mechanisms that are affixed to breast cup 400.
Additionally, other barrier structures, designs or methods are contemplated which reduce

25   the negative pressure, vacuum or negative force applied to the distal end or front of nipple
2, and/or reduce the axial component A of the negative pressure, vacuum or negative
force applied to the nipple 2, as compared to the lateral component L.



30

It is contemplated that a valve or other known release mechanism (not shown)  in fluid communication with displacement volume 510 could be used so that a user could alternatively selectively control the amount of positive or negative pressure at the breast cup 400 rather than only at the breast pump 100.  The valve or release mechanism on the

5    breast cup 400 could also be a quick release mechanism as a safety feature in the event of discomfort to the user.  The valve or release mechanism could also be used to selectively allow only positive or negative pressure to be generated at the breast cup 400.

The modularity of breast cup 400 through use of three separate pieces that can be

10    easily assembled, i.e., housing 500, insert 600 and holder 700, allows a kit to accommodate breasts of varying sizes and shapes.  The kit can include a plurality of differently sized housings 500 and inserts 600, as well as differently shaped housings 500 and inserts 600, to accommodate different sized breasts and different shaped breasts.  The plurality of different housings 500 and inserts 600 can all be assembled to holder 700 and

15    can be connected to breast pump 100.  An example of the variation in sizes of housings 500 and inserts 600 includes the inner and outer diameters throughout the housings and inserts, as well as the length of the housings and inserts.  An example of the variation in shapes of housings 500 and inserts 600 includes varying the taper angle, as well as changing the circular shape of the leading edge of the housing and insert.  Additionally,

20    the modularity and interchangeability allows for the use of different shaped or sized massaging members or projections 634 on different inserts 600.

A kit containing a plurality of differently sized or shaped inserts 600 that can all be assembled to housing 500 and holder 700, to form a plurality of different breast cups

25    400 for use with breast pump 100 is also contemplated.  The plurality of differently sized inserts 600 can be used to accommodate different sized breasts and also to change the displacement volume 510.  The plurality of differently shaped inserts 600 can be used to accommodate differently shaped breasts, as well as to provide different massaging effects to the breasts, such as, for example, different massaging members 634 formed on the

31

insert. Examples of some alternative inserts 600 are described more fully in copending U.S. Published Patent No. 20030149398, filed December 27, 2002, the disclosure of which has been incorporated by reference herein in its entirety.

5          While the preferred embodiment of the breast pump system uses breast cup 400 having a displacement volume 510 in fluid isolation from the user's breast, alternative breast cups can also be used with breast pump 100. The unique features of the breast pump system can be used with other types of breast cups, such as, for example, the control system or the rack and pinion driving mechanism.

10

          Referring to Fig. 34, an alternative embodiment of the breast cup is shown and generally represented by reference numeral 5400. Breast cup 5400 is usable with insert 600. Breast cup 5400 has a funnel shaped housing 5500 that is connected to a cylindrically-shaped holder 5700. Holder 5700 has a handle 5725, a pressure orifice

15   5750, and a pressure adjuster 5775. Handle 5725 is ergonomically contoured and has a wave-like shape 5730 that provides for different holding angles. Handle 5725 is disposed along holder 5700 on the opposing side from funnel 5500. Handle 5725 is preferably made of, or covered by, a material that facilitates gripping. Handle 5725 can include various textures, projections and/or embossments to sooth the users hand during the

20   pumping process.

          Pressure orifice 5750 can be attached to tubing 350 to place breast cup 5400 in fluid communication with breast pump 100. Pressure adjuster 5775 is in fluid communication with pressure orifice 5750 and allows a user to adjust the pressure at the

25   breast cup 5400 without having to make an adjustment at the breast pump 100. In this embodiment, pressure adjuster 5775 is a dial but alternative actuators can also be used.

          Referring to Fig. 35, another alternative embodiment of the breast cup is shown and generally represented by reference numeral 6400. Breast cup 6400 is usable with

32

insert 600. Breast cup 6400 has a funnel 6500 that is connected to a holder 6700. Holder 6700 has handle portions 6725, 6726, a pressure orifice 6750, and a pressure adjuster 6775. Handle portions 6725, 6726 are disposed on opposing sides of holder 6700 and facilitate grasping of the holder. Handle portions 6725, 6726 are preferably made of, or

5    covered by, a material that facilitates gripping. Handle portions 6725, 6726 can include various textures, projections and/or embossments to sooth the users hand during the pumping process.

Referring back to Fig. 12, holder 700 of breast cup 400 provides a first set of

10    threads 701 and a second set of threads 702. First and second threads 701, 702 have different diameters and are sized to fit the two standard sized bottles or holders that are used with infant feeding and breast pumping, i.e., reusable containers and disposable containers. The first and second threads 701, 702 have the same pitch and are concentrically aligned. During the molding process, this allows the steel mold core to be

15    unscrewed from holder 700.

While the embodiment illustrated shows the dual threads, i.e., first and second threads 701, 702 on breast cup 400, the use of the dual threads on other infant care products that require the use of a holder or bottle, such as, for example, a nipple ring or a

20    cap is contemplated. Referring to Figs. 36 and 37, a nipple ring is shown and generally represented by reference numeral 7000. Nipple ring 7000 has a circumferential wall 7100 with an inwardly extending flange 7200 defining an opening 7250. Nipple ring 7000 has the dual threads described above, i.e., a first set of threads 701 and a second set of threads 702. The nipple ring 7000 provides for engagement of nipple 7500 with either reusable

25    containers by way of first threads 701 or disposable containers by way of second threads 702. Preferably, first threads 701 downwardly extend from flange 7200 and second threads 702 are formed along circumferential wall 7100.



33

Referring to Figs. 38 and 39, a cap is shown and generally represented by reference numeral 8000. Cap 8000 has a circumferential wall 8100 connected to a top wall 8200. Cap 8000 also has the dual threads described above, i.e., a first set of threads 701 and a second set of threads 702. The cap 8000 provides sealing of either reusable

5    containers by way of first threads 701 or disposable containers by way of second threads 702. Preferably, first threads 701 downwardly extend from top wall 8200 and second threads 702 are formed along circumferential wall 8100.

Referring to Fig. 13, T-connector 300 is a triangular shaped valve that allows a

10    user to utilize either a single breast cup 400 or two breast cups through use of a first orifice 310 and a second orifice 320. Breast pump 100 is connected to t-connector 300 through air tubing 350 at inlet 330. The single split valve configuration of t-connector 300 minimizes the amount of tubing 350 necessary for double pumping. T-connector 300 has a plug 340 for closing off either of first or second orifices 310, 320 if single pumping

15    is desired. Preferably, plug 340 is tethered to an outer surface of t-connector 300 to facilitate engagement with first or second orifices 310, 320.

Referring to Fig. 14, a method of expressing breast milk according to the breast pump system, is shown. The user commences the breast pumping operation by turning

20    breast pump 100 "on," as in step 800. This causes power to be supplied to breast pump 100 (step 810). The user then inputs the cycle time and suction level that is desired, as in step 820. In the preferred embodiment, the user has five cycle times and suction levels from which to choose. The cycle time and suction level is inputted by use of button pad 105.

25    In step 830, PC board 120 sets the motor speed and target piston travel distance according to the user's inputted levels for cycle time and suction. The cycle time and suction level are then displayed to the user, as in step 840. In this embodiment, the cycle time and suction level are indicated by lights 225 with the number of illuminated lights

34

corresponding to the level. In step 850, motor 125 is actuated causing piston 112 to move toward bottom 175 of cylinder 113. This creates a positive pressure that is supplied to breast cup 400 by air tubing 350.

5      In step 855, the PC Board monitors the home switch to determine whether it has been triggered by contact with piston 112. In step 860, it is determined whether the home switch has been triggered. If the home switch has been triggered then it is reset as in step 870. In step 880, motor 125 is then reversed causing piston 112 to move toward top 180 of cylinder 113. This creates a negative pressure that is supplied to breast cup 400 by air

10     tubing 350. One of the advantages of the breast pump system is that is supplies both a positive pressure and a negative pressure through the same air tubing 350. This reduces cleaning and simplifies the operation for a user.

       To provide the proper amount of suction as inputted by the user, photo-sensors

15     121 count the number of rack openings 50, as in step 890. In step 900, PC board 120 determines if the number of rack openings 50 that have been counted is the equivalent of the target piston travel distance as inputted by the user. In step 910, it is determined whether breast pump 100 is still "on." If breast pump 100 has been shut off then the pumping operation ends, as in step 915.

20

       In step 920, it is determined whether the user has inputted a new cycle time or suction level. If a new cycle time or suction level has been inputted, then PC Board 120 sets the motor speed and target piston travel distance according to the user's inputted levels for cycle time and suction, reverting back to step 830 and repeating the above

25     described steps. If the user has not inputted a new cycle time or suction level then the motor is again reversed causing piston 112 to move toward bottom 175 of cylinder 113. This creates a positive pressure that is supplied to breast cup 400 by air tubing 350. The process continues with breast pump 100 supplying positive pressure and then negative pressure to breast cup 400 until the breast pump is shut off (step 910).



35

The breast pump system includes a number of components and can be used in remote locations, such as when a user is traveling. The various components can be disposed within a bag system for ease of use. An example of such a bag system, as well

5    as the components of such a system, is disclosed in the co-pending and commonly owned U.S. Published Patent No. 20030149398, filed December 27, 2002, the disclosure of which is incorporated herein by reference.

The present invention having been thus described with particular reference to the

10    preferred forms thereof, it will be obvious that changes may be made therein without departing from the scope of the present invention as defined in the appended claims.



36

WHAT IS CLAIMED IS:

1.    A breast pump for expressing breast milk from a breast, the pump comprising:

5          a pressure source having a movable structure for generating pressure during a pressure stroke, said movable structure having a variable pressure volume or variable cycle time; and

a controller operably connected to said pressure source, wherein said controller regulates said pressure volume based upon a distance

10    traveled by said movable structure and regulates said variable cycle time based upon a speed of said movable structure, and wherein said controller provides substantially real-time monitoring of said distance traveled and said speed.

2.    The pump of Claim 1, wherein said controller can regulate said pressure

15    cycle based upon a non-sinusoidal wave signal of said pressure versus said variable cycle time.

3.    The pump of Claim 2, wherein said non-sinusoidal wave signal comprises a square curve wave signal.

20

4.    The pump of Claim 1, wherein said controller can regulate said pressure cycle based upon a sine wave signal of said pressure versus said variable cycle time.



25    5.    The pump of Claim 1, wherein said pressure comprises both a positive pressure and a negative pressure.



37

**PATENT COOPERATION TREATY**

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| ElviePumpPCT | | |

| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
|---|---|---|
| PCT/GB2018/051659 | 15 June 2018 (15-06-2018) | 15 June 2017 (15-06-2017) |

Applicant

CHIARO TECHNOLOGY LIMITED

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _____9_____ sheets.

- [ ] It is also accompanied by a copy of each prior art document cited in this report.

---

1. **Basis of the report**

   a. With regard to the **language,** the international search was carried out on the basis of:

      - [X] the international application in the language in which it was filed
      - [ ] a translation of the international application into _____, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

   b. [ ] This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).

   c. [ ] With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. [X] **Certain claims were found unsearchable** (See Box No. II)

3. [X] **Unity of invention is lacking** (see Box No III)

4. With regard to the **title,**
   - [X] the text is approved as submitted by the applicant
   - [ ] the text has been established by this Authority to read as follows:

5. With regard to the **abstract,**
   - [X] the text is approved as submitted by the applicant
   - [ ] the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority

6. With regard to the **drawings,**

   a. the figure of the drawings to be published with the abstract is Figure No. ____1____
      - [X] as suggested by the applicant
      - [ ] as selected by this Authority, because the applicant failed to suggest a figure
      - [ ] as selected by this Authority, because this figure better characterizes the invention
   b. [ ] none of the figures is to be published with the abstract

Form PCT/ISA/210 (first sheet) (January 2015)

# INTERNATIONAL SEARCH REPORT

International application No.
PCT/GB2018/051659

| Box No. II | Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet) |

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☒ Claims Nos.:        31-72(completely); 73-158(partially)
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:
   see FURTHER INFORMATION sheet PCT/ISA/210

3. ☐ Claims Nos.:
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| Box No. III | Observations where unity of invention is lacking (Continuation of item 3 of first sheet) |

This International Searching Authority found multiple inventions in this international application, as follows:

see additional sheet

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying an additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☒ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:
   1-6, 11-14, 108-119(completely); 158(partially)

**Remark on Protest**
☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (April 2005)

# INTERNATIONAL SEARCH REPORT

International application No

PCT/GB2018/051659

### A. CLASSIFICATION OF SUBJECT MATTER

INV. A61M1/06
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

### B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)

A61M  F04B

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

EPO-Internal, WPI Data

### C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | JP 2016 010524 A (MURATA MANUFACTURING CO) 21 January 2016 (2016-01-21)<br><br>abstract<br>figures 1-5,8<br>----- | 1-6, 11-14, 108-119, 158 |
| X | US 2013/023821 A1 (KHALIL GAMAL [CH] ET AL) 24 January 2013 (2013-01-24) cited in the application<br><br>page 3, paragraph 51-53<br>page 4, paragraph 66 - paragraph 69<br>figures 3-5,9-11<br>-----<br><br>-/-- | 1-6, 11-14, 108-119, 158 |

X Further documents are listed in the continuation of Box C.

X See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier application or patent but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 25 September 2018 | 04/12/2018 |

| Name and mailing address of the ISA/<br>European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040,<br>Fax: (+31-70) 340-3016 | Authorized officer<br><br>Kempeneers, Johanna |

2

Form PCT/ISA/210 (second sheet) (April 2005)

page 1 of 2

# INTERNATIONAL SEARCH REPORT

| | International application No |
|---|---|
| | PCT/GB2018/051659 |

**C(Continuation).  DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 2017/095599 A1 (KONDO DAISUKE [JP] ET AL) 6 April 2017 (2017-04-06)<br><br>page 3, paragraph 55 - paragraph 57<br>page 7, paragraph 146 - page 8, paragraph 175<br>figures 1,15,16<br>-----| 1,2,4-6,<br>108,<br>112-114,<br>158 |
| A | US 2016/271305 A1 (KURIHARA KIYOSHI [JP] ET AL) 22 September 2016 (2016-09-22)<br>page 3, paragraph 51 - paragraph 56<br>page 4, paragraph 61<br>page 6, paragraph 91 - paragraph 93<br>figures 1,2,6<br>-----| 1,2,14,<br>118,158 |

2

# INTERNATIONAL SEARCH REPORT
Information on patent family members

| | International application No |
|---|---|
| | PCT/GB2018/051659 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| JP 2016010524 | A | 21-01-2016 | NONE | | |
| US 2013023821 | A1 | 24-01-2013 | AU | 2012286462 A1 | 13-02-2014 |
| | | | BR | 112014001185 A2 | 21-02-2017 |
| | | | CH | 705295 A1 | 31-01-2013 |
| | | | CN | 103687634 A | 26-03-2014 |
| | | | EP | 2734250 A1 | 28-05-2014 |
| | | | IL | 230280 A | 28-06-2018 |
| | | | JP | 6062937 B2 | 18-01-2017 |
| | | | JP | 2014529312 A | 06-11-2014 |
| | | | KR | 20140040232 A | 02-04-2014 |
| | | | MY | 166874 A | 24-07-2018 |
| | | | PL | 2734250 T3 | 31-03-2017 |
| | | | RU | 2014104019 A | 27-08-2015 |
| | | | TW | 201304827 A | 01-02-2013 |
| | | | US | 2013023821 A1 | 24-01-2013 |
| | | | WO | 2013010286 A1 | 24-01-2013 |
| US 2017095599 | A1 | 06-04-2017 | JP | 6213677 B2 | 18-10-2017 |
| | | | JP | WO2016002606 A1 | 27-04-2017 |
| | | | US | 2017095599 A1 | 06-04-2017 |
| | | | WO | 2016002606 A1 | 07-01-2016 |
| US 2016271305 | A1 | 22-09-2016 | EP | 3037116 A1 | 29-06-2016 |
| | | | JP | 6245280 B2 | 13-12-2017 |
| | | | JP | 2017205654 A | 24-11-2017 |
| | | | JP | WO2015115516 A1 | 23-03-2017 |
| | | | US | 2016271305 A1 | 22-09-2016 |
| | | | WO | 2015115516 A1 | 06-08-2015 |

International Application No. PCT/ GB2018/ 051659

**FURTHER INFORMATION CONTINUED FROM    PCT/ISA/ 210**

This International Searching Authority found multiple (groups of)
inventions in this international application, as follows:

    1. claims: 1-6, 11-14, 108-119(completely); 158(partially)

        A wearable breast pump system as in claim 1, including
        special technical features of the piezo air-pump; A method
        of expressing and collecting milk, comprising the step of
        using such a wearable breast pump.

    1.1. claims: 2(completely); 158(partially)

        A wearable breast pump system as in claim 1, configured as a
        self-contained wearable device with an internal rechargeable
        battery; A method of expressing and collecting milk,
        comprising the step of using such a wearable breast pump
        ---

    2. claims: 7-10, 120-127(completely); 158(partially)

        A wearable breast pump system as in claim 1, including
        special technical features of the diaphragm.
        ---

    3. claims: 15, 27, 28, 30, 87-95(completely); 158(partially)

        A wearable breast pump system as in claim 1, including
        special technical features of the milk container; A method
        of expressing and collecting milk, comprising the step of
        using such a wearable breast pump
        ---

    4. claims: 16, 29, 73-86(completely); 158(partially)

        A wearable breast pump system as in claim 1, including
        special technical features of the breast shield; A method of
        expressing and collecting milk, comprising the step of using
        such a wearable breast pump
        ---

    5. claims: 17-19, 21, 23, 128-157(completely); 158(partially)

        A wearable breast pump system as in claim 1, including
        special technical features related to flow measurement and
        indication; A method of expressing and collecting milk,
        comprising the step of using such a wearable breast pump
        ---

    6. claims: 22(completely); 158(partially)

        A wearable breast pump system as in claim 1, in which the
        centre of gravity with an empty milk container attached to
        te housing is at or below (i) the half-way height line of
        the housing or (ii) the horizontal line passing through a
        nipple tunnel or filling point on a breast shield (so that

International Application No. PCT/ GB2018/ 051659

**FURTHER INFORMATION CONTINUED FROM    PCT/ISA/ 210**

the device that is not top-heavy for a woman using the
pump); A method of expressing and collecting milk,
comprising the step of using such a wearable breast pump
---

7. claims: 24(completely); 158(partially)

A wearable breast pump system as in claim 1, including a
data sub-system that collects and provides data to a
connected device or remote application or remote sensor; A
method of expressing and collecting milk, comprising the
step of using such a wearable breast pump
---

8. claims: 20, 25, 26, 96-107(completely); 158(partially)

A wearable breast pump system as in claim 1, including
special technical features of the pump (control); A method
of expressing and collecting milk, comprising the step of
using such a wearable breast pump
---

International Application No. PCT/ GB2018/ 051659

**FURTHER INFORMATION CONTINUED FROM** **PCT/ISA/** 210

Continuation of Box II.2

Claims Nos.:  31-72(completely); 73-158(partially)


The present application contains 158 claims, of which 44 are
independent.
 There is no clear distinction between several of the 44
independent claims because of overlapping scope. Various independent
claims directed to subject-matter that does not (completely) overlap do
not meet the requirements of unity of invention (Rule 13 PCT).
 According
to what can be understood from the description, it seems that a
protection is sought after for several a spects of a breast pump system:
- wearability (including a housing shaped at least in part to fit inside
a bra)
 - technical features of the breast shield
 - technical features
of the milk container
 - technical features of the pump and its control
to improve user comfort
 - the pump is specifically a piezo air-pump
(possibly two piezo air-pumps in series or in parallel), and details
thereof
 - a separate deformable diaphragm to generate negative air
pressure inside the breast shield, the diaphragm as such separating the
(piezo) air-pump from the breast shield such that the (piezo) air-pump
forms part of a closed loop system
 - a flow measurement and milk volume
indication means
 The 44 independent claims are either directed to one of
the above aspects, or to what appears to be an aleatory mix and match of
two or several of these aspects.
 Moreover, from the 114 dependent
claims, 85 claims are dependent on any of the 41 independent claims
directed to a "system" (as well as on any of the other dependent claims).
They too are directed to one of the above aspects, or to what appears to
be an aleatory mix and match of two or several of these aspects.
 There
are thus so many claims, and they are drafted in such a way that the
claims as a whole are not in compliance with the provisions of clarity
and conciseness of Article 6 PCT, as it is particularly burdensome for a
skilled person to establish the subject-matter for which protection is
sought.
 The non-compliance with the s ubstantive provisions is to such
an extent, that the search was performed taking into consideration the
non-compliance in determining the extent of the search (PCT Guidelines
9.19 and 9.25).
 The search was based on the subject-matter that is
expected to be claimed later in the procedure, and the corresponding
independent claim 1. Moreover, independent claim 158, directed to a
method of expressing and collecting milk, comprising the step of using a
system as defined in claim 1, has also been searched. Independent claims
31-72 and independent claim 158 when referring to any of the independent

International Application No. PCT/GB2018/051659

**FURTHER INFORMATION CONTINUED FROM    PCT/ISA/  210**

claims 31-72 were not searched. Claims 73-157 when being dependent on any
of claims 31-72 were also not searched.
 Since the claims dependent on
claim 1 are not complying with unity of invention (Rule 13 PCT) (see non
unity reasoning), the extent of the search was further limited to the
technical features as claimed in claim 1 in combination with the first
and second invention for which protection is sought, namely dependent
claim 2 and the dependent claims further specifying details concerning
the piezo air-pump (claims 3-6, 11-14, 108-119).

The applicant's attention is drawn to the fact that claims relating to
inventions in respect of which no international search report has been
established need not be the subject of an international preliminary
examination (Rule 66.1(e) PCT). The applicant is advised that the EPO
policy when acting as an International Preliminary Examining Authority is
normally not to carry out a preliminary examination on matter which has
not been searched. This is the case irrespective of whether or not the
claims are amended following receipt of the search report or during any
Chapter II procedure. If the application proceeds into the regional phase
before the EPO, the applicant is reminded that a search may be carried
out during examination before the EPO (see EPO Guidelines C-IV, 7.2),
should the problems which led to the Article 17(2) declaration be
overcome.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17203327 |
| **Filing Date:** | 16-Mar-2021 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Filer:** | Kassity L. Mai/Scott Dodge |
| **Attorney Docket Number:** | ELVI-002/16US |

Filed as Small Entity

Filing Fees for  Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 2806 | 1 | 130 | 130 |
| **Total in USD ($)** | | | | **130** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44028735 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Customer Number:** | 58249 |
| **Filer:** | Kassity L. Mai/Scott Dodge |
| **Filer Authorized By:** | Kassity L. Mai |
| **Attorney Docket Number:** | ELVI-002/16US |
| **Receipt Date:** | 14-OCT-2021 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 13:59:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $ 130 |
| RAM confirmation Number | E20210DD59310222 |
| Deposit Account | 501283 |
| Authorized User | Scott Dodge |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.21 (Miscellaneous fees and charges) | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | ELVI-002-16US_IDS_Transmittal .pdf | 109609<br><br>e504fb4b8dcc1da27c6fe9df449bbe33a9fd f56c | no | 5 |

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Form (SB08) | ELVI-002_16US_IDS_20211013 143517.pdf | 111295<br><br>0c9a5c0ed0c0a804f8d2c879e55b0aed9e1 9e45d | no | 3 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 3 | Foreign Reference | CN101549180A_EFS.pdf | 1275076<br><br>f54627a3a1fd62e612dbea1ab0f2629f45e1 ee73 | no | 29 |

**Warnings:**

**Information:**

| 4 | Foreign Reference | GB2435617B_EFS.pdf | 1960765<br><br>a0a3627bb157bf6bb2c164b5816636471 4e 910b0 | no | 67 |

**Warnings:**

**Information:**

| 5 | Other Reference-Patent/App/Search documents | 002-04WO_ISR.pdf | 309414<br><br>d00a7d0b55be23742a16f08f55945a2aa00 c3979 | no | 9 |

**Warnings:**

**Information:**

| 6 | Fee Worksheet (SB06) | fee-info.pdf | 37632<br><br>c8f01cf33c4d3fdd0765a2895c8e93481c0b 51b3 | no | 2 |

**Warnings:**

**Information:**

| | |
|---|---|
| **Total Files Size (in bytes):** | 3803791 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docket No.: ELVI-002/16US
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| First Inventor: | Jonathan O'TOOLE | Confirmation No.: | 8801 |
| Application No.: | 17/203,327 | Group Art Unit: | 3783 |
| Filed: | March 16, 2021 | Examiner: | Courtney B. FREDRICKSON |

For:    BREAST PUMP SYSTEM

---

VA EFS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 C.F.R. §§ 1.56, 1.97, AND 1.98

In accordance with the duty of disclosure set forth in 37 C.F.R. §1.56, Applicant hereby submits the following information in conformance with 37 C.F.R. §§1.97 and 1.98.  It is respectfully requested that the information be expressly considered during the prosecution of this application, and the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

[x] Pursuant to 37 C.F.R. §1.98, a copy of each non-US patent document at cite nos. 026, 028 and 032 on the attached Form used in lieu of PTO/SB/08 is enclosed.

[x] No copies of the foreign patent, foreign patent application, or non-patent literature publications listed on the attached Form used in lieu of PTO/SB/08 are being provided pursuant to 37 C.F.R. §1.98(d) except for cite nos. 026, 028 and 032 because the publications were previously cited by or submitted to the Office in prior Application Serial No(s). 17/181,057 and/or 16/009,547 to which the above-identified application claims priority under 35 U.S.C. §120.

[x] No copies of any U.S. patents or U.S. patent application publications listed on the attached Form used in lieu of PTO/SB/08 are being provided pursuant to 37 C.F.R. §1.98.

**Application No.:** 17/203,327                    **Docket No.:** ELVI-002/16US

[] Publication(s) listed on the attached Form used in lieu of PTO/SB/08 were cited in a foreign search or examination report corresponding to application serial no. and mailed on .

[] Enclosed is a copy of a non-English publication(s) _____ Pursuant to §609 of the M.P.E.P., Applicant submits the attached foreign search or examination report, which cites such non-English language publication(s).

[] Enclosed is a copy of a non-English publication(s) _____ English language publication _____ (copy enclosed) claims priority from this non-English publication.

[] Enclosed is an explanation of non-English publication(s) _____ for which an English translation is not available.

[] Enclosed is an English translation of non-English publication(s) _____ cited on the attached Form used in lieu of PTO/SB/08.

[] Enclosed is an English language Abstract of non-English publication(s) _____ cited on the attached Form used in lieu of PTO/SB/08.

[] Enclosed is a copy of pending patent Application No. _____.

[] In accordance with **37 C.F.R. §1.97(b)**, no additional fee for submission of this Information Disclosure Statement is required, as it is filed within any one of the following time periods:

[] within three months from the filing date of this national application other than a CPA under 37 C.F.R. § 1.53(d);

[] within three months from the date of entry of the national stage as set forth in 37 C.F.R. §1.491 in this international application;

[] before the mailing date of a first Office action on the merits; or

[] before the mailing of a first Office action after the filing of a request for continued examination under 37 C.F.R. § 1.114.

[x] In accordance with **37 C.F.R. §1.97(c)**, this Information Disclosure Statement is filed after the period specified in 37 C.F.R. § 1.97(b), but before the mailing of any of the following: a final action under 37 C.F.R. §1.113; a notice of allowance under 37 C.F.R. §1.311; or an action that otherwise closes prosecution in this application.

In accordance with 37 C.F.R. §1.97(c) also enclosed is:

[] Fee under 37 C.F.R. §1.17(p) in the amount of $260.00;

[x] Fee under 37 C.F.R. §1.17(p) in the amount of $130.00;

[] Fee under 37 C.F.R. §1.17(p) in the amount of $65.00; or

2

[]      Statement as specified in 37 C.F.R. §1.97(e):

    []      Each item of information contained in the Information Disclosure Statement cited herein was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing date of the Information Disclosure Statement; or

    []      No item of information contained in the Information Disclosure Statement submitted herewith was cited in any communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned, having made a reasonable inquiry, no item of information contained in the Information Disclosure Statement was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing date of the Information Disclosure Statement.

[]    This Information Disclosure Statement is filed after payment of the issue fee, but before issuance of the patent under the Quick Path Information Disclosure Statement pilot program.

In accordance with the Quick Path Information Disclosure Statement pilot program also enclosed is:

    []      Fee under 37 C.F.R. §1.17(p) in the amount of $260.00;

    []      Fee under 37 C.F.R. §1.17(p) in the amount of $130.00;

    []      Fee under 37 C.F.R. §1.17(p) in the amount of $65.00;

    and

    []      Statement as specified in 37 C.F.R. §1.97(e):

        []      Each item of information contained in the Information Disclosure Statement cited herein was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing date of the Information Disclosure Statement; or

        []      No item of information contained in the Information Disclosure Statement submitted herewith was cited in any communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned, having made a reasonable inquiry, no item of information contained in the Information Disclosure Statement was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing date of the Information Disclosure Statement.

[]    In accordance with **37 C.F.R. §1.97(d)**, this Information Disclosure Statement is filed after the period specified in 37 C.F.R. § 1.97(c), but with or before the payment of the issue fee.

In accordance with 37 C.F.R. §1.97(d) also enclosed is:

3

Application No.: 17/203,327                                      Docket No.: ELVI-002/16US

[]       Fee under 37 C.F.R. §1.17(p) in the amount of $260.00;

[]       Fee under 37 C.F.R. §1.17(p) in the amount of $130.00; or

[]       Fee under 37 C.F.R. §1.17(p) in the amount of $65.00;

and

[]       Statement as specified in 37 C.F.R. §1.97(e):

    []       Each item of information contained in the Information Disclosure Statement cited herein was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing date of the Information Disclosure Statement; or

    []       No item of information contained in the Information Disclosure Statement submitted herewith was cited in any communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the undersigned, having made a reasonable inquiry, no item of information contained in the Information Disclosure Statement was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing date of the Information Disclosure Statement.

[]       In accordance with **37 C.F.R. § 1.704(d)**, Applicant notes that to our knowledge each item of information contained in the information disclosure statement:

    []       was first cited in any communication from a patent office in a counterpart foreign or international application or from the Office, and this communication was not received by any individual designated in § **1.56(c)** more than thirty days prior to the filing of the information disclosure statement.

    []       is a communication that was issued by a patent office in a counterpart foreign or international application or by the Office, and this communication was not received by any individual designated in § **1.56(c)** more than thirty days prior to the filing of the information disclosure statement.

In accordance with 37 C.F.R. § 1.97(g), this Information Disclosure Statement shall not be construed as to mean that a search has been made.

In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in the statement is, or is considered to be material to patentability as defined by 37 C.F.R § 1.56(b).

4

**Application No.:** 17/203,327                                   **Docket No.:** ELVI-002/16US

## REMARKS

It is respectfully requested that the Examiner consider the above-noted information and return an initialed copy of the attached Form used in lieu of PTO/SB/08 to the undersigned.

The Examiner is invited to contact the undersigned by telephone if it is felt that a telephone interview would advance the prosecution of the present application.

The Director is hereby authorized to charge any additional fees which may be required with respect to this communication, or credit any overpayment, to Deposit Account No. 50-1283, under Order No. ELVI-002/16US.

Dated:  October 14, 2021                                Respectfully submitted,
                                                        COOLEY LLP

**USPTO CUSTOMER NO. 58249**

                                                 Electronic signature: /Kassity L. Mai/
COOLEY LLP                                                      Kassity L. Mai
ATTN: IP Docketing Department                                  Reg. No. 68,774
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

Tel: (617) 937-2300
Fax: (202) 842-7899

5

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | ELVI-002/16US | 8801 |

58249        7590        11/23/2021
COOLEY LLP
ATTN: IP Docketing Department
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

| EXAMINER |
|---|
| FREDRICKSON, COURTNEY B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/23/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

zIPPatentDocketingMailboxUS@cooley.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No.<br>17/203,327 | Applicant(s)<br>O'TOOLE et al. |
|---|---|---|
| | Examiner<br>COURTNEY FREDRICKSON | Art Unit<br>3783 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on 27September2021.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☑ This action is **FINAL.**      2b) ☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s)   1,3-4,7-8,10,12,15-17,19,23 and 31-48 is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☑ Claim(s) 47 is/are allowed.

7) ☑ Claim(s) 1,3-4,7-8,10,12,15-17,19,23 and 31-46 is/are rejected.

8) ☑ Claim(s) 48 is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on 16March2021 is/are: a)☑ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☑ All   b)☐ Some**   c)☐ None of the:
      1.☑ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Information Disclosure Statement

The information disclosure statement (IDS) submitted is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being considered by the examiner.

### Response to Amendment

This office action is responsive to the amendments filed on September 13, 2021 and September 27, 2021. As directed by the amendment: claims 1, 3, 4, 7, 8, 10, 12, 16, 17, 19, and 23 have been amended, claims 2, 5, 6, 9, 11,13,14, 18, and 20-22 have been cancelled, and claims 31-48 have been added. Thus, claims 1, 3, 4, 7, 8, 10, 12, 15, 17, 19, 23, and 31-48 are presently pending in this application.

Applicant's amendments to the Specification, Drawings, and Claims have overcome each and every objection and 112(b) rejections previously set forth in the Non-Final Office Action mailed June 11, 2021.

### Response to Arguments

Applicant's arguments filed September 28, 2021 have been fully considered but they are not persuasive.

Applicant argues that the amendment to claim 1 is sufficient to overcome the current rejection. The examiner first notes that the amendment is sufficient to overcome the Khalil reference. However, the amendment is slightly different than what was

Application/Control Number: 17/203,327                                          Page 3
Art Unit: 3783

conceptually discussed in the interview (see interview summary mailed on 9/28/2021).

Additionally, a further review of Applicant's specification does not provide sufficient

support for the amendment, as discussed below.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the first paragraph of 35 U.S.C. 112(a):

> (a) IN GENERAL.—The specification shall contain a written description of the
> invention, and of the manner and process of making and using it, in such full, clear, concise,
> and exact terms as to enable any person skilled in the art to which it pertains, or with which it
> is most nearly connected, to make and use the same, and shall set forth the best mode
> contemplated by the inventor or joint inventor of carrying out the invention.

The following is a quotation of the first paragraph of pre-AIA 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the
> manner and process of making and using it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains, or with which it is most nearly
> connected, to make and use the same, and shall set forth the best mode contemplated by the
> inventor of carrying out his invention.

**Claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-46** are rejected under 35

U.S.C. 112(a) or 35 U.S.C. 112 (pre-AIA), first paragraph, as failing to comply with the

written description requirement. The claim(s) contains subject matter which was not

described in the specification in such a way as to reasonably convey to one skilled in

the relevant art that the inventor or a joint inventor, or for applications subject to pre-AIA

35 U.S.C. 112, the inventor(s), at the time the application was filed, had possession of

the claimed invention.

**Regarding claim 1**, the claim has been amended to recite that the diaphragm

holder is fixably coupled to the pump housing.  The examiner notes that this limitation is

interpreted to mean that the diaphragm holder is fixed in position relative to the housing.

The originally filed disclosure does not provide support for such amendment.  The

diaphragm housing is equated to element 19B which is best shown in fig. 4.  While it

Application/Control Number: 17/203,327                                         Page 4
Art Unit: 3783

appears that the diaphragm housing could be fixed to the housing based on this figure,

the specification is devoid of any discussion of the connection of the diaphragm holder

to the pump housing.  Additionally, the figures provided of the diaphragm holder do not

adequately show the connection between the holder with the housing to definitively

discern whether or not the diaphragm holder is fixed relative to the housing.

**Claims 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-46** are also rejected by virtue of

being dependent on claim 1.

> The following is a quotation of 35 U.S.C. 112(b):
> (b)  CONCLUSION.—The specification shall conclude with one or more claims particularly
> pointing out and distinctly claiming the subject matter which the inventor or a joint inventor
> regards as the invention.

> The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
> The specification shall conclude with one or more claims particularly pointing out and distinctly
> claiming the subject matter which the applicant regards as his invention.

**Claim 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-46** are rejected under 35 U.S.C.

112(b) or 35 U.S.C. 112 (pre-AIA), second paragraph, as being indefinite for failing to

particularly point out and distinctly claim the subject matter which the inventor or a joint

inventor (or for applications subject to pre-AIA 35 U.S.C. 112, the applicant), regards as

the invention.

**Regarding claim 1**, the claim has been amended to recite that the diaphragm

holder is "fixably" coupled to the pump housing.  It is unclear if this term intends to mean

that the holder is merely capable of being fixed to the pump housing or if the claim

intends to mean that the diaphragm holder is <u>fixedly</u> coupled to the pump housing so

that it cannot move relative to the housing.  For examination purposes, the diaphragm

holder is considered to be fixedly coupled to the pump housing.

Application/Control Number: 17/203,327                                    Page 5
Art Unit: 3783

**Claims 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-46** are also rejected by virtue of

being dependent on claim 1.


### *Double Patenting*

**Claim 48** is objected to under 37 CFR 1.75 as being a substantial duplicate of

claim 47. When two claims in an application are duplicates or else are so close in

content that they both cover the same thing, despite a slight difference in wording, it is

proper after allowing one claim to object to the other as being a substantial duplicate of

the allowed claim. See MPEP § 608.01(m).

### *Allowable Subject Matter*

**Claims 47** is allowed over the prior art of record.

The following is an examiner's statement of reasons for allowance: The claims in

this application are allowed because the prior art of record fails to disclose either singly

or in combination the claimed breast pump device.

The closest prior art of record is Khalil (US 20130023821).

**Regarding independent claim 47**, Khalil fails to teach among all the limitations

or render obvious a membrane that forms an air pumping chamber at least in part with

an external surface of the pump housing, in combination with the total structure and

function as claimed. Instead, Khalil teaches a membrane (3 in fig. 11) which forms an

air pumping chamber with diaphragm housing members (2 and 4 in fig. 11). However,

these housing members are not shown to be a part of an external surface of the pump

housing.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### Conclusion

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP § 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to COURTNEY FREDRICKSON whose telephone number is (571)270-7481. The examiner can normally be reached Monday-Friday (9 AM - 5 PM EST).

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, NATHAN PRICE can be reached on 571-270-5421. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/COURTNEY B FREDRICKSON/                         /NATHAN R PRICE/
Examiner, Art Unit 3783                                    Supervisory Patent Examiner, Art
                                                                       Unit 3783

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | Examiner | Art Unit |
| | COURTNEY FREDRICKSON | 3783 |

| ✓ | **Rejected** | - | **Cancelled** | **N** | **Non-Elected** | **A** | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | **I** | **Interference** | **O** | **Objected** |

| CLAIMS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Claims renumbered in the same order as presented by applicant | | | | | | ☐ CPA | | ☐ T.D. | ☐ R.1.47 | |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/20/2021 | 11/10/2021 | | | | | | | |
| | 1 | ✓ | ✓ | | | | | | | |
| | 2 | ✓ | - | | | | | | | |
| | 3 | ✓ | ✓ | | | | | | | |
| | 4 | ✓ | ✓ | | | | | | | |
| | 5 | ✓ | - | | | | | | | |
| | 6 | ✓ | - | | | | | | | |
| | 7 | ✓ | ✓ | | | | | | | |
| | 8 | ✓ | ✓ | | | | | | | |
| | 9 | ✓ | - | | | | | | | |
| | 10 | ✓ | ✓ | | | | | | | |
| | 11 | ✓ | - | | | | | | | |
| | 12 | ✓ | ✓ | | | | | | | |
| | 13 | ✓ | - | | | | | | | |
| | 14 | ✓ | - | | | | | | | |
| | 15 | ✓ | ✓ | | | | | | | |
| | 16 | ✓ | ✓ | | | | | | | |
| | 17 | ✓ | ✓ | | | | | | | |
| | 18 | ✓ | - | | | | | | | |
| | 19 | ✓ | ✓ | | | | | | | |
| | 20 | ✓ | - | | | | | | | |
| | 21 | ✓ | - | | | | | | | |
| | 22 | ✓ | - | | | | | | | |
| | 23 | ✓ | ✓ | | | | | | | |
| | 24 | ✓ | - | | | | | | | |
| | 25 | ✓ | - | | | | | | | |
| | 26 | ✓ | - | | | | | | | |
| | 27 | ✓ | - | | | | | | | |
| | 28 | ✓ | - | | | | | | | |
| | 29 | ✓ | - | | | | | | | |
| | 30 | ✓ | - | | | | | | | |
| | 31 | | ✓ | | | | | | | |
| | 32 | | ✓ | | | | | | | |
| | 33 | | ✓ | | | | | | | |
| | 34 | | ✓ | | | | | | | |
| | 35 | | ✓ | | | | | | | |
| | 36 | | ✓ | | | | | | | |
| | 37 | | ✓ | | | | | | | |
| | 38 | | ✓ | | | | | | | |
| | 39 | | ✓ | | | | | | | |
| | 40 | | ✓ | | | | | | | |
| | 41 | | ✓ | | | | | | | |
| | 42 | | ✓ | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.: 20211102

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | Examiner | Art Unit |
| | COURTNEY FREDRICKSON | 3783 |

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 05/20/2021 | 11/10/2021 | | | | | | | |
| | 43 | | ✓ | | | | | | | |
| | 44 | | ✓ | | | | | | | |
| | 45 | | ✓ | | | | | | | |
| | 46 | | ✓ | | | | | | | |
| | 47 | | = | | | | | | | |
| | 48 | | O | | | | | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | **Examiner** | **Art Unit** |
| | COURTNEY FREDRICKSON | 3783 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| a61m1/062, 1/066, 1/06; a61j13/00; a41c4/04 | 05/20/2021 | cbf |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| see SEARCH history | 05/20/2021 | cbf |
| Consulted parent history | 05/20/2021 | cbf |
| searched Inventors in PALM and SEARCH | 05/20/2021 | cbf |
| Updated search | 11/09/2021 | cbf |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| /COURTNEY B FREDRICKSON/<br>Examiner, Art Unit 3783 | |
|---|---|
| | |

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

| | Complete if Known |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | March 16, 2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | Courtney B. FREDRICKSON |
| Attorney Docket Number | ELVI-002/16US |

| Sheet | 1 | of | 3 |
|---|---|---|---|

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-7666162 | 02-23-2010 | RENZ; Charles J. et al. | |
| | 002 | US-8608685 | 12-17-2013 | TASHIRO; Mitsuo et al. | |
| | 003 | US-10881766 | 01-05-2021 | O'TOOLE; Jonathan et al. | |
| | 004 | US-10926011 | 02-23-2021 | O'TOOLE; Jonathan et al. | |
| | 005 | US-20040087898 | 05-06-2004 | WENIGER; Gotthilf | |
| | 006 | US-20090281485 | 11-12-2009 | BAKER; Peter Christensen et al. | |
| | 007 | US-20100292636 | 11-18-2010 | RENZ; Charles J. et al. | |
| | 008 | US-20120165729 | 06-28-2012 | CUDWORTH; Nicholas | |
| | 009 | US-20140263611 | 09-18-2014 | BAUER; Ryan | |
| | 010 | US-20160228625 | 08-11-2016 | HOLTZ; Raymond et al. | |
| | 011 | US-20180110900 | 04-26-2018 | KORENFELD; Michael S. | |
| | 012 | US-20210170080 | 06-10-2021 | O'TOOLE; Jonathan et al. | |
| | 013 | US-20210196873 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 014 | US-20210196874 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 015 | US-20210196875 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 016 | US-20210196876 | 07-01-2021 | O'TOOLE; Jonathan et al. | |
| | 017 | US-20210205511 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 018 | US-20210205512 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 019 | US-20210205513 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 020 | US-20210205514 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 021 | US-20210205515 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 022 | US-20210205517 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 023 | US-20210205518 | 07-08-2021 | O'TOOLE; Jonathan et al. | |
| | 024 | US-20210228789 | 07-29-2021 | O'TOOLE; Jonathan et al. | |
| | 025 | US-20210268158 | 09-02-2021 | O'TOOLE; Jonathan et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [k]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | March 16, 2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet   2   of   3 | Attorney Docket Number | ELVI-002/16US |

| | | FOREIGN PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br><br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
| | 026 | CN-101549180-A | 10-07-2009 | PIGEON CORP [JP] | Corresponds to US8608685 | ☒ |
| | 027 | EP-0503280-A2 | 09-16-1992 | PIERBURG GMBH [DE] | | ☒ |
| | 028 | GB-2435617-B | 03-05-2008 | PLAYTEX PRODUCTS INC [US] | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

Used in Lieu of PTO/SB/08A/B
(Based on PTO 11-07 version)

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | March 16, 2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet 3 of 3 | Attorney Docket Number | ELVI-002/16US |

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 029 | GB Search Report, dated 15 November 2017, issued in priority GB Application No. GB1709561.3. | ☐ |
| | 030 | GB Search Report, dated 28 November 2017, issued in priority GB Application No. GB1709566.2. | ☐ |
| | 031 | GB Search Report, dated 29 November 2017, issued in priority GB Application No. GB1709564.7. | ☐ |
| | 032 | International Search Report issued in PCT/GB2018/051659 dated December 4, 2018, 9 pages. | ☐ |

| Examiner Signature | /COURTNEY B FREDRICKSON/ | Date Considered | 11/02/2021 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

## PE2E SEARCH – Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 268 | a61m1/$.cpc. AND ((breast milk) WITH pump$4) AND ((power$4 battery) WITH (charg$4 recharg$4)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/12 04:05 PM |
| L2 | 65 | ("20020193731"\|"20040056641"\|"20040074281"\|"20040267215"\|"20050219302"\|"20060122575"\|"20070051172"\|"20070051727"\|"20080262420"\|"20120277636"\|"20140052056"\|"20150217036"\|"20150217037"\|"20150283311"\|"20160000980"\|"20160058929"\|"20160082165"\|"20160082166"\|"20160151551"\|"20160158424"\|"20160206794"\|"20160220743"\|"20160220745"\|"20160287767"\|"20160296681"\|"20160310650"\|"20170021068"\|"20170035951"\|"20170143879"\|"20170220753"\|"20180021490"\|"2849881"\|"4390024"\|"5474683"\|"5941847"\|"5973770"\|"6045529"\|"6090065"\|"6383163"\|"6440100"\|"6461324"\|"6547756"\|"6579258"\|"6663587"\|"6749582"\|"7048519"\|"7201735"\|"7312554"\|"7314400"\|"7776008"\|"8057425"\|"8118772"\|"8187227"\|"8262606"\|"8282596"\|"8376986"\|"8702646"\|"8801495"\|"8876760"\|"8926556"\|"9033913"\|"9173587"\|"9345274"\|"9539377"\|"D548831").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/07 01:17 PM |
| L3 | 214 | (jonathan near3 o'toole).inv. (adam near3 rollo).inv. (andrew near3 carr).inv. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 01:42 PM |
| L4 | 63 | (a61m1/062 a61m1/066 a61m1/06).cpc. and | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2018/08/07 01:45 PM |

| | | piezo$9 | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L5 | 19 | ("20040122358" \| "20060226108" \| "20080077042" \| "20080167579" \| "20120004603" \| "3895533" \| "4024856" \| "4338953" \| "5347656" \| "5666104" \| "5827191" \| "7316653" \| "7621797" \| "7794425" \| "8308648" \| "8777864" \| "8801658" \| "8827911").PN. OR ("8992445").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:50 PM |
| L6 | 7 | ("5730139" \| "6423010" \| "6602199" \| "7479154" \| "8206414" \| "8425426" \| "8992445").PN. OR ("9192325").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:59 PM |
| L7 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:16 PM |
| L8 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L9 | 2787 | (a61m1/062 a61m1/066 a61m1/06).cpc. not L7 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L10 | 45 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 02:59 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$).did. or (WO-2015174330-$ or WO-2016024558-$).did. | | | | | |
| L11 | 14 | L10 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:59 PM |
| L12 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 03:04 PM |
| L13 | 143 | a61j13/00.cpc. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L14 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L15 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:43 AM |
| L16 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L17 | 0 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L15) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L18 | 2665 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L14) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L19 | 71 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 11:47 AM |

| | | US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$).did. | | | | | |

| L20 | 37 | L19 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:48 AM |
| L21 | 4 | L19 and ((air with pump$4) same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:50 AM |
| L22 | 16 | L19 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:15 PM |
| L23 | 1 | L19 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:40 PM |
| L24 | 0 | a61m1/1058.cpc. and breast and diaphragm | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:42 PM |
| L25 | 5 | breast same pump$4 same piezo$8 same air | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:43 PM |
| L26 | 1 | ("9884172").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/10 01:58 PM |
| L27 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:40 AM |
| L28 | 2 | "59563385".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L29 | 1 | "59563425".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L30 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:26 AM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | | |
| L31 | 44 | L30 and (air with | (US-PGPUB;  USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | pump$4) | USOCR; FPRS; EPO; JPO) | | | | 10:26 AM |
| L32 | 17 | L30 and (pump$4 with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 10:27 AM |
| L33 | 51 | L27 and "air pump" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 11:07 AM |
| L34 | 4 | "47900902".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:13 AM |
| L35 | 10 | ("20030212374" \| "20050251089" \| "20050283900" \| "20070135778" \| "20110054389" \| "3084691" \| "4229029" \| "5295957" \| "6070659").PN. OR ("9511176").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/24 11:16 AM |
| L36 | 2 | "51149640".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:17 AM |
| L37 | 271 | L27 and (control$4 same select$4 left same right same breast) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 12:50 PM |
| L38 | 3 | L30 and (recharg$4 with battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 01:04 PM |
| L39 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L40 | 9 | L39 and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L41 | 11 | L39 and (light with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:48 PM |
| L42 | 0 | L39 and (radiation with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L43 | 2 | L39 and (radiation same milk same (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L44 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L45 | 10 | L44 and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L46 | 1 | a61m1/1058 and | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | (suction$4 vacuum$4 aspirat$4) | USOCR; FPRS; EPO; JPO) | | | | 07:23 PM |
|---|---|---|---|---|---|---|---|
| L47 | 27 | a61m1/1058.cpc. and (suction$4 vacuum$4 aspirat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:23 PM |
| L48 | 23 | L44 and (indicator same milk same (express$4 flow$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:26 PM |
| L49 | 51 | L44 and (air same pressure same sens$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:30 PM |
| L50 | 19 | L44 and ((indicat$4 record$4) same (right and left)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:38 PM |
| L51 | 56 | L44 and (pump$4 with series) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:42 PM |
| L52 | 77 | L44 and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:47 PM |
| L53 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | |
| L54 | 44 | L53 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |
| L55 | 5 | L54 and (air with filter$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| L56 | 3 | L44 and (pump$4 with (db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L57 | 6 | L44 and ((db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L58 | 26 | L44 and (sens$4 with (orientation angle tilt placement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:16 PM |
| L59 | 9 | L44 and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:31 PM |
| L60 | 484 | a61m$/.cpc. and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:32 PM |
| L61 | 1 | L44 and "social media" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:52 PM |
| L62 | 408 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:13 PM |
| L63 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:18 PM |
| L64 | 359 | a61m$/$.cpc. and ((pump$4 with weigh$4) same (portable lightweight carry$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:30 PM |
| L65 | 1 | ("20160166745").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:16 PM |
| L66 | 1 | ("20160058928").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:23 PM |
| L67 | 1 | ("20110004154").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/26 10:55 AM |
| L68 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 11:09 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US- | | | | | |

| | | 8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| L69 | 2 | L69 and (radiation same (height quantity amount volume)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 11:09 AM |
| L70 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 12:24 PM |

| | | 20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP- | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | | |
| L71 | 3 | L71 and ((diaphragm membrane) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 12:24 PM |
| L72 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L73 | 137 | L73 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L74 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L75 | 9 | L75 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L76 | 19 | L75 and (shield with snap$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:16 PM |
| L77 | 1 | ("20110152855").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 01:20 PM |
| L78 | 32 | L75 and (flow with rate with air) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:33 PM |
| L79 | 3 | L75 and (stall with pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:56 PM |
| L80 | 98 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 01:56 PM |

| | | US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or | | | | |

| | | WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L81 | 17 | L81 and (pressure same (mmhg kpa mbar pa bar)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:57 PM |
| L82 | 18 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or ("8821134") or ("9051931") or ("9127665") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L83 | 0 | L83 and breast | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L84 | 10 | L83 and (lactat$3 milk) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L85 | 14 | L81 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:10 PM |
| L86 | 5 | L75 and ((piezo piezoelectric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:47 PM |
| L87 | 230 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:48 PM |
| L88 | 6 | L88 and (breast milk lactat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:53 PM |

| L89 | 161 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:11 PM |
|---|---|---|---|---|---|---|---|
| L90 | 0 | (2017/0072118).CCLS. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L91 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L92 | 40 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:22 PM |
| L93 | 3 | "45513973".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 03:23 PM |
| L94 | 364 | (((piezo piezoelectric) with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:32 PM |
| L95 | 3 | "20170035951" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:33 PM |
| L96 | 1 | L96 and (suction$4 with piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:34 PM |
| L97 | 1 | ("20130064683").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:38 PM |
| L98 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:39 PM |
| L99 | 1 | (US-20170172485-$).did. | (US-PGPUB) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L100 | 0 | L100 and "function of" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L101 | 100 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/28 05:19 PM |

| | | US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US- | | | | |

|  |  | 7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| L102 | 0 | L102 and ((meaur$4 with milk) same rate) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:20 PM |
| L103 | 0 | L102 and ((meaur$4 with milk) same (frequency speed)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:20 PM |
| L104 | 16 | L102 and ((measur$4 with milk) same (frequency speed rate)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:21 PM |
| L105 | 0 | L102 and ((measur$4 with milk) with "function of") | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 05:23 PM |
| L106 | 6 | L102 and (decrease with (rate speed frequency strong)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:10 PM |
| L107 | 2 | L102 and (latch$4 with adjust$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:22 PM |
| L108 | 50 | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:24 PM |
| L109 | 0 | (a61m$/$).cpc. and (wear$4 with pump$4) and (((center centre) with gravity) same comfort$5) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:25 PM |
| L110 | 83 | (a61m$/$).cpc. and (((center centre) with gravity) same | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:26 PM |

| | | comfort$5) | | | | | |
|---|---|---|---|---|---|---|---|
| L111 | 101 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 09:43 AM |

| | | US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L112 | 3 | L112 and (shield with (diapragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:43 AM |
| L113 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:47 AM |
| L114 | 86 | L114 and ((diapragm housing) with (housing case mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:53 AM |
| L115 | 9 | L114 and ((diapragm membrane) with (housing case mount$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:54 AM |

| | | with shield) | | | | | |
|---|---|---|---|---|---|---|---|
| L116 | 34 | L112 and (diaphragm membrane) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:07 AM |
| L117 | 28 | L114 and (diaphragm membrane) and (shield with dispos$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:10 AM |
| L118 | 28 | L114 and ((diaphragm membrane) with (coupl$4 attach$4 mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:23 AM |
| L119 | 0 | a61j16/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:41 AM |
| L120 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 10:42 AM |
| L121 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:23 PM |
| L122 | 23 | L122 and (sens$4 same (orient$4 plac$4 situat$4) same (nipple shield)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:23 PM |
| L123 | 11 | L122 and ((sens$4 accelerometer) with breast with (move moved moving movement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:32 PM |
| L124 | 10 | L122 and accelerometer | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 01:33 PM |
| L125 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 02:27 PM |
| L126 | 259 | L122 and ((lower$4 decrea$4) with (suction$4 intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 02:51 PM |
| L127 | 45 | L122 and ((lower$4 decrea$4) with (intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 02:59 PM |
| L128 | 11 | (a61m$/$.cpc.) and ((miniature compact small) same (piezoelectric piezo-electric piezo) same pump$4 same (suction$4 vacuum$4) same (diaphragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 03:40 PM |
| L129 | 127 | L122 and ((pressure | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/29 |

| | | | | | | | 05:16 PM |
|---|---|---|---|---|---|---|---|
| | | suction$4) with (mmhg kpa mbar pa bar)) | USOCR; FPRS; EPO; JPO) | | | | |
| L130 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:29 PM |
| L131 | 106 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:31 PM |

| | | 20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
| L132 | 104 | L132 and @ad<="20170615" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 05:32 PM |
| L133 | 14 | (US-20160166745-$ or | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/29 |

| | | | | | | | | 06:08 PM |
|---|---|---|---|---|---|---|---|---|
| | | US-20150283311-$ or US-20180110906-$ or US-20140378895-$ or US-20140031744-$ or US-20160220743-$ or US-20160256617-$ or US-20080177224-$ or US-20130023821-$ or US-20160058928-$ or US-20170043065-$ or US-20110004154-$).did. or (US-10039871-$ or US-6358226-$).did. | | | | | | |
| L134 | 1 | "52574056".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 06:46 PM |
| L135 | 0 | ("2009024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L136 | 1 | ("20090024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L137 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L138 | 203 | L138 and ((shield nipple) with (remov$4 replac$4 clean$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L139 | 1 | ("4535627").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2019/01/08 12:52 PM |
| L140 | 74 | (("20180361040") or ("20180236147") or ("20120277728") or ("7785305") or ("20080208116") or ("7223255") or ("7789865") or ("8118772") or ("20080275385") or ("9956331") or ("8057425") or ("20070219486") or ("20020193731") or ("10046097") or ("20140378946") or ("20180326130") or ("20120316493") or ("8568350") or ("20030191427") or ("8070716") or ("9539377") or ("20160303298") or ("20160206794") or ("9539376") or ("20160310649") or ("20160287769") or ("20160310650") or ("20180001002") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/01/08 12:54 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ("20090099511") or ("7776008") or ("20090062731") or ("20160296682") or ("20050154349") or ("20030191433") or ("5749850") or ("20100292636") or ("7559915") or ("20080262420") or ("20160325031") or ("20170173232") or ("7749188") or ("6887217") or ("6139521") or ("20180021490") or ("20150065994") or ("20180028732") or ("20150196460") or ("9636282") or ("7758540") or ("8945046") or ("20080243059") or ("20110251552") or ("20170119942") or ("20130023821") or ("6997897") or ("9033913") or ("20150157776") or ("20090254028") or ("5514166") or ("20010038799") or ("20070161947") or ("20130046234") or ("8926556") or ("7255681") or ("7008400") or ("6257847") or ("20100145264") or ("20170151380") or ("20070078383") or ("5542921") or ("20180333523") or ("8075516") or ("20180369464") or ("20110071466")).PN. | | | | | |
| L141 | 111 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/01/08 01:02 PM |

| | | US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or | | | | | |

| | | US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|------|------|------|------|------|------|------|------|
| L142 | 35 | L142 and (heavy weight "center of gravity" "centre of gravity" mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:03 PM |
| L143 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L144 | 284 | L144 and (heavy weight "center of gravity" "centre of gravity") | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L145 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 04:06 PM |
| L146 | 18 | L146 and (weight with distribut$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2019/01/08 04:06 PM |

| | | | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L147 | 1 | ("4535627").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/03/14 02:19 PM |
| L148 | 112 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/04/16 03:00 PM |

| | | (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | |

| L149 | 21 | L149 and (pump$4 with (lightweight mass weight heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:00 PM |
|---|---|---|---|---|---|---|---|
| L150 | 94 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (weight lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:14 PM |
| L151 | 47 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L152 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) not L151 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L153 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/04/19 01:51 PM |
| L154 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/09 12:52 PM |
| L155 | 57 | (breast with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:04 AM |
| L156 | 1 | (16/009547).APP. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L157 | 1 | L157 and (pressure same noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L158 | 635 | ((piezo piezoelectric) with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:10 AM |
| L159 | 1 | L157 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:16 AM |
| L160 | 26 | (breast with pump) and (mmhg and noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:24 AM |
| L161 | 1 | L157 and (liter litre) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:30 AM |
| L162 | 1 | ((piezo piezoelectric) with pump) and "YIP Ventus" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:33 AM |
| L163 | 19 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:36 AM |

| | | ("8821134") or ("9051931") or ("9127665") or ("9234518") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | | | | | |
|---|---|---|---|---|---|---|---|
| L164 | 5 | L164 and (mmhg mbar kpa) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:36 AM |
| L165 | 0 | L164 and (litre liter) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L166 | 2 | L164 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L167 | 17 | L164 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L168 | 1 | L164 and (piezo piezoelectric) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:38 AM |
| L169 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L170 | 1 | L170 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L171 | 1 | L170 and (gravity same nipple) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:51 AM |
| L172 | 61 | (breast with pump$4) and ((centre center) with container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L173 | 1 | L170 and (gravity same container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L174 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L175 | 1 | L176 and (high height) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L176 | 25 | (breast with pump$4) and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 12:55 PM |
| L177 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/09 03:02 PM |

| | | US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
| L178 | 30 | L179 and noise | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 03:02 PM |
| L179 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; EPO; | OR | OFF | OFF | 2020/01/13 01:45 PM |

| | | | (JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L180 | 1 | L181 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:45 PM |
| L181 | 1 | L181 and length | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:46 PM |
| L182 | 1 | L181 and height | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:48 PM |
| L183 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L184 | 1 | L185 and "half-way" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L185 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/14 02:36 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
| L186 | 3 | L187 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L187 | 2 | L187 and (top with heavy) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L188 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L189 | 1 | L190 and (weight mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L190 | 1 | L190 and (housing same battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:07 AM |
| L191 | 1 | L190 and (shield same (mold$4 mould$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:08 AM |
| L192 | 1 | L190 and (diaphragm same seal$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:09 AM |
| L193 | 0 | L190 and (diaphragm same tunnel same flange) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L194 | 0 | L190 and (diaphragm same spaced) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L195 | 0 | L190 and (diaphragm same surround) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L196 | 1 | verhoef.inv. and dog and figure | (US-PGPUB) | OR | OFF | OFF | 2020/01/15 01:27 PM |
| L197 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |
| L198 | 1 | L199 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| L199 | 67 | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 02:32 PM |
| L200 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 02:32 PM |
| L201 | 1 | L202 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 02:32 PM |
| L202 | 1 | L202 and (shield with piece) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 02:33 PM |
| L203 | 0 | L202 and ((housing diagraphm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 03:18 PM |
| L204 | 1 | L202 and (shield with housing with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 03:19 PM |
| L205 | 1 | L202 and ((housing diaphragm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/01/15 03:19 PM |
| L206 | 143 | (breast with pump) and (piezo piezoelectric) and (membrane diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2020/09/28 11:42 AM |
| L207 | 78 | ("20030191433" \| "20040024351" \| "20040101414" \| "20050059928" \| "20050131332" \| "20050234370" \| "20060106334" \| "20080045888" \| "20080177224" \| "20080243059" \| "20090024080" \| "20100010682" \| "20100106082" \| "20100217148" \| "20110071466" \| "20110196291" \| "20110245763" \| "20110270162" \| "20120101575" \| "20120277728" \| "20130023821" \| "20130123688" \| "20130131588" \| "20130177455" \| "20140066734" \| "20140378895" \| "20140378946" \| "20150065994" \| "20150100016" \| | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | | 2020/09/28 12:42 PM |

| | | "20150148709" \| "20150196247" \| "20150292500" \| "20160015876" \| "20160256618" \| "20160287769" \| "20170072118" \| "20170080134" \| "20170173232" \| "4263912" \| "4311141" \| "4768547" \| "4821580" \| "5542921" \| "5634468" \| "5658133" \| "5810772" \| "5827191" \| "6273868" \| "6287252" \| "6328082" \| "6440100" \| "6547756" \| "6579258" \| "6712785" \| "6840918" \| "7201735" \| "7223255" \| "7621797" \| "7824363" \| "7972297" \| "7988661" \| "8057425" \| "8070715" \| "8070716" \| "8262606" \| "8282596" \| "8353865" \| "8357116" \| "8376986" \| "8671701" \| "8684961" \| "8801495" \| "9050404" \| "9162016" \| "9173587" \| "9199017" \| "9278167" \| "D459233").PN. OR ("10625005").URPN. | | | | | |
|---|---|---|---|---|---|---|---|---|
| L208 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L209 | 1 | L210 and 19a | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L210 | 132289 | "201" and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L211 | 0 | L210 and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L212 | 645454 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L213 | 574 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L214 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/29 09:51 AM |
| L215 | 1 | L216 and flat | (US-PGPUB; USPAT; | OR | OFF | OFF | 2020/09/29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | USOCR; FPRS; EPO; JPO) | | | | 09:51 AM |
| L216 | 57377 | breast.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L217 | 398558 | pump$4.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L218 | 92405 | (piezo piezoelectric).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L219 | 72010 | diaphragm.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L220 | 26553 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L221 | 27368 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L222 | 2 | L218 and L219 and L220 and L221 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L223 | 2 | L218 and L219 and L220 and L224 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L226 | 32 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((usb "universal serial bus") WITH (charg$4 recharg$4 power$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 12:16 PM |
| L227 | 0 | 214 AND (usb SAME socket) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L228 | 2 | 214 AND socket | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L229 | 2 | "61007742".fmid. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; JPO) | OR | ON | ON | 2021/05/18 12:34 PM |

| L230 | 7 | "2015069095".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:38 PM |
|------|-----|------------------|-------|----|-----|-----|---------|
| L231 | 122 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US- | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/18 01:00 PM |

| | | 20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | |
| L232 | 18 | 231 AND recharg$5 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:00 PM |
| L233 | 2 | 214 AND (rigid SAME | (US-PGPUB; USPAT; | OR | ON | ON | 2021/05/18 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | shield) | USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 01:05 PM |
| L234 | 27173 | a61m5/14244,14248.cpc. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L235 | 555 | 234 AND ((power$4 batter$4) WITH (charg$5 recharg$5) WITH (usb "universal serial bus")) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L236 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L237 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 batter$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L238 | 14 | 231 AND ((charg$5 recharg$5) WITH (power$4 batter$4)) AND wireless$4 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 03:59 PM |
| L239 | 2 | "20140275857".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 04:48 PM |
| L240 | 12 | 231 AND (rigid WITH (bottle container)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, | OR | ON | ON | 2021/05/18 04:52 PM |

| | | | AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L241 | 2 | 214 AND (shield WITH (flexible silicon$4 material soft rubber)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:35 PM |
| L242 | 2 | 231 AND (rigid WITH shield) | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:38 PM |
| L243 | 128 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/20 03:05 PM |

| | | US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745- | | | | | |

| | | A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO- | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
| L244 | 8 | 243 AND ((membrane diaphragm) SAME shield) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/20 03:06 PM |
| L245 | 88 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH rigid) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:09 PM |
| L246 | 0 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH (plastic rigid) WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:13 PM |
| L247 | 7 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:13 PM |
| L248 | 68 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (rigid WITH polypropylene) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:14 PM |
| L249 | 25 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container) WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:17 PM |
| L250 | 19 | 243 AND ((bottle container) WITH (rigid polypropylene plastic)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:23 PM |
| L251 | 21 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container) WITH magnet$6) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:49 PM |
| L252 | 2 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:57 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L253 | 207 | ((shield nipple flange) WITH guide WITH line) (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((shield nipple flange) WITH line) | (US-PGPUB;  USPAT; USOCR;  FPRS;  EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:57 PM |
| L254 | 5 | "6328709".pn. | (US-PGPUB;  USPAT; USOCR;  FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO);  FPRS;  EPO; JPO;  DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/20 05:59 PM |
| L255 | 91 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (nipple WITH line) | (US-PGPUB;  USPAT; USOCR;  FPRS;  EPO; JPO) | OR | OFF | OFF | 2021/05/20 06:00 PM |
| L256 | 130 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US- | (USPAT;  US-PGPUB; FPRS;  USOCR; IBM_TDB;  EPO;  JPO; DERWENT;  FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/21 12:39 PM |

| | | 20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 | | | | | |

| | | OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO- | | | | |
|---|---|---|---|---|---|---|

| | | 2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L257 | 1 | 256 AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 12:39 PM |
| L258 | 6 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:40 PM |
| L259 | 6 | (breast WITH pump$4) AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:41 PM |
| L260 | 73 | (breast WITH pump$4) AND ((bottle container milk) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:41 PM |
| L261 | 11 | (breast WITH pump$4) AND ((bottle container milk bag) WITH (polycarbonate tritan)) AND ((bottle container milk storage bag) WITH (clear transparent "see through" see-through)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:45 PM |
| L262 | 55 | (breast WITH pump$4) AND ((bottle container milk bag) WITH (magnet$6)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 01:09 PM |
| L263 | 182 | (breast WITH pump$4) AND ((shield flange) WITH (diaphragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 01:26 PM |
| L264 | 132 | ((US-6440100-B1 OR US-6547756-B1 OR | (USPAT; US-PGPUB; FPRS; USOCR; | OR | ON | ON | 2021/05/21 01:26 PM |

| | | US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 | IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | | | | |

| | | OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US- | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1 OR US-20050154349-A1 OR US-20060025718-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
| L265 | 9 | 264 AND (clear transparent) WITH (container bottle bag) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2021/05/21 01:27 PM |

| | | | IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L266 | 4 | 264 AND (polycarbonate) WITH (container bottle bag) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 01:27 PM |
| L267 | 6 | (breast WITH pump$4) AND ((bottle container milk) WITH (polycarbonate tritan)) AND ((bottle container milk) WITH dishwash$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 02:28 PM |
| L268 | 34 | 264 AND ((alert$4 indicat$4 light) WITH (milk)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 03:46 PM |
| L269 | 19 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH start$4 WITH stop$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:36 PM |
| L270 | 21 | 264 AND (milk WITH (indicat$4 alert$4 display$4) WITH (flow$4 volume)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:39 PM |
| L271 | 20 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH threshold) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:55 PM |
| L272 | 95 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH (predetermin$4 limit level)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:58 PM |
| L273 | 38 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH (predetermin$4 limit level) WITH (increas$4 decreas$4 chang$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:58 PM |
| L274 | 4 | (a61m1/062 a61m1/066 | (US-PGPUB; USPAT; | OR | OFF | OFF | 2021/05/ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | a61m1/06 a41c4/04 a61j13/00).cpc. AND (pump$4 WITH alert$4 WITH (correct$4)) | USOCR; FPRS; EPO; JPO) | | | | 05:00 PM |
| L275 | 0 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (operat$4 WITH alert$4 WITH (correct$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:00 PM |
| L276 | 9 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( alert$4 WITH (correct$4 proper$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:00 PM |
| L277 | 23 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH rotat$4 WITH position$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:44 PM |
| L278 | 62 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH slid$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:03 PM |
| L279 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH slid$4 WITH (attach$4 coupl$4 connect$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:04 PM |
| L280 | 71 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH thread$4 WITH (attach$4 coupl$4 connect$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:06 PM |
| L281 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((clean$4 disinfect$4 sanitiz$4) WITH (shield flange) WITH (container bottle bag)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:20 PM |
| L282 | 111 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (diaphragm WITH (housing holder)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:44 PM |
| L283 | 2 | "20120277728".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, | OR | ON | ON | 2021/05/21 06:46 PM |

| | | | SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L284 | 7 | 264 AND (light WITH emit$4) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 06:55 PM |
| L285 | 11 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (db decibel) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:12 PM |
| L286 | 77 | (breast WITH pump$4) AND (db decibel) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:17 PM |
| L287 | 75 | willow AND (breast WITH pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:26 PM |
| L288 | 20047 | (a61m a61b).cpcl. AND (pump$ wth piezo piezoelectric) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L289 | 9898 | (a61m a61b).cpcl. AND (pump$ WITH piezo piezoelectric) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L290 | 892 | (a61m a61b).cpcl. AND (pump$ WITH piezo piezoelectric) SAME (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L291 | 892 | (a61m a61b).cpcl. AND (pump$4 WITH piezo piezoelectric) SAME (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L292 | 24 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, | OR | ON | ON | 2021/05/21 07:33 PM |

| | | piezoelectric)) SAME (decibel db) | AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L293 | 654 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo piezoelectric)) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:34 PM |
| L294 | 337 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo piezoelectric)) AND (decibel db) | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2021/05/21 07:34 PM |
| L295 | 138 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/22 09:07 AM |

| | | US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205- | | | | | |

| | | A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1 OR US-20050154349-A1 OR US-20060025718-A1 OR US-20180028733-A1 OR US-20160325031-A1 OR US-20120277728-A1 OR US-20190143014-A1 OR US-20050247558-A1 OR US-20090281482-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO- | | | | | |

| | | 2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L296 | 13 | 295 AND (bar mbar kpa) AND "flow rate" | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 09:07 AM |
| L297 | 2 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (pressure WITH kpa mmhg mbar bar) AND ((air vacuum$4 suction$4) WITH l/min) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/22 09:21 AM |
| L298 | 157 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (pressure WITH (kpa mmhg mbar bar)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/22 09:23 AM |
| L299 | 2 | 16/009547.app. AND (mechanism SAME container SAME housing) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:47 AM |
| L300 | 2 | 16/009547.app. AND (mechanism WITH container WITH housing) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; | OR | ON | ON | 2021/05/22 10:47 AM |

| | | | JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L301 | 40 | 295 AND magnet$6 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:50 AM |
| L302 | 6 | 295 AND (magnet$6 WITH (container bag bottle)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:51 AM |
| L303 | 36 | 295 AND (left WITH right) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 01:41 PM |
| L304 | 29 | 295 AND (left WITH right WITH breast) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 01:41 PM |

## PE2E SEARCH - Search History (Interference)

| There are no Interference searches to show. |
|---|

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 17203327 |
| Filing Date | 2021-03-16 |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | 3783 |
| Examiner Name | C. Fredrickson |
| Attorney Docket Number | 373499.00059 |

### U.S.PATENTS
Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5542921 | A | 1996-08-06 | MEYERS, et al. | |
| | 2 | 7833190 | B1 | 2010-11-16 | HALL | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

### U.S.PATENT APPLICATION PUBLICATIONS
Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20070135761 | A1 | 2007-06-14 | CHENG, et al. | |
| | 2 | 20170112983 | A1 | 2017-04-27 | THORNE, et al. | |
| | 3 | 20180333523 | A1 | 2018-11-22 | CHANG, et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

### FOREIGN PATENT DOCUMENTS
Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 17203327 |
| Filing Date | 2021-03-16 |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | 3783 |
| Examiner Name | C. Fredrickson |
| Attorney Docket Number | 373499.00059 |

| | 1 | | | | | | |
|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add

## NON-PATENT LITERATURE DOCUMENTS
Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add

## EXAMINER SIGNATURE

| Examiner Signature | /COURTNEY B FREDRICKSON/ | Date Considered | 11/09/2021 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 17203327 |
| Filing Date | 2021-03-16 |
| First Named Inventor | Jonathan O'Toole |
| Art Unit | 3783 |
| Examiner Name | C. Fredrickson |
| Attorney Docket Number | 373499.00059 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

✓   That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐   That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

✓   See attached certification statement.

    The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

    A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Mark D. Simpson/ | Date (YYYY-MM-DD) | 2021-09-05 |
|---|---|---|---|
| Name/Print | Mark D. Simpson | Registration Number | 32942 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>17/203,327 | Filing Date<br>03/16/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE   ☑ SMALL   ☐ MICRO

### APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | x $50 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | x $240 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED - PART II

| AMENDMENT | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | 02/16/2022 | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * 29 | Minus | ** 30 | = 0 | x $50 = | 0 |
| | Independent<br>(37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /ANGELONA D JONES/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Docket No.: ELVI-002/16US 339454-2035
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Inventor:        Jonathan O'TOOLE        Confirmation No.:    8801

Application No.:       17/203,327              Group Art Unit:      3783

Filed:                 March 16, 2021          Examiner:            C. B. Fredrickson

For:    BREAST PUMP SYSTEM

---

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT/RESPONSE TO OFFICE ACTION

In response to the final Office Action dated November 23, 2021, to which the deadline for responding is February 23, 2022, Applicant submits the following Amendments and/or Remarks, and respectfully requests reconsideration of the application in view thereof.

Any extensions of time necessary to prevent abandonment of this application are hereby petitioned for under 37 C.F.R. §1.136(a), and any additional fees required (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 50-1283.

**Amendments to the Claims** are reflected in the listing of the claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

264524098 v1

**Application No.:** 17/203,327                    **Docket No.:** ELVI-002/16US 339454-2035

<u>IN THE CLAIMS:</u>

*Set forth below in ascending order, with status identifiers, is a complete listing of all claims currently under examination. Changes to any amended claims are indicated by [[double brackets]], ~~strikethrough~~ and/or <u>underlining</u>. This listing also reflects any cancellation and/or addition of claims.*

1.    (Currently Amended) A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a pump housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery; and (f) a recess or cavity that defines an air pumping chamber;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the pump housing; and

(iv) a diaphragm that is configured to prevent milk from reaching the pump,

the diaphragm being seated against a diaphragm housing that is <u>fixedly</u> ~~fixably~~ coupled to the pump housing, the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

2.    (Canceled)

3.    (Previously Presented) The breast pump device of Claim 1, in which the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast.

4.    (Previously Presented) The breast pump device of Claim 1, in which the breast shield is a one piece item that in use presents a single continuous surface to a nipple and a breast.

2

5.-6.    (Canceled)

7.    (Previously Presented) The breast pump device of Claim 1, in which the breast shield has a top and bottom when positioned upright for normal use, and in which the breast shield is generally symmetrical about a centre-line running from the top to the bottom of the breast shield when positioned upright for normal use.

8.    (Previously Presented) The breast pump device of Claim 1, in which the breast shield is configured to slide in and out from the pump housing, together with the diaphragm that prevents milk from reaching the pump, on guide members in the breast shield.

9.    (Canceled)

10.    (Previously Presented) The breast pump device of Claim 1, in which the breast pump device includes only the breast shield and the milk container that are directly removable from the pump housing in normal use or normal dis-assembly.

11.    (Canceled)

12.    (Previously Presented) The breast pump device of Claim 1, in which the diaphragm is substantially circular and the diaphragm housing is substantially circular, and the diaphragm is configured to self-seal under the negative air pressure generated by the pump to the diaphragm housing.

13.-14. (Canceled)

15.    (Previously Presented) The breast pump device of Claim 1, in which the milk container is substantially rigid.

16.    (Previously Presented) The breast pump device of Claim 1, in which the milk container is configured to attach to a lower part of the pump housing and to form a flat bottomed base for the breast pump device.

17.    (Previously Presented) The breast pump device of Claim 1, in which the milk container has a surface shaped to continue a curved shape of the pump housing, so that the breast pump device can be held comfortably inside a bra.

18.    (Canceled)

19.    (Previously Presented) The breast pump device of Claim 1, in which the milk container is attachable to the pump housing with a mechanical or magnetic mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the pump housing with a single push action.

20.-22. (Canceled)

23.    (Previously Presented) The breast pump device of Claim 1, in which the nipple tunnel includes on a lower surface of the nipple tunnel an opening through which expressed milk flows under gravity into the milk container.

24.-30. (Canceled)

31.    (Previously Presented)    The breast pump device of Claim 1, in which the diaphragm defines a milk-flow side chamber on one side of the diaphragm and an air-side chamber on the other side of the diaphragm.

32.    (Previously Presented)        The breast pump device of Claim 1, in which the diaphragm is configured to self-seal under negative pressure around its outer edge, to form a watertight and airtight seal around the recess or cavity in the pump housing.

33.    (Previously Presented)        The breast pump device of Claim 1, wherein the diaphragm housing is a first diaphragm housing, and the breast pump device further comprises a second diaphragm housing attached to the nipple tunnel and configured to define a milk-flow side chamber, the diaphragm being configured to be positioned between the first diaphragm housing and the second diaphragm housing.

34.    (Previously Presented)        The breast pump device of Claim 33, in which the diaphragm is configured to be releasably secured around an edge of the second diaphragm housing.

35.    (Previously Presented)        The breast pump device of Claim 33, in which the second diaphragm housing is positioned, when the breast pump device is upright, over a top surface of the nipple tunnel.

36.    (Previously Presented)        The breast pump device of Claim 33, in which the second diaphragm housing includes an air hole to transfer negative air pressure to the nipple tunnel.

37.    (Previously Presented) The breast pump device of Claim 33, in which the diaphragm is a flexible and generally circular diaphragm and the second diaphragm housing has a corresponding generally circular shape.

38.    (Previously Presented) The breast pump device of Claim 33, in which the second diaphragm housing is an integral part of the breast shield.

39.    (Previously Presented) The breast pump device of Claim 33, in which the diaphragm is configured to be attached around an edge of the second diaphragm housing.

40.    (Previously Presented) The breast pump device of Claim 33, in which the diaphragm is configured to seal, self-seal, self-energising seal or interference fit seal against the first diaphragm housing.

41.    (Previously Presented) The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm.

42.    (Previously Presented) The breast pump device of Claim 1, in which the diaphragm is a flexible and generally circular diaphragm that, in a relaxed state, includes an inner raised area and a concentric outer raised area.

43.    (Previously Presented) The breast pump device of Claim 1, in which the milk container is configured to be pressed or pushed into engagement with the pump housing.

44.    (Previously Presented) The breast pump device of Claim 1, configured so that expressed milk flows under gravity through an opening in the nipple tunnel and into the milk container through a duck-bill valve that stays sealed when there is negative air pressure being applied by the pump to ensure that negative air pressure is not applied to the milk container.

45.    (Previously Presented) The breast pump device of Claim 1, in which the milk container comprises a curved surface that includes a flat area that serves as a base for the milk container.

46.    (Previously Presented) The breast pump device of Claim 1, in which the milk container has a curved surface configured to enable the breast pump device to be held comfortably in a bra.

**Application No.:** 17/203,327                    **Docket No.:** ELVI-002/16US 339454-2035

47.    (Previously Presented) A breast pump device that is configured as a self-contained, in-bra wearable device, the breast pump device comprising:

(i) a housing that includes (a) a rechargeable battery; (b) a power charging circuit for controlling charging of the rechargeable battery; (c) control electronics powered by the rechargeable battery; (d) a pump powered by the rechargeable battery and configured to generate negative air pressure; and (e) a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the housing; and

(iv) a membrane that is configured to define an air pumping chamber at least in part with an external surface of the housing, the membrane configured to deform in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

48.    (Canceled)

**Application No.:** 17/203,327          **Docket No.:** ELVI-002/16US 339454-2035

## REMARKS

Upon entry to these amendments, claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23, and 31-47 are pending in the present application. In this response, independent claim 1 has been amended, and independent claim 48 has been canceled, without prejudice or disclaimer. Applicant respectfully submits that these amendments introduce no new matter. Based on the above Amendments and the following Remarks, Applicant respectfully requests that the Examiner reconsider and withdraw all outstanding rejections.

### *Claim Rejections – 35 USC § 112*

Claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23 and 31-46 stand rejected under 35 U.S.C. 112, as allegedly failing to comply with the written description requirement. Claims 1, 3, 4, 7, 8, 10, 12, 15-17, 19, 23 and 31-46, stand rejected under 35 U.S.C. 112 as allegedly being indefinite.

In response, Applicant has amended independent claim 1 to recite, in part, "a diaphragm housing that is fixedly coupled to the pump housing. At least in view of these amendments, Applicant respectfully requests that the rejections under 35 U.S.C. § 112 be withdrawn.

### *Double Patenting*

Claim 48 stands rejected on the ground under 37 CFR 1.75 as being a substantial duplicate of Claim 47. In response, Applicant has canceled dependent claim 48, and therefore submits that this rejection is moot.

264524098 v1

**Application No.:** 17/203,327                    **Docket No.:** ELVI-002/16US 339454-2035

## CONCLUSION

In view of the foregoing, Applicant respectfully submits that no further impediments exist to the allowance of this application and, therefore, requests an indication of allowability.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§1.16, 1.17, and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 50-1283 referencing Docket No. ELVI-002/16US 339454-2035.


Dated:  February 16, 2022                           Respectfully submitted,
                                                    COOLEY LLP

**USPTO CUSTOMER NO. 58249**

                                        By:      /Kassity L. Mai/
COOLEY LLP                                       Kassity L. Mai
ATTN: IP Docketing Department                    Reg. No. 68,774
1299 Pennsylvania Avenue NW, Suite 700           C. Scott Talbot
Washington, DC 20004                             Reg. No. 34,262

Tel: (202) 842-7853
Fax: (202) 842-7899

9

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45013243 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 58249 |
| **Filer:** | Kassity L. Mai/Julie Chandler |
| **Filer Authorized By:** | Kassity L. Mai |
| **Attorney Docket Number:** | ELVI-002/16US |
| **Receipt Date:** | 16-FEB-2022 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 16:19:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | ELVI_002_16US_FINAL_Response_to_Office_Action.pdf | 167549 <br> 7c042f01851c3555fe0e8be9d048d889465 7321f | yes | 9 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Response After Final Action | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 9 |

| Warnings: | |
|---|---|
| Information: | |

| **Total Files Size (in bytes):** | 167549 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docket No.: ELVI-002/16US 339454-2035
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Inventor:      Jonathan O'TOOLE      Confirmation No.:   8801

Application No.:     17/203,327            Group Art Unit:     3783

Filed:               March 16, 2021        Examiner:           C. B. Fredrickson

For:     BREAST PUMP SYSTEM

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT/RESPONSE TO OFFICE ACTION

In response to the final Office Action dated November 23, 2021, to which the deadline for responding is February 23, 2022, Applicant submits the following Amendments and/or Remarks, and respectfully requests reconsideration of the application in view thereof.

Any extensions of time necessary to prevent abandonment of this application are hereby petitioned for under 37 C.F.R. §1.136(a), and any additional fees required (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 50-1283.

**Amendments to the Claims** are reflected in the listing of the claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

264524098 v1

Doc Code: PA..
Document Description:  Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form.  If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03/16/2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Title | BREAST PUMP SYSTEM |
| Art Unit | 3783 |
| Examiner Name | FREDRICKSON, Courtney B. |
| Attorney Docket Number | 4944.012000G |

### SIGNATURE of Applicant or Patent Practitioner

| | | | |
|---|---|---|---|
| Signature | /Anupma Sahay #78,704/ | Date (Optional) | |
| Name | Anupma Sahay | Registration Number | 78,704 |
| Title (if Applicant is a juristic entity) | Attorney for Applicant | | |
| Applicant Name (if Applicant is a juristic entity) | Chiaro Technology Limited | | |

**NOTE:**  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[✔] *Total of _____1_____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 05/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:   26111

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number
OR

[ ] The address associated with Customer Number:
OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## CHIARO TECHNOLOGY LIMITED

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | /Hannah Brunskill/ | Date (Optional) | 8 December 2021 |
|---|---|---|---|
| Name | Hannah Brunskill | | |
| Title | Head of Legal | | |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45055333 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Customer Number:** | 58249 |
| **Filer:** | Anupma Sahay/Rolonda Lee |
| **Filer Authorized By:** | Anupma Sahay |
| **Attorney Docket Number:** | ELVI-002/16US |
| **Receipt Date:** | 22-FEB-2022 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 16:50:21 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 2022-02-22-Transmittal-Form-4944-012000G.PDF | 384938 <br> 5f50f4805944a6d6d8741788c7f3b35c366017c | no | 1 |
| **Warnings:** | | | | | |

**Information:**

| 2 | Authorization for Extension of Time all replies | 2022-02-22-EOT-Authorization-4944-012000G.pdf | 97889<br><br>51da93add5e4168cd81826efc4568a554b8bd61f | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Power of Attorney | 2022-02-22-POA-82A-4944-012000G.PDF | 301311<br><br>ff64065fc390630236b6336a476dcbaec810ba1d | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Power of Attorney | 2022-02-22-POA-82B-4944-012000G.pdf | 511087<br><br>90e76928ecaa5239c82d920477983e8c6c0de070 | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 1295225 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/21 (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03/16/2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | FREDRICKSON, Courtney B. |
| Attorney Docket Number | 4944.012000G |

Total Number of Pages in This Submission

## ENCLOSURES    *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [x] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):
  Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

**Remarks**

The Office may charge any fee deficiency for any submission made with this transmittal to Deposit Account 19-0036.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | Sterne, Kessler, Goldstein & Fox P.L.L.C. |
| Signature | /Anupma Sahay #78,704/ |
| Printed name | Anupma Sahay |
| Date | February 22, 2022 |
| Reg. No. | 78,704 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| | |
|---|---|
| Signature | |
| Typed or printed name | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Named Inventor: Jonathan O'TOOLE

Confirmation No.: 8801

Applicant: Chiaro Technology Limited

Art Unit: 3783

Application No.: 17/203,327

Examiner: FREDRICKSON, Courtney B.

Filing Date: March 16, 2021

Atty. Docket: 4944.012000G

Title: **BREAST PUMP SYSTEM**

## Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Anupma Sahay #78,704/

Anupma Sahay
Attorney for Applicant
Registration No. 78,704

Date:    February 22, 2022

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

18053900.1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G |

**CONFIRMATION NO. 8801**
**POWER OF ATTORNEY NOTICE**

58249
COOLEY LLP
ATTN: IP Docketing Department
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004


*OC000000132024433*

Date Mailed: 02/28/2022

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/22/2022.

• The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/hteffera/

_____

page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G |

**CONFIRMATION NO. 8801**

26111
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**POA ACCEPTANCE LETTER**

*OC000000132024455*

Date Mailed: 02/28/2022

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/22/2022.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/hteffera/

_____

page 1 of 1

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 8801 |

26111        7590        03/15/2022
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| FREDRICKSON, COURTNEY B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/15/2022 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

e-office@sternekessler.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Advisory Action** **Before the Filing of an Appeal Brief** | 17/203,327 | O'TOOLE et al. |
| | **Examiner** COURTNEY FREDRICKSON | **Art Unit** 3783 | **AIA (FITF) Status** Yes |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>16 February 2022</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

<u>NO NOTICE OF APPEAL FILED</u>

1. ☑ The reply was filed after a final rejection. No Notice of Appeal has been filed. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114 if this is a utility or plant application. Note that RCEs are not permitted in design applications. The reply must be filed within one of the following time periods:

   a) ☑ The period for reply expires <u>3</u> months from the mailing date of the final rejection.

   b) ☐ The period for reply expires on: (1) the mailing date of this Advisory Action; or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

   c) ☐ A prior Advisory Action was mailed more than 3 months after the mailing date of the final rejection in response to a first after-final reply filed within 2 months of the mailing date of the final rejection.The current period for reply expires _____ months from the mailing date of *the prior Advisory Action* or SIX MONTHS from the mailing date of the final rejection, whichever is earlier.

   *Examiner Note:* If box 1 is checked, check either box (a), (b) or (c). ONLY CHECK BOX (b) WHEN THIS ADVISORY ACTION IS THE <u>FIRST</u> RESPONSE TO APPLICANTS <u>FIRST</u> AFTER-FINAL REPLY WHICH WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. ONLY CHECK BOX (c) IN THE LIMITED SITUATION SET FORTH UNDER BOX (c). See MPEP 706.07(f).

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) or (c) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☑ The proposed amendments filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

   a) ☐ They raise new issues that would require further consideration and/or search (see NOTE below);

   b) ☑ They raise the issue of new matter (see NOTE below);

   c) ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.

   NOTE: <u>See Continuation Sheet</u> (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☑ For purposes of appeal, the proposed amendment(s):(a)☑ will not be entered, or (b)☐ will be entered, and an explanation of how the new or amended claims would be rejected is provided below or appended.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____

9. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

10. ☐ The affidavit or other evidence filed after the date of filing the Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

11. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

12. ☑ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: See discussion provided in the Note above. The limitation raises the issue of new matter.

13. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____

14. ☐ Other: _____.

<u>STATUS OF CLAIMS</u>

15. The status of the claim(s) is (or will be) as follows:

   Claim(s) allowed:<u>47</u>.

   Claim(s) objected to:<u>48</u>.

   Claim(s) rejected:<u>1,3-4,7-8,10,12,15-17,19,23 and 31-46</u>.

   Claim(s) withdrawn from consideration:_____.

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 |
|---|---|

U.S. Patent and Trademark Office
PTOL-303 (Rev. 08-2013)

**Advisory Action Before the Filing of an Appeal Brief**

Paper No. 20220309

**Application No.** 17/203,327

**Continuation Sheet (PTOL-303)**

Continuation of 3. NOTE: Similar to the discussion in the Final rejection on pgs. 3 and 4, the limitation " fixedly" is considered new matter as the originally filed disclosure does not provide sufficient showing for the diaphragm holder being "fixedly" coupled to the pump housing. First, the examiner notes that the term is not present in Applicant's disclosure. Second, the examiner notes that the term "fixedly" is interpreted to mean "firmly in position, stationary". The connection between the diaphragm housing and the pump housing is only schematically shown in the figures. However, the figures do not provide sufficient showing for the diaphragm housing to be fixedly coupled to the pump housing.

DO NOT ENTER: /C.B.F./

Docket No.: ELVI-002/16US 339454-2035

(PATENT)

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| First Inventor: | Jonathan O'TOOLE | Confirmation No.: | 8801 |
| Application No.: | 17/203,327 | Group Art Unit: | 3783 |
| Filed: | March 16, 2021 | Examiner: | C. B. Fredrickson |
| For: | BREAST PUMP SYSTEM | | |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT/RESPONSE TO OFFICE ACTION

In response to the final Office Action dated November 23, 2021, to which the deadline for responding is February 23, 2022, Applicant submits the following Amendments and/or Remarks, and respectfully requests reconsideration of the application in view thereof.

Any extensions of time necessary to prevent abandonment of this application are hereby petitioned for under 37 C.F.R. §1.136(a), and any additional fees required (including fees for net addition of claims) are hereby authorized to be charged to our Deposit Account No. 50-1283.

**Amendments to the Claims** are reflected in the listing of the claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

264524098 v1

| Substitute for form 1449/PTO | | | | Complete if Known | |
| --- | --- | --- | --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | Application Number | 17/203,327 | |
| | | | Filing Date | 03-16-2021 | |
| | | | First Named Inventor | Jonathan O'TOOLE | |
| | | | Art Unit | 3783 | |
| | | | Examiner Name | Courtney B. FREDRICKSON | |
| Sheet | 1 | of | 4 | Attorney Docket Number | 4944.012000G |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2 (if known)] | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| --- | --- | --- | --- | --- | --- |
| | 001 | US-D788293-S | 05-30-2017 | Eckstein *et al.* | |
| | 002 | US-D809646-S | 02-06-2018 | Mason *et al.* | |
| | 003 | US-D832995-S | 11-06-2018 | Mason *et al.* | |
| | 004 | US-D888225-S | 06-23-2020 | Askem *et al.* | |
| | 005 | US-7,641,629-B2 | 01-05-2010 | Yuen | |
| | 006 | US-10,398,816-B2 | 09-03-2019 | Chang *et al.* | |
| | 007 | US-10,625,005-B2 | 04-21-2020 | Chang *et al.* | |
| | 008 | US-2004/0127845-A1 | 07-01-2004 | Renz *et al.* | |
| | 009 | US-2007/0219486-A1 | 09-20-2007 | Myers *et al.* | |
| | 010 | US-2007/0228059-A1 | 10-04-2007 | Karsan | |
| | 011 | US-2012/0021068-A1 | 01-26-2012 | Barness *et al.* | |
| | 012 | US-2012/0035951-A1 | 02-09-2012 | Goetz *et al.* | |
| | 013 | US-2012/0043065-A1 | 02-23-2012 | Ranne *et al.* | |
| | 014 | US-2012/0072117-A1 | 03-22-2012 | Loddoch *et al.* | |
| | 015 | US-2012/0072118-A1 | 03-22-2012 | Mann | |
| | 016 | US-2012/0095599-A1 | 04-19-2012 | Pak *et al.* | |
| | 017 | US-2012/0143879-A1 | 06-07-2012 | Stoitsev | |
| | 018 | US-2012/0220753-A1 | 08-30-2012 | Gera *et al.* | |
| | 019 | US-2015/0212036-A1 | 07-30-2015 | Jin *et al.* | |
| | 020 | US-2015/0212037-A1 | 07-30-2015 | Okazaki *et al.* | |
| | 021 | US-2017/0216505-A1 | 08-03-2017 | Kim | |
| | 022 | US-2018/0361040-A1 | 12-20-2018 | O'Toole *et al.* | |
| | 023 | US-2021/0030934-A1 | 02-04-2021 | Zhang | |

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

| | Complete if Known |
|---|---|
| **Substitute for form 1449/PTO** | |
| | Application Number | 17/203,327 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |

| Sheet | 2 | of | 4 | Attorney Docket Number | 4944.012000G |
|---|---|---|---|---|---|

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|
| | | Country Code[3] Number[4] Kind Code[5] (if known) | | | | | |
| | 001 | WO-2005079441-A2 | | 09-01-2005 | CHILDRENS HOSP MEDICAL CENTER [US], et al. | | ☐ |
| | 002 | WO-2005114113-A2 | | 12-01-2005 | ACCU GAUGE LTD [GB], et al. | | ☐ |
| | 003 | WO-2016010524-A1 | | 01-21-2016 | HEWLETT PACKARD DEVELOPMENT CO [US] | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| | Attorney Docket Number | 4944.012000G |

| Sheet | 3 | of | 4 |
|---|---|---|---|

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | 4MD Medical, "Assembling Spctra Breast Pump Parts," YouTube [online], dated November 13, 2016, URL: http://www.youtube.com/watch?v=ChV8xQfcBxU. | ☐ |
| | 002 | The Best Hands-Free Breast Pumps, posted at healthline.com, earliest date posted on 08/24/2020, [online], acquired on 10/30/2021, Available on internet. url:https://www.healthline.com/health/parenting/breast-feeding/best-hands-free-breast-pumps#Best-hands-free-breast-pumps (Year: 2020). | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet | 4 | of | 4 | Attorney Docket Number | 4944.012000G |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Anupma Sahay #78,704/ | Date (YYYY-MM-DD) | 2022-05-20 |
|---|---|---|---|
| Name/Print | Anupma Sahay | Registration Number | 78,704 |

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
1 September 2005 (01.09.2005)

PCT



(10) International Publication Number
**WO 2005/079441 A2**

(51) **International Patent Classification:** Not classified

(21) **International Application Number:**
PCT/US2005/004998

(22) **International Filing Date:** 17 February 2005 (17.02.2005)

(25) **Filing Language:** English

(26) **Publication Language:** English

(30) **Priority Data:**
60/521,075    17 February 2004 (17.02.2004)    US

(71) **Applicant** *(for all designated States except US)*: **CHILDREN'S HOSPITAL MEDICAL CENTER** [US/US]; 3333 Burnet Avenue, Cincinnati, OH 45229 (US).

(72) **Inventors; and**
(75) **Inventors/Applicants** *(for US only)*: **WALL, Eric, James** [US/US]; 3480 Tiffany Ridge Lane, Cincinnati, OH 45241 (US). **WARD, Jarvis** [US/US]; 3411 Clifton Ave., Apt. 24C, Cincinatti, OH 45220 (US). **NESBITT, Christopher, J.** [US/US]; 312 Rainbow Ridge, Cincinnati, OH 45215

(US). **NESBITT, Daniel, Frederick** [US/US]; 8906 Terwilliger's Trail, Cincinnati, OH 45249 (US).

(74) **Agent:** **NESBITT, Daniel, F.**; Hasse & Nesbitt LLC, 7550 Central Parke Blvd., Mason, OH 45040 (US).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

*[Continued on next page]*

(54) Title: INJECTION DEVICE FOR ADMINISTERING A VACCINE



(57) **Abstract:** A manually-powered injection device that self-administers a painless injection. The injection device provides a method for substantially painless injections of vaccine and other medication into a patient that does not require the use of an anesthetic, that does not require the medical personnel to spend a substantial amount of time performing the injection procedure, that is relatively simple and inexpensive to perform and operate, and that provides a relatively high degree of safety for both the medical personnel and for the patient. The injection needle can have an outside diameter greater than 0.10 mm and less than about 0.38 mm. The vaccine or other medicament can be injected painlessly through the needle and into the patient at a substantially constant volumetric flow rate of about 0.05 µL/s to about 50 µL/s, typically over a 3- to 5-minute period of time. The injection device is configured for easy handling, and is manuallypowered by the use of the hand or fingers of the medical technician, patient or other person.





WO 2005/079441 A2 

**Declaration under Rule 4.17:**

— *as to the applicant's entitlement to claim the priority of the earlier application (Rule 4.17(iii)) for the following designations AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, UZ, VC, VN, YU, ZA, ZM, ZW, ARIPO patent (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG)*

**Published:**

— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

WO 2005/079441                                    PCT/US2005/004998

INJECTION DEVICE FOR ADMINISTERING A VACCINE

BACKGROUND OF THE INVENTION

[0001]  The present invention relates to the injection of vaccines and other medication and, more particularly, to an injection device that can be used in a method for administering vaccine injections painlessly for a patient.

[0002]  Conventional medical injection devices for injecting medication into the muscle or tissue of a patient typically comprise some form of a manual hypodermic syringe. Generally speaking, a hypodermic syringe consists of a cylindrical barrel having a chamber that provides a reservoir for a liquid medication, a distal end adapted to be connected to a hollow hypodermic needle and for placing one end of the needle into flow communication with the medication contained within the chamber, and a proximal end adapted for receiving a stopper and plunger assembly. The stopper and plunger assembly includes a stopper effective for moving along the barrel chamber and an elongated plunger effective for causing movement of the stopper. The needle of the hypodermic syringe is manually inserted into the patient through the skin. The stopper is moved along the barrel chamber by applying axial force to the plunger, thereby forcing the liquid medication out of the barrel chamber, through the hypodermic needle and into the muscle or tissue of the patient.

[0003]  Receiving an injection by such a conventional device can be a very traumatic experience, particularly for a child.  The child's fears, and that of the child's parent, can become a significant medical problem if it leads to the child not receiving a required vaccination.  These fears are predominately caused by pain that is associated with injections given by conventional injection devices and methods.

[0004]  We have found that the pain associated with an injection is related to the size of the needle and the flow rate at which the medication is injected.  It has been found that the amount of pain or discomfort experienced by a patient increases as the outside diameter of the needle increases.  It is believed that high flow rates of medication injection (e.g., about 0.5-2 ml per second) into the patient can tear internal tissue and cause pain.  The tearing of tissue is caused by the build-up of excessive pressure within the tissue when the surrounding tissue is unable to quickly absorb the injected medication.

1

[0005]  While the injection of a medication at a relatively slow flow rate is more comfortable for the patient, the increased amount of time the syringe remains in the hand of the medical personnel can make the technique tiring for such personnel as well as the patient.  In addition, small vibrations or disturbances of the needle caused by movement of the medical personnel or the patient can result in pain to the patient.  It is known that the fluctuation of flow rate of the injection of medication being delivered by a hand-held syringe can vary greatly.  It is extremely difficult, if not impossible, to deliver a steady, very slow flow of medication from a hand-operated syringe (the human thumb depressing the syringe plunger) over an extended amount of time.

[0006]  It has also been found that the sight of the hypodermic needle by itself is often enough to cause many patients to become anxious and tense. This reaction in turn may cause the patient's muscles to become tight and hard, making needle penetration even more difficult and painful.

[0007]  A number of methods and devices have been developed for reducing or eliminating the pain and discomfort associated with medical injections.  One such method includes the application of a topical anesthetic to the injection site on the patient's skin prior to the injection, which itself can be painful.  While this method has reduced some of the discomfort associated with injections, the topical anesthetic does not substantially penetrate the skin into the deeper skin and muscle tissue, and can take significant time (up to 45 minutes) to show effects.  Substantial pain and discomfort with intramuscular injections can remain.

[0008]  Another technique for reducing the pain and discomfort associated with medical injections includes the step of injecting an anesthetic at the site of the injection using a fine gauge needle, then inserting the larger medication hypodermic needle through the anesthetized skin to inject the medication at a constant and slow flow rate intramuscularly at the desired depth.  Unfortunately, injecting an anesthetic into a patient can be painful, and is not always desirable, and the technique is relatively expensive and impractical for many routine injection procedures.

[0009]  In addition to reducing pain or discomfort to the patient, safety has also become a principal concern to medical personnel.  Special precautions must be taken to avoid accidental needle sticks that could place a user at serious risk because of the danger from fluid borne pathogens.  Despite the taking of special precautions, there still remains the possibility of an accidental needle contact and attendant injury.

2

Accordingly, medical injection devices should operate to minimize the possibility of injury caused by accidental needle sticks.

[0010]  In recent years, increased emphasis has been placed on establishing treatment protocols aimed at providing a patient as well as medical personnel with greater freedom of movement.  To this end, there is a great deal of interest in the development of light weight and easy-to-use portable injection devices.

[0011]  Accordingly, a need exists for substantially painless method and an apparatus for performing the method of injecting medication into a patient that does not require the use of an anesthetic, that does not require the medical personnel to spend a substantial amount of time performing a particular procedure, that is relatively simple, portable and inexpensive to perform and operate, that permits the patient a relatively high degree of movement during the injection, and that provides a relatively high degree of safety for both the medical personnel and for the patient.

## SUMMARY OF THE INVENTION

[0012]  The present invention relates to an injection device that is manually-powered and configured for self-administering painlessly an injectable liquid composition, such as a vaccine or medicament.  The device can be used in a method for providing a substantially painless injection of the injectable liquid composition to a patient that does not require the use of an anesthetic, that does not require the medical personnel to spend a substantial amount of time performing the injection procedure, that is relatively simple and inexpensive to prepare and operate, and that provides a relatively high degree of safety for both the medical personnel and for the patient.

[0013]  The present invention further relates to a manually-powered injection device for self-administering painlessly an inter-muscular injection of an injectable liquid composition contained within a reservoir, comprising a) a housing having a base for semi-permanent attachment to the skin of a patient, b) an injection needle disposed substantially perpendicular to the base and within the housing, the needle having an injection end, and configured for axial movement manually between a first position wherein the injection end is within the housing and a second position wherein the injection end extends outwardly from the base to a distance sufficient for intramuscular insertion thereof, the injection needle having an outside diameter greater than 0.10 mm and less than about 0.38 mm, c) a means for retaining a reservoir for containing an

3

injectable liquid composition, d) a means for providing liquid communication between the retained reservoir and the injection needle, e) a means for injecting the injectable liquid composition from the retained reservoir through the needle.

[0014]  The present invention also relates to a manually-powered injection device for self-administering painlessly an inter-muscular injection of an injectable liquid composition, comprising a) a housing having a base for semi-permanent attachment to the skin of a patient, b) an injection needle disposed substantially perpendicular to the base and within the housing, the needle having an injection end, and configured for axial movement manually between a first position wherein the injection end is within the housing and a second position wherein the injection end extends outwardly from the base to a distance sufficient for intramuscular insertion thereof, the injection needle having an outside diameter greater than 0.10 mm and less than about 0.38 mm, c) a reservoir for containing the injectable liquid composition, d) a means for liquid communication between the reservoir and the injection needle, and e) a means for injecting the injectable liquid composition from the reservoir to the needle.

[0015]  The present invention also provides an improved cartridge for use in a self-administering injection device, that comprises separate and spaced-apart filling and dispensing ports, and which allows a dispensing plunger to ascend within the cartridge during the injection in a direction toward the filling port.  This can provide a visual signal when the distal end of the plunger approaches the filling end of the cartridge, at the completion of the liquid composition injection.

[0016]  In typical embodiments of the present invention, the needle is affixed to a needle carriage that is configured for axial movement between a first position associated with the first position of the injection needle, and a second position associated with the second position of the injection needle, in response to the manual force applied by the person.  Upon manual insertion of the needle, a needle insertion securement secures the carriage in the second position the liquid composition is injected.  The device is typically employs a manually-powered spring that is compressed during the manual needle insertion, which exerts pressure upon the injectable liquid composition within the retained reservoir.  The needle carriage and the reservoir comprise cooperating threads that can engage and retain the reservoir within the carriage, and which can cause penetration of a penetrable membrane in the reservoir by the inlet end of the injection needle to establish liquid communication there between.  At the end of the injection

4

cycle, a needle retracting means can be activated, typically manually, to retract the injection needle, whereby the injection end of the needle is retracted from its second position in the body to a third position wherein the injection end of the needle is within the housing.    The needle retracting means can employ a disengagement means configured to disengage the needle insertion securement from the needle carriage, and a power means configured to bias the needle carriage to the third position.  An implement, such as a plunger or stem, can be used in place of the finger or hand to apply the manual insertion force to the needle carriage.  The device can also comprises a separable base, a base securement means configured for separable securement of the separable base to the housing, and a base separation means configured for separation of the separable base from the housing, wherein the separable base comprising an adhesive for attachment thereof to the skin of the patient.

BRIEF DESCRIPTION OF THE DRAWINGS

[0017]  Figure 1 shows a cross-sectioned elevation view of a housing of a manually-powered painless injection device of the present invention in an extracted position, taken through line 1-1 of the housing shown in Figure 4.

[0018]  Figure 2 shows the cross-sectioned elevation view of Figure 1 of the housing in an inserted position.

[0019]  Figure 3 shows a cross-sectioned elevation view of the housing shown in Figure 4, taken through line 3-3 of Figure 4.

[0020]  Figure 3A shows a detailed cross-sectional view of the housing of Figure 3.

[0021]  Figure 4 shows a top plan view of the housing of the manually-powered painless injection device.

[0022]  Figure 5 shows a cross-sectioned elevation view of the housing of Figure 4, taken through line 5-5.

[0023]  Figure 6 shows a cross-sectioned elevation view of the housing of Figure 4 taken through line 6-6.

[0024]  Figure 7 shows a cross-sectioned plan view of the housing of Figure 1, taken through line 7-7.

[0025]  Figure 8 shows a cross-sectioned plan view of the housing of Figure 1, taken through line 8-8.

5

[0026] Figure 9 shows an exploded cross-sectioned elevation view of the elements of the housing of Figure 1.

[0027] Figure 10 shows a cross-sectioned elevation view of a syringe cartridge of a manually-powered painless injection device of the present invention in an extended position, taken through line 10-10 of the syringe cartridge shown in Figure 12.

[0028] Figure 11 shows a cross-sectioned elevation view of the syringe cartridge in an extended position, taken through line 11-11 of Figure 12.

[0029] Figure 12 shows a plan view of the syringe cartridge of Figure 10.

[0030] Figure 13 shows a detailed cross-sectional elevation view of the syringe cartridge of Figure 10.

[0031] Figure 14 shows another detailed cross-sectional elevation view of the syringe cartridge of Figure 10.

[0032] Figure 15 shows a plan view of the syringe cartridge shown in Figure 14.

[0033] Figure 16 shows a cross-sectioned plan view of the syringe cartridge of Figure 11.

[0034] Figure 17 shows a bottom plan view of the syringe cartridge of Figure 11.

[0035] Figure 18 shows an exploded cross-sectioned elevation view of the elements of the syringe cartridge of Figure 10.

[0036] Figure 19 shows a cross-sectioned elevation view of the syringe cartridge of Figure 10 containing an injectable liquid composition in a pressurized position.

[0037] Figure 20 shows a cross-sectioned elevation view of the housing and a separable base assembly prior to its attachment to the housing, and of a syringe cartridge prior to its installation into the housing.

[0038] Figure 21 shows the housing and syringe cartridge of Figure 20, with the housing being affixed to a patient's skin.

[0039] Figure 22 shows the syringe cartridge being installed into the housing of Figure 21.

[0040] Figure 23 shows the syringe cartridge being force into an inserted position within the housing.

[0041] Figure 24 shows the syringe cartridge in the inserted position within the housing, injecting the liquid composition.

[0042] Figure 25 shows the syringe cartridge in the inserted position within the housing, at the completion of the liquid composition injection.

[0043] Figure 26 shows the syringe cartridge in the inserted position within the housing of Figure 25, being manipulated to retract the needle.

[0044] Figure 27 shows the syringe cartridge and housing of Figure 26, with the needle retracted.

[0045] Figure 28 shows the housing and the syringe cartridge of Figure 27 being removed from the separable base that remains attached to the patient.

[0046] Figure 29 shows a top plan view of another embodiment of the invention, of a device having a housing that can accommodate two syringe cartridges.

[0047] Figure 30 shows an elevation view of the device of Figure 29.

[0048] Figure 31 shows a cross-sectioned elevation view of the dual-syringe device of Figure 29 taken through line 31-31.

[0049] Figure 32 shows a separable base assembly having an adhesive flap for use in attaching the device of the present invention to the skin of a patient.

[0050] Figure 33 shows a cross-sectioned elevation view of the separable base assembly of Figure 32 through lines 33-33.

[0051] Figure 34 shows a detailed cross-sectioned elevation view of the separable base assembly of Figure 33.

[0052] Figure 35 shows another detailed cross-sectioned elevation view of the separable base assembly of Figure 33.

[0053] Figure 36 shows a cross-sectional plan view of a base shown in Figure 22 through lines 36-36, which has been modified to provide blocking plate that is in a deployment position to allow needle deployment.

[0054] Figure 37 shows a cross-sectional elevation view of the base of Figure 36.

[0055] Figure 38 shows a cross-sectional plan view of the base of Figure 36, which is in a blocking position to prevent needle deployment.

[0056] Figure 39 shows a cross-sectioned elevation view of an alternative embodiment of the device having an improved means for establishing liquid communication between the injection needle and the reservoir.

[0057] Figure 39A shows a detailed cross-sectional view of the device of Figure 39.

[0058] Figure 40 shows cross-sectioned elevation view of an alternative embodiment of a syringe cartridge in a first configuration.

[0059] Figure 41 shows the syringe cartridge of Figure 40 is a second configuration.

[0060]  Figure 42 shows cross-sectioned elevation view of an alternative embodiment of the injection device having a means for selectively restraining the axial movement of the needle carriage.

[0061]  Figure 42A shows a detailed cross-sectional view of the device of Figure 42.

[0062]  Figure 43 shows cross-sectioned elevation view of another alternative embodiment of a syringe cartridge.

[0063]  Figure 44 shows cross-sectioned elevation view of an alternative embodiment of the device having a needle retracting means.


DETAILED DESCRIPTION OF INVENTION

Definitions:

[0064]  As used herein, "patient" means a mammal, including a person, including a child or infant, or an animal, typically a mammal, on which the device is attached, and into whom the device injects an injectable liquid composition.

[0065]  As used herein, unless specified otherwise, the phrase "manually powered" means that the power provided to the device of the present invention to at least insert the injection needle into the patient's body is provided manually by a person, including a medical technician (a nurse, doctor, or other person who can administer the injection) or a patient, by manipulating the injection device with the hands or fingers, or by manipulating an appropriate implement that interacts with the device.

[0066]  As used herein, unless specified otherwise, the term "self-administering" describes the ability of the device of the present invention to be held or to hold itself in a position attached to the skin of a patient by a securement means, without requiring a medical technician, the patient, or other person, to hold the device, during the time that an injectable liquid composition contained within the device is injected into the patient through the injection needle.

[0067]  As used herein, unless specified otherwise, the term "upward" means in a direction or oriented away from the patient's skin or the base of the device; the term "downward" means in a direction or oriented toward the patient's skin or the base of the device; the term "inward" means in a direction or oriented toward the centerline of the device, typically the needle; and the term "outward" means in a direction or oriented away from the centerline of the device.

8

[0068]    The manually-powered, self-administering injection device of the present invention typically comprises a housing, an injection needle, a reservoir for containing an injectable liquid composition, such as a vaccine or a medicament, and a plurality of elements associated with and at least semi-permanently attached to the housing. The other associated elements can also include the various means of providing power or energy for the functional operations of the device, such as the insertion and retraction of the injection needle, and the pumping or injecting of vaccine to the injection needle. Typically, these associated elements are contained within the confines of the housing, although these elements can also partially confront or penetrate through the outer surface of the housing.

[0069]    In the course of administering most injections of vaccines and other medicaments, the injection can be advantageously administered intramuscularly (that is, into the muscle). The injection is made with an injection needle that is configured for insertion through the outer layer of the patient's skin, and more typically into the muscle tissue of the patient. Typically, the depth of insertion is at least about 5 mm, and typically up to about 35 mm or more, more typically from about 10 mm to about 25 mm, and even more typically from about 15 mm to about 20 mm. For a young child or infant, the depth of insertion is typically from about 10 mm to about 25 mm, more typically from about 12 mm to about 15 mm. Alternatively, some injections can be administered intradermally, or into other internal organs or the general body cavity of the patient.

[0070] Painless injections can be achieved when the size or diameter of the injection needle is minimized, typically by using a needle of gauge size 28 or small (typically up to gauge size 33), and when the injectable liquid composition, such as a vaccine or other medicament, is injected at a volumetric flow rate significantly lower than that of a conventional injection made by hand, typically less than about 50 microliter per second (µL/s) and more typically about 1-4 µL/s. To achieve such low flow rates when administering a typical injection dose of between 0.5 ml to about 1.0 ml, an injection time of about 3 to 5 minutes may be needed. Typically, the human hand, using a conventional syringe, can not accurately or reproducibly control the flow rate within a range that ensures a painless injection. Furthermore, the desired slower injection rate of the medicament would require that the medical technician (or the patient) hold the conventional syringe carefully in place against the skin of the patient, and that the

patient not move the limb or body part that is the site of the injection while the injection is being administered. The present invention overcomes these problems by providing a self-administering device that remains in position on the skin of the patient at the injection site, and administers the injection of the injectable liquid composition, without requiring a medical technician or patient to hold the injecting device in its place by hand, and without requiring that the patient remain still and not move while the injection is being administered. These problems are particularly troublesome when the patient is an infant or young child.

The manually-powered device of the invention is intended to be attached semi-permanently to the skin of the patient before, during or after the injection. The device is typically configured to be attached to the upper arm or to the thigh area, providing access to the larger skeletal muscles (the deltoids and the quadriceps) for intramuscular injection. The attachment is preferably semi-permanent, whereby the device can be removed reasonably easily from the skin. The device is configured to attach to the body of the patient so that it does not move or migrate along the surface of the skin after attachment. In many situations, an adhesive attachment is sufficient. Alternative attachment means can include strapping, such as with a buckle strap or with a "hook and loop" attachment means commonly referred to as "Velcro", or cuffing, as with a sphygmomanometer cuff. In an other alternative embodiment, a portion of the device, such as a bandage associated with the device or a portion of the base of the housing, can be configured to remain affixed to the patient's skin after the housing of the device has been removed.

[0071] A typical adhesive for securing the device directly to the skin is a pressure sensitive adhesive (PSA). The direct-attaching PSA and the base where the PSA is affixed are typically configured whereby the PSA adheres to the device more strongly than the PSA adheres to the skin. The PSA is typically permanently affixed to the device, such that no PSA will remain adhered to the skin of the patient when the device, or at least the housing portion of the device, is removed from the skin. The PSA is also selected for a secure though releasable affixment to the skin. These criteria ensure that the device, or at least the bandage or base portion of the device, can be securely affixed to the skin for the vaccination procedure, and can be safely and efficiently removed from the skin thereafter.

10

[0072]  Typically, the manually-powered device having a skin-attaching PSA will also include a release member, such as a release paper or film, which overlies the adhesive on its skin-contacting side.  After the release member is peeled from the PSA, the exposed adhesive layer can be placed against the patient's skin to attach the device thereto.

[0073]  A main objective for initiating the development of the present injection was effecting a painless injection of injectable liquid compositions.  While pain can be a relative experience, typically the painless device of the present invention will, after having been secured to the skin of the patient, effect the insertion of the injection needle and injection of the injectable liquid composition into the body without a sensation or feeling of pain, and more typically without any sensation or feeling whatsoever.  In other words, the patient in most circumstances will have no sensation that the device has inserted a needle into the body, or that the injectable liquid compositions is or has been injected into the body, except perhaps visually observing the device or touching the device with a hand, or feeling the attachment of the device to the outside of the skin.

[0074]  Typically the manually-powered device is configured to complete the vaccination or injection of medicament into the patient utilizing a source of power or energy that is external to the device itself.  The source of power can be provided by a person, such as a medical technician (a nurse, doctor, or other person who can administer the injection) or the patient, typically by manually (or bodily) manipulating the injection device with the hands or fingers, or by using an appropriate implement, as hereinafter described.  The self-administering feature of the device and method of the invention enables injection of injectable liquid compositions without requiring medical personnel to hold the device against the skin of the patient during the time that the injectable liquid composition is in liquid communication with the needle, and is being pumped from the device into the patient.  The use of the device that self-administers an injection allows medical personnel to perform other tasks while the injection proceeds.  The device also allows the patient to have freedom of movement for the minutes of time that the injection proceeds.  Typically, the source of power for arming the manually-powered device from its unarmed configuration comprises a manual power.  This can be the use of the hands or fingers of a technician or an adult patient to manipulate the device or elements thereof with force.  The manipulating force can also be applied using an implement, such as a key, push rod, or other inanimate object.  The manually-applied

11

kinetic force is stored by a power means within the device as potential energy, which can, upon subsequent activation, power one or more of the functions of the device. Typically, the external force used for the needle insertion function can also be used to store potential energy within the device, such as in a compressed spring or other biased resilient member.    The external force can also be stored as electrical power or pneumatic power.

[0075]    Typically, the device is manufactured and shipped to a use center, such as a clinic or hospital, with the needle insertion function in a first unarmed configuration. The unarmed configuration provides that the injection needle, which in its first position has it's the distal end or tip of the injection needle wholly within the housing, can not be intentionally or accidentally extended to a second position wherein the injection tip extends through the base of the device and outside of the device.    In the unarmed configuration, there is typically no potential energy source, such as a compressed wire spring, available to the needle insertion means for spontaneous insertion of the needle. The unarmed condition can also be termed a fail-safe position, since, in this configuration, even a malfunction of the device will no allow the needle to extend from the housing.    By contrast, if the needle insertion means is armed, then the device has potential energy stored on board, such as in a compressed, extended or torsioned spring, or other power means for insertion of the needle.    If this armed device is activated, such as when an actuation button is depressed, the potential energy of the power means is released as kinetic energy that can move the needle insertion means from its first position to its second, extended position.    If the device is shipped, stored, or handled in an armed configuration, there is a risk of an inadvertent, or even an intentional, activation of the needle insertion means.    Consequently, the shipment and handling of the manually-powered device of the present invention in an unarmed configuration can avoid both an intentional and accidental needle sticks prior to its use in administering an injectable liquid composition.    This improves the safety and security of the device during, storage, and pre-injection handling.    In this configuration, at least the needle extension function (also called the insertion function when the needle tip extends into the skin of the patient) is unarmed.

[0076]    Other functions, such as the pumping or injection means (for passing the injectable liquid composition through the injection needle) and the needle retracting means (to withdraw the needle from its second position in the body, back toward its first

position in the housing) can be configured for shipment and storage as either armed or unarmed. Preferably, the power means for the pumping means has an unarmed configuration, to avoid an accidental activation of the pumping of injectable liquid composition from the reservoir, which could prematurely empty the reservoir and render the device useless. Likewise, any needle retracting means is preferably shipped and stored in an unarmed configuration, to avoid the possibility of an unintentional or accidental activation, which in some embodiments may make the opposing needle insertion function inoperable, where the needle retraction is irreversible.

[0077] The power means can be used to provide energy to one or more of the elements of the device, such as insertion and retraction of the injection needle, or pumping of the medicament. Two or more power means can be used to provide energy for different elements, such as where the injection needle is moved from one position to another by a first power means, and an injectable liquid composition is pumped from a reservoir to the injection needle by a different, second power means.

[0078] The device can be at least partially self-controlled, wherein at least one of the elements of the device can initiate operation automatically in response to the operation of another element.

[0079] The typical device of the present invention has a housing comprising a base for placement against the skin of a patient, for attachment of the device. The base can have a contoured surface that generally conforms to the shape of the body (typically, the arm or leg), to maintain the base surface in optimum confronting relationship with the skin. For example, the base of the device can have a slightly concave surface, which arches inwardly toward the interior of the housing.

[0080] The housing is typically made of a thermoplastic material that is light and inexpensive to manufacture, such as by molding, and yet is durable and resilient to gross deformation or breakage. A typical plastic material can include polyethylene, polypropylene and polycarbonate. The housing can be designed with a shape that is both aesthetically pleasing and functional, for example, to allow insertion of the reservoir, to allow activation of one or more of the elements, such as the injection needle and liquid communication means, and other elements of the device. The housing can be made as a single part or as a plurality of parts configured to associate and secure together in both either static or moving relation to one another.

[0081] The housing also provides a visual enclosure for the injection needle that keeps the needle out of sight of the patient at all times during the injection procedure. This can reduce or eliminate the patient's apprehension or fear caused by the sight of a needle, thereby reducing the tendency of the patient's muscles to tighten and harden, which can make needle penetration more difficult and painful for the patient.

[0082] The housing also provides a physical enclosure for the injection needle that helps to avoid accidental needle stick, particularly after an injection, which could place a user at serious risk from fluid-borne pathogens. The device can be configured for use only once (unless completely disassembled and retrofitted), thereby minimizing the likelihood of reuse of a contaminated hypodermic needle. The device can also advantageously be configured wherein some parts or assemblies, such as the housing and it associated elements, can be reused.

[0083] The housing can also be configured to receive and secure the needle and optionally the reservoir of injectable liquid composition as a modular insert into the housing body. The housing can include two or more parts, at least one of which is movable relative to another, which can be configured into an open position wherein either the needle or the reservoir, or both, can be inserted into the body of the housing, or a closed position wherein the needle and/or reservoir are not accessible or retrievable from within the housing. The movable part can be a door or a panel that is movable to provide an access port into the housing. The door or panel can be hinged or removably affixed to the housing, or can be slidable away from the access port.

[0084] The injection needle of the device provides for liquid communication of the injectable liquid composition passing from the reservoir and through other liquid communication means of the device, into the body tissue of the patient, from where the injectable liquid composition can dissipate into the surrounding tissue and throughout the body. The injection needle should be shaped and configured to provide painless insertion and painless injection of the injectable liquid composition. Generally an injection needle having a smooth circular outer surface and an outer diameter D of about 0.36 mm (28 gauge needle) and less can be inserted painlessly through the skin of a patient. For small children, infants and patients having more sensitive skin, an outer diameter D of about 0.30 mm (30 gauge needle) and less (31 gauge to 33 gauge), will typically ensure painless needle insertion.

14

[0085] Typically the injection needle is configured to be substantially linear or straight, from its distal end or tip, toward the opposed inlet opening.  The needle can be configured to be linear completely to its inlet end, or can be configured with a bent or curved portion near the inlet opening.

[0086] The needle size should be sufficiently large to allow passage of the required volume of liquid medicament into the body within a period of time that is suitable to avoid causing pain.  For a typical medicament volume of about 0.5 ml to about 1.0 ml, a substantially painless to completely painless injection can be achieved over an injection period of from about 1 minute to about 10 minutes, more typically from about 3 minutes to about 5 minutes.  The volumetric flow rate is at least about 0.05 microliter per second ($\mu$L/s), and up to about 50 $\mu$L/s.  Typically, the volumetric flow rate is about 0.5 $\mu$L/s to about 20 $\mu$L/s, and more typically about 1 $\mu$L/s to about 4 $\mu$L/s.  The injection needle should be sufficiently durable and axially rigid to avoid bending or breaking when inserted into the skin and muscle.  Typically, a needle having an outer diameter of from about 0.10 mm (about 36 gauge), more typically of from about 0.23 mm (32 gauge), up to about 0.36 mm (28 gauge), is sufficiently painless, durable, and liquid conductive.

[0087] It is also within the practice of the device and method of the present invention to inject medicament volumes of greater than about 1.0 ml, and to deliver the injection over time periods greater than 10 minutes.

[0088] Typically, the injection needle is pre-installed into the injection device during its manufacture, prior to its distribution to the facility or site where the injection shall occur.  Although the device can be configured for installation of the injection needle at the use facility, the small, fine size of the injection needle may make it difficult for a medical technician or patient to manipulate it into position within the device.  Likewise, after a vaccination, the injection needle and the housing or assembly thereof into which the needle is secured, can be disposed of in accordance with health and safety regulations and guidelines.

[0089] The injectable liquid composition is typically contained within the cavity of the reservoir, and flows from the reservoir to the injection needle during injection.  The reservoir is typically positioned within the housing although the structure of the reservoir can also form a portion of the outer surface of the housing.  The reservoir can have a rigid structure having a fixed volume with a moveable member, such as a plunger that defines a variable volume cavity.  The reservoir can also have a flexible

15

structure where its volume can decrease as its content of injectable liquid composition is removed there from. Typical materials for use in making the reservoir include natural and synthetic rubber, polyolefin, and other elastomeric plastics. The selection of the structure and material of construction of the reservoir will depend in part on the specific means of pumping the medicament from the reservoir to the injection needle. Selection of the material of the reservoir should also be chemically stable with the injectable liquid composition. In another typical embodiment, the reservoir can be affixed to the injection needle as part of a injectable liquid composition product, for assembly into the device. A reservoir will generally have a volume sufficient to contain about 0.1 ml to about 10 ml, typically about 0.1 ml to about 3 ml, of medicament. In a more typical embodiment, the reservoir would hold about 0.5 ml to about 1.0 ml of medicament.

[0090] The reservoir comprises an outlet port that is in liquid communication with, or can be brought into liquid communication with, the injection needle. The reservoir outlet can be temporarily sealed, such as with a penetrable membrane that can provide an air-tight and leak-proof seal over the outlet opening of the reservoir during manufacture, shipment and storage of the filled reservoir, and that can provide a self-sealing, leak-proof joint when pierced by the inlet end of the needle or a separate piercing conduit at the time of the injection. A typical reservoir membrane comprises natural or synthetic rubber or a thermoplastic material. Alternatively, a wall of the reservoir can be adapted to allow penetration thereof by the piercing conduit, such as the inlet end of a needle.

[0091] A typical embodiment of a reservoir comprises a reservoir body having a cavity that has been pre-filled with the injectable liquid composition and sealed. The pre-filled reservoir can be assembled into the device during manufacture. In this case, the device is labeled to identify the particular injectable liquid composition that is contained therein.

[0092] More typically, pre-filled reservoir will be configured for installation or insertion into the housing of the injection device at the facility or site where the injection will occur. The technician would typically remove the  reservoir from a storage area, such as a refrigerator, and insert it into position within the housing of the device. An identity label associated with the reservoir can be provided that is conveniently transferred to the patient's records.

[0093]  Alternatively, a device can have secured within an empty reservoir can be filled by medical personnel with the appropriate quantity and type of medicament, prior to injection.  Typically, this embodiment of the reservoir comprises a liquid flow valve that has a self-closing, self-sealing opening to the cavity of the reservoir.  The flow valve can be a one-way flow valve, also referred to as a check valve.  The liquid composition flow valve is typically an elastomeric or rubber material.

[0094]  One type of one-way flow valve is a flapper or so-called duckbill valve (available from MiniValve International Yellow Springs, OH) that allows flow of liquid in one direction, but which self-seals in response to liquid flow or pressure in the opposite direction.  Another type of one-way flow valve is a cylindrical member having a slit opening formed axially there through, through which a hypodermic needle of a syringe is inserted to inject a desired dose of the liquid composition into the cavity of the reservoir.  When withdrawn, the slit opening closes and seals.  When the device is used by medical personnel as supplied from a manufacturer with the reservoir securely inserted within the housing, the device can have a companion flow valve in communication with the reservoir flow valve that is disposed in the outer surface of the housing, or otherwise accessible to the medial personnel. The liquid composition flow value can be inserted into a bore formed in the sidewall of the reservoir that is slightly smaller in diameter than the flow valve.

[0095]  If the reservoir is configured so that a portion of the reservoir is integral with the housing, then a single flow valve can be used, with an inlet accessible to the medical technician and an outlet into the cavity of the reservoir.  Alternatively, the device can be configured with a second liquid composition flow valve positioned in the housing, disposed adjacent to and aligned with the first flow valve disposed in the reservoir.

[0096]  An important requirement of the liquid communication means is to ensure that the liquid composition can flow from the reservoir to the injection needle regardless of the specific orientation of the device.  Typically, the attachment of the device to the skin of the patient can position the reservoir and the injection needle into a variety of relative spatial orientations that can sometimes require the liquid composition to flow upward against gravity, or that can position the outlet of the reservoir in an upward position, opposite the pool of liquid composition disposed in the reservoir.

[0097]  Consequently, a preferred configuration of the reservoir and liquid communication means provides that the outlet of the reservoir is maintained in

17

communication with the remaining liquid composition in the reservoir. A typical configuration comprises a collapsible reservoir comprising an outlet that maintains liquid communication with any residual liquid composition present in the reservoir. This reservoir has an upper flexible wall that can be conformed to the volume of the liquid remaining therein. The reservoir typically contains little or no air or gas when filled with the supply of liquid composition and during its displacement and injection operation. Thus, the reservoir collapses to become essentially empty, terminating delivery. In like manner, when a non-flexible material is used for a reservoir, such as a conventional tube-with-plunger syringe, the displacement of the plunger empties the reservoir, which terminates delivery.

[0098] The housing can also comprise an outer support structure that confines and protects the reservoir from outside elements that might puncture it, and which can define the initial shape of the reservoir.

[0099] The reservoir can also be constructed of an elastomeric material that can be expanded in volume when filled with the liquid composition, and holds the liquid composition under pressure. After puncture by a piercing conduit, such as the inlet end of the injection needle or an intermediate member that is in liquid communication, such as via tube, with the injection needle, the expanded reservoir can contract to reduce the effective volume of the reservoir as liquid composition is pumped there from. One or more of the walls of the reservoir can be made of an elastomeric material, while other walls or surfaces are made of other elastic or inelastic rubber or plastic material.

[0100] The reservoir can also comprise an adaptable structure having a means of varying its effective volume, such as a piston-plunger construction or an accordion construction, as in a bellows. In the embodiments described herein, a self-contained reservoir can be replaced with a more conventional syringe and plunger for storing and injecting the liquid composition to the injection needle.

[0101] Non-limiting examples of a reservoir of the present invention are those described in US Patent 5,527,288 (element 10), US Patent 5,704,520 (element 12), and US Patent 5,858,001 (elements 16 and 17), all such publications incorporated herein by reference.

[0102] A first embodiment of the invention is shown in Figures 1-3, 3A, and 4-28. The device includes a housing, shown in Figs. 1-3, 3A, and 4-9, and a cylindrical syringe cartridge shown in Figs. 10-19. The use and operation of the device for

18

manually self-administering a painless injection is illustrated in Figs. 20-28. A device having a housing for retaining a plurality of cylindrical syringe cartridges is shown in Figures 29-31. Figures 32-25 show a separable base and means for attaching the device to a patient's skin.

[0103] Figures 1-8 show an assembled housing 10 in various views and aspects. Figure 1 shows the housing 10 having an outer body 11, a needle carriage 70, a means for retaining a reservoir for an injectable liquid composition, and a base 12 for placement of the device against the skin of a patient. The carriage 70 is configured for movement along an axial centerline 100 in a direction perpendicular to the base 12. The cylindrical carriage has a cylindrical recess 71 having a tapered bottom 78, that opens to a connector portion 73 having internal female threads, which provide the at least a portion of the retaining means for the reservoir, described below. A needle 40 lies along the centerline 100 and is disposed through the axial center of a needle hub 72 that is secured to the connector 73. The inlet 42 end of the needle 40 extends within the connector portion 73 sufficiently below the opening in the tapered bottom 78 to prevent the sticking of a finger that may probe the recess. A retracting spring 76 is positioned about the centerline 100, having one end disposed within an annular groove 74 in the underside of carriage 70, and the other end disposed around an annular flange 94 projecting up from the base 12. The needle 40 extends downward from the lower end of the needle hub 72 toward the base 12. The needle is completely within the housing when the carriage 70 when in the first retracted position shown in Figure 1.

[0104] As will become more evident, the retracting spring 76 disposed as shown in Figs. 1, 3, and 20 should have an amount of pre-tensioning or compression that is sufficient to completely retract the carriage 70 back to the top of the housing 10 when the needle 40 is retracted from the body.

[0105] In a second inserted position, shown in Fig. 2, the carriage 70 has moved axially toward a position proximate to the base 12 of the device, and the needle 40 extends downwardly and out through the opening 13 in the base. The guide wall 14 comprises an inwardly-projecting, axially-oriented guide, shown as elongated rib 19, that registers along its length with an axially-oriented peripheral groove 77 in the outer wall 75 of the carriage 70, shown in Figure 3, to prevent the carriage 70 from rotating within the guide wall 14. A retainer heel 86 is biased inward from an opening in the cylindrical guide wall 14. As the carriage 70 passes down the guide wall 14, the heel

86 is temporarily biased outward, allowing the carriage to pass. The retracting spring 76 is compressed between the underside of the carriage 70 and the base 12. When the carriage arrives at the fully inserted position shown in Fig. 2, the lower end flange 79 of the carriage has cleared past the heel 86, which returns to its inwardly-biased position, where it can secure the carriage 70 and the needle 40 in the inserted position, and secures the retracting spring 76 in a compressed state. The heel 86 is part of a release arm 80, described herein after.

[0106] Figure 4 shows a plan view of the housing 10 in its first retracted position, with selected cross-sectional views taken as Figures 1, 3, 5, and 6 to illustrate certain elements of the housing. Figures 7 and 8 are sectional views of the housing in Figure 1. An exploded view of the elements of the housing 10 is shown in Fig. 9.

[0107] Figs. 10 and 11 are sectional views of the syringe cartridge 18 taken through perpendicular section lines 10-10 and 11-11 of Fig. 12. Figs. 13-17 provide additional detailed views of the syringe cartridge 18 shown in Figures 10 and 11. Figure 18 shows an exploded view of the elements of the syringe cartridge 18.

[0108] The syringe cartridge 18 shown in Figures 10 and 11 comprises a syringe assembly 20 and a telescoping pressurizing assembly 30, configured as a reservoir having liquid cavity 66 for the injectable liquid composition. The syringe cartridge 18 is configured to be associated with and retained within the housing 10 of the device. In the illustrated embodiment, the cylindrical recess 71 of the needle carriage 70 provides the means for retaining the reservoir of injectable liquid composition, embodied by the syringe cartridge 18. The syringe assembly 20 comprises a syringe body comprising a cylindrical wall 21 that has an open upper end 25 and a tapering base 22 that has, at the lower end, an externally-threaded syringe port 64 having an aperture 23. A cylindrical plunger 24 can be inserted through the opening in the upper end 25 for engagement with the inner surface of the wall 21. The space between the plunger 24 and the syringe body in Fig. 10 defines the reservoir cavity 66. The respective threads of the syringe port 64 of the syringe cartridge and of connector portion 73 of the needle carriage cooperate and engage when the syringe cartridge is placed into the needle carriage and rotated, which secures or locks the syringe cartridge into its retained position within the needle carriage. The cooperating threads also provide liquid communication between the injection needle and the reservoir of the syringe cartridge, as the inlet 42 end of the

20

WO 2005/079441                                                    PCT/US2005/004998

needle advances and penetrates a membrane 65 of the membrane plug 67 disposed in the opening of the syringe port 64 (see Figure 14).

[0109] The plunger 24 is typically a flexible, resilient rubber material that can form an effective liquid seal about its periphery with the sidewall 21 of the syringe. The plunger 24 is secured around a rigid plunger plug 26 to maintain its cylindrical shape. As can be seen in greater detail in called-out Fig. 13, the inner surface of the syringe wall 21 has, at its upper end, a slight inwardly-extending rim 38 that can engage the upper end of the outer wall 43 of the plunger 24, which can prevent the plunger 24 from incidentally withdrawing from and falling out of the upper opening of the syringe wall 21. Nevertheless, the plunger wall 43 is sufficiently flexible to be inserted into or extracted out of the syringe opening by force. The threaded bore in the plunger plug 26 is provided for attachment of a stem (not shown) having a mating thread so that the plug 26 and the plunger 24 secured thereto can be manipulated into and out of the syringe opening, and along the length of the syringe.

[0110] The telescoping pressurizing assembly 30 comprises a cylindrical body 31 that is closed at an upper end 34 and has an opening 32 at the opposed lower end. The lower edge of the cylindrical body 31 has a pair of opposed mechanical engaging means shown as inwardly-extending ribs 36 that can engage an outwardly-extending rim 28 disposed on the upper end 25 of the syringe wall 21, to secure the pressurizing assembly 30 to the upper end 25 of the syringe assembly 20 in a first extended position, as shown in Figs. 10 and 13. A pressurizing spring 33 is restrained within the body 31 between an annular groove 35 at the closed end 34, and an annular groove 27 in the plunger plug 26. When the pressurizing assembly 30 is in the extended position shown in Figure 10, the pressurizing spring 33 is typically under minimal compression. Nevertheless, this amount of pre-tensioning or compression of the spring 33 should be sufficient to maintain an adequate rate of flow of liquid composition from the cavity 66 at the end of the injection term, as shown in Fig. 25. Figure 11 shows the same syringe cartridge as in Fig. 10, but with the plunger 24 and the pressurizing spring 33 extended to the bottom of the syringe body 21. In this configuration, a medical technician can fill the syringe assembly. The upper pressurizing assembly 30 and the membrane plug 67 are first removed. Then, using a threaded stem (not shown), the plunger can be pulled upward to draw in injectable liquid composition through the aperture 23. The membrane plug 67 and the upper assembly 30 can then be reinstalled.

21

[0111]  The wall 31 of the pressurizing assembly 30 is configure to telescope axially over the outside of the syringe wall 21 to a second pressurizing position (shown in Figure 19) where the ribs 36 can engage a second set of outwardly-extending rims 29 disposed near the lower end of the syringe wall 21, also shown in Figure 10.  This causes the closed upper end 34 of the pressurizing body 31 to compress fully the pressurizing spring 33 against the plunger plug 26, which causes the plunger 24 to move to the bottom 22 of the syringe 21 when no liquid is contained in the cavity 66 of the syringe.  The engagement of the ribs 36 with the lower rims 29 retains cylindrical body 31 in the fully pressurized configuration.  When the cavity 66 of syringe 21 contains a volume of injectable liquid composition, such as vaccine V as shown in Figure 19, the manual depressing of the syringe cartridge causes the compression of the pressurizing spring 33.  The engagement of ribs 36 with rims 29 restrains the compressed pressurizing spring 33, and retains the potential energy within the compressed spring 33 as a means for injecting the liquid composition from the retainer. The manually-powered, compressed spring 33 exerts a downward force upon the plunger 24, which exerts pressure upon the liquid composition in the cavity 66.  When the cavity 66 is put into liquid communication with the needle, the pressurized liquid composition can flow out of the cavity 66 under pressure.  The pressurizing spring 33 is configured and designed to maintain a relatively constant force, resulting in a relatively constant pressure and liquid composition flow rate through the needle throughout the injection process.

[0112]  Optionally, the device 1 of the present invention can comprise a separable base 92, from which the housing 10 can be removed at any time, particularly and advantageously after completion of the injection.  The separable base 92 is typically configured for separable securement to the base 12 of the housing by a base securement means, and typically provides the skin-contacting surface of the device 1.  A base separation means provides selective separation of the separable base 92 from the device. Figs. 2, 27 and 28 illustrate an embodiment of a separable base 92, as embodied in a separable attachment assembly 93 that removably associates with the base 12 of the housing 10.

[0113]  The base securement means can comprise a mechanical engagement, such as a catch 89 formed on a distal end of a release finger 88 that depends downward from a portion of the housing body 11.  The distal end of the finger 88 extends through an

22

opening 95 in an inner base member 91 shown in Fig. 2. The finger 88 further extends through an opening 98 in the removable base 92 when the removable base 92 is positioned against the base 12 of the housing. The finger 88 is configured to bias the catch 89 toward and into engagement with a latch 96 formed in the separable base 92, shown in Figure 27. The separable base 92 remains affixed to the housing of the device provided that the catch 89 remains engaged with the latch 96.

[0114] The base separation means for separating the separable base 92 from the permanent housing base 12 can comprise a mechanically-biased member associated with the housing 10 that is configured for manipulation that forces to disengage the base securement means, specifically in the illustrated embodiment by moving the catch 89 out of engagement with the latch 96. In Figure 27, after the needle 40 and carriage 70 have been retracted, the person can depress the release button 81 even further, thereby causing a toe 87 on a release arm 80 to pivot into engagement with the release finger 88, and to bias the catch 89 out of engagement with latch 96. With the catch 89 disengaged from latch 96, and with the needle 40 fully retracted, the housing can be safely and easily separated from the separable base 92 for post-injection inspection, and for disposal.

[0115] The separable base further comprises a means for attachment to the skin of the patient. Typically, the means for attachment comprises an adhesive means adhered to the skin-contacting surface of the separable base.

[0116] While the figures and associated description describe the separation of the separable base from the housing while the device is attached to the skin of a patient, it can be understood that the separable base can also be removed from the housing while the device is free from attachment to the body.

[0117] In a method of using the device of the invention, a device 1 is provided as shown in Figure 20 comprising a housing 10 having an optional separable attachment assembly 93 comprising a separable case 92, and a syringe cartridge 18. The three members are shown separated to illustrate, that prior to use as an assembled product, the components can be separated and visually inspected.

[0118] The separable attachment assembly 93 can be attached manually to the base 12 of the housing 10 as previously described. Prior to attachment of the device to a person, a release paper 111 that covers the separable base 92 and adhesive flaps 112, is peeled away and disposed of.

23

[0119] As shown in Fig. 21, the separable attachment assembly 93 of the housing 10 can be attached to an area of the patient's skin on the upper arm or leg of the patient P, designated as the injection site, secured by the adhesive on the underside of the adhesive flap 112 that extends outward from the periphery of the separable base 92.

[0120] After attachment of the device to the skin, a seal 105 is removed that covers the opening to the carriage recess 71 to protect the inlet end 42 of the needle 40 from contamination, as shown in Figures 21 and 22. The syringe cartridge 18 is then inserted into the recess 71 of the carriage 70. The threaded syringe port 64 engages the threaded connector 73, so that manual axial rotation of the syringe cartridge 18 mates the respective threads and secures the syringe cartridge 18 to the carriage 70. As that occurs, a membrane 65 disposed in the opening of the syringe port 64 (see Figure 14) is penetrated by the inlet 42 end of the needle, which establishes liquid communication with the syringe cavity 66. A pair of tabs 45 extending out from the top of the pressurizing body 31 provides a grip for manually rotating the syringe cartridge 18 into the carriage 70. Relative axial rotation between the syringe assembly 20 and the pressurizing assembly 30 is prevented by disposing the outwardly-extending rims 28 of the syringe wall 21 into longitudinal grooves 37 formed in the inner surface of the pressurizing body 31.

[0121] In an alternative method, the syringe cartridge 18 can be provided in its pressurized configuration, as shown in Figure 19, just after the technician has compressed the telescoping pressurizing assembly 30 down onto the syringe assembly 20, and just prior to insertion of the cartridge 18 into the carriage 70, shown in Fig. 22. When the technician inserts the pressurized cartridge 18 into the recess 17 of the carriage 70, and rotates or twists the cartridge 18 to establish liquid communication between the reservoir cavity 66 and the needle 40, liquid composition may begin to flow from the syringe cavity and into and through the needle 40.

[0122] The device can also be configured to prevent rotation and removal of the modular syringe from its position in fluid communication with the needle, once the carriage 70 has been moved to and secured in the injection position. The tabs 45 extending from the closed end 34 of the pressurizing assembly 30 nest within the oblong recess 17 in the top of the housing 10 to inhibit finger access to the assembly, and to prevent manual rotation and removal of the syringe cartridge 18 in the injection

24

position. This prevents an unwanted exposure of a needle that is penetrating the skin from being open at its inlet 42 end to the atmosphere.

[0123] As shown in Figure 23, the needle 40 is then inserted into the patient by manual force downward on the syringe cartridge 18 to move it into the housing 10 and toward the base 12, thereby inserting the injection needle 40 into the body and initiating the injection. The pressing downward of the syringe cartridge 18 has also compressed the retracting spring 76. Fully manually pressing the syringe cartridge 18 downward causes the carriage 70 to be retained in a second position associated with the second injection position of the injection needle. A needle insertion securement, such as the retainer heel 86 shown in Figure 24, is configured to retain the needle carriage, and the injection needle, in the second, inserted position while the liquid composition is injected. Under the relatively constant force of the pressurizing spring 33, the vaccine V is slowly though constantly expressed out of the syringe cavity 66 and into the targeted body tissue 150. The size of the needle 40 and the force factor of the pressurizing spring 33 can be configured and designed to cause the liquid composition to flow under pressure through the needle within a target volumetric flow rate, to complete the injection within a prescribed period of time.

[0124] At the end of the injection term, shown in Figure 25, the plunger 24 has moved under the force of spring 33 to the bottom 22 of the syringe, and has collapsed the reservoir cavity 66 and driven substantially all of the vaccine out of the syringe cartridge 18.

[0125] An alternative method of inserting the needle 40 can employ the syringe cartridge 18 itself as an implement or plunger for depressing the needle cartridge to its inserted position, without having the needle inlet 42 penetrate the membrane 65 to the syringe cavity and placing the needle into liquid communication with the cavity. The syringe port 64 of syringe cartridge 18 can be rested against the bottom of the carriage 70, as shown by the left-side syringe in Figure 31, and pressed downward without having engaged the threads, or having only partially engaged the threads, of needle hub 72 and connector 73. Alternatively, the syringe port 64 and the connector 73 can be configured to provide a first position wherein the threads partial engage without establishing liquid communication between the needle and the cavity (that is, without rupturing the membrane 65), and a second position wherein the threads further engage

and establish liquid communication by penetration of the membrane by the inlet end of the needle.

[0126] Once the injection has been completed, or at any time during the vaccination, the needle can be retracted from its second or inserted position by activating a needle retracting means. The needle retracting means can comprise a disengagement means that is configured to disengage the needle insertion securement, and a power means configured to bias the needle, and the needle carriage, to respective third positions where the injection end of the needle is disposed within the housing. In the illustrated embodiment of Figure 26, the disengagement means comprises one or more release arms 80 and one or more release buttons 81. The release arm 80 comprises an upper end 82 shown as a ball having an inward flat surface that is secured within a socket 15 formed in the main body 11. The release arm 80 also comprises a pivot 83 that resides in a detent in the outside of the guide wall 14, and a resilient, flexible elbow portion 84 intermediate the ball end 82 and the pivot 83. A lateral bar 85 on the inside of the release button 81 is disposed proximate the elbow 84. In response to an inwardly-directed force on the button 81 that moves the button inward, as shown in Fig. 26, bar 85 causes the release arm 80 to flex inwardly at the elbow 84, causing heel 86 to pivot outwardly and out of engagement with the carriage lower flange 79. As shown in Figure 27, the power means comprises a compressed retracting spring 76 that had been manually disposed into a compressed configuration when the needle was manually inserted, and biases the needle toward a third position. With the needle carriage 70 unsecured by the needle insertion securement, retainer heel 86, the compressed retracting spring 76 can drive the carriage 70 upward from the base 12, and retract the distal end of the needle, needle tip 41, completely out of the body of the patient P and into the third position where the needle tip is within the housing 10. As described earlier, the retracting spring 76 should be disposed within the housing 10 with an amount of pre-tensioning or compression that is sufficient to completely retract the carriage 70 back to the top of the housing 10, so that the needle 40 will be retracted completely back into the housing.

[0127] The needle insertion securement and the disengagement means can function through or comprise the same element of the device (like the release arm 80 which functions to both secure the carriage and to disengage the securement), or can employ distinct elements.

26

[0128]  After retraction of the needle 40, the syringe cartridge 18 can be grasped and removed by oppositely rotating the cartridge to disengage the threaded connection of the cartridge with the carriage.  The cartridge assembly 18 can be inspected to confirm that all the liquid composition from the syringe cavity 66 had been injected, and then is disposed.  If for any reason a significant amount of the liquid composition remained in the syringe, the syringe cartridge 18 can be reinserted into the carriage 70 and again rotated into liquid communication with the inlet of the needle 40, and the carriage and needle reinserted into the patient to complete the injection.

[0129]  The illustrated embodiment shown in Figures 5, 25 and 27 shows that the release button 81 can have a generally cylindrical shape.  The button can have a main inner wall 104 and an annular outer wall 101 having an annular periphery that is slightly larger than the annular opening 102 in the housing body 11 in which the button is disposed.  The flared outer wall 101 resist movement of the button 81 into the opening 102 until a manual force is applied that is sufficient to bias inward the outer wall 101.  As the button 81 is depressed, it biases elbow 84 of the release arm 80. When the force on the button 81 is released, the resilient elbow 84 will spring back against, and move, button 80 outward to its original position.  The button 81 can also provided with a small aperture in its face, through which a small hooked implement can be inserted to pull out the button if it should become lodged inwardly.

[0130]  In an alternative embodiment of the device, the means for establishing liquid communication can comprise a separate piercing conduit for establishing liquid communication with the reservoir, and which is in liquid communication with the injection needle.  Fig. 39 shows a carriage 70 having a connector portion 73 that comprises a piercing needle 120 configured to penetrate a seal or membrane in the syringe cartridge 18 (not shown), and which is in liquid communication with the inlet end 42 of the injection needle 40.  Fig. 39A shows in more detail a needle hub 72 positioned within a recessed bore in the end of the connector portion 73.  The inlet end 42 of the needle 40 is flared so that the injection needle is retained within the needle hub 72.  A conduit hub 121 is securely positioned over the needle hub and retains the piercing needle 120 in position.  The distal end 122 of the piercing needle 120 is typically sharpened or pointed to facilitate penetration of the liquid seal or membrane. The piercing needle 120 is typically of a smaller gauge (larger diameter) than the injection needle to ensure penetration of the liquid membrane without crimping or

27

bending. Alternatively, the injection needle 40 can be made with an integral piercing conduit at the inlet end 42 that has a larger diameter and thickness than the skin-inserted portion of the needle.

[0131]    Another alternative embodiment of the device can comprise the syringe cartridge shown in Fig. 40. The syringe cartridge 218 illustrated comprises a body having a cylindrical wall 221, a tapered base portion 222 having an aperture 223, and an upper closed end 234. The syringe cartridge 218 also comprises a plunger 224 that is configured for axial movement along the length of the cylinder wall 221. Figure 40 illustrates the plunger 224 both at a first position prior to filling of the cartridge reservoir with liquid composition, and at the end of the injection when the last amount of liquid composition has been evaluated from the cavity 66. A pressurizing spring 233 is disposed within the cartridge between the plunger 224 and the closed end 234, and is typically pre-tensioned to maintain a minimal force upon the plunger 224 when the plunger is in the first position. The cartridge 218 also comprises an outlet connector 264, comprising a one-way flow valve 267, illustrated as a duckbill valve having confronting flaps 268a and 268b.

[0132] The syringe cartridge 218 shown in Fig. 40 is in its configuration prior to filling. The medical technician or patient can draw the injectable liquid composition from a source, such as a glass vial, into a standard syringe (not shown) fitted with an outlet connector, such as a threaded female luer connector, that can be secured to the outlet 264 of the cartridge 218. After sealably connecting the supply syringe to the outlet port 264 of the cartridge 218, the person depresses the stem of the supply syringe plunger, causing the liquid composition to flow under pressure through the one-way valve 267 and into the cartridge. The pressurized composition moves the plunger 224 toward the closed end 234 and forms the reservoir of liquid composition V within the cavity 66. The pressurized composition also compresses the pressurizing spring 233 back toward the closed end 234. When the force applied to the plunger stem of the supply syringe is released, the pressurized liquid composition within the cavity 66 collapses and closes the one-way valve 267, as shown in Fig. 41. The one-way valve 267 can be positioned so that the inlet end 42 of the needle or the piercing needle 120 can penetrate the flappers 268 sufficiently to establish liquid communication. The filled cartridge 218 can then be inserted into the housing as described herein before.

[0133]   In another alternative embodiment of the invention of a dual-port syringe cartridge 318.  The dual-port cartridge has a first port 323 at a first end of the cartridge, configured for filling the cartridge with liquid composition V, and a second opposed port 364 at a second end of the cartridge, configured for dispensing the liquid composition from the reservoir to the injection needle 40.  The cartridge 318 comprises a plunger 324 disposed in the cartridge for movement toward the first end for dispensing the liquid composition from the cavity 66.  The plunger 324 is associated with a liquid dispensing means shown as pressurizing spring 333 for maintaining pressure upon the composition V within the cavity 66 to cause the liquid composition to flow from the cavity.  The pressurizing spring it typically pre-tensioned to ensure sufficient force is exerted through the entire length of the plunger travel to maintain adequate liquid flow through the injection needle.

[0134]   The cartridge 318 comprises a means to establish liquid communication between the first or filling end of the cartridge, and the second or dispensing end of the cartridge.  This liquid communication means can comprise a flow channel 341 in liquid communication between the distal end of the cavity 66 and the dispensing end 364 of the cartridge.  In the illustrated embodiment, an tube 342 having the flow channel 341 is secured to the second end 322 of the cartridge, and extends to a distal end 343 that terminates proximate the inlet port 323.  The dip tube 342 is preferably aligned along the axial centerline of the cartridge.  In the illustrated embodiment, the plunger 324 is configured with an orifice through its longitudinal centerline, and forms an annular liquid seal 326 with the outside surface of the dip tube 342 and a peripheral seal 325 with the inside of the cylindrical wall.

[0135]   The filling port 323 can be fitted with a one-way valve 357 and filled as described above.  As the reservoir is filled under pressure, the pressurizing spring 333 compresses toward the dispensing end 322.   The one-way valve 357 seals inlet port 323 to prevent leakage of the pressurized liquid V within the cavity 66.  The membrane seal 367 seals the outlet port 364 and maintains the cavity of the filled cartridge 318 under pressure.  The filled cartridge can then be inserted into the housing of a device as described herein.  An optional cap 334 can be secured to the filling port 323 after filling to prevent curious fingers form pulling on the cartridge during injection.

[0136]   The illustrated cartridge 318 in Fig. 43 provides distinct features that can be advantageous.  The cartridge has separate and spaced-apart filling and dispensing ports,

29

which can allow the cartridge to be filled after it has been positioned and secured to the device. This avoids the need to handle the cartridge after it has been filled. The filling port 323 is typically oriented toward the top of the device. The configuration of the cartridge also provides for the dispensing plunger to ascend within the syringe during the injection in a direction other than downward and toward the base of the device. When the plunger has completed the dispensing of the composition V and has voided the cavity 66, the patient or medical technician will be able to see the distal end of the plunger proximate to the filling end 352 of the cartridge, which serves as a convenient visual signal that the injection is nearing completion or has been completed.

[0137]  To assist in installing the separable attachment assembly 93 to the housing of the device, the lower surface of the housing base 12 can optionally be provided with a wide indent 97 surrounding the opening 95 in the inner base 91, and the separable base 92 can be provided with a raised flange 94 that registers with the indent 97, as shown in Fig. 20.  Pressing upward on this area assists engaging the catch 89 onto the latch 96 of the separable base 92.

[0138]  A top plan view of a typical separable base assembly 93 is shown in Fig. 32, with a sectional view Fig. 33 taken through line 33-33, and detailed sectional views shown in Figures 34-35.  The adhesive flap 112 extends outwardly from the periphery of the separable base 92, and is covered on its slower surface with the release paper 111. The adhesive flap 112 comprises a first film layer 114 that is affixed on its upper surface to cover the skin-facing surface of the separable base 92, and extends outward from the peripheral circumference of the base 92.  The flap 112 has a PSA on its lower surface (not shown) for attachment to the skin.  Flap 112 also comprises a second film layer 115 that is shaped as a ring with an inner circular edge 116 and an outer edge 117. The inner edge 116 extends inwardly and is affixed, typically with PSA, to the upper surface of the separable base 92 inboard of its circumferential edge.  The second film layer 115 extends outwardly from the separable base 92, to overlap the first film layer 114 to its periphery, and there beyond to its outer edge 117.  Typically, the adhesive flap layers 114 and 115 can be made of a flexible plastic film, and can be optionally vapor permeable or breathable.

[0139]  Alternatively, the second film layer 114 can be eliminated, and the underside of the separable base 92 can have a coating of PSA for direct-contact adhesion to the skin.

Optionally a gauze bandage 113 can be secured to the underside of the separable base 92 over the opening 13, as shown in Fig. 35.

[0140]  In an alternative embodiment, the base separating means can comprise other mechanical securements, an adhesive securement, and a magnetic securement of the separable bas to the housing of the device.  The other mechanical securements could include a mechanical "hook-and-loop" device that can include Velcro®, a hasp, a frangible joint, and a threaded joint).  The magnetic securement can comprise a first magnetic member proximate the upwardly-facing surface of the separable base; and a second magnetic member proximate to the base portion and inside of the housing; wherein first magnet member and the second magnetic member have a magnetic attraction that secures the removable base to the housing, and wherein the removable base can be manually separated from the base portion of the housing by a manually-applied force that overcomes the force of the magnetic attraction.

[0141]  The separable base provides a means for obtaining a secure attachment of the housing of the device to the patient's skin, by providing for outwardly-extending adhesive flaps that are securely affixed to the relatively rigid structure of the separable base.  In most circumstances, the separable base that remains behind on the skin of the patient is well tolerated by the patient, and can be removed at any time, since most vaccinations, particularly with very small needle diameters, leave little wounding of the skin

[0142]  The separable base 92 can also be removed for pre-injection inspection of the device, by fully depressing the release button 81, prior to installing the reservoir or the initiating needle insertion.  The inner base 91, or a portion thereof, can be made of a transparent thermoplastic material to allow a visual inspection of the needle and the internal assembly prior to use.  The separable base 92 can then be easily reaffixed.

As shown in Figure 28, after completing the injection, the syringe cartridge 18 can be removed from the attached housing 10, before the housing is removed from the separable base 92; or, the housing 10 with the syringe cartridge 18 attached can be removed from the separable base 92 as a unit, and then the syringe cartridge can be removed.

[0143]  The device can also comprise a means for preventing deployment of the needle through the opening in the base of the housing, particularly after the needle has been inside the skin and body of a person.  A typical deployment prevention means for

31

preventing needle deployment comprises a sliding or rotating plate disposed in the base that can moved between a first position where the needle opening in the base is not covered by the plate, and a second position wherein the plate covers the opening. In the embodiment illustrated in Figs. 36-38, a rotating plate 131 is disposed in an annular recess 130 on the annular flange 94 of the inner base 91. The recess 130 and plate 131 have a center that is positioned off the centerline 100 passing through needle 40, though they overlap the needle opening 13 in the base 12. The plate 131 has an opening 136 disposed between the center of the plate 131 and its periphery. The plate 131 can rotate between a first deployment position shown in Figs. 36 and 37 wherein the plate opening 136 registers with and leaves exposed the opening 13, and a second blocking position shown in Fig. 38 wherein the plate 131 covers the opening 13, and prevents deployment of the needle 40. The plate is movable between the first and second positions by a knob 132 that is attached to the plate by a stem 133. The stem is disposed within arc-shaped stem slot 134. The knob 132 moves along a knob recess 135 formed in the inner surface of the removable base 92, and that lies below the knob slot 134. The knob retains the plate in position, and can be manipulated by finger to move the plate between its first and second positions. Prior to injection, the technician can remove the removable base plate and manipulate the knob 132 to move the plate 131 to its deployment position. After the device is removed from the skin following the injection, and the device has been removed from the separable base 92, the exposed knob 132 can be manipulated to move the plate 131 to its blocking position. This physically closes the opening 13 to ensure that the needle 40 can not be redeployed accidentally and cause an undesired stick.

[0144] In a further embodiment of the present invention, a device can have a plurality of injection needles and reservoirs disposed within the housing. The device can provide for injecting at least two injectable liquid compositions to a patient. Figs. 29 and 30 show a top plan view and an elevation view of a device 1 for injecting at least two liquid compositions from separate reservoirs contained in the housing. As shown in Figure 31, the device 1 can comprise a housing 10 and base 12 for two needle carriages 70a and 70b and two injection needles 40a and 40b, which can be configured to be separately and independently manipulated for insertion, injection and retraction, as described herein above.

[0145]   Alternatively, the two needle carriages and needles can be configured for simultaneous insertion, injection, and retraction using shared elements, including a shared, unitary dual-recess needle carriage, and a dual unitary pressurizing assembly.

[0146]   If only one injectable liquid composition will be administered, there is a potential for the patient, during the injection procedure, to pick at and possibly poke a finger though the seal 105 that is initially positioned over the cavity recess 71.   To prevent this, the seal 105 can be affixed to a cylindrical member 106 that partly supports the underside of the seal 105 layer, as shown in Figure 3A.   Alternatively, the seal can be removed and replaced with a "dummy" plunger that has the upper appearance of the active syringe cartridge, but which fits securely in the opening in the housing above the carriage to block any attempt to depress the carriage.

[0147]   Another alternative embodiment of the device can comprise a means for selectively positioning and optionally securing the needle carriage 70 to respective positions that either prevent or enable its movement in the axial direction within the housing.   This embodiment also is an alternative deployment prevention means.   Fig. 42 illustrates this embodiment in the context of the dual-needle device.   Each of the carriages 70a and 70b in Fig. 42 are shown in their first axial position, disposed within the carriage passageway 280 proximate the upper end 281.   This is also the position in which the syringe cartridge 18 is inserted into or removed from the needle carriage 70. In the first axial position, the carriage can be rotated between a first rotational position wherein the carriage is restrained from movement in the axial direction, and a second rotational position wherein the carriage can move in the axial direction.

[0148]   Looking first at the carriage 70a on the left side of the device, which is in the axially restrained configuration, the vertically-oriented guide rib 19 projects outward from the cylindrical wall 14.   The toe 79 of the carriage is positioned within a notch 119 formed in the guide rib 19, allowing the carriage to rotate, but preventing the carriage from moving downward axially so long as the toe 19 is disposed within notch 119.   The cooperation of the toe 79 of the carriage disposed within the notch 119 of the guide rib 19 provides a means for restraining the movement of the carriage in the axial direction.

[0149]   The carriage 70b on the right side of the device is shown in the axially un-restrained configuration.    In this configuration, the carriage 70b has been rotated (typically in the clockwise direction) to a position where the gap 179 in the toe 79 registers with the notch 119 in the guide rib 19, which allows the carriage 70b to move

axially toward its second axial position proximate the base of the housing. As the carriage 70b first begins to descend, the gap 179 in the toe 79 slides along the guide rib 19, preventing the carriage from rotating after it has moved axially out of the first axial position.

[0150]   The carriage can also comprise a means for registering the rotation of the carriage in a direction that corresponds with either the axially restrained configuration (typically, counter-clockwise direction in the plan view shown in Fig. 29) or with the axially un-restricted configuration (typically clockwise). In the illustrated embodiment, a stop lug 180 is provided to assist registering the gap 179 with the notch 119, by limiting the rotation of the carriage. At the appropriate configuration, a stop lug 80 will engage the upper end 219 of the guide rib 19. The stop lug 180 is shown as a downwardly-extending projection from the outer wall 75 of the carriage 70, over a portion of the wall-contacting periphery of the carriage. As viewed in Fig. 42A, in the top-right of carriage 70b, a first end of the stop lug 180 is engaging the upper end 219 of the guide rib 19 from behind the guide rib, when the carriage is rotated in the clockwise direction. Conversely, as shown in Fig. 42, the stop lug 180 (which is not shown since it is out of the page in front of the section line), a second end of the stop lug 180 is engaging the upper end 219 of the guide rib 19 from in front the guide rib, when the carriage is rotated in the counter-clockwise direction.

[0151]   Fig. 44 shows an alternative embodiment of a device having a needle retracting means that comprises a pre-tensioned retracting spring that is associated with a separate member for retracting the needle. As illustrated in Fig. 44, the retracting means comprises an auxiliary retracting carriage 270. The retracting carriage 270 is configured for movement within the housing between a first secured position, shown in Fig. 44 where the retracting carriage is disposed proximate the base 91, and a second position where the retracting carriage is disposed proximate the upper end 281 of the carriage passageway 280. In the first position, the retracting spring 76 is in a fully compressed position, restrained by the retracting carriage 270, the toe 79 of which is restrained by the lower heels 86 of the release arms 80. As described above, when buttons 81 are depressed, heels 86 bias outwardly and out of engagement with toe 79, allowing the retracting spring 76 to move the unrestrained retracting carriage 270 toward and to its second position. It can be understood that depressing of the buttons 81 also bias the upper heels 286 to pivot or move outwardly. The force factor of the

34

retracting spring 270 can be sufficient to cause the upper toe 279 of the retracting carriage 270 to pass over the upper heels 286 of the release arms 80 and into its second position proximate upper end 281 in the carriage passageway (not shown). Upon releasing of the pressing force upon buttons 81, the upper heels 286 return and are placed into an interference position that can prevent the retracting carriage 270 from being moved axially in a direction back toward its first position shown in Fig. 44. It can also be understood that the retracting carriage 270 can be moved from its second position proximate the upper end 281, to its first position, by sufficiently depressing buttons 81 to release the upper toe 279 from engagement with the upper heels 286, and manually pushing the retracting carriage 270 (and compressing the retracting spring 76) toward the base 91.

[0152] It can also be understood that the needle carriage 70 can move within the carriage passageway 280 separately from the retracting carriage 270. The needle carriage 70 is typically positioned in its first position adjacent the upper end 281 of the carriage passageway 280 (such as shown in Fig. 22) for attachment of the syringe cartridge 18. In this position, the needle carriage can be restrained temporarily from axial movement (the needle carriage's axially restrained configuration, as described in the aforementioned embodiment and illustrated by the left-hand carriage 70a of Fig. 42). Alternatively, the needle carriage can be biased toward its first position by a second mechanical spring (not shown). At the same time, the retracting carriage 270 is typically in its pre-tensioned position shown in Fig. 44, adjacent the base 91. After the syringe cartridge 18 containing the liquid composition V has been secured in place to the needle carriage 70, also as shown in Fig. 22, the needle carriage bearing the injection needle 40 can be rotated from its axially restrained configuration into the axially un-restrained configuration (also described above and illustrated by the right-hand carriage 70b of Fig. 42).

[0153] From its axially un-restrained configuration, the needle carriage 70 can be moved to its second position shown in Fig. 44 by manually pressing downward on the inserted syringe cartridge 18. The annular outer wall of the needle carriage 70 can have cut-out grooves 176 that align axially with the upper heels 286 when the carriage is in the axially un-restrained configuration, to allow free passage of the carriage past the upper heels 286. The needle carriage 70 can have an annular recess formed between the inner wall 174 and the outer annular wall 172. The respective carriages can become

35

engaged and frictionally coupled together when the upper rim 272 of the retracting carriage 270 is nested within the annular recess of the needle carriage 70, but can be separated by hand. The frictional coupling of the needle carriage 70 to the restrained retracting carriage 270 assists in holding the inserted injection needle 40 within the injection site, as shown in Fig. 44.

[0154] A further embodiment of the invention can comprise a means of indicating the extent of liquid composition dispensed from the reservoir. The indication means can comprise a visual means that allows personnel to actually view the remaining contents of the reservoir. An embodiment of a visual indication means can comprise a transparent section positioned in a portion of the housing adjacent the reservoir, to view the reservoir. Alternatively, the housing can comprise a door or panel that can be opened to permit inspection. Further, the reservoir can be provided with a corresponding transparent portion to permit the medical personnel to see the medication contained within the reservoir. The transparent portion can include a portion of the base or a portion of the housing, or both. The transparent portion can be a small area relative to the total surface area of the housing body, or can be a significant portion of the housing body surface. In a typical embodiment, the transparent portion is positioned on one side of the housing body that, when applied to the patient's arm, can face away for the patient's line of sight. This allows the medical technician to see through the transparent portion, but provides no indication to the patient, typically a small child, that the inside of the device contains something interesting that might arouse the patient's curiosity.

[0155] The indication means can also comprise a signal means that signals the end or the approaching end of medicament dispensing. A signal means can comprise a mechanical or electrical switch that is activated by the plunger member as the last remaining contents of the reservoir is dispensed. The signal can be a flag, a pop-out tab, an illuminated light, or any other well known signal.

[0156] Another embodiment of the invention can comprise a covering or disguise configured for attachment or placement over the injection device either to provide the device with a pleasurable impression, or to direct the patient's attention away from the device. The covering can be formed as a cartoon character, a zoo animal, or the like. In this way, much of the patient's fear that might be caused by the sight of the device can be alleviated.

36

WO 2005/079441                                                    PCT/US2005/004998

[0157]  In another embodiment of the invention, the housing of the device can be colored coded or have a colored indicator or marking that identifies the particular type or quantity of medication contained within the reservoir.  For example, for one certain medication the outer casing may be blue in color.  The device can also display various warnings, such as a precaution to avoid needle stick and possible side effects to the medication.  The device can also comprise a removable label comprising information about the liquid composition to be administered (such as the type of vaccine or medicament, the manufacturer and lot number, and volume), which can be placed into a medical record or patient chart.

[0158]  Another embodiment of the invention, shown in the figures, is an improved injection device for self-administering an injection that does not provide the patient with any convenient fingerhold to grasp the device for jostling or removing the device from the skin during the injection procedure.  A preferred design of the device will include an outer surface that has not sharp edges or deep groove with which the patient can get a fingerhold.  Preferably, the housing and the base are constructed of a thermoplastic material that has a non-grip or non-sticky surface, and is preferably a resilient material that can flex but not deform in shape.  A matte finish on the outside surface can make the housing difficult to grasp, except when properly grasped by a medical technician by its release buttons.  Typically, the indentures and grooves in the housing, and including the base, have a breadth not greater than 3 mm, more typically not greater than 1 mm.  Typically, external edges can be rounded, maintaining an edge radius of about at least 1 mm, more typically of about at least 3 mm.

[0159]  While specific embodiments of the apparatus and method of the present invention have been described, it will be apparent to those skilled in the art that various modifications thereto can be made without departing from the spirit and scope of the present invention as defined in the appended claims.

WO 2005/079441                                                    PCT/US2005/004998

We claim:

1.      A manually-powered injection device for painless inter-muscular injection of an injectable liquid composition from with a reservoir, comprising:

        a) a housing having a base for semi-permanent attachment to the skin of a patient,

        b) an injection needle disposed substantially perpendicular to the base and within the housing, the needle having an injection end, and configured for axial movement manually between a first position wherein the injection end is within the housing and a second position wherein the injection end extends outwardly from the base to a distance sufficient for intramuscular insertion thereof, the injection needle having an outside diameter greater than 0.10 mm and less than about 0.38 mm,

        c) a means for retaining a reservoir containing an injectable liquid composition,

        d) a means for providing liquid communication between the retained reservoir and the injection needle, and

        e) a means for injecting the injectable liquid composition from the retained reservoir through the needle.

2. The injection device of Claim 1 wherein the means for injecting is a manually-powered spring that is configured to exert pressure upon the injectable liquid composition within the retained reservoir.

3. The injection device of Claim 1, further comprising a needle insertion securement configured to retain the inserted needle in its second position while injecting the liquid composition.

4. The injection device of Claim 3 further comprising a means for retracting the injection needle, whereby the injection end of the needle can be retracted from its second position to a third position wherein the injection end of the needle is within the housing.

5. The injection device of Claim 3 further comprising a needle carriage to which the injection needle is affixed, the needle carriage being configured for axial movement

between a first position associated with the first position of the injection needle, and a second position associated with the second position of the injection needle, in response to a manual force applied by a person.

6. The injection device according to Claim 5 further comprising an implement for use in applying the manual force to the needle carriage.

7. The injection device according to Claim 5 wherein the needle insertion securement is configured to retain the needle carriage in its second position.

8. The injection device according to Claim 7, further comprising a retracting means comprising a disengagement means configured to disengage the needle insertion securement from the needle carriage, and a power means configured to bias the needle carriage to a third position that is associated with a third position of the injection needle wherein the injection end of the needle is within the housing.

9. The injection device according to Claim 1 wherein the device further comprises a separable base, a base securement means configured for separable securement of the separable base to the housing, and a base separation means configured for separation of the separable base from the housing, wherein the separable base comprising an adhesive for attachment thereof to the skin of the patient.

10. A manually-powered injection device for painless inter-muscular injection of an injectable liquid composition, comprising:

    a) a housing having a base for semi-permanent attachment to the skin of a patient,

    b) an injection needle disposed substantially perpendicular to the base and within the housing, the needle having an injection end, and configured for axial movement manually between a first position wherein the injection end is within the housing and a second position wherein the injection end extends outwardly from the base to a distance sufficient for intramuscular insertion thereof, the injection needle having an outside diameter greater than 0.10 mm and less than about 0.38 mm,

    c) a reservoir containing an injectable liquid composition,

d) a means for liquid communication between the reservoir and the injection needle, and

e) a means for injecting the liquid composition from the reservoir to the injection end of the needle.

11. The injection device of Claim 10 wherein the means for injecting is a manually-powered spring that is configured to exert pressure upon the injectable liquid composition within the retained reservoir.

12. The injection device of Claim 10, further comprising a needle insertion securement configured to retain the inserted needle in its second position while injecting the liquid composition.

13. The injection device of Claim 12 further comprising a means for retracting the injection needle, whereby the injection end of the needle can be retracted from its second position to a third position wherein the injection end of the needle is within the housing.

14. The injection device of Claim 12 further comprising a needle carriage to which the injection needle is affixed, the needle carriage being configured for axial movement between a first position associated with the first position of the injection needle, and a second position associated with the second position of the injection needle, in response to a manual force applied by a person.

15. The injection device according to Claim 14 further comprising an implement for use in applying the manual force to the needle carriage.

16. The injection device according to Claim 14 wherein the needle insertion securement is configured to retain the needle carriage in its second position.

17. The injection device according to Claim 16, further comprising a retracting means comprising a disengagement means configured to disengage the needle insertion securement from the needle carriage, and a power means configured to bias the needle

40

carriage to a third position that is associated with a third position of the injection needle wherein the injection end of the needle is within the housing.

18. The injection device according to Claim 14 wherein the needle carriage comprises threads, and the reservoir comprises cooperating threads that can engage and retain the threads of the reservoir.

19. The injection device according to Claim 18 wherein the reservoir comprises a penetrable membrane, wherein when the cooperating threads of the reservoir and the needle carriage are engaged, a piercing conduit in liquid communication with the injection needlecan penetrate the penetrable membrane to establish liquid communication between the reservoir and the injection needle.

20. The injection device according to Claim 10 wherein the device further comprises a separable base, a base securement means configured for separable securement of the separable base to the housing, and a base separation means configured for separation of the separable base from the housing, wherein the separable base comprising an adhesive for attachment thereof to the skin of the patient.



Fig. 1



Fig. 2



Fig. 3A

Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

WO 2005/079441    PCT/US2005/004998

7/26



Fig. 9



Fig. 12

Fig. 13

Fig. 10

Fig. 14

Fig. 15

WO 2005/079441                                                                    PCT/US2005/004998

9/26



Fig. 11

Fig. 16

Fig. 17

Fig. 19

WO 2005/079441                                                        PCT/US2005/004998



Fig. 18



Fig. 20

WO 2005/079441                                                          PCT/US2005/004998

12/26



Fig. 21



Fig. 22



Fig. 23

Fig. 24

PCT/US2005/004998

WO 2005/079441

15/26



Fig. 25

Fig. 26

WO 2005/079441



Fig. 27

PCT/US2005/004998



Fig. 28



Fig. 29



Fig. 30

PCT/US2005/004998

WO 2005/079441



Fig. 31

20/26



Fig. 32

Fig. 34

Fig. 35

Fig. 33



Fig. 38

Fig. 36

Fig. 37



Fig. 39A

WO 2005/079441



Fig. 40                    Fig. 41

PCT/US2005/004998



Fig. 42A

Fig. 42

WO 2005/079441

PCT/US2005/004998



Fig. 43

WO 2005/079441

Fig. 44

PCT/US2005/004998

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau



(43) International Publication Date
1 December 2005 (01.12.2005)

**PCT**

(10) International Publication Number
**WO 2005/114113 A2**

(51) International Patent Classification[7]:    G01F

(21) International Application Number:
PCT/GB2005/002062

(22) International Filing Date:    23 May 2005 (23.05.2005)

(25) Filing Language:    English

(26) Publication Language:    English

(30) Priority Data:
0411490.6    22 May 2004 (22.05.2004)    GB

(71) Applicant *(for all designated States except US)*: ACCU-GAUGE LIMITED [GB/GB]; 3 St. Davids Business Park, Dalgety Bay, Fife KY11 9PF (GB).

(71) Applicants and
(72) Inventors: ESPARZA, Joseph, L. [US/GB]; 41 Donibristle Gardens, Dalgety Bay, Fife KY11 9NQ (GB). NICHOLSON, David, J. [GB/GB]; 39 Lakeside Road, Kirkcaldy, Fife KY2 5QJ (GB).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)*: IDDON, Robin, A.

[GB/GB]; 5 Belgrave Place, Edinburgh EH4 3AN (GB). MCBRIDE, Richard [GB/GB]; Priory House, The Shore, Aberdour KY3 0TY (GB). FITZWATER, Ian [GB/GB]; Ionic Manufacturing Limited, 5 Gosforth Close, Middlefield Industrial Estate, Sandy, Beds SG19 1RB (GB).

(74) Agent: HINDLE, Alistair, Andrew; Hindle Lowther, 28 Rutland Square, Edinburgh EH1 2BW (GB).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI,

*[Continued on next page]*

(54) Title: VOLUME METER



(57) **Abstract:** There is provided a device and methods for determining the volume of air space within a container, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means. A particular application is determining a change in the amount of fuel in a fuel tank between the beginning and end of a vehicle rental.



WO 2005/114113 A2

**WO 2005/114113  A2** 

FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
—  *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

# VOLUME METER

The present invention relates to a device to determine a volume of fluid present in a tank or other container. More particularly, but not exclusively, it relates to a device to determine a volume of fuel present in a vehicle fuel tank, for example so as to compare volumes present before and after use, and to a method of use of such a device.

When a car, van or other vehicle is hired out, it is common for a hire agreement to specify that the vehicle should be returned with the same volume of fuel in its fuel tank as was present when it was driven away. Should there be a deficit, the hirer is liable to pay for the vehicle to be refuelled to the initial level.

However, in practice, it is difficult to assess exactly how much fuel is present in a vehicle fuel tank, using only the vehicle's dashboard fuel gauge, which is usually connected to a float sensor within the tank. The gauge can normally be read to no better than the nearest eighth of a tank-full, which will typically represent five to ten litres of fuel. It is thus possible to return a vehicle with significantly less fuel in its tank, without this being clearly indicated by its fuel gauge. Furthermore, in borderline situations, considerations such as good customer relations will often militate against arguing with a customer over whether a fuel gauge needle is nearer to three-eighths of a tank or a quarter of a tank, for example.

## CONFIRMATION COPY

It is estimated that such shortfall causes loss to vehicle hirers of around £250,000 per year in the United Kingdom alone. This could be extrapolated to an annual loss for the entire vehicle hire market of approximately £80 million. There is hence a need for a precise and unequivocal means of measuring how much fuel is present in a vehicle's tank, before and after use.

Such means should, however, preferably not involve modification to the vehicles themselves, on grounds of cost and inconvenience. It should be quick and easy to use, and must be safe for use in the presence of highly inflammable fuel vapours.

Conventional liquid level sensors would not be appropriate, since they would be significantly affected by the exact attitude of the vehicle to the horizontal when the measurements are taken. In any case, it is difficult to access the fuel itself from outside the tank. However, an approach that appears to have received little attention is to measure the volume of the air above the fuel in the tank. In practice, the volume of air above the fuel will include the volume of a filler pipe leading from a filler cap or the like to the fuel tank, so the term "tank" hereinafter should be understood also to comprise such piping. Within this application, the term "air space" is used to refer to the volume within a container (which may include liquid) which is not occupied by the liquid, and is not intended to be limited to a volume occupied by atmospheric air.

Vehicle fuel tanks will be produced to a standard size for any given model. Thus, the volume of fuel in the tank plus the volume of air above it will be constant (strictly speaking, only true at a constant temperature, but such considerations can be allowed for mathematically, or by calibrating at a range of temperatures). In principle, a change of air volume in the tank will indicate a change in fuel volume, and measuring air volume has the advantage that a direct connection with this volume can be established through an existing, unmodified filler cap.

While a particular problem to be addressed is the measurement of fuel volumes within vehicle fuel tanks, as discussed above, there will be many other applications in which quick and accurate measurements of liquid volumes within substantially rigid containers will be required. A device suitable for measuring fuel volumes may well also be applicable to other such measurement needs. For example, such a device would be useful in the brewing industry for determining the amount of liquid in a tank or still.

It is hence an object of some embodiments of the present invention to produce a device to determine the volume of liquid present in a container by measuring the volume of gas in the container, and to provide a method for determining such volumes and changes in such volumes, using said apparatus.

However, some embodiments of the present invention are relevant to applications where it is not necessary to determine the absolute volume of the liquid present in the container. For example, for the purposes of determining whether a customer has brought a rental car back with same amount of fuel as when they rented the vehicle, it will be sufficient only to determine whether there has been a change in the volume of the liquid. By determining the amount of the change in the volume of air space, it is possible to determine the amount by which the volume of fuel has changed and issue a bill accordingly. As changes in the volume of liquid within a container of substantially fixed volume will result in corresponding and opposite changes in the volume of the air space within the container, measuring the change in the air space within the container is sufficient to determine whether the volume of liquid within the container has changed and/or the amount of the change, if appropriate.

According to a first aspect of the present invention, there is provided a device for determining the volume of air space within a container, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means,

WO 2005/114113                                    PCT/GB2005/002062

4

valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

The volume of air space within the container can be calculated from the determined rate of pressure change. Where the volume of the container is known, it is possible to determine the volume of liquid within a container by subtracting the air space from the volume of the container. Preferably, the device includes computing means (such as a computer) to calculate the volume of liquid in a container by subtracting the air space from the volume of the container.

There is also provided a device for determining whether the volume of air space within a container has changed between two readings, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

The device is also suitable for determining whether the volume of liquid within a container has changed between two readings as, provided that the container is of substantially fixed volume, if the volume of air space has not changed between two readings, then the volume of liquid should not have changed. Again, the volume of air space within the container can be calculated from the determined rate of pressure change.

There is also provided a device for determining the change in volume of air space within a container between two readings, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, means to

measure pressure within the container, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

The device is also suitable for determining the change in volume of liquid within a container as this will be the opposite of the change in the volume of air space between two readings provided that the volume of the container is substantially fixed. Again, the volume of air space within the container can be calculated from the determined rate of pressure change.

The means to determine the rate of pressure change within the container while the container is connected to the restrictor means preferably includes means to measure pressure within the container (such as a pressure transducer) although it would be possible in principle to use a device which measures the rate of change of pressure, or the flow rate (such as the molecular or volumetric flow rate) of gas through the restrictor means. In these cases it would remain preferable for the device to comprise a means to measure the pressure within the container as the rate of pressure change will in general depend on the pressure within the container.

The means to measure pressure may measure absolute pressure, but preferably measures the pressure difference across the restrictor means. If the restrictor means opens out into ambient air, the pressure difference across the restrictor means will be the pressure difference between the inside of the container and ambient air. It is preferable to measure the pressure difference across the restrictor means because the pressure difference is the predominant factor determining the rate at which gas flows through the restrictor means and so the rate at which pressure tends to ambient pressure within the container. Preferably, therefore, the means to measure pressure within the container comprises a pressure transducer which measures the pressure difference across the restrictor means. The pressure difference across the restrictor means is generally the pressure difference between the interior of the container and ambient air.

WO 2005/114113                                        PCT/GB2005/002062

6

Preferably, absolute pressure is taken into account when calculating the volume of the air space (and thus the volume of the liquid, or change in volume of the liquid). This can improve the accuracy of the resulting measurements because the rate of pressure change depends in practice not just on the pressure difference across the restrictor means, but also the absolute pressure difference. Gases of different pressures, and thus different densities, can be expected to flow differently through the restrictor means. One skilled in the art will recognise that the absolute pressure which is taken into account could be the pressure within the container or the ambient pressure.

Thus, in a preferred embodiment, the device further includes means to measure absolute pressure, such as a pressure transducer. This pressure transducer may be a different pressure transducer to that used to measure the pressure within the container, or it might be the same pressure transducer. If it is the same pressure transducer, a valve may be engageable to connect the pressure transducer to the atmosphere. This valve may also constitute or be part of the valve means to connect the container either to the pressure altering means or to the restrictor means. For example, the valve may have three positions, one which connects the pressure transducer to the container, another which connects the pressure transducer to the gas flow restrictor means, and a third which connects the pressure transducer to the atmosphere.

The temperature of the gas within the container or ambient temperature (measured by a temperature transducer such as a thermometer or other temperature gauge) may also be taken into account when calculating the volume of the air space in the container from the rate of change of pressure within the container. However, the effect of temperature is less important than the effect of absolute pressure.

The device (or a separate computing device, if appropriate) may comprise means to determine the effect of absolute pressure (and optionally absolute temperature) on the rate of pressure change while the container is connected to the restrictor means. For example, the device may

comprise calibration data (such as a calibration table) or an implementation of a computing algorithm which enables the data measured while the container is connected to the restrictor means (such as the rate of pressure change within the container, or the period taken for the pressure within the container to change from a first value to a second value, or the change in pressure within the container during a period of time) to be analysed taking into account the atmospheric pressure (and optionally the ambient temperature).

In a preferred embodiment, there is provided a memory storing a calibration table for the restrictor means which allow an estimate of instantaneous molecular flow rate to be computed from the pressure difference across the restrictor means, the ambient pressure (and optionally the ambient temperature).

The means to determine the rate of pressure change within the container may time a period taken for the pressure within the container to change from a first value to a second value while the container is connected to the restrictor means. The first and second values could be predetermined. However, the first and second values could be calculated by calculating means (such as a computer); for example, the first and second values could be calculated by analysing the change in pressure with time while the means to alter the gas pressure within the container alters the gas pressure within the container.

Alternatively, the means to determine the rate of pressure change within the container may determine the change in the pressure within the container during a period of time. The time period may start when the pressure within the container reaches a predetermined value. Again, the pressure may be absolute pressure but is preferably pressure relative to ambient pressure. The period of time may be calculated by analysing the change in pressure with time while the means to alter the gas pressure within the container alters the gas pressure within the container.

The means to determine the rate of pressure change within the container may measure pressure within the container at a plurality of times and analyse the successive pressure values, preferably using calculating means, such as a computer.

The volume of air space within the container can be calculated from the rate of pressure change, the time period or pressure change, as appropriate. If the volume of the container is known, then the volume of liquid within the container can be calculated by subtracting the volume of the air space from the volume of the container. If two successive reading are taken, the change in volume of air space can be determined by storing data from the first reading and comparing it with data from the second reading.

One skilled in the art will recognise that it is not necessary for the device to actually calculate the volume of air space within the container. It is sufficient to determine a parameter which can be related to the volume of air space within the container: for example, the rate of pressure change, the period taken for the pressure within the container to change from the first value to the second value, and/or the pressure difference during a period of time. Such parameters can be related to the volume of air space within the container as and when required. It is possible to determine whether the amount of liquid within the container has changed, or the amount by which it has changed, between two readings without having to actually calculate the respective volumes of air space.

The device preferably comprises one or more of a display to display the determined volume or change in volume or parameter, a memory to store the determined volume, change in volume or parameter, or an interface to transmit the volume, change in volume or parameter to an external computer or storage device. Preferably, the device includes a computer to carry out any necessary calculations. The invention also extends to a system comprising one or more computers and a plurality of devices according to the present invention. Such a system would enable readings carried out at one location (such as a car rental depot from which a car

9

is rented) to be compared with readings carried out at another location (such as a car rental deport to which a car is returned).

Further preferred features and options correspond to those described below.

According to a second aspect of the present invention, there is provided a method of measuring the volume of a liquid in a container of known volume comprising the steps of altering the pressure of gas within the interior of a container and allowing the pressure within the container to start equilibrating with air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of pressure within the container, thereby calculating the volume of the container which is not occupied by the liquid and thereby calculating the volume of the liquid.

There is also provided a method of determining whether the volume of a liquid in a container of substantially fixed volume has changed between first and second readings, comprising the steps of, for each reading, altering the pressure of gas within the interior of the container and allowing the pressure within the container to start equilibrating with air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of pressure within the container, thereby calculating the volume of the air space within the container, and then comparing the calculated air space volumes. (Air space refers to the volume of the container not occupied by liquid).

There is also provided a method of determining a change in the volume of a liquid in a container of substantially fixed volume between first and second readings, comprising the steps of, for each reading, altering the pressure gas within the interior of the container and allowing the pressure within the container to start equilibrating air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of

10

pressure within the container, thereby calculating the air space volume, and then calculating the difference in the air space volumes between readings.

Air of another pressure is preferably ambient air.

The provided methods preferably include the step of measuring either or both of absolute pressure (typically absolute ambient pressure) and ambient temperature and taking these measurements into account when calculating one or more of the volume of the air space, whether there has been a change in the volume of the air space, the amount of change in the volume of the air space, the volume of liquid in the container, whether there has been a change in the volume of liquid in the container or whether there has been a change in the volume of liquid in the container.

Values of air space volume or a parameter related thereto (e.g. the rate of pressure change, the period taken for the pressure to change from one value to another, or the pressure change in a particular period) may be stored between the first and second readings.

The step of measuring the rate of change of pressure within the container may comprise measuring the period taken for the pressure within the container to change from a first value to a second value while the container is connected to the restrictor means. The first and second values could be predetermined. However, the first and second values could be calculated; for example, the first and second values could be calculated by analysing the change in pressure with time while the means to alter the gas pressure within the container alters the gas pressure within the container.

Alternatively, the step of measuring the rate of change of pressure within the container may comprise determining the change in the pressure within the container during a period of time. The time period may start when the pressure within the container reaches a predetermined

WO 2005/114113                                              PCT/GB2005/002062

11

value.  Again, the pressure may be absolute   pressure but is preferably pressure relative to ambient pressure.  The period of time may be calculated by analysing the change in pressure with time while the means to alter the gas pressure within the container alters the gas pressure within the container.

The step of measuring the rate of change of pressure within the container may comprise measuring the pressure within the container at a plurality of times and analysing the successive pressure values.

Analysis is preferably carried out using calculating means, such as a computer.

According to a third aspect of the present invention, there is provided a method of calculating a charge to be issued in relation to the rental of a vehicle having a fuel tank for containing fuel, the method comprising the steps of, on at least two occasions, determining the volume of air space in the fuel tank, or a parameter related thereto, thereby calculating the change in the amount of fuel between the occasions, and issuing a bill dependant on the calculated change in the amount of fuel.

The volume of air space, or a parameter related thereto, may be calculated using a device according to the first aspect or the fourth aspect.  A different device may be used on each occasion.

The volume of air space, or a parameter related thereto, may be calculated according to a method of the second aspect or the fifth aspect.

According to a fourth aspect of the present invention, there is provided a device to measure a volume of liquid held within a container of known volume, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow

12

restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, means to measure pressure within the container, and means to time a period taken for the pressure within the container to change from a first predetermined value to a second predetermined value while the container is connected to the restrictor means.

There is further provided means to measure the absolute value of pressure (either or both of ambient pressure or pressure within the container) and the device takes this measured value into account when determining the measured volume of liquid.

Preferably, the device is provided with display means to indicate said period.

Alternatively or additionally, the device may be provided with memory means adapted to record said period for future reference, or for subsequent transmission to a separate computing device.

Advantageously, said display means may comprise numeric or alphanumeric display means.

Optionally, said display means comprises a liquid crystal display.

Preferably, the device is provided with electronic control means.

Advantageously, said electronic control means is adapted to operate the valve means.

The electronic control means may be adapted to operate the valve means so as to connect the container to the restrictor means when the pressure in the container has been altered to a third preselected value, further than said first and second values from ambient pressure.

13

The gas flow restrictor means preferably comprises calibrated orifice means through which gas may flow at a substantially constant rate.

The device may be provided with means to convert said period to a liquid volume within a particular container.

Said conversion means may comprise a set of graphs or tables of said periods against gas volume and/or liquid volume for particular preselected containers.

Alternatively or additionally, the device may be provided with memory means containing data to enable conversion of said periods to gas volumes and/or liquid volumes for particular preselected containers, and the electronic control means is adapted to perform said conversion.

The device may then be provided with display means adapted to indicate a calculated volume.

The pressure-altering means preferably comprises pump means.

Advantageously, the pump means is manually- or pedally-operable.

The pump means may be adapted to raise the pressure within the container above ambient pressure.

Alternatively, the pump means may be adapted to reduce the pressure within the container below ambient pressure.

The pressure-altering means may alternatively comprise a source of gas under pressure, such as a compressed-air line or reservoir vessel containing gas under pressure.

14

The device may be provided with pressure release means adapted to operate at a pressure differential within the container below that which might damage the container.

The connecting means may be adapted to form a gas-tight connection with a range of different container apertures, for example fuel tank filler pipe openings of different models of vehicle.

Further features or alternative features may correspond to those discussed in relation to the first and second aspects above.

According to a fifth aspect of the present invention, there is provided a method for measuring a volume of liquid held within a container of fixed volume, comprising the steps of providing a device as described in the fourth aspect above, connecting it to an aperture of the container, connecting the pressurising means to the container and raising the pressure therein to above a first predetermined value, connecting the container to the gas flow restrictor means so as to allow gas from the container to exit therethrough, timing the period taken for the pressure within the container to fall from said first predetermined value to a second predetermined value, and calculating from said period a gas volume and hence a liquid volume within the container.

Preferably, the method further comprises the steps of subsequently measuring an altered liquid volume within the container as described above and calculating a change in liquid volume between said measurements.

Further or alternative steps may correspond to those discussed in relation to the second aspect above.

15

According to a sixth aspect of the present invention there is provided a device to measure a volume of liquid held within a container of known volume, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, means to measure pressure within the container, and measure the change in pressure within the container to change during a period while the container is connected to the restrictor means.

Further preferred features correspond to those discussed in relation to the fourth aspect above.

According to a seventh aspect of the present invention, there is provided a method for measuring a volume of liquid held within a container of fixed volume, comprising the steps of providing a device as described in the sixth aspect above, connecting it to an aperture of the container, connecting the pressurising means to the container and raising the pressure therein to above a first predetermined value, connecting the container to the gas flow restrictor means so as to allow gas from the container to exit therethrough, determining the pressure change within the container during a period and calculating from said pressure change a gas volume and hence a liquid volume within the container.

Further preferred features correspond to those discussed in relation to the fifth aspect above.

An embodiment of the present invention will now be more particularly described by way of example and with reference to the accompanying drawing, in which:

Figure 1 is a frontal elevation of a fuel volume meter embodying the present invention;

**Figure 2** is a frontal elevation of a fuel volume meter according to a second embodiment of the present invention; and

**Figure 3** is a frontal elevation of a fuel volume meter according to a third embodiment of the present invention.

Referring now to Figure 1, a fuel volume meter 1 comprises a pressuring pump 2 connected to a measurement unit 3, which is in turn linked by means of a flexible pressure hose 4 to a tank connector fitting 5. The tank connector fitting 5 is shaped to form a gas-tight seal with an external opening of a fuel filler pipe leading to a fuel tank of a vehicle. (Where a wide range of different sizes of and/or shapes of openings may be encountered, it may be necessary to provide alternative, exchangeable fittings 5).

The pressuring pump 2 is here a manually-operable stirrup pump, with a reciprocally vertically-moveable pump handle 6 and a stirrup base 7 into which a user may insert a foot in order to stabilize the meter 1 during pumping. Other embodiments may use foot-operated pumps, or even (at the expense of portability) an existing or dedicated compressed-air supply, via a suitable regulator. It would even be possible to use a regulated compressed gas cylinder, for example to provide a source of inert gas for use in connection with extremely flammable fuels or other liquids.

The measuring unit 3 contains a two-position valve 8. In a first position, represented by solid arrows 9, the valve 8 connects the pressurising pump 2 to the pressure hose 4, and hence to the fuel tank. In a second position, represented by broken arrows 10, the pressurising pump 2 is connected to open air, while the pressure hose 4 and fuel tank are connected to a restrictor 11 comprising a calibrated orifice through which air may exit the meter 1. A (first) pressure transducer 12 measures the air pressure within the pressure hose 4 (and hence within the fuel

tank). The measuring unit 3 also contains electronic control apparatus (including a timing circuit), which is adapted to control the valve 8 and to receive data from the pressure transducer 12. The measuring unit 3 is also provided with a display 13, most conveniently a liquid crystal numeric or alphanumeric display, although light emitting diode or analogue displays may also be used. The electronic components are all encapsulated for safety in the presence of highly flammable fuel vapours. The portable meter 1 shown uses a low-voltage dry cell battery as power supply, which is also located within a gas-tight chamber.

To use the meter 1, a filler cap is removed from a fuel filler pipe of a vehicle, and the fitting 5 is securely and sealingly connected to its external opening. The meter 1 is turned on, the valve 8 being it its first position 9. The user pumps the handle 6 of the pressurising pump 2, transferring air through the hose 4 to an interior of the fuel tank.

When the pressure within the fuel tank, the filler pipe and the hose 4 reaches 250 millibars above atmospheric pressure, as indicated by the pressure transducer 12, the electronic control apparatus switches the valve 8 from its first position 9 to its second position 10. The pressurising pump 2 is now connected to the atmosphere, so no more air can be pumped into the fuel tank, which is now linked, via the hose 4, to the restrictor 11. The slightly pressurised air within the fuel tank is now free to bleed out via the calibrated orifice of the restrictor 11, so that the pressure in the fuel tank, etc, begins to fall.

When the pressure transducer 12 registers a first pre-set pressure, for example 200 millibars, the timing circuit begins to run. Air continues to bleed out through the restrictor 11 until a second pre-set pressure is reached, for example 100 millibars, at which point the timing circuit stops. The display 13 indicates an elapsed time between reaching the first and second pre-set pressures, which the user may record. The pressure within the tank is then allowed to return to atmospheric pressure, and the fitting 5 is removed.

18

In principle, the behaviour of a gas under pressure is governed by the ideal equation:

$$PV = nRT$$

where P is pressure, V is volume, T is temperature, R is the ideal gas constant, and n is the number of moles of gas present. In the course of the above pressurisation and depressurisation sequence, V is the free volume of the fuel tank above the fuel (which includes, as defined, the volume of the filler pipe and the hose 4), which will be substantially constant. Over the range of pressure changes envisaged, it may be assumed that the temperatures T will not vary appreciably, and R is an universal constant. Thus, the pressure is in effect directly related to n, the amount of gas present, and a change in pressure, $\Delta P$, is directly related to a change in the amount of gas present, $\Delta n$:

$$\Delta P = \Delta n.RT/V$$

Hence, the larger the value of V, the greater the value of $\Delta n$ to give a particular value of $\Delta P$.

The calibrated orifice in the restrictor 11 allows gas to escape at a relatively constant rate (for the overpressure ranges in question), i.e. it allows n to change at a substantially constant rate over time. That being said, the number of molecules flowing through the restrictor means and so the rate of pressure change will be a function of the pressure difference across the restrictor means, the absolute pressure, the temperature of the gas, the composition of the gas and so forth. Absolute pressure can be a significant factor. Temperature is less of a factor. Composition of the gas can also be a factor but if air is used, the variation in its composition will usually be minimal, unless perhaps the device is used with a particularly volatile liquid.

Thus, the time t, measured for a specific pressure drop to occur through the restrictor 11 is a measure of the amount of gas that has escaped to produce that pressure drop:

WO 2005/114113                                          PCT/GB2005/002062

19

$$\Delta n = k.t, \text{ where k is a constant}$$

$$\therefore \quad \Delta P = k.t.RT/V$$

$$\text{or } V = k.t.RT/\Delta P$$

Since k and R are constant, and T is effectively constant and $\Delta P$ is predetermined, the free volume V above the fuel in the tank is directly proportional to the time t.

In reality, gas behaviour tends to diverge from ideal gas behaviour, but in a repeatable fashion. Thus, a graph of V versus t may not be a straight line, but it is possible to produce a reliable calibration curve for any given standard fuel tank by part-filling it with a range of known volumes of liquid, and measuring t in each case.

Thus, one may use the meter 1 on a tank of known type containing an unknown volume of fuel, to obtain an accurate assessment of the free volume within the tank, and hence the volume of fuel.

This procedure may be carried out when a vehicle is hired out, repeated when the vehicle is returned, and any difference calculated. If there is a deficit, the hire company may charge the person who has hired the vehicle for the exact shortfall.

In its basic form, the meter 1 indicates only the time taken for the pressure to drop from a first to a second preset value, leaving the user to read off a fuel volume from a calibration curve for the particular vehicle model being used. However, it is envisaged that the meter could be provided with a memory chip or the like containing the calibration curves for a range of vehicles, and a touch-pad or the like allowing the user to select a particular model. The meter display 13 would then show a calculated fuel volume.

20

Alternatively, the meter could record the time   in its memory, and then be connected to a
computer, over a standard RS232 connection or the like, in order to transfer this time data.  In
this case, the computer could hold the calibration curves in its memory and use them to
calculate the fuel volume present.  It would store the "as hired" fuel volume of each vehicle,
compare it with the "as returned" fuel volume of that vehicle, and calculate any refuelling
charges automatically.

The meter described will be safe in use, as its electrical components are isolated from any fuel
vapour mixed with the air above the fuel in the vehicle's tank.  Also, the overpressures used,
approximately one-quarter of atmospheric pressure at most, will be well within the range of
what a vehicle fuel tank is designed to withstand.  If safety regulations require, a pressure
relief valve, bursting disc, or the like can be provided to release excess pressure if the valve
fails to operate at 250mbar as described above.

It should also be noted that while operation of the meter 1 is described above with the fuel
tank, etc, being pressurised to a slight overpressure, it is equally possible to evacuate the tank
partially, creating an underpressure that sucks air into the tank through the restrictor 11.

A second embodiment is illustrated in Figure 2.  In this embodiment, the meter includes a
second pressure transducer 14 which measures ambient pressure, and a memory 15 which
stores a calibration table.  The calibration table includes data relating the rate at which gas
flows through the restrictor 11 to the pressure difference across the restrictor (i.e. the
difference in pressure between the inside of the container and ambient pressure), the ambient
pressure (and optionally the ambient temperature measured by a temperature transducer).  A
computer 16 calculates the volume of the fuel tank which is not occupied by liquid taking into
account the data stored in the calibration data and the pressure values measured by first
pressure transducer 12 and second pressure transducer 14.  The computer uses the data in the
calibration table to estimate the instantaneous molecular flow rate from the pressure

difference across the restrictor and ambient pressure. (In a further embodiment not shown, the meter also includes a temperature transducer and the computer uses the measured temperature in its calculations). The instantaneous molecular flow rate is evaluated periodically during the measurement process and numerically integrated over time to give an estimate of $\Delta n$ and thus V.

We have found that the instantaneous molecular flow rate through the restrictor 11 (and hence the rate of change of pressure within the container with time) does not depend only on the pressure measured by the first pressure transducer 12, but also on the absolute value of ambient pressure measured by the second transducer 14. Accordingly, the second embodiment should provide more accurate results than the first embodiment. The second pressure transducer 14 should measure absolute pressure. The first pressure transducer 12 could measure either absolute pressure or the pressure difference between the inside of the container and the ambient air.

A third embodiment is illustrated in Figure 3. In this embodiment, the valve 10 has three positions. The first two positions correspond to the two positions of the first embodiment. The third position connects the first pressure transducer 12 to the surrounding atmosphere. Calculations are carried out as with the second embodiment. An advantage of the third embodiment is that one less pressure transducer is required. This embodiment requires that the pressure transducer measures absolute pressure as it must be able to measure the pressure of ambient air.

WO 2005/114113                                                    PCT/GB2005/002062

22

Claims

1.    A device for determining the volume of air space within a container, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

2.    A device for determining the volume of liquid within a container comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

3.    A device for determining whether the volume of air space within a container has changed between two readings, comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or to the restrictor means, and means to determine the rate of pressure change within the container while the container is connected to the restrictor means.

4.    A device for determining whether the volume of liquid within a container has changed between two readings comprising means to connect the device to the container, means to alter the gas pressure within the container, gas flow restrictor means, valve means to connect the container either to the pressure altering means or

23

to the restrictor means, and means to    determine the rate of pressure change within
the container while the container is connected to the restrictor means.


5.      A device for determining the change in volume of air space within a container
        between two readings, comprising means to connect the device to the container,
        means to alter the gas pressure within the container, gas flow restrictor means, valve
        means to connect the container either to the pressure altering means or to the
        restrictor means, means to measure pressure within the container, and means to
        determine the rate of pressure change within the container while the container is
        connected to the restrictor means.


6.      A device for determining the change in volume of liquid within a container between
        two readings, comprising means to connect the device to the container, means to alter
        the gas pressure within the container, gas flow restrictor means, valve means to
        connect the container either to the pressure altering means or to the restrictor means,
        means to measure pressure within the container, and means to determine the rate of
        pressure change within the container while the container is connected to the restrictor
        means.


7.      A device according to any one of claims 1 to 6, wherein the means to determine the
        rate of pressure change comprises a pressure transducer.


8.      A device according to claim 7, wherein the pressure transducer measures the pressure
        difference across the restrictor means.


9.      A device according to any one of the preceding claims, further comprising means to
        measure absolute pressure.

24

10.    A device according to any one of the preceding claims, comprising a pressure transducer for measuring absolute pressure, wherein the valve means is operable to connect the pressure transducer either to the interior of the container or to ambient air.

11.    A device according to claim 9 or claim 10, wherein the device or a separate computing device comprises means to determine the effect of absolute pressure (and optionally absolute temperature) on the rate of pressure change while the container is connected to the restrictor means.

12.    A device according to any one of the preceding claims, comprising a temperature gauge.

13.    A device according to any one of the preceding claims, wherein the means to determine the rate of pressure change within the container determines the period taken for the pressure within the container to change from a first value to a second value while the container is connected to the restrictor means.

14.    A device according to claim 13, wherein the first and second values are calculated by calculating means.

15.    A device according to any one of claims 1 to 12, wherein the means to determine the rate of pressure change within the container determines the change in the pressure within the container during a period of time.

16.    A device according to any one of claims 1 to 12, wherein the means to determine the rate of pressure change within the container measures pressure within the container at a plurality of times and analyses the successive pressure values.

WO 2005/114113

PCT/GB2005/002062

25

17.    A device according to any one of the   preceding claims, comprising a display to display at least one determined parameter related to the volume of air space or liquid within the container.

18.    A device according to any one preceding claim, comprising a memory to store at least one determined parameter related to the volume of air space or liquid within the container.

19.    A device according to any one preceding claim, comprising an interface to interface with an external computer system for storing and processing at least one determined parameter related to the volume of air space or liquid within the container.

20.    A device according to any one preceding claim comprising a computer to calculate at least one parameter related to the volume of air space or liquid within the container.

21.    A system comprising at least one computer and a plurality of devices according to any one of the preceding claims.

22.    A method of measuring the volume of a liquid in a container of known volume comprising the steps of altering the pressure of gas within the interior of a container and allowing the pressure within the container to start equilibrating with air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of pressure within the container, thereby calculating the volume of the container which is not occupied by the liquid and thereby calculating the volume of the liquid.

23.    A method of determining whether the volume of a liquid in a container of substantially fixed volume has changed between first and second readings,

26

comprising the steps of, for each reading, altering the pressure of gas within the interior of the container and allowing the pressure within the container to start equilibrating with air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of pressure within the container, thereby calculating the volume of the air space within the container, and then comparing the calculated air space volumes.

24.    A method of determining a change in the volume of a liquid in a container of substantially fixed volume between first and second readings, comprising the steps of, for each reading, altering the pressure gas within the interior of the container and allowing the pressure within the container to start equilibrating air of another pressure through gas flow restrictor means whilst carrying out at least one measurement of the rate of change of pressure within the container, thereby calculating the air space volume, and then calculating the difference in the air space volumes between readings.

25.    A method according to any one of claims 22 to 24 wherein air of another pressure is ambient air.

26.    A method according to any one of claims 22 to 25 including the step of measuring absolute pressure and taking this measurement into account in calculating the value to be determined.

27.    A method according to any one of claims 22 to 26, wherein the step of measuring the rate of change of pressure within the container comprises measuring the period taken for the pressure within the container to change from a first value to a second value while the container is connected to the restrictor means..

28.     A method according to any one of  claims 22 to 27, wherein the step of
        measuring the rate of change of pressure within the container comprises determining
        the change in the pressure within the container during a period of time.


29.     A method according to any one of claims 22 to 28, wherein the step of measuring the
        rate of change of pressure within the container comprises measuring the pressure
        within the container at a plurality of times and analysing the successive pressure
        values.


30.     A method of calculating a charge to be issued in relation to the rental of a vehicle
        having a fuel tank for containing fuel, the method comprising the steps of, on at least
        two occasions, determining the volume of air space in the fuel tank, or a parameter
        related thereto, thereby calculating the change in the amount of fuel between the
        occasions, and issuing a bill dependant on the calculated change in the amount of
        fuel.


31.     A device to measure a volume of liquid held within a container of known volume,
        comprising means to connect the device to the container, means to alter the gas
        pressure within the container, gas flow restrictor means, valve means to connect the
        container either to the pressure altering means or to the restrictor means, means to
        measure pressure within the container, and means to time a period taken for the
        pressure within the container to change from a first predetermined value to a second
        predetermined value while the container is connected to the restrictor means.


32.     A device to measure a volume of liquid held within a container of known volume,
        comprising means to connect the device to the container, means to alter the gas
        pressure within the container, gas flow restrictor means, valve means to connect the
        container either to the pressure altering means or to the restrictor means, means to

28

measure pressure within the container,    and measure the change in pressure within the container to change during a period while the container is connected to the restrictor means.

33.    A device according to claim 31 or 32 comprising means to measure absolute pressure, wherein absolute pressure is taken into account in determining the volume of liquid.

34.    A method for measuring a volume of liquid held within a container of fixed volume, comprising the steps of providing a device according to claim 31 or claim 33 when dependent on claim 31, connecting it to an aperture of the container, connecting the pressurising means to the container and raising the pressure therein to above a first predetermined value, connecting the container to the gas flow restrictor means so as to allow gas from the container to exit therethrough, timing the period taken for the pressure within the container to fall from said first predetermined value to a second predetermined value, and calculating from said period a gas volume and hence a liquid volume within the container.

35.    A method for measuring a volume of liquid held within a container of fixed volume, comprising the steps of providing a device according to claim 32 or claims 33 when dependent on claim 32, connecting it to an aperture of the container, connecting the pressurising means to the container and raising the pressure therein to above a first predetermined value, connecting the container to the gas flow restrictor means so as to allow gas from the container to exit therethrough, measuring the change in pressure within the container during a period and calculating from said change in pressure a gas volume and hence a liquid volume within the container.



FIG. 1

WO 2005/114113

PCT/GB2005/002062

2 / 3



FIG. 2

WO 2005/114113                                                    PCT/GB2005/002062

3 / 3



FIG. 3

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau

(43) International Publication Date
21 January 2016 (21.01.2016)



WIPO | PCT

(10) International Publication Number
**WO 2016/010524 A1**



(51) International Patent Classification:
*G06F 3/02* (2006.01)    *G06F 3/048* (2013.01)

(21) International Application Number:
PCT/US2014/046715

(22) International Filing Date:
15 July 2014 (15.07.2014)

(25) Filing Language:                    English

(26) Publication Language:               English

(71) Applicant: HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. [US/US]; 11445 Compaq Center Drive W., Houston, Texas 77070 (US).

(72) Inventors: CREAGER, Gregory Doyle; 11311 Chinden Blvd., Boise, Idaho 83714-0021 (US). TIJERINO, Antonio Roberto; 11311 Chinden Blvd., Boise, Idaho 83714-0021 (US). HENRY, Shaun; 11311 Chinden Blvd., Boise, Idaho 83714-0021 (US).

(74) Agents: MAISAMI, Ceyda Azakli et al.; Hewlett-Packard Company, Intellectual Property Administration, 3404 E. Harmony Road, Mail Stop 35, Fort Collins, Colorado 80528 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JP, KE, KG, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Declarations under Rule 4.17:**

— *as to the identity of the inventor (Rule 4.17(i))*

— *as to applicant's entitlement to apply for and be granted a patent (Rule 4.17(ii))*

**Published:**

— *with international search report (Art. 21(3))*

(54) Title: VIRTUAL KEYBOARD



Fig. 1

(57) **Abstract**: A virtual keyboard includes a pad, a number of motion sensors coupled to the pad to detect the presence of a user's hands over the pad, a processor, and a memory. The memory includes executable code that, when executed by the processor calibrates the virtual keyboard based on a number of criteria of the user's hand upon detection of the user's hands by the motion sensors, in which the criteria comprises the user's unique keyboard profile.



WO 2016/010524 A1

# VIRTUAL KEYBOARD

## BACKGROUND

[0001]    Computer keyboards are typewriter-style devices that use an arrangement of buttons or keys with a number of alphanumeric characters, graphemes, symbols, and other types of characters printed or engraved on the buttons or keys.  The buttons and keys act as mechanical levers or electronic switches that cause input of a character to a computing device or otherwise control a computing device to which the keyboard is communicatively coupled. Keyboards, however, are bulky and are not easily mobile.  Keyboards also contain mechanical parts that are easily broken.  In addition, a user of a keyboard must strike the buttons or keys as they are laid out on the keyboard with no ability to fit the layout of the keyboard to a user.  Even if customized keyboards were produced, such customized keyboards would be disadvantageous in shared computing environments such as workshops and call centers were several individuals may use the same keyboard.  Further, keyboards provide no form of user authentication to secure and protect data on an associated computing device from unauthorized access.  Still further, keyboards increase the potential to suffer from injuries or illnesses such as carpal tunnel syndrome or other repetitive strain injury and illness due to the extensive spread of bacteria.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0002]    The accompanying drawings illustrate various examples of the principles described herein and are a part of the specification.  The illustrated

examples are given merely for illustration, and do not limit the scope of the claims.

[0003]    Fig. 1 is a perspective view of the virtual keyboard, according to one example of the principles described herein.

[0004]    Fig. 2 is a block diagram of a virtual input computing system for processing data obtained from the virtual keyboard of Fig. 1, according to one example of the principles described herein.

[0005]    Fig. 3 is a flowchart showing a method of calibrating the virtual keyboard, according to one example of the principles described herein.

[0006]    Fig. 4 is a flowchart showing a method of processing signals from the virtual keyboard, according to one example of the principles described herein.

[0007]    Fig. 5 is a flowchart showing a method of processing authentication signals from the virtual keyboard, according to one example of the principles described herein.

[0008]    Throughout the drawings, identical reference numbers designate similar, but not necessarily identical, elements.

DETAILED DESCRIPTION

[0009]    The present systems and methods provide a virtual keyboard that detects user's hands over the virtual keyboard and maps a number of virtual input keys to the user's hands and builds a unique keyboard profile for authentication purposes and character entry.  The virtual keyboard is communicatively coupled to a computing device to provide for data input to the computing device control the computing device to which the virtual keyboard is communicatively coupled.  The virtual keyboard comprises a pad, a number of motion sensors coupled to the pad to detect the presence of a user's hands over the pad, and a tracking system to track hand and finger movements of the user's hand.  In this manner, the user does not touch any hardware device when utilizing the virtual keyboard.  Detection of the user's hands by the motion sensors activates the tracking system.  The tracking system comprises a

number of wave detectors to detect wavelengths reflected off the user's hands. The wave detectors may, for example, detect electromagnetic wavelengths or acoustical frequencies. The virtual keyboard may be calibrated to a user's hand positioning, hand size, or any other criteria to define a keyboard profile unique to that user. This keyboard profile may be used to identify the user as well as provide a number of security and access controls.

[0010]    As used in the present specification and in the appended claims, the term "a number of" or similar language is meant to be understood broadly as any positive number comprising 1 to infinity; zero not being a number, but the absence of a number.

[0011]    In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present systems and methods. It will be apparent, however, to one skilled in the art that the present apparatus, systems, and methods may be practiced without these specific details. Reference in the specification to "an example" or similar language means that a particular feature, structure, or characteristic described in connection with that example is included as described, but may not be included in other examples.

[0012]    Fig. 1 is a perspective view of the virtual keyboard (100), according to one example of the principles described herein. The user's hands and fingers (110) are depicted in Fig. 1 above the pad (101). A number of keys (111) are depicted in Fig. 1 to depict how movements of the user's hands and fingers (110) over an area of the pad (101) virtually activate the input of a character or otherwise control a computing device to which the pad (101) is communicatively coupled much like activation of keys (111) of a non-virtual keyboard function.

[0013]    The pad (101) may be shaped or sized approximately similar to a non-virtual keyboard. In another example, the pad (101) may be larger or smaller than a non-virtual keyboard. A number of sensing devices (102) are included in the pad (101) to detect the presence of the user's hands and fingers (110) over the pad (101), to track the hand and finger movements of the user's hands and fingers (110), and to detect tissue density of the user's hands and

fingers (110), to detect palm and fingerprints of the user's hands and fingers (110), and to create and store a keyboard profile of a user, among other functions as will be described in more detail below.

[0014]      The sensing devices (102) may be located along the surface of the pad (101) as depicted in Fig. 1 in a pattern to provide homogeneous and uniform coverage along the surface of the pad (101).  The sensing devices (102) are depicted as bumps along the surface of the pad (101).  In one example, the sensing devices (102) may be any type of sensor device that can detect the presence of the user's hands and fingers (110) over the pad (101), track the hand and finger movements of the user's hands and fingers (110), and/or detect a keyboard profile of a user, among other functions.  The sensing devices (102) may be, for example, video-based devices that capture video data for processing in the manner described herein, image-based devices that capture image data for processing in the manner described herein, electromagnetic-based devices that use electromagnetic waves and light detectors such as, for example, photodiodes to detect movement, acoustic-based devices such as an ultrasonic-based device that produce acoustical waves and detect the acoustical frequencies reflected from an object, backscatter x-ray devices to detect radiation reflected from the hands and fingers (110), or other types of motion and tracking devices.

[0015]      As to the ultrasonic-based device, this type of device may detect the position and motion of the user's hands and fingers (110), as well as the tissue density of the user's hands and fingers (110) for authentication and security purposes.  As to the electromagnetic-based devices, this type of device may use light-emitting diodes (LEDs), lasers, infrared light emitters, or other types of electromagnetic wave propagation devices.

[0016]      In one example, the sensing devices (102) may be protected by a layer of flexible material such as, for example, silicone that allows the pad (101) to be rolled up or folded for storage and mobility.  In one example as depicted in the call-out circle (114), the pad (101) may comprise a top layer (115) of silicone, a middle layer (116) in which the sensor devices (102) and associated wiring are disposed, and a bottom layer (117) of silicone.  Although the top layer

(115) and bottom layer (117) are described as being made of silicone, any other insulating, flexible material may be used to house the array of sensor devices (102) and associated wiring.

[0017]      The pad (101) may further include a communication module (120) to provide communication with a computing device with which the pad (101) interacts with to manipulate the operation of the computing device. In one example, the communication module (120) may be a wired or wireless communication device. The types of communication utilized by the communication module (120) may include, for example, any communication type that supports any Open Systems Interconnection (OSI) model standardized communication type, any communication type that supports any Institute of Electrical and Electronics Engineers (IEEE) standardized communication type, BLUETOOTH communication types developed by the Bluetooth Special Interest Group, Ethernet communication types, WI-FI communication types as defined by the Wi-Fi Alliance, near field communication types, infrared communication types, among many other types of communications and their respective types of networks, or combinations thereof. The communication module (120) may be embedded within the pad (101) or communicatively coupled to the pad (101) as depicted in Fig. 1.

[0018]      A power source (121) may also be coupled to the pad (101) to provide electrical power to the pad (101). The power module may provide AC or DC power to the pad. In the example of an AC power source, the power source (121) may be coupled to a wall outlet, the computing device with which the virtual keyboard (100) communicates, or other AC power supply. In the example of a DC power source, the power source may comprise a battery, a rechargeable battery, or other type of DC power supply. The power source (121) may also be a solar panel that directly powers the virtual keyboard (100) or indirectly powers the virtual keyboard (100) through charging a battery, for example.

[0019]      In one example, the pad (101) of the virtual keyboard (100) may be built into or installed in a user's desk, a wall, the dashboard of a car, or other fixture.

5

[0020]       Fig. 2 is a block diagram of a virtual input computing system (200) for processing data obtained from the virtual keyboard (100) of Fig. 1, according to one example of the principles described herein.  The virtual input computing system (200) may be incorporated into the pad (101) of the virtual keyboard (100), may be a coupled to the virtual keyboard (100), may be a standalone computing device, or may be incorporated into a computing device to which the virtual keyboard (100) is communicatively coupled.  In the example where the virtual input computing system (200) is incorporated into a computing device to which the virtual keyboard (100) is communicatively coupled, the various computing elements and resources provided by the virtual input computing system (200) may be part of the computing device, and the modules comprising executable program code used in the implementation of the virtual keyboard (100) and its associated functions may be stored within a data storage device of the computing device.

[0021]       The virtual input computing system (200) may be utilized in any data processing scenario including, stand-alone hardware, mobile applications, through a computing network, or combinations thereof.  Further, the virtual input computing system (200) may be used in a computing network, a public cloud network, a private cloud network, a hybrid cloud network, other forms of networks, or combinations thereof.  In one example, the methods provided by the virtual input computing system (200) are provided as a service over a network by, for example, a third party.  In this example, the service may comprise, for example, the following: a Software as a Service (SaaS) hosting a number of applications; a Platform as a Service (PaaS) hosting a computing platform comprising, for example, operating systems, hardware, and storage, among others; an Infrastructure as a Service (IaaS) hosting equipment such as, for example, servers, storage components, network, and components, among others; application program interface (API) as a service (APIaaS), other forms of network services, or combinations thereof.  The present systems may be implemented on one or multiple hardware platforms, in which the modules in the system can be executed on one or across multiple platforms.  Such modules can run on various forms of cloud technologies and hybrid cloud technologies or

6

offered as a SaaS (Software as a service) that can be implemented on or off the cloud. In another example, the methods provided by the virtual input computing system (200) are executed by a local administrator.

[0022]    To achieve its desired functionality, the virtual input computing system (200) comprises various hardware components. Among these hardware components may be a number of processors (201), a number of data storage devices (202), a number of peripheral device adapters (203), and a number of network adapters (204). These hardware components may be interconnected through the use of a number of busses and/or network connections. In one example, the processor (201), data storage device (202), peripheral device adapters (203), and a network adapter (204) may be communicatively coupled via a bus (205).

[0023]    The processor (201) may include the hardware architecture to retrieve executable code from the data storage device (202) and execute the executable code. The executable code may, when executed by the processor (201), cause the processor (101) to implement at least the functionality of detect the presence of the user's hands and fingers (110) over the pad (101), track the hand and finger movements of the user's hands and fingers (110), detect a keyboard profile of a user, and provide security and access controls to a computing device to which the virtual keyboard (100) is coupled among other functions according to the methods of the present specification described herein. In the course of executing code, the processor (201) may receive input from and provide output to a number of the remaining hardware units.

[0024]    The data storage device (202) may store data such as executable program code that is executed by the processor (201) or other processing device. As will be discussed, the data storage device (202) may specifically store computer code representing a number of applications that the processor (201) executes to implement at least the functionality described herein.

[0025]    The data storage device (202) may include various types of memory modules, including volatile and nonvolatile memory. For example, the data storage device (202) of the present example includes Random Access Memory (RAM) (206), Read Only Memory (ROM) (207), and Hard Disk Drive

(HDD) memory (208). Many other types of memory may also be utilized, and the present specification contemplates the use of many varying type(s) of memory in the data storage device (202) as may suit a particular application of the principles described herein. In certain examples, different types of memory in the data storage device (202) may be used for different data storage needs. For example, in certain examples the processor (201) may boot from Read Only Memory (ROM) (207), maintain nonvolatile storage in the Hard Disk Drive (HDD) memory (208), and execute program code stored in Random Access Memory (RAM) (206).

[0026]      The data storage device (202) may comprise a computer readable medium, a computer readable storage medium, or a non-transitory computer readable medium, among others. For example, the data storage device (202) may be, but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, or device, or any suitable combination of the foregoing. More specific examples of the computer readable storage medium may include, for example, the following: an electrical connection having a number of wires, a portable computer diskette, a hard disk, a random access memory (RAM), a read-only memory (ROM), an erasable programmable read-only memory (EPROM or Flash memory), a portable compact disc read-only memory (CD-ROM), an optical storage device, a magnetic storage device, or any suitable combination of the foregoing. In the context of this document, a computer readable storage medium may be any tangible medium that can contain, or store computer usable program code for use by or in connection with an instruction execution system, apparatus, or device. In another example, a computer readable storage medium may be any non-transitory medium that can contain, or store a program for use by or in connection with an instruction execution system, apparatus, or device.

[0027]      The hardware adapters (203, 204) in the virtual input computing system (200) enable the processor (201) to interface with various other hardware elements, external and internal to the virtual input computing system (200). For example, the peripheral device adapters (203) may provide an interface to input/output devices, such as, for example, display device (209), a

mouse, or a non-virtual keyboard in addition to the virtual keyboard (100). The peripheral device adapters (203) may also provide access to other external devices such as an external storage device, a number of network devices such as, for example, servers, switches, and routers, client devices, other types of computing devices, and combinations thereof.

[0028]    The display device (209) may be provided to allow a user of the virtual input computing system (200) to interact with and implement the functionality of the virtual input computing system (200). In one example, an image of a keyboard (250) may be presented to a user of the virtual keyboard (100) on the display device (209). In this example, the user may input data through the user of the virtual keyboard (100), and the processor (201) may execute code to display to the user keystrokes associated with the hand movements of the user on the keyboard (250) displayed on the display device (209). The peripheral device adapters (203) may also create an interface between the processor (101) and the display device (109), a printer, or other media output devices.

[0029]    In another example, the display device (209) may display the image of the keyboard (250) on the pad (101). In one example, the image of the keyboard (250) may be displayed on the pad (102) using a projection system to project the image of the keyboard (250) on the pad (101). In another example, a keyboard (250) may not be displayed on the pad (101).

[0030]    In another example, the image of the keyboard (250) may be displayed on the pad (102) using a number of LEDs embedded within the pad (101). In this example, the LEDs light up to create a pattern in the pad. In one example, the pattern may be the pattern of a keyboard as arranged within a non-virtual keyboard. In another example, the pattern, although arranged similarly to a non-virtual keyboard, may be sized to fit the user's hand sizes, typing patterns, hand positioning during typing various keystrokes or keystroke combinations, or any hand positioning detected by the virtual keyboard (100) from an initial hand position through any subsequent hand position, keystroke or keystroke combination. Thus, in this example, the image of the keyboard as outlined on the pad (101) through lighting of the LEDs may look significantly

9

different from the tight and inline layout of a non-virtual keyboard and will fit to a user's distinct hand posturing, hand positioning, and keystroke style.

[0031]    In still another example, the image of the keyboard (250) may be displayed on the pad (102) using a number of laser devices embedded within the pad (101) or that project light onto the pad (101). In this example, the laser devices function in a manner similar to the above-described LEDs. In one example, the display of the keyboard (250) on the display device (209) or the pad (101) as described above may be performed only during a keyboard profile calibration and learning phase as will be described in more detail below in order to assist a user in visualizing placement of keystrokes and help with typing while the user's keystrokes are being learned.

[0032]    The network adapter (204) may provide an interface to other computing devices within, for example, a network, thereby enabling the transmission of data between the virtual input computing system (200) and other devices located within the network. In an example where the virtual input computing system (200) is incorporated into a computing device to which the virtual keyboard (100) is communicatively coupled, the network adapter (204) provides network connectivity with the virtual keyboard (100).

[0033]    The virtual input computing system (200) may, when executed by the processor (101), display the number of graphical user interfaces (GUIs) on the display device (109) associated with the executable program code representing the number of applications stored on the data storage device (102). The GUIs may include aspects of the executable code including the displayed keyboard (250) described above. The GUIs may display, for example, a real time indication of which keys are being selected by a user of the virtual keyboard by presenting those keys in an activated state to the user on the GUI displayed on the display device (209). Examples of display devices (209) include a computer screen, a laptop screen, a mobile device screen, a personal digital assistant (PDA) screen, a tablet screen, and a touch screen, among other display devices (106).

[0034]    The virtual input computing system (200) further comprises a number of modules used in the implementation of the virtual keyboard (100).

WO 2016/010524                                                    PCT/US2014/046715

The various modules within the virtual input computing system (200) comprise executable program code that may be executed separately. In this example, the various modules may be stored as separate computer program products. In another example, the various modules within the virtual input computing system (200) may be combined within a number of computer program products; each computer program product comprising a number of the modules.

[0035]    The virtual input computing system (200) may include a gesture calibration and learning module (210) to, when executed by the processor (201), calibrate user interactions with the virtual keyboard (100) and learn gestures used by the user in attempting to input data using the virtual keyboard (100). The a gesture calibration and learning module (210) may prompt a user to perform an initial calibration procedure in which the user is requested to demonstrate a number of keystrokes for detection by the pad (101). For example, the user may be prompted to demonstrate a home row hand gesture where the user places his or her hands above the pad (101) and positions his or her fingers as if the user were placing his or her hands and fingers on a home row of a keyboard. This provides the virtual input computing system (200) with data representing a home row position of the user and orients the home row keys and the remainder of the keys on the virtual keyboard (100) with respect to the home row gesture.

[0036]    The gesture calibration and learning module (210) may also request a user to demonstrate a number of individual keystrokes. For example, the gesture calibration and learning module (210) may request a user to demonstrate keystrokes associated with each of the characters displayed on a keyboard or the keyboard (250) displayed on the display device (209). The gesture calibration and learning module (210) may also request a user to demonstrate a number of combination keystrokes where the user is requested to demonstrate instances where the user would simultaneously press two or more keys on a keyboard. For example, the "shift" key along with the "a" key to produce a capital "A." In this manner, the gesture calibration and learning module (210) may calibrate the virtual keyboard (100) for the user. The calibration is unique to that particular user. The gesture calibration and learning

11

module (210) may also learn a user's distinct hand posturing, hand positioning, and keystroke styles from the outset of that user utilizing the virtual keyboard (100) and throughout the user's use of the virtual keyboard (100). In this manner, the virtual keyboard adapts to the user's potentially changing hand posturing, hand positioning, and keystroke styles.

[0037]    The gesture calibration and learning module (210) may perform calibration and learning techniques for a number of users of a particular virtual keyboard (100). This is advantageous in situations where a number of individuals have access to a particular computing device via the virtual keyboard (100) such as, for example, in a classroom setting where may groups of students utilize a set of computing devices. In one example, the gesture calibration and learning module (210) may begin calibration and learning for a particular user once the user logs onto a computing device coupled to the virtual keyboard (100). Thus, each user that logs into the computing device may be prompted to initiate a calibration and learning sequence to prepare and continue to fine-tune each user's individual and unique keyboard profile. Calibration and learning processes will be described in more detail below.

[0038]    In one example, the gesture calibration and learning module (210) identifies an initial interaction by the user with the virtual keyboard (100) when the user interacts with any number of sensing devices (102) within the pad (101). The sensing devices (102) of the pad (101) may detect the initial interaction by the user and the gesture calibration and learning module (210) may identify that initial interaction as the position from which the user's keyboard profile is mapped. Thus, if a user presents his or her hands and fingers (110) on a left portion of the pad (101), then the virtual keyboard (100) and gesture calibration and learning module (210) maps the virtual keyboard (100) around the user's hands and fingers (110) from the left portion of the pad (101). In one example, the pad (101) may be larger than a non-virtual keyboard to accommodate for the possibility of this type of off-center initiation.

[0039]    The virtual input computing system (200) may include a data input processing module (220) to, when executed by the processor (201), process a number of keystrokes a user performs on the virtual keyboard (100). The data

input processing module (220) receives input data from the virtual keyboard (100), and identifies a number of the inputs or a series of the inputs as being associated with keystrokes based on the calibrated and learned gestures obtained by the calibration and learning module (210). The data input processing module (220) may submit the identified inputs to a computing device to which the virtual keyboard (100) is coupled for controlling the computing device according to the identified inputs and commands.

[0040]    The data input processing module (220) of the virtual input computing system (200) may also provide feedback to the user of the virtual keyboard (100). In one example, feedback may be provided to the user as the user types on the virtual keyboard (100). The feedback may be provided in the form of haptic feedback, audio feedback, visual feedback, or other types of feedback that indicate to the user that keystrokes are being made. In the example of haptic feedback, the pad (101) may include a rumble device to provide a tactile response when the user touches a certain portion of the pad (101) if the user were to touch the pad (101) during typing.

[0041]    In the example of audio feedback, a speaker or other audio device may provide an audible noise when the user makes a keystroke in the space above the pad (101). In this example, the audible noise may mimic the sound of a key on a non-virtual keyboard being pressed, or make any other noise to indicate to the user that their keystrokes are being received by the virtual keyboard (100) and interpreted by the computing device to which the virtual keyboard (100) is coupled.

[0042]    In the example of visual feedback, the computing device to which the virtual keyboard (100) is coupled may display the a keyboard (250) as described above, and provide feedback to the user that the display device (209) may indicate that keystrokes are being received by the virtual keyboard (100) and interpreted by the computing device to which the virtual keyboard (100) is coupled by changing an aspect of the displayed keyboard (250) such as lighting or filling in a key corresponding to the user's keystrokes.

[0043]    A keyboard profile module (230) may also be included within the virtual input computing system (200) to, when executed by the processor (201),

13

identify, refine, amend or build on an individual user's unique keyboard profile. As described above, the user's unique keyboard profile may include information regarding the user's distinct hand posturing, hand positioning, and keystroke style. The keyboard profile module (230) may store each user's keyboard profile in memory such as the data storage device (202) or another data storage associated with the virtual keyboard (100).

[0044]    The virtual input computing system (200) may include a security module (240) to, when executed by the processor (201), provide security to a computing device to which the virtual keyboard (100) is communicatively coupled. The security module (240) may detect an initial presence of a user's hands and fingers (110) over the pad (101) and within the detection range of the sensor devices (102). Once the user's hands and fingers (110) are detected, the security module (240) analyzes the user's hand posturing, hand positioning, keystroke style, the tissue density of the user's hands and fingers, the user's palm and fingerprints, other aspects of the movement and characteristics of the user's hands and fingers (110), and combinations thereof. Based on this analysis, the security module (240) compares these collected aspects of the user's hands and fingers (110) with keyboard profiles stored in memory. If the collected aspects of the user's hands and fingers (110) match a keyboard profile stored in memory, then the user is allowed access to the computing resources of the computing device to which the virtual keyboard (100) is communicatively coupled.

[0045]    The security module (240) may also lock out a subsequent individual who attempts to gain access to the computing device while a first user is utilizing the virtual keyboard (110) and the computing device. For example, if a first user is logged onto the computing device and walks away from the computing device, the subsequent user's hand posturing, hand positioning, keystroke style, the tissue density of the subsequent user's hands and fingers, the subsequent user's palm and fingerprints, other aspects of the movement and characteristics of the subsequent user's hands and fingers (110) will not be recognized as the first user's keyboard profile and/or will not be recognized as a keyboard profile stored in memory. In this scenario, the virtual keyboard (100)

14

and the computing device will lock up or otherwise deny access. Once the first user who is authorized to access the computing device via the virtual keyboard (100) once again place his or her hands and fingers (110) over the pad (101) and within the detection range of the sensor devices (102) to compares the first user's collected aspects of the user's hands and fingers (110) with keyboard profiles stored in memory and provides access to the first user. Thus, the security module (240) detects an unauthorized keyboard profile, locks the computing device, and prompts a user to authenticate his or herself.

[0046]     The modules described above (210, 220, 230, 240) may utilize a number of technologies to detect and track movement of the user's hands and fingers (110) above or within the vicinity of the pad (101). In one example, the modules (210, 220, 230, 240) may use motion tracking hardware and software developed and distributed by Leap Motion, Inc.

[0047]     Software and drivers associated with the modules (210, 220, 230, 240) may be obtained from a network using the network adaptor (204), from a disk, or any other source. More details in connection with the calibration and learning module (210), the data input processing module (220), the keyboard profile module (230), and the a security module (240) will now be described in more detail in connection with Figs. 3 through 5.

[0048]     Fig. 3 is a flowchart showing a method (300) of calibrating the virtual keyboard (100), according to one example of the principles described herein. The method of Fig. 3 may include determining (block 301), with the processor (201) executing the gesture calibration and learning module (210), whether the user's hands are detected. This determination (block 301) may be a condition by which waking the virtual keyboard and/or the computing device is achieved. If the user the user's hands are not detected (block 301, determination NO), then the method (300) loops back to determining (block 301) whether the user's hands are detected. If the user's hands are detected (block 301, determination YES), then the processor (201) executing the gesture calibration and learning module (210), determines (block 302) whether the user is a new user of the virtual keyboard (100). If the user is a new user of the virtual keyboard (100) (block 302, determination YES), then the processor (201)

15

executing the gesture calibration and learning module (210), performs (block 303) an initial calibration of the user's hand posturing, hand positioning, and keystroke style.

[0049]    For example, at block 303, the gesture calibration and learning module (210) may prompt a user to demonstrate a home row hand gesture where the user places his or her hands above the pad (101) and positions his or her fingers as if the user were placing his or her hands and fingers on a home row of a keyboard as described above. This provides the virtual input computing system (200) with data representing a home row position of the user and orients the home row keys and the remainder of the keys on the virtual keyboard (100) with respect to the home row gesture. The gesture calibration and learning module (210) may also prompt a user to demonstrate a number of individual keystrokes and a number of combination keystrokes as described above.

[0050]    The gesture calibration and learning module (210) may also learn a user's distinct hand posturing, hand positioning, and keystroke styles from the outset of that user utilizing the virtual keyboard (100) and throughout the user's use of the virtual keyboard (100). In this manner, the virtual keyboard adapts to the user's potentially changing hand posturing, hand positioning, and keystroke styles.

[0051]    The gesture calibration and learning module (210) may perform calibration and learning techniques for a number of users of a particular virtual keyboard (100). This is advantageous in situations where a number of individuals have access to a particular computing device via the virtual keyboard (100) such as, for example, in a classroom setting where may groups of students utilize a set of computing devices. In one example, the gesture calibration and learning module (210) may begin calibration and learning for a particular user once the user logs onto a computing device coupled to the virtual keyboard (100). Thus, each user that logs into the computing device may be prompted to initiate a calibration and learning sequence to prepare and continue to fine-tune each user's individual and unique keyboard profile. Calibration and learning processes will be described in more detail below.

[0052]      The gesture calibration and learning module (210) and keyboard profile module (230), when executed by the processor, may store (block 304) the calibration from block 303 as the user's keyboard profile.  The user's keyboard profile may be data representing the detected hand posturing, hand positioning, and keystroke styles, among other aspects of the user's hand movements as detected by the sensing devices (102) of the pad (101).  The user's keyboard profile may be stored in the memory located at the virtual keyboard (100), in the data storage device (202) of the virtual input computing system (200), or another storage device accessible by the processor (201), the virtual keyboard (100) or other processing device for use in execution of the various functions of the present systems and methods.

[0053]      If the user is a not new user of the virtual keyboard (100) (block 302, determination NO), or after performing an initial calibration (block 303), then the gesture calibration and learning module (210) may determine (block 305) if the user's keyboard profile should be updated.  A number of aspects of the user's hand posturing, hand positioning, and keystroke style may change through time as the user becomes more comfortable using the virtual keyboard (100).  A number of criteria may indicate that a user's keyboard profile should be updated including, for example, changes in initial home row positioning, changes in keystrokes or keystroke combinations, or other nuanced changes in the user's hand posturing, hand positioning, and keystroke style.  Further, the user's keyboard profile may be updated upon identification by the sensing devices (102) that an injury such as a loss of a portion of the user's hand or the loss of a finger has cause the user accommodate in order to make keystrokes or present a particular hand position.  Thus, the gesture calibration and learning module (210) continues to learn the user's hand posturing, hand positioning, and keystroke style by performing (block 303) subsequent learning of the user's keyboard profile if it is determined that the user's keyboard profile should be updated (block 305, determination YES).

[0054]      The method (300) loops back to blocks 305 and 306 as long as it is determined that the user's keyboard profile should be updated (block 305, determination YES).  The method may terminate if it is determined that the

user's keyboard profile should not be updated (block 305, determination NO). In this manner, the user's keyboard profile may be initially created and continually updated to accommodate the user's changing hand posturing, hand positioning, and keystroke style.

[0055]    Fig. 4 is a flowchart showing a method (400) of processing signals from the virtual keyboard (100), according to one example of the principles described herein. The method of Fig. 4 may include determining (block 401), with the processor (201) executing the data input processing module (220), whether the user's hands are detected. If the user the user's hands are not detected (block 401, determination NO), then the method (400) loops back to determining (block 401) whether the user's hands are detected. Again, this determination (block 401) may be a condition by which waking the virtual keyboard and/or the computing device is achieved. If the user's hands are detected (block 401, determination YES), then the processor (201), executing the data input processing module (220), determines keystroke identity based on the user's keyboard profile identified in Fig. 3. The keystroke identity identifies the how the user's hand posturing, hand positioning, and keystroke style correlate with input to the computing device to which the virtual keyboard is communicatively coupled.

[0056]    Using the keystroke identity, the data input processing module (220), when executed by the processor (201), instructs (block 403) the computing device to process data in accordance with the keystroke identity. In this manner, the user's input at the virtual keyboard (100) is translated into computer readable instructions that are consumed by the computing device in order to perform the tasks the user wishes the computing device to perform such as, for example, typing in a word processing application, or any other application of user input from a keyboard.

[0057]    The method may continue by determining (block 404) whether the user is inputting data though the virtual keyboard (100). If the user is still utilizing the virtual keyboard (100), then those keystrokes should be identified and translated into computer readable instructions for consumption by the computing device in order to perform the tasks the user wishes the computing

device to perform. Thus, if the user is inputting data though the virtual keyboard (100), then the method (400) of Fig. 4 may loop back to block 402 for processing as described above. If the user is not inputting data though the virtual keyboard (100), then the method (400) may terminate.

[0058]     Fig. 5 is a flowchart showing a method (500) of processing authentication signals from the virtual keyboard (100), according to one example of the principles described herein. As described above, the virtual keyboard (100) may be used to permit access to individuals who are permitted to use a computing device to which the virtual keyboard (100) is communicatively coupled, while denying access to others who are not permitted. The method of Fig. 5 may include determining (block 501), with the processor (201) executing the security module (240), whether the user's hands are detected. Again, this determination (block 501) may be a condition by which waking the virtual keyboard and/or the computing device is achieved. If the user the user's hands are not detected (block 501, determination NO), then the method (500) loops back to determining (block 501) whether the user's hands are detected. If the user's hands are detected (block 501, determination YES), then the processor (201) executing the security module (240), identifies (block 402) an initial hand characteristics of the user attempting to access the computing device via the virtual keyboard (100).

[0059]     The method (500) of Fig. 5 may continue by the processor (201) executing the security module (240) to determine (block 503) if the initial hand characteristics match a number of hand characteristics defined by a keystroke identity such as the keystroke identity defined and stored at blocks 303 and 304 of Fig. 3. In one example, the initial hand characteristics may be compared to the keystroke identity of an individual currently logged into the computing device. In this example, a user who is authorized to access the computer, but is not the current user of the computer may still be denied access. In another example, the processor (201) may compare the initial hand characteristics to the keystroke identity of a number of users. If the initial hand characteristics match hand characteristics defined by a keystroke identity (block 503, determination YES), then access to the computing device may be allowed. The method (500)

may loop back to block 501 to ensure that every time a user's hands are detected, that this security measure may be performed. The hand characteristics compared at block 503 may include, hand movements, hand sizes, hand posturing, hand positioning, and keystroke style, tissue density of the user's hands and fingers (110), palm prints, fingerprints, among many other characteristics of the user's hands and fingers as detected by the sensing devices (102), or combinations thereof.

[0060]     If, however, the initial hand posture does not match a hand posture defined by a keystroke identity (block 503, determination NO), then the processor (201), executing the security module (240) may deny access (block 505) to the computing device. Denying access to the computing device may include, for example, not registering input from the virtual keyboard (100), locking the computing device, shutting down the computing device, alerting a valid user or an administrator of an unauthorized access to the computing device, requesting the accessing user for additional credentials such as a password or fingerprint identification, other security measures, or combinations thereof. The method (500) of Fig. 5 may terminate, and may be initiated once again when a user's hands are detected at block 501.

[0061]     In this manner, the virtual keyboard (100) may be used to provide access control and security to any computing device. These computing devices may include, for example, desktop computers, laptop computers, tablet computers, mobile phone devices, as well as objects or devices that user computing devices such as vehicles, automated teller machines (ATMs), buildings, musical instruments such as keyboards, checkout stands at retail stores, among many other devices and objects.

[0062]     Aspects of the present system and method are described herein with reference to flowchart illustrations and/or block diagrams of methods, apparatus (systems) and computer program products according to examples of the principles described herein. Each block of the flowchart illustrations and block diagrams, and combinations of blocks in the flowchart illustrations and block diagrams, may be implemented by computer usable program code. The computer usable program code may be provided to a processor of a general

20

WO 2016/010524                                                    PCT/US2014/046715

purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the computer usable program code, when executed via, for example, the processor (201) of the virtual input computing system (200) or other programmable data processing apparatus, implement the functions or acts specified in the flowchart and/or block diagram block or blocks. In one example, the computer usable program code may be embodied within a computer readable storage medium; the computer readable storage medium being part of the computer program product. In one example, the computer readable storage medium is a non-transitory computer readable medium.

[0063]    The specification and figures describe a virtual keyboard. The virtual keyboard includes a pad, a number of motion sensors coupled to the pad to detect the presence of a user's hands over the pad, and a tracking system to track hand and finger movements of the user's hand. A computing device for processing input from a virtual keyboard is also described. The computing device includes a processor and a memory. The memory includes executable code that, when executed by the processor initiates a tracking system to track hand and finger movements of the user's hand, in response to receiving data from a number of motion sensors coupled to a pad of the virtual keyboard to detect the presence of a user's hands over the pad. The executable code also calibrates the virtual keyboard based on a number of criteria of the user's hand.

[0064]    This virtual keyboard may have a number of advantages, including: (1) the virtual keyboard is easy to store by rolling it up, folding it, or laying it on top of a computing device for storage; (2) due to its virtual aspects, a user need not come in physical contact with his or her fingers or hands to operate the virtual keyboard; (3) the virtual keyboard conforms to a user's hand positions and learns from the user's usage patterns to increase comfort and utility; and (4) the virtual keyboard provides increased security to a computing device to which the virtual keyboard is communicatively coupled, among many other advantages.

[0065]    The preceding description has been presented to illustrate and describe examples of the principles described. This description is not intended

to be exhaustive or to limit these principles to any precise form disclosed. Many modifications and variations are possible in light of the above teaching.

WO 2016/010524                                          PCT/US2014/046715

CLAIMS

WHAT IS CLAIMED IS:

1.      A virtual keyboard comprising:
        a pad;
        a number of motion sensors coupled to the pad to detect the presence of
a user's hands over the pad;
        a processor; and
        a memory, the memory comprising executable code that, when executed
by the processor:
        calibrates the virtual keyboard based on a number of criteria of the user's
hand upon detection of the user's hands by the motion sensors,
        in which the criteria comprises the user's unique keyboard profile.


2.      The virtual keyboard of claim 1, in which detection of the user's hands by
the motion sensors activates the tracking system.


3.      The virtual keyboard of claim 1, in which the tracking system comprises a
number of wave detectors to detect wavelengths reflected off the user's hands.


4.      The virtual keyboard of claim 1, in which the pad is dimensioned to
approximate the size of a keyboard.


5.      The virtual keyboard of claim 1, further comprising a tracking system to
track hand and finger movements of the user's hand.


6.      The virtual keyboard of claim 1, in which the user's unique keyboard
profile comprises hand position, hand size, hand posturing, keystroke style, or
combinations thereof.

WO 2016/010524                                                          PCT/US2014/046715

7.      The virtual keyboard of claim 1, further comprising

        a processor; and

        a memory, the memory comprising executable code that, when executed

by the processor:

                builds a hand position profile; and

                authenticates the user based on the hand position profile.


8.      The virtual keyboard of claim 7, in which access to a computing device to

which the pad is communicatively coupled is denied if the hand position profile

is not recognized.


9.      A computing device for processing input from a virtual keyboard,

comprising:

        a processor; and

        a memory, the memory comprising executable code that, when executed

by the processor:

                initiates a tracking system to track hand and finger movements of

                the user's hand in response to receiving data from a number of motion

                sensors coupled to a pad of the virtual keyboard to detect the presence

                of a user's hands over the pad; and

                calibrates the virtual keyboard based on a number of criteria of the

                user's hand, the criteria comprising the user's unique keyboard profile,

                in which the user's unique keyboard profile comprises hand

                position, hand size, hand posturing, keystroke style, or combinations

                thereof.


10.     The computing device of claim 9, in which the memory further comprises

executable code that, when executed by the processor:

                builds a hand position profile; and

                authenticates the user based on the hand position profile.

WO 2016/010524                                                          PCT/US2014/046715

11.    The computing device of claim 9, in which the virtual keyboard comprises:

a pad;

a number of motion sensors coupled to the pad to detect the presence of a user's hands over the pad; and

a tracking system to track hand and finger movements of the user's hand.

12.    The computing device of claim 9, further comprising:

a display system, in which a number of keys of a keyboard are displayed on the pad using the display system.

13.    A computer program product for dynamically learning a user's unique keyboard profile in association with a virtual keyboard, the computer program product comprising:

a computer readable storage medium comprising computer usable program code embodied therewith, the computer usable program code comprising:

computer usable program code to, when executed by a processor, with a number of motion sensors coupled to a pad, detect a user's hands above the pad;

computer usable program code to, when executed by a processor, with a number of lasers, track movements of the hands; and

computer usable program code to, when executed by a processor, based on information transmitted from the motion sensors and the lasers, build a hand position profile for the user.

14.    The computer program product of claim 13, further comprising computer usable program code to, when executed by a processor, identify the user as a user authorized to access a computing device to which the pad is communicatively coupled using the hand position profile.

WO 2016/010524                                                        PCT/US2014/046715

15.     The computer program product of claim 14, further comprising computer usable program code to, when executed by a processor, restrict access to computing resources of the computing device if the hand position profile of the individual does not match an authorized hand position profile.



*Fig. 1*

WO 2016/010524

PCT/US2014/046715

1/5

**2/5**



*Fig. 2*

3/5



Fig. 3

**4/5**



*Fig. 4*

**5/5**



*Fig. 5*

## INTERNATIONAL SEARCH REPORT

International application No.
**PCT/US2014/046715**

**A.    CLASSIFICATION OF SUBJECT MATTER**

**G06F 3/02(2006.01)i, G06F 3/048(2006.01)i**

According to International Patent Classification (IPC) or to both national classification and IPC

**B.    FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
G06F 3/02; G06F 3/048; H04M 1/24; G06F 3/041; G09G 5/00

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
Korean utility models and applications for utility models
Japanese utility models and applications for utility models

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
eKOMPASS(KIPO internal) & keywords: virtual keyboard, sensor, detect, hand, user, profile, and similar terms.

**C.    DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2012-0260207 A1 (ANTON TRESKUNOV et al.) 11 October 2012 See paragraphs 7, 27-52; claims 4, 16, 29; and figures 1-6B. | 1-6,9-13 |
| Y | | 7-8,14-15 |
| Y | US 2013-0109369 A1 (BABAK FORUTANPOUR et al.) 02 May 2013 See paragraphs 73-74; and figure 7. | 7-8,14-15 |
| A | US 2013-0127729 A1 (TIMOTHY J. MOSBY et al.) 23 May 2013 See paragraphs 27-43; and figures 1-4. | 1-15 |
| A | US 2009-0303200 A1 (JOEL GRAD) 10 December 2009 See paragraphs 47-63; and figures 2-7. | 1-15 |
| A | US 2005-0225538 A1 (WILHELMUS VERHAEGH) 13 October 2005 See paragraphs 18-32; and figures 1-4. | 1-15 |

☐ Further documents are listed in the continuation of Box C.          ☒ See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents,such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 25 February 2015 (25.02.2015) | **25 February 2015 (25.02.2015)** |

| Name and mailing address of the ISA/KR | Authorized officer |
|---|---|
|  International Application Division Korean Intellectual Property Office 189 Cheongsa-ro, Seo-gu, Daejeon Metropolitan City, 302-701, Republic of Korea | BYUN, Sung Cheal  |
| Facsimile No.  ++82 42 472 3473 | Telephone No.  +82-42-481-8262 |

Form PCT/ISA/210 (second sheet) (January 2015)

## INTERNATIONAL SEARCH REPORT
Information on patent family members

| | International application No. |
| --- | --- |
| | **PCT/US2014/046715** |

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
| --- | --- | --- | --- |
| US 2012-0260207 A1 | 11/10/2012 | KR 10-2012-0114139 A | 16/10/2012 |
| US 2013-0109369 A1 | 02/05/2013 | CN 103931163 A | 16/07/2014 |
| | | EP 2772044 A1 | 03/09/2014 |
| | | JP 2014-532915 A | 08/12/2014 |
| | | US 2014-235225 A1 | 21/08/2014 |
| | | US 8750852 B2 | 10/06/2014 |
| | | WO 2013-062771 A1 | 02/05/2013 |
| US 2013-0127729 A1 | 23/05/2013 | US 2009-237361 A1 | 24/09/2009 |
| | | US 8358277 B2 | 22/01/2013 |
| | | US 8619036 B2 | 31/12/2013 |
| US 2009-0303200 A1 | 10/12/2009 | CN 101634932 A | 27/01/2010 |
| | | EP 2133778 A2 | 16/12/2009 |
| | | EP 2133778 A3 | 27/01/2010 |
| | | GB 0810613 D0 | 16/07/2008 |
| | | GB 2462579 A | 17/02/2010 |
| | | US 8619034 B2 | 31/12/2013 |
| US 2005-0225538 A1 | 13/10/2005 | AT 538430 T | 15/01/2012 |
| | | AU 2004-244973 A1 | 23/01/2004 |
| | | AU 2004-244973 A8 | 23/01/2004 |
| | | CN 00280700 C | 18/10/2006 |
| | | CN 100666170 A | 07/09/2005 |
| | | EP 1522007 A2 | 13/04/2005 |
| | | EP 1522007 B1 | 21/12/2011 |
| | | JP 04828826 B2 | 30/11/2011 |
| | | JP 2005-531861 A | 20/10/2005 |
| | | US 8576173 B2 | 05/11/2013 |
| | | WO 2004-006080 A2 | 15/01/2004 |
| | | WO 2004-006080 A3 | 02/09/2004 |

Form PCT/ISA/210 (patent family annex) (January 2015)

**Amendment Under 37 C.F.R. § 1.114**

| | |
|---|---|
| First Named Inventor**:** Jonathan O'TOOLE | Confirmation No.: 8801 |
| Applicant: Chiaro Technology Limited | Art Unit: 3783 |
| Application No.: 17/203,327 | Examiner: FREDRICKSON, Courtney B. |
| Filed: March 16, 2021 | Atty. Docket: 4944.012000G |
| Title: **BREAST PUMP SYSTEM** | |

## Amendment and Reply Under 37 C.F.R. § 1.114

Commissioner for Patents                                                                    *Mail Stop RCE*
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

Filed concurrently herewith in the captioned application is a Request for Continued Examination (RCE). Prior to examination of the RCE on the merits, please amend the application as directed herein. In reply to the Office Action dated November 23, 2021 and the Advisory Action dated March 15, 2022, Applicant submits the following amendment and remarks.

If extensions of time are necessary to prevent abandonment of this application, then they are petitioned for under 37 C.F.R. § 1.136(a). Any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) are hereby authorized to be charged to our Deposit Account No. 19-0036.

Reply to Office Action of November 23, 2021 - 2 -     Chiaro Technology Limited
& Advisory Action of March 15, 2022                   Application No. 17/203,327

### *Amendments to the Claims*

This listing of claims will replace all prior versions, and listings, of claims in the application.

1.     (Currently amended) A breast pump device ~~that is configured as a self-contained, in-bra wearable device, the breast pump device~~ comprising:

a self-contained, in-bra wearable device comprising:

~~(i)~~ a pump housing that includes:

~~(a)~~ a rechargeable battery,[[;]]

~~(b)~~ a power charging circuit for controlling charging of the rechargeable battery,[[;]]

~~(c)~~ control electronics powered by the rechargeable battery,[[;]]

~~(d)~~ a pump powered by the rechargeable battery and configured to generate negative air pressure,[[;]]

~~(e)~~ a Universal Serial Bus (USB) charging socket for transferring power to the power charging circuit and the rechargeable battery,[[;]] and

~~(f)~~ a recess or cavity that defines a ~~an air~~ pumping chamber;

~~(ii)~~ a breast shield made up of a breast flange and a nipple tunnel;

~~(iii)~~ a milk container that is configured to be attached to and removed from the pump housing; and

~~(iv)~~ a diaphragm that is configured to prevent milk from reaching the pump, the diaphragm being seated against a diaphragm housing that is fixed to a surface of the pump housing, the surface being an exterior surface ~~fixably coupled to the pump housing,~~ and the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.


2.     (Canceled)


3.     (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the breast shield is configured to rotate smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of the breast shield onto a breast.


Atty. Dkt. No. 4944.012000G

Reply to Office Action of November 23, 2021 - 3 -                    Chiaro Technology Limited
& Advisory Action of March 15, 2022                                 Application No. 17/203,327

4.        (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the breast

          shield is a one piece item that in use presents a single continuous surface to a nipple and a

          breast.


5.–6.    (Canceled)


7.        (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the breast

          shield has a top and bottom when positioned upright for normal use, and

                    wherein ~~in which~~ the breast shield is generally symmetrical about a center-line

          ~~centre-line~~ running from the top to the bottom of the breast shield when positioned upright

          for normal use.


8.        (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the breast

          shield is configured to slide in and out from the pump housing, together with the diaphragm

          that prevents milk from reaching the pump~~, on guide members in the breast shield~~.


9.        (Canceled)


10.       (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the breast

          pump device includes only the breast shield and the milk container that are directly

          removable from the pump housing in normal use or normal dis-assembly.


11.       (Canceled)


12.       (Currently amended) The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the

          diaphragm is substantially circular and the diaphragm housing is substantially circular~~, and

                    the diaphragm is configured to self-seal under the negative air pressure generated by

          the pump to the diaphragm housing~~.


13.–14. (Canceled)

15.  (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
     container is substantially rigid.

16.  (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
     container is configured to attach to a lower part of the pump housing and to form a flat
     bottomed base for the breast pump device.

17.  (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
     container has a surface shaped to continue a curved shape of the pump housing[[,]] so that
     the breast pump device can be held comfortably inside a bra.

18.  (Canceled)

19.  (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
     container is attachable to the pump housing with a mechanical or magnetic mechanism that
     releasably attaches or latches when the milk container is sufficiently pressed on to the pump
     housing with a single push action.

20.–22. (Canceled)

23.  (Currently amended) The breast pump device of claim Claim 1, wherein in which the nipple
     tunnel includes on a lower surface of the nipple tunnel an opening through which expressed
     milk flows under gravity into the milk container.

24.–30. (Canceled)

31.  (Currently amended)  The breast pump device of claim Claim 1, wherein in which the
     diaphragm defines a milk-flow side chamber on one side of the diaphragm and an air-side
     chamber on the other side of the diaphragm.

Atty. Dkt. No. 4944.012000G

Reply to Office Action of November 23, 2021 - 5 -          Chiaro Technology Limited
& Advisory Action of March 15, 2022                        Application No. 17/203,327

32.     (Currently amended)  The breast pump device of claim ~~Claim~~ 1, wherein ~~in which~~ the
        diaphragm is configured to self-seal under negative pressure around its outer edge, to form a
        watertight and airtight seal around the recess or cavity in the pump housing.

33.     (Currently amended)  The breast pump device of claim ~~Claim~~ 1, wherein the diaphragm
        housing is a first diaphragm housing, and
               wherein the breast pump device further comprises a second diaphragm housing
        attached to the nipple tunnel and configured to define a milk-flow side chamber, the
        diaphragm being configured to be positioned between the first diaphragm housing  and the
        second diaphragm housing.

34.     (Currently amended)  The breast pump device of claim ~~Claim~~ 33, wherein ~~in which~~ the
        diaphragm is configured to be releasably secured around an edge of the second diaphragm
        housing.

35.     (Currently amended)  The breast pump device of claim ~~Claim~~ 33, wherein ~~in which~~ the
        second diaphragm housing is positioned, when the breast pump device is upright, over a top
        surface of the nipple tunnel.

36.     (Currently amended)  The breast pump device of claim ~~Claim~~ 33, wherein ~~in which~~ the
        second diaphragm housing includes an air hole to transfer negative air pressure to the nipple
        tunnel.

37.     (Currently amended) The breast pump device of claim ~~Claim~~ 33, wherein ~~in which~~ the
        diaphragm is a flexible and generally circular diaphragm and the second diaphragm housing
        has a corresponding generally circular shape.

38.     (Currently amended) The breast pump device of claim ~~Claim~~ 33, wherein ~~in which~~ the
        second diaphragm housing is an integral part of the breast shield.

Atty. Dkt. No. 4944.012000G

Reply to Office Action of November 23, 2021 - 6 -          Chiaro Technology Limited
& Advisory Action of March 15, 2022                        Application No. 17/203,327

39.    (Currently amended) The breast pump device of claim Claim 33, wherein in which the
       diaphragm is configured to be attached around an edge of the second diaphragm housing.

40.    (Currently amended) The breast pump device of claim Claim 33, wherein in which the
       diaphragm is configured to seal, self-seal, self-energizing self-energising seal or interference
       fit seal against the first diaphragm housing.

41.    (Currently amended) The breast pump device of claim Claim 1, wherein in which the
       diaphragm is a flexible and generally circular diaphragm.

42.    (Currently amended) The breast pump device of claim Claim 1, wherein in which the
       diaphragm is a flexible and generally circular diaphragm that, in a relaxed state, includes an
       inner raised area and a concentric outer raised area.

43.    (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
       container is configured to be pressed or pushed into engagement with the pump housing.

44.    (Currently amended) The breast pump device of claim Claim 1, wherein the self-contained,
       in-bra wearable device is configured so that expressed milk flows under gravity through an
       opening in the nipple tunnel and into the milk container through a duck-bill valve that stays
       sealed when there is negative air pressure being applied by the pump to ensure that negative
       air pressure is not applied to the milk container.

45.    (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
       container comprises a curved surface that includes a flat area that serves as a base for the
       milk container.

46.    (Currently amended) The breast pump device of claim Claim 1, wherein in which the milk
       container has a curved surface configured to enable the breast pump device to be held
       comfortably in a bra.

Atty. Dkt. No. 4944.012000G

47.     (Currently amended) A breast pump device that is configured as a self-contained, in-bra

wearable device, the breast pump device comprising:

a self-contained, in-bra wearable device comprising:

(i) a housing that includes:

(a) a rechargeable battery,[[;]]

(b) a power charging circuit for controlling charging of the rechargeable

battery,[[;]]

(c) control electronics powered by the rechargeable battery,[[;]]

(d) a pump powered by the rechargeable battery and configured to generate

negative air pressure,[[;]] and

(e) a Universal Serial Bus (USB) charging socket for transferring power to

the power charging circuit and the rechargeable battery;

(ii) a breast shield made up of a breast flange and a nipple tunnel;

(iii) a milk container that is configured to be attached to and removed from the

housing; and

(iv) a membrane that is configured to define a an air pumping chamber at least in

part with an external surface of the housing, the membrane configured to deform in response

to changes in air pressure caused by the pump to create negative air pressure in the nipple

tunnel.

48.     (Canceled)

49.     (New) The breast pump device of claim 47, wherein the breast shield is configured to rotate

smoothly around a nipple inserted into the nipple tunnel to provide a correct positioning of

the breast shield onto a breast.

50.     (New) The breast pump device of claim 47, wherein the breast shield is a one piece item that

in use presents a single continuous surface to a nipple and a breast.

51.     (New) The breast pump device of claim 47, wherein the breast shield has a top and bottom

when positioned upright for normal use, and

wherein the breast shield is generally symmetrical about a center-line running from the top to the bottom of the breast shield when positioned upright for normal use.

52.  (New) The breast pump device of claim 47, wherein the breast pump device includes only the breast shield and the milk container that are directly removable from the housing in normal use or normal dis-assembly.

53.  (New) The breast pump device of claim 47, wherein the membrane is substantially circular.

54.  (New) The breast pump device of claim 47, wherein the milk container is substantially rigid.

55.  (New) The breast pump device of claim 47, wherein the milk container has a surface shaped to continue a curved shape of the housing so that the breast pump device can be held comfortably inside a bra.

56.  (New) The breast pump device of claim 47, wherein the milk container is attachable to the housing with a mechanical or magnetic mechanism that releasably attaches or latches when the milk container is sufficiently pressed on to the housing with a single push action.

57.  (New) The breast pump device of claim 47, wherein the nipple tunnel includes on a lower surface of the nipple tunnel an opening through which expressed milk flows under gravity into the milk container.

58.  (New) The breast pump device of claim 47, wherein the membrane defines a milk-flow side chamber on one side of the membrane and an air-side chamber on the other side of the membrane.

59.  (New) The breast pump device of claim 47, wherein the membrane is configured to self-seal under negative pressure around its outer edge, to form a watertight and airtight seal around the recess or cavity in the housing.

Atty. Dkt. No. 4944.012000G

60.    (New) The breast pump device of claim 47, the membrane is a flexible membrane.

61.    (New) The breast pump device of claim 47, wherein the membrane is a flexible and generally circular membrane that, in a relaxed state, includes an inner raised area and a concentric outer raised area.

62.    (New) The breast pump device of claim 47, wherein the milk container is configured to be pressed or pushed into engagement with the housing.

63.    (New) The breast pump device of claim 47, wherein the self-contained, in-bra wearable device is configured so that expressed milk flows under gravity through an opening in the nipple tunnel and into the milk container through a duck-bill valve that stays sealed when there is negative air pressure being applied by the pump to ensure that negative air pressure is not applied to the milk container.

64.    (New) The breast pump device of claim 47, wherein the milk container comprises a curved surface that includes a flat area that serves as a base for the milk container.

65.    (New) The breast pump device of claim 47, wherein the milk container has a curved surface configured to enable the breast pump device to be held comfortably in a bra.

Reply to Office Action of November 23, 2021- 10 -    Chiaro Technology Limited
& Advisory Action of March 15, 2022    Application No. 17/203,327

## Remarks

Upon entry of the foregoing amendment, claims 1, 3–4, 7–8, 10, 12, 15–17, 19, 23, and 31–47 are pending in the application. Claims 1 and 47 are independent claims. Claims 1, 3–4, 7–8, 10, 12, 15–17, 19, 23, and 31–47 are amended. Claims 2, 5–6, 9, 11, 13–14, 18, 20–22, 24–30, and 48 are canceled. New claims 49–65 are added. These changes do not introduce any new matter, and Applicant respectfully requests their entry.

Based on the above amendment and the following remarks, Applicant respectfully requests that the Office reconsider and withdraw all outstanding rejections.

### Allowable Subject Matter

The Office indicates claim 47 as allowed over the prior art of record. (Office Action dated November 23, 2021, p. 5.) Applicant appreciates the Office's indication that claim 47 is allowed. (*Id.*) Applicant presents amendments to claim 47 that do not remove the features distinguishing claim 47 from the prior art of record. Accordingly, Applicant asks the Office to maintain claim 47 as allowed. Additionally, for at least the reasons discussed below, all pending claims are allowable over the cited art.

### Rejections under 35 U.S.C. § 112

The Office rejects claims 1, 3–4, 7–8, 10, 12, 15–17, 19, 23, and 31–46 under 35 U.S.C. § 112, as allegedly failing to comply with the written description requirement. (*Id.*, 3.) Specifically, the Office alleges that "the diaphragm holder is fixably coupled to the pump housing" is not supported by the originally file disclosure. (*Id.*) The Office also rejects claims 1, 3–4, 7–8, 10, 12, 15–17, 19, 23, and 31–46, stand rejected under 35 U.S.C. § 112 as allegedly being indefinite. (*Id.*, 4.) Specifically, regarding "fixably" recited in claim 1, the Office alleges that "it is unclear if this term intends to mean that the holder is merely capable of being fixed to the pump housing or if the claim intends to mean that the diaphragm holder is fixedly coupled to the pump housing so that it cannot move relative to the housing." (*Id.*)

Without acquiescing to the propriety of the rejections and in an effort to expedite prosecution, claim 1 is amended to recite, in part, "the diaphragm being seated against a diaphragm housing that is fixed to a surface of the pump housing, the surface being an exterior surface." Applicant notes that this amendment is consistent with the recommendations by the Office in the

Atty. Dkt. No. 4944.012000G

Reply to Office Action of November 23, 2021- 11 -                    Chiaro Technology Limited
& Advisory Action of March 15, 2022                                  Application No. 17/203,327

Examiner Interview Summary Record dated September 28, 2021. Accordingly, claim 1 complies
with the written description requirement and is not indefinite. Claims 3–4, 7–8, 10, 12, 15–17, 19,
23, and 31–46 depend from claim 1 and also comply with the written description requirement and
are not indefinite.

Applicant asks the Office to withdraw the rejections under § 112 of claims 1, 3–4, 7–8, 10,
12, 15–17, 19, 23, and 31–46.

### Double Patenting

The Office objects to claim 48 under 37 CFR 1.75 as allegedly being a substantial duplicate
of Claim 47. (*Id.*, 5.) Claim 48 is canceled, rendering the objection moot.

### New Claims

New claims 49–65 are added. Claims 49–65 depend from and add features to independent
claim 47. Accordingly, claims 49–65 are allowable for at least the same reasons as claim 47.
Applicant asks the Office to consider and allow claims 49–65.

Atty. Dkt. No. 4944.012000G

Reply to Office Action of November 23, 2021- 12 -
& Advisory Action of March 15, 2022

Chiaro Technology Limited
Application No. 17/203,327

## *Conclusion*

All grounds of rejection have been properly traversed, accommodated, or rendered moot.
Applicant therefore respectfully requests that the Office reconsider and withdraw them. A complete
reply has been made to the outstanding Office Action. As such, the present application is in
condition for allowance. If the Office believes, for any reason, that personal communication will
expedite prosecution of this application, the Office is asked to telephone the undersigned at the
number provided. Applicant respectfully requests prompt and favorable consideration of this
amendment and reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Anupma Sahay #78,704/

Anupma Sahay
Attorney for Applicant
Registration No. 78,704

Date: ___May 20, 2022_____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

18282932.1

Atty. Dkt. No. 4944.012000G

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17203327 |
| **Filing Date:** | 16-Mar-2021 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Filer:** | Anupma Sahay/Tierra Brown |
| **Attorney Docket Number:** | 4944.012000G |

Filed as Small Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 2253 | 1 | 740 | 740 |
| **Miscellaneous:** | | | | |
| RCE- 1ST REQUEST | 2801 | 1 | 680 | 680 |
| **Total in USD ($)** | | | | **1420** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 45768006 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 26111 |
| **Filer:** | Anupma Sahay/Tierra Brown |
| **Filer Authorized By:** | Anupma Sahay |
| **Attorney Docket Number:** | 4944.012000G |
| **Receipt Date:** | 20-MAY-2022 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 17:08:23 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1420 |
| RAM confirmation Number | E20225JH08512031 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 2022-05-20-Transmittal-Form-4944-012000G.PDF | 187397 <br> 0a617fafafac4d7561ae6617bde53fc5d3db9b1d | no | 1 |

**Warnings:**

**Information:**

| 2 | Extension of Time | 2022-05-20-EOT-4944-012000G.PDF | 173158 <br> f899714867f08447dcd50bb4ab96e25925bbaf6d | no | 1 |

**Warnings:**

**Information:**

| 3 | Request for Continued Examination (RCE) | 2022-05-20-RCE-4944-012000G.PDF | 1350013 <br> d929fef7807b7555beba5fbad80e8a2606ff95b0 | no | 3 |

**Warnings:**

**Information:**

| 4 | Application Data Sheet | 2022-05-20-Marked-Up-ADS-4944-012000G.PDF | 114471 <br> 8d2f79326942da1ad0108e80c06fef0f7132230f | no | 2 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 5 | Information Disclosure Statement (IDS) Form (SB08) | 2022-05-20-IDS-Form-4944-012000G.PDF | 166922 <br> fd65b50efc1a990fb3fd1d86827ed904852f4371 | no | 4 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 6 | Non Patent Literature | NPL1_4MD-Medical-4944-012000G.PDF | 435766 <br> 40a5e5c20aba669620948e4f8130a31cbc0611dd | no | 3 |

**Warnings:**

**Information:**

| 7 | Non Patent Literature | NPL2_Hands-Free Breast-Pumps-4944-012000G.PDF | 858447<br>1f513f3e5a82aeacd71f1eee85427355bb3d864c | no | 11 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Foreign Reference | FP1_WO2005079441A2-4944-012000G.PDF | 3510260<br>1cbab15142798f79b8becb4bc58d11f2ad8587b6 | no | 69 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Foreign Reference | FP2_WO2005114113A2-4944-012000G.PDF | 1128129<br>fc36f8c91e8e19de4c555de16f02f5f256b385b4 | no | 33 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Foreign Reference | FP3_WO2016010524A1-4944-012000G.PDF | 2679431<br>2cc0f68f12b62c66f40c29d3a44a697615b59710 | no | 34 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 11 | | 2022-05-20-Amendment-Reply-114-4944-012000G.PDF | 146314<br>2d8f5affdd85f1de02b66e407e0c77acfaa533d7 | yes | 12 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Request for Rehearing of Patent Board Decision | 1 | 1 |
| Claims | 2 | 9 |
| Applicant Arguments/Remarks Made in an Amendment | 10 | 12 |

**Warnings:**

**Information:**

| 12 | Fee Worksheet (SB06) | fee-info.pdf | 40435<br><br>ec673400580fb47290384f95df23953e60f2611a | no | 2 |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 10790743 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/21 (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03/16/2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | FREDRICKSON, Courtney B. |
| Attorney Docket Number | 4944.012000G |

Total Number of Pages in This Submission

## ENCLOSURES    *(Check all that apply)*

- [ ] Fee Transmittal Form
  - [x] Fee Attached
- [x] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [x] Extension of Time Request
- [ ] Express Abandonment Request
- [x] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):

FP1-FP3; NPL1-NPL2; Request for Continued Examination Transmittal (PTO/SB/30EFS); Marked Up Application Data Sheet

**Remarks**

Online Credit Card Authorization for $1,420.00 to cover:

$680.00 - Request for Continued Examination Fee (1st request);
$740.00 - 3 Month Extension of Time Fee.

The Office may charge any fee deficiency for any submission made with this transmittal to Deposit Account 19-0036.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | Sterne, Kessler, Goldstein & Fox P.L.L.C. |
| Signature | /Anupma Sahay #78,704/ |
| Printed name | Anupma Sahay |
| Date | May 20, 2022 |
| Reg. No. | 78,704 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | |
|---|---|
| Typed or printed name | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/22 (10-20)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional)<br>4944.012000G |
|---|---|

| Application Number 17/203,327 | Filed March 16, 2021 |
|---|---|

For **BREAST PUMP SYSTEM**

| Art Unit 3783 | Examiner FREDRICKSON, Courtney B. |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|  |  | Fee | Small Entity Fee | Micro Entity Fee |  |
|---|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $220 | $110 | $55 | $ _____ |
| ☐ | Two months (37 CFR 1.17(a)(2)) | $640 | $320 | $160 | $ _____ |
| ☑ | Three months (37 CFR 1.17(a)(3)) | $1,480 | $740 | $370 | $ 740.00 |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $2,320 | $1,160 | $580 | $ _____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $3,160 | $1,580 | $790 | $ _____ |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☑ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to
Deposit Account Number 19-0036 _____.

☑ Payment made via EFS-Web.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant.

☑ attorney or agent of record. Registration number 78,704 _____.

☐ attorney or agent acting under 37 CFR 1.34. Registration number _____.

| /Anupma Sahay #78,704/ | May 20, 2022 |
|---|---|
| Signature | Date |
| Anupma Sahay | (202) 371-2600 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☑ * Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.136(a). The information is required to obtain or retain a benefit by the public, which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop PCT, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
## (Submitted Only via EFS-Web)

| Application Number | 17/203,327 | Filing Date | 2021-03-16 | Docket Number (if applicable) | 4944.012000G | Art Unit | 3783 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Jonathan O'TOOLE | | | Examiner Name | FREDRICKSON, Courtney B. | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8 1995, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV

## SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☒ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☐ Other _____

## MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of ___ months (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

☐ Other _____

## FEES

☒ **The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**
The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No. 190036

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature

   Applicant Signature

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (02-18)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | | |
|---|---|---|---|
| Signature | /Anupma Sahay #78,704/ | Date (YYYY-MM-DD) | 2022-05-20 |
| Name | Anupma Sahay | Registration Number | 78704 |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is t
file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection
estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Tim
will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions f
reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce,
P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO AIA/14 Equivalent (01-22)

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4944.012000G |
|---|---|---|
| | Application Number | 17/203,327 |

| Title of Invention | BREAST PUMP SYSTEM |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐  Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1 Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jonathan | | O'TOOLE | |

**Residence Information (Select One):**

☐ US Residency    ☒ Non US Residency    ☐ Active US Military Service

| City | ~~London~~ Bristol | State/Province | | Country of Residence | GB |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited | | |
|---|---|---|---|
| Address 2 | 63-66 Hatton Garden | | |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country | GB |

**Inventor 2 Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Adam | | ROLLO | |

**Residence Information (Select One):**

☐ US Residency    ☒ Non US Residency    ☐ Active US Military Service

| City | London | State/Province | | Country of Residence | GB |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited | | |
|---|---|---|---|
| Address 2 | 63-66 Hatton Garden | | |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country | GB |

- 1 -

PTO AIA/14 Equivalent (01-22)

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 4944.012000G |
| | Application Number | 17/203,327 |

| Title of Invention | BREAST PUMP SYSTEM |

---

**Inventor 3 Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|--------|-----------|-------------|-------------|--------|
| | Andrew | | CARR | |

**Residence Information (Select One):**

☐ US Residency  ☒ Non US Residency  ☐ Active US Military Service

| City | ~~London~~ Edinburgh | State/Province | | Country of Residence | GB |

**Mailing Address of Inventor:**

| Address 1 | c/o Chiaro Technology Limited | | |
| Address 2 | 63-66 Hatton Garden | | |
| City | London | State/Province | |
| Postal Code | EC1N 8LE | Country | GB |

---

*Signature:*

NOTE: This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Anupma Sahay #78,704/ | | | Date (YYYY-MM-DD) | 2022-05-20 |
| First Name | Anupma | Last Name | Sahay | Registration Number | 78,704 |

18467720.1

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>17/203,327 | Filing Date<br>03/16/2021 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE  ☑ SMALL  ☐ MICRO

## APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | | RATE ($) | FEE ($) |
|---|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | | x $50 = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | | x $240 = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | | TOTAL | |

## APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 05/20/2022 | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * 46 | Minus | ** 30 | = 16 | x $50 = | 800 |
| | Independent<br>(37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $240 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | 800 |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x $0 = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x $0 = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

| * If the entry in column 1 is less than the entry in column 2, write "0" in column 3. | LIE |
|---|---|
| ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20". | /DAWN BREWER/ |
| *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3". | |
| The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1. | |

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :69822

Sale Accounting Date:05/23/2022

| Sale Item Reference Number | Effective Date |
|---|---|
| 17203327 | 05/20/2022 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I20225L832090588 | 2202 | CLAIMS IN EXCESS OF 20 | $800.00 | Deposit Account |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

26111     7590     06/24/2022
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| FREDRICKSON, COURTNEY B |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3783 | |

DATE MAILED: 06/24/2022

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 8801 |

TITLE OF INVENTION: BREAST PUMP SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/26/2022 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.** **PROSECUTION ON THE MERITS IS CLOSED.** **THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

---

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

    26111        7590        06/24/2022
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

---

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 8801 |

TITLE OF INVENTION: BREAST PUMP SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/26/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FREDRICKSON, COURTNEY B | 3783 | 604-067000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐ Issue Fee ☐ Publication Fee (if required) ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. Change in Entity Status (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____ Date _____

Typed or printed name _____ Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 8801 |

| | | |
|---|---|---|
| 26111        7590        06/24/2022 | | EXAMINER |
| STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. | | FREDRICKSON, COURTNEY B |
| 1100 NEW YORK AVENUE, N.W. | | |
| WASHINGTON, DC 20005 | ART UNIT | PAPER NUMBER |
| | 3783 | |

DATE MAILED: 06/24/2022

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 17/203,327 | Applicant(s) O'TOOLE et al. | |
|---|---|---|---|
| | Examiner COURTNEY FREDRICKSON | Art Unit 3783 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the amendments filed on 5/20/22.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are See Continuation Sheet. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☑ All    b) ☐ Some*    c) ☐ None of the:
      1. ☑ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 |
|---|---|

Continuation of 3. The allowed claim(s) is/are: 1,3-4,7-8,10,12,15-17,19,23,31-47 and 49-65

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Continued Examination Under 37 CFR 1.114*

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on May 20, 2022 has been entered.

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted is in compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure statement is being considered by the examiner.

### EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in an interview with Anupma Sahay on June 8, 2022.

The application has been amended as follows:

Amend **the last 5 lines of claim 1** as follows:

a diaphragm that is configured to prevent milk from reaching the pump, the diaphragm being seated against a diaphragm housing that is fixed to a <u>recessed</u> surface of the pump housing, ~~the surface being an exterior surface~~, and the diaphragm being a membrane that deforms in response to changes in air pressure caused by the pump to create negative air pressure in the nipple tunnel.

### *Allowable Subject Matter*

**Claims 1, 3-4, 7-8, 10, 12, 15-17, 19, 23, 31-47, and 49-65** are allowed over the prior art of record.

The following is an examiner's statement of reasons for allowance:  The claims in this application are allowed because the prior art of record fails to disclose either singly or in combination the claimed breast pump device.

The closest prior art of record is Khalil (US 20120023821).

**Regarding independent claim 1**, Khalil fails to teach among all the limitations or render obvious a diaphragm housing fixed to a recessed surface of the pump housing, in combination with the total structure and function as claimed.

**Regarding claim 47**, see Reasons for Allowance provided in Final Rejection mailed on 11/23/2021.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to COURTNEY FREDRICKSON whose telephone number

is (571)270-7481. The examiner can normally be reached Monday-Friday (9 AM - 5 PM

EST).

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, NATHAN PRICE can be reached on 571-270-5421. The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be

obtained from Patent Center. Unpublished application information in Patent Center is

available to registered users. To file and manage patent submissions in Patent Center,

visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-

center for more information about Patent Center and

https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number: 17/203,327                                    Page 5
Art Unit: 3783

/COURTNEY B FREDRICKSON/
Examiner, Art Unit 3783

/NATHAN R PRICE/
Supervisory Patent Examiner, Art Unit 3783

| *Applicant-Initiated Interview Summary* | Application No. 17/203,327 | Applicant(s) O'TOOLE et al. | | |
|---|---|---|---|---|
| | Examiner COURTNEY FREDRICKSON | Art Unit 3783 | AIA (First Inventor to File) Status Yes | Page 1 of 1 |

| All Participants (applicant, applicants representative, PTO personnel) | Title | Type |
|---|---|---|
| COURTNEY FREDRICKSON | Examiner | Telephonic |
| Anupma Sahay | Attorney | |

**Date of Interview:** 03 June 2022

**Issues Discussed:**

**Proposed Amendment(s)**

Applicant's representative initiated an interview to discuss the amendment filed in the RCE. The examiner indicated that an alternative amendment which recites that the diaphragm housing is fixed to a recessed surface of the housing would be sufficient to overcome the 112a rejection as such amendment appears more aligned with the figures (fig. 4) and the specification on pg. 19. Applicant's representative obtained authorization from the applicant to enter the amendment via examiner's amendment.

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 |
|---|---|

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | Examiner | Art Unit |
| | COURTNEY FREDRICKSON | 3783 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| A61M | / | 1 | / | 062 | F | 2014-02-04 |
| A61M | / | 1 | / | 066 | I | 2013-01-01 |
| G16H | / | 40 | / | 63 | I | 2018-01-01 |
| A61M | / | 1 | / | 06 | I | 2013-01-01 |
| A41C | / | 3 | / | 04 | A | 2013-01-01 |
| A61J | / | 9 | / | 00 | A | 2013-01-01 |
| A61M | / | 39 | / | 223 | A | 2013-01-01 |
| A61M | / | 39 | / | 24 | A | 2013-01-01 |
| A61M | / | 2205 | / | 07 | A | 2013-01-01 |
| A61M | / | 2205 | / | 10 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3313 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3327 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3334 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3344 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3389 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3553 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3584 | A | 2013-01-01 |
| A61M | / | 2205 | / | 3606 | A | 2013-01-01 |
| A61M | / | 2205 | / | 502 | A | 2013-01-01 |
| A61M | / | 2205 | / | 505 | A | 2013-01-01 |
| A61M | / | 2205 | / | 52 | A | 2013-01-01 |
| A61M | / | 2205 | / | 581 | A | 2013-01-01 |
| A61M | / | 2205 | / | 582 | A | 2013-01-01 |
| A61M | / | 2205 | / | 583 | A | 2013-01-01 |
| A61M | / | 2205 | / | 584 | A | 2013-01-01 |
| A61M | / | 2205 | / | 587 | A | 2013-01-01 |
| A61M | / | 2205 | / | 6054 | A | 2013-01-01 |
| A61M | / | 2205 | / | 702 | A | 2013-01-01 |
| A61M | / | 2205 | / | 7536 | A | 2013-01-01 |
| A61M | / | 2205 | / | 80 | A | 2013-01-01 |
| A61M | / | 2205 | / | 8206 | A | 2013-01-01 |

| /COURTNEY B FREDRICKSON/ | 08 June 2022 | **Total Claims Allowed:** | |
|---|---|---|---|
| Examiner, Art Unit 3783 | | | |
| (Assistant Examiner) | (Date) | 46 | |
| /NATHAN R PRICE/ | 16 June 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| Supervisory Patent Examiner, Art Unit 3783 | | | |
| (Primary Examiner) | (Date) | 1 | 1 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | **Examiner** | **Art Unit** |
| | COURTNEY FREDRICKSON | 3783 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| A61M | | 2209 | | 082 | A | 2013-01-01 |
| A61M | | 2209 | | 088 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | 08 June 2022 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 46 | |
| /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 | 16 June 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office
Part of Paper No.: 20220608

Page 2 of 4

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | **Examiner** | **Art Unit** |
| | COURTNEY FREDRICKSON | 3783 |

**INTERNATIONAL CLASSIFICATION**

| CLAIMED | | | | | |
|---|---|---|---|---|---|
| A61M | | 1 | | | 06 |

| NON-CLAIMED | | | | |
|---|---|---|---|---|
| | | | | |

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| | |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | 08 June 2022 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 46 | |
| /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 | 16 June 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office        Part of Paper No.: 20220608

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | Examiner | Art Unit |
| | COURTNEY FREDRICKSON | 3783 |

☑ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 10 | | 19 | | 28 | | 37 | | 46 | | 55 | | 64 |
| | 2 | | 11 | | 20 | | 29 | | 38 | | 47 | | 56 | | 65 |
| | 3 | | 12 | | 21 | | 30 | | 39 | | 48 | | 57 | | |
| | 4 | | 13 | | 22 | | 31 | | 40 | | 49 | | 58 | | |
| | 5 | | 14 | | 23 | | 32 | | 41 | | 50 | | 59 | | |
| | 6 | | 15 | | 24 | | 33 | | 42 | | 51 | | 60 | | |
| | 7 | | 16 | | 25 | | 34 | | 43 | | 52 | | 61 | | |
| | 8 | | 17 | | 26 | | 35 | | 44 | | 53 | | 62 | | |
| | 9 | | 18 | | 27 | | 36 | | 45 | | 54 | | 63 | | |

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | 08 June 2022 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 46 | |
| /NATHAN R PRICE/ Supervisory Patent Examiner, Art Unit 3783 | 16 June 2022 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20220608

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 17/203,327 | O'TOOLE et al. |
| | **Examiner** | **Art Unit** |
| | COURTNEY FREDRICKSON | 3783 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| a61m1/062, 1/066, 1/06; a61j13/00; a41c4/04 | 05/20/2021 | cbf |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| see SEARCH history | 05/20/2021 | cbf |
| Consulted parent history | 05/20/2021 | cbf |
| searched Inventors in PALM and SEARCH | 05/20/2021 | cbf |
| Updated search | 11/09/2021 | cbf |
| Updated search | 06/08/2022 | cbf |
| Consulted with SPE Nathan Price of "fixed" interpretation | 06/08/2022 | cbf |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | see SEARCH history | 06/08/2022 | cbf |

| /COURTNEY B FREDRICKSON/ Examiner, Art Unit 3783 | |
|---|---|
| | |

# Bibliographic Data

Application No:    17/203,327

Foreign Priority claimed:    ◉ Yes    ○ No

35 USC 119 (a-d) conditions met:    ☑ Yes    ☐ No    ☐ Met After Allowance

Verified and Acknowledged:

| /COURTNEY B FREDRICKSON/ | |
|---|---|
| Examiner's Signature | Initials |

Title:    BREAST PUMP SYSTEM

| FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 03/16/2021 **RULE** | 604 | 3783 | 4944.012000G |

**APPLICANTS**

CHIARO TECHNOLOGY LIMITED, London, UNITED KINGDOM

**INVENTORS**

Jonathan O'TOOLE, London, UNITED KINGDOM

Adam ROLLO, London, UNITED KINGDOM

Andrew CARR, London, UNITED KINGDOM

**CONTINUING DATA**

This application is a CON of 17181057 02/22/2021

17181057 is a CON of 16009547 06/15/2018 PAT 10926011

**FOREIGN APPLICATIONS**

UNITED KINGDOM GB1709564.7 06/15/2017

UNITED KINGDOM GB1709561.3 06/15/2017

UNITED KINGDOM GB1709566.2 06/15/2017

UNITED KINGDOM GB1809036.5 06/01/2018

**IF REQUIRED, FOREIGN LICENSE GRANTED****

03/25/2021

**\*\* SMALL ENTITY \*\***

**STATE OR COUNTRY**

UNITED KINGDOM

**ADDRESS**

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

1100 NEW YORK AVENUE, N.W.

WASHINGTON, DC 20005

UNITED STATES

**FILING FEE RECEIVED**

$3,710

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

(Use as many sheets as necessary)

| | Complete if Known |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03-16-2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | Courtney B. FREDRICKSON |
| Attorney Docket Number | 4944.012000G |

| Sheet | 1 | of | 4 |
|---|---|---|---|

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 001 | US-D788293-S | 05-30-2017 | Eckstein *et al.* | |
| | 002 | US-D809646-S | 02-06-2018 | Mason *et al.* | |
| | 003 | US-D832995-S | 11-06-2018 | Mason *et al.* | |
| | 004 | US-D888225-S | 06-23-2020 | Askem *et al.* | |
| | 005 | US-7,641,629-B2 | 01-05-2010 | Yuen | |
| | 006 | US-10,398,816-B2 | 09-03-2019 | Chang *et al.* | |
| | 007 | US-10,625,005-B2 | 04-21-2020 | Chang *et al.* | |
| | 008 | US-2004/0127845-A1 | 07-01-2004 | Renz *et al.* | |
| | 009 | US-2007/0219486-A1 | 09-20-2007 | Myers *et al.* | |
| | 010 | US-2007/0228059-A1 | 10-04-2007 | Karsan | |
| | 011 | US-2012/0021068-A1 | 01-26-2012 | Barness *et al.* | |
| | 012 | US-2012/0035951-A1 | 02-09-2012 | Goetz *et al.* | |
| | 013 | US-2012/0043065-A1 | 02-23-2012 | Ranne *et al.* | |
| | 014 | US-2012/0072117-A1 | 03-22-2012 | Loddoch *et al.* | |
| | 015 | US-2012/0072118-A1 | 03-22-2012 | Mann | |
| | 016 | US-2012/0095599-A1 | 04-19-2012 | Pak *et al.* | |
| | 017 | US-2012/0143879-A1 | 06-07-2012 | Stoitsev | |
| | 018 | US-2012/0220753-A1 | 08-30-2012 | Gera *et al.* | |
| | 019 | US-2015/0212036-A1 | 07-30-2015 | Jin *et al.* | |
| | 020 | US-2015/0212037-A1 | 07-30-2015 | Okazaki *et al.* | |
| | 021 | US-2017/0216505-A1 | 08-03-2017 | Kim | |
| | 022 | US-2018/0361040-A1 | 12-20-2018 | O'Toole *et al.* | |
| | 023 | US-2021/0030934-A1 | 02-04-2021 | Zhang | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |

| Sheet | | 2 | of | | 4 | Attorney Docket Number | 4944.012000G |
|---|---|---|---|---|---|---|---|

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | Country Code[3] Number[4] Kind Code[5] (if known) | | | | |
| | 001 | WO-2005079441-A2 | 09-01-2005 | CHILDRENS HOSP MEDICAL CENTER [US], et al. | | ☐ |
| | 002 | WO-2005114113-A2 | 12-01-2005 | ACCU GAUGE LTD [GB], et al. | | ☐ |
| | 003 | WO-2016010524-A1 | 01-21-2016 | HEWLETT PACKARD DEVELOPMENT CO [US] | | ☐ |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| | Attorney Docket Number | 4944.012000G |

| Sheet | 3 | of | 4 |
|---|---|---|---|

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author(in CAPITAL LETTERS),title of the article(when appropriate), title of the item (book,magazine,journal,serial,symposium,catalog,etc.),date,page(s),volume-issue number(s),publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | 001 | 4MD Medical, "Assembling Spctra Breast Pump Parts," YouTube [online], dated November 13, 2016, URL: http://www.youtube.com/watch?v=ChV8xQfcBxU. | ☐ |
| | 002 | The Best Hands-Free Breast Pumps, posted at healthline.com, earliest date posted on 08/24/2020, [online], acquired on 10/30/2021, Available on internet. url:https://www.healthline.com/health/parenting/breast-feeding/best-hands-free-breast-pumps#Best-hands-free-breast-pumps (Year: 2020). | ☐ |

| Examiner Signature | /COURTNEY B FREDRICKSON/ | Date Considered | 06/08/2022 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | Application Number | 17/203,327 |
| | Filing Date | 03-16-2021 |
| | First Named Inventor | Jonathan O'TOOLE |
| | Art Unit | 3783 |
| | Examiner Name | Courtney B. FREDRICKSON |
| Sheet | 4 | of | 4 | Attorney Docket Number | 4944.012000G |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐  See attached certification statement.

☐  Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒  A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Anupma Sahay #78,704/ | Date (YYYY-MM-DD) | 2022-05-20 |
|---|---|---|---|
| Name/Print | Anupma Sahay | Registration Number | 78,704 |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.B.F./

## PE2E SEARCH – Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| L1 | 268 | a61m1/$.cpc. AND ((breast milk) WITH pump$4) AND ((power$4 battery) WITH (charg$4 recharg$4)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/12 04:05 PM |
| L2 | 65 | ("20020193731"|"20040 056641"|"20040074281"|"20040267215"|"2005 0219302"|"2006012257 5"|"20070051172"|"200 70051727"|"200802624 20"|"20120277636"|"20 140052056"|"20150217 036"|"20150217037"|"2 0150283311"|"2016000 0980"|"20160058929"|" 20160082165"|"201600 82166"|"20160151551"| "20160158424"|"20160 206794"|"20160220743 "|"20160220745"|"2016 0287767"|"2016029668 1"|"20160310650"|"201 70021068"|"201700359 51"|"20170143879"|"20 170220753"|"20180021 490"|"2849881"|"43900 24"|"5474683"|"594184 7"|"5973770"|"6045529" |"6090065"|"6383163"|" 6440100"|"6461324"|"6 547756"|"6579258"|"66 63587"|"6749582"|"704 8519"|"7201735"|"7312 554"|"7314400"|"77760 08"|"8057425"|"811877 2"|"8187227"|"8262606" |"8282596"|"8376986"|" 8702646"|"8801495"|"8 876760"|"8926556"|"90 33913"|"9173587"|"934 5274"|"9539377"|"D548 831").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/07 01:17 PM |
| L3 | 214 | (jonathan near3 o'toole).inv. (adam near3 rollo).inv. (andrew near3 carr).inv. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 01:42 PM |
| L4 | 63 | (a61m1/062 a61m1/066 a61m1/06).cpc. and | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2018/08/07 01:45 PM |

|  |  | piezo$9 | JPO) |  |  |  |  |
|---|---|---|---|---|---|---|---|
| L5 | 19 | ("20040122358" \| "20060226108" \| "20080077042" \| "20080167579" \| "20120004603" \| "3895533" \| "4024856" \| "4338953" \| "5347656" \| "5666104" \| "5827191" \| "7316653" \| "7621797" \| "7794425" \| "8308648" \| "8777864" \| "8801658" \| "8827911").PN. OR ("8992445").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:50 PM |
| L6 | 7 | ("5730139" \| "6423010" \| "6602199" \| "7479154" \| "8206414" \| "8425426" \| "8992445").PN. OR ("9192325").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/07 01:59 PM |
| L7 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:16 PM |
| L8 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L9 | 2787 | (a61m1/062 a61m1/066 a61m1/06).cpc. not L7 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:58 PM |
| L10 | 45 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 02:59 PM |

| | | 20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$).did. or (WO-2015174330-$ or WO-2016024558-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L11 | 14 | L10 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/07 02:59 PM |
| L12 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/07 03:04 PM |
| L13 | 143 | a61j13/00.cpc. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L14 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:30 AM |
| L15 | 3369 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:43 AM |
| L16 | 582 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L17 | 0 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L15) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L18 | 2665 | (a61m1/062 a61m1/066 a61m1/06).cpc. not (L16 L14) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 10:44 AM |
| L19 | 71 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 11:47 AM |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$).did. | | | | |

| L20 | 37 | L19 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:48 AM |
|---|---|---|---|---|---|---|---|
| L21 | 4 | L19 and ((air with pump$4) same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 11:50 AM |
| L22 | 16 | L19 and (pump$4 same diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:15 PM |
| L23 | 1 | L19 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/10 12:40 PM |
| L24 | 0 | a61m1/1058.cpc. and breast and diaphragm | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:42 PM |
| L25 | 5 | breast same pump$4 same piezo$8 same air | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/10 12:43 PM |
| L26 | 1 | ("9884172").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/10 01:58 PM |
| L27 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:40 AM |
| L28 | 2 | "59563385".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L29 | 1 | "59563425".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:20 AM |
| L30 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 10:26 AM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | | |
| L31 | 44 | L30 and (air with | (US-PGPUB;  USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | | USOCR; FPRS; EPO; JPO) | | | | 10:26 AM |
|---|---|---|---|---|---|---|---|
| L32 | 17 | L30 and (pump$4 with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 10:27 AM |
| L33 | 51 | L27 and "air pump" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 11:07 AM |
| L34 | 4 | "47900902".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:13 AM |
| L35 | 10 | ("20030212374" \| "20050251089" \| "20050283900" \| "20070135778" \| "20110054389" \| "3084691" \| "4229029" \| "5295957" \| "6070659").PN. OR ("9511176").URPN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/24 11:16 AM |
| L36 | 2 | "51149640".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 11:17 AM |
| L37 | 271 | L27 and (control$4 same select$4 left same right same breast) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 12:50 PM |
| L38 | 3 | L30 and (recharg$4 with battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 01:04 PM |
| L39 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L40 | 9 | L39 and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:41 PM |
| L41 | 11 | L39 and (light with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:48 PM |
| L42 | 0 | L39 and (radiation with milk with (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L43 | 2 | L39 and (radiation same milk same (volume quantity amount height)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 02:51 PM |
| L44 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L45 | 10 | L44 and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:13 PM |
| L46 | 1 | a61m1/1058 and | (US-PGPUB; USPAT; | OR | OFF | OFF | 2018/08/24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (suction$4 vacuum$4 aspirat$4) | USOCR; FPRS; EPO; JPO) | | | | 07:23 PM |
| L47 | 27 | a61m1/1058.cpc. and (suction$4 vacuum$4 aspirat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:23 PM |
| L48 | 23 | L44 and (indicator same milk same (express$4 flow$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:26 PM |
| L49 | 51 | L44 and (air same pressure same sens$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:30 PM |
| L50 | 19 | L44 and ((indicat$4 record$4) same (right and left)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:38 PM |
| L51 | 56 | L44 and (pump$4 with series) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:42 PM |
| L52 | 77 | L44 and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:47 PM |
| L53 | 87 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$).did. | | | | | |
| L54 | 44 | L53 and (air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |
| L55 | 5 | L54 and (air with filter$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 07:59 PM |

| L56 | 3 | L44 and (pump$4 with (db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L57 | 6 | L44 and ((db decibal?)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:07 PM |
| L58 | 26 | L44 and (sens$4 with (orientation angle tilt placement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:16 PM |
| L59 | 9 | L44 and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:31 PM |
| L60 | 484 | a61m$/$.cpc. and ((indicat$4 input$4 document$4 record$4) with comfort) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:32 PM |
| L61 | 1 | L44 and "social media" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/24 08:52 PM |
| L62 | 408 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) same air same pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:13 PM |
| L63 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:18 PM |
| L64 | 359 | a61m$/$.cpc. and ((pump$4 with weigh$4) same (portable lightweight carry$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/25 06:30 PM |
| L65 | 1 | ("20160166745").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:16 PM |
| L66 | 1 | ("20160058928").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/25 07:23 PM |
| L67 | 1 | ("20110004154").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/26 10:55 AM |
| L68 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 11:09 AM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US- | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | | |
| L69 | 2 | L69 and (radiation same (height quantity amount volume)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 11:09 AM |
| L70 | 96 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/26 12:24 PM |

| | | 20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP- | | | | | |

| | | 2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L71 | 3 | L71 and ((diaphragm membrane) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/26 12:24 PM |
| L72 | 3606 | a61m$/$.cpc. and (pump$4 with weigh$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L73 | 137 | L73 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:09 PM |
| L74 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L75 | 9 | L75 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:10 PM |
| L76 | 19 | L75 and (shield with snap$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:16 PM |
| L77 | 1 | ("20110152855").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 01:20 PM |
| L78 | 32 | L75 and (flow with rate with air) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:33 PM |
| L79 | 3 | L75 and (stall with pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:56 PM |
| L80 | 98 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 01:56 PM |

| | | US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$).did. | | | | | |
| L81 | 17 | L81 and (pressure same (mmhg kpa mbar pa bar)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 01:57 PM |
| L82 | 18 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or ("8821134") or ("9051931") or ("9127665") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L83 | 0 | L83 and breast | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L84 | 10 | L83 and (lactat$3 milk) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:08 PM |
| L85 | 14 | L81 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:10 PM |
| L86 | 5 | L75 and ((piezo piezoelectric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:47 PM |
| L87 | 230 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:48 PM |
| L88 | 6 | L88 and (breast milk lactat$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 02:53 PM |

| L89 | 161 | a61m$/$.cpc. and ((piezo piezoelectric piezo-electric) with air with pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:11 PM |
|-----|-----|-----|-----|-----|-----|-----|-----|
| L90 | 0 | (2017/0072118).CCLS. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L91 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:19 PM |
| L92 | 40 | (((piezo piezoelectric) with air with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:22 PM |
| L93 | 3 | "45513973".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/27 03:23 PM |
| L94 | 364 | (((piezo piezoelectric) with pump$4) same (miniature small compact lightweight)) same (vacuum$4 suction$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:32 PM |
| L95 | 3 | "20170035951" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:33 PM |
| L96 | 1 | L96 and (suction$4 with piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/27 03:34 PM |
| L97 | 1 | ("20130064683").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:38 PM |
| L98 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/27 03:39 PM |
| L99 | 1 | (US-20170172485-$).did. | (US-PGPUB) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L100 | 0 | L100 and "function of" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 04:48 PM |
| L101 | 100 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/28 05:19 PM |

| | | US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US- | | | | |

| | | 7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|------|-----|------------------------------------------------------------|-------------------------------------------|-----|-----|-----|----------------------|
| L102 | 0   | L102 and ((meaur$4 with milk) same rate)                   | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 05:20 PM |
| L103 | 0   | L102 and ((meaur$4 with milk) same (frequency speed))      | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 05:20 PM |
| L104 | 16  | L102 and ((measur$4 with milk) same (frequency speed rate))| (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 05:21 PM |
| L105 | 0   | L102 and ((measur$4 with milk) with "function of")         | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 05:23 PM |
| L106 | 6   | L102 and (decrease with (rate speed frequency strong))     | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 06:10 PM |
| L107 | 2   | L102 and (latch$4 with adjust$4)                           | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 06:22 PM |
| L108 | 50  | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:24 PM |
| L109 | 0   | (a61m$/$).cpc. and (wear$4 with pump$4) and (((center centre) with gravity) same comfort$5) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/28 06:25 PM |
| L110 | 83  | (a61m$/$).cpc. and (((center centre) with gravity) same   | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO)  | OR  | OFF | OFF | 2018/08/28 06:26 PM |

| L111 | 101 | comfort$5)<br><br>(US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 09:43 AM |
|------|-----|---|---|---|---|---|---|

| | | US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L112 | 3 | L112 and (shield with (diapragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:43 AM |
| L113 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:47 AM |
| L114 | 86 | L114 and ((diapragm housing) with (housing case mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:53 AM |
| L115 | 9 | L114 and ((diapragm membrane) with (housing case mount$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 09:54 AM |

| | | with shield) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| L116 | 34 | L112 and (diaphragm membrane) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 10:07 AM |
| L117 | 28 | L114 and (diaphragm membrane) and (shield with dispos$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 10:10 AM |
| L118 | 28 | L114 and ((diaphragm membrane) with (coupl$4 attach$4 mount$4) with shield) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 10:23 AM |
| L119 | 0 | a61j16/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 10:41 AM |
| L120 | 409 | a61j13/00.cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 10:42 AM |
| L121 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 01:23 PM |
| L122 | 23 | L122 and (sens$4 same (orient$4 plac$4 situat$4) same (nipple shield)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 01:23 PM |
| L123 | 11 | L122 and ((sens$4 accelerometer) with breast with (move moved moving movement)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 01:32 PM |
| L124 | 10 | L122 and accelerometer | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 01:33 PM |
| L125 | 1 | ("20170072118").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | | 2018/08/29 02:27 PM |
| L126 | 259 | L122 and ((lower$4 decrea$4) with (suction$4 intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 02:51 PM |
| L127 | 45 | L122 and ((lower$4 decrea$4) with (intens$4 pain comfort discomfort)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 02:59 PM |
| L128 | 11 | (a61m$/$.cpc.) and ((miniature compact small) same (piezoelectric piezo-electric piezo) same pump$4 same (suction$4 vacuum$4) same (diaphragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | | 2018/08/29 03:40 PM |
| L129 | 127 | L122 and ((pressure | (US-PGPUB; USPAT; | OR | OFF | OFF | | 2018/08/29 |

| | | suction$4) with (mmhg kpa mbar pa bar)) | USOCR; FPRS; EPO; JPO) | | | | 05:16 PM |
|---|---|---|---|---|---|---|---|
| L130 | 2 | "60479361".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:29 PM |
| L131 | 106 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 05:31 PM |

| | | 20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L132 | 104 | L132 and @ad<="20170615" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 05:32 PM |
| L133 | 14 | (US-20160166745-$ or | (US-PGPUB; USPAT) | OR | OFF | OFF | 2018/08/29 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20150283311-$ or US-20180110906-$ or US-20140378895-$ or US-20140031744-$ or US-20160220743-$ or US-20160256617-$ or US-20080177224-$ or US-20130023821-$ or US-20160058928-$ or US-20170043065-$ or US-20110004154-$).did. or (US-10039871-$ or US-6358226-$).did. | | | | | 06:08 PM |
| L134 | 1 | "52574056".FMID. | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2018/08/29 06:46 PM |
| L135 | 0 | ("2009024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L136 | 1 | ("20090024080").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2018/08/29 06:53 PM |
| L137 | 3390 | (a61m1/062 a61m1/066 a61m1/06 a61m1/068 a61j/00).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L138 | 203 | L138 and ((shield nipple) with (remov$4 replac$4 clean$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2018/08/29 07:30 PM |
| L139 | 1 | ("4535627").PN. | (US-PGPUB; USPAT) | OR | OFF | OFF | 2019/01/08 12:52 PM |
| L140 | 74 | (("20180361040") or ("20180236147") or ("20120277728") or ("7785305") or ("20080208116") or ("7223255") or ("7789865") or ("8118772") or ("20080275385") or ("9956331") or ("8057425") or ("20070219486") or ("20020193731") or ("10046097") or ("20140378946") or ("20180326130") or ("20120316493") or ("8568350") or ("20030191427") or ("8070716") or ("9539377") or ("20160303298") or ("20160206794") or ("9539376") or ("20160310649") or ("20160287769") or ("20160310650") or ("20180001002") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/01/08 12:54 PM |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | ("20090099511") or ("7776008") or ("20090062731") or ("20160296682") or ("20050154349") or ("20030191433") or ("5749850") or ("20100292636") or ("7559915") or ("20080262420") or ("20160325031") or ("20170173232") or ("7749188") or ("6887217") or ("6139521") or ("20180021490") or ("20150065994") or ("20180028732") or ("20150196460") or ("9636282") or ("7758540") or ("8945046") or ("20080243059") or ("20110251552") or ("20170119942") or ("20130023821") or ("6997897") or ("9033913") or ("20150157776") or ("20090254028") or ("5514166") or ("20010038799") or ("20070161947") or ("20130046234") or ("8926556") or ("7255681") or ("7008400") or ("6257847") or ("20100145264") or ("20170151380") or ("20070078383") or ("5542921") or ("20180333523") or ("8075516") or ("20180369464") or ("20110071466")).PN. | | | | | |
| L141 | 111 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/01/08 01:02 PM |

| | | US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or | | | | |

| | | US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L142 | 35 | L142 and (heavy weight "center of gravity" "centre of gravity" mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:03 PM |
| L143 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L144 | 284 | L144 and (heavy weight "center of gravity" "centre of gravity") | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 01:22 PM |
| L145 | 3497 | (a61m1/062 a61m1/066 a61m1/06).cpc. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/01/08 04:06 PM |
| L146 | 18 | L146 and (weight with distribut$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2019/01/08 04:06 PM |

| | | | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L147 | 1 | ("4535627").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/03/14 02:19 PM |
| L148 | 112 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2019/04/16 03:00 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |

| L149 | 21 | L149 and (pump$4 with (lightweight mass weight heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:00 PM |
| L150 | 94 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (weight lightweight)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 03:14 PM |
| L151 | 47 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L152 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and (pump$4 with (mass heavy)) not L151 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/04/16 05:04 PM |
| L153 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/04/19 01:51 PM |
| L154 | 1 | ("20110274566").PN. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/09 12:52 PM |
| L155 | 57 | (breast with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:04 AM |
| L156 | 1 | (16/009547).APP. | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L157 | 1 | L157 and (pressure same noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:08 AM |
| L158 | 635 | ((piezo piezoelectric) with pump) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:10 AM |
| L159 | 1 | L157 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:16 AM |
| L160 | 26 | (breast with pump) and (mmhg and noise) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:24 AM |
| L161 | 1 | L157 and (liter litre) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:30 AM |
| L162 | 1 | ((piezo piezoelectric) with pump) and "YIP Ventus" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:33 AM |
| L163 | 19 | (("7550034") or ("8123502") or ("8297947") or ("8371829") or ("8409160") or ("8646479") or ("8734131") or ("8763633") or | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2019/08/15 09:36 AM |

| | | ("8821134") or ("9051931") or ("9127665") or ("9234518") or ("9239059") or ("9279421") or ("9334858") or ("9506463") or ("9752565") or ("9709042") or ("9777851")).PN. | | | | | |
|---|---|---|---|---|---|---|---|
| L164 | 5 | L164 and (mmhg mbar kpa) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:36 AM |
| L165 | 0 | L164 and (litre liter) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L166 | 2 | L164 and piezo | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L167 | 17 | L164 and (piezo piezoelectric) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:37 AM |
| L168 | 1 | L164 and (piezo piezoelectric) and (noise same pressure) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2019/08/15 09:38 AM |
| L169 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L170 | 1 | L170 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:50 AM |
| L171 | 1 | L170 and (gravity same nipple) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:51 AM |
| L172 | 61 | (breast with pump$4) and ((centre center) with container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L173 | 1 | L170 and (gravity same container) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 10:55 AM |
| L174 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L175 | 1 | L176 and (high height) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 11:54 AM |
| L176 | 25 | (breast with pump$4) and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 12:55 PM |
| L177 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/09 03:02 PM |

| | | US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US-20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or | | | | | |

| | | US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L178 | 30 | L179 and noise | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/09 03:02 PM |
| L179 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; | OR | OFF | OFF | 2020/01/13 01:45 PM |

| | | | JPO) | | | | |
|---|---|---|---|---|---|---|---|
| L180 | 1 | L181 and gravity | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:45 PM |
| L181 | 1 | L181 and length | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:46 PM |
| L182 | 1 | L181 and height | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/13 01:48 PM |
| L183 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L184 | 1 | L185 and "half-way" | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:29 PM |
| L185 | 113 | (US-20020193731-$ or US-20040056641-$ or US-20150283311-$ or US-20160000980-$ or US-20160206794-$ or US-20180021490-$ or US-20120004603-$ or US-20170173233-$ or US-20080077042-$ or US-20010044593-$ or US-20030139702-$ or US-20050080376-$ or US-20060270973-$ or US-20070005006-$ or US-20070219486-$ or US-20080275386-$ or US-20090118573-$ or US-20100086419-$ or US-20130123689-$ or US-20140323962-$ or US-20140330200-$ or US-20140378946-$ or US-20150065994-$ or US-20160158424-$ or US-20160287768-$ or US-20160296682-$).did. or (US-20170072118-$ or US-20170173232-$ or US-20180008758-$ or US-20180110906-$ or US-20180126052-$ or US-20160287481-$ or US-20080039781-$ or US-20110301533-$ or US-20110314587-$ or US-20130023821-$ or US-20140142501-$ or US-20140263611-$ or US-20140378895-$ or US- | (US-PGPUB; USPAT; FPRS) | OR | OFF | OFF | 2020/01/14 02:36 PM |

| | | 20160095967-$ or US-20160183602-$ or US-20180078687-$ or US-20030027491-$ or US-20030191433-$ or US-20040024352-$ or US-20060106334-$ or US-20070161330-$ or US-20080208116-$ or US-20140052056-$ or US-20160082166-$ or US-20160220745-$ or US-20160220743-$ or US-20170312409-$).did. or (US-20140180205-$ or US-20170368244-$ or US-20160228626-$ or US-20170172485-$ or US-20160166745-$ or US-20160058928-$ or US-20110004154-$ or US-20140031744-$ or US-20090206699-$ or US-20180228949-$ or US-20080177224-$ or US-20160135998-$ or US-20170043065-$ or US-20100292632-$ or US-20160256617-$ or US-20110071466-$ or US-20180333523-$ or US-20180361040-$).did. or (US-6440100-$ or US-6547756-$ or US-6749582-$ or US-8057425-$ or US-8118772-$ or US-8801495-$ or US-9033913-$ or US-8992445-$ or US-4024856-$ or US-5827191-$ or US-9192325-$ or US-6699213-$ or US-7662018-$ or US-5571084-$ or US-6227936-$ or US-8414353-$ or US-3840012-$ or US-4270538-$ or US-6358226-$ or US-10039871-$ or US-9155924-$ or US-7223255-$ or US-10046097-$ or US-5542921-$).did. or (WO-2015174330-$ or WO-2016024558-$ or | | | | | |

| | | WO-2011012228-$ or EP-2502639-$ or CA-2955939-$ or CA-2955605-$ or WO-2016014488-$ or EP-3058967-$ or WO-2016156173-$ or WO-2016161050-$ or WO-2017139437-$ or WO-2017190024-$ or EP-2388026-$ or CA-2953333-$ or CN-203075300-$ or WO-2015085450-$ or WO-2013029407-$).did. | | | | | |
|---|---|---|---|---|---|---|---|
| L186 | 3 | L187 and ((centre center) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L187 | 2 | L187 and (top with heavy) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/14 02:37 PM |
| L188 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L189 | 1 | L190 and (weight mass) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:06 AM |
| L190 | 1 | L190 and (housing same battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:07 AM |
| L191 | 1 | L190 and (shield same (mold$4 mould$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:08 AM |
| L192 | 1 | L190 and (diaphragm same seal$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:09 AM |
| L193 | 0 | L190 and (diaphragm same tunnel same flange) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L194 | 0 | L190 and (diaphragm same spaced) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L195 | 0 | L190 and (diaphragm same surround) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 11:15 AM |
| L196 | 1 | verhoef.inv. and dog and figure | (US-PGPUB) | OR | OFF | OFF | 2020/01/15 01:27 PM |
| L197 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |
| L198 | 1 | L199 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:28 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L199 | 67 | (a61m$/$).cpc. and (wear$4 with pump$4) and ((center centre) with gravity) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L200 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L201 | 1 | L202 and (shield with single) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:32 PM |
| L202 | 1 | L202 and (shield with piece) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 02:33 PM |
| L203 | 0 | L202 and ((housing diagraphm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:18 PM |
| L204 | 1 | L202 and (shield with housing with diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:19 PM |
| L205 | 1 | L202 and ((housing diaphragm) with spac$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/01/15 03:19 PM |
| L206 | 143 | (breast with pump) and (piezo piezoelectric) and (membrane diaphragm) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 11:42 AM |
| L207 | 78 | ("20030191433" \| "20040024351" \| "20040101414" \| "20050059928" \| "20050131332" \| "20050234370" \| "20060106334" \| "20080045888" \| "20080177224" \| "20080243059" \| "20090024080" \| "20100010682" \| "20100106082" \| "20100217148" \| "20110071466" \| "20110196291" \| "20110245763" \| "20110270162" \| "20120101575" \| "20120277728" \| "20130023821" \| "20130123688" \| "20130131588" \| "20130177455" \| "20140066734" \| "20140378895" \| "20140378946" \| "20150065994" \| "20150100016" \| | (US-PGPUB; USPAT; USOCR) | OR | OFF | OFF | 2020/09/28 12:42 PM |

| | | "20150148709" \| "20150196247" \| "20150292500" \| "20160015876" \| "20160256618" \| "20160287769" \| "20170072118" \| "20170080134" \| "20170173232" \| "4263912" \| "4311141" \| "4768547" \| "4821580" \| "5542921" \| "5634468" \| "5658133" \| "5810772" \| "5827191" \| "6273868" \| "6287252" \| "6328082" \| "6440100" \| "6547756" \| "6579258" \| "6712785" \| "6840918" \| "7201735" \| "7223255" \| "7621797" \| "7824363" \| "7972297" \| "7988661" \| "8057425" \| "8070715" \| "8070716" \| "8262606" \| "8282596" \| "8353865" \| "8357116" \| "8376986" \| "8671701" \| "8684961" \| "8801495" \| "9050404" \| "9162016" \| "9173587" \| "9199017" \| "9278167" \| "D459233").PN. OR ("10625005").URPN. | | | | | |
|------|--------|------|------|------|------|------|------|
| L208 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L209 | 1 | L210 and 19a | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 02:57 PM |
| L210 | 132289 | "201" and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L211 | 0 | L210 and recess | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:02 PM |
| L212 | 645454 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L213 | 574 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. and diaphragm | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/28 03:06 PM |
| L214 | 1 | 16/009547.app. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/29 09:51 AM |
| L215 | 1 | L216 and flat | (US-PGPUB; USPAT; | OR | OFF | OFF | 2020/09/29 |

| | | | USOCR; FPRS; EPO; JPO) | | | | 09:51 AM |
|---|---|---|---|---|---|---|---|
| L216 | 57377 | breast.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L217 | 398558 | pump$4.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L218 | 92405 | (piezo piezoelectric).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:16 PM |
| L219 | 72010 | diaphragm.clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L220 | 26553 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L221 | 27368 | (db decibal).clm. | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L222 | 2 | L218 and L219 and L220 and L221 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L223 | 2 | L218 and L219 and L220 and L224 | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2020/09/30 03:17 PM |
| L226 | 32 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((usb "universal serial bus") WITH (charg$4 recharg$4 power$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 12:16 PM |
| L227 | 0 | 214 AND (usb SAME socket) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L228 | 2 | 214 AND socket | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:25 PM |
| L229 | 2 | "61007742".fmid. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; JPO) | OR | ON | ON | 2021/05/18 12:34 PM |

| L230 | 7 | "2015069095".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 12:38 PM |
|---|---|---|---|---|---|---|---|
| L231 | 122 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US- | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/18 01:00 PM |

| | | 20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
| L232 | 18 | 231 AND recharg$5 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:00 PM |
| L233 | 2 | 214 AND (rigid SAME | (US-PGPUB; USPAT; | OR | ON | ON | 2021/05/18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | shield) | USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | 01:05 PM |
| L234 | 27173 | a61m5/14244,14248.cp c. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L235 | 555 | 234 AND ((power$4 batter$4) WITH (charg$5 recharg$5) WITH (usb "universal serial bus")) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 01:42 PM |
| L236 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 battery) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L237 | 82 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND bra AND wireless$4 AND (control$4 processor electronic$4) AND (power$4 batter$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/18 01:53 PM |
| L238 | 14 | 231 AND ((charg$5 recharg$5) WITH (power$4 batter$4)) AND wireless$4 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 03:59 PM |
| L239 | 2 | "20140275857".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 04:48 PM |
| L240 | 12 | 231 AND (rigid WITH (bottle container)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, | OR | ON | ON | 2021/05/18 04:52 PM |

| | | | AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L241 | 2 | 214 AND (shield WITH (flexible silicon$4 material soft rubber)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:35 PM |
| L242 | 2 | 231 AND (rigid WITH shield) | (US-PGPUB; USPAT; USOCR; FIT (AP, AT, AU, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/18 05:38 PM |
| L243 | 128 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/20 03:05 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745- | | | | | |

| | | A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO- | | | | | |

| | | 2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L244 | 8 | 243 AND ((membrane diaphragm) SAME shield) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/20 03:06 PM |
| L245 | 88 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH rigid) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:09 PM |
| L246 | 0 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH (plastic rigid) WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:13 PM |
| L247 | 7 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (shield WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:13 PM |
| L248 | 68 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (rigid WITH polypropylene) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:14 PM |
| L249 | 25 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container) WITH steriliz$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:17 PM |
| L250 | 19 | 243 AND ((bottle container) WITH (rigid polypropylene plastic)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 03:23 PM |
| L251 | 21 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container) WITH magnet$6) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:49 PM |
| L252 | 2 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:57 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L253 | 207 | ((shield nipple flange) WITH guide WITH line) (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((shield nipple flange) WITH line) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 05:57 PM |
| L254 | 5 | "6328709".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/20 05:59 PM |
| L255 | 91 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (nipple WITH line) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/20 06:00 PM |
| L256 | 130 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US- | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/21 12:39 PM |

| | | 20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 | | | | | |

| | | OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO- | | | | | |

| | | 2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L257 | 1 | 256 AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 12:39 PM |
| L258 | 6 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:40 PM |
| L259 | 6 | (breast WITH pump$4) AND ((bottle container milk) WITH (clear transparent) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:41 PM |
| L260 | 73 | (breast WITH pump$4) AND ((bottle container milk) WITH (polycarbonate tritan)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:41 PM |
| L261 | 11 | (breast WITH pump$4) AND ((bottle container milk bag) WITH (polycarbonate tritan)) AND ((bottle container milk storage bag) WITH (clear transparent "see through" see-through)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 12:45 PM |
| L262 | 55 | (breast WITH pump$4) AND ((bottle container milk bag) WITH (magnet$6)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 01:09 PM |
| L263 | 182 | (breast WITH pump$4) AND ((shield flange) WITH (diaphragm membrane)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 01:26 PM |
| L264 | 132 | ((US-6440100-B1 OR US-6547756-B1 OR | (USPAT; US-PGPUB; FPRS; USOCR; | OR | ON | ON | 2021/05/21 01:26 PM |

| | | US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 | IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | | | | |

| | | OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US- | | | | | |
|---|---|---|---|---|---|---|---|

| | | 20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1 OR US-20050154349-A1 OR US-20060025718-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
| L265 | 9 | 264 AND (clear transparent) WITH (container bottle bag) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; | OR | ON | ON | 2021/05/21 01:27 PM |

| | | | IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L266 | 4 | 264 AND (polycarbonate) WITH (container bottle bag) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 01:27 PM |
| L267 | 6 | (breast WITH pump$4) AND ((bottle container milk) WITH (polycarbonate tritan)) AND ((bottle container milk) WITH dishwash$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 02:28 PM |
| L268 | 34 | 264 AND ((alert$4 indicat$4 light) WITH (milk)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 03:46 PM |
| L269 | 19 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH start$4 WITH stop$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:36 PM |
| L270 | 21 | 264 AND (milk WITH (indicat$4 alert$4 display$4) WITH (flow$4 volume)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:39 PM |
| L271 | 20 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH threshold) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:55 PM |
| L272 | 95 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH (predetermin$4 limit level)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:58 PM |
| L273 | 38 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (milk WITH (quantity volume) WITH (predetermin$4 limit level) WITH (increas$4 decreas$4 chang$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 04:58 PM |
| L274 | 4 | (a61m1/062 a61m1/066 | (US-PGPUB; USPAT; | OR | OFF | OFF | 2021/05/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | a61m1/06 a41c4/04 a61j13/00).cpc. AND (pump$4 WITH alert$4 WITH (correct$4)) | USOCR; FPRS; EPO; JPO) | | | | 05:00 PM |
| L275 | 0 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (operat$4 WITH alert$4 WITH (correct$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:00 PM |
| L276 | 9 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( alert$4 WITH (correct$4 proper$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:00 PM |
| L277 | 23 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH rotat$4 WITH position$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 05:44 PM |
| L278 | 62 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH slid$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:03 PM |
| L279 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH slid$4 WITH (attach$4 coupl$4 connect$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:04 PM |
| L280 | 71 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ( (flange shield) WITH thread$4 WITH (attach$4 coupl$4 connect$4)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:06 PM |
| L281 | 26 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND ((clean$4 disinfect$4 sanitiz$4) WITH (shield flange) WITH (container bottle bag)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:20 PM |
| L282 | 111 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (diaphragm WITH (housing holder)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 06:44 PM |
| L283 | 2 | "20120277728".pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, | OR | ON | ON | 2021/05/21 06:46 PM |

| | | | SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
|------|-------|-----------------------------------------------------|----------------------------------------------------------------------------------------------------------|----|-----|-----|-------------------------|
| L284 | 7 | 264 AND (light WITH emit$4) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 06:55 PM |
| L285 | 11 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (db decibel) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:12 PM |
| L286 | 77 | (breast WITH pump$4) AND (db decibel) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:17 PM |
| L287 | 75 | willow AND (breast WITH pump$4) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/21 07:26 PM |
| L288 | 20047 | (a61m a61b).cpcl. AND (pump$ wth piezo piezoelectric) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L289 | 9898 | (a61m a61b).cpcl. AND (pump$ WITH piezo piezoelectric) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L290 | 892 | (a61m a61b).cpcl. AND (pump$ WITH piezo piezoelectric) SAME (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L291 | 892 | (a61m a61b).cpcl. AND (pump$4 WITH piezo piezoelectric) SAME (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:32 PM |
| L292 | 24 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, | OR | ON | ON | 2021/05/21 07:33 PM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | piezoelectric)) SAME (decibel db) | AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | | | | |
| L293 | 654 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo piezoelectric)) AND (decibel db) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/21 07:34 PM |
| L294 | 337 | (a61m a61b).cpcl. AND (pump$4 WITH (piezo piezoelectric)) AND (decibel db) | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2021/05/21 07:34 PM |
| L295 | 138 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO)) | OR | ON | ON | 2021/05/22 09:07 AM |

| | | US-20030139702-A1 OR US-20050080376-A1 OR US-20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205- | | | | |

| | | A1 OR US-20170368244-A1 OR US-20160228626-A1 OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1 OR US-20050154349-A1 OR US-20060025718-A1 OR US-20180028733-A1 OR US-20160325031-A1 OR US-20120277728-A1 OR US-20190143014-A1 OR US-20050247558-A1 OR US-20090281482-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558-A1 OR WO- | | | | | |

| | | 2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L296 | 13 | 295 AND (bar mbar kpa) AND "flow rate" | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 09:07 AM |
| L297 | 2 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (pressure WITH kpa mmhg mbar bar) AND ((air vacuum$4 suction$4) WITH l/min) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/22 09:21 AM |
| L298 | 157 | (a61m1/062 a61m1/066 a61m1/06 a41c4/04 a61j13/00).cpc. AND (pressure WITH (kpa mmhg mbar bar)) | (US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO) | OR | OFF | OFF | 2021/05/22 09:23 AM |
| L299 | 2 | 16/009547.app. AND (mechanism SAME container SAME housing) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:47 AM |
| L300 | 2 | 16/009547.app. AND (mechanism WITH container WITH housing) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; | OR | ON | ON | 2021/05/22 10:47 AM |

| | | | JPO; DERWENT; IBM_TDB) | | | | |
|---|---|---|---|---|---|---|---|
| L301 | 40 | 295 AND magnet$6 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:50 AM |
| L302 | 6 | 295 AND (magnet$6 WITH (container bag bottle)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 10:51 AM |
| L303 | 36 | 295 AND (left WITH right) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 01:41 PM |
| L304 | 29 | 295 AND (left WITH right WITH breast) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/05/22 01:41 PM |
| L305 | 1 | 17/203327.app. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/09/15 11:07 AM |
| L306 | 2 | ("10926011" "10881766").pn. | (USPAT) | OR | ON | ON | 2021/09/15 11:50 AM |
| L307 | 368 | 8 AND ((diaphragm membrane) WITH (ridge ring protrusion bump concentric)) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/11/10 06:56 AM |
| L308 | 21 | ("296609" | "2044913" | "3840012" | "4270538" | "5032103" | "5971952" | | (US-PGPUB; USPAT; USOCR) | OR | ON | ON | 2021/11/24 09:04 AM |

| | | "5993479" \| "6273868" \| "6673037" \| "6921179" \| "7351251" \| "7472797").pn. OR ("7662018").urpn. AND (PGPB \| USPT \| USOC).dbnm. | | | | | |
|---|---|---|---|---|---|---|---|
| L309 | 7 | ("2018041365").pn. | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2021/11/24 09:05 AM |
| L312 | 142 | ((US-6440100-B1 OR US-6547756-B1 OR US-6749582-B2 OR US-8057425-B1 OR US-8118772-B2 OR US-8801495-B1 OR US-9033913-B2 OR US-8992445-B2 OR US-4024856-A OR US-5827191-A OR US-9192325-B2 OR US-6699213-B1 OR US-7662018-B1 OR US-5571084-A OR US-6227936-B1 OR US-8414353-B1 OR US-3840012-A OR US-4270538-A OR US-6358226-B1 OR US-10039871-B2 OR US-9155924-B1 OR US-7223255-B2 OR US-10046097-B2 OR US-5542921-A OR US-10625005-B2).did. AND USPT.dbnm.) OR ((US-20020193731-A1 OR US-20040056641-A1 OR US-20150283311-A1 OR US-20160000980-A1 OR US-20160206794-A1 OR US-20180021490-A1 OR US-20120004603-A1 OR US-20170173233-A1 OR US-20080077042-A1 OR US-20010044593-A1 OR US-20030139702-A1 OR US-20050080376-A1 OR US- | (USPAT; US-PGPUB; FPRS; USOCR; IBM_TDB; EPO; JPO; DERWENT; FIT (AU, AP, AT, BE, BG, BR, BY, CA, CH, CN, CS, CU, CZ, DD, DE, DK, EA, EE, EP, ES, FI, FR, GB, HR, HU, ID, IE, IL, IS, IT, JP, KR, LT, LU, LV, MA, OA, RU, SU, WO, MC, MD, MY, NL, NO, NZ, PH, PL, PT, RO, RS, SE, SG, SI, SK, TH, TN, TR, TW, UA, VN)) | OR | ON | ON | 2021/12/10 02:23 PM |

| | | 20060270973-A1 OR US-20070005006-A1 OR US-20070219486-A1 OR US-20080275386-A1 OR US-20090118573-A1 OR US-20100086419-A1 OR US-20130123689-A1 OR US-20140323962-A1 OR US-20140330200-A1 OR US-20140378946-A1 OR US-20150065994-A1 OR US-20160158424-A1 OR US-20160287768-A1 OR US-20160296682-A1 OR US-20170072118-A1 OR US-20170173232-A1 OR US-20180008758-A1 OR US-20180110906-A1 OR US-20180126052-A1 OR US-20160287481-A1 OR US-20080039781-A1 OR US-20110301533-A1 OR US-20110314587-A1 OR US-20130023821-A1 OR US-20140142501-A1 OR US-20140263611-A1 OR US-20140378895-A1 OR US-20160095967-A1 OR US-20160183602-A1 OR US-20180078687-A1 OR US-20030027491-A1 OR US-20030191433-A1 OR US-20040024352-A1 OR US-20060106334-A1 OR US-20070161330-A1 OR US-20080208116-A1 OR US-20140052056-A1 OR US-20160082166-A1 OR US-20160220745-A1 OR US-20160220743-A1 OR US-20170312409-A1 OR US-20140180205-A1 OR US-20170368244-A1 OR US-20160228626-A1 | | | | | |
|---|---|---|---|---|---|---|---|

| | | OR US-20170172485-A1 OR US-20160166745-A1 OR US-20160058928-A1 OR US-20110004154-A1 OR US-20140031744-A1 OR US-20090206699-A1 OR US-20180228949-A1 OR US-20080177224-A1 OR US-20160135998-A1 OR US-20170043065-A1 OR US-20100292632-A1 OR US-20160256617-A1 OR US-20110071466-A1 OR US-20180333523-A1 OR US-20180361040-A1 OR US-20170035951-A1 OR US-20170143879-A1 OR US-20110004155-A1 OR US-20160288983-A1 OR US-20170274127-A1 OR US-20190209748-A1 OR US-20200397960-A1 OR US-20070219480-A1 OR US-20100145276-A1 OR US-20110009824-A1 OR US-20210060220-A1 OR US-20170112983-A1 OR US-20140275857-A1 OR US-20070179439-A1 OR US-20160228625-A1 OR US-20050154349-A1 OR US-20060025718-A1 OR US-20180028733-A1 OR US-20160325031-A1 OR US-20120277728-A1 OR US-20190143014-A1 OR US-20050247558-A1 OR US-20090281482-A1 OR US-20090281485-A1 OR US-20210205516-A1 OR US-20100324477-A1).did. AND PGPB.dbnm.) OR ((WO-2015174330-A1 OR WO-2016024558- | | | | | |

| | | A1 OR WO-2011012228-A1 OR EP-2502639-A1 OR CA-2955939-A1 OR CA-2955605-A1 OR WO-2016014488-A1 OR EP-3058967-A1 OR WO-2016156173-A1 OR WO-2016161050-A1 OR WO-2017139437-A1 OR WO-2017190024-A1 OR EP-2388026-A1 OR CA-2953333-A1 OR CN-203075300-U OR WO-2015085450-A1 OR WO-2013029407-A1 OR WO-2018062986-A1).did. AND FPRS.dbnm.) OR ((WO-2015069095-A1 OR WO-2015120321-A1).did. AND FTDB.dbnm.) | | | | | |
|---|---|---|---|---|---|---|---|
| L313 | 1 | 305 AND fix$4 | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/02/23 08:32 AM |
| L314 | 1 | 305 AND (diaphragm WITH housing) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/02/23 08:32 AM |
| L315 | 1 | 305 AND (diaphragm WITH housing WITH 19B) | (US-PGPUB; USPAT; USOCR; FIT (AU, AP, AT, CA, CH, CN, DD, DE, EA, EP, ES, FR, GB, JP, KR, OA, RU, SU, WO); FPRS; EPO; JPO; DERWENT; IBM_TDB) | OR | ON | ON | 2022/02/23 08:33 AM |

## PE2E SEARCH - Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | British Equivalents | Time Stamp |
|---|---|---|---|---|---|---|---|
| N1 | 66366 | breast.clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/08 02:11 PM |
| N2 | 436351 | pump$4.clm. | (US-PGPUB; USPAT) | OR | ON | ON | 2022/06/08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 02:11 PM |
| N3 | 1082455 | housing.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:11 PM |
| N4 | 353134 | battery.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:11 PM |
| N5 | 203212 | charging.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:11 PM |
| N6 | 137165 | socket.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:11 PM |
| N7 | 0 | recess.clm.c | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:12 PM |
| N8 | 492250 | recess.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:12 PM |
| N9 | 78315 | diaphragm.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:12 PM |
| N10 | 1432633 | fix$4.clm. | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:12 PM |
| N11 | 0 | N1 AND N2 AND N3 AND N4 AND N5 AND N6 AND N8 AND N9 AND N10 | (US-PGPUB;  USPAT) | OR | ON | ON | 2022/06/08 02:12 PM |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | 3783 | 2340 | 4944.012000G | 30 | 1 |

**CONFIRMATION NO. 8801**

26111
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**CORRECTED FILING RECEIPT**

|||||||||||||||||||||||||||||||||||||||||
OC000000134984003

Date Mailed: 07/07/2022

Receipt is acknowledged of this non-provisional utility patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt, including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**
    Jonathan O'TOOLE, Bristol, UNITED KINGDOM;
    Adam ROLLO, London, UNITED KINGDOM;
    Andrew CARR, Edinburgh, UNITED KINGDOM;

**Applicant(s)**
    CHIARO TECHNOLOGY LIMITED, London, UNITED KINGDOM;

**Power of Attorney:** The patent practitioners associated with Customer Number 26111

**Domestic Priority data as claimed by applicant**
    This application is a CON of 17/181,057 02/22/2021
    which is a CON of 16/009,547 06/15/2018 PAT 10926011

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)
UNITED KINGDOM 1709561.3 06/15/2017 Access Code Provided
UNITED KINGDOM 1709564.7 06/15/2017 Access Code Provided
UNITED KINGDOM 1709566.2 06/15/2017 Access Code Provided
UNITED KINGDOM 1809036.5 06/01/2018 Access Code Provided

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

page 1 of 4

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.


Request to Retrieve - This application either claims priority to one or more applications filed in an intellectual property Office that participates in the Priority Document Exchange (PDX) program or contains a proper **Request to Retrieve Electronic Priority Application(s)** (PTO/SB/38 or its equivalent). Consequently, the USPTO will attempt to electronically retrieve these priority documents.

**If Required, Foreign Filing License Granted:** 03/25/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 17/203,327**

**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

      BREAST PUMP SYSTEM

**Preliminary Class**

      604

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign

patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

### *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PTO/SB/21 (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03/16/2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | FREDRICKSON, Courtney B. |
| Attorney Docket Number | 4944.012000G |

Total Number of Pages in This Submission

## ENCLOSURES    *(Check all that apply)*

☑ Fee Transmittal Form
  ☑ Fee Attached

☐ Amendment/Reply
  ☐ After Final
  ☐ Affidavits/declaration(s)

☐ Extension of Time Request

☐ Express Abandonment Request

☐ Information Disclosure Statement

☐ Certified Copy of Priority Document(s)

☐ Reply to Missing Parts/ Incomplete Application
  ☐ Reply to Missing Parts under 37 CFR 1.52 or 1.53

☐ Drawing(s)

☐ Licensing-related Papers

☐ Petition
☐ Petition to Convert to a Provisional Application
☐ Power of Attorney, Revocation Change of Correspondence Address

☐ Terminal Disclaimer

☐ Request for Refund

☐ CD, Number of CD(s)
  ☐ Landscape Table on CD

☐ After Allowance Communication to TC

☐ Appeal Communication to Board of Appeals and Interferences

☐ Appeal Communication to TC **(Appeal Notice, Brief, Reply Brief)**

☐ Proprietary Information

☐ Status Letter

☐ Other Enclosure(s) (please identify below):

**Remarks**

Online Credit Card Authorization for $600.00 to cover:

$600.00 - Issue Fee

The Office may charge any fee deficiency for any submission made with this transmittal to Deposit Account 19-0036.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | | | |
|---|---|---|---|
| Firm Name | Sterne, Kessler, Goldstein & Fox P.L.L.C. | | |
| Signature | /Anupma Sahay #78,704/ | | |
| Printed name | Anupma Sahay | | |
| Date | July 11, 2022 | Reg. No. | 78,704 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| | | |
|---|---|---|
| Signature | | |
| Typed or printed name | | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14.  This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

26111       7590       06/24/2022
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 8801 |

TITLE OF INVENTION: BREAST PUMP SYSTEM

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $600 | $0.00 | $0.00 | $600 | 09/26/2022 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| FREDRICKSON, COURTNEY B | 3783 | 604-067000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Sterne, Kessler, Goldstein & Fox
2 P.L.L.C.
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Chiaro Technology Limited

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

London, Great Britain

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee    ☐ Publication Fee (if required)    ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 19-0036

5. Change in Entity Status (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature | /Anupma Sahay #78,704/ | Date | July 11, 2022 |
| Typed or printed name | Anupma Sahay | Registration No. | 78,704 |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020       OMB 0651-0033       U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 17203327 |
| **Filing Date:** | 16-Mar-2021 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Filer:** | Anupma Sahay/Tierra Brown |
| **Attorney Docket Number:** | 4944.012000G |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 2501 | 1 | 600 | 600 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46159374 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan  O'TOOLE |
| **Customer Number:** | 26111 |
| **Filer:** | Anupma Sahay/Tierra Brown |
| **Filer Authorized By:** | Anupma Sahay |
| **Attorney Docket Number:** | 4944.012000G |
| **Receipt Date:** | 11-JUL-2022 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 16:03:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $600 |
| RAM confirmation Number | E20227AG04130261 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 2022-07-11-Transmittal-Form-4944-012000G.PDF | 398158<br>190c65d58cfc9b67b333640a149fdb54ea93d2a4 | no | 1 |

**Warnings:**

**Information:**

| 2 | Issue Fee Payment (PTO-85B) | 2022-07-11-Issue-Fee-4944-012000G.PDF | 143655<br>0debe89e7edf388e6ae119bb10eff8163b8e651c | no | 1 |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 37723<br>1ee8a864a15116791880149153 0be2f60276906d | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 579536 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

First Named Inventor**:** Jonathan O'TOOLE

Applicant: Chiaro Technology Limited

Application No.: 17/203,327

Filed: March 16, 2021

Title: **BREAST PUMP SYSTEM**

Confirmation No.: 8801

Art Unit: 3783

Examiner: FREDRICKSON, Courtney B.

Atty. Docket: 4944.012000G

## Statement of Substance of Interview in Accordance with 37 C.F.R. § 1.133(b) and M.P.E.P. § 713.04

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

*Mail Stop Issue Fee*

Commissioner:

In reply to the Interview Summary (Form PTOL-413) mailed by the U.S. Patent & Trademark Office on June 24, 2022, Applicant submits herewith the following Statement of Substance of the Interview held with Examiner Courtney B. Fredrickson on June 3, 2022, regarding the above captioned application in accordance with 37 C.F.R. § 1.133(b) and M.P.E.P. § 713.04. For a statement as to the substance of the interview, Applicant incorporates herein the Substance of Interview portion of the Applicant-Initiated Interview Summary, which substantially reflects the substance of the interview.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Anupma Sahay #78,704/

Anupma Sahay
Attorney for Applicant
Registration No. 78,704

Date: ___July 25, 2022_____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
18793356.1

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 46265846 |
| **Application Number:** | 17203327 |
| **International Application Number:** | |
| **Confirmation Number:** | 8801 |
| **Title of Invention:** | BREAST PUMP SYSTEM |
| **First Named Inventor/Applicant Name:** | Jonathan O'TOOLE |
| **Customer Number:** | 26111 |
| **Filer:** | Anupma Sahay/Rolonda Lee |
| **Filer Authorized By:** | Anupma Sahay |
| **Attorney Docket Number:** | 4944.012000G |
| **Receipt Date:** | 25-JUL-2022 |
| **Filing Date:** | 16-MAR-2021 |
| **Time Stamp:** | 17:27:45 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 2022-07-25-Transmittal-Form-4944-012000G.PDF | 390884<br>c5f717ccf6161624b4ba2854bd4341bbacb86943 | no | 1 |

**Warnings:**

**Information:**

| 2 | Applicant summary of interview with examiner | 2022-07-25-Statement-Substance-Interview-4944-012000G.pdf | 100818 | no | 1 |
|---|---|---|---|---|---|
|   |   |   | 272bad2f5f17aa4759a3f76c14fd5d1a0c304dd0 |   |   |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 491702 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/21 (07-09)
Approved for use through 11/30/2020. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

*(to be used for all correspondence after initial filing)*

| | |
|---|---|
| Application Number | 17/203,327 |
| Filing Date | 03/16/2021 |
| First Named Inventor | Jonathan O'TOOLE |
| Art Unit | 3783 |
| Examiner Name | FREDRICKSON, Courtney B. |
| Attorney Docket Number | 4944.012000G |

Total Number of Pages in This Submission

## ENCLOSURES    (*Check all that apply*)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [ ] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s)
  - [ ] Landscape Table on CD

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (**Appeal Notice, Brief, Reply Brief**)
- [ ] Proprietary Information
- [ ] Status Letter
- [x] Other Enclosure(s) (please identify below):
  Statement of Substance of Interview

**Remarks**

The Office may charge any fee deficiency for any submission made with this transmittal to Deposit Account 19-0036.

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| | |
|---|---|
| Firm Name | Sterne, Kessler, Goldstein & Fox P.L.L.C. |
| Signature | /Anupma Sahay #78,704/ |
| Printed name | Anupma Sahay |
| Date | July 25, 2022 |
| Reg. No. | 78,704 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | |
|---|---|
| Typed or printed name | |
| Date | |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/203,327 | 08/16/2022 | 11413380 | 4944.012000G | 8801 |

26111     7590     07/27/2022

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

INVENTOR(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional inventors):

Jonathan O'TOOLE, Bristol, UNITED KINGDOM;
Adam ROLLO, London, UNITED KINGDOM;
Andrew CARR, Edinburgh, UNITED KINGDOM;

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

CHIARO TECHNOLOGY LIMITED, London, UNITED KINGDOM;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)



P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## ACKNOWLEDGEMENT OF LOSS OF ENTITLEMENT TO ENTITY STATUS DISCOUNT

| APPLICATION # | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET # | REQUEST ID |
|---|---|---|---|---|
| 17/203,327 | 03/16/2021 | Jonathan O'TOOLE | 4944.012000G | 184283 |

The entity status change request below filed through Patent Center on 03/19/2024 has been accepted.

Certifications

APPLICANT CHANGING TO REGULAR UNDISCOUNTED FEE STATUS

Signature

I certify, in accordance with 37 CFR 1.4(d)(4), that I am one of the signatories making the entity status change.

| Signature | Name | Registration # |
|---|---|---|
| /Yangbeini Wang #800,005/ | Yangbeini Wang | 800005 |