Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY Ltd., <br><br> Defendant. | Case No. 2:23-cv-631 <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT DISCLOSURE DEADLINE** <br><br> Note on Motion Calendar: **January 9, 2025** |
| CHIARO TECHNOLOGY LTD., <br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

**STIPULATION**

WHEREAS, the parties have agreed to extend the current deadline for Rebuttal Expert Disclosures for Claim Construction currently set for January 10, 2025 (*see* Dkt. #124 and #119), to January 17, 2025;

WHEREAS, the requested extension is being requested by the Defendant, Counterclaim/Plaintiff, Chiaro Technology, Ltd., in view of unavailability of certain experts due to Holiday and/or personal travel; and

WHEREAS, the requested extension of time will not impact any other case deadlines.

So stipulated and agreed this 9th day of January 2025.

Respectfully submitted,

ARÊTE LAW GROUP PLLC

By: /s/ Jeremy Roller
Jeremy E. Roller (WSBA 32021)
jroller@aretelaw.com
600 University Street, Suite 2420
Seattle, WA 98101
T: 206.428.3250
F: 206.428.3251

Carl E. Bruce (*pro hac vice*)
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
Colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
T: 214.747.5070
F: 214.747.2091

Kelly Del Dotto (*pro hac vice*)
Allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
T: 302.652.5070
F: 302.652.0607

Attorney for Plaintiffs,

SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.

*/s/ Mark P. Walters*
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
**LOWE GRAHAM JONES PLLC**
*walters@LoweGrahamJones.com*
*west@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

*/s/ Nirav N. Desai*
Nirav N. Desai (*pro hac vice*)
Josephine Kim (*pro hac vice*)
Joseph Kim (*pro hac vice*)
Alex Alfano (*pro hac vice*)
Alexander Covington (*pro hac vice*)
Paige Cloud (*pro hac vice*)
Michael Webb (*pro hac vice*)
Zachary L. Jacobs (*pro hac vice*)
Christopher Coleman (*pro hac vice*)
**STERNE, KESSLER, GOLDSTEIN & FOX PLLC**
1101 K Street, NW
10th Floor
Washington, D.C. 20005
T: 202.371.2600
F: 202.371.2540

*Attorney for Defendant Chiaro Technology, Ltd.*

## [PROPOSED] ORDER

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS that the deadline for Rebuttal Expert Disclosures for Claim Construction currently set for January 10, 2025 (*see* Dkt. #124 and #119), is HEREBY EXTENDED to January 17, 2025.

SO ORDERED

DATED this _____ day of _____, 2025

_____
The Honorable Kymberly K. Evanson
United States District Court Judge

Presented by:

LOWE GRAHAM JONES PLLC
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301