HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>Defendant. | No. 2:23-cv-00631-KKE<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR MOMCOZY TO RESPOND TO SHENZHEN TPH TECHNOLOGY CO., LTD.'S CROSS-CLAIMS**<br><br>Note on Motion Calendar:<br>**February 3, 2025** |
| CHIARO TECHNOLOGY LTD.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., AND SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD.,<br><br>Counterclaim Defendants. | |

STIP. MOTION AND ORDER RE: MOMCOZY
RESPONSE TO CROSS-CLAIMS
No. 2:23-cv-00631-KKE



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Plaintiffs/Counterclaim Defendants Shenzhen Root Technology Co., Ltd. (aka Shenzhen Lutejiacheng Network Technology Co., Ltd.), Hong Kong Lute Technology Co., Limited, Shenzhen Conglin e-Commerce Co., Ltd., Shenzhen Jinruihang Technology Co., Ltd., and Shenzhen Xitao Network Technology Co., Ltd. (collectively, "Momcozy") and Counterclaim Defendant Shenzhen TPH Technology Co., Ltd. ("TPH") stipulate and agree as follows:

The deadline for Momcozy to respond to TPH's cross-claims should be extended by 45 days, from February 4, 2025 to March 21, 2025.

So stipulated this 3rd day of February, 2025.

By: /s/ Jeremy Roller
Jeremy E. Roller (WSBA No. 32021)
jroller@aretelaw.com
ARETE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250 | Fax: (206) 428-3251

Carl E. Bruce (*pro hac vice*)
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

Kelly Del Dotto (*pro hac vice*)
allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 | (302) 652-0607

Attorney for Plaintiffs and Counterclaim-Defendants, SHENZHEN ROOT TECHNOLOGY CO., LTD. (AKA SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD.), HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO.,

STIP. MOTION AND ORDER RE: MOMCOZY
RESPONSE TO CROSS-CLAIMS
No. 2:23-cv-00631-KKE

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., AND SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD.

By:   /s/ *Yan Song*

Yan Song (WSBA No. 53611)
regina@aeonlaw.com
AEON LAW
1718 E. Olive Way
Seattle, WA 98102
Tel: (206) 271-2200

Philip P. Mann (WSBA No. 28860)
phil@mannlawgroup.com
MANN LAW GROUP PLLC
403 Madison Avenue N., Suite 240
Bainbridge Island, WA 98110
Tel: (206) 436-0900

Elliot C. Mendelson (*pro hac vice*)
emendelson@analectslegal.com
Tel: (312) 375-7844
Yichen Cao (*pro hac vice*)
ycao@analectslegal.com
Tel: (630) 386-5514
ANALECTS LEGAL LLC
1212 S Naper Boulevard, Suite 119, PMB 238
Naperville, IL 60540

Attorney for Counterclaim Defendant,
SHENZHEN TPH TECHNOLOGY CO., LTD.

STIP. MOTION AND ORDER RE: MOMCOZY
RESPONSE TO CROSS-CLAIMS
No. 2:23-cv-00631-KKE



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ORDER**

IT SO ORDERED.

DATED this 4th day of February, 2025

*[signature]*

Kymberly K. Evanson
United States District Judge

STIP. MOTION AND ORDER RE: MOMCOZY
RESPONSE TO CROSS-CLAIMS
No. 2:23-cv-00631-KKE

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

*Presented by:*

By: /s/ *Jeremy Roller*

Jeremy E. Roller (WSBA No. 32021)
jroller@aretelaw.com
ARETE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250 | Fax: (206) 428-3251

Carl E. Bruce (*pro hac vice*)
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

Kelly Del Dotto (*pro hac vice*)
allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 | (302) 652-0607

Attorney for Plaintiffs and Counterclaim-Defendants, SHENZHEN ROOT TECHNOLOGY CO., LTD. (AKA SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD.), HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., AND SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD.

STIP. MOTION AND ORDER RE: MOMCOZY
RESPONSE TO CROSS-CLAIMS
No. 2:23-cv-00631-KKE



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250