Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br>Plaintiffs, <br><br>v. <br><br>CHIARO TECHNOLOGY Ltd., <br><br>Defendant. | Case No. 2:23-cv-631 <br><br>**STIPULATION AND ORDER** <br><br>Note on Motion Calendar: <br>**February 5, 2025** |
| CHIARO TECHNOLOGY LTD., <br>Counterclaim Plaintiff, <br><br>v. <br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD, SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN JINRUIXING TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br>Counterclaim Defendants. | |

## **STIPULATION**

WHEREAS, Shenzhen TPH Technology Co., Ltd., ("TPH") appeared in the case on January 14, 2025, and until that date, TPH had not been participating in the case or the parties'

preparations for claim construction briefing or in discovery;

WHEREAS, the deadline for Completion of Claim Construction Discovery is currently set for February 6, 2025, the deadline for Opening Claim Construction Briefs is currently set for February 13, 2025, and the deadline for Responsive Claim Construction Briefs is currently set for February 28, 2025 (*see* Dkt. #124 and #119);

WHEREAS, in view of its recent appearance in the case, TPH requires additional time in the current schedule to participate in discovery, contentions, and claim construction;

WHEREAS, all parties agree that a short extension of the immediate deadlines set to take place in February 2025 would allow the parties to negotiate and propose a revised case schedule in view of the recent appearance by TPH in this case (*see* Dkt. #124 and #119);

WHEREAS, all parties agree that the above-identified February 2025 deadlines should be extended by one (1) month;

WHEREAS, the parties will propose a new schedule to the Court on or before March 4, 2025 or notify the Court of any disputes that require the Court's assistance to resolve.

So stipulated and agreed this 5th day February 2025.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | /s/ Mark P. Walters |
|   | Mark P. Walters, WSBA No. 30819 |
|   | Mitchell D. West, WSBA No. 53103 |

Respectfully submitted,

/s/ Mark P. Walters
Mark P. Walters, WSBA No. 30819
Mitchell D. West, WSBA No. 53103
**Lowe Graham Jones PLLC**
walters@LoweGrahamJones.com
west@LoweGrahamJones.com
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301

Nirav N. Desai (*pro hac vice*)
Josephine Kim (*pro hac vice*)
Joseph Kim (*pro hac vice*)
Alex Alfano (*pro hac vice*)
Alexander Covington (*pro hac vice*)
Paige Cloud (*pro hac vice*)
Michael Webb (*pro hac vice*)
Zachary L. Jacobs (*pro hac vice*)
Christopher Coleman (*pro hac vice*)
**Sterne, Kessler, Goldstein & Fox PLLC**
1101 K Street, NW
10th Floor
Washington, D.C. 20005
T: 202.371.2600
F: 202.371.2540

*Attorneys for Defendant Chiaro Technology, Ltd.*

/s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
jroller@aretelaw.com
ARÊTE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
T: 206.428.3250
F: 206.428.3251

Carl E. Bruce (*pro hac vice)*
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
Colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
T: 214.747.5070
F: 214.747.2091

Kelly Del Dotto (*pro hac vice*)
Allenspach.del.dotto@fr.com

STIPULATION AND ORDER                                                                          CASE NO. 2:23-CV-631

FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
T: 302.652.5070
F: 302.652.0607

*Attorney for Plaintiffs,*
*Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd., Shenzhen Root E-Commerce Co., Ltd., Shenzhen Lutejiacheng Network Technology Co., Ltd, and Shenzhen Jinruihang Technology Co., Ltd.*

*/s/ Yan Song*
Yan Song, WSBA No: 53611
AEON LAW
1718 E. Olive Way
Seattle, WA 98102
T: 206.271.2200
regina@aeonlaw.com

Phillip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
T: 206.436.0900
phil@mannlawgroup.com

Elliot C. Mendelson, Ph.D., J.D. (*pro hac vice*)
Delaware Bar No. 3981
emendelson@analectslegal.com
T: 1.312.375.7844
Yichen Cao, Ph.D., J.D. (*pro hac vice*)
Illinois Bar No. 6326669
ycao@analectslegal.com
T: 1.630.386.5514
ANALECTS LEGAL LLC
1212 S Naper Blvd. Suite #119 – PMB 238
Naperville, IL 60540-7349

*Attorneys for Shenzhen TPH Technology Co., Ltd.*

**ORDER**

Having reviewed the parties' stipulation and finding GOOD CAUSE for the requested extension of time, the Court HEREBY ORDERS:

- That the deadline for Completion of Claim Construction Discovery currently set for February 6, 2025 (*see* Dkt. #124 and #119), is HEREBY EXTENDED to March 6, 2025.

- That the deadline for Opening Claim Construction Briefs currently set for February 13, 2025 (*see* Dkt. #124 and #119), is HEREBY EXTENDED to March 13, 2025.

- That the deadline for Responsive Claim Construction Briefs currently set for February 28, 2025 (*see* Dkt. #124 and #119), is HEREBY EXTENDED to March 28, 2025.

SO ORDERED

DATED this 11th day of February, 2025

Kymberly K. Evanson
United States District Judge

Presented by:

LOWE GRAHAM JONES PLLC
Mark P. Walters, WSBA No. 30819
*Walters@LoweGrahamJones.com*
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
T: 206.381.3300
F: 206.381.3301