UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO. LTD. et al., <br><br>                    Plaintiff(s), <br><br>     v. <br><br> CHIARO TECHNOLOGY LTD., <br><br>                    Defendant(s). | CASE NO. C23-0631-KKE <br><br> ORDER |

The parties stipulated to a modification of the case schedule. Dkt. No. 150. The Court finds good cause, and therefore GRANTS the motion to modify the case schedule. The unexpired deadlines in the previous case schedule (Dkt. No. 149) are VACATED. The Court will issue an amended case schedule based on the parties' stipulation and consistent with the Court's standard case schedule. *See* Dkt. No. 83/website.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 5th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER - 1