# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| SHENZHEN ROOT TECHNOLOGY CO. LTD. et al., | CASE NO. C23-0631-KKE |
|---|---|
| Plaintiff(s), | SCHEDULING ORDER |
| v. | |
| CHIARO TECHNOLOGY LTD., | |
| Defendant(s). | |

Pursuant to the parties' stipulation and the Court's prior order (Dkt. No. 151), the Court issues the following case schedule:

| Event | Extended Deadline |
|---|---|
| **Preliminary Invalidity and non-infringement contentions** | March 7, 2025 |
| **Plaintiff's Answer to Cross-claims** | March 21, 2025 |
| **Exchange of Proposed Terms and Claim elements for construction** | March 14, 2025 |
| **Exchange of Preliminary Claim Constructions and Extrinsic Evidence** | March 21, 2025 |
| **Joint Claim Construction and Prehearing Statement** | March 28, 2025 |
| **Opening Expert Disclosures for Claim Construction** | April 4, 2025 |

SCHEDULING ORDER - 1

| | |
|---|---|
| **Rebuttal Expert Disclosures for Claim Construction** | April 18, 2025 |
| **Completion of Claim Construction Discovery** | May 9, 2025 |
| **Opening Claim Construction Briefs** | May 16, 2025 |
| **Responsive Claim Construction Brief** | May 30, 2025 |
| **Claim Construction Hearing** | TBD |

Dated this 12th day of March, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge