UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO. LTD. et al.,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>                    Defendant(s). | CASE NO. C23-0631-KKE<br><br>ORDER |

The parties stipulated to a continuance of the Plaintiffs/Counterclaim Defendants' deadline to respond to Shenzhen TPH Technology Co., Ltd.'s cross-claims. Dkt. No. 153. The Court GRANTS this motion.

However, the Court notes that this is the eighth stipulated motion by the parties to modify the case schedule. *See* Dkt. Nos. 63, 73, 106, 137, 145, 148, 150, 153. Even if the parties agree to amendment, they must nonetheless demonstrate good cause to modify the schedule. Fed. R. Civ. Proc. 16(b)(4); Local Rule W.D. Wash. LCR 7(b)(6). While the parties indicated agreement in their motion, they provided no reason for continuance. Dkt. No. 153. The Court cautions that future requests for continuance—even if stipulated—will be denied if the parties fail to state good cause for modification.

ORDER - 1

Dated this 26th day of March, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER - 2