UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO. LTD. et al., <br><br> Plaintiff(s), <br><br> v. <br><br> CHIARO TECHNOLOGY LTD., <br><br> Defendant(s). | CASE NO. C23-0631-KKE <br><br> ORDER |

On April 17, 2025, the U.S. Bankruptcy Court for the District of Delaware ordered that the above-captioned case be stayed until the court rules on a pending motion in a bankruptcy proceeding involving Defendant/Counterclaim Plaintiff Chiaro Technology Ltd. ("Elvie"). Dkt. No. 157 at 6. The parties also agree that the bankruptcy and acquisition issues with Elvie could affect the current litigation. Dkt. No. 156 at 2.

For good cause shown, the Court STAYS the above-captioned case pending the Delaware bankruptcy court's decision on the Motion of the Foreign Representatives for Recognition of Foreign Proceeding and Related Relief. *See In re* Chiaro Technology Limited, No. 25-10691, Dkt. No. 3 (Bankr. D. Del.). Parties shall file a joint status report within 14 days of the bankruptcy court's disposition of this motion. *Id.* The Court also DENIES as moot the parties' stipulated motion for continuance of the case schedule (Dkt. No. 156).

ORDER - 1

Dated this 21st day of April, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER - 2