THE HONORABLE KYMBERLEY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN ECOMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY Ltd., <br><br> Defendant. | |
| CHIARO TECHNOLOGY LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN ECOMMERCE CO., LTD, SHENZHEN ROOT ECOMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD., and SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., SHENZHEN XITAO NETWORK TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | Case No. 2:23-cv-631 KKE <br><br> **SHENZHEN TPH TECHNOLOGY CO., LTD'S NOTICE OF VOLUNTARY DISMISSAL OF CROSS-CLAIMS** |

<u>**NOTICE OF VOLUNTARY DISMISSAL OF CROSS-CLAIMS**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c), counterclaim defendant Shenzhen TPH Techology Co., Ltd. (TPH), by and through its undersigned counsel,

VOLUNTARY DISMISSAL - 1

AEON LAW
1718 E. Olive Way
Seattle, WA 98102
TELEPHONE: 206.217.-2200

hereby gives notice of voluntary dismissal of its Cross-Claims against Plaintiff/Counter Claim Defendant/Cross-Claim Defendant Shenzhen Root Technology Co., Ltd. (aka Shenzhen Lutejiacheng Network Technology Co., Ltd.), Hong Kong Lute Technology Co., Limited, Shenzhen Conglin E-Commerce Co., Ltd, Shenzhen Jinruihang Technology Co, Ltd., and Shenzhen Xitao Network Technology Co., Ltd. ("Momcozy").

### I. Background

TPH filed its Cross-Claims against Momcozy on January 14, 2025, asserting Theft of Trade Secrets (Count VIII), Trade Dress Infringement (Count IX), and Unfair Competition (Count X), seeking a declaration that Momcozy has misappropriated TPH intellectual property and engaged in unfair competition, that TPH be awarded compensatory damages, and that Momcozy be permanently enjoined from further use of TPH intellectual property.

TPH and Momcozy have amicably resolved the issues between them. TPH therefore gives notice to withdraw, with prejudice, TPH's Cross-Claims against Momcozy, namely Counts VIII, IX, and X of TPH'S Answer to Amended Counterclaims, Affirmative Defenses, Counterclaims, and Cross-Claims, Dkt#140.

### II. Legal Standard

Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss an action without a court order if: (A) a notice of dismissal is filed before the opposing party serves either an answer or a motion for summary judgment; or (B) a stipulation of dismissal signed by all parties who have appeared is filed. A court order or stipulation is generally required for dismissal if the opposing party has already served an answer or a motion for summary judgment. Rule 41(c)

applies to a dismissal of any counterclaim, crossclaim, or third-party claim. A claimant's voluntary dismissal under Rule 41(a)(1)(A)(i) must be made: (1) before a responsive pleading is served; or (2) if there is a no responsive pleading, before evidence is introduced at a hearing or a trial.

### III.     Argument

As Momcozy has not yet filed its Answer to TPH's Cross-Claims, pursuant to FRCP 41(a)(1) and (c), Court approval is not needed and that TPH may withdraw its Cross-Claims, with prejudice, upon notice of dismissal.

### IV.     Conclusion

For the reasons above, TPH respectfully withdraws its cross-claim against Momcozy, with prejudice.

Dated: July 14, 2025

Respectfully submitted,

/s/*Yan Song*
Yan Song, WSBA No: 53611
AEON LAW
1718 E. Olive Way
Seattle, Washington  98102
(206) 217-2200

regina@aeonlaw.com

/s/ Philip P. Mann
Philip P. Mann, WSBA No: 28860
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240

Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

Along with:

**ANALECTS LEGAL LLC**

1212 S Naper Blvd. Suite #119 – PMB 238
Naperville, IL 60540-7349

Elliot C. Mendelson, Ph.D., J.D.
(pro hac)
Delaware Bar No. 3981
Email: emendelson@analectslegal.com
Tel: 1.312.375.7844

Yichen Cao, Ph.D., J.D.
(pro hac)
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

**Attorneys for SHENZHEN TPH TECHNOLOGY CO., LTD.**

VOLUNTARY DISMISSAL - 4

**AEON LAW**
1718 E. Olive Way
Seattle, WA 98102
TELEPHONE: 206.217.-2200

## CERTIFICATE OF SERVICE

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: July 14, 2025                                   /s/*Yan Song*