The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHIARO TECHNOLOGY, LTD.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00631-KKE<br><br>**JOINT STIPULATED MOTION FOR APPROVAL OF CONSENT JUDGMENT**<br><br>Note on Motion Calendar:<br>**January 5, 2026** |
| CHIARO TECHNOLOGY, LTD.,<br><br>　　　　Counterclaim Plaintiff,<br><br>v.<br><br>SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.,<br><br>　　　　Counterclaim Defendants. | |

JOINT STIPULATED MOTION FOR
APPROVAL OF CONSENT JUDGMENT
Case No. 2:23-cv-00631-KKE

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Plaintiffs and Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin e-Commerce Co., Ltd., Shenzhen Yuyou Technology Co., Ltd. (formerly known as Shenzhen Root E-Commerce Co., Ltd.), Shenzhen Lutejiacheng Network Technology Co., Ltd., and Shenzhen Jinruihang Technology Co., Ltd. (collectively, "Momcozy"), and Defendant Chiaro Technology, Ltd. ("Chiaro"), pursuant to Fed. R. Civ. P. 41(a), hereby move for entry of a consent judgment as shown in the attached Exhibit 1 with each Party to bear its own costs, expenses, and attorney's fees.

DATED: January 5, 2026                    Respectfully submitted,

/s/ Jeremy Roller
Jeremy E. Roller (WSBA 32021)
jroller@aretelaw.com
ARÊTE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250 | Fax: (206) 428-3251

Carl E. Bruce (*pro hac vice*)
bruce@fr.com
Matthew A. Colvin (*pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

Kelly Del Dotto (*pro hac vice*)
allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 | (302) 652-0607

Attorney for Plaintiffs and Counterclaim-Defendants, SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE

JOINT STIPULATED MOTION FOR
APPROVAL OF CONSENT JUDGMENT
Case No. 2:23-cv-00631-KKE – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD.

/s/ *Mark P. Walters*

Mark P. Walters (WSBA 30819)
walters@lowegrahamjones.com
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Tel: (206) 381-3300 | Fax: (206) 381-3301

Nirav N. Desai (*pro hac vice*)
Josephine Kim (*pro hac vice*)
Alexander Covington (*pro hac vice*)
Alex Alfano (*pro hac vice*)
Joseph Kim (*pro hac vice*)
Paige Cloud (*pro hac vice*)
Michael Webb (*pro hac vice*)
Zachary L. Jacobs (*pro hac vice*)
Christopher Coleman (*pro hac vice*)
STERNE, KESSLER,
   GOLDSTEIN & FOX PLLC
1101 K Street NW, 10th Floor
Washington, DC 20005
Tel: (202) 371-2600 | Fax: (202) 371-2540

Attorney for Defendant and Counterclaim-Plaintiff, CHIARO TECHNOLOGY LTD.

JOINT STIPULATED MOTION FOR APPROVAL OF CONSENT JUDGMENT
Case No. 2:23-cv-00631-KKE – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250