UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO. LTD. et al.,<br><br>                    Plaintiff(s),<br>       v.<br><br>CHIARO TECHNOLOGY LTD.,<br><br>                    Defendant(s). | CASE NO. C23-0631-KKE<br><br>ORDER DENYING PARTIES' STIPULATED MOTION FOR APPROVAL OF CONSENT JUDGMENT AND DISMISSAL |

This matter is before the Court on the parties' stipulated motion for approval of consent judgment and dismissal pursuant to Federal Rule of Civil Procedure 41(a). Dkt. No. 162. While the Court would grant the parties' request for voluntary dismissal, the motion fails to provide the requisite information that district courts consider in determining whether a consent judgment should issue. *See Eli Lilly & Co. v. Alderwood Surgical Ctr. LLC*, 2:24-CV-00878-LK, 2025 WL 2697126, at *1–2 (W.D. Wash. Sept. 22, 2025). "Nor have they addressed why a stipulated motion to dismiss would be insufficient." *Id.* at *2. As such, the motion is denied without prejudice. Dkt. No. 162.

Dated this 14th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING PARTIES' STIPULATED MOTION FOR APPROVAL OF CONSENT JUDGMENT AND DISMISSAL - 1