The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, AND SHENZHEN CONGLIN E-COMMERCE CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> CHIARO TECHNOLOGY, LTD., <br><br> Defendant. | Case No. 2:23-cv-00631-KKE <br><br> **ORDER GRANTING MOTION FOR OVERLENGTH BRIEF** |
| CHIARO TECHNOLOGY, LTD., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> SHENZHEN ROOT TECHNOLOGY CO., LTD., HONG KONG LUTE TECHNOLOGY CO., LIMITED, SHENZHEN CONGLIN E-COMMERCE CO., LTD., SHENZHEN ROOT E-COMMERCE CO., LTD., SHENZHEN TPH TECHNOLOGY CO., LTD., SHENZHEN LUTEJIACHENG NETWORK TECHNOLOGY CO., LTD, AND SHENZHEN JINRUIHANG TECHNOLOGY CO., LTD., <br><br> Counterclaim Defendants. | |

ORDER GRANTING MOTION FOR
OVERLENGTH BRIEF
Case No. 2:23-cv-00631-KKE



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

THIS MATTER comes before the Court on Plaintiffs and Counterclaim Defendants Shenzhen Root Technology Co., Ltd., Hong Kong Lute Technology Co., Limited, Shenzhen Conglin e-Commerce Co., Ltd., Shenzhen Yuyou Technology Co., Ltd. (formerly known as Shenzhen Root E-Commerce Co., Ltd.), Shenzhen Lutejiacheng Network Technology Co., Ltd., and Shenzhen Jinruihang Technology Co., Ltd.'s (collectively, "Momcozy") Motion for Overlength Brief.  Having considered Momcozy's Motion, the Court GRANTS the request. Momcozy is granted leave to file an unopposed motion for entry of consent judgment not to exceed 4,200 words.

DATED this 16th day of June, 2026

_Kymberly K Evanson_

Kymberly K. Evanson
United States District Judge

Presented by:

_/s/ Jeremy Roller_

Jeremy E. Roller (WSBA 32021)
jroller@aretelaw.com
ARÊTE LAW GROUP PLLC
600 University Street, Suite 2420
Seattle, WA 98101
Tel: (206) 428-3250 | Fax: (206) 428-3251

Carl E. Bruce (_pro hac vice_)
bruce@fr.com
Matthew A. Colvin (_pro hac vice_)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 | Fax: (214) 747-2091

ORDER GRANTING MOTION FOR
OVERLENGTH BRIEF
Case No. 2:23-cv-00631-KKE – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Kelly Del Dotto (*pro hac vice*)
allenspach.del.dotto@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-5070 | (302) 652-0607

Attorney for Plaintiffs and Counterclaim-
Defendants, SHENZHEN ROOT
TECHNOLOGY CO., LTD., HONG KONG
LUTE TECHNOLOGY CO., LIMITED,
SHENZHEN CONGLIN E-COMMERCE CO.,
LTD., SHENZHEN ROOT E-COMMERCE
CO., LTD., SHENZHEN TPH
TECHNOLOGY CO., LTD., SHENZHEN
LUTEJIACHENG NETWORK
TECHNOLOGY CO., LTD, AND
SHENZHEN JINRUIHANG TECHNOLOGY
CO., LTD.

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250